AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Brian Christopher Mock

Defendant

Case: 1:21-mj-00469
Assigned To : Meriweather, Robin M.
Assign. Date : 6/10/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Brian Christopher Mock,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. §§ 1752(a)(1), (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder
40 U.S.C. § 5104(e)(2)(F) - Acts of Physical Violence in any of the Capitol Buildings or Grounds

Date: 06/10/2021

2021.06.10
13:42:12
-04'00'
*Issuing officer's signature*

City and state: Washington, D.C.
Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/10/2021, and the person was arrested on *(date)* 6/11/2021
at *(city and state)* Minneapolis, Minnesota

Date: 6/11/2021

*Arresting officer's signature*

SA David Walden, FBI
*Printed name and title*