UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **MAGISTRATE NO. 21-MJ-469 (RMM)** |
| | : | |
| **BRIAN CHRISTOPHER MOCK,** | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Government's Motion for Emergency Stay and for Review of Detention Order as to defendant Brian Christopher Mock

It is this 16th day of June, 2021,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the release order entered by the District of Minnesota Magistrate Judge on June 15, 2021 as to defendant Brian Christopher Mock is **STAYED** pending review of the detention decision by this Court.

_____

BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

1