# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-cr-469 (RMM) |
| : | |
| **BRIAN CHRISTOPHER MOCK,** : | |
| : | |
| **Defendant.** : | |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's June 16, 2021 order, the parties have conferred and submit this joint proposed briefing schedule regarding the government's Motion for Emergency Stay and for Review of the Release Order (Docket Entry 6). The parties have agreed to the following due dates:

- June 17, 2021: Defendant's Response to the Government's Brief

- June 18, 2021 by 12:00 p.m.: Government's Reply (if needed)

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   */s/ Amanda Jawad*
Amanda Jawad
Assistant United States Attorney
District of Columbia Detailee
N.Y. Bar No. 5141155
211 W. Fort Street
Detroit, MI 48226
Amanda.Jawad@usdoj.gov
(313) 226-9116

/s/ Keala Ede (with consent)
Keala Ede
Counsel for Brian Christopher Mock
Office of the Federal Public Defender
300 South Fourth Street
U.S. Courthouse
Suite 107
Minneapolis, MN 55415
(612) 664-5858
Keala_ede@fd.org