# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN CHRISTOPHER MOCK,<br><br>Defendant. | Case No. 21-mj-469 (RMM)<br><br>Chief Judge Beryl A. Howell |

## TRANSPORT ORDER

Having granted the government's Motion for Emergency Stay and for Review of Release Order, ECF No. 6, and ordered that the defendant Brian Christopher Mock be detained pretrial, pursuant to 18 U.S.C. § 3142, it is hereby

**ORDERED** that the United States Marshals Service transport the defendant forthwith from the District of Minnesota to the District of Columbia for pretrial detention in this matter.

**SO ORDERED.**

DATE: June 29, 2021

_____
BERYL A. HOWELL
Chief Judge