**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 21-CR-444 (JEB)** |
| **v.** | **:** | |
| | **:** | |
| **BRIAN MOCK,** | **:** | |
| | **:** | |
| Defendant. | **:** | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated September 13, 2021, be made part of the record in this case.

                                            Respectfully submitted,

                                            CHANNING D. PHILLIPS
                                            Acting United States Attorney
                                            D.C. Bar No. 415793

By:    s/Amanda Jawad
         Amanda Jawad
         Assistant United States Attorney, Detailee
         NY Bar Number 5141155
         United States Attorney's Office
         211 W. Fort Street
         Detroit, MI 48226
         Amanda.Jawad@usdoj.gov



U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 13, 2021

Keala Ede
Assistant Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55414
keala_ede@fd.org
VIA Email

> Re:    *United States v. Brian Mock*
>        Case No. 21-CR-444 (JEB)

Dear Counsel:

On July 26, 2021, August 12, 2021, August 19, 2021, and August 20, 2021, we provided you with discovery materials in this case through USAFx. The following is a summary of the materials provided.

The materials provided on August 12 and 20 include:

| Title | File Name | Sensitivity Designation |
|---|---|---|
| (U) On Facebook, [REDACTED], bragged about storming the capital. She has photos and | 089B-WF-3368293-298_AFO_0000002.pdf | |
| (U) 1261523219438911488_IMG_30131.jpg.jpeg | 089B-WF-3368293-298_AFO_0000002_1A0002644_0000001.jpeg | |
| (U) On 01/11/2021, at 6:50:17 PM Eastern Time, an anonymous tipstser, Internet Protocol… | 089B-WF-3368293-298_AFO_0000004.pdf | |

| | | |
|---|---|---|
| (U) Subfile Opening Document for BOLO UNSUB 298-AFO | 089B-WF-3368293-298_AFO_0000001.pdf | |
| (U) Facebook preservation request submitted for Brian Mock & [REDACTED] | 089B-WF-3368293-298_AFO_0000006.pdf | |
| (U) Facebook_preservation_request.pdf | 089B-WF-3368293-298_AFO_0000006_1A0000001_0000001.pdf | |
| (U) Facebook_preservation_request_-[REDACTED].pdf | 089B-WF-3368293-298_AFO_0000006_1A0000002_0000001.pdf | |
| (U) Mock Facebook account subpoena/results | 089B-WF-3368293-298_AFO_0000007.pdf | |
| (U) 3630957107026764-Mock_FB_PDF.pdf | 089B-WF-3368293-298_AFO_0000007_1A0000004_0000001.pdf | |
| (U) Facebook_GJ2021050376373_SA_Alvarez.pdf | 089B-WF-3368293-298_AFO_0000007_1A0000003_0000001.pdf | |
| (U) 951752595592703_affidavit_-_Mock_certificate_of_authenticity.pdf | 089B-WF-3368293-298_AFO_0000007_1A0000006_0000001.pdf | |
| (U) 21sc99_Omnibus_NDO_2.26.pdf | | |
| U//FOUO NTOC2021 Possible Identification of An Individual in Photograph #298 A-G Involved with an Assault on | 089B-WF-3368293-298_AFO_0000010.pdf | Sensitive |
| (U) Request the assistance of FBI Minneapolis | 089B-WF-3368293-298_AFO_0000014.pdf | |
| U//FOUO NTOC2021 E-Tip: Possible Identification of An Individual Involved with an Assault on a Federal Officer | 089B-WF-3368293-298_AFO_0000015.pdf | |
| U//FOUO Brian_Mock_Photo_734772_WF_1620046327272.jpg | 089B-WF-3368293-298_AFO_0000015_1A00000012_0000002.jpg | |
| U Brian_Mock_6_Jan_sight_seeing_734772_WF_1620046660378.jpg | 089B-WF-3368293-298_AFO_0000015_1A00000012_0000003.jpg | |

| | | |
|---|---|---|
| U//FOUO<br>Mock_MN_DL_Photo_734772_WF_1620 333708821.png | 089B-WF-3368293-298_AFO_0000015_1A0000012_0000005.png | |
| U<br>Facebook_Brian_Mock_734772_WF_1619 876866744.png | 089B-WF-3368293-298_AFO_0000015_1A0000012_0000006.png | |
| U NTOC2021 E-Tip: Possible Identification of An Individual Involved with an Assault on a Federal Offic | 089B-WF-3368293-298_AFO_0000017.pdf | Sensitive |
| (U) Request the assistance of FBI Minneapolis | 089B-WF-3368293-298_AFO_0000018.pdf | |
| (U) NCIC_Records_-_Brian_Mock.docx | 089B-WF-3368293-298_AFO_0000018_1A0000015_0000001.docx | |
| (U) [REDACTED] FB photo.png | 089B-WF-3368293-298_AFO_0000018_1A0000017_0000001.png | |
| (U) Identification of US Capitol Police Victim Officer [REDACTED] | 089B-WF-3368293-298_AFO_0000020.pdf | |
| (U) Two additional Facebook posts by Brian Mock | 089B-WF-3368293-298_AFO_0000021.pdf | |
| (U) Mock_Facebook_Post_-_2.JPG | 089B-WF-3368293-298_AFO_0000021_1A0000021_0000001.JPG | |
| (U) Mock_Facebook_Post_-_1.JPG | 089B-WF-3368293-298_AFO_0000021_1A0000021_0000002.JPG | |
| (U//FOUO) Research and Identification of BOLO AFO-298 as Minnesota Resident Brian Christopher Mock. | 089B-WF-3368293-298_AFO_0000023.pdf | |
| (U//FOUO) MN_DL_-_Brian_Mock.pdf | 089B-WF-3368293-298_AFO_0000023_1A0000002_0000002.pdf | |
| (U//FOUO) NCIC_Records_-_Brian_Mock.docx | 089B-WF-3368293-298_AFO_0000023_1A0000002_0000004.docx | |

3

| | | |
|---|---|---|
| (U) U.S. Capitol Police Officer [REDACTED] | 089B-WF-3368293-298_AFO_0000025.pdf | Sensitive |
| (U) Mock employment information | 089B-WF-3368293-298_AFO_0000026.pdf | |
| (U) Accurint_MOCK.pdf | 089B-WF-3368293-298_AFO_0000026_1A0000025_0000001.pdf | |
| (U//FOUO) Tips Related to Brian Mock. | 089B-WF-3368293-298_AFO_0000029.pdf | |
| (U) 089B-WF-3368293-298_AFO_0000029_1A0000029_0000001_PHYSICAL.pdf | 089B-WF-3368293-298_AFO_0000029_1A0000029_0000001_PHYSICAL.pdf | |
| (U//FOUO) Ties_Report_- Tip 5.pdf | 089B-WF-3368293-298_AFO_0000029_1A0000029_0000002.pdf | Sensitive |
| (U//FOUO) Attachment 3 - Tip 2.JPG | 089B-WF-3368293-298_AFO_0000029_1A0000029_0000003.JPG | |
| (U//FOUO) Attachment 4 - Tip 2.JPG | 089B-WF-3368293-298_AFO_0000029_1A0000029_0000004.JPG | |
| (U//FOUO) Video - Tip 2.mov | 089B-WF-3368293-298_AFO_0000029_1A0000029_0000005.mov | |
| (U//FOUO) Ties_Report_- Tip 6.pdf | 089B-WF-3368293-298_AFO_0000029_1A0000029_0000006.pdf | Sensitive |
| (U//FOUO) Ties_Report_- Tip 1.pdf | 089B-WF-3368293-298_AFO_0000029_1A0000029_0000007.pdf | Sensitive |
| (U//FOUO) Attachment 5 - Tip 2.JPG | 089B-WF-3368293-298_AFO_0000029_1A0000029_0000008.JPG | |
| (U//FOUO) Attachment 6 - Tip 2.JPG | 089B-WF-3368293-298_AFO_0000029_1A0000029_0000009.JPG | |
| (U//FOUO) Attachment 2 - Tip 2.JPG | 089B-WF-3368293-298_AFO_0000029_1A0000029_0000010.JPG | |

4

| | | |
|---|---|---|
| (U//FOUO) Ties_Report_- Tip 3.pdf | 089B-WF-3368293-298_AFO_0000029_1A0000029_0000012.pdf | Sensitive |
| (U//FOUO) Attachment 1 - Tip 2.JPG | 089B-WF-3368293-298_AFO_0000029_1A0000029_0000013.JPG | |
| (U) Mock & [REDACTED] Facebook search warrant packages | 089B-WF-3368293-298_AFO_0000030.pdf | |
| (U) signed-21sc1629_Motion_to_Seal_ECF_No._2.pdf | 089B-WF-3368293-298_AFO_0000030_1A0000031_0000001.pdf | |
| (U) signed-21sc1629_Search_Warrant_ECF_No._1.pdf | 089B-WF-3368293-298_AFO_0000030_1A0000031_0000002.pdf | |
| (U) signed-21sc1633_Motion_to_Seal_ECF_No._2.pdf | 089B-WF-3368293-298_AFO_0000030_1A0000032_0000002.pdf | |
| (U) Execution of 2 Facebook search warrants | 089B-WF-3368293-298_AFO_0000031.pdf | |
| (U) Email_confirming_Mock_FB_SW.pdf | 089B-WF-3368293-298_AFO_0000031_1A0000033_0000002.pdf | |
| (U) Email_confirming_SW_received_[REDACTED].pdf | 089B-WF-3368293-298_AFO_0000031_1A0000034_0000003.pdf | |
| (U//FOUO) MOCK Employment Confirmed. | 089B-WF-3368293-298_AFO_0000035.pdf | |
| (U//FOUO) Accurint_MOCK.pdf | 089B-WF-3368293-298_AFO_0000035_1A0000037_0000001.pdf | |
| (U) Identification of Mock girlfriend [REDACTED] | 089B-WF-3368293-298_AFO_0000037.pdf | |
| U//FOUO NTOC2021 E-Tip: Potential Information Regarding an Individual Involved with an Assault on a Federal | 089B-WF-3368293-298_AFO_0000038.pdf | |
| U//FOUO 298_Guardian_742139_WF_1622554556814.jpg | 089B-WF-3368293-298_AFO_0000038_1A0000040_0000003.jpg | |
| (U) MP SOG Surveillance Re Brian C. Mock | 089B-WF-3368293-298_AFO_0000039.pdf | |

| | | |
|---|---|---|
| (U) log 5-17-2021105710.pdf | 089B-WF-3368293-298_AFO_0000039_1A0000041_0000001.pdf | |
| (U) Request entry of arrest warrant into NCIC | 089B-WF-3368293-298_AFO_0000040.pdf | |
| (U) SIGNED_21-mj-469_Arrest_Warrant.pdf | 089B-WF-3368293-298_AFO_0000040_1A0000042_0000001.pdf | |
| (U) Mock - arrest warrant, complaint, sealing order | 089B-WF-3368293-298_AFO_0000042.pdf | |
| (U) SIGNED_21-mj-469_2ND_REVISED_Statement_of_Fact_s.pdf | 089B-WF-3368293-298_AFO_0000042_1A0000046_0000001.pdf | |
| (U) SIGNED_21-mj-469_Arrest_Warrant.pdf | 089B-WF-3368293-298_AFO_0000042_1A0000043_0000001.pdf | |
| (U) SIGNED_21-mj-469_Criminal_Complaint.pdf | 089B-WF-3368293-298_AFO_0000042_1A0000045_0000001.pdf | |
| (U) SIGNED_21-mj-469_Criminal_Complaint_Unredacted.pdf | 089B-WF-3368293-298_AFO_0000042_1A0000044_0000001.pdf | |
| (U) SIGNED_21-mj-469_Sealing_Order.pdf | 089B-WF-3368293-298_AFO_0000042_1A0000047_0000001.pdf | |
| (U) Interview of [REDACTED] | 089B-WF-3368293-298_AFO_0000043.pdf | Sensitive |
| (U//FOUO) Transportation of Brian Christopher MOCK | 089B-WF-3368293-298_AFO_0000044.pdf | |
| (U//FOUO) TRANSPO Notes.pdf | 089B-WF-3368293-298_AFO_0000044_1A0000049_0000001.pdf | |
| (U) Interview of [REDACTED] | 089B-WF-3368293-298_AFO_0000045.pdf | Sensitive |

6

| | | |
|---|---|---|
| (U) Interview of [REDACTED] | 089B-WF-3368293-298_AFO_0000046.pdf | Sensitive |
| (U) Interview of [REDACTED] | 089B-WF-3368293-298_AFO_0000047.pdf | Sensitive |
| (U) Search warrant for Mock residence | 089B-WF-3368293-298_AFO_0000048.pdf | |
| (U) 21mj437seal_-_appsw_0611.pdf | 089B-WF-3368293-298_AFO_0000048_1A0000053_0000001.pdf | |
| (U) 21mj437seal_-_pet_0611.pdf | 089B-WF-3368293-298_AFO_0000048_1A0000053_0000002.pdf | |
| (U) 21mj437seal_-_petord_0611.pdf | 089B-WF-3368293-298_AFO_0000048_1A0000053_0000004.pdf | |
| (U) Search of [REDACTED] | 089B-WF-3368293-298_AFO_0000050.pdf | |
| (U//FOUO) PXL_20210611_125247292.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000001.jpg | |
| (U//FOUO) PXL_20210611_122646860.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000002.jpg | |
| (U//FOUO) PXL_20210611_121255249.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000003.jpg | |
| (U//FOUO) PXL_20210611_130217610.MP.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000004.jpg | |
| (U//FOUO) PXL_20210611_131000907.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000005.jpg | |
| (U//FOUO) PXL_20210611_130813980.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000006.jpg | |
| (U//FOUO) PXL_20210611_131011187.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000007.jpg | |
| (U//FOUO) PXL_20210611_121402778.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000008.jpg | |
| (U//FOUO) PXL_20210611_121341493.MP.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000009.jpg | |

| | | |
|---|---|---|
| (U//FOUO) PXL_20210611_121429266.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000010.jpg | |
| (U//FOUO) PXL_20210611_121641575.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000011.jpg | |
| (U//FOUO) PXL_20210611_122419576.MP.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000012.jpg | |
| (U//FOUO) PXL_20210611_130933634.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000013.jpg | |
| (U//FOUO) PXL_20210611_121559894.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000014.jpg | |
| (U//FOUO) PXL_20210611_122540443.MP.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000015.jpg | |
| (U//FOUO) PXL_20210611_131023460.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000016.jpg | |
| (U//FOUO) MOCK SW 163637.pdf | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000017.pdf | |
| (U//FOUO) PXL_20210611_121439046.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000018.jpg | |
| (U//FOUO) PXL_20210611_123905797.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000019.jpg | |
| (U//FOUO) PXL_20210611_121500817.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000020.jpg | |
| (U//FOUO) PXL_20210611_122529008.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000021.jpg | |
| (U//FOUO) PXL_20210611_130920912.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000022.jpg | |
| (U//FOUO) PXL_20210611_131650890.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000023.jpg | |

8

| | | |
|---|---|---|
| (U//FOUO)<br>PXL_20210611_130807217.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000024.jpg | |
| (U//FOUO)<br>PXL_20210611_121311488.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000025.jpg | |
| (U//FOUO)<br>PXL_20210611_131841744.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000026.jpg | |
| (U//FOUO)<br>PXL_20210611_121653534.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000027.jpg | |
| (U//FOUO)<br>PXL_20210611_121330111.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000028.jpg | |
| (U//FOUO)<br>PXL_20210611_121509835.MP.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000029.jpg | |
| (U//FOUO)<br>PXL_20210611_130831531.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000030.jpg | |
| (U//FOUO)<br>PXL_20210611_121623909.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000031.jpg | |
| (U//FOUO)<br>PXL_20210611_130019708.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000032.jpg | |
| (U//FOUO)<br>PXL_20210611_122547573.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000033.jpg | |
| (U//FOUO)<br>PXL_20210611_121208772.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000034.jpg | |
| (U//FOUO)<br>PXL_20210611_122415247.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000035.jpg | |
| (U//FOUO)<br>PXL_20210611_121236146.MP.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000036.jpg | |
| (U//FOUO)<br>PXL_20210611_124756910.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000037.jpg | |

9

| (U//FOUO) PXL_20210611_122506629.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000038.jpg | |
|---|---|---|
| (U//FOUO) PXL_20210611_130941591.MP.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000039.jpg | |
| (U//FOUO) PXL_20210611_121323244.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000040.jpg | |
| (U//FOUO) PXL_20210611_132026136.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000041.jpg | |
| (U//FOUO) PXL_20210611_125230819.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000042.jpg | |
| (U//FOUO) PXL_20210611_130851705.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000043.jpg | |
| (U//FOUO) PXL_20210611_122607957.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000044.jpg | |
| (U//FOUO) PXL_20210611_131057427.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000045.jpg | |
| (U//FOUO) PXL_20210611_122501297.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000046.jpg | |
| (U//FOUO) PXL_20210611_122220987.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000047.jpg | |
| (U//FOUO) PXL_20210611_121243182.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000048.jpg | |
| (U//FOUO) PXL_20210611_131032545.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000049.jpg | |
| (U//FOUO) PXL_20210611_121158256.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000050.jpg | |
| (U//FOUO) PXL_20210611_122804916.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000051.jpg | |

| | | |
|---|---|---|
| (U//FOUO) PXL_20210611_121222111.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000052.jpg | |
| (U//FOUO) PXL_20210611_121711662.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000053.jpg | |
| (U//FOUO) MOCK 597s163608.pdf | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000054.pdf | |
| (U//FOUO) PXL_20210611_131017495.jpg | 089B-WF-3368293-298_AFO_0000050_1A0000054_0000055.jpg | |
| (U//FOUO) MOCK Arrest | 089B-WF-3368293-298_AFO_0000051.pdf | |
| (U//FOUO) MOCK AW114427.pdf | 089B-WF-3368293-298_AFO_0000051_1A0000055_0000001.pdf | |
| (U) [REDACTED] (6/11/2021 - 6/14/2021) | 089B-WF-3368293-298_AFO_0000052.pdf | |
| (U) 089B-WF-3368293-298_AFO_0000052_1A0000056_0000001_PHYSICAL.pdf | 089B-WF-3368293-298_AFO_0000052_1A0000056_0000001_PHYSICAL.pdf | |
| (U) Warrant Entry | 089B-WF-3368293-298_AFO_0000053.pdf | |
| (U) Warrant Entry - Brian Christopher Mock.pdf | 089B-WF-3368293-298_AFO_0000053_1A0000057_0000001.pdf | |
| (U) Mock [REDACTED] (6/15/2021 to 6/20/2021) | 089B-WF-3368293-298_AFO_0000054.pdf | |
| (U) 089B-WF-3368293-298_AFO_0000054_1A0000058_0000001_PHYSICAL.pdf | 089B-WF-3368293-298_AFO_0000054_1A0000058_0000001_PHYSICAL.pdf | |
| (U) Request evidence items be sent to FBI Oakland Evidence Room | 089B-WF-3368293-298_AFO_0000055.pdf | |
| (U) Document receipt of evidence item with cracked screen | 089B-WF-3368293-298_AFO_0000057.pdf | |
| (U) Derivative evidence from 1B7 (Samsung Galaxy S21). | 089B-WF-3368293-298_AFO_0000060.pdf | |
| (U) MP SOG Surveillance Re Brian C. Mock | 089B-WF-3368293-298_AFO_0000061.pdf | |

| (U) log 5-19-21105203.pdf | 089B-WF-3368293-298_AFO_0000061_1A0000061_0000001.pdf | |
| (U) MP SOG Surveillance Re Brian C. Mock | 089B-WF-3368293-298_AFO_0000062.pdf | |
| (U) log 5-25-21105734.pdf | 089B-WF-3368293-298_AFO_0000062_1A0000062_0000001.pdf | |

On August 19, 2021, we also provided you with two body-camera videos, one 1:25:28 in length and one 48:33 in length. On July 26, 2021, we provided you with copies of Mock's Facebook returns.

**Manner of Production.**  Please be sure to download the entire folder, including all subfolders and files contained within the subfolders exactly as it was provided **immediately** upon receipt to your own storage media.  These materials will be **automatically deleted in 60 days**.

The discovery is unencrypted.  Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

**Voluminous Materials.** Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may result from our ongoing investigations. These materials may include, but are not limited to, surveillance video, body worn camera footage, statements of other defendants, forensic searches of electronic devices and social media accounts of other defendants, and citizen tips.  The government is working to develop a system that will facilitate access to these materials, when appropriate.  **In the meantime, please let me know of any specific information that you believe is particularly relevant to your client.**

**Protective Order.**  This material is subject to the terms of the Protective Order issued in this case. The index above provides a designation for each document as Sensitive, Highly Sensitive, or neither.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

Sincerely,

s/Amanda Jawad
Amanda Jawad
Assistant United States Attorney

12