# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :     CASE NO. 21-cr-444 (JEB) |
| v. | : |
| | : |
| BRIAN CHRISTOPHER MOCK, | : |
| | : |
| Defendant. | : |

## NOTICE OF FILING

For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021. We request that those memoranda, listed below and attached as Exhibits, be made part of the record in this case. The government will mail copies of this notice and the attached Exhibits to Brian Mock, who is proceeding *pro se*.

1. Memorandum Regarding Status of Discovery as of August 23, 2021; and

2. Memorandum Regarding Status of Discovery as of September 14, 2021.

Respectfully submitted,
CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:      /s/ *Emily A. Miller*        By:     s/*Amanda Jawad*
EMILY A. MILLER                                          AMANDA JAWAD
Capitol Breach Discovery Coordinator          Assistant United States Attorney, Detailee
DC Bar No. 462077                                     NY Bar No. 5141155
555 Fourth Street, N.W., Room 5826           211 W. Fort Street
Washington, DC 20530                              Detroit, MI 48226
Emily.Miller2@usdoj.gov                         Amanda.Jawad@usdoj.gov
(202) 252-6988                                             (313) 226-9116