UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-cr-444 (JEB) |
| | : | |
| BRIAN CHRISTOPHER MOCK, | : | |
| | : | |
| *Defendant.* | : | |

**UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e), if applicable to this case. The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with the defendant regarding this motion and he does not oppose the motion.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


/s/ *Amanda Jawad*
Amanda Jawad
Assistant United States Attorney, Detailee
NY Bar No. 5141155
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Amanda.Jawad@usdoj.gov
(313) 226-9116

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 19, 2021, I served a copy of this pleading on defendant's standby counsel through the electronic case file system. I also certify that the U.S. Attorney's Office mailed a hard copy of this pleading to the defendant, who is representing himself *pro se*.

            /s/ *Amanda Jawad*
            AMANDA JAWAD
            Assistant United States Attorney, Detailee