UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-444 (JEB) |
| BRIAN CHRISTOPHER MOCK, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT**
**TO LOCAL CRIMINAL RULE 49**

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and standby counsel in relation to the defendant's oral motion for bond and the hearing on that motion scheduled for January 20, 2022. The exhibits were provided via e-mail and USAfx on January 20, 2022 and are as follows:

1. Government Exhibit A is a clip from the body-worn camera of Metropolitan Police Department (MPD) officer C.W. and is approximately 45 seconds in length. The events depicted in Exhibit A occurred at approximately 2:29 p.m. on January 6, 2021.

2. Government Exhibits B, C, and D are screenshots from Officer C.W.'s body-worn camera clip (Exhibit A). Each one is time-stamped approximately 2:29 p.m. on January 6, 2021.

3. Government's Exhibit E is a clip from the body-worn camera of MPD Officer H.F. and is approximately 58 seconds in length. The events depicted in Exhibit E occurred at approximately 2:34 p.m. on January 6, 2021.

4. Government Exhibits F, G, H, and I are screenshots from Officer H.F.'s body-worn camera clip (Exhibit E). Each one is time-stamped approximately 2:34 p.m. on January 6, 2021.

5. Government Exhibit J, referenced in the Statement of Facts, is a public posting by the FBI on April 5, 2021, and re-posted by the private page "Sedition Hunters."

6. Government Exhibits K, L, M, N, O, P, and Q are screenshots of social media

postings by defendant Brian Mock and the woman who accompanied him to the Capitol. Each of these screenshots were provided by a tipster. It is the government's understanding that these posts were posted on or around January 6, 2021. The screenshots were captured by the tipsters on various dates between January and May 2021.

7. Government Exhibits R, S, and T are excerpts taken from defendant Mock's Facebook returns that the FBI received pursuant to a search warrant. Exhibit R was posted on January 2, 2021. The posts in Exhibit S were posted on January 3, 2021. Exhibit T was posted on January 8, 2021.

8. Government Exhibit U is a publicly-available Instagram video. It is approximately three minutes in length. Mr. Mock can be seen shoving a Capitol police officer at the 2:14 mark. Mr. Mock is wearing a green camouflage hoodie and a black backpack. At the 2:30 mark, Mr. Mock can be seen yelling and pointing at officers. The government believes these are the same events depicted in Exhibit A (Officer C.W.'s body-camera video) from a different angle.

9. Government Exhibit V is a publicly-available YouTube video entitled "Exclusive Video Footage of Peaceful Protestors Being Attacked." It is approximately 8:48 minutes in length. At approximately the 3:37 mark, Mr. Mock can be seen in the left-hand corner shoving another individual.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney

        s/Amanda Jawad
        Amanda Jawad
        Assistant United States Attorney
        District of Columbia Detailee
        N.Y. Bar 5141155
        U.S. Attorney's Office
        211 W. Fort Street
        Detroit, MI 48226
        (313) 226-9116
        amanda.jawad@usdoj.gov

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused standby counsel to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein on June 20, 2021. I further certify that our office mailed a copy of this filing to pro se defendant Brian Mock via USPS.

s/Amanda Jawad
Amanda Jawad
Assistant United States Attorney