AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of **Columbia**

| | |
|---|---|
| United States of America<br>v.<br><br>Brian Christopher Mock<br><br>_____<br>*Defendant* | Case: 1:21-mj-00469<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 6/10/2021<br>Description: Complaint w/ Arrest Warrant |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Brian Christopher Mock                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. §§ 1752(a)(1), (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder
40 U.S.C. § 5104(e)(2)(F) - Acts of Physical Violence in any of the Capitol Buildings or Grounds

2021.06.10
13:42:12
-04'00'

Date:     06/10/2021                                             _____
*Issuing officer's signature*

City and state:     **Washington, D.C.**                    Robin M. Meriweather, U.S. Magistrate Judge
                                                                              *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 6/10/2021, and the person was arrested on *(date)* 6/11/2021<br>at *(city and state)* Minneapolis, Minnesota<br><br>Date: 6/11/2021                    _____<br>                                              *Arresting officer's signature*<br><br>                    SA David Walden, FBI<br>                                              *Printed name and title* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

United States of America,

Plaintiff,

v.

Brian Christopher Mock,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COURT MINUTES - CRIMINAL
### BEFORE: HILDY BOWBEER
### U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 21-mj-445 HB |
| Date: | June 11, 2021 |
| Video Conference | |
| Time Commenced: | 1:43 p.m. |
| Time Concluded: | 2:02 p.m. |
| Time in Court: | 17 minutes |

APPEARANCES:

      Plaintiff: Michelle Jones, Assistant U.S. Attorney
      Defendant: Keala Ede, Assistant Federal Public Defender
          X FPD                  X To be appointed

    X Advised of Rights

on   X Complaint
X Date charges or violation filed: 6/10/2021
X Current Offense: Assaulting, Resisting, or Impeding Certain Officers;
Knowingly Entering or Remaining in any Restricted Building or Grounds
Without Lawful Authority; Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
Obstruction of Law Enforcement During Civil Disorder;
Acts of Physical Violence in any of the Capitol Buildings or Grounds
X **Charges from other District:** District of Columbia
X Title and Code of underlying offense from other District: 18:111(a)(1)
X Case no: 21-mj-469

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is June 15, 2021 at 11:30 a.m. via video conference before U.S. Magistrate Judge Katherine M. Menendez for:
X Detention hrg   X Preliminary hrg

X Removal hearing waived

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Defendant consents to this hearing via video conference.
X Government motions to unseal the Complaint - Granted

                                      _____ s/ JAM
                                  Signature of Courtroom Deputy

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,           Case No: 21-mj-445 HB

         Plaintiff,

v.

                     ORDER OF PRELIMINARY
                     DETENTION PENDING HEARING
                     <u>PURSUANT TO BAIL REFORM ACT</u>

Brian Christopher Mock,

         Defendant.

_____

         Upon motion of the United States it is ORDERED that a detention/preliminary

hearing is set for June 15, 2021 at 11:30 a.m. before Magistrate Judge Katherine M. Menendez, via

video conference.   Pending this hearing, the Defendant shall be held in custody by the United

States Marshal and produced for the hearing.

Dated: June 11, 2021                    <u>*s/Hildy Bowbeer*_____</u>
                                  Hildy Bowbeer
                                  U.S. Magistrate Judge

If not held immediately upon defendant's first appearance, the hearing may be continued for up to
three days upon motion of the Government, or up to five days upon motion of the defendant.
<u>18 U.S.C. § 3142(f)(2)</u>.

A hearing is required whenever the conditions set forth in <u>18 U.S.C. § 3142</u> are present.
Subsection (1) sets forth the grounds that may be asserted only by the attorney for the
Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for
the Government or upon the judicial officer's own motion if there is a serious risk that the
defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or
intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 21mj445 (HB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| BRIAN CHRISTOPHER MOCK, | ) | |
| | ) | |
| Defendant. | | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Keala C. Ede shall appear as appointed counsel of record for the above named defendant in this case.


Dated: June 11, 2021

*s/Keala C. Ede*
KEALA C. EDE
Attorney ID No. 387316
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-mj-445 HB

UNITED STATES OF AMERICA,

Plaintiff,

v.                                    **NOTICE OF APPEARANCE**

BRIAN CHRISTOPHER MOCK,

Defendant.

The following criminal case is being reassigned as follows:

<u>Add AUSA</u>

Joseph S. Teirab

<u>Remove AUSA</u>

Michelle E. Jones

Dated: June 14, 2021                  Respectfully submitted,

                                      W. ANDERS FOLK
                                      Acting United States Attorney

                                      s/Joseph S. Teirab
                                      BY: JOSEPH S. TEIRAB
                                      Assistant U.S. Attorney
                                      Attorney ID No. 0393439

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Brian Christopher Mock,

Defendant,

)
)
)
)
)
)
)
)
)
)
)
)
)
)

### COURT MINUTES - CRIMINAL
BEFORE: KATHERINE M. MENENDEZ
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 21-mj-445 HB |
| Date: | June 15, 2021 |
| Courthouse: | Lori Simpson |
| Video Conference | |
| Time Commenced: | 11:35 a.m. |
| Time Concluded: | 1:50 p.m. |
| Time in Court: | 2 hours, 15 minutes |

X **PRELIMINARY HEARING**
 X **DETENTION HEARING**
Time in Court Prelim/Det: 1 hour, 7 minutes/ 1 hour, 8 minutes

APPEARANCES:

Plaintiff: Joseph Teirab, Assistant U.S. Attorney
Defendant: Keala Ede,
          X FPD

On    X Complaint

X **Charges from other District:** District of Columbia

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Deft removed to charging district and is ordered to appear before Magistrate Judge Zia M. Faruqui on June 18, 2021 at 1:00 p.m. Eastern Standard Time by video conference.

X Defendant waived right to removal hearing
X Removal Order to be Issued
X Probable cause found.

Additional Information:
X Defendant consents to this hearing via video conference.
Joshua Stenzel testified.
Government exhibits A-T admitted.
Defense objects to exhibits M, N, R, S and T. Denied.
Government requests a 24-hour Stay. Granted. Stay is effective until 2:00 p.m. on June 16, 2021.

   s/ SAE
Signature of Courtroom Deputy

# UNITED STATES DISTRICT COURT
## for the
## District of Minnesota

United States of America,

v.

Brian Christopher Mock
*Defendant*

Case No. 0864 0:21-00445M-001

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

    (1)    The defendant must not violate any federal, state, or local law while on release.

    (2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.[1]

    (3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

    (4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the Court may impose. The defendant must appear at _____
on _____ .

        If blank, defendant will be notified of next appearance.

    (5)    The defendant must sign an appearance bond, if ordered.

---

[1] The Director of the FBI is required by law to promptly expunge from the index described in 42 USC Section 14132(a), the analysis of the DNA sample collected from this Defendant upon receipt by the Attorney General of a certified copy of a final court order establishing: 1) that no indictment was returned, or 2) that the charges giving rise to this Order Setting Conditions of Release were dismissed, or 3) that Defendant was acquitted of the charges giving rise to this Order setting Conditions of Release. In the event any of the foregoing occur, Defendant or his or her Attorney should submit a proposed Order to the Court specifying which of the foregoing events occurred, and sufficient information regarding his or her identity and the charges giving rise to this Order Setting Conditions of Release to enable the FBI to match the Order to the DNA sample to be expunged. To accomplish the expungement, once the Order is entered, the Defendant or his or her Attorney must send a certified copy of the Order to:

    Federal Bureau of Investigation
    Laboratory Division
    2501 Investigation Parkway
    Quantico, VA 22135
    Attn: Federal Convicted Offender Program Manager

More information is available at: www.fbi.gov/about-us/lab/biometric-analysis/codis/codis_expungement

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐    (6)      The defendant is placed in the custody of:

         Person or organization _____

         Address *(Only if above is an organization)* _____

         City and State _____

         Tel No. *(if organization)* _____

Who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                Signed: _____   _____

                               *Custodian or Proxy*             *Date*

☒    (7)      The defendant must:

☒    (a)    submit to supervision by and report for supervision to the U.S. Probation and Pretrial Services Office as directed and ensure your supervising officer has a means to reach you.

☒    (b)    continue or actively seek employment and provide verification.

☐    (c)    continue or start an education program.

☐    (d)    surrender any passport, Green Card, Visa, Advanced Parole Document, Refugee Travel Permit/Reentry Document, or other foreign travel document to Probation and Pretrial Services as directed.

☒    (e)    not obtain a passport, Green Card, Visa, Advanced Parole Document, Refugee Travel Permit/Reentry Document, or other foreign travel document.

☒    (f)    abide by the following restrictions on personal association, residence, or travel: Travel shall be restricted to Minnesota and Washington District of Columbia for court purposes only, unless approved by the supervising officer.

☒    (g)    avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, ~~including:~~ This includes, but is not limited to, messages (voice and text), human contact, or third-party contacts.

☒    (h)    get medical or psychiatric treatment: Continue participating in counseling as determined by provider and provide verification.

☐    (i)    return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purpose(s):

## ADDITIONAL CONDITIONS OF RELEASE

☐　(j)　maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary, and observe the rules and regulations of that facility.

☒　(k)　not possess a firearm, destructive device, or other weapon.

☐　(l)　not use alcohol ☐ at all ☐ excessively.

☒　(m)　not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

☒　(n)　submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

☐　(o)　participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

☒　(p)　participate in one of the following location restriction programs and comply with its requirements as directed.
　　☒　(i)　**Curfew.** You are restricted to your residence every day
　　　　☐ from _____ to _____ or
　　　　☒ as directed by the pretrial services officer, or

　　☐　(ii)　**Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

　　☐　(iii)　**Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

## ADDITIONAL CONDITIONS OF RELEASE

☒ (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

    ☐ you must pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

☒ (r) report as soon as possible, to the pretrial services office or supervising officer every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

☒ (s) reside at a residence as approved by the supervising officer.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.,* in addition to) any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) An offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) An offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) Any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) A misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

14

## Directions to the United States Marshal

☒       The defendant is ORDERED released after processing.

☐       The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

☐       The United States Marshal is ORDERED to keep the defendant in custody until notified by the U.S. Probation and Pretrial Services Office that a halfway house bed is available. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: June 15, 2021                                              
*Judicial Officer's Signature*

U.S. Magistrate Judge Kate M. Menendez
*Printed Name and Title*

DISTRIBUTION: COURT    DEFENDANT    PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

United States of America,

v.

Brian Christopher Mock
*Defendant*

Case No. 0864 0:21-00445M-001

## APPEARANCE BOND

### Defendant's Agreement

I, <u>Brian Christopher Mock *(defendant)*</u>, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

☒    to appear for court proceedings;

☒    if convicted, to surrender to serve a sentence that the court may impose; or

☐    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

☒   (1)    This is a personal recognizance bond.

☐   (2)    This is an unsecured bond of $ _____ .

☐   (3)    This is a secured bond of $ _____ , secured by:

     _____

     ☐   (a)   $ _____ , in cash deposited with the court.

     ☐   (b)   the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it— such as a lien, mortgage, or loan—and attach proof of ownership and value)*:

         _____

         If this bond is secured by real property, documents to protect the secured interest may be filed of record.

     ☐   (c)   A bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

         _____

         _____

16

## Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant—and each surety—declare under penalty of perjury that:

    (1)    All owners of the property securing this appearance bond are included on the bond;
    (2)    The property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant—and each surety—have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant—and each surety—declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 6/15/21

_____
Defendant's signature

_____
Surety/property owner—printed name

_____
Surety/property owner—signature and date

_____
Surety/property owner—printed name

_____
Surety/property owner—signature and date

_____
Surety/property owner—printed name

_____
Surety/property owner—signature and date

### CLERK OF COURT

Date: _____

_____
Signature of Clerk or Deputy Clerk

Date: June 15, 2021

_____
Judge's signature

17

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | No. 0:21-mj-00445-HB |
| Plaintiff, | |
| v. | **ORDER** |
| Brian Christopher Mock, | |
| Defendant. | |

On June 15, 2021, the Court held a detention hearing as to Mr. Mock. ECF 5. The Court Ordered Mr. Mock released on conditions, including that he submit to supervision by Probation and Pretrial Services, maintain employment, wear an electronic monitor, and avoid any contact or communication whatsoever with witnesses in this matter. The government intends to appeal the release Order. *See* 18 U.S.C. § 3145 (providing that if a magistrate judge orders a person's release, the government may file a motion for revocation of the order). Because the government will be seeking review of the undersigned's decision, the Order setting the conditions of Mr. Mock's release is **STAYED**. This stay will remain in effect until 2:00 p.m. tomorrow, June 16, 2021, or until further order of the Court.

Date: June 15, 2021

 _s/Katherine Menendez_____
 Katherine Menendez
 United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **MAGISTRATE NO. 21-MJ-469 (RMM)** |
| | **:** | |
| **BRIAN CHRISTOPHER MOCK,** | **:** | |
| **Defendant.** | **:** | |

## ORDER

Upon consideration of the Government's Motion for Emergency Stay and for Review of Detention Order as to defendant Brian Christopher Mock

It is this 16th day of June, 2021,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the release order entered by the District of Minnesota Magistrate Judge on June 15, 2021 as to defendant Brian Christopher Mock is **STAYED** pending review of the detention decision by this Court.

BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

1

19

# UNITED STATES DISTRICT COURT
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA | **GOVERNMENT'S EXHIBIT LIST** |
|---|---|
| v. | Case No. 21-mj-445 (HB) |
| BRIAN CHRISTOPHER MOCK | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Katherine M. Menendez | Joseph Teirab<br>Assistant U.S. Attorney | Keala C. Ede |

| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| June 15, 2021 Preliminary/Detention Hearing | Lori Simpson | Sarah Erickson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| A | | | | | Body Worn Camera Video regarding 2:29 p.m. incident |
| B | | | | | Screenshot 1 of Body Worn Camera Video regarding 2:29 p.m. |
| C | | | | | Screenshot 2 of Body Worn Camera Video regarding 2:29 p.m. |
| D | | | | | Screenshot 3 of Body Worn Camera Video regarding 2:29 p.m. |
| E | | | | | Body Worn Camera Video regarding 2:34 p.m. incident |
| F | | | | | Screenshot 1 of Body Worn Camera Video regarding 2:34 p.m. incident |
| G | | | | | Screenshot 2 of Body Worn Camera Video regarding 2:34 p.m. incident |
| H | | | | | Screenshot 3 of Body Worn Camera Video regarding 2:34 p.m. incident |
| I | | | | | Screenshot 4 of Body Worn Camera Video regarding 2:34 p.m. incident |
| J | | | | | Sedition Hunters Screenshot |
| K | | | | | Social Media Screenshot Submitted by Witness 1 |
| L | | | | | Social Media Screenshot 1 Submitted by Witness 2 |
| M | | | | | Social Media Screenshot 2 Submitted by Witness 2 |
| N | | | | | Social Media Screenshot 3 Submitted by Witness 2 |
| O | | | | | Social Media Screenshot 4 Submitted by Witness 2 |
| P | | | | | Social Media Screenshot 1 Submitted by Witness 5 |
| Q | | | | | Social Media Screenshot 2 Submitted by Witness 5 |
| R | | | | | Facebook Comments of Defendant from January 1, 2021 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| S | | | | | Facebook Comments of Defendant from January 3, 2021 |
| T | | | | | Facebook Comments of Defendant from January 8, 2021 |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-mj-445 (HB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE THAT NO** |
| v. | ) | **REDACTION IS REQUIRED** |
| | ) | |
| BRIAN CHRISTOPHER MOCK, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned attorney for the defendant hereby notifies the Court, court reporter, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcript, that in regards to the transcript of Preliminary and Detention Hearing held on June 15, 2021, I will not be requesting redaction as no redaction is required.

Dated: June 22, 2021

Respectfully submitted,

*s/ Keala C. Ede* _____
KEALA C. EDE
Attorney No. 387316
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Case No. 21-mj-445 HB

     Plaintiff,

v.

ORDER OF REMOVAL

Brian Christopher Mock,

     Defendant.

_____

The above captioned case was before the undersigned United States Magistrate Judge for an appearance on June 11, 2021. Defendant waived the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of Columbia, and he is ordered removed to that district for further proceedings.


Dated: June 30, 2021                    *s/ Katherine M. Menendez*
                                       Katherine M. Menendez
                                       U.S. Magistrate Judge

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CRIMINAL DOCKET FOR CASE #: <u>0:21−mj−00445−HB</u>−1
# *Internal Use Only*

Case title: USA v. Mock

Date Filed: 06/11/2021
Date Terminated: 06/30/2021

---

Assigned to: Magistrate Judge
Hildy Bowbeer

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Brian Christopher Mock** | represented by | **Keala C Ede** |
| *TERMINATED: 06/30/2021* | | Office of the Federal Defender |
| | | 300 South Fourth Street, Suite 107 |
| | | Minneapolis, MN 55415 |
| | | 612−664−5858 |
| | | Fax: 612−664−5850 |
| | | Email: <u>keala_ede@fd.org</u> |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender or Community Defender Appointment* |
| | | |
| | | **Katherian D Roe** |
| | | Office of the Federal Defender |
| | | 300 S 4th St Ste 107 |
| | | Mpls, MN 55415 |
| | | 612−664−5858 |
| | | Fax: 612−664−5850 |
| | | Email: <u>katherian_roe@fd.org</u> |
| | | *TERMINATED: 06/11/2021* |
| | | *Designation: Public Defender or Community Defender Appointment* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

**<u>Highest Offense Level (Opening)</u>**

None

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

<u>**Highest Offense Level**</u>
<u>**(Terminated)**</u>

None

| <u>**Complaints**</u> | <u>**Disposition**</u> |
|---|---|
| 18:111 | |

<u>**Plaintiff**</u>

**USA**                                         represented by    **Joseph Scott Teirab**
                                                                  DOJ–USAO
                                                                  300 S 4th Street
                                                                  Ste 600
                                                                  Minneapolis, MN 55415
                                                                  612–664–5636
                                                                  Email: joseph.teirab@usdoj.gov
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Michelle E Jones**
                                                                  United States Attorney's Office
                                                                  300 S 4th St Ste 600
                                                                  Minneapolis, MN 55415
                                                                  (612) 664–5600
                                                                  Email: michelle.e.jones@usdoj.gov
                                                                  *TERMINATED: 06/14/2021*
                                                                  *Designation: Retained*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/11/2021 | | | Arrest (Rule 5) of Brian Christopher Mock. (SAE) (Entered: 06/11/2021) |
| 06/11/2021 | 1 | | Minute Entry for proceedings held before Magistrate Judge Hildy Bowbeer: Initial Appearance in Rule 5(c) (3) Proceedings as to Brian Christopher Mock held on 6/11/2021. Charges from the District of Columbia. Counsel to be appointed. Government moves for detention. Motion is granted, temporary detention ordered. Detention and Preliminary Hearing set for 6/15/2021 at 11:30 AM in Video Conference (no courtroom) before Magistrate Judge Katherine M. Menendez. Removal hearing waived. Defendant consents to this hearing via video conference. Government motions to unseal the Complaint– Granted. (SAE) (Entered: 06/11/2021) |
| 06/11/2021 | 2 | | ORDER OF PRELIMINARY DETENTION as to Brian Christopher Mock. Detention and Preliminary Hearing set for 6/15/2021 at 11:30 AM in Video Conference (no courtroom) before Magistrate Judge Katherine M. Menendez. Signed by Magistrate Judge Hildy Bowbeer on 6/11/2021. (SAE) (Entered: 06/11/2021) |

| 06/11/2021 | 3 | | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Brian Christopher Mock. (Ede, Keala) (Entered: 06/11/2021) |
|------------|---|---|---|
| 06/14/2021 | 4 | | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for USA. (Teirab, Joseph) (Entered: 06/14/2021) |
| 06/15/2021 | 5 | | Minute Entry for proceedings held before Magistrate Judge Katherine M. Menendez: Detention Hearing and Preliminary Examination as to Brian Christopher Mock held on 6/15/2021. Personal Recognizance Bond set as to Brian Christopher Mock. Deft waived removal hearing – Deft removed to charging district. Probable cause found. Govt requests 24–hour stay. Stay granted until 2:00 p.m. on 6/16/2021. Deft consented to hearing via video conference. (Court Reporter Lori Simpson) (MME) (Entered: 06/15/2021) |
| 06/15/2021 | 6 | | TRANSCRIPT REQUEST for an <span style="color:red">Expedited Daily Transcript (by 8am following day)</span> of 5 Detention Hearing, Preliminary Examination, Bond Set/Reset to Court Reporter Lori Simpson. (NAH) (Entered: 06/15/2021) |
| 06/15/2021 | 7 | | DOCUMENT FILED IN ERROR – ORDER OF REMOVAL to District of Columbia as to Brian Christopher Mock. Signed by Magistrate Judge Katherine M. Menendez on 6/15/2021. (MME) Modified text on 6/15/2021 (MME). (Entered: 06/15/2021) |
| 06/15/2021 | 8 | | ORDER Setting Conditions of Release as to Brian Christopher Mock. Signed by Magistrate Judge Katherine M. Menendez on 6/15/2021. (SAE) (Entered: 06/15/2021) |
| 06/15/2021 | 9 | | Personal Recognizance Bond Entered as to Brian Christopher Mock. Signed by Magistrate Judge Katherine M. Menendez on 6/15/2021. (SAE) (Entered: 06/15/2021) |
| 06/15/2021 | 10 | | STAY ORDER as to Brian Christopher Mock. Signed by Magistrate Judge Katherine M. Menendez on 6/15/2021. (SAE) (Entered: 06/15/2021) |
| 06/16/2021 | 11 | | TRANSCRIPT of Preliminary and Detention Hearing held on 6/15/2021 before Magistrate Judge Katherine M. Menendez as to Brian Christopher Mock. (88 pages). Court Reporter: Lori Simpson. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*. <br><br>**Parties have 7 days to file a *Notice of Intent to Request Redaction*. In accordance with Judicial Conference policy and <u>Local Rule 80.1</u>, the transcript may be released and made remotely electronically available to the public in 90 days.** For further information on redaction procedures, please review <u>Local Rule 5.5</u> and *Case Information* >*Transcripts, Court Reporters and Digital Audio Recordings*. <br><br>Notice Intent/No Intent to Request Redactions due 6/23/2021. <br>Redaction Request due 7/7/2021. <br>Redacted Transcript Deadline set for 7/19/2021. <br>Release of Transcript Restriction set for 9/14/2021. <br>(LAS) (Entered: 06/16/2021) |
| 06/16/2021 | 12 | | ORDER FOR AN EMERGENCY STAY as to Brian Christopher Mock. Signed by Chief Judge Beryl A. Howell (District of Columbia). (SAE) (Entered: 06/16/2021) |

| 06/16/2021 | 14 | TRANSCRIPT REQUEST for a COPY OF 11 Transcript&#040s&#041 to Court Reporter Lori Simpson. (Ede, Keala) (Entered: 06/16/2021) |
| --- | --- | --- |
| 06/16/2021 | 15 | EXHIBIT LIST by USA as to Brian Christopher Mock (Teirab, Joseph) (Entered: 06/16/2021) |
| 06/22/2021 | 17 | NOTICE THAT NO REDACTION IS REQUIRED by Brian Christopher Mock re 11 Transcript,,,, . Attn: Court Reporter Lori Simpson. (Ede, Keala) (Entered: 06/22/2021) |
| 06/30/2021 | 18 | ORDER OF REMOVAL to District of District of Columbia as to Brian Christopher Mock. Signed by Magistrate Judge Katherine M. Menendez on 6/30/2021. (SAE) (Entered: 06/30/2021) |