UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 21-444 (JEB) |
| | ) | |
| Plaintiff, | ) | **MOTION FOR WITHDRAWAL AND** |
| v. | ) | **FOR THE APPOINTMENT OF** |
| | ) | **SUBSTITUTE STANDBY COUNSEL,** |
| BRIAN CHRISTOPHER MOCK, | ) | **AND FOR STATUS CONFERENCE** |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 44.5(d) of the Local Criminal Rules of the United States District Court for the District of Columbia, the undersigned counsel, Keala C. Ede, hereby respectfully moves to withdraw as standby counsel of record for the defendant, Brian Christopher Mock, and for the appointment of substitute standby counsel, as well as a status conference in the above-captioned matter. The grounds for this motion are as follows:

On February 24, 2022, the undersigned standby counsel was appointed as a state District Court Judge in Minnesota. Standby counsel anticipates that his duties will commence on or before April 18, 2022, which is the scheduled trial date in the above-captioned matter. Standby counsel will be serving this written motion upon Mr. Mock via U.S. mail to the Correctional Treatment Facility of the District of Columbia Department of Corrections, which is located at 1901 D. Street SE, Washington, DC 20003. Standby counsel has already informally provided notice of this motion to Mr. Mock and to counsel of record for the government, Assistant United States Attorney Amanda Jawad, and to this Court. Standby counsel is also attempting to arrange for a formal meeting with Mr. Mock on March 1, 2022, to further discuss this motion with him and to ensure that he has notice.

1

Standby counsel has contacted the Office of Federal Public Defender for the District of Columbia ("FPD") to request their assistance in securing substitute standby counsel for Mr. Mock. Standby counsel is informed and believes that, upon granting this motion and receiving direction from the Court to do so, the FPD will assist the Court in appointing substitute standby counsel for Mr. Mock. Because Mr. Mock is representing himself *pro se* and standby counsel is timely filing this motion immediately following the announcement of his appointment, seven weeks prior to trial, granting this motion to withdraw should not unduly delay trial of the case or be unfairly prejudicial to any party. Moreover, granting this motion is in the interests of justice.

Lastly, in order to ensure that Mr. Mock has formal notice of this motion in addition to the efforts described above, and to address continuing issues regarding discovery and access to legal materials that Mr. Mock has raised with standby counsel since the February 18, 2022 status conference, standby counsel is respectfully requesting that the Court set a status conference in this matter at the Court's earliest possible convenience.

For all of the foregoing reasons, it is respectfully prayed that the Court grant standby counsel's motion to withdraw as standby counsel of record for Mr. Mock, order the appointment of substitute standby counsel, and set a status conference in the above-captioned matter.

Dated: February 25, 2022                    Respectfully submitted,

*s/ Keala C. Ede*

KEALA C. EDE
MN Attorney ID No.  387316
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415