**FEDERAL BUREAU OF INVESTIGATION**

Exhibit "B"

Date of entry  05/17/2021

    United States Capitol Police (USCP) Officer XXXXXXXXX was interviewed at the FBI Washington Field Office by SA Beth Alvarez and SA Joshua Stenzel. Staff Operations Specialist (SOS) Lorin Shirwani was present in the room, and Lisa Nicole Walters of the USCP Office of the General Counsel was present by speakerphone. Officer XXXXX provided the following information:

    Officer XXXXX has been employed as a USCP officer for approximately four years. He is assigned to the Uniformed Services Bureau, Senate Division. His regular duties include patrol and access control at the United States Capitol building. He is also a member of the Civil Disturbance Unit (CDU), also known as the Hard Team, for which he receives specialized training and equipment.

    On January 6, 2021, Officer XXXXX reported to work at approximately 9 or 10 in the morning in his capacity as a CDU member. He was part of a 22-man team that day, with two sergeants. The team put on their issued equipment, which included a helmet and external protective pads, and waited in the area of Delaware Avenue and Constitution Avenue for further instructions.

    As the crowd on the National Mall progressed toward the Capitol building, Officer XXXXX and his team were ordered to the area of the Peace Circle to help control the crowd. By the time they got there, however, the crowd had already advanced on the Lower West Terrace. Officer XXXXX and his teammates joined other law enforcement officers there, and formed a line at the Lower West Terrace to try to stop the crowd from advancing. There was a lot of pushing and shoving as the officers tried to prevent the crowd from taking away a row of bicycle racks that formed a barrier between the officers and the crowd.

| | |
|---|---|
| Investigation on  05/10/2021  at  Washington, District Of Columbia, United States (In Person) | |
| File #  89B-WF-3368293-298_AFO | Date drafted  05/10/2021 |
| by  Beth Frasier Alvarez, LORIN SHIRWANI, STENZEL JOSHUA | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

89B-WF-3368293-298_AFO
(U) U.S. Capitol Police Officer XXXXX

Continuation of FD-302 of XXXXX , On 05/10/2021 , Page 2 of 2

As he and the other USCP officers repelled the rioters who were advancing on the Lower West Terrace, someone pulled Officer XXXXX aside and told him to put on his gas mask, which he did. He either picked up a shield off the ground or was handed one. He recalled he was one of the few USCP officers who had a shield, and he was using it to try to protect himself and others from the chemical irritants that were being sprayed by the crowd onto the officers.

Officer XXXXX recalled being shoved onto his back by one of the rioters. During the melee, Officer XXXXX right elbow was hit right in the area where two protective pads on his arm met. That caused what he described as excruciating pain at the time of impact, although he did not sustain injury that he knows of other than bruising. As he lay on the ground, Officer XXXXX held onto his shield for protection from the crowd and also tried to protect his service weapon, because he was afraid the crowd would try to take it.

When he later removed his helmet, Officer XXXXX noted that there was a dent in the back of it, which he believes also was caused by his fall onto the hard surface he was standing on. Officer XXXXX later turned in his helmet and got a replacement one.

Officer XXXXX reviewed video footage of the rioting, which included a man using a shield to shove a USCP officer. Officer XXXXX identified himself as the one who was shoved.

After the fall, other officers swarmed around Officer XXXXX to help him up. Officer XXXXX could not get a foothold because of all the water, bear spray, and other debris that littered the area. His gas mask had been knocked loose in the fall, and he got bear spray (or other chemical irritants) in his eyes and mouth. He could not see out of one of his eyes, and could barely see out of the other. He had trouble breathing. He was able to get behind a line of Washington DC Metropolitan Police Department (MPD) officers and rinse his eyes.