FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Exhibit "A"

Date of entry    06/14/2021

XXXXXXXXX (PROTECT IDENTITY) was interviewed telephonically, telephone number XXXXXXXX, by SA Beth Alvarez. After being advised of the identity of the interviewing agent and the purpose of the interview, Visnovec provided the following information:

XXXXX is aware of the FBI's interest in Brian Mock due to his participation in the Capitol Riots. XXXXX traveled to Washington, DC with Mock for what she thought would be a peaceful protest on January 6, 2021. XXXXX has seen the photographs online of Mock assaulting officers. She was not present when that happened and did not see him do it.

Mock and XXXXX are no longer a couple. XXXXX wanted to reach out to the FBI to provide information, but did not know how. Furthermore, Mock told her he would "make it bad" for her if she provided information to the FBI. Visnovec perceived that as a threat. She is afraid of Mock for herself and her two children.

XXXXX ended the call because she stated she was at work and could not talk long. She stated she would call SA Alvarez back at a later time.

XXXXX called back later that day to continue the interview. She provided the following information:

XXXXX works as a hairdresser and also as the assistant manager of a tanning salon. She works very hard to support herself and her two children, ages 14 and 15. About two years ago, she was in a bad car accident that caused her to have a seizure condition.

XXXXX met Mock at the end of November 2020 and they broke up in approximately April 2021.

When Mock and XXXXX traveled to Washington, DC they went in a car that

| | |
|---|---|
| Investigation on 06/11/2021 at | Washington, District Of Columbia, United States (Phone) |
| File # 89B-WF-3368293-298_AFO | Date drafted 06/11/2021 |
| by Beth Frasier Alvarez | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Mock had rented. They stayed in a hotel right next to the Pentagon; Mock registered the room in his name.

XXXXX did not want to go to the protest, but Mock convinced her to. He kept saying, "You're going, right?" They went with Mock's friend XXXX XXXXX, who lives in Montana. XXXXX met him for the first time on that trip. Visnovec is not sure when the assaults of officers occurred, but she believes it was at the beginning of the riots.

She is not sure where she was when Mock was assaulting the officers as seen in the online photographs she observed. She thinks maybe she was toward the back of the crowd, taking video. XXXXX has since deleted the videos from her phone because she wanted to erase all memories of that day. The videos showed the crowds and maybe someone getting pepper sprayed. She believes that Finnigan climbed the large scaffolding structure at one point. She does not believe that Finnigan assaulted anyone.

During the riots, XXXXX kept getting separated from Mock, but then he would find her and pull her along with him. During the day, all of them were sprayed with chemical irritants such as pepper spray.

As Mock and XXXXX were exiting the Capitol grounds, they saw a group of officers; Visnovec is not sure which agency they were from. Mock was yelling at the officers, "spewing anger" and saying things like "Do you feel like a man now?" and "Do you feel like you are protecting anyone?"

Mock and Visnovec left Washington, DC early in the morning of January 7 to drive back to Minnesota so that XXXXX could go back to work.

The reason that XXXXX ended the relationship with Mock had to do with his prior felony conviction. He told her about it, but then she looked it up online and learned that the charges involved Mock pointing a gun at children, which is not what he had told her. She asked him to explain and all he would say is, "You wouldn't understand."

After the breakup, Mock showed up at her house on two occasions, once in April and then on or about May 16, 2021. The purpose of the May 16 visit was to drop off some of her clothes that she left at his house. He went inside her open garage and stayed there for some time. Mock was in the garage and XXXXX was inside the house with the door locked. Mock spoke to

▓▓▓ through the door, telling her things such as that she was a "piece of shit", a "waste of space", and that she was a bad mother, yet was saying these things in a calm voice. ▓▓▓ was almost to the point of calling the police; however, she called ▓▓▓ and told him that he needed to get Mock under control. ▓▓▓ was able to convince Mock to leave ▓▓▓ garage.

At another point, Mock called Visnovec four times in a row and then texted her something like "911" and "no joke" so she called him back. He told her about the photographs of him at the Capitol Riots that were online. He said something like, "I'm warning you, they're going to be after you too, and if you are the one that tipped them off you're going to go down with me." He told her not to call anyone about the photographs and not to tell anyone, or he would make her life hell. He told her something like she needed to be on the "honors system" and not call the FBI. Visnovec wanted to call the FBI but was not sure who to tell. In the second interview Visnovec stated that she would be "slightly intimidated" if Mock were to be released from jail. She is worried that Mock might think she was the one who reported him to the police.

