Exhibit "C"

# Eagan Police Department

3830 Pilot Knob Rd Eagan, MN 55122

(651) 675-5700

Case #:EA21002485      Incident #: EA21002485

## Event

### 1265 TIMBERSHORE LN EAGAN, MINNESOTA 55123

| | |
|---|---|
| **DESCRIPTION OF EVENT:** | WELFARE CHECK |
| **Reported Date/Time:** | 04/27/2021 21:56:21 |
| **Occurred Start Date/Time (if unk, use Rpt date/time):** | 04/27/2021 21:56:21 |
| **Latitude:** | ☒☒☒☒☒ |
| **Longitude:** | ☒☒☒☒☒ |
| **Time Assigned:** | 21:58 |
| **Time Arrived:** | 22:11 |
| **Status (enter OPEN or CLOSED):** | CLOSED |
| **Case Disposition:** | ASSISTED/ADVISED |
| **Exceptional Clearance:** | NOT APPLICABLE |
| **Synopsis:** | Officer dispatched to check the welfare of a female possibly suicidal. Officers arrived and female said she did not need assistance. See main report. Case is closed. |

## Suspects (1)

### VISNOVEC, MISTY LYNN

| | |
|---|---|
| **DOB:** | ██████ |
| **Age:** | 38 |
| **Race:** | ██████ |
| **Ethnicity:** | ██████████ |
| **Sex:** | FEMALE |
| **Height:** | ███ |
| **Weight:** | ███ |
| **Eye Color:** | ██████ |
| **Address:** | ☒☒☒☒☒☒☒☒☒☒LN |
| **City:** | ☒☒☒☒ |
| **State:** | Minnesota |
| **Zip Code:** | 55123 |
| **County:** | Dakota |
| **Latitude:** | ☒☒☒☒☒☒☒☒ |
| **Longitude:** | ☒☒☒☒☒☒☒☒☒ |
| **Was the suspect arrested (Y/N)?:** | No |
| **Suspect taken to jail (Yes / No):** | NO |
| **Related Offenses:** | MISWEL MISC OFCR WELFARE CHECK |
| **Cell Phone:** | ☒☒☒☒☒☒☒ |
| **Driver License Number:** | ██████████ |
| **Driver License State:** | ██████ |

## Person Reporting Incident Data (1)

### MOCK, BRIAN CHRISTOPHER

| | |
|---|---|
| **DOB:** | ████████ |
| **Age:** | 42 |
| **Sex:** | MALE |
| **Race:** | █████ |

# Eagan Police Department

3830 Pilot Knob Rd Eagan, MN 55122

(651) 675-5700

Case #:EA21002485          Incident #: EA21002485

| | |
|---|---|
| **Ethnicity:** | █████████ |
| **Height:** | ██ |
| **Weight:** | ██ |
| **Eye Color:** | ███ |
| **Hair Color:** | ████ |
| **Address:** | ✕✕✕✕✕✕✕✕✕✕ |
| **City:** | ✕✕✕✕✕✕✕✕ |
| **State:** | ✕✕✕✕✕ |
| **Zip Code:** | 55412 |
| **County:** | Hennepin |
| **Latitude:** | ✕✕✕✕✕✕✕✕✕ |
| **Longitude:** | -✕✕✕✕✕✕✕✕✕ |
| **Resident Status (of Eagan):** | NON-RESIDENT |
| **Cell Phone:** | ✕✕✕✕✕✕✕✕ |
| **Driver License Number:** | █████████ |
| **Driver License State:** | ██████ |

## Offenses (1)

### MISWEL MISC OFCR WELFARE CHECK

| | |
|---|---|
| **UCR/NIBRS Code:** | 999 NIBRS Non-Reportable |
| **Offense Disposition:** | ASSISTED/ADVISED |
| **Bias Motivation:** | NONE |
| **Attempted/Completed:** | Completed |
| **Offender Suspected of Using:** | Not Applicable |
| **Cargo Theft:** | |
| **No. Premises Entered:** | |

## Narrative (1)

### MAIN REPORT CLAUSEN/128

**CLAUSEN, CHAD 33128**          **04/27/2021**

04/27/2021 at 2221 hours

On 04/27/2021 at approximately 2156 hours, officers were dispatched to ✕✕ ✕✕✕✕✕✕✕✕✕ regarding a welfare check. While en route, dispatch advised officers that the reporting party's ex-girlfriend was possibly suicidal, and he wanted her welfare checked.

I then called the reporting party, Brian Christopher Mock at ✕✕✕✕✕✕✕ Brian stated that his ex-girlfriend, ✕✕✕✕✕✕✕✕✕✕, does suffer from mental health challenges, including depression. Approximately 1 month ago, ✕✕✕ took an entire bottle of prescribed medications in an attempt to kill herself, and sometime overnight threw up all over herself. The police were not called during that incident, and ✕✕✕ never went to the hospital. Brian was not present during that incident and is only going by what ✕✕✕ told him.

# Eagan Police Department

3830 Pilot Knob Rd Eagan, MN 55122

(651) 675-5700

Case #:EA21002485                                      Incident #: EA21002485

Today, ▓▓▓ called Brian at approximately 2140 to 2150 hours. He states while they were talking, ▓▓▓ was rambling on, back and forth, not making very much sense. The phone then disconnected, and he was unable to make contact with her after that. I did try calling ▓▓▓ phone, ▓▓▓▓▓▓▓nd it went straight to voicemail.

I advised Brian I would be attempting to make contact with ▓▓▓ at her house and would call him back with what I found out.

Officer Dorumsgaard and I arrived at ▓▓▓▓▓▓▓▓▓ and were able to make contact with ▓▓▓ at the front door. She allowed us to come into the house. She stated she had been drinking, but did not take any pills. She stated she did not need any police assistance, she was drinking in her own home and was fine. I advised her the reason why we were there is that Brian was concerned for her welfare, and she stated she was fine.

While speaking with ▓▓▓, it was obvious that she had been drinking, but I observed no indications that she was unable to care for herself. She was able to communicate properly. Officers advised ▓▓▓ to call 911 if she needs any assistance, and we cleared the scene.

I then called Brian back and advised him of the situation, and he appreciated that we checked on her. He was advised to call back if there are any further problems.

This is an informational report only. Case is closed, advised/assisted. No further follow up needed.

:mk

| Officer (1) |
|---|

**Reporting Officer:**         CLAUSEN, CHAD  (33128)              04/27/2021 22:29:00