UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-444-JEB |
| | : | |
| BRIAN MOCK, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO SEAL**

NOW COMES, defendant, Brian Mock requesting this Honorable Court to allow Mr. Mock to file his motion for reconsideration under seal. Parts of the motion contain materials subject to a protective order creating an overriding interest in keeping the information confidential that outweighs the need for public disclosure.

Dated: May 20, 2022         Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

I, William L. Shipley, hereby certify that on this day, May 20, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ William L. Shipley
William L. Shipley, Jr., Esq.