UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-444 (JEB)** |
| v. | : | |
| | : | |
| **BRIAN CHRISTOPHER MOCK,** | : | |
| | : | |
| Defendant. | : | |

**MOTION TO SEAL AND
FOR LEAVE TO FILE MATERIAL UNDER SEAL**

The United States of America respectfully moves for entry by this Court of an order sealing the defendant's pending Motion for Reconsideration of Detention Order, ECF No. 46, and permitting the sealed submission of the government's forthcoming response to it. As grounds for the motion, the government states that the defendant's motion and the government's forthcoming response contain identifying information about witnesses that is covered by the protective order issued in this case. *See* ECF No. 27.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:            */s/ Michael M. Gordon*
            MICHAEL M. GORDON
            Florida Bar No. 1026025
            Assistant United States Attorney