UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-444 (JEB) |
| v. : | |
| : | |
| BRIAN CHRISTOPHER MOCK : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the United States' motion, filed under seal, seeking to seal the defendant's pending Motion for Reconsideration of Detention Order, ECF No. 46, and the government's forthcoming response to it, both of which contain personally identifying information of a witness covered by the protective order issued in this case, ECF No. 27, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States' motion, the defendant's pending Motion for Reconsideration of Detention Order, ECF No. 46, and the government's forthcoming response to it all shall be filed and maintained under seal until further order of this Court.

Date: _____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE