Detailee – Federal Major Crimes
United States Attorney's Office
For the District of Columbia
Telephone No. (813) 274-6370
michael.gordon3@usdoj.gov

## CERTIFICATE OF SERVICE

A copy of this motion, its proposed order, and the United States' forthcoming response to the defendant's pending motion for reconsideration of the detention order will be served on counsel for defendant Brian Mock by electronic mail on May 20, 2022.

/s/ Michael M. Gordon
Michael M. Gordon
Assistant United States Attorney