## CERTIFICATE OF SERVICE

I, WILLIAM L. SHIPLEY, JR., hereby certify that I electronically filed **DEFENDANT'S MOTION FOR MODIFICATION OF TERMS AND CONDITIONS OF PRETRIAL RELEASE** with the United States District Court for the District of Columbia by using the CM/ECF system on **June 13, 2022**, and served the following Counsel on behalf of the Plaintiff UNITED STATES via CM/ECF case filing system:

**Mike Gordon**
DOJ-USAO
400 N. Tampa St., Suite 3200
Tampa, FL 33602
813-274-6370
Email: Michael.Gordon3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*


DATED: June 13, 2022, at Kailua, Hawaii.

/s/ William L. Shipley
William L. Shipley