UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-444-JEB |
| v. : | |
| : | |
| BRIAN MOCK, : | |
| : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court that Trial Attorney Michael L. Jones, detailed to the U.S. Attorney's Office for the District of Columbia, is entering his appearance in this matter on behalf of the United States.  Mr. Jones joins Mr. Gordon, who remains assigned to the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Michael L. Jones*
MICHAEL L. JONES
DC Bar No. 1047027
Trial Attorney
Capitol Riot Detailee
601 D St. NW
Washington, DC 20530
(202) 252-7820
michael.jones@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 3rd day of November 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Michael L. Jones
Michael L. Jones
Trial Attorney