UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,

        *Plaintiff*,

  *vs.*                                        Case No. 21-cr-444-JEB

BRIAN CHRISTOPHER MOCK,

        *Defendant.*

_____

### NOTICE OF APPEARANCE OF PETER R. MOYERS
### AS DEFENSE COUNSEL FOR BRIAN CHRISTOPHER MOCK

TO:   Michael Matthew Gordon
        DOJ-USAO
        Criminal Division, Violent Crimes and Narcotics Section
        400 North Tampa Street
        Suite 3200
        Tampa, FL 33602

        Michael Lawrence Jones
        DOJ-TAX
        Tax Division, Southern Criminal Enforcement Section
        150 M Street NE
        Suite Mail Stop 1.1505
        Washington, DC 20002

Please take notice that the undersigned attorney hereby enters his appearance as counsel for the defendant, BRIAN CHRISTOPHER MOCK, in the above-referenced matter.

Dated at Madison, Wisconsin, this January 9, 2023.

                                      Respectfully submitted,

                                      *Peter R. Moyers*

                                      Peter R. Moyers
                                      Counsel for Mr. Mock

THE MOYERS LAW FIRM, LLC
601 Sawyer Terrace
#5041
Madison, Wisconsin 53705
Tel: 608-286-8399
peter@moyerslawfirm.com