UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-444 (JEB) |
| v. : | |
| : | |
| BRIAN CHRISTOPHER MOCK, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO
MODIFY BOND CONDITIONS (GPS-MONITORING AND CURFEW)**

Defendant Brian Mock moves this Court to remove two conditions of his pretrial release—GPS monitoring and curfew. *See* ECF No. 62. On February 9, 2023, the Court ordered the government to file any opposition by February 15, 2023. The government does not take a position regarding the defendant's motion.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ Michael L. Jones
MICHAEL L. JONES
DC Bar No. 1047027
Trial Attorney
Capitol Riot Detailee
U.S. Attorney's Office
District of Columbia
(202) 252-7820
michael.jones@usdoj.gov

## CERTIFICATE OF SERVICE

On this 13th day of February 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                              */s/ Michael L. Jones*
                                                              Michael L. Jones
                                                              Trial Attorney