| | |
|---|---|
| **From:** | Jones, Michael (USASPC) |
| **To:** | Peter Moyers |
| **Cc:** | Gordon, Michael (USADC) |
| **Subject:** | Brian Mock Discovery |
| **Date:** | Tuesday, March 7, 2023 6:01:00 PM |

Hi Peter,

You have requested the discovery for Mr. Mock that was previously provided to prior counsel and to Mr. Mock himself while he was pro se. Now that we are moving toward trial, we have uploaded discovery to USAfx and shared the folder with you. Although the vast majority of this discovery has already been produced, the government wanted to provide this to you out of an abundance of caution and to ensure you are working with all of the relevant evidence. The relevant folder is named "2023.03.07 Production" and is quite large, so it may take some time to download.

I want to draw your attention to one particular set of evidence that is new. As you are aware, the government continues to investigate until and through trial itself. We have collected videos from open sources (YouTube, other repositories) and are providing them now. In USAfx, they can be found in the NOT SENSITIVE subfolder as a zip file. When reviewing these videos, start with the pdf named 11 – START HERE. It will direct you to the relevant timestamps in the videos. Most of the videos are available online, so you can also just follow the links in the pdf if you prefer.

Please let us know if you have any difficulties downloading or accessing the discovery. USAfx is not a permanent repository – these files will be deleted after 60 days. Please make sure you download the files soon.

Best,
Mike


**Michael L. Jones**
Trial Attorney, U.S. Department of Justice
Tax Division, Southern Criminal Enforcement Section
Detailed to the U.S. Attorney's Office for the District of Columbia
Cell: (202) 468-0069
Office: (202) 252-7820