| | |
|---|---|
| **From:** | Jones, Michael (USASPC) |
| **To:** | Peter Moyers |
| **Cc:** | Gordon, Michael (USADC) |
| **Subject:** | FW: Activity in Case 1:21-cr-00444-JEB USA v. MOCK Indictment |
| **Date:** | Thursday, March 16, 2023 1:31:46 PM |

Hi Peter,

The government superseded yesterday to add a 1512, two new 111 assaults (including one with a metal flag pole), and to increase the 1752 misdemeanors to 1752 felonies because of the use of the dangerous weapon (flag pole).

For the 1512, you'll find relevant discovery in the NOT SENSITIVE > Scoped Electronic Search Warrant Results folder, primarily the isolated posts from Mr. Mock's facebook.

For the two 111 assaults, you'll find relevant discovery in the NOT SENESITIVE > Open Source Videos folder. If you open the "11 – START HERE" pdf, the two new assaults are documented on page 13. The two most relevant videos are the one named "Exclusive Video Footage…" at 3:17 and 3:37, and the one named "Second angle of throw…" at 8:55.

The above discussion is meant to be helpful, and in no way suggests that the government's proof of the new counts is limited to the evidence discussed above.

If you have any questions, please don't hesitate to contact either Mike G. or me.

Best,
Mike

**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Thursday, March 16, 2023 1:17 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:21-cr-00444-JEB USA v. MOCK Indictment

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 3/16/2023 at 1:16 PM and filed on 3/15/2023

**Case Name:**          USA v. MOCK
**Case Number:**        1:21-cr-00444-JEB
**Filer:**
**Document Number:** 64

**Docket Text:**
**SECOND SUPERSEDING INDICTMENT as to BRIAN CHRISTOPHER MOCK (1) count(s) 1ss, 2ss, 3ss-4ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10s, 11s. (zstd)**

**1:21-cr-00444-JEB-1 Notice has been electronically mailed to:**

Amanda Jawad     amanda.jawad@usdoj.gov

Keala Ede     keala_ede@fd.org, haley_knopik@fd.org

Michael Matthew Gordon     michael.gordon3@usdoj.gov

Michael Lawrence Jones     michael.jones@usdoj.gov

Peter R. Moyers     peter@moyerslawfirm.com

**1:21-cr-00444-JEB-1 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=3/16/2023] [FileNumber=8212347-0]
[ab12089b0616c45fb8c556e67e1f367a3852e1d177041ee02d42c7438f753b69f9af
2576ef92c921cdac15fca452752c9a2f14f239f032cfc6fbdafd7959dcf0]]