UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

      *Plaintiff*,

  *vs*.                                         Case No. 21-cr-444-JEB

BRIAN CHRISTOPHER MOCK,

      *Defendant*.

---

## WAIVER OF JURY TRIAL

I, Brian Mock, by understand that I am entitled to a jury trial on the charges in the indictment pending in this case, and I have discussed this right fully with my attorney. After receiving my attorney's advice, by my signature below I knowingly and voluntarily waive a jury trial in this case.

Date: 4/11/23                                     */s/ Brian Mock*
                                                     Brian Christopher Mock
                                                     Defendant

Date: 4/11/23                                     */s/ Peter R. Moyers*
                                                     Peter R. Moyers
                                                     Counsel for Mr. Mock

Pursuant to Rule 23(a)(2), the government herby consents to this jury trial waiver.

Date: _____                                  _____
                                                     Name:
                                                     Title: