UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-444-JEB |
| BRIAN CHRISTOPHER MOCK, | |
| Defendant. | |

**RESPONSE TO DEFENDANT'S MOTION
TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**

The defendant has moved for a seven-day extension of the deadline for him to file dispositive motions with respect to Count 1 (Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and 2), Count 8 (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. § 1752(a)(1) and (b)(1)(A)), and/or Count 9 (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. § 1752(a)(1) and (b)(1)(A)). *See* ECF No. 72. The defendant requests a new deadline of May 1, 2023. *Id.*

The United States has no objection to the defendant's request, so long as the government's deadline to respond to any such dispositive motion is extended proportionally.

Dated April 25, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Michael M. Gordon*
MICHAEL M. GORDON
Assistant United States Attorney

        Florida State Bar No. 1026025  
        400 N. Tampa St., Suite 3200  
        Tampa, Florida 33602  
        michael.gordon3@usdoj.gov  
        Telephone: 813-274-6370

        */s/ Michael L. Jones*  
        MICHAEL L. JONES  
        Trial Attorney, Detailee  
        D.C. Bar No. 1047027  
        601 D St., NW  
        Washington, D.C. 20001  
        michael.jones@usdoj.gov  
        Telephone: 202-252-7820