UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

      *Plaintiff*,

  *vs.*                                               Case No. 21-cr-444-JEB

BRIAN CHRISTOPHER MOCK,

      *Defendant*.

---

### DEFENDANT'S MOTION TO DISMISS #1: COUNT ONE FAILS TO STATE AN OFFENSE

Brian Mock can't be tried for Count One because it fails to allege a violation of 18 U.S.C. § 1512(c)(2). Specifically, Count One does not allege that any obstructive conduct related to "a document, record, or other object." *See* 18 U.S.C. § 1512(c). Since Count One fails to allege all the elements, it should be dismissed under Fed. R. Crim. P. 12(b)(3)(B)(v).

*This motion is for preservation purposes only*. In *United States v. Fischer*, 64 F.4th 329 (D.C. Cir. 2023), the Circuit Court held that a Section 1512(c)(2) violation need not allege that a defendant's conduct involved a document, record, or object. *See id.* at 350. Although the *Fischer* appellees have filed a

2

petition for rehearing, the panel's holdings remain binding on this Court. Therefore, the Court must deny this motion.

Dated at Madison, Wisconsin, this May 1, 2023.

                                                Respectfully submitted,

                                                *Peter R. Moyers*

                                                Peter R. Moyers
                                                Counsel for Mr. Mock

THE MOYERS LAW FIRM, LLC
601 Sawyer Terrace
#5041
Madison, Wisconsin 53705
Tel: 608-286-8399
peter@moyerslawfirm.com