UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN CHRISTOPHER MOCK,<br><br>Defendant. | Criminal Action No. 21-444 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. The Government's [66] Motion *in Limine* to restrict information about the precise location of U.S. Capitol Police cameras is GRANTED;

2. The Government's [67] Motion *in Limine* to restrict cross-examination of U.S. Secret Service witnesses is GRANTED IN PART;

3. The Government's [68] Entrapment-by-Estoppel Motion is GRANTED IN PART; and

4. Defendant's [75-79] Motions to Dismiss are DENIED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: June 6, 2023