UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
:
v.    :    Case No. 21-cr-444 (JEB)
:
BRIAN MOCK,    :
:
Defendant.    :

## GOVERNMENT'S TRIAL EXHIBIT LIST

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | **000 SERIES - VIDEO MONTAGES** | | | | |
| 001 | Montage – U.S. Capitol CCTV Cameras | | ✓ | Inspector Thomas Loyd | |
| 002 | Montage – Congressional Proceeding, House and Senate Floor Cameras | | ✓ | Special Agent Beth Alvarez | |
| 003 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | ✓ | | |
| 004 | Certificate of Authenticity of Records - House Recording Studio (Douglas Massengale) | | ✓ | | |
| 005 | Evidence Chart | | ✓ | Special Agent Beth Alvarez | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 100 SERIES – U.S. CAPITOL CLOSED-CIRCUIT TELEVISION (CCTV) FOOTAGE | | | | | |
| 101 | West front, Camera 945, 2:20-3:00 p.m. | | ✓ | Inspector Thomas Loyd | |
| 101.1 | Screenshot from 101; Mock's location at 2:29:04 p.m. | | ✓ | Inspector Thomas Loyd | |
| 101.2 | Screenshot from 101; Mock's shove at 2:29:23 p.m. | | ✓ | Inspector Thomas Loyd | |
| 101.3 | Screenshot from 101; Mock's kick at 2:29:26 p.m. | | ✓ | Inspector Thomas Loyd | |
| 101.4 | Screenshot from 101; Mock's location at 2:31:28 p.m. | | ✓ | Inspector Thomas Loyd | |
| 101.5 | Screenshot from 101; Mock grabs flagpole at 2:33:22 p.m. | | ✓ | Inspector Thomas Loyd | |
| 101.6 | Screenshot from 101; Mock breaks off piece of flagpole at 2:33:25 p.m. | | ✓ | Inspector Thomas Loyd | |
| 101.7 | Screenshot from 101; Mock's flagpole throw at 2:33:27 p.m. | | ✓ | Inspector Thomas Loyd | |
| 101.a | Clip from 101, Assault #1 (40 seconds long) | | ✓ | Inspector Thomas Loyd | |
| 101.b | Clip from 101, Assault #1 with spotlight and zoom-in (48 seconds long) | | ✓ | Inspector Thomas Loyd | |
| 102 | West front, Camera 943, 2:20-3:00 p.m. | | | Inspector Thomas Loyd | |

2

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 102.a | Clip from 102, Assault #2 with spotlight (1 minute long) | | ✓ | Inspector Thomas Loyd | |
| 103 | West front, Camera 903, 2:28 p.m. to 2:35 p.m. | | ✓ | Inspector Thomas Loyd | |
| 103.1 | Screenshot from 103; Mock grabs flag pole at 2:33:25 p.m. | | ✓ | Inspector Thomas Loyd | |
| 103.2 | Screenshot from 103; Mock breaks piece from flag pole at 2:33:25 p.m. | | ✓ | Inspector Thomas Loyd | |
| 103.3 | Screenshot from 103; throws piece at 2:33:27 p.m. | | ✓ | Inspector Thomas Loyd | |
| 103.4 | Screenshot from 103; Mock about to shove officer at 2:33:46 p.m. | | ✓ | Inspector Thomas Loyd | |
| 103.5 | Screenshot from 103; Mock shoves officer at 2:33:47 p.m. | | ✓ | Inspector Thomas Loyd | |
| 103.6 | Screenshot from 103; Mock about to shove officer at 2:34:08 p.m. | | ✓ | Inspector Thomas Loyd | |
| 103.7 | Screenshot from 103; Mock shoving officer at 2:34:10 p.m. | | ✓ | Inspector Thomas Loyd | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 103.8 | Screenshot from 103; Mock stealing first shield at 2:34:33 p.m. | | ✓ | Inspector Thomas Loyd | |
| 103.9 | Screenshot from 103; Mock stealing second shield at 2:34:38 p.m. | | ✓ | Inspector Thomas Loyd | |
| 103.a | Clip from 103 (1 minute 48 seconds) – assaults 2-4 and shields | | ✓ | Inspector Thomas Loyd | |
| 103.b | Clip from 103 (17 seconds) – assault 2 | | ✓ | Inspector Thomas Loyd | |
| 103.c | Clip from 103 (12 seconds) – assault 3 | | ✓ | Inspector Thomas Loyd | |
| 103.d | Clip from 103 (17 seconds) – assault 4 | | ✓ | Inspector Thomas Loyd | |
| 103.e | Clip from 103 (18 seconds) – shields | | ✓ | Inspector Thomas Loyd | |
| 104 | West front, Camera 74, 2:20-3:00 p.m. | | ✓ | Inspector Thomas Loyd | |
| 104.1 | Screenshot from 103; wooden furniture leg in the air at 4:49:48 p.m. | | ✓ | Inspector Thomas Loyd | |
| 104.2 | Screenshot from 103; wooden furniture leg striking rioter at 4:49:49 p.m. | | ✓ | Inspector Thomas Loyd | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 105 | West front, Camera 944, 5:04 p.m. to 5:30 p.m. | | ✓ | Inspector Thomas Loyd | |
| 105.a | Annotated version of 105 | | ✓ | Inspector Thomas Loyd | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## 200 SERIES – GENERAL EVIDENCE OF CAPITOL GROUNDS

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 201 | Overview Map of Capitol Building and Grounds | ✓ | ✓ | Inspector Thomas Loyd | |
| 202 | Overview Map of Capitol Building and Grounds with Restricted Area Outlined | | ✓ | Inspector Thomas Loyd | |
| 203 | Photo of "Area Closed" sign on Capitol grounds fencing | ✓ | ✓ | Inspector Thomas Loyd | |
| 204 | Photo of multiple "Area Closed" signs on fencing on Capitol grounds | | ✓ | Inspector Thomas Loyd | |
| 205 | Photo of "Area Closed" signs on bike rack barricade | | ✓ | Inspector Thomas Loyd | |
| 206 | Photo of "Area Closed" sign on bike rack barricade at Peace Circle during breach | | ✓ | Inspector Thomas Loyd | |
| 207 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | | ✓ | Inspector Thomas Loyd | |
| 208 | Aerial Diagram of Capitol Building | | ✓ | Inspector Thomas Loyd | |
| 209 | 3D Model of Capitol | | ✓ | Inspector Thomas Loyd | |
| 210 | Time Lapse of West Front | | ✓ | Inspector Thomas Loyd | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | **300 SERIES – U.S. SECRET SERVICE** | | | | |
| 301 | 1/5/21 Email from Lanelle Hawa re: Head of State Notification | | ✓ | Inspector Lanelle Hawa | |
| 302 | Secret Service Head of State Notification Worksheet | | ✓ | Inspector Lanelle Hawa | |
| 303 | CCTV 9322 footage of Vice President Pence's motorcade leaving East side of Capitol, 1:58:40 -- 1:59:40 PM | | ✓ | Inspector Lanelle Hawa | |
| 304 | CCTV 0462 footage of Vice President Pence and family exiting Senate Chamber, 2:25:47 -- 2:26:20 PM | | ✓ | Inspector Lanelle Hawa | |
| 305 | USSS Radio Run Exhibit | | ✓ | Inspector Lanelle Hawa | |

## 400 SERIES – BODY WORN CAMERA (BWC)

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 401 | Rathbun BWC Video (17:21 long) | | ✓ | TBD | |
| 401.1 | Screenshot from 401; woman grabbing police barrier at 2:18:06 p.m. | | ✓ | | |
| 401.2 | Screenshot from 401; locating Mock at 2:18:42 p.m. | | ✓ | | |
| 401.3 | Screenshot from 401; Mock with Misty at 2:21:55 p.m. | | ✓ | | |
| 401.4 | Screenshot from 401; Mock unmasked at 2:27:57 p.m. | | ✓ | | |
| 401.5 | Screenshot from 401; Mock cheering broken police line at 2:28:06 p.m. | | ✓ | | |
| 401.6 | Screenshot from 401; Mock middle finger at 2:28:32 p.m. | | ✓ | | |
| 401.7 | Screenshot from 401; Mock grabbing police barrier at 2:28:46 p.m. | | ✓ | | |
| 401.8 | Screenshot from 401; Assault #1 at 2:29:23 p.m. | | ✓ | | |
| 401.9 | Screenshot from 401; Assault #2 at 2:33:25 p.m. | | ✓ | | |
| 401.10 | Screenshot from 401; locating Mock at 2:33:51 p.m. | | ✓ | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 401.a | Clip from 401 – Mock moving barricade (33 seconds long) | | ✓ | | |
| 401.b | Clip from 401 – Assault #1 (14 seconds long) | | ✓ | | |
| 401.c | Clip from 401 – Assault #2 (5 seconds long) | | ✓ | | |
| 401.d | Clip from 401 – Assault #1 with highlights (31 seconds long) | | ✓ | | |
| 402 | Wilhoit BWC Video (2:55 long) | | ✓ | | |
| 402.1 | Screenshot from 402; locating Mock at 2:28:48 p.m. | | ✓ | | |
| 402.2 | Screenshot from 402; Assault #1 at 2:29:22 p.m. | | ✓ | | |
| 402.3 | Screenshot from 402; Assault #1 at 2:29:25 p.m. | | ✓ | | |
| 402.4 | Screenshot from 402; Mock yelling at 2:29:53 p.m. | | ✓ | | |
| 402.5 | Screenshot from 402; locating Mock at 2:30:25 p.m. | | ✓ | | |
| 402.a | Clip from 402 – Assault #1 (9 seconds long) | | ✓ | | |
| 402.b | Clip from 402 – Assault #1 with highlights (25 seconds long) | | ✓ | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 403 | Foulds BWC Video (1:00 long) | | ✓ | | |
| 403.1 | Screenshot from 403; locating Mock at 2:34:07 p.m. | | ✓ | | |
| 403.2 | Screenshot from 403; Assault #4 at 2:34:09 p.m. | | ✓ | | |
| 403.3 | Screenshot from 403; Assault #4 at 2:34:10 p.m. | | ✓ | | |
| 403.4 | Screenshot from 403; Shield #1 at 2:34:35 p.m. | | ✓ | | |
| 403.5 | Screenshot from 403; Shield #2 at 2:34:38 p.m. | | ✓ | | |
| 403.a | Clip from 403– Assault #4 (5 seconds long) | | ✓ | | |
| 403.b | Clip from 403– Moving Shields (10 seconds long) | | ✓ | | |
| 403.c | Clip from 403– Assault #4 with highlights (15 seconds long) | | ✓ | | |
| 403.d | Clip from 403– Moving Shields with highlights (15 seconds long) | | | | |

## 500 SERIES – OPEN-SOURCE PHOTOS AND VIDEO

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 501 | Screenshot from video; Mock at rally | | ✓ | Special Agent Beth Alvarez | |
| 502 | Screenshot from video; Mock at rally | | ✓ | Special Agent Beth Alvarez | |
| 503 | Photograph from video; Mock, Misty, and Connor walking to Capitol | | ✓ | Special Agent Beth Alvarez | |
| 504 | Video (11:17 long); West Plaza; before police line breaks | | ✓ | Inspector Thomas Loyd | |
| 504.1 | Screenshot from 504; locating Mock at 00:01 | | ✓ | Special Agent Beth Alvarez | |
| 504.2 | Screenshot from 504; locating Mock at 01:16 | | ✓ | Special Agent Beth Alvarez | |
| 504.3 | Screenshot from 504; locating Mock at 02:14 | | ✓ | Special Agent Beth Alvarez | |
| 504.4 | Screenshot from 504; locating Mock at 10:40 | | ✓ | Special Agent Beth Alvarez | |
| 505 | Video (12:54 long); West plaza; mob breaks police line; Assault #1 | | ✓ | Inspector Thomas Loyd | |
| 505.1 | Screenshot from 505; locating Mock at 00:16 | | ✓ | Special Agent Beth Alvarez | |
| 505.2 | Screenshot from 505; Mock clapping at 04:43 | | ✓ | Special Agent Beth Alvarez | |

11

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 505.3 | Screenshot from 505; Assault #1 at 10:35 | | ✓ | Special Agent Beth Alvarez | |
| 505.a | Clip from 505 – Assault #1 (9 seconds long) | | ✓ | Special Agent Beth Alvarez | |
| 506 | Video (48 seconds long); West plaza; before police line breaks | | ✓ | Inspector Thomas Loyd | |
| 506.1 | Screenshot from 506; Mock summoning the mob at 00:04 | | ✓ | Special Agent Beth Alvarez | |
| 506.2 | Screenshot from 506; Mock summoning the mob at 00:11 | | ✓ | Special Agent Beth Alvarez | |
| 506.3 | Screenshot from 506; locating Misty at 00:40 | | ✓ | Special Agent Beth Alvarez | |
| 506.4 | Screenshot from 506; locating Mock at 00:46 | | ✓ | Special Agent Beth Alvarez | |
| 507 | Video (24 seconds long); West plaza; before police line breaks | | ✓ | Inspector Thomas Loyd | |
| 507.1 | Screenshot from 507; wood post hits officer at 00:20 | | ✓ | Special Agent Beth Alvarez | |
| 507.2 | Screenshot from 507; Mock claps at 00:22 | | ✓ | Special Agent Beth Alvarez | |
| 508 | Video (32 seconds long); West plaza; mob breaks police line | | ✓ | Inspector Thomas Loyd | |
| 508.1 | Screenshot from 508; locating Mock at 00:21 | | ✓ | Special Agent Beth Alvarez | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 509 | Video (2 minutes 19 seconds long); West plaza; mob breaks police line; Assault #1 | | ✓ | Inspector Thomas Loyd | |
| 509.1 | Screenshot from 509; locating Mock at 00:00 | | ✓ | Special Agent Beth Alvarez | |
| 509.2 | Screenshot from 509; Assault #1 at 00:27 | | ✓ | Special Agent Beth Alvarez | |
| 509.3 | Screenshot from 509; Assault #1 at 00:30 | | ✓ | Special Agent Beth Alvarez | |
| 509.4 | Screenshot from 509; Mock summoning mob again at 01:19 | | ✓ | Special Agent Beth Alvarez | |
| 509.5 | Screenshot from 509; locating Mock at 01:48 | | ✓ | Special Agent Beth Alvarez | |
| 509.a | Clip from 509– Assault #1 slow motion (5 seconds long) | | ✓ | Special Agent Beth Alvarez | |
| 509.b | Clip from 509 – Assault #1 with highlights (25 seconds long) | | ✓ | Special Agent Beth Alvarez | |
| 510 | Video (1 minute 31 seconds long); West plaza; mob breaks police line; Assault #1 | | ✓ | Inspector Thomas Loyd | |
| 510.1 | Screenshot from 510; locating Mock at 00:20 | | ✓ | Special Agent Beth Alvarez | |
| 510.2 | Screenshot from 510; Mock moving police barrier at 00:35 | | ✓ | Special Agent Beth Alvarez | |
| 510.3 | Screenshot from 510; Assault #1 at 01:07 | | ✓ | Special Agent Beth Alvarez | |

13

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 510.a | Clip from 510– Assault #1 (9 seconds long) | | ✓ | Special Agent Beth Alvarez | |
| 511 | Video (8 minutes 48 seconds long); West plaza; after police line breaks; Assaults #2 & #3 | | ✓ | Inspector Thomas Loyd | |
| 511.1 | Screenshot from 511; locating Mock at 01:21 | | ✓ | Special Agent Beth Alvarez | |
| 511.2 | Screenshot from 511; locating Mock at 01:37 | | ✓ | Special Agent Beth Alvarez | |
| 511.3 | Screenshot from 511; locating Mock at 02:26 | | ✓ | Special Agent Beth Alvarez | |
| 511.4 | Screenshot from 511; Assault #2 at 03:17 | | ✓ | Special Agent Beth Alvarez | |
| 511.5 | Screenshot from 511; Assault #3 at 03:37 | | ✓ | Special Agent Beth Alvarez | |
| 511.6 | Screenshot from 511; moving shields at 04:30 | | ✓ | Special Agent Beth Alvarez | |
| 511.7 | Screenshot from 511; locating Mock at 05:14 | | ✓ | Special Agent Beth Alvarez | |
| 511.8 | Screenshot from 511; locating Mock at 06:16 | | ✓ | Special Agent Beth Alvarez | |
| 511.9 | Screenshot from 511; Mock coughing at 06:24 | | ✓ | Special Agent Beth Alvarez | |
| 511.a | Clip from 511– Assault #2 (2 seconds long) | | | Special Agent Beth Alvarez | |

14

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 511.b | Clip from 511– Assault #3 (2 seconds long) | | ✓ | Special Agent Beth Alvarez | |
| 511.c | Clip from 511– Moving shield (7 seconds long) | | ✓ | Special Agent Beth Alvarez | |
| 511.d | Clip from 511 – Assault 2 with highlights (14 seconds long) | | ✓ | Special Agent Beth Alvarez | |
| 511.e | Clip from 511 – Assault 3 with highlights (16 seconds long) | | ✓ | Special Agent Beth Alvarez | |
| 512 | Video (5 minutes 16 seconds long); West plaza; police line breaks; Assault #2 | | ✓ | Inspector Thomas Loyd | |
| 512.1 | Screenshot from 512; locating Mock at 00:16 | | ✓ | Special Agent Beth Alvarez | |
| 512.2 | Screenshot from 512; locating Mock at 01:43 | | ✓ | Special Agent Beth Alvarez | |
| 512.3 | Screenshot from 512; Mock's face at 02:01 | | ✓ | Special Agent Beth Alvarez | |
| 512.4 | Screenshot from 512; Assault #2 at 04:49 | | ✓ | Special Agent Beth Alvarez | |
| 512.5 | Screenshot from 512; Assault #2 at 04:50 | | ✓ | Special Agent Beth Alvarez | |
| 512.6 | Screenshot from 512; Assault #2 at 04:50 | | ✓ | Special Agent Beth Alvarez | |
| 512.a | Clip from 512 – Assault #2 (6 seconds long) | | ✓ | Special Agent Beth Alvarez | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 513 | Video (1 minute 59 seconds long); West plaza; after police line breaks; Assaults #2, #3, & #4 | | ✓ | Inspector Thomas Loyd | |
| 513.1 | Screenshot from 513; locating Mock at 00:16 | | ✓ | Special Agent Beth Alvarez | |
| 513.2 | Screenshot from 513; Assault #2 at 00:30 | | ✓ | Special Agent Beth Alvarez | |
| 513.3 | Screenshot from 513; Assault #3 at 00:49 | | ✓ | Special Agent Beth Alvarez | |
| 513.4 | Screenshot from 513; Assault #3 at 00:50 | | ✓ | Special Agent Beth Alvarez | |
| 513.5 | Screenshot from 513; Assault #4 at 01:13 | | ✓ | Special Agent Beth Alvarez | |
| 513.6 | Screenshot from 513; Mock yelling at 01:30 | | ✓ | Special Agent Beth Alvarez | |
| 513.a | Clip from 513– Assault #2 (2 seconds long) | | ✓ | Special Agent Beth Alvarez | |
| 513.b | Clip from 513– Assault #3 (3 seconds long) | | ✓ | Special Agent Beth Alvarez | |
| 513.c | Clip from 513– Assault #4 (4 seconds long) | | ✓ | Special Agent Beth Alvarez | |
| 513.d | Clip from 513– Assault #2 with highlights (18 seconds long) | | ✓ | Special Agent Beth Alvarez | |
| 513.e | Clip from 513– Assault #3 with highlights (20 seconds long) | | ✓ | Special Agent Beth Alvarez | |

16

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 513.f | Clip from 513– Assault #4 with highlights (18 seconds long) | | ✓ | Special Agent Beth Alvarez | |
| 514 | Video (1 minute 14 seconds long); West plaza; after police line breaks | | ✓ | Inspector Thomas Loyd | |
| 514.1 | Screenshot from 514; locating Mock at 00:13 | | ✓ | Special Agent Beth Alvarez | |
| 514.2 | Screenshot from 514; locating Mock at 00:32 | | ✓ | Special Agent Beth Alvarez | |
| 515 | Video (36 seconds long); West plaza; national anthem | | ✓ | Inspector Thomas Loyd | |
| 515.1 | Screenshot from 515; locating Mock at 00:24 | | ✓ | Special Agent Beth Alvarez | |
| 516 | Video (6 minutes 50 seconds long); West plaza; outside door and standing around | | ✓ | Inspector Thomas Loyd | |
| 516.1 | Screenshot from 516; Mock outside door at 00:06 | | ✓ | Special Agent Beth Alvarez | |
| 516.2 | Screenshot from 516; Misty at 00:19 | | ✓ | Special Agent Beth Alvarez | |
| 516.3 | Screenshot from 516; locating Mock at 00:26 | | ✓ | Special Agent Beth Alvarez | |
| 516.4 | Screenshot from 516; Mock waving at 01:16 | | ✓ | Special Agent Beth Alvarez | |
| 516.5 | Screenshot from 516; Mock and Misty at 02:00 | | ✓ | Special Agent Beth Alvarez | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 516.6 | Screenshot from 516; Mock and Misty at 03:10 | | ✓ | Special Agent Beth Alvarez | |
| 516.7 | Screenshot from 516; Mock and Misty at 04:41 | | ✓ | Special Agent Beth Alvarez | |
| 516.8 | Screenshot from 516; Mock and Misty at 06:14; crowd chanting "we stopped the vote" | | ✓ | Special Agent Beth Alvarez | |
| 516.9 | Screenshot from 516; Mock and Misty at 06:37; Mock waving | | ✓ | Special Agent Beth Alvarez | |
| 517 | Video (2 minutes 16 seconds long); Lower West Terrace; watching fighting at the tunnel | | | Inspector Thomas Loyd | |
| 517.1 | Screenshot from 517; locating Mock at 00:00 | | ✓ | Special Agent Beth Alvarez | |
| 517.2 | Screenshot from 517; Mock and Misty at 01:41 | | ✓ | Special Agent Beth Alvarez | |
| 517.3 | Screenshot from 517; Mock and Misty at 02:03 | | ✓ | Special Agent Beth Alvarez | |
| 517.4 | Screenshot from 517; locating Mock at 02:08 | | ✓ | Special Agent Beth Alvarez | |
| 518 | Video (15 minutes long); Lower West Terrace; watching fighting at the tunnel | | | Inspector Thomas Loyd | |
| 518.1 | Screenshot from 518; locating Mock at 01:01 | | ✓ | Special Agent Beth Alvarez | |
| 518.2 | Screenshot from 518; locating Mock at 04:13 | | ✓ | Special Agent Beth Alvarez | |

18

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 518.3 | Screenshot from 518; Mock and Misty at 06:09 | | ✓ | Special Agent Beth Alvarez | |
| 518.4 | Screenshot from 518; Mock and Misty at 06:25 | | ✓ | Special Agent Beth Alvarez | |
| 518.5 | Screenshot from 518; Mock and Misty at 09:23 | | ✓ | Special Agent Beth Alvarez | |
| 518.6 | Screenshot from 518; Mock holding weapon at 11:07 | | ✓ | Special Agent Beth Alvarez | |
| 518.7 | Screenshot from 518; locating Mock at 14:32 | | ✓ | Special Agent Beth Alvarez | |
| 518.8 | Screenshot from 518; wood leg pre throw at 14:42 | | ✓ | Special Agent Beth Alvarez | |
| 518.9 | Screenshot from 518; wood leg falling on rioter at 14:44 | | ✓ | Special Agent Beth Alvarez | |
| 519 | Video (29 seconds long); Lower West Terrace; watching fighting at the tunnel | | ✓ | Inspector Thomas Loyd | |
| 519.1 | Screenshot from 519; Mock and Misty at 00:00 | | ✓ | Special Agent Beth Alvarez | |
| 519.2 | Screenshot from 519; Mock; Misty with two backpacks at 00:16 | | ✓ | Special Agent Beth Alvarez | |
| 519.3 | Screenshot from 519; Misty with two backpacks at 00:18 | | ✓ | Special Agent Beth Alvarez | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | **600 SERIES – LEGAL AND CONGRESSIONAL RECORDS** | | | | |
| 601 | U.S. Constitution – 12th Amendment | | ✓ | Special Agent Beth Alvarez | |
| 602 | 3 U.S. Code § 15 | | ✓ | Special Agent Beth Alvarez | |
| 603 | 3 U.S. Code § 16 | | ✓ | Special Agent Beth Alvarez | |
| 604 | 3 U.S. Code § 17 | | ✓ | Special Agent Beth Alvarez | |
| 605 | 3 U.S. Code § 18 | | ✓ | Special Agent Beth Alvarez | |
| 606 | Senate Concurrent Resolution 1 (Jan. 3, 2021) | | ✓ | Special Agent Beth Alvarez | |
| 607 | Congressional Record – Senate (Vol. 167, No. 4, S13, S14, S18) | | ✓ | Special Agent Beth Alvarez | |
| 608 | Congressional Record – House (Vol. 167, No. 4, H75, H76, H84, H85) | | ✓ | Special Agent Beth Alvarez | |
| 609 | Screenshots from House Chamber video at 1:43pm, 1:48pm, 1:54pm, 1:59pm, 2:04pm, 2:10pm, 2:14pm | | ✓ | Inspector Thomas Loyd | |
| 610 | Screenshots from Senate chamber video at 1:39pm, 1:48pm, 1:54pm, 2:00pm, 2:05pm, 2:10pm | | ✓ | Inspector Thomas Loyd | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| **700 SERIES** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | **800 SERIES – SOCIAL MEDIA** | | | | |
| 801 | Certificate of Authenticity for Mock's Facebook Account | | ✓ | | |
| 802 | Mock Facebook post re: rally "with my fellow deplorables" (12-12-20) | | ✓ | Special Agent Beth Alvarez | |
| 803 | Mock Facebook post re: "aren't enough men . . . who will do what needs to be done" (12-16-20) | | ✓ | Special Agent Beth Alvarez | |
| 804 | Mock Facebook post re: "millions of armed citizens demanding the removal of every Socialist politician" (12-23-20) | | ✓ | Special Agent Beth Alvarez | |
| 805 | Mock Facebook post re: "The solution is also glaringly obvious . . . 3%" (12-29-20) | | ✓ | Special Agent Beth Alvarez | |
| 806 | Mock Facebook post re: revolt (12-29-20) | | ✓ | Special Agent Beth Alvarez | |
| 807 | Mock Facebook post re: Hawley objection (12-31-20) | | ✓ | Special Agent Beth Alvarez | |
| 808 | Mock Facebook post re: Pelosi threat (1-2-21) | | ✓ | Special Agent Beth Alvarez | |
| 809 | Mock Facebook post re: restricted traffic in downtown D.C. on 1/5-6 (1-3-21) | | ✓ | Special Agent Beth Alvarez | |
| 810 | Mock Facebook post re: "No more talk. DC 1/6/21" (1-3-21) | | ✓ | Special Agent Beth Alvarez | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 811 | Mock Facebook post re: "Be ready for a full blackout" and "This was not the war we wanted" and "only one reasonable response" (1-3-21) | | ✓ | Special Agent Beth Alvarez | |
| 812 | Mock Facebook post re: Pelosi "should be afraid of us!" (1-4-21) | | ✓ | Special Agent Beth Alvarez | |
| 813 | Photograph shared via Facebook Messenger of Mock and Visnovec at WWII Memorial (1-6-21) | | ✓ | Special Agent Beth Alvarez | |
| 814 | Photograph shared via Facebook Messenger of Mock and Finnigan at WWII Memorial (1-6-21) | | ✓ | Special Agent Beth Alvarez | |
| 815 | Video posted to Facebook of Mock and Visnovec on Capitol grounds, bragging about conduct (1-6-21) | | ✓ | Special Agent Beth Alvarez | |
| 815.a | Exhibit 815 with captions | | | | |
| 816 | Mock Facebook post re: "I didn't go to the Capitol blindly . . . I do so leaving 4 kids behind, with full understanding that I might very well not come home." (1-8-21) | Withdrawn 6/21/23 | | Special Agent Beth Alvarez | |
| 817 | Mock Facebook post re: "I went to the Capitol not knowing what to expect but said goodbye to my 4 children . . . I held my own and then some [against USCP]." (1-8-21) | | ✓ | Special Agent Beth Alvarez | |
| 818 | Certificate of Authenticity for Visnovec Facebook Account | | ✓ | | |

**900 SERIES –CELL PHONE**

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 901 | Data collected from Mock's Motorola cell phone | | ✓ | Special Agent Beth Alvarez | |
| 902 | Data collected from Mock's Samsung cell phone | | ✓ | Special Agent Beth Alvarez | |
| 903 | Mock texts with Finnigan (12-11-20, Conversation #1) | | ✓ | Special Agent Beth Alvarez | |
| 904 | Mock texts with Finnigan (12-11-20, Conversation #2) | | ✓ | Special Agent Beth Alvarez | |
| 905 | Mock texts with Finnigan (12-20-20) | | ✓ | Special Agent Beth Alvarez | |
| 906 | Mock texts with Finnigan (12-31-21) | | ✓ | Special Agent Beth Alvarez | |
| 907 | Mock texts with Finnigan (1-2-21, Conversation #1) | | ✓ | Special Agent Beth Alvarez | |
| 908 | Mock texts with Finnigan (1-2-21, Conversation #2) | | ✓ | Special Agent Beth Alvarez | |
| 909 | Mock texts with Finnigan (1-6-21) | | ✓ | Special Agent Beth Alvarez | |
| 910 | Mock texts with son (1-6-21) | | ✓ | Special Agent Beth Alvarez | |
| 911 | Mock texts with Krista (1-7-21) | | ✓ | Special Agent Beth Alvarez | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 912 | Mock texts with Krista (1-8-21) | | ✓ | Special Agent Beth Alvarez | |
| 913 | Video from 902 (23 seconds) – VID_20210106_140352763~2 | | ✓ | Special Agent Beth Alvarez | |
| 914 | Video from 902 (16 seconds) – VID_20210106_142238545 | | ✓ | Special Agent Beth Alvarez | |
| 914.a | Exhibit 914 with captions | | ✓ | Special Agent Beth Alvarez | |
| 915 | Video from 902 (34 seconds) – VID_20210106_145456633 | | ✓ | Special Agent Beth Alvarez | |
| 916 | Video from 902 (17 seconds) – VID_20210106_171626342 | | ✓ | Special Agent Beth Alvarez | |
| 919 | Video | ✓ | ✓ | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | **1000 SERIES – SAFEWAY** | | | | |
| 1001 | D.C. Mayor's Curfew Order | | ✓ | Special Agent Beth Alvarez | |
| 1002 | Albertson's E-mail – Order to Close D.C. Safeway Stores Early | | ✓ | Special Agent Beth Alvarez | |
| 1003 | Sales for D.C. Safeway Stores (Jan. 5-7, 2021) | | ✓ | Special Agent Beth Alvarez | |
| 1004 | Shipments to D.C. Safeway Stores from Pennsylvania Warehouse (Jan. 5-7, 2021) | | ✓ | Special Agent Beth Alvarez | |
| 1005 | Certificate of Authenticity for Safeway records | | ✓ | | |

26