Defense Exhibit List

US v Mock

Case 1:21-cr-004444-JEB

Exhibit 1

Exhibit 2

Exhibit 3(a-r) Facebook Posts ✓

Exhibit 4 Text messages (Mock/Finnigan)

Exhibit 5 Cellphone pictures/screenshots ✓

Exhibit 6 Open Source video Parler 12:59

Exhibit 7 Open Source video Parler 12:59

Exhibit 8 Open Source video Parler 1:02

Exhibit 9 Open Source video Parler 1:05

Exhibit 10 Open Source video Parler 1:11

Exhibit 11 Open Source video Parler 1:17

Exhibit 12 Open Source video Parler 1:19

Exhibit 13 Open Source video Parler 1:21

Exhibit 14 Open Source video Parler 1:25

Exhibit 15 Open Source video Parler 1:25

Exhibit 16 Open Source video Parler 1:27

Exhibit 17 Open Source video Parler 1:28

Exhibit 18 Open Source video Police attack

Exhibit 19 Open Source video Parler 1:31

Exhibit 20 Open Source video Parler 1:32

Exhibit 21 Open Source video Parler 1:33

Exhibit 22 Open Source video Parler 1:34

Exhibit 23 Open Source video Parler 1:34

Exhibit 24 Mock video 1:35

Exhibit 25 Open Source video Parler 1:39

Exhibit 26 Open Source video Parler 1:48

Exhibit 27 Open Source video Parler 1:48

Exhibit 28 Open Source video Parler 1:49

Exhibit 29 Open Source video Parler 1:49

Exhibit 30 Open Source video Parler 1:52

Exhibit 31 Open Source video Parler 1:54

Exhibit 32 Open Source video Parler 1:56

Exhibit 33 Mock video 2:00

Exhibit 34 Open Source video Parler 2:03

Exhibit 35 Open Source video Parler 2:08

Exhibit 36 Open Source video Parler 2:09

Exhibit 37 Open Source video Parler 2:14

Exhibit 38 Open Source video Parler 2:22

Exhibit 39 BWC X6039BJJA 2:26 police brutality

Exhibit 40 BWC Rathburn

Exhibit 41 Open Source video Rodney King-style police brutality

Exhibit 42 Open Source video Parler 2:28

Exhibit 43 Gov't ex Still frame (alleged kick)

Exhibit 44 Open Source video Parler alleged kick 2:29

Exhibit 45 BWC Wilhoit

Exhibit 46 Gov't ex 401.d-Rathburn BWC assault

Exhibit 47 USCP Collins picture

Exhibit 48 Gov't ex 103.c Assault 3 clip

Exhibit 49 Open Source video Parler 2:31

Exhibit 50 Open Source video Parler 2:32

Exhibit 51 Open Source video Parler 2:33

Exhibit 52 Gov't ex 403.a Slowed

Exhibit 53 Instagram video @JonFarina

Exhibit 54 BWC Boyle

Exhibit 55 BWC Park

Exhibit 56 BWC Foulds

Exhibit 57 BWC Mastony slowed

Exhibit 57b BWC Mastony slowed

Exhibit 58 Gov't ex Mock detention

Exhibit 59 Open Source video Parler 2:43

Exhibit 60 Open Source video Parler 2:50

Exhibit 61 CCTV Footage LWT

Exhibit 62 Mayor Bowser 1/3 Tweet

Exhibit 63 Mayor Bowser Webpage