UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>  )<br>BRIAN MOCK )<br>Defendant. )<br>_____ ) | No. 21-cr-444 (JEB) |

## NOTICE OF APPEARANCE

Undersigned counsel has conferred with Mr. Mock who has asked that she enter her appearance. Thus, please enter the appearance of Chief Assistant Federal Public Defender Michelle Peterson on behalf of the defendant, Brian Mock, in the above-captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MICHELLE M. PETERSON
First Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Shelli_Peterson@fd.org