UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 21-cr-444 (JEB) ) |
| BRIAN MOCK | ) ) |
| Defendant. | ) ) ) |

**MOTION FOR ADDITIONAL TIME TO FILE POST-TRIAL MOTIONS
AND REVIEW THE RECORD BEFORE RESCHEDULING SENTENCING**

Undersigned counsel has just entered her appearance after consulting with Mr. Mock. In light of the fact that the conviction in this case resulted from a trial, counsel needs time to order, and when received, review the transcripts of the trial prior to determining if any additional post-trial motions would be appropriate, Counsel respectfully requests an additional 90 days to file any post trial motions. Counsel requests that the sentencing in this case be postponed until after such review can be concluded.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MICHELLE M. PETERSON
First Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Shelli_Peterson@fd.org