```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

    United States of America,        ) Criminal Action
                                     ) No. 1:21-cr-00444-JEB
                    Plaintiff,       )
                                     ) Status Conference (via Zoom)
    vs.                              )
                                     )
    Brian Christopher Mock,          ) Washington, D.C.
                                     ) January 26, 2023
                    Defendant.       ) Time:  10:30 a.m.
    _____

            Transcript of Status Conference (via Zoom)
                         Held Before
           The Honorable James E. Boasberg (via Zoom)
                   United States District Judge
    _____

                       A P P E A R A N C E S

    For the Government:      Michael L. Jones
    (via Zoom)               UNITED STATES DEPARTMENT OF JUSTICE
                             150 M Street, Northeast
                             Washington, D.C. 20002

    For the Defendant:       Peter R. Moyers
    (via Zoom)               THE MOYERS LAW FIRM
                             601 Sawyer Terrace
                             Madison, Wisconsin 53705
    _____

    Stenographic Official Court Reporter:
    (via Zoom)               Nancy J. Meyer
                             Registered Diplomate Reporter
                             Certified Realtime Reporter
                             333 Constitution Avenue, Northwest
                             Washington, D.C. 20001
                             202-354-3118

    Proceedings recorded by mechanical stenography.  Transcript
    produced by computer-aided transcription.
```

P R O C E E D I N G S

(REPORTER'S NOTE:  This hearing was held during the COVID-19 pandemic restrictions and is subject to the limitations of technology associated with the use of technology, including but not limited to telephone and video signal interference, static, signal interruptions, and other restrictions and limitations associated with remote court reporting via telephone, speakerphone, and/or videoconferencing.)

THE COURTROOM DEPUTY:  We're here today for a status conference in 21-444, United States of America v. Brian Christopher Mock.

Beginning with counsel for the government, please state your name for the record.

MR. JONES:  Good morning, Your Honor.  My name is Michael Jones, for the government.

THE COURT:  Good morning.

MR. MOYERS:  Good morning, Your Honor.  Peter Moyers appears for Mr. Mock.  He's also joining us on today's Zoom hearing.  Good morning.

THE COURT:  All right.  Thank you.

Mr. Mock, good morning.  Can you see and hear me okay?

THE DEFENDANT:  Good morning, Your Honor.  Yes.

THE COURT:  Okay.  Great.

All right.  So, Mr. Moyers, you've just entered your appearance.  I think the first -- I imagine the first thing we want to do is set a trial date, unless -- unless you have different -- a different decision about how your client wishes

1    to proceed.
2               MR. MOYERS:  No.  I think we should set a schedule
3    today.
4               THE COURT:  Okay.  So let me know -- I'll look at my
5    calendar.  So I could set a trial in April, the week of the
6    17th, or I could also do the weeks of May 8th, 15th, and 22nd.
7          What's your preference, Mr. Moyers?
8               MR. MOYERS:  Yeah, I think the 15th of May.
9               THE COURT:  Okay.  Mr. Jones, how does that work?
10              MR. JONES:  The 15th of May works for the government,
11   Your Honor.
12              THE COURT:  All right.  And I don't imagine we're
13   talking about more than a few days, I assume, Mr. Jones.
14   Three, four days?
15              MR. JONES:  We're anticipating a week, Your Honor.
16              THE COURT:  Okay.
17              MR. JONES:  But --
18              THE COURT:  Well, I'll put it in for a week.  And,
19   Mr. Moyers, do you need more than that?
20              THE COURTROOM DEPUTY:  Your Honor, this is the
21   courtroom deputy.  This is still set for a bench trial for
22   February 14th.  So will this now be a jury trial in May?
23              THE COURT:  Again, the February is vacated.  I don't
24   remember whether we did set it for a bench trial or not.
25   Mr. Moyers, you're new.

| | |
|---|---|
| 1 | MR. MOYERS: Yeah, I think that was before my time. |
| 2 | And, yeah, I don't think I could be ready in -- |
| 3 | THE COURT: No, no. The question is just -- the |
| 4 | question -- |
| 5 | MR. MOYERS: Bench or -- I guess we're leaning bench. |
| 6 | Would it affect the schedule at all? |
| 7 | THE COURT: No. No. |
| 8 | MR. MOYERS: All right. |
| 9 | THE COURT: So I'm going to put it down for a jury |
| 10 | trial on May 15th. But if you and the government agree that |
| 11 | you want to proceed with a bench trial, then just -- you can |
| 12 | just -- if you'd let us know, I would say -- |
| 13 | Nicole, how far in advance of trial are the jury |
| 14 | summonses going out? |
| 15 | THE COURTROOM DEPUTY: Since we don't need a special |
| 16 | panel, if you-all could at least give me, like, two weeks' |
| 17 | notice, that's good. |
| 18 | MR. MOYERS: Yeah. |
| 19 | THE COURT: Yeah. Let's say if you can give us maybe |
| 20 | 30 days, Mr. Moyers. |
| 21 | MR. MOYERS: Yeah, that would be fine. |
| 22 | THE COURT: Great. All right. |
| 23 | So in terms of other schedules then, let's set a |
| 24 | pretrial conference. How is May 3rd at 10:30 for a pretrial? |
| 25 | Does that work for the government? |

1          MR. JONES:  Yes, Your Honor.
2          THE COURT:  Mr. Moyers, is that okay with you?
3          MR. MOYERS:  It does.  It works.
4          THE COURT:  Counsel does not need to submit *voir dire*
5    or jury instructions.  I'll submit proposed *voir dire* to you.
6    If you have any objections or additions before then -- I do
7    instructions during the trial.  So I don't need any filings for
8    the pretrial.  But we should be discussing *Jencks* and exhibits
9    and anything like that.
10         Then I'll give you also *in limine* motions' deadlines.
11   So let's -- all right.  I'm going to say March 24th for
12   *in limine* motions.  Oppositions will be due April 14th and
13   reply April 24th.
14         So, Nicole, if you'll put that in the order, that would
15   be great.
16         Any objection, also, to excluding time under the Speedy
17   Trial Act between today and the trial date, Mr. Moyers?
18         MR. MOYERS:  None at all, Your Honor.
19         THE COURT:  All right.  I find it's in the interests
20   of justice to exclude time from today until the trial without
21   objection from counsel.
22         Okay.  And then -- I don't believe -- Mr. Mock, so you
23   don't have a third-party custodian.  So there's been --
24   Mr. Moyers, you want to speak on his behalf; any further issues
25   regarding revisions?  It doesn't look like, with the latest

1  report, any violations.

2  MR. MOYERS: No. I think it's been going well. And
3  we're working with Brad, who's the pretrial services officer
4  out here, and I think it's going well.

5  THE COURT: Okay. And, Mr. Mock, are you working
6  now?

7  THE DEFENDANT: I'm working on setting up a business
8  here doing landscape. So as soon as there's not 3 feet of snow
9  on the ground, I'll be able to go out and do that.

10  And I -- I don't know if it went to you. But I know
11  Brad, the pretrial guy, just told me yesterday -- or the day
12  before, that they put in a motion to D.C. to have my ankle
13  monitor removed because they didn't feel like it was necessary
14  at this point for it after eight months of nothing going on. I
15  didn't know they had done it, but we were -- yeah, there's
16  potential other things that maybe Peter can --

17  MR. MOYERS: Yeah, I don't think they filed a motion.
18  I think Brad may have just requested it of the -- or asked
19  the -- asked the D.C. pretrial services folks whether that
20  would be okay.

21  THE COURT: Okay.

22  MR. MOYERS: We're working on that.

23  THE COURT: All right.

24  MR. MOYERS: It's not a today issue.

25  THE COURT: And, again, if they agree, then,

1  Mr. Mock, I'm fine with that also.
2          Okay.  Any other issues then that we need to address
3  today?
4          Mr. Jones?
5             MR. JONES:  Not from the government, Your Honor.
6             THE COURT:  Okay.  Mr. Moyers?
7             MR. MOYERS:  We got everything on my list,
8  Your Honor.
9             THE COURT:  All right.  Thanks so much.
10         I'll look forward to seeing you gentlemen May 3rd for a
11 pretrial and May 15th for sentencing [sic].  If there are other
12 issues that require a hearing before that, feel free to consult
13 with my deputy clerk to set something.
14         All right.  Thanks so much.
15            THE COURTROOM DEPUTY:  I'm sorry, Judge.  I may have
16 missed this.  I wasn't sure.  Did you waive speedy trial
17 through May?
18            THE COURT:  Yes, through May.
19            THE COURTROOM DEPUTY:  Okay.  Thank you.  Thanks.
20            THE COURT:  Thanks, everyone.
21            (Proceedings were concluded at 10:40 a.m.)
22
23
24
25

CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER


I, Nancy J. Meyer, Registered Diplomate Reporter, Certified Realtime Reporter, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenograph notes and is a full, true, and complete transcript of the proceedings to the best of my ability.

Dated this 16th day of August, 2023.


/s/ Nancy J. Meyer
Nancy J. Meyer
Official Court Reporter
Registered Diplomate Reporter
Certified Realtime Reporter
333 Constitution Avenue Northwest
Washington, D.C. 20001