```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2
    UNITED STATES OF AMERICA,
 3                                      Criminal Case
                    Plaintiff(s),       No. 21-00444 (JEB)
 4            v.
                                        Washington, D.C.
 5   BRIAN CHRISTOPHER MOCK,
                                        June 22, 2023
 6                  Defendant(s).

 7   -----------------------------------------------------

 8                     BENCH TRIAL – DAY 3
               BEFORE THE HONORABLE JAMES E. BOASBERG
 9               UNITED STATES DISTRICT CHIEF JUDGE

10   APPEARANCES:

11   FOR THE PLAINTIFF(S):  Michael Gordon, Esquire
                            United States Attorney's Office
12                          Middle District of Florida
                            400 North Tampa Street
13                          Suite 3200
                            Tampa, Florida 33602
14
                            Michael L. Jones, Esquire
15                          United States Attorney's Office
                            District of Columbia
16                          150 M Street Northeast
                            Washington, D.C. 20002
17

18   FOR THE DEFENDANT(S):  Brian C. Mock, Pro Se

19
     STANDBY COUNSEL:       Peter Moyers, Esquire
20                          The Moyers Law Firm
                            601 Sawyer Terrace
21                          Suite 1000
                            Madison, Wisconsin 53705
22

23   REPORTED BY:           Tammy Nestor, RMR, CRR
                            Official Court Reporter
24                          333 Constitution Avenue Northwest
                            Washington, D.C. 20001
25                          tammy_nestor@dcd.uscourts.gov
```

```
 1                            I-N-D-E-X

 2
     WITNESS                   DIRECT   CROSS   REDIRECT   RECROSS
 3   SHEILA PRICE

 4       BY MR. MOCK             16                30

 5       BY MR. GORDON                   27

 6   ANTHONY JAMES MOCK

 7       BY MR. MOCK             30                55

 8       BY MR. GORDON                   46

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  The following proceedings began at 9:33 a.m.:

2       THE COURT:  Good morning, everybody.

3       MR. GORDON:  Good morning, Your Honor.

4       THE COURTROOM DEPUTY:  We are here today for a bench

5  trial, day 3, 21-444, the United States of America versus Brian

6  Christopher Mock.

7       Beginning with counsel for the government, please

8  state your name for the record.

9       MR. GORDON:  Your Honor, good morning.  Mike Gordon

10  and Mike Jones for the United States.

11      THE COURT:  Good morning, gentlemen.

12      MR. MOCK:  Brian Mock representing myself pro se.

13      THE COURT:  Good morning.

14      So I understand there's been an update on something

15  having to do with standby counsel, Mr. Mock.  Do you want to

16  tell me what --

17      MR. GORDON:  Mr. Mock has several preliminary issues

18  that are going to throw the morning off.

19      THE COURT:  Well, it's been an interesting trial thus

20  far, so go ahead.

21      MR. MOCK:  I expected nothing less.

22      So my standby counsel contacted Ms. Lambert to say

23  that he was in a Lyft, like Uber, on the way here that was in a

24  car accident.  I don't know the extent of that --

25      THE COURT:  But he's en route to the courthouse?

```
 1              MR. MOCK:  I don't know.

 2              THE COURT:  I thought you just said that he was --

 3              MR. MOCK:  He texted that he had been in an accident.

 4   I don't know if he was stuck there or for what length of time.

 5   We have no details.  At this point, he was indicating he was

 6   going to get here presumably today, but I don't know if he was

 7   injured.

 8              The other bigger -- well, not bigger, but other issue

 9   is the computer with everything that I need is with him.

10              THE COURT:  All right.  Well, again, at the moment,

11   he's your standby counsel, and if he has the computer with all

12   of your materials, I am not going to require you to go forward

13   until he arrives with that material.

14              So are there -- and there are other preliminary issues

15   that we can address?

16              MR. MOCK:  One is with Mr. Finnigan.  There was a

17   conflict with the counsel they sent over who had actually

18   worked with me in the past.

19              THE COURT:  I see.

20              MR. MOCK:  I wanted to speak with Mr. Moyers, but then

21   this -- whether or not there was a conflict there with that.

22              So I think at this point not knowing, I would just say

23   I can talk to Ms. Peterson and say, hey, can we just get

24   another -- can you find another counsel quickly to speak with

25   him.
```

1          Yeah, that's -- yeah, there's a few other issues, I

2    think --

3          THE COURT:  All right.  We will get to them.  We will

4    take them one at a time.

5          Mr. Gordon, do you want to be heard on that?

6          MR. GORDON:  I want to flesh out what Mr. Mock just

7    said about the potential conflict.

8          Shellie Peterson, herself, came over from the federal

9    defender's office.  Back when Mr. Mock, for the few-month

10   period that he was representing himself pro se, at that time he

11   was detained in the D.C. jail, and he was having various

12   logistical issues getting access to discovery.

13         At that time, the Court asked Ms. Peterson to, not

14   take a counsel role, but just help facilitate getting Mr. Mock

15   in jail access to that discovery.  That's the role she had.

16         Ms. Peterson communicated to me that her memory of

17   that interaction was that Mr. Mock and she didn't have any

18   substantive discussions about his case.

19         Mr. Mock, I will let him speak for himself, but he

20   seems to remember differently, that they may have had

21   substantive conversations.  So that's the question of whether

22   there might be a conflict.

23         THE COURT:  All right.  Well, I want to be fully safe

24   in everything we do here and make sure we don't create any

25   conflicts that could come back to bite us later on.  All right.

```
 1              So did Ms. Peterson --

 2              THE COURTROOM DEPUTY:  She's here.

 3              THE COURT:  If Ms. Peterson's outside, maybe we can

 4   bring her in.

 5              Good morning, Ms. Peterson.  Thank you so much for

 6   being here fresh out of the dentist's chair with very little

 7   notice.  Thank you very much.

 8              So the issue, as you have been apprised of, I trust,

 9   is that Mr. Mock wishes to call a witness who may well have a

10   Fifth Amendment privilege against testifying given that if he

11   was -- that he was allegedly at the Capitol with Mr. Mock.

12              So I had asked you to advise him to see if he would

13   waive that or whether the government would grant him immunity

14   and so forth.  But I guess there's an issue about conflict

15   because you advised Mr. Mock at, again, my request quite a

16   while ago.  Is that correct?

17              MS. PETERSON:  Yes.  Here's what my recollection is of

18   what happened before, and that's why it didn't dawn on me that

19   it was an issue until late last night.

20              Mr. Mock, as the Court knows, has gone through a fair

21   number of attorneys along the way.  At each of those steps, I

22   was involved in trying to get him a new counsel.  All of those

23   communications, I believe, went through counsel.  I don't think

24   I ever had any communications with Mr. Mock.  And certainly I

25   didn't get any privileged information and didn't have a
```

1    relationship with him.

2           But at some point, I believe Ms. Bell—Norwood pulled

3    it up from the docket this morning, I think it was in March of

4    2022 when he was going pro se but needed some assistance with

5    discovery is when the Court asked us to sort -- me to either

6    find somebody or to assist him.

7           I believe that the only communications we had then was

8    getting an email address from him, giving it to my assistant,

9    and her setting up discovery to go to him.

10          My recollection is we never had any actual

11   communications.  I don't have any information about his case

12   other than what's on the public docket.  But I certainly wanted

13   to raise it in case Mr. Mock had a different recollection.  I

14   have worked on a number of these cases, and it's possible I'm

15   misrecollecting something.

16          So I wanted to raise it to the Court's attention and

17   make sure that Mr. Mock was comfortable with me giving advice

18   to his potential witness because, as I'm sure the Court can

19   understand, it is possible that advice I give to him would be

20   contrary to the interests that Mr. Mock is expressing here.

21          I don't -- I would be surprised if the advice I give

22   to this witness is any different than any other lawyer would

23   give, but I wanted to raise it to the Court's attention.

24          THE COURT:  Thank you so much.

25          So, Mr. Mock, again, I would rather be safe than sorry

```
 1    here, and so Ms. Peterson is an excellent and very experienced
 2    lawyer, and you may well have had communications with her --
 3              MR. MOCK:  Yes.
 4              THE COURT:  -- while you were incarcerated about
 5    discovery or about substantive matters.
 6              So I guess I would say I will leave it up to you.  In
 7    other words, if you -- if it makes you uncomfortable or you
 8    think there's a potential conflict with Ms. Peterson advising
 9    Mr. Finnigan, then we will get another lawyer.
10              If you have no problem with it and you don't think
11    there is any conflict or you waive any conflict that might
12    exist, we will go with her.  But whatever decision you make is
13    fine with me.
14              MR. MOCK:  Yeah, there were -- I would obviously
15    prefer to talk to standby counsel about this, but there were
16    actually two distinct other conversations I had with her.  She
17    was the first person I ever contacted about this that was a
18    lawyer at all before I was ever even detained, and I laid out
19    everything that I knew about the case, so --
20              THE COURT:  You don't even have to give me an
21    explanation.  Whatever you would like to do.
22              MR. MOCK:  I think if it's reasonable to get another
23    lawyer in here, I think to keep it safe, let's keep it safe.
24              THE COURT:  Very well.  Thanks so much.  You may have
25    a seat.
```

```
 1            So, Ms. Peterson, is it possible for you to procure

 2  a --

 3            MS. PETERSON:  Yes.  I will get on the phone right now

 4  and try to find a CJA lawyer who does -- I don't believe there

 5  are any other conflicts in this case.  It's not related to any

 6  other case, is it?  Can I ask the government through the Court?

 7            MR. GORDON:  The only other people that were retained

 8  was William Shipley and Mr. Moyers.

 9            THE COURT:  Mr. Mock also had a lawyer who did such a

10  brilliant job, he's now a judge in Minnesota.

11            MS. PETERSON:  Yes.  That's the attorney that I got

12  for him the first go-round.  So, yes, that's fine.  I will get

13  on it and find a local CJA lawyer who can come and join us.

14            THE COURT:  Thank you very much.  I think we have a

15  couple other witnesses.  The sooner the better, but I don't

16  think we're at a complete standstill until that person arrives.

17            MR. GORDON:  I'm sorry, Your Honor.  Mr. Jones

18  reminded me of one other thing that I think we should tell you

19  at sidebar.

20            THE COURT:  That's fine.

21            (The following sidebar was sealed.)

22

23

24

25
```

```
1
2                    ,
3
4
5
6
7
8
9
10                                    ,
11                                 ,
12
13            (The following was heard in open court.)
14            THE COURT:  Mrs. Gordon, do you want to let
15   Ms. Peterson or someone let her know about that quickly.  I
16   don't know if she's still out there or if she went back to her
17   office.
18            MR. GORDON:  I'll look.
19            THE COURT:  Take a quick look.
20            Did you find her, Mr. Gordon?
21            MR. GORDON:  I did not, Your Honor.  I was going to
22   send her an email and --
23            THE COURT:  Why don't you go ahead and do that, and I
24   will wait for you for a moment.
25            So next issue, Mr. Mock.
```

1          MR. MOCK:  So I had requested 302s.  There's some

2    information that we don't have apparently.  Mr. Moyers does not

3    have that.  I know exists some 302 reports that Mr. Gordon had

4    said he would get to me that I don't have at this moment.  I

5    would like to have copies of those.

6          THE COURT:  Hold on.

7          Mr. Gordon.

8          MR. GORDON:  He's asked for 302s from three people.

9    Two of those I have had hard copies with me.  Here I just need

10   to take them downstairs and xerox them.  I will get those to

11   Mr. Mock.

12         For the third one, I only have electronically at the

13   moment, but it's for somebody that neither of us is calling as

14   a witness, so I need to talk to Mr. Mock about how relevant

15   those are.

16         THE COURT:  All right.  What's next?

17         MR. MOCK:  As far as the witnesses to be called, I had

18   asked Mr. Moyers before to subpoena Ms. Visnovec.  I hadn't had

19   a definitive answer from him on that.  I don't know if he had

20   followed through on that.  But that had been my plan going into

21   this.  So I don't know if -- I mean, obviously being my fellow

22   companion there, it's a pretty crucial witness.  And I think

23   that's the objection that Mr. Gordon has is that she wasn't

24   being called as a witness.  So that's the 302 of which we are

25   speaking.

 1              We may be able to work around that if she hasn't been
 2    subpoenaed potentially based on what I can work out with
 3    Mr. Gordon as far as the 302 goes and relevance.
 4              THE COURT:  All right.  Good news.  Here is
 5    Mr. Moyers.
 6              Mr. Moyers, I'm sorry to hear that there was an
 7    accident this morning.  I hope that you are physically okay.
 8              MR. MOYERS:  I'm physically fine.
 9              THE COURT:  Nice to see you back.  I know you have
10    Mr. Mock's material, and we were not going to proceed without
11    you.
12              Mr. Mock's raised a couple of issues.  So maybe I will
13    let the two of you just connect on these for ten minutes.
14              And, Mr. Gordon, maybe you can go get those 302s now
15    and bring them back up, and we will resume in ten minutes.  All
16    right?
17              Sometimes there are advantages to a bench trial.
18    Namely, I don't even know what I would be saying to a jury at
19    this point.
20              Thank you.  Ten minutes.
21              (A recess was taken at 9:50 a.m.)
22              THE COURT:  Any success?
23              MS. PETERSON:  Brian McDaniel is on his way over, but
24    he probably will not be here until close to noon because he has
25    Judge Walton at 11:00.

```
 1              THE COURT:  Fine.  Thank you.

 2              MR. JONES:  Your Honor, Mr. Gordon is getting the

 3    defendant some discovery he requested.  He said he will be up

 4    in a minute or two.

 5              THE COURT:  Fine.

 6              MR. JONES:  Beyond that, he did inform me that the

 7    issue we spoke about at sidebar has become a much bigger issue,

 8    and it's now making it difficult to find an attorney --

 9              THE COURT:  We just talked to Ms. Peterson.  She's got

10    somebody.

11              MR. JONES:  Okay.  Great.

12              THE COURT:  So Mr. Gordon has provided the 302s to

13    Mr. Mock.  And we are waiting on a lawyer to meet with

14    Mr. Finnigan.  And he will be here by 12:00.

15              So, Mr. Mock, there are also three other witnesses

16    yesterday who you discussed that they would testify.  So your

17    son, Sheila Price, and Gary McBride.  So are they here?

18              MR. GORDON:  They are here, Your Honor, not

19    Mr. McBride, but I have seen Ms. Price, AJ Mock, and Connor

20    Finnigan all sitting outside.  I haven't said it formally, so I

21    should say it now.  The government would like to invoke the

22    rule of sequestration for the witnesses so they can't come in

23    and watch each other's testimony.

24              THE COURT:  Right.  Again, I don't know what any of

25    the witnesses look like, so both sides need to enforce the rule
```

1    of sequestration.

2         They are both here and available.

3         You had another witness, Mr. Mock, that you mentioned

4    before Mr. Moyers came, which was Ms. Visnovec.  Do you want to

5    tell me what's going on with her.

6         MR. MOCK:  Yes.  So he's filling out a subpoena, I

7    believe it's complete, for Ms. Visnovec.  She's not here

8    currently.

9         THE COURT:  But you didn't mention her yesterday.

10         MR. MOCK:  I did not because I was expecting -- well,

11    due to a bit of evidence I came through, I was expecting to be

12    able to use her 302 to get that through with Mr. McBride.  It

13    sounded like that was pretty well not something that you were

14    particularly interested in.

15         I guess I would give the alternative, to try to speed

16    things along, and I don't know -- I'm assuming Mr. Gordon will

17    object, but we have Ms. Visnovec's 302 that has been brought

18    into evidence earlier in this trial.  If that can be used, then

19    I think potentially Ms. Alvarez could take the stand.  I would

20    be more than willing to call her to testify since she was the

21    one who actually took the 302.

22         THE COURT:  Right.  I mean, it's hearsay is the

23    difficulty.

24         MR. MOCK:  There's some more substantial evidence.

25    It's not really the hearsay that --

```
 1            THE COURT:  No, I'm saying the 302 is heard.

 2            MR. MOCK:  I understand.

 3            THE COURT:  Well, let's go through these other --

 4    let's deal with these other witnesses, and then we can discuss

 5    her testimony after that.  Okay?

 6            So why don't we have your son and Sheila Price, we can

 7    have them testify, and proceed from there.  How's that?

 8            MR. MOCK:  Can I make sure they are out here?

 9            THE COURT:  Who do you wish?

10            MR. MOCK:  I'll bring Ms. Price first.

11            MR. GORDON:  Your Honor, I'll just flag for the Court

12    that Ms. Visnovec has the same Fifth Amendment concerns that

13    Mr. Finnigan has.

14            THE COURT:  Sure.

15            MR. MOCK:  I apologize, Your Honor.  They stepped out

16    of the building.  They are literally coming through security.

17            THE COURT:  Mr. Mock, can you figure out where these

18    people are?

19            MR. MOCK:  Yes.

20            We have a witness.

21            THE COURT:  You may bring her in.

22            MR. MOCK:  The defense calls Sheila Price.

23            THE COURT:  Good morning, ma'am.  Come forward, right

24    this way, right to the witness stand, please.

25            THE COURTROOM DEPUTY:  Good morning to you, ma'am.  If
```

```
 1   you could remain standing, please, and raise your right hand.
 2                         SHEILA PRICE
 3   Having been first duly sworn on oath, was examined and
 4   testified as follows:
 5             THE COURTROOM DEPUTY:  Thank you.  You may be seated.
 6             THE WITNESS:  Thank you.
 7                      DIRECT EXAMINATION
 8   BY MR. MOCK:
 9   Q    Please go ahead and state your name and spell it for the
10   record.
11   A    Sheila Price.
12             THE COURT:  Spell that, please.
13             THE WITNESS:  S-H-E-I-L-A P-R-I-C-E.
14   BY MR. MOCK:
15   Q    Thank you for hustling up here.
16   A    You're welcome.
17   Q    I'll make this very brief.  There's a few questions that I
18   have for you.
19        First off, just so we know who you are, what is your
20   relationship to me?
21   A    I am your ex-girlfriend.
22   Q    Okay.  And we have no sort of romantic entanglements
23   anymore?
24   A    No.
25   Q    Okay.  And were we dating at the time of January 6, 2021?
```

```
 1    A     No.

 2    Q     Okay.  We had started dating again after that, correct?

 3    A     Yes.

 4    Q     Okay.  And we were dating at the time that I was arrested

 5    for the alleged crimes why we are here today?

 6    A     Yes.

 7    Q     Okay.  When I was arrested, were you contacted by anyone

 8    concerning this?

 9    A     Yes.

10    Q     Do you recall who that person was?

11    A     No.

12    Q     Okay.  Do you know who she worked for?

13    A     The FBI.

14    Q     Okay.  So you were contacted by a member of the FBI?

15    A     Her last name started with a V.  I'm horrible with names.

16    Q     Was it possibly Alvarez?

17    A     Yes.

18    Q     I do have a statement that she had taken.  So she had

19    asked you a series of questions, correct?

20    A     Yes.

21    Q     Do you recall all of the questions that she asked?

22    A     Kind of.

23    Q     Would it help refresh your memory if you saw what was

24    written here?

25    A     Yes.
```

```
1              MR. GORDON:  Objection.

2              THE COURT:  He can show her.  We will see where it

3     goes from there.

4     BY MR. MOCK:

5     Q    After reading that, is this an accurate statement that you

6     gave?

7     A    No.

8     Q    What parts or all of it --

9              MR. GORDON:  Your Honor, objection.

10             THE COURT:  Okay.  So the problem is there's --

11    nothing has been admitted.  We don't know what her statement

12    was, so this would show that what she said was inaccurate.

13             MR. MOCK:  Okay.

14             THE COURT:  But we don't have -- that statement isn't

15    in evidence.  So in other words, the government hasn't said

16    what she did say.  So to sort of undermine that, there's

17    nothing to undermine.

18             MR. MOCK:  Fair.

19             THE COURT:  I mean, you can ask her --

20             MR. MOCK:  Yes.

21             THE COURT:  -- about -- you can use the statement to

22    impeach or refresh --

23             MR. MOCK:  Sure.

24             THE COURT:  -- but it needs to be something

25    substantive that is impeaching or refreshing.
```

```
 1   BY MR. MOCK:

 2   Q    Did you state to the FBI that I had lied about -- that you

 3   believed that I had lied about my actions on January 6?

 4          MR. GORDON:  Objection.

 5          THE COURT:  Again, so here's what I am trying to say

 6   is that if they had put in evidence that she had said that you

 7   had said something to her, then you could try to undermine

 8   that.  But they haven't put it in evidence.  In other words,

 9   there's no target you are shooting at.

10          MR. MOCK:  If you can give me just one moment.

11          THE COURT:  Sure.

12   BY MR. MOCK:

13   Q    What did you say to the FBI?

14          MR. GORDON:  Objection.

15          THE COURT:  Again, so that would be -- the question is

16   sort of is there a prior inconsistent statement or prior

17   consistent statement.  But what she said to the FBI is hearsay.

18   If there's something you want to get out that she knows, then

19   ask her about that.

20          MR. MOCK:  All right.

21          THE COURT:  In other words, what did she see?  What

22   did she -- she could arguably testify about what she heard from

23   you or what she observed, again, if it's not admitted for the

24   truth about what she heard.

25          MR. MOCK:  Okay.
```

1   BY MR. MOCK:

2   Q    At any point do you feel that I lied to you --

3          MR. GORDON:  Objection.

4          THE COURT:  Okay.  So is this -- are you trying to

5   introduce her as a character witness for your veracity, or is

6   it about specific events?

7          MR. MOCK:  There's statements in here that are not

8   accurate.

9          THE COURT:  Here's the thing.  What I am trying to

10  explain is that if they had introduced something that you

11  didn't think was accurate, then you could try to undermine it.

12  But they haven't introduced anything about her.  And so whether

13  there's something that's inaccurate in another document isn't

14  relevant.

15         MR. MOCK:  Okay.

16  BY MR. MOCK:

17  Q    In the lead-up to my arrest, we were dating, correct?

18  A    Yes.

19  Q    I was packing up my household, is that correct?

20  A    Yes.

21  Q    Where was I planning on going?

22  A    To my house.

23         MR. GORDON:  Objection, relevance.

24         THE COURT:  Let's see.  Go ahead.  Overruled for a

25  moment.

```
 1   BY MR. MOCK:
 2   Q    We were planning on moving in together, is that correct?
 3   A    Yes.
 4   Q    And had I -- had you seen any information at that point
 5   about these allegations --
 6   A    No.
 7   Q    -- on January 6?
 8        Had there been any reason for you to believe that there
 9   was any sort of violence on my part that day?
10   A    No.
11   Q    Had you at any point heard me spout --
12             MR. GORDON:  Objection.
13             THE COURT:  She can answer.  It may not be hearsay
14   because it may not be admitted for truth.
15             So go ahead, you can ask the question.
16   BY MR. MOCK:
17   Q    Had you at any point heard me spout or write anything that
18   was encouraging either myself or others to be causing any
19   violence on January 6 or to stop the proceedings that were
20   occurring that day?
21   A    No.
22             THE COURT:  Hold on.  Let's just get the dates right.
23   You weren't dating before January 6, so can you just ask her
24   what time frame you are talking about.
25
```

```
 1   BY MR. MOCK:

 2   Q     So we were dating up until December of 2020 roughly?

 3   A     November, December, yeah.

 4   Q     Okay.  And we were still in some communication up to the

 5   leadup to January 6?

 6   A     I believe it was -- like mid-December was one of our last

 7   texts.

 8   Q     Okay.  And then we were no longer on social media

 9   together --

10   A     Correct.

11   Q     -- at that point?

12         In the time that we were on social media together, was

13   there any point that you read anything that I was spouting

14   violence or --

15   A     No.

16         THE COURT:  Okay.  We are talking sort of

17   pre-mid-December 2020?

18         MR. MOCK:  Correct.

19         THE COURT:  Go ahead.  You may answer.

20         THE WITNESS:  No, you did not.

21   BY MR. MOCK:

22   Q     At any point did you ever hear me state or imply that I

23   wanted anything other than lawful activities to take place

24   concerning those?

25         MR. GORDON:  Objection, hearsay.
```

```
 1              THE COURT:  Overruled, not admitted for the truth.
 2              You can answer.
 3              THE WITNESS:  No.
 4    BY MR. MOCK:
 5    Q    Okay.  Is there anything that would make you believe --
 6    that you have read, seen anywhere that would cause you to
 7    believe otherwise at this point or at any point in time?
 8    A    Can you be more specific, like break it down a little bit?
 9    Q    Okay.  Do you believe that since you have heard about my
10    alleged actions at January 6, at any point between then and
11    now, is there anything that would make you believe differently
12    than what you had initially believed?
13              THE COURT:  Okay.  So all you asked her prior was did
14    she hear you make certain statements.  And she said no.  So
15    this question --
16              MR. MOCK:  I guess I would simply ask has anything at
17    any point changed that opinion.
18              THE COURT:  Again, what I am saying is she didn't
19    offer an opinion.  She simply said that you hadn't made certain
20    statements.  So she hasn't offered opinion for --
21              MR. MOCK:  Okay.  Fair enough.
22    BY MR. MOCK:
23    Q    When you have seen my online presence, would you say that
24    I -- it's the same sort of personality that I have in real
25    life?
```

```
1   A     No.

2   Q     How was that different?

3   A     I don't know how to describe it.

4   Q     Go ahead.  Take your time, whatever.

5   A     You used to just vent and just, like, stir the pot or

6   vent, but it was never actual -- that would never put you who

7   you are as a person.  Like, you would never act on any of that.

8   Q     Would you describe any of my posts as being sarcastic?

9   A     Most definitely, yes.

10  Q     Would that sarcasm exist some of the time, most of the

11  time?  What would be your opinion?

12  A     Most of the time.

13  Q     Okay.  And would my speech online tend to be more

14  grandiose --

15  A     Yes.

16  Q     -- than in real life?

17  A     Yes.

18  Q     Fair.  Do you have any -- what reason do you believe that

19  is, that it was more grandiose?

20  A     I don't know.  You like to talk and get it out there and

21  get your opinion out there and just -- I don't know.

22  Q     So you think just kind of talk big --

23  A     Yeah.

24  Q     -- is really it?

25  A     Yeah.
```

```
 1   Q    So it's a lot of talk?

 2   A    Yes.

 3   Q    And have you ever seen me put any action behind any of

 4   that talk?

 5   A    Not once.

 6   Q    Okay.  Have you ever seen me cause any violence or cause

 7   anyone to be in fear in all the years that we have known each

 8   other?

 9   A    No.

10   Q    If someone had told you that I was violent or threatening

11   anyone, would that seem in character with the person you know?

12   A    No.

13             MR. MOCK:  No further questions.

14             THE COURT:  Okay.  Thanks.

15             Cross.

16             MR. GORDON:  Yes, Your Honor.

17             Unfortunately that last line opened up something that

18   I think we need to discuss with the Court outside the presence

19   of this witness.  Can we ask her to step down momentarily and

20   raise something?

21             THE COURT:  Okay.  Ma'am, if you will just step

22   outside the courtroom for a minute, and we will bring you back

23   in just a minute.

24             (The witness exited the courtroom.)

25             MR. GORDON:  Your Honor, Mr. Mock's last set of
```

```
 1    questions asked the witness if she was aware of him ever being
 2    violent or causing anyone to be in fear.  Defendant has a 2009
 3    conviction for aggravated assault where the underlying facts
 4    involve him pulling a gun on children.
 5              THE COURT:  Right.  And I am aware of that because it
 6    was a big issue regarding his detention.
 7              MR. GORDON:  Yes, Your Honor.
 8              THE COURT:  She didn't offer reputation testimony.
 9    She offered, I guess, a species of opinion testimony; although,
10    we don't even know how long she's known him.  So I'm not
11    sure -- I mean, I don't think it has opened the door.
12              MR. GORDON:  I understand, Your Honor.  But sort of
13    the normal approach when a witness says something like that
14    would be to say, okay, well, how long have you known him?  Did
15    you know about this, and would your opinion -- if you didn't
16    know about it, would your opinion of him or what you just said
17    change if you did know about it?
18              THE COURT:  Right.  I don't believe it's opened the
19    door, so I am not going to let you get into that.
20              MR. GORDON:  I understand, Your Honor.
21              THE COURT:  Okay.  Thanks.
22              MR. GORDON:  So yes, I am ready for cross.
23              THE COURT:  I'm sorry, you said --
24              MR. GORDON:  I am ready for cross.
25              THE COURT:  Okay.  Great.  Let's bring her in.
```

```
1              (The witness enters the courtroom.)
2                       CROSS EXAMINATION
3    BY MR. GORDON:
4    Q    Good morning, Ms. Price.
5    A    Good morning.
6    Q    I'm Mike Gordon.  I'm one of the prosecutors in this case.
7    A    All right.
8    Q    How long have you known the defendant?
9    A    It's been since October 2019.
10   Q    That's when you met him for the first time?
11   A    Yes.
12   Q    When did you start dating?
13   A    October 2019.
14   Q    Within how many days of meeting him?
15   A    I don't know, a couple weeks.
16   Q    Okay.  You have been close ever since?
17   A    Well, in our relationship, yeah, when we were together.
18   Q    Okay.  But not since?
19   A    Correct.
20   Q    So you are not -- you wouldn't describe yourself as close
21   to him now?
22   A    No, not necessarily close.  He will always be my friend,
23   and I will always be there.
24   Q    When was the last time you talked to him about -- before
25   today.  When was the last time you had talked to him about what
```

```
 1   he did on January 6?
 2   A    I don't know, probably Sunday we had a phone call just to
 3   see about having me come out here.  Otherwise, I haven't talked
 4   to him about anything since we broke up in November.
 5   Q    When exactly was that?
 6   A    November of 2022.
 7   Q    You have not been in communication with him at all between
 8   November 2022 and Sunday?
 9   A    Correct.
10   Q    Did you pay for your own flight to come out here?
11   A    No.
12   Q    Defendant pay for it?
13   A    Yes.
14   Q    How about your hotel while you are here, is he paying for
15   that too?
16   A    Yes.
17   Q    Is he giving you money for food while you are here?
18   A    No.
19   Q    That expense is on you?
20   A    Yes.
21   Q    Hotel and flight.  Any other expenses that he's paying
22   for?
23   A    No.
24   Q    You agreed to come out here voluntarily, right?
25   A    Yes.
```

```
 1   Q    And you did that because you want to help him, right?
 2   A    Yes.
 3   Q    And you are hoping that whatever testimony you give today
 4   is going to be able to help him?
 5   A    Yes.
 6   Q    You are hoping that he's not convicted of these charges,
 7   right?
 8   A    Yes.
 9   Q    And that's because you care about him?
10   A    Yes.
11   Q    You are hoping that he's acquitted even though, even
12   though you have seen photographs of him assaulting law
13   enforcement officers, correct?
14   A    I would like him acquitted, but I don't believe those
15   photographs.
16   Q    You think the photographs were fakes?
17   A    I don't think they were fake.  I think they, my opinion,
18   should have been played through all the way.
19   Q    I'm not asking for your opinion.  I am asking you if he
20   assaulted law enforcement officers, do you think he should be
21   acquitted?
22   A    Yes.
23            MR. GORDON:  Nothing further, Your Honor.
24            THE COURT:  Okay.  Any redirect?
25                         REDIRECT EXAMINATION
```

```
 1   BY MR. MOCK:

 2   Q    If you believed I committed a crime, would you lie to

 3   cover it up?

 4   A    No.

 5            MR. MOCK:  No further questions, Your Honor.

 6            THE COURT:  Okay.  Thanks so much, ma'am.  You may

 7   step down.

 8            You may call your next witness, Mr. Mock.

 9            MR. MOCK:  Defense calls AJ Mock to the stand.

10            THE COURT:  Okay.  Good morning.  If you could just

11   step right up here to the witness stand and raise your right

12   hand when you arrive.  Thanks so much.

13            THE WITNESS:  Do I stay standing?

14            THE COURT:  Sure.

15            THE COURTROOM DEPUTY:  Good morning.

16                        ANTHONY JAMES MOCK

17   Having been first duly sworn on oath, was examined and

18   testified as follows:

19            THE COURTROOM DEPUTY:  Thank you.  You can be seated.

20                        DIRECT EXAMINATION

21   BY MR. MOCK:

22   Q    Good morning.

23   A    Hi, Dad.

24   Q    I have some things --

25            THE COURT:  You need to get him to state his name for
```

```
 1   the record.
 2           MR. MOCK:  I'm sorry.  I thought he just did.
 3   BY MR. MOCK:
 4   Q    Could you please state your name for the record.
 5   A    Anthony James Mock.
 6   Q    Spell it, please.
 7   A    A-N-T-H-O-N-Y J-A-M-E-S M-O-C-K.
 8   Q    All right.  How do you know me?
 9   A    You're my dad.
10   Q    Okay.  How old are you?
11   A    21.
12   Q    Okay.  So you were 19 on January 6, 2021?
13   A    18.
14   Q    18.  All right.  I got four of you.  It's hard to keep you
15   straight.
16        So you were 18 at that time.  You reached out to the FBI
17   following January 6 about me, is that correct?
18   A    Yes.
19   Q    Did you offer an anonymous tip to the FBI, or did you
20   state your name?
21   A    I can't quite remember.  I think I said my name.  I'm not
22   super positive though.
23   Q    Okay.  And they had requested information from you, is
24   that correct?
25   A    Yes.
```

```
 1   Q    What kind of information did they request from you?
 2   A    Stuff about you, I guess, if you were there, what you -- I
 3   don't really remember.  I think it was mostly stuff about you.
 4   Q    Okay.  Did they ask for any physical information like text
 5   messages, emails?
 6   A    Yes.
 7   Q    And you provided those?
 8   A    Yeah, the three text messages or the three screenshots of
 9   text messages.
10   Q    And those have been admitted into evidence.  Do you recall
11   those text messages?
12   A    Somewhat, yeah, for the most part.
13   Q    Okay.
14   A    Like, I couldn't recite them to you, but...
15   Q    Okay.  Do you know the gist of what was in there?
16   A    Yeah.
17   Q    Did you provide any other statement to them other than
18   just those text messages?
19   A    I believe -- like physical evidence or just statements?
20   Q    Statements.
21   A    I'm pretty sure, yeah.  Yeah, I did.
22   Q    Do you recall what those statements were?
23        MR. GORDON:  Objection.
24        THE COURT:  So we are in the same situation, Mr. Mock.
25   Again, you can -- they haven't been admitted, so again, this is
```

1    not to impeach or to refresh, so you can just ask him the

2    questions about -- I don't know what statements he gave the

3    FBI, but you can just ask him about the substance of what he

4    knows rather than what he said to them because that would be

5    hearsay.

6              MR. MOCK:  We do have -- let me grab one piece of

7    evidence here.

8    BY MR. MOCK:

9    Q    While he pulls up that piece of information, in those text

10   messages, and I can pull them up if we need to, but the gist of

11   what you said in part of it was that everyone was there -- that

12   was there committed treason and should be locked up including

13   me.  Is that accurate to what you had said?

14   A    That's what I said, yeah.

15   Q    Okay.  Why did you say that?

16   A    Because that's what I believed.

17   Q    Why did you believe that at that time?

18   A    Because that's what, based off what I saw on the news and

19   in the media, that's what I believed.  That's how I felt.

20   Q    Okay.

21   A    Yeah, that's what I believed.

22   Q    Since that time, has your opinion changed?

23   A    Yes.

24   Q    Why is that?

25             MR. GORDON:  Objection, relevance.

```
 1              THE COURT:  It may be, it may not be, but I will give
 2    a little leeway.
 3              Go ahead.  You can answer.
 4              THE WITNESS:  Could you repeat the question, I'm
 5    sorry.
 6    BY MR. MOCK:
 7    Q    Why did your opinion change from then to now?
 8    A    Because of the evidence that's come out two and a half
 9    years ago and my firsthand experience with this case and just
10    the things that I have seen since that day.
11    Q    A little more specific, what things did you see?
12    A    The videos for your evidence that I have seen that have
13    since come out in particular are a lot of what changed my
14    opinion.
15    Q    So like open source videos of areas that I was?
16    A    Yeah.
17    Q    Okay.  What type of things did you see in those videos
18    that led you to change your opinion about this?
19    A    Well, there -- I'm sorry, this is hard for me.
20    Q    Take your time.
21    A    It's -- can you repeat the question.  I am really sorry.
22              THE COURT:  Let me say this also, and I don't want to
23    make you uncomfortable at all.  Thank you for coming here
24    today.
25              So just so we're clear, and this is Mr. Gordon's
```

1    objection, Mr. Mock, that the government introduced those texts

2    not because your son's opinion is relevant.  Nobody's opinion

3    on what happened that day is relevant, not just you, it's

4    anyone.  The point is what are the facts of what happened that

5    day.

6            And so what they introduced it for is to show what you

7    said, not what your son thought.  And so what your son thinks

8    now is similarly not terribly relevant because -- in other

9    words, it's not -- it doesn't -- it's not a strike against you

10   that he said in those texts what you're doing is terrible

11   because, again, his opinion and anybody's opinion isn't

12   relevant.  It's simply whether you broke the law or not --

13            MR. MOCK:  Fair.

14            THE COURT:  -- and whether the government can prove

15   that.

16            So if your son's opinion has changed since then is

17   interesting and I'm aware of your well-being and the importance

18   of your well-being, but it's not really relevant to whether the

19   government can prove its charges or not.  Do you understand?

20            MR. MOCK:  Fair.

21   BY MR. MOCK:

22   Q    Let me rephrase this.  In those videos that you have seen,

23   you initially -- your initial videos that you saw that were out

24   in mainstream media, you thought everybody committed treason?

25   A    Yes.  Based off of the videos and the news coverage of it,

```
 1    the news, the anchors reporting it, and all this news coverage

 2    that I have seen.

 3    Q    All right.  Is there anything you saw in those videos that

 4    looked like there were crimes being committed against people

 5    that were there who were not law enforcement?

 6    A    Yes.

 7              MR. GORDON:  Objection, relevance.

 8              THE COURT:  It's not really relevant.  I will let you

 9    ask another question or two, but again, what he saw on the

10    videos --

11              MR. MOCK:  Okay.  We will bring it through another

12    source.

13    BY MR. MOCK:

14    Q    I will bring up those text messages in a minute here?

15              MR. MOCK:  If you can pull those up.

16    BY MR. MOCK:

17    Q    We were Facebook friends on January 6, right?

18    A    Yes.

19    Q    We were Facebook friends on the leadup to January 6, is

20    that correct?

21    A    Yes.

22    Q    Is my personality in real life the same as what my

23    personality is online?

24    A    No.

25    Q    How is it different?
```

```
1   A     You exaggerate a lot more, like, a lot more online.

2   Q     So you're saying that I'm not truthful online all the

3   time?

4   A     To an effect, yeah.

5   Q     So I am saying things that are specifically designed to

6   get a reaction?

7   A     Yes.

8              MR. GORDON:  Objection, leading.

9              THE COURT:  Right.  So --

10             MR. MOCK:  Fair.

11             THE COURT:  -- the other issue is you can't ask

12  leading questions on direct exam.

13             MR. MOCK:  Fair.

14             THE COURT:  I will give you a little leeway --

15             MR. MOCK:  I will rephrase.  I will rephrase.

16  BY MR. MOCK:

17  Q     What do you think my purpose was, or did I ever tell you,

18  or did you ever see it written as to what I would generally do

19  online --

20             MR. GORDON:  Objection, relevance and calls for

21  hearsay.

22             THE COURT:  I guess the question is, do you know why

23  he exaggerates online?

24             THE WITNESS:  For an effect -- or not -- well, to

25  get -- yeah, for effect.
```

```
1    BY MR. MOCK:

2    Q    Okay.  Would another better word to describe be --

3              MR. GORDON:  Objection, leading.

4              THE COURT:  Sustained.

5              MR. MOCK:  Okay.

6    BY MR. MOCK:

7              THE WITNESS:  So what's the question?

8              THE COURT:  There was an objection.

9              THE WITNESS:  Oh, sorry.  I clearly haven't done this

10   before.

11   BY MR. MOCK:

12   Q    Likewise, apparently.

13        In the leadup to January 6, would you say that I was more

14   politically minded than in previous years that you knew me?

15   A    Yes.

16   Q    Was that specifically around January 6, or was that a

17   general increase?

18   A    General increase from the election in the leadup to

19   January 6.

20   Q    Were there any other things that were going on in the

21   country or locally that you saw me -- that might have a

22   political context that I started getting, I don't know, we'll

23   say interested in or excited about?

24   A    I mean, we were right in the heart of George Floyd, so

25   that.
```

```
 1   Q    Okay.  And the -- we were in the middle of COVID as well,
 2   right?
 3   A    Yeah.
 4             MR. GORDON:  Objection, leading.
 5   BY MR. MOCK:
 6   Q    Okay.  Are you aware that we were in the middle of the
 7   COVID shutdown at that time --
 8   A    Yes.
 9   Q    -- in 2020?
10   A    Yes.
11   Q    Okay.  What did you see -- did you see me react online to
12   that COVID restrictions and shutdowns?
13             MR. GORDON:  Objection, relevance.
14             THE COURT:  I will give it -- I agree, marginally, we
15   are probably not, but I will let him answer.
16             MR. MOCK:  It's going somewhere.
17             THE COURT:  He can answer.
18   BY MR. MOCK:
19   Q    Did you see me react to that online?
20   A    I don't super remember, but I think I did.
21   Q    Okay.  Let me bring up these text messages real quick.  We
22   will talk about that, and I'll let you get on your way.
23   A    Okay.
24   Q    This is Government's Exhibit No. 910.  Do you recognize
25   these.  Is this up?
```

```
 1  A    I don't see anything on my screen.  Oh, hey, look at that.
 2  Yes, I do.
 3  Q    What do these depict?
 4  A    Text messages between you and I from your old phone.
 5  Q    Do they look accurate to what --
 6  A    It went away.  Now it's off.
 7  Q    So are these accurate to the text messages that you turned
 8  over to the FBI?
 9  A    These are the text messages, yeah.
10  Q    Okay.  And in this -- one moment here.  Let me find it.
11       What in this made you want to turn me in to the FBI, if
12  this was the reason that you did?
13  A    If the texts were the reason I did or if --
14  Q    Yeah.
15  A    The I did some damage text.
16  Q    The did some damage?
17  A    Yeah.
18  Q    What did you think I meant by that?
19  A    I thought you meant you did damage, like you were at the
20  Capitol destroying things.
21  Q    Inside the Capitol.  So you didn't know that I wasn't
22  inside the Capitol?
23  A    No.
24  Q    Okay.  Did you lead them to believe I was inside the
25  Capitol?
```

```
1   A    Yes.

2   Q    Okay.  And that was part of your statement to them?

3   A    Yes.

4   Q    That I was inside the Capitol and damaged things?

5   A    Yes.

6   Q    Anything else that isn't in this text message that you had

7   told them specifically?

8        MR. GORDON:  Objection.

9        THE COURT:  Again, it's not -- I'll let you ask, but

10  again, his -- your son's motive for speaking to the FBI or even

11  what he believed had occurred isn't relevant because -- again,

12  it might be relevant if the government were saying you were in

13  the Capitol and even your son knows that.  But they are not

14  saying you were in the Capitol.  So to sort of try to undermine

15  that you were, they are not arguing you were, right?

16       Go ahead.  You can ask.

17       THE WITNESS:  What was the question?  I'm sorry.

18  BY MR. MOCK:

19  Q    Was there anything specifically other than being in the

20  Capitol and destroying things that you had claimed I did?

21  A    In my statement, I had said that you were assaulting

22  police officers.

23  Q    That was your specific statement, or did you say --

24  A    Well, my statement contained profanity.  Should I still

25  say it?
```

```
1    Q    Go ahead.

2    A    Okay.  I had said that you were beating the shit out of

3    police officers, or that you were bragging about beating the

4    shit out of police officers.

5    Q    And that wasn't true?

6    A    No.  At the time I thought it was true, but it wasn't.

7    Q    Okay.  Have you had other conversations with the FBI since

8    then?

9    A    Yes.

10   Q    And the prosecution?

11   A    I don't think I -- well, I had my one thing with the

12   prosecution last week, but not like -- we're not buddies.

13   Q    Sure.  And they had subpoenaed you to be here?

14   A    Yes.

15   Q    And you told them the truth of that conversation, right?

16   A    Yes.

17   Q    And so you had been mistaken before and you corrected

18   this.  And then once you told them the truth, they no longer

19   wanted you as a witness, is that correct?

20   A    Yes.

21            MR. GORDON:  Objection.

22            MR. MOCK:  Removed.  I will withdraw the question.

23   BY MR. MOCK:

24   Q    AJ, other than any previous legal issues that I have had,

25   have you ever seen me violent towards anyone?
```

```
 1    A      No.

 2    Q      Have you ever heard me ask other people to be violent?

 3    A      No.

 4    Q      And did you ever hear me talk about or imply that we

 5    should stop the certification with the people and not through

 6    legal means?

 7    A      What do you mean?

 8    Q      Not through the legal process?

 9    A      Oh, not through the legal process, no.

10    Q      And did I ever talk to you in the leadup to January 6

11    about the legal process and what could be done to change the

12    outcome of the election?

13    A      Yes.

14    Q      And was that based around the law?

15    A      Yes.

16    Q      So would it be safe to say that I wanted legal action to

17    take place --

18              MR. GORDON:  Objection, leading.

19              THE COURT:  Sustained.

20    BY MR. MOCK:

21    Q      What do you -- what did I tell you --

22              MR. GORDON:  Objection, calls for hearsay.

23              THE COURT:  Hold on.  Let's hear the question.

24              Go ahead.

25
```

```
 1   BY MR. MOCK:
 2   Q    What did I tell you was my purpose for being there?
 3           THE COURT:  All right.  Overruled.  State of mind.
 4           THE WITNESS:  What did you tell me was your purpose
 5   for being there?
 6   BY MR. MOCK:
 7   Q    Uh-huh.
 8   A    To be a part of this crowd of people that believes the
 9   election, not necessarily was stolen, but that there was -- it
10   needed further investigation and that this group of people
11   wanted to show that there was a large population of the
12   American people that wanted there to be more investigation.
13   Q    Okay.  And where was I born?
14   A    Virginia, I think.  Right?
15   Q    Yes, you are correct.
16   A    Okay.
17   Q    Do you know what the motto of the state of Virginia is?
18   A    No.
19           THE COURT:  I can take judicial notice.
20           MR. MOCK:  Okay.
21   BY MR. MOCK:
22   Q    Have you ever heard me say sic semper tyrannis?
23   A    Yes.
24   Q    Have you seen me use that as basically a tagline in social
25   media?
```

```
 1   A     Yeah.

 2   Q     Okay.  So you had seen me respond before the events of

 3   January 6 or even before the election of November of 2020 with

 4   that phrase, sic semper tyrannis?

 5   A     Yes.

 6   Q     Okay.

 7             MR. MOCK:  No further questions.

 8             THE COURT:  Okay.  Thanks so much.

 9             Cross.

10             MR. GORDON:  Your Honor, I would ask to excuse the

11   witness, but I believe we are in the same position.

12             THE COURT:  It's not a credibility question.  It's on

13   video.  In other words, either the video proves it or it

14   doesn't.  Reputation or opinion testimony doesn't undermine or

15   bolster that.

16             So you may cross.  Go ahead.

17             MR. GORDON:  I understand, Your Honor.  To close the

18   book on the issue, I believe that this witness has testified on

19   some issues where his credibility is in question, and so his

20   statement -- it was his own birthday party where this happened,

21   so his statement about -- his response to have you ever seen me

22   be violent toward anyone --

23             THE COURT:  All right.  It doesn't open the door to

24   the other issue.

25             MR. GORDON:  I understand.
```

```
 1              THE COURT:  Okay.
 2                        CROSS EXAMINATION
 3   BY MR. GORDON:
 4   Q    Good morning, Mr. Mock.
 5   A    Good morning.  Were you the one that I talked to last
 6   week?  I don't remember.  I was?
 7   Q    Do you remember speaking to prosecutors last week by Zoom?
 8   A    Yes.
 9   Q    Or by video conference?
10   A    Yeah.
11   Q    Do I look vaguely familiar from that?
12   A    Yes.
13   Q    Does Mr. Jones look vaguely familiar?
14   A    Yes.  I thought that was you.  I couldn't quite remember.
15   Q    Is that the first time we spoke?
16   A    Yes.
17   Q    You are here today willingly, right, voluntarily?
18   A    Yes.
19   Q    Did you pay for your own flight to come out here?
20   A    No.
21   Q    Your dad paid for it, right?
22   A    Yes.
23   Q    And I assume -- is he paying for your hotel as well?
24   A    Yes.
25   Q    You are taking time off work to be here, right?
```

```
 1   A     Yes.

 2   Q     And because you wanted to come and help your dad, is that

 3   right?

 4   A     Yes.

 5   Q     You love your dad?

 6   A     Yes.

 7   Q     Your relationship with him is complicated?

 8   A     Yes.

 9   Q     And so you fight often?

10   A     I wouldn't say often, but, I mean, yeah, I guess.  I

11   wouldn't say often, but yeah.

12   Q     Okay.  But you've described it yourself as a complicated

13   relationship?

14   A     Yeah.

15   Q     Okay.  And you are the one who -- or not the one.  You are

16   one of the people who called the FBI and tipped them off?

17   A     Uh-huh.

18   Q     And you have been feeling guilt about that ever since,

19   right?

20   A     Yeah.

21   Q     No?

22   A     Yeah, yeah.

23   Q     Yes, you have?

24   A     Yes.

25   Q     You have been carrying that as a burden, and you have been
```

```
 1    feeling like it's your fault, right?

 2    A     To some extent.

 3    Q     You see the predicament that your dad is in, and you don't

 4    want him to go to prison, correct?

 5    A     No, I don't.

 6    Q     You would do whatever you could to help him, right?

 7    A     Yeah.

 8    Q     Okay.  And that includes being here today, right?

 9    A     Yeah.

10    Q     Okay.  You believed that your dad assaulted police

11    officers on January 6 and, therefore, committed crimes and,

12    therefore, should be arrested, right?

13    A     That was my belief when I initially talked to the FBI,

14    yeah.

15    Q     Because you know that's wrong, right?

16    A     Yes.

17    Q     In the leadup to January 6, you had many conversations

18    with your dad about politics, correct?

19    A     Yeah.

20    Q     Okay.  In fact, he was somewhat incessant about talking

21    about the 2020 election, right?

22    A     To some extent, I guess.

23    Q     In fact, he talked about it so often, wanted to talk about

24    it so often that you would make efforts to change the subject

25    and avoid the topic because otherwise he would get spun up, so
```

```
 1   you would try to talk about anything else, right?
 2   A    Not really.  I would mostly just kind of listen and tune
 3   it out for the most part.
 4   Q    Okay.  Tune it out because you had heard it before, right?
 5   It was a broken record at that point?
 6   A    Yeah.
 7   Q    Okay.  He would go on and on and about the various things
 8   he saw as election irregularities, right?
 9   A    Yeah.
10   Q    And he became hyper focused on January 6.  That's the
11   date.  The certification date.  Right?
12   A    Not necessarily hyper focused, but I mean, he talked about
13   it beforehand.
14   Q    He talked about the certification specifically happening
15   on that date, right?
16   A    I think so, yeah.
17   Q    He talked about it fairly often?
18   A    I think so, yeah.
19   Q    And he decided that he was going to travel there himself,
20   right, to be there --
21   A    Yeah.
22   Q    -- in D.C.?
23   A    Yes, yeah.
24   Q    And he knew that it was going to be dangerous, correct?
25   A    Yes.
```

```
 1   Q    He had a conversation with you about how he knew it was
 2   going to be dangerous?
 3   A    Uh-huh.
 4   Q    He was expecting there to be violence that day, correct?
 5   A    Yes, I believe so.
 6   Q    In fact, he was so aware of there being violence that
 7   before going, he pulled you aside and essentially said, son, I
 8   might die, I might not come back from this, right?
 9   A    I don't know if it was meant to be as like I might die,
10   but he did say I don't know if I am going to be coming back.
11   Q    So if not because he died, did you think he meant he was
12   going to run away afterwards?
13   A    No.  If it wasn't, I might -- I mean, I guess that is a
14   possibility, but I think it covered, like, a myriad of things.
15   I think it would have covered, like, I might die, I might be
16   arrested.  I don't know.  There could be some situation where I
17   don't come back.
18   Q    Did you try and talk him out of it?
19   A    No.
20   Q    Why not?
21   A    I was in shock from hearing it.  I just -- I didn't know
22   how to respond.
23   Q    When he left and you got over the shock, you were angry
24   about that, right?  You felt like he had somewhat abandoned
25   you?
```

```
1    A    Yes.

2    Q    And your brothers?

3    A    Uh-huh.

4    Q    Thought that the trip to D.C., going into what was

5    expected to be violent, was selfish, right?

6    A    Yeah, that's how I felt.

7         I'm sorry, really quick, can I get something to drink?  Is

8    there, like, a bottle of water or something somewhere?  I'm

9    sorry.

10              Thank you, Dad.

11   BY MR. GORDON:

12   Q    Mr. Mock, are you okay to keep going?

13   A    Huh?

14   Q    Are you okay to keep going?

15   A    Oh, yeah.

16   Q    On January 6 itself, you saw your dad on TV, correct?

17   A    Yeah.

18   Q    What did you see?

19   A    I didn't see a lot.  I just saw him -- it was in one of

20   those, like -- it was -- on that day, there was the whole,

21   like, you could see the whole crowd type of thing.  And I --

22   there was one part where it zoomed in on, like, one section of

23   the crowd where he happened to be in.  I just kind of saw him

24   standing there.

25   Q    And you saw him wearing a green camouflage hoodie, right?
```

```
 1   A     Yeah.

 2   Q     And sort of an olive green beanie underneath it?

 3   A     I didn't see that on TV, no, but I know he was wearing

 4   that.

 5   Q     Over the hoodie, he was wearing a black jacket?

 6   A     Yeah.

 7   Q     He had a black Nike backpack on?

 8   A     Uh-huh.

 9            THE COURT:  Sorry.  You have to say yes or no.

10            THE WITNESS:  Oh, yes.

11   BY MR. GORDON:

12   Q     That was your dad?  You recognized the clothing?  You

13   recognized him?

14   A     Yes.

15   Q     And so you called him to say I saw you, right?

16   A     Yeah.

17   Q     Was that the first time you had talked to him on

18   January 6?

19   A     I don't remember.

20   Q     In fact, he had called you earlier to say I'm in the

21   middle of a riot, right?

22   A     I don't remember.  The phone conversations I remember -- I

23   remember one phone conversation from that day, and that was

24   after the whole event happened.

25   Q     After the whole event happened, what do you mean by that?
```

```
 1   A    Like after everything was settled.  Now that you bring it
 2   up, I do remember calling him and telling him that he was on
 3   the news.  And I remember seeing the text messages between -- I
 4   remember seeing the text messages between him and Connor where
 5   he says AJ just saw him on the news.  I remember that phone
 6   call, and I remember the phone call after things had settled,
 7   after I sent him the text messages that were displayed on the
 8   screen here.
 9   Q    And then you remember another phone call, right?  You
10   remember that after he and Ms. Visnovec and Mr. Finnigan had
11   left D.C. and started driving back --
12   A    Uh-huh.
13   Q    -- that's when you overheard your dad on the phone
14   bragging about beating up cops?
15   A    I don't remember if it was my dad.  I was on speaker, and
16   they were driving, and it was hard to tell.  I know I heard
17   someone say something about beating up cops.
18   Q    You heard a male voice in the car bragging about beating
19   up cops, correct?
20   A    I believe so, yeah.  It's hard to remember though.
21   Q    You are not sure whether it was male or female?
22   A    Well, no.  I remember hearing someone say something to
23   that effect.
24   Q    The someone, gender, male or female?
25   A    More than likely male, but I don't -- I mean, it was two
```

```
 1   and a half years ago.  I don't remember.
 2          MR. GORDON:  Ms. Bell-Norwood, can I have the
 3   government's computer, podium?  Thank you.
 4   BY MR. GORDON:
 5   Q    All right.  I am showing you what's in evidence as
 6   Government's Exhibit 518.2.  Do you see the person circled in
 7   the bottom right corner with the red circle wearing the
 8   goggles?
 9   A    Yes.
10   Q    That's your dad, right?
11   A    Yes.
12   Q    You recognize the clothing, you recognize the face mask,
13   you recognize the goggles, you have seen all those things
14   before, right?
15   A    I have never seen the goggles before, but other than that,
16   I have seen all those.
17   Q    So even though you can see maybe at most a corner of skin
18   underneath the goggles, you still know that's your dad, right?
19   A    Yeah.
20   Q    Mr. Mock, regardless of what you have come to believe, you
21   agree that someone who beats up cops is doing something wrong,
22   correct?
23   A    Yes.
24   Q    Even if it's your dad, right?
25   A    Yes.
```

```
1   Q    All right.

2           MR. GORDON:  Nothing further, Your Honor.

3           THE COURT:  Okay.  Thanks.  Any redirect, Mr. Mock?

4                        REDIRECT EXAMINATION

5   BY MR. MOCK:

6   Q    You had stated that I was going to the Capitol and

7   expecting a dangerous or violent situation, right?

8   A    That was the impression you gave off when you talked to

9   me, yeah.

10  Q    Okay.  And you had just answered that yes, I thought --

11  when you were just asked, you said yes, that I thought there

12  was going to be a dangerous situation that was possibly going

13  to get violent?

14  A    Yeah.

15  Q    Did I articulate to you any reason as to why that specific

16  dangerousness or violence that was --

17          MR. GORDON:  Objection, calls for hearsay.

18          MR. MOCK:  He opened up the window for it.

19          THE COURT:  Ask the question again.

20  BY MR. MOCK:

21  Q    Did I give any indication as to how that dangerous

22  situation or violence was going to occur?

23          THE COURT:  All right.  I will overrule it.  It's not

24  admitted for the truth.

25          Go ahead.  You can answer.
```

```
 1              THE WITNESS:  Before the event or --
 2   BY MR. MOCK:
 3   Q    Uh-huh.
 4   A    I didn't hear you say anything about violence could be
 5   before the event, no.
 6   Q    Anything after?
 7   A    After, yeah, you had said there was the possibility --
 8              MR. GORDON:  Same objection, Your Honor.
 9              THE COURT:  Sustained as to now it's hearsay about
10   what you said occurred.  But your state of mind going in, it
11   wouldn't be hearsay.  So that's why I will sustain this part of
12   the objection.
13   BY MR. MOCK:
14   Q    Did you ever hear me state after January -- or excuse me,
15   December -- sorry.
16        You are aware that I went to D.C. on December 12, correct?
17   A    You did?
18   Q    I guess not.  Do you recall me ever going to any other
19   political rallies --
20   A    No.
21   Q    -- in D.C.?
22        Okay.  Do you recall me ever speaking about any issues
23   with me being worried about any sort of counterprotesters?
24   A    I don't remember.
25   Q    Okay.  Do you ever remember me saying anything about
```

```
 1   Antifa being an issue?

 2   A     Yeah.  Not before the events, I don't remember, no.

 3   Q     You don't remember that?

 4   A     I don't remember you saying anything about Antifa or

 5   counterprotesters before the events, no.

 6   Q     All right.  Do you remember me ever talking about Antifa

 7   in general prior to -- or before January 6?

 8   A     In general, yeah.

 9             MR. GORDON:  Objection, relevance.

10             THE COURT:  Overruled.  You can answer.

11             THE WITNESS:  In general, yeah.

12   BY MR. MOCK:

13   Q     Okay.  And in that, was there a general worry, especially

14   since we were in Minneapolis, about myself or you guys being

15   harmed by those types of people?

16   A     Yes.

17   Q     Were we the victims of any sort of violence following the

18   George Floyd riots?

19   A     Physical violence towards, like, us as human -- like

20   physical harm to us --

21   Q     Did anything happen to us that was violent in nature?

22   A     There was a bullet hole in your truck.

23   Q     So during the riot, somebody shot my vehicle?

24   A     Yeah.  I remember it happening in the summer of 2020.

25   That was like right when George Floyd was happening.
```

```
 1   Q    So that would be cause to be worried about those people,

 2   wouldn't it.

 3              MR. GORDON:  Objection.

 4              THE COURT:  All right.  Sustained.

 5              MR. MOCK:  Withdrawn.

 6   BY MR. MOCK:

 7   Q    Mr. Gordon had said that our relationship is complicated.

 8   Are there any relationships between fathers and sons that

 9   aren't complicated?

10   A    I don't have much experience with other fathers and sons.

11   Q    What do you think about our relationship might be

12   complicated?

13   A    We don't always see eye to eye on things, and that can

14   sometimes -- I mean, we are both quite stubborn, I feel.

15   Q    Chip off the old block.

16   A    And I think that can lead to some tension and cause fights

17   between us.  So I think it's -- the way I have always described

18   it is a love-hate relationship.

19   Q    That's fair.

20        And would you describe my political beliefs as extreme?

21   A    No.

22   Q    What would you describe them as?

23              MR. GORDON:  Objection.

24              THE COURT:  Overruled.  He can answer; although, it's

25   getting beyond the scope.
```

```
 1              THE WITNESS:  To the right, but not like far extreme
 2   conspiracy nut right.
 3   BY MR. MOCK:
 4   Q    Fair.  So you wouldn't describe me as being bigoted?
 5              MR. GORDON:  Objection.
 6              THE WITNESS:  No.
 7   BY MR. MOCK:
 8   Q    Would you describe me as being bigoted?
 9   A    No.
10   Q    What is your sexual orientation?
11              MR. GORDON:  Objection.
12              THE COURT:  I don't think it's relevant.  And it's
13   also beyond the scope, meaning the redirect has to address
14   issues that were brought up on cross.
15              MR. MOCK:  Fair.
16   BY MR. MOCK:
17   Q    Have I ever -- did I ever get mad at you?
18   A    Like in general?
19   Q    No.  Hold on.
20   A    I'm sorry.
21   Q    Did I ever get mad at you for contacting the FBI?
22   A    I think you were disappointed, but you never were angry
23   with me.
24   Q    I didn't scream at you?
25   A    No.
```

```
 1   Q    I didn't try to change your story?

 2   A    No.

 3   Q    And so I forgave you right away?

 4   A    Yeah.

 5   Q    Would you stand up here and lie to try to keep me out of

 6   jail?

 7   A    No.  I'm not going to commit -- I'm not going to put

 8   myself at risk of perjury to -- no.

 9   Q    All right.

10   A    All I have ever wanted for this is I want it to be over.

11   For whatever truth it is, whether it puts you in jail or

12   whether it keeps you out of jail, I just want the truth to be

13   heard and discovered.

14   Q    And again, when you told that truth, they didn't want you

15   as a witness anymore, right?

16   A    I don't know what their reasoning was, but no, I don't --

17   I was contacted like last Friday and said I am not a witness

18   anymore after my interview with them.

19   Q    Okay.  You know I'm proud of you, right?

20   A    Yeah.

21   Q    And I love you, and there's nothing you can do to ever

22   change that, right?

23   A    Yeah.

24   Q    All right.

25        MR. MOCK:  No further questions.
```

```
 1              THE COURT:  Thank you so much.  You may step down.
 2     Let's take a ten-minute recess.
 3              (A recess was taken at 11:30 a.m.)
 4              THE COURT:  All right.  Mr. Mock, so tell me -- I'm
 5     sorry, just one second.  There's one other issue.
 6              Okay.  Mr. Mock, so tell me other witnesses you intend
 7     to call.
 8              MR. MOCK:  We have Tommy Tatum outside, who I think
 9     was going to hit the same issue with being there on January 6
10     as Mr. Finnigan.
11              THE COURT:  I'm sorry.  What's the person's name?
12              MR. MOCK:  Tommy Tatum.
13              THE COURT:  You say he may have a Fifth Amendment
14     issue as well?
15              MR. MOCK:  Correct.
16              THE COURT:  Okay.  What I am looking for, though, I
17     keep hearing new names sort of at the last minute, which makes
18     it difficult for us to prepare and move this along.  So I need
19     to know the universe of people you are intending to call so we
20     can resolve any issues regarding them.
21              So one is Tommy Tatum?
22              MR. MOCK:  Uh-huh.
23              THE COURT:  He's here, but he may have a Fifth
24     Amendment issue?
25              MR. MOCK:  Correct.
```

```
 1            THE COURT:  Who else?
 2            MR. MOCK:  Then there would be me.  So I would call
 3     myself.
 4            THE COURT:  And that would be it?  Okay.
 5            MR. MOCK:  Yes.
 6            THE COURT:  But you still want Mr. Finnigan if they
 7     resolve that Fifth Amendment issue?
 8            MR. MOCK:  If that's resolved, yes.
 9            THE COURT:  All right.  So maybe Mr. McDaniel, who is
10     coming to advise Mr. Finnigan -- any objection to him advising
11     Mr. Tatum -- I don't know.  Is there a conflict between
12     Mr. Tatum and Mr. Finnigan?  Again, does the government know
13     who Mr. Tatum is?
14            MR. GORDON:  I know who he is, Your Honor.  He's quite
15     a character.  But what I don't know is his interactions on
16     January 6 with Mr. Finnigan, if any.  Mr. Tatum does not have
17     any pending charges.  I can tell you that.
18            THE COURT:  Mr. Finnigan doesn't have any pending
19     charges.
20            MR. GORDON:  And neither does Mr. Finnigan.
21            THE COURT:  Mr. Mock, is there any reason, since you
22     know both of these gentlemen, that one attorney couldn't advise
23     them both?
24            MR. MOCK:  Not that I am aware of, Your Honor.
25            THE COURT:  If there is any conflict between an
```

```
1   attorney advising them both, are you happy to waive any such
2   conflict?
3           MR. MOCK:  Yes.
4           THE COURT:  All right.  So then we will have
5   Mr. McDaniel when he arrives talk to both of them.
6           Do you want to go ahead and testify before they
7   testify, or do you want to testify after they testify?
8           MR. MOCK:  I would like to testify afterwards.
9           THE COURT:  All right.  So I think that what we need
10  to do then is resolve this Fifth Amendment issue.  So why don't
11  we, then, take another recess.  And we can -- when Mr. McDaniel
12  arrives, I can speak to him, and we can sort this out, and then
13  we will, I assume, break for lunch and do the testimony after
14  lunch.
15          Mr. Gordon?
16          MR. GORDON:  That's fine, Your Honor.  Just while we
17  are here at the lectern, I have one other housekeeping matter.
18  We had prepared for the Court -- it's been on the USAfx folder
19  since before the trial started.  I just wanted to flag for Your
20  Honor that we made a chart that -- I will pass a copy up so you
21  will have it -- that essentially is a summary chart.  Since, as
22  I'm sure you saw, my electronic folder, the photos and videos
23  are voluminous, we made a chart to facilitate the Court being
24  able to figure out which videos and which photographs are the
25  best evidence of each of the charges.
```

```
 1              I thought that might be helpful to Your Honor.

 2              THE COURT:  Thank you.

 3              MR. GORDON:  And I just want to note that Ms. Price

 4    and Mr. AJ Mock are in the gallery, so I presume that the

 5    defendant has no intention to recall them for any purpose.

 6              THE COURT:  So in other words, the rule on witnesses

 7    prevents witnesses from listening to other witness testimony.

 8    But if they are not going to be recalled, then they can be

 9    here.  So, Mr. Mock --

10              MR. MOCK:  Yes.

11              THE COURT:  -- as long as you don't intend to recall

12    them, they can be here.

13              MR. MOCK:  No.

14              THE COURT:  Okay.  So I'll step off while we are

15    waiting for Mr. McDaniel to arrive to advise the witnesses, and

16    then we will likely, once he's arrived, we will likely break

17    for lunch so that he can advise them.

18              The only issue is the government may need to debrief

19    and whether there's going to be an immunity issue.  Why don't

20    we see where that goes.

21              Okay.  So I'll just break until Mr. McDaniel arrives,

22    which I hope will be very shortly.  Thanks.

23              (A recess was taken at 12:09 p.m.)

24              THE COURT:  Okay.  Let me just say -- Mr. McDaniel,

25    thank you very much for coming over.  I appreciate that.
```

```
 1            MR. McDANIEL:  No problem, Your Honor.

 2            THE COURT:  What I would like you to do, if possible,

 3    is to advise -- there are two witnesses.  One is Connor

 4    Finnigan, and one is Tommy Tatum.  And they both may well have

 5    Fifth Amendment issues regarding their presence and/or

 6    participation on January 6.

 7            Mr. Mock is operating pro se at this point.  He has

 8    standby counsel, Mr. Moyers.  And Mr. Mock would like to call

 9    these witnesses in his defense.  And he has waived any

10    potential conflict between the two witnesses themselves.  The

11    government and I are not aware of any potential conflict, which

12    is why you can advise both of them.  And then I will let you

13    talk with the government and Mr. Mock after you have advised

14    them, and then you folks can tell me how you wish to proceed.

15            And I will otherwise take a luncheon recess, and we'll

16    come back at 1:30 and hear how we are going to proceed.  Does

17    that sound all right, Mr. McDaniel?

18            MR. McDANIEL:  That's fine, Your Honor.

19            THE COURT:  All right.  Again, thank you.

20            All right.  1:30.

21            (A recess was taken at 12:11 p.m.)

22            THE COURT:  Good afternoon, everybody.

23            So, Mr. McDaniel, if you would approach.  And let me

24    express my thanks to you again for coming over on such short

25    notice.
```

1              In regard to Mr. Finnigan, can you tell me where -- if

2    he's informed you of how he wishes to proceed.

3              MR. McDANIEL:  As it relates to Mr. Finnigan, Your

4    Honor, Mr. Finnigan has left the courthouse and has not been

5    able to be contacted.  So I have not spoken with Mr. Finnigan.

6              It's my understanding that the decision by the defense

7    is that they weren't going to be seeking to call him at this

8    point in time, so I don't think that's an issue.

9              THE COURT:  Is that correct, Mr. Mock?

10             MR. MOCK:  Yes.  Mr. Finnigan is out.

11             MR. McDANIEL:  Should I move on to Mr. Tatum?

12             THE COURT:  Yes.

13             MR. McDANIEL:  As it relates to Mr. Tatum, I did have

14   an opportunity to speak with Mr. Tatum.  We talked about some

15   of his concerns related to the potential for testifying.

16   Talked to him about some of the potential charges that he could

17   potentially face should he testify and some of the information

18   be usable by the government based upon my conversation with

19   government counsel about the potential for exposure.  Explained

20   to him both the misdemeanors that he could potentially face and

21   the felony charges that he could potentially face and how

22   functionally he would be required to answer questions on

23   cross-examination here.

24             Having been advised, Your Honor, fully, he has

25   represented that he does intend to testify in this matter.

1          THE COURT:  Okay.

2          MR. McDANIEL:  And I'm convinced, Your Honor, that he

3    does understand the potential for exposure, he does understand

4    his Fifth Amendment right to remain silent, and based on our

5    conversation, that he's making a knowing and intelligent

6    decision to testify in this matter.

7          THE COURT:  All right.  Thank you very much.

8          And you do intend to call him, Mr. Mock?

9          MR. MOCK:  Yes, Your Honor.

10         THE COURT:  All right.  Any reason we need to detain

11   Mr. McDaniel further, Mr. Mock?

12         MR. MOCK:  No.

13         THE COURT:  Mr. Gordon?

14         MR. GORDON:  No, Your Honor.

15         THE COURT:  Thank you again, Mr. McDaniel.

16         MR. McDANIEL:  Thank you, Your Honor.  My great

17   pleasure.

18         THE COURT:  Okay.  Anything preliminary, or may we

19   call Mr. Tatum?

20         Mr. Gordon, anything preliminary?

21         MR. GORDON:  No, Your Honor.

22         THE COURT:  Mr. Mock, anything?

23         MR. MOCK:  No, Your Honor.

24         THE COURT:  All right.  Let's bring him in.

25         Sir, step right on up to the witness stand.  And when

1    you get there, raise your right hand for me.

2           THE COURTROOM DEPUTY:  Good afternoon, sir.  Thank

3    you.

4                       THOMAS TATUM

5    Having been first duly sworn on oath, was examined and

6    testified as follows:

7           THE COURTROOM DEPUTY:  Thank you.  Be seated.

8                     DIRECT EXAMINATION

9    BY MR. MOCK:

10   Q    Please state and spell your name for the record.

11   A    My name is Thomas Eugene Tatum, T-H-O-M-A-S E-U-G-E-N-E

12   T-A-T-U-M.

13   Q    Tommy, you and I have never met before today, is that

14   correct?

15   A    Yes, sir.

16   Q    You were present at January 6?

17   A    Yes, sir.

18   Q    And where are you from?

19   A    Greenville, Mississippi.

20   Q    That's a ways away?

21   A    Yes.

22   Q    All right.  What do you do for a living?

23   A    Independent journalist.

24   Q    For how long?

25   A    I had ran ten radio stations in Mississippi for a private

1    owner, and we had a news department as part of that operation.

2    And then I spent about 18 months with a guy, a professional in

3    the field, and we started doing news.  And I think that was --

4    started doing that in about 2015, 2016 maybe.

5         But when 2020 came around, when COVID came around, it kind

6    of killed the radio advertising business in the poorest part of

7    the country where I'm from, so I started doing my own news

8    called the Washington County Auditor, and it's the independent

9    local news at the time.

10   Q    In that capacity as an independent journalist, was there

11   anything specifically that you focused on?

12   A    I had a lot of people from my community report to me

13   murders, sex trafficking, human trafficking by the local law

14   enforcement.

15        MR. GORDON:  Your Honor, can we ask the witness to

16   slow down a little bit.  I am having a difficult time

17   understanding.

18        THE COURT:  All right.  If you don't mind.

19        MR. MOCK:  Fair enough.

20        THE WITNESS:  I had a lot of people from my community

21   report to me murders committed by Sheriff Milton Gaston in

22   Mississippi, crimes by Greenville Mayor Errick Simmons, State

23   Senator Derrick Simmons, so on and so forth.  There's a lot of

24   material that I uncovered of all these crimes, and they have

25   all been ignored to this point.

1    BY MR. MOCK:

2    Q    At this point you do independent investigative journalism?

3    A    Yes, sir.

4    Q    Does that extend into politics in a wider --

5    A    It does now.  I always followed politics my whole life.  A

6    lot of those were about the small-town localized corruption.

7    Q    In the lead-up to -- you had mentioned 2020, as COVID

8    restrictions and lockdowns happened, you went into the

9    Washington County Examiner, I believe.

10   A    I started my own website called the Washington County

11   Auditor.  And during that period of time, I would start

12   everything covering things like Black Lives Matter rallies,

13   Antifa rallies.  I think democrats call them anarchist rallies.

14   Q    You had gone to a number of different rallies and

15   presumably ones that had turned into riots, is that correct?

16   A    Well, the ones I went to personally and covered in

17   Mississippi, I wouldn't call them riots.  I got attacked by

18   Antifa at one of these rallies.  I wouldn't call it a riot.

19   Q    You were personally attacked by members --

20   A    Yes.

21   Q    Anti-Trump protesters --

22   A    I call them --

23         (There was an interruption by the court reporter.)

24         THE WITNESS:  I would say I was attacked by

25   pro-Marxist demonstrators.

```
 1   BY MR. MOCK:
 2   Q    Okay.  In your experience, were people who were attending
 3   these pro-Trump rallies targets for violence by other
 4   anti-Trump or anti --
 5   A    Yes, absolutely.
 6   Q    Okay.  So you witnessed people who were peacefully
 7   protesting getting attacked?
 8   A    Yes.  Well, I don't want to overstate it and say it
 9   happened all the time or whatever.  There were definitely
10   scuffles that happened at a few of these rallies that I have
11   covered myself.  I have covered -- followed the news my whole
12   life, and I have watched repeatedly --
13           MR. GORDON:  Objection, Your Honor.  It's unclear
14   where the rallies are or -- there's not a lot of foundation
15   laid as to what he's talking about.
16           THE WITNESS:  I can give you videos of all these
17   rallies.
18           THE COURT:  I agree.  I'm not sure what the relevance
19   is yet, but I am giving Mr. Mock a little leeway.
20           MR. MOCK:  Thank you, Your Honor.  I will get to the
21   point on this rather quickly.
22   BY MR. MOCK:
23   Q    So in those rallies that you attended that were generally
24   political rallies by, say, pro-Trump supporters, did you see
25   people start to take extra measures to protect themselves
```

1    against potential violence from --

2    A     Yes, sir.

3    Q     -- their political rivals?

4    A     Yes, sir.  Absolutely.

5    Q     What types of things would they do to protect themselves?

6    A     People would wear, you know, whatever protective clothing

7    stuff they had, like jackets or things that cover their face up

8    so they wouldn't be sprayed in the face with mace or whatever

9    the stuff.  Would have the jackets on.  I heard about people

10   putting cutting boards in so Antifa couldn't come up and stab

11   them, things like that.

12   Q     Did you see any, like, Kevlar --

13   A     Yeah.

14   Q     -- or, let's say, police or military issue type of

15   protective equipment?

16   A     Yeah, things that look like that at least.  If it's like

17   on a consumer market, yeah.

18   Q     So by the time that January 6 rolled around, it was

19   reasonable to believe that if you attended one of these

20   rallies, that you could face attack?  You could be sprayed by

21   people who were trying to stop your right to peacefully

22   assemble?

23          MR. JONES:  Objection, leading.

24          THE COURT:  It is.  I think --

25          MR. MOCK:  I will rephrase.

```
 1              THE COURT:  It's summarizing his testimony.  I will
 2   overrule it.  You can answer.
 3   BY MR. MOCK:
 4   Q     Is that fair assessment?
 5   A     Yes.  In particular, I had seen -- I watched a lot of
 6   violence unfold over the summer, a lot of Antifa riots and all
 7   that.  And I particularly was worried about me, myself, that
 8   day.
 9         I had seen a video with Senator Rand Paul walking down the
10   streets of Washington D.C., where I am actually going to, and
11   it looked like people were trying to kill him.  They were
12   absolutely accosted in the street.  It looked like his wife was
13   afraid for her life.
14         When I came to Washington D.C., the only violence I was
15   ever worried about in a million years was being attacked by
16   Antifa.
17   Q     Fair.  So you had seen members of Congress get attacked by
18   people who didn't agree with their politics?
19   A     Yes, sir.
20   Q     Okay.  So I would like to take you to, you know, your
21   personal kind of ramp-up, I guess let's say, to January 6.
22         When did you first hear about it, if you recall?
23   A     I had a -- I guess probably the day they made the
24   announcement, but I didn't know it was just an announcement.  I
25   hadn't made plans to go until another friend of mine -- and I
```

```
 1    hadn't seen this friend in 10 or 15 years.  He's a good friend,
 2    but I hadn't seen him in a long time.  And basically, Hey, you
 3    you guys want to go to Washington, D.C. for the rally --
 4              (There was an interruption by the court reporter.)
 5    BY MR. MOCK:
 6    Q    So take me up to when you were actually coming to D.C.
 7         So you drove to D.C., is that correct?
 8    A    I rode with a friend, who has actually been convicted,
 9    from Mississippi to D.C.
10    Q    Okay.  And when you got there, what day did you arrive?
11    A    It would be early in the morning of January 6, maybe 3:00,
12    4:00, 5:00 in the morning, I think.  We found -- I don't know
13    where to tell you where it's at, but it's like a commuter
14    parking lot within walking distance of the monument.  And we
15    slept there.
16    Q    And what time would you say that you left the Capitol
17    grounds that day?
18    A    Left the Capitol grounds?
19    Q    Yes.
20    A    That day, about -- I have a text from Mayor Bowser when
21    the emergency thing went out, and I screenshotted it.  It had
22    to be around 5:45, 6:00, somewhere in there.
23    Q    So you were there the entire day as an independent
24    journalist?
25    A    I ended up -- I was at the monument until Donald Trump got
```

1    through giving his speech.  And we walked to the Capitol.  It

2    took me a while to get there.  I think when I got to what I

3    call the white bricks at the Capitol -- because you can't see

4    anything that day.  There's people everywhere.  It was about

5    2:25.

6    Q    I would like to step back to the very beginning.  You were

7    photographing or videotaping, is that correct?

8    A    Yes.

9    Q    Okay.  So you had a video camera going the whole day.

10        Back at the rally point where Trump spoke, were there

11   other speakers that day?

12   A    I believe there was.  Although, when we got there, I think

13   it was around 11:00 or so when we got there, and the only

14   person I saw give a speech that day was Trump.  We waited for a

15   little bit for the speech, and then Trump gave his speech.  I

16   recorded the entire speech.

17   Q    Did you witness any violence at that rally?

18   A    No.  It was almost like a church camp meeting.

19   Q    Was anybody encouraging people to --

20   A    Not at all.

21   Q    Did you witness anyone saying, Go to the Capitol to stop

22   the certification?

23        MR. JONES:  Objection, relevance, Your Honor, and also

24   subject to pretrial motions.

25        THE COURT:  The government isn't contending, actually

```
1   to the contrary, that anybody was instructed at the rally to

2   commit violence.

3           MR. MOCK:  I believe with the 1512 charge and our

4   foundation, they are trying to say that I was there to

5   corruptly obstruct the proceeding and --

6           THE COURT:  That you were there.

7           MR. MOCK:  I understand that, but there would be a

8   broader text of that as they have said that there's testimony

9   that the entire crowd should be treated as one.  So if one

10  person did that and that was known, then, therefore,

11  apparently, by the law of Mr. Loyd, Inspector Loyd, we should

12  all be found guilty of that.  So I guess if they wanted to

13  treat us all as a homogenous group --

14          THE COURT:  Mr. Loyd is not the prosecution.  He

15  doesn't explain what the law is.  He just gives testimony about

16  what he saw, so --

17          MR. MOCK:  Okay.

18          THE COURT:  -- let's move forward.

19          MR. MOCK:  All right.

20  BY MR. MOCK:

21  Q    So you leave the monument and you are walking down

22  Constitution.  Was anybody saying to obstruct justice or

23  obstruct Congress on the way there, break into the Capitol?

24  A    I never heard anything like that.  And I walked down the

25  Washington Mall, just to clarify.  And the entire time I
```

```
1    walked -- it took me a long time to get there because I am in

2    bad health -- I never heard anyone say anything like that.  I

3    never had a police officer say, Don't go in this direction,

4    there's bad things happening, never not once.

5    Q    As you approached, did you come up the west side of the --

6    A    Yes.

7    Q    Near the Peace Circle?

8    A    Yes.

9    Q    When you approached that Peace Circle, did you -- were

10   people already there?

11   A    Yeah, there's a million people.  There's people

12   everywhere.

13   Q    Approximately what time did you actually get there?

14   A    So 2:25.

15   Q    Okay.  So you arrived at about 2:25.  When you approach,

16   did you see any signs that told you it was a restricted area?

17   A    Never, no, not a sign, not a fence, nobody saying don't go

18   this direction, no police officers, nothing.

19   Q    You didn't see a single police officer --

20   A    No.

21   Q    -- inside?

22        Not a single --

23   A    No.  There was not a police officer in sight anywhere to

24   be seen.

25   Q    Okay.  Did you hear any announcements saying that you
```

1    couldn't be there as you were stepping onto the property?

2    A     Never, not once.

3    Q     Okay.  As you approached and you got onto the -- how did

4    you get up -- rephrase.

5         Where did you go once you entered the west side of the

6    Capitol grounds?

7    A     Okay.  So in my mind, I'm trying to think so I can tell

8    you accurately.

9         So can I reference the tower for frame of reference, the

10   scaffolding tower?

11   Q     Would it help if we --

12   A     Can I reference that so the Court will know what I am

13   talking about, the scaffolding tower that was erected for the

14   inauguration?

15        When I came there, what I call the white rock, it was

16   right behind that scaffolding tower, it was like 2:25.  And I

17   took a small video.  And you can hear where people are

18   screaming, They're tear-gassing us, they're tear-gassing us,

19   and move out of the way.

20        And I took that video and then -- does that complete your

21   answer on that?

22   Q     Sure.  So about 2:25 you were at the lower west terrace.

23   Did you see -- how were the -- how was the situation there?

24   Were there two distinct groups between the police and the

25   protesters?

A     There eventually was.  I can go through this real quick.

At 2:25, I come up behind the tower.

        THE COURT:  Hold on.  There's not a question pending.

The answer was, Are there two distinct groups?  The answer was,

Yes.

        Next question.

        THE WITNESS:  Yes, there are two groups.

BY MR. MOCK:

Q     How did the situation appear to you?  Was the crowd being

antagonistic towards the police?

A     No.  The crowd was being terrorized by the police, what I

witnessed.

Q     You said terrorized.  Can you elaborate.

A     Yes.  They were firing flash-bangs at us, which have a

quarter stick of dynamite in them, blowing up by our head.

They were indiscriminately firing pepper spray.

        THE COURT:  Hold on.  Slower.  Slower.  Slower.

        THE WITNESS:  They were indiscriminately spraying OC

spray, whatever it's called, into the crowd.  They were

squaring off.  Everywhere you looked in every direction, it's

like these cops were squared off with people ready to fistfight

them.  And I see what I think is three or four cops hitting a

guy on the ground.  That's my answer for this moment.  This was

like an eight-minute thing.

```
1   BY MR. MOCK:
2   Q    Fair.  When you got there, were you the very last person
3   to arrive or were there more people coming behind you?
4   A    No.  There had to be 50,000 people behind me.
5   Q    So as you got in there, could you see all of this from
6   below as you came up to it?
7   A    No.  When you say below, what do you mean exactly?
8   Q    When you first came up, you are sitting on Capitol Hill.
9   So as you approach the lower west terrace, it's above you,
10  correct?
11  A    Yeah.  Yeah.  I didn't see any of this happening until I
12  got within 10 feet of --
13  Q    Could you hear -- you couldn't see or hear what was
14  happening up to 10 feet?
15  A    No.  And to be precise, there's people everywhere.  All
16  you can really see is people in front of you.  And all you can
17  hear is a roar, as you can imagine what it sounded like that
18  day.
19  Q    So once you got in there, I mean, were there gaps in
20  between?  Were people sandwiched in?  How much space was in and
21  amongst people when you got in there?
22  A    Oh, there was a -- shoulder to shoulder when I got there.
23  Q    Once you realized that there was an issue there, why
24  didn't you leave?
25  A    I didn't feel like I could move backwards, first of all.
```

```
 1    And in the first few seconds of when all this happened, I felt
 2    like -- and I tell everybody I know I felt like this -- what my
 3    emotion was.  Within the first three seconds, I thought the
 4    cops were killing everybody.  They were literally squaring off,
 5    super aggressive, telling people to come at them like this,
 6    punching people, hitting them with sticks in every direction I
 7    could look.  I tell people it looks like Braveheart, where
 8    everywhere you look, there's a confrontation between two or
 9    three people going around everywhere.
10         It was also very surreal because behind the police lines,
11    anti-election theft protesters are just walking and cops are
12    not worried about them at all.  But the next guy is getting hit
13    in the head with a stick.  I didn't know what to do.  I was
14    afraid and, you know, I just reacted, I think, to move forward
15    because people -- my shoes were untied too.  And at one point
16    during the video, someone steps on my shoes, and I fall down.
17    So I'm afraid I am going to fall down again.
18    Q    So you were vulnerable, and that was scary?
19    A    Uh-huh.
20    Q    You mentioned you were scared in that situation.  You said
21    you did not feel like you could leave?
22    A    Huh-huh.
23    Q    Okay.  Were there women in the crowd?
24    A    Everywhere.
25    Q    Were there children in the crowd?
```

1    A    I believe there were not as many as I remember as being

2    women being there obviously, but there were children there.

3    Q    Okay.  Were there elderly there?

4    A    Yes, everywhere.

5    Q    Were there people in wheelchairs?

6    A    Yes.  I actually filmed a guy in a wheelchair that day.

7    Q    When you saw them shooting CS gas, tear gas for lack of a

8    better term, did that seem like it was targeting people who

9    were being aggressive?

10   A    Yes and no.  There are some people that were just being

11   sprayed for no reason it seemed like, just indiscriminately,

12   and there were aggressive people there that I believe the cops

13   were spraying as a result of that --

14   Q    Okay.

15   A    -- to be honest.

16   Q    And you mentioned flash-bangs going off.

17   A    Uh-huh.

18   Q    Did it seem like they were targeting specific people or

19   just lobbing them indiscriminately into the crowd?

20   A    They were throwing them over the heads of people about

21   30 yards deep into the crowd, and they were going off by

22   people's heads or landing on the ground blowing up on their

23   legs.

24   Q    There were people fighting -- I want to make sure we get

25   the scene right.  There were people at this police line who

1    were fighting with the police, and they might have been an

2    issue and might have been targeted with spray?

3    A    Yes.

4    Q    But then 30 feet back were people who were kind of

5    sandwiched in and just watching and were getting hit with

6    explosives?

7    A    Yes, sir.  One went off kind of close.  I don't know how

8    far it was, but the thing that triggered me off when I said I

9    thought the cops were killing everybody the first three seconds

10   is a flash-bang went off over -- behind my head.  I thought it

11   was a bomb that went off.  And it's just -- you know, the whole

12   crowd reacted to it.

13   Q    And bringing up the crowd reacting to that, did you see

14   anything in the crowd up to the point that you got there and

15   saw some people, you said, squaring off, was there anything

16   that you had seen that felt like it warranted that type of a

17   response?

18   A    Absolutely not.

19   Q    Okay.  How did you feel seeing that?

20   A    I remember I felt a million things.  First of all, I was

21   afraid.  I thought I was going to get hurt.  I had gone through

22   a lot with some police before, the prior summer, as I was

23   talking about earlier.  I felt betrayal.  And there's a part I

24   was asking the cops, How can you do this?  I felt absolute

25   betrayal that --

1          MR. JONES:  Objection, relevance.

2          THE COURT:  I agree.  I will let him go a little

3    further.

4          MR. MOCK:  We will keep moving on.

5    BY MR. MOCK:

6    Q    You felt betrayal?

7    A    Betrayal, shock, and fear, all these emotions wrapped into

8    one.

9    Q    Did you feel any -- like you should protect any of the

10   people there?

11   A    So when the video -- my video starts is when I think to

12   record.  Yeah, I have an instinct to get to this man on the

13   ground that's being beaten by cops 20 or 30 feet in front of

14   me.  It's my human instinct to see a man getting beat to death

15   like Rodney King, you want to help him.

16   Q    Did you see other people there trying to protect folks

17   that you saw getting beaten by the police?  Like you said, it

18   was similar to Rodney King, and other people tried to help?

19   A    Yes.  I remember -- yes, to answer the question.

20   Q    Okay.  Because of all the -- describe the air at that

21   point.

22   A    It was full of -- so I do want to ask the judge if I can

23   distinguish between what pepper spray is and OC spray because

24   they are two different things.  The air was full of both of

25   them, and one of them is a deadly weapon that the police

```
 1   sprayed.
 2   Q    Did you witness people who had been sprayed needing to get
 3   their eyes washed out?
 4   A    Yes.
 5   Q    Did you witness people when the spray would go off
 6   trampling other people?
 7   A    Yes.
 8   Q    Did you witness people coughing as a result of this?
 9   A    Yes.
10   Q    Trying to cover up?
11   A    Yes.
12   Q    Was it creating fear and panic?
13   A    Absolutely.
14   Q    At times did people stampede because of the --
15   A    Yes.
16   Q    We are going to fast-forward a little bit very slightly
17   because a few minutes from when you were there, the bike
18   racks -- actually, let me talk about the bike racks.
19        You have seen other video from that day, not just what you
20   have taken, is that correct?
21   A    Yes.  I have watched probably a thousand hours at least.
22   Q    Thousands of hours.  Have you seen all the video -- or I
23   would say -- how much video do you think you have seen from
24   that lower west terrace area?
25   A    Most of my research, as you can imagine, was focused on
```

```
 1   the lower west terrace tunnel and the lead-up to it --

 2             (There was an interruption by the court reporter.)

 3             THE WITNESS:  The lower west terrace tunnel area and

 4   the lead-up, the lower level, whatever that's called.

 5             How many hours?  I probably spent 12, 14 hours a day

 6   for at least a year looking at footage.

 7   BY MR. MOCK:

 8   Q    When you were there at that line, that line of, let's say,

 9   bike racks, that was -- almost had pushed -- the police had

10   pushed that all the way back.  So initially when people had

11   arrived, they went all the way up to almost the stairs that led

12   to the next level, is that correct?

13   A    Yes.

14   Q    Okay.  And then there was basically one incident that set

15   everything off, is that correct?

16   A    Yes.

17             MR. JONES:  Objection, leading.

18   BY MR. MOCK:

19   Q    Based on what you saw, what sparked this entire thing?

20   A    So the tear gas canisters, the flash-bangs being thrown

21   into the crowd, when I saw, myself, I experienced one of those

22   or maybe two of those.  It's my understanding there was a lot

23   more that day for like an hour.  And then the police assaulting

24   people and walking up to people in the line and spraying them

25   in the face with OC spray when they hadn't done anything.  All
```

1    of these things contributed to the crowd eventually.

2         And when the line broke, it broke because Officer Thau had

3    saturated the air with OC spray causing --

4              (There was an interruption by the court reporter.)

5              THE WITNESS:  Thau, T-H-A-U, he saturated the air with

6    so much OC spray that it forced the police to retreat.  And

7    it's on video them admitting as much.

8    BY MR. MOCK:

9    Q    Fair.  So this police line, how did it advance from back

10   near where those stairs are all the way almost across the

11   entire lower west terrace?

12   A    I just remember hearing a whistle and one of the police

13   officers screaming retreat, retreat, retreat.

14   Q    No, actually prior to that, how did the police line

15   advance to the farthest point that it did?

16   A    So this is -- I do have to clarify.  So at 2:25 when I

17   literally (unintelligible).

18             (There was an interruption by the court reporter.)

19             THE WITNESS:  Is that good now?

20             When I get there at 2:25, if you look at the video and

21   you know what you are looking at, the line breaks within two

22   minutes of me getting there.  So I don't think I saw this line

23   being pushed up and back.  It was there, and then when I walk

24   over to the area --

25

```
 1   BY MR. MOCK:
 2   Q    That's when it --
 3   A    -- it gets broken, yeah.
 4   Q    In the videos you have seen, those bike racks weren't
 5   there initially, correct?
 6   A    Yes.
 7   Q    Okay.  And so they were passed out by Metro PD, is that
 8   correct?
 9   A    Yes, sir.
10       MR. JONES:  Objection.  He said he wasn't there.  He's
11   testifying about something he was not a personal witness to.
12       THE COURT:  All right.  Sustained.
13       MR. MOCK:  Okay.
14   BY MR. MOCK:
15   Q    For the few minutes that you were there, did you watch
16   police push those bike racks into protesters?
17   A    What I saw there in that moment in time is they were --
18   three or four or five of these police officers are sticking out
19   in my mind right now when I speak to you.  And they were
20   shoving the police racks around, and, you know, they were
21   separated.  There really wasn't a line there.  It was like they
22   were trying to maybe move them back four or five feet and reset
23   them up.
24   Q    Basically what was happening is the police had a line that
25   they had pushed forward, and a crowd just kept showing up.  In
```

```
 1   your own words, you couldn't see or hear anything until you got
 2   within 10 feet --
 3   A    Yes.
 4   Q    -- and they were sandwiched in --
 5   A    After --
 6            MR. JONES:  Your Honor, he's testifying now.
 7            THE COURT:  He is, indeed.
 8            MR. MOCK:  I will move on.
 9   BY MR. MOCK:
10   Q    At 2:28 roughly is when the bike racks fell and the police
11   retreated, is that consistent?
12   A    Yes.
13            MR. JONES:  Objection.
14   BY MR. MOCK:
15   Q    What time did the police line fall?
16   A    My experience, at 2:27.
17   Q    Okay.  Did you hear the order to retreat?
18   A    Yes, I did.
19   Q    So they called out that they were moving.  Did you hear
20   any of them say to any of the police that, We're moving to the
21   upper level?
22   A    I can't say that I recall, myself, hearing that.  I do
23   remember hearing the call to retreat, whatever the exact words
24   were.  They all instantly fell back in line and went up the
25   stairs.
```

1   Q    Fair.  When that occurred, is it fair to describe that as

2   chaotic at that point?

3   A    Yes, it was pandemonium.

4   Q    All right.  So there wasn't an actual police line.  Police

5   were mixed with protesters?

6   A    Uh-huh.

7   Q    Was there -- were the protesters just indiscriminately

8   attacking all the police, just pummeling them at that point?

9   What did you see?

10           MR. JONES:  Objection, Your Honor.

11           THE COURT:  Overruled.  He can ask that.

12           THE WITNESS:  Like I said earlier, I saw in every

13   direction.  And all this is happening a million miles a minute,

14   right?  I see cops and people.  There's interactions.  There's

15   cops swinging at people.  There's all that happening.  But

16   there's also people standing there arguing and trying to reason

17   with police or have conversations.

18           It's so weird.  All of this is going on.  There's

19   violence over here happening in the corner.  There's some

20   people talking right here.  There's a cop talking to a

21   protester right here like nothing's happened.  There's a fight

22   right here happening.

23           There are some agitators all through the crowd that

24   day that I don't believe were Trump supporters instigating with

25   the police all day long.

BY MR. MOCK:

Q    Okay.  And even in the lead-up to this -- you just said
that you saw people reasoning, but in the lead-up to that, did
you hear people asking the police to stop?

A    Oh, yes.  Well, in the moment, I was asking the cops to
stop.  Why were you doing this?  I felt betrayed by them.  And
this particular riot cop is giving me the thing like come at
me, like fight me.

Q    He was trying to antagonize you?

A    He is not trying to calm the situation down at all.  He's
trying to have a street fight.

Q    In your opinion on what you had witnessed through all of
this, had the police stopped firing the OC spray and stopped
hitting people, would that have de-escalated the situation?

A    January 6 would have never happened.

Q    Thank you.

     As that broke down, where did the police go?

A    Okay.  So if you go look at the Capitol right now, this
won't make sense because the inauguration stage is being built
on January 6, so there's some wooden structure that creates
like a stage that comes out over the fountain, and there's two
doors on either side.  And you can go up those doors to the
lower west terrace tunnel area one level.

Q    Okay.  So as they left and people were on that -- as they
were leaving -- and I am going to play a video for you that I

1    think you will recognize.

2    A     Uh-huh.

3    Q     The reason we brought you in here.

4          As people, as they were falling back, right, were there, I

5    guess, makeshift lines as they fell back?  Did they have a

6    specific spot they ran to?  Can you just describe the situation

7    as it was being pulled back?

8    A     To be fair to everyone, I didn't see them falling back

9    that day because I ended up going up the stairs and everything.

10   I know that that happened from my research afterwards, but I

11   don't think that's personal -- like, I didn't see it.

12   Q     Okay.  And then as the line -- at any point did it feel

13   like, before they had gone to the upper level, as the police

14   were falling back to leave, did it feel like there was a gap

15   where, say, the police were letting -- the protesters were

16   allowing the police to leave?

17   A     Oh, absolutely.  I filmed on my film, you can see, there's

18   a person -- I think he's been charged, but I also have footage

19   of him saying he's a cop.  He's leaning forward to the police

20   and saying, We marked one for you.  Then he's on footage

21   falling over like he's unconscious.  And then I film him with

22   some very suspicious characters, No. 338 and Carhartt is what

23   we call them.  Carhartt steps over to this person, he picks up

24   a phone, and he hands it to the police.  There's other people

25   there having a conversation with the police.  The police are

```
 1   not worried about us at all in this moment.

 2   Q    So as the police were retreating, they weren't worried

 3   about us.

 4        So were people gesturing towards that door for them to

 5   leave?

 6   A    For the police --

 7   Q    For the police to leave.  Were they --

 8   A    I believe the police were -- I didn't see anyone else

 9   saying come towards the door.  Like, when they were, like,

10   saying, We're retreating, we're retreating, maybe they were

11   doing this to their buddies 3 or 4 feet away or whatever.

12   Q    Okay.  So overall, though, the crowd, at that point the

13   police were just basically trying to get them to go?

14   A    Yes.

15   Q    Okay.

16             MR. JONES:  Objection, Your Honor.

17   BY MR. MOCK:

18   Q    Is it your opinion that they wanted them to leave?

19             MR. JONES:  Objection, Your Honor.

20             THE COURT:  I'm sorry.  I'm not even following --

21             THE WITNESS:  I don't understand the question.

22             THE COURT:  They wanted the police to leave the

23   Capitol, that's what --

24             THE WITNESS:  I'm --

25             MR. MOCK:  Leave the area, I guess --
```

```
 1              THE WITNESS:  -- confused by the question --
 2              MR. MOCK:  -- is what I'm asking, if they --
 3              THE WITNESS:  -- as well, sir.  So when you say
 4    they --
 5              THE COURT:  Hold on.  Wait.  One person at a time.
 6              So he's asking you -- so the idea is that the
 7    protesters were just asking the police to leave the Capitol and
 8    stop guarding the Capitol and doing their job there, that
 9    was --
10              MR. MOCK:  That wasn't --
11              THE COURT:  -- they shouldn't do that?
12              MR. MOCK:  That wasn't the question.  I was asking,
13    did the crowd want the police to leave that lower tier?
14              THE WITNESS:  I feel like they did.
15    BY MR. MOCK:
16    Q    Okay.  Did you feel like at that time that that crowd at
17    that moment, about 2:30 -- well, what time is this roughly?
18    A    This would be between 2, say, 30 and 35 maybe.
19    Q    Okay.  Did you have any indication that this group wanted
20    to get in the Capitol building at that point?
21    A    No, not whatsoever.  As a matter of fact, when the police
22    walked back up those stairs, there's a door that closed.  They
23    don't lock the door --
24              MR. JONES:  Objection, Your Honor.  He has no idea
25    what people in the group wanted to do.
```

```
 1              THE COURT:  Let me hear what he's having to say.  I'm
 2    not --
 3              THE WITNESS:  I'm just saying we were -- I was
 4    surprised, and it looked like there was surprise on the face of
 5    everyone else there that when they walked up to the door and
 6    turned the handle, that it was not locked and they were allowed
 7    to walk up those stairs right after 50 cops just went up it.
 8    BY MR. MOCK:
 9    Q    At this moment when everybody had left the situation --
10    well, as I recall is one thing, but we'll see -- what was the
11    mood of the crowd once the police had left that lower tier?
12    A    So --
13              THE COURT:  All right.  Again, I have given you a lot
14    of leeway, Mr. Mock --
15              MR. MOCK:  Okay.  Fair enough.
16    BY MR. MOCK:
17    Q    Was there -- once they had left there, was there singing?
18    A    No, I can't say I heard singing.
19    Q    Did you hear any chants?
20    A    No, no chants.
21    Q    Any prayers?
22         Okay.  Where did you go after that?
23    A    I went up those stairs, and it comes literally to the
24    lower west terrace tunnel side where the steps are where the
25    president gives the inauguration, those steps go straight down.
```

 1   That's where those wooden stairs led to.

 2   Q    Did you feel at that time that you wanted to go into the

 3   building?

 4   A    No.  I, you know, even though this very traumatic thing --

 5             THE COURT:  Hold on.

 6             THE WITNESS:  I'm sorry.

 7             THE COURT:  Where he wanted to go or where he went is

 8   not relevant.

 9             MR. MOCK:  Fair.

10   BY MR. MOCK:

11   Q    What happened at that point?

12   A    And so when I got to those stairs, I had calmed down a

13   little bit.  Let me move this back.  A very traumatic thing

14   just happened.  I actually had fallen on the ground.  I didn't

15   know if I was going to get back up.  You know, adrenaline is

16   going a million.

17        So when I get up those stairs, I'm trying -- this is the

18   most surreal thing in the world happening anyway.  And I say,

19   Oh, I'm going to pull my phone and I'm just going to record

20   what's happening, just document it.  It's the only thing I know

21   really to do.

22   Q    Fair.

23   A    And so I go up -- I don't know how to describe it.  It's

24   not a level, but if you go up the stairs to the left and over

25   this like 10 or 15 feet to the left, there's like a ledge you

1    can get on and like a balcony kind of.

2         So I went over there, and I felt safe there because my

3    back is to the Capitol and I can film the crowd.  And that's

4    what I'm doing the whole time.  Well, not the whole time.  For

5    a long time I sit there and I record what's happening with the

6    crowd.  All I know is to document the size of the crowd, the

7    monument in the background.  You know, I'm just recording.

8    Q    So you were looking down towards where everybody had come

9    from the Ellipse and --

10   A    Yes.  As I panned back and forth from the left --

11   Q    Okay.  Any guess at that point how many people were there?

12   A    It's so hard to judge how many people were there.  That I

13   am looking at?  A million maybe.

14   Q    In your opinion at that point where the police had left

15   and it seemed like they wanted them to go, if that crowd had

16   wanted to kill all those police, could the police have stopped

17   them?

18   A    No.  There's nothing the cops could have done --

19             MR. JONES:  Objection, Your Honor.

20             THE COURT:  How is it relevant?

21             MR. MOCK:  It goes to intent.

22             THE COURT:  All right.  The crowd.  This case is about

23   your intent.

24             MR. MOCK:  Fair.

25

1    BY MR. MOCK:

2    Q    What did you start to witness now towards the tunnel area?

3    A    Okay.  So as I am recording from that perch I just

4    described, I recorded the very first window strikes on the

5    Capitol that day.

6    Q    Okay.  So --

7    A    I can elaborate.

8    Q    Okay.  On that area.  So on the lower west terrace, it

9    looked like people were trying to get into that tunnel area?

10   A    Yes.

11   Q    Okay.  What occurred in that tunnel?

12   A    A lot of stuff occurred in that tunnel.  Police officers

13   assaulting women 35 times occurred in that tunnel.  Instigators

14   starting fights with police in that tunnel.  Cops overreacting

15   and hitting people in ways that should not have happened in

16   that tunnel.  I can go on and on and on about what happened in

17   and around that tunnel that day.

18        I, myself, near the tunnel, recorded what I believed to be

19   an eight-man team working together with military communications

20   to break that window of the Capitol --

21            MR. JONES:  Objection, Your Honor, total speculation.

22            THE WITNESS:  I witnessed it myself, Judge.  I

23   recorded it.

24            THE COURT:  Hold on.  Hold on.  When there's an

25   objection, you need to wait.

```
 1              Again, I'm not sure --

 2              MR. MOCK:  Did anyone --

 3              THE COURT:  Sustained, not relevant.

 4    BY MR. MOCK:

 5    Q    What I am going to do is play a video for you real quick.

 6    This is Government's Exhibit 511.

 7         You should recognize this video.  I am going to go ahead

 8    and play this for a moment.  Can you stop me when you recognize

 9    this.

10              THE COURT:  It's not up.

11              MR. MOCK:  Let me try again.  Sorry.  First time

12    operating this, and I'm just a landscaper from Minnesota, so...

13              MR. JONES:  Objection, Your Honor.

14              THE COURT:  You're an attorney today.

15              MR. MOCK:  Yeah.  Yeah.  I have to get a new hat made

16    up.

17              (The videotape was played.)

18    BY MR. MOCK:

19    Q    Do you recognize the video?

20    A    Yes.

21    Q    Why is that?

22    A    I call this police officer right here with the black hard

23    riot gear the evil cops, and I call the black men beside him

24    the scared cops.

25              MR. JONES:  Objection, Your Honor.  What --
```

```
1            THE COURT:  And are you the one saying they are going

2    to be eternally damned?

3            THE WITNESS:  Yes, sir.

4            THE COURT:  Oh, okay.  So that was -- they were --

5    that was you, not them, provoking, right?

6            THE WITNESS:  Well, no.  This officer provokes me.  He

7    says, Come at me, constantly.

8    BY MR. MOCK:

9    Q    I'm going to mute this for a moment just so we can talk as

10   I go through this a little bit.

11           (The videotape was played.)

12           MR. MOCK:  That was not mute, sir.

13           (The videotape was played.)

14           MR. MOCK:  Hey, tech guy, can we -- mute is not

15   muting.

16           MR. JONES:  Mr. Mock, do you see there is a green bar

17   on the menu where you are able to play, and you see how there's

18   a circle on the far right side?  Just drag that all the way to

19   the left and you will turn the sound off.

20           MR. MOCK:  Thank you.

21           MR. JONES:  All the way to the left.

22           There you go.

23           MR. MOCK:  All right.

24           (The videotape was played.)

25
```

```
 1  BY MR. MOCK:
 2  Q    So what is the point -- at what point are we at in this
 3  video approximately time-wise?
 4  A    I think this is probably, say, 2:30, 2:31 maybe.
 5  Q    And the line is broken and the police are through.  You
 6  saw protesters on the other side walking through?
 7  A    Uh-huh.
 8  Q    So nobody is really trying to harm this group at this
 9  point?
10         MR. JONES:  Objection, Your Honor.
11         THE COURT:  I don't even know what we mean.
12         What group?
13  BY MR. MOCK:
14  Q    Do you feel like protesters are trying to harm these
15  police at this point?
16  A    No, sir.
17  Q    Okay.  Move forward.
18         (The videotape was played.)
19  BY MR. MOCK:
20  Q    Jump up here a little bit.  You know what?  Enough from
21  your testimony.  I will enter what I need to when I talk.
22         Let me talk about that lower west terrace area, the
23  tunnel.  Was anyone murdered in that tunnel?
24  A    Yes.  I witnessed D.C. Metro cop Lila Morris --
25         MR. JONES:  Objection, Judge.
```

1          THE WITNESS:  -- murder Roseanne Boyland.

2          THE COURT:  Well, I couldn't understand the answer.

3          I will overrule the objection.  You can answer the

4   question.

5          THE WITNESS:  Yes.  I witnessed D.C. Metro cop Lila

6   Morris murder Roseanne Boyland on January 6 while she was

7   already bleeding and unconscious laying on the ground.

8          MR. JONES:  Objection, Your Honor.

9          THE COURT:  Science fiction or what is the objection?

10         MR. JONES:  At a minimum, relevance, basis of

11  knowledge.

12         THE COURT:  He said he witnessed --

13         THE WITNESS:  I was right beside her for the last

14  eight minutes of her life, sir.

15         THE COURT:  Sir.  Sir.  I know you are damming people

16  and saying all kinds of stuff, but you need to wait until I

17  tell you to testify.

18         All right.  Personal knowledge -- I mean, I think --

19  so the relevance goes to what, Mr. Mock?

20         MR. MOCK:  Well, the government had placed me in that

21  area at that time.

22         THE COURT:  I think they said you never went in the

23  tunnel.

24         MR. MOCK:  They said I never went in the tunnel --

25         THE COURT:  Right.

```
 1              MR. MOCK:  -- but they placed me right at the base of
 2    the tunnel.
 3              THE COURT:  So --
 4              MR. MOCK:  And then also they tried to claim that I
 5    had a weapon at that time.  So I would like to discuss what was
 6    happening at that time that they are trying to say this.
 7              THE COURT:  I guess I don't know how it relates to
 8    whether you did or didn't have a weapon.  And if they didn't
 9    accuse you of doing anything in the tunnel, if other people
10    were doing something, I'm not sure, again, that that relates to
11    you.  So I will sustain the objection.
12              MR. MOCK:  Okay.  I was -- okay.
13    BY MR. MOCK:
14    Q    So after you witnessed what you just saw, what was the
15    reaction from the crowd?
16    A    Outrage.
17    Q    This went on for another hour or so, is that correct?
18              MR. JONES:  Objection, Your Honor, leading.
19    BY MR. MOCK:
20    Q    How long did this go on for?
21    A    When I witnessed Roseanne's murder, I was right beside
22    her --
23              MR. JONES:  Objection, Your Honor.
24              THE COURT:  Again, I'm not believing it.  He can
25    testify to what -- I can't object as to make believe, so he can
```

```
 1   say what he wants.

 2           THE WITNESS:  So when I witnessed Roseanne's murder, I

 3   was trapped beside her eight minutes.  The entire time the

 4   police never stopped spraying us with OC spray, hitting us with

 5   sticks, throwing people into us, and the entire eight minutes

 6   people are screaming, I'm dying.  Help.  I can't breathe.  I

 7   can't breathe.

 8           THE COURT:  All right.  Hold on.  I have indulged a

 9   lot with this --

10           MR. MOCK:  Fair.

11           THE COURT:  -- witness, so --

12           MR. MOCK:  We will move it right along.

13           THE COURT:  -- I am going to now start enforcing

14   relevance parameters.  So next question.

15           MR. MOCK:  We will wrap it up.

16   BY MR. MOCK:

17   Q    What time did everything kind of clear out from that area?

18   A    I think I can finish.  So at the end of --

19           THE COURT:  No.  We are not asking for a narrative.

20   It's a question.  What time?

21           THE WITNESS:  4:27 -- 4:35 I would have stood back up

22   on my feet and basically left within a couple minutes.

23   BY MR. MOCK:

24   Q    Okay.  And for the most part at that point, did everything

25   kind of die down?
```

```
 1   A     Yes.  At that point I went and sat down, and people poured
 2   water in my eyes for 35, 45 minutes.  I couldn't see anything
 3   really.  I wouldn't be able to contribute any more testimony as
 4   to what I witnessed because, you know, I can't see.  I'm in
 5   shock.  And eventually they cleared the terrace with a bunch of
 6   pepper spray or whatever it was, and everybody just left.  We
 7   just walked --
 8   Q     So everybody complied at that point?
 9   A     Yeah, uh-huh.
10   Q     So when they deployed pepper spray or -- did you see
11   anything else like explosives or --
12   A     It was -- what I experienced --
13             THE COURT:  Not relevant.
14             MR. MOCK:  Okay.
15             THE COURT:  You can talk about --
16   BY MR. MOCK:
17   Q     People complied at that point, correct?
18   A     Yes, I thought they complied.  Your Honor, I don't want to
19   say anything, but I can just -- there was several little
20   explosions, I think, of the pepper spray.  There was a lot of
21   gas that released, and everybody left as a result.
22   Q     And they did have someplace to go and retreat to at that
23   point, right?
24   A     Yeah.  I walked down those --
25             THE COURT:  Again, not relevant.
```

```
1              THE WITNESS:  Okay.

2              MR. MOCK:  Fair.  No further questions.

3              THE COURT:  Thank you, sir.

4              Cross.

5              MR. JONES:  Yes, Your Honor.

6                         CROSS EXAMINATION

7    BY MR. JONES:

8    Q    Good afternoon.

9    A    Good afternoon.

10   Q    My name is Mike Jones.  I'm one of the prosecutors.  You

11   and I have never spoke before, right?

12   A    I don't believe so.

13   Q    Is this the first time we have ever spoke before?

14   A    With you, yes, I believe.

15   Q    So I want to get to that video we watched in a minute, but

16   before I do that, I want to go over some of your testimony.

17   Okay?

18   A    Uh-huh.

19   Q    So you testified that on January 6, you first got to the

20   Peace Circle around 2:25 p.m., is that right?

21   A    I never went to the Peace Circle.  That's like maybe

22   50 yards to the left if you are walking toward that direction.

23   So I walked down the Washington Mall, so it was more of that

24   area.

25   Q    So you were in the area of the Peace Circle?
```

1   A    Yes, sir, that's accurate.

2   Q    So if someone else was in the west plaza by 2:00 p.m., you

3   wouldn't know what they saw when they were in that area?

4   A    That's true.

5   Q    You testified a lot about events you saw that day.  You

6   mentioned you saw three to four officers hitting a guy from a

7   distance?  Do you remember that?

8   A    Yes.

9   Q    And you testified about seeing a Rodney-King-like incident

10  in the video and that you wanted to help?

11  A    I have seen the video, but also I'm not sure in my mind if

12  that was a separate incident or a second time.  But I did see

13  in the distance briefly when I first started recording, maybe

14  even a few seconds before I start recording, in the distance it

15  looked like three or four officers, because they all had the

16  same uniform on, they had a person on the ground and it looked

17  like they were swinging at him.

18  Q    So this was the video that you recorded?

19  A    This is -- I'm talking about -- there are two videos.

20  There is a video of three or four officers beating a guy on the

21  ground like Rodney King.  I'm not certain if that is the same

22  incident or a second one.

23  Q    I'm asking you if there is a video that you recorded

24  showing this incident.

25  A    There may be two or three frames or seconds of it on the

```
 1   beginning of the video.  I would have to look at the video
 2   closely again.
 3   Q    But Mr. Mock never asked you about that video or showed it
 4   here today?
 5   A    I don't know, sir.  I would have to look at the
 6   transcript.  Oh, are you --
 7   Q    You didn't watch a video today where this happened, did
 8   you?
 9   A    I watched the video -- there may be a couple seconds of it
10   happening in the video, yes, sir.
11   Q    Okay.  We can come back to that.  I will show the video
12   again.
13   A    I can at least tell you in the area that I saw it
14   happening with my eyes.
15   Q    And you also testified earlier that you didn't see the
16   cops falling back and going up the stairs, is that right?
17   A    I'm a -- so I believe he was saying that there was a
18   certain time where there's a police rack that was further back
19   than they were when I got there, so what I was answering was I
20   did not see the police move the police racks forward.
21   Q    I'm talking about at the end of the day when you are by
22   the stairs going up to the lower west terrace, you said that
23   you didn't see the police officers falling back.
24   A    No, no, I saw them go up the stairs.
25   Q    Up the stairs --
```

```
 1   A     I watched them walk up the stairs, yes, sir.

 2   Q     You also mentioned how once you got up to the lower west

 3   terrace, you had your back up against the wall, correct?

 4   A     At one point, yeah.

 5   Q     You had your phone out and you were recording?

 6   A     Yes.  This is all on the internet, yes, sir.

 7   Q     And you have that video?

 8   A     Yes.

 9   Q     But Mr. Mock never asked you about that video, did he?

10   A     He's never asked me anything before yesterday.

11   Q     He didn't bring it up today?

12   A     He may have asked me what I saw, and I responded with --

13   Q     All we had in court today is your word about what that

14   video shows?

15   A     Well, I can provide it to you.

16   Q     I'm not asking you to.  I'm asking if Mr. Mock asked you

17   that.

18   A     Well, you just asked me if all we have to go on is my

19   word.  I do have the video.  I can show it to you.

20   Q     You have it with you right now?

21   A     Yeah.  I have my phone.  It's on YouTube.

22         MR. MOCK:  No objection, Your Honor.

23         THE WITNESS:  I believe it's part of the eight-man

24   team.

25
```

```
 1   BY MR. JONES:
 2   Q    Against my curiosity, I'm not going to ask you to bring
 3   that out, but we can --
 4   A    You can call me this weekend.  We can go over it if you
 5   want to for your other cases.
 6          THE COURT:  We are just going to focus on today here.
 7          Go ahead.
 8          MR. JONES:  Yes, Your Honor.
 9   BY MR. JONES:
10   Q    Earlier you mentioned that in the video that Mr. Mock did
11   show you that the protesters weren't trying to hurt the police.
12   Do you remember that testimony?
13   A    I believe that.
14   Q    But if a protester punched an officer, you would agree
15   that that protester was intending to hurt the police, correct?
16   A    It could be self-defense, which is what I believe it was
17   in a lot of situations that day.
18   Q    Okay.  And if a protester threw something at an officer,
19   you would agree that they were trying to hurt that officer?
20   A    Well, not necessarily.  If it was an empty water bottle, I
21   don't think anybody thinks that's going to hurt someone.
22   Q    So throwing a water bottle at a police officer is okay,
23   that's your testimony?
24   A    No, I didn't say that at all, sir.  I said throwing an
25   empty water bottle at someone, I don't think anybody thinks
```

1    that's going to hurt someone.

2    Q    All right.  What about a flagpole, if someone threw a

3    flagpole at a police officer, are they intending to hurt

4    someone?

5    A    If anyone throws anything at someone of any kind of weight

6    or that can physically cause someone -- it's reasonable that

7    they could be trying to cause harm to them, but I don't know

8    how I could read their mind and come up with that.  Maybe they

9    are just trying to throw it in the direction of a police

10   officer.  I don't mean that they are trying to hurt them.

11   Q    Okay.  So you mentioned during your direct testimony that

12   you saw police beating protesters, right?

13   A    Yes, sir.

14   Q    But you don't know what happened immediately before that,

15   do you?

16   A    I don't know what happened prior to 2:25, or if I'm

17   looking at this direction, for example, and then I look in this

18   direction and there's an altercation happening, I don't know

19   what happened before I laid eyes on people, no.

20   Q    So as you were just mentioning a second ago about

21   self-defense, you have no idea what the police officers were

22   doing at that moment in time and whether it was self-defense?

23   A    Depending on the moment in time we talk about, there were

24   a lot of them.

25   Q    You were at the rally that day because you believe there

```
 1   was election fraud during the 2020 election, correct?

 2   A    Not necessarily.

 3   Q    What do you believe?

 4   A    I believe I wanted to go film the most politically

 5   important speech in American history that day given by Donald

 6   Trump and most politically contentious election --

 7              (There was an interruption by the court reporter.)

 8              THE WITNESS:  I don't know if I can remember it.

 9              I basically wanted to go and film the most -- I mean,

10   I don't think anybody can deny it's the most politically

11   charged event in our nation's history, right?  I wanted to be

12   able to see what was going to happen.

13              And we can get into the election itself if you want.

14   I don't believe it was, you know, certified per the Twelfth

15   Amendment of the United States of America properly.

16   BY MR. JONES:

17   Q    Okay.  Let's talk about certification then.  So when you

18   were there at January 6, you were aware that Congress was

19   certifying the election, right?

20   A    I was aware that they were going to have the process to

21   certify the election, yes.

22   Q    And in your mind, they shouldn't move forward with that,

23   correct?

24   A    In my mind, no, I didn't say that.  In my mind I wanted

25   them to send the votes back to the states for ten days and let
```

```
 1   the state legislatures per the Constitution of the United
 2   States of America look at them and make sure there was nothing
 3   wrong with those votes before they certified the presidential
 4   election.
 5   Q    So you didn't think the certification should continue that
 6   date, right?
 7   A    No.  I think that I had questions about the way the
 8   secretaries of state changed state law and not the legislatures
 9   of states.  And I would allow those states to look at their
10   votes from -- if Mike Pence would have chose to express the
11   authority he had and send those votes back to the states, the
12   states' legislatures, not us, would have decided if those were
13   certifiable.
14   Q    And in order to do that, the election certification
15   couldn't go forward that day, correct?  They couldn't do that
16   instantaneously.  You believed they should stop the
17   certification that day?
18   A    I believe they should have sent the votes back to look at
19   them to the state legislatures.
20   Q    So there should have been a pause?
21   A    Whatever that process starts, sir, however that process is
22   done.
23   Q    And while you were there at the Capitol, you were aware
24   that the voting did stop?
25   A    I think maybe later on that day, 3:00 or 4:00 or 5:00 or
```

1    something.

2    Q    While you were still on the grounds, you remember --

3    A    I remember there being a tweet from Trump saying,

4    Everybody go home.  We need peace.  Respect the police

5    officers.

6         And at some point, yeah, at some point someone told me

7    that they did stop the votes inside or something like that.

8    Q    And you remained in that area after you learned that?

9    A    I think this would be right about the time that I filmed

10   Michael Fanone coming out of the Capitol.  I'm trying to do the

11   time.  I don't really know.  I really don't know what time it

12   was somebody said that to me.

13        THE COURT:  Again, I think this may well go to his

14   intent.  I'm not sure it's relevant for his testimony --

15        MR. JONES:  Your Honor, it goes to bias as to --

16        THE COURT:  Not this level of detail.  I mean, I think

17   the first part does, and you have established that.

18        MR. JONES:  Yes, Your Honor.

19   BY MR. JONES:

20   Q    So after January 6, you have been very involved in other

21   January 6 prosecutions, correct?

22   A    Prosecutions?

23   Q    Where you have stood outside the courthouse and waited for

24   witnesses to come out.

25        MR. MOCK:  Objection, relevance.

```
 1              THE COURT:  Overruled, bias.
 2              THE WITNESS:  No.  That's a lie.
 3   BY MR. JONES:
 4   Q    So you haven't confronted various police officers who have
 5   testified in other January 6 prosecutions?
 6   A    I stood on the corner as a journalist and watched Officer
 7   Gonell try to give a statement when he was still on the stand
 8   to another journalist, so --
 9              (There was an interruption by the court reporter.)
10   BY MR. JONES:
11   Q    So you have questioned live witnesses in January 6
12   prosecutions --
13   A    No.  I don't think I asked --
14   Q    -- outside the courthouse?
15   A    -- one question that day.
16   Q    Sorry?
17   A    I don't think I asked him a question that day.
18   Q    You just started talking to him?
19   A    No.  I started talking to the crowd around him.
20   Q    Okay.
21   A    It's on video.  We can play it.
22   Q    So you don't know Mr. Mock?
23   A    No.
24   Q    You met him for the first time today?
25   A    I didn't know -- I knew of Brian Mock.  I know
```

```
 1   (unintelligible) he's done.  I know he was in jail and all
 2   that, but I never talked to him or spoke to him until today.
 3   Q     And you are here today not under subpoena?
 4   A     Nope.
 5   Q     You are here voluntarily?
 6   A     Yes, sir.
 7   Q     Because you want to help Mr. Mock?
 8   A     I want to help everybody that day that was done wrong by
 9   this government.
10   Q     You want to help all the January 6 protesters?
11   A     Really my main goal, sir, is to report the death of
12   Roseanne Boyland that was murdered on January 6.  That's my
13   goal for all of this.  If you want to know my motivation, that
14   is exactly it, and it's been my motivation since January 7.  I
15   have called the FBI repeatedly.  They hang up on me.  I offered
16   them all this --
17   BY MR. JONES:
18   Q     I'm not asking you about that.
19   A     Well, you're asking about my motivation
20         THE COURT:  Sir, sir, that's not the question.
21   BY MR. JONES:
22   Q     When you approached Officer Gonell, didn't you ask him --
23   Phuson Nguyen, sorry.  Didn't you ask him, Do you think you
24   honored your father's memory by trying to --
25   A     Oh, that's a different officer.
```

```
1    Q    -- kill me that day?

2    A    I thought you were talking about Gonell.

3         Yeah, I asked him that because he testified in the court

4    that he wanted to honor his father, who was from Vietnam, by

5    becoming a United States Capitol police officer --

6              (There was an interruption by the court reporter.)

7              THE COURT:  Sir, you've got to talk more slowly and

8    not so close to the microphone.

9              I'm sorry.  Do you want to repeat -- Tammy, do you

10   need the question repeated and then the answer?

11             THE COURT REPORTER:  I don't need the question.  I

12   just need the answer.

13             THE COURT:  Why don't you repeat the question,

14   Mr. Jones, just so he can hear it again.

15   BY MR. JONES:

16   Q    During Officer Phuson Nguyen -- when Officer Phuson Nguyen

17   testified in a January 6 prosecution, you approached him

18   outside the courthouse, correct?

19   A    Yes.

20   Q    When you approached him outside the courthouse, you asked

21   him, Do you think you honored your father's memory by trying to

22   kill me that day --

23   A    Yes.

24   Q    -- correct?

25        You also asked him, How does that make you feel as a man?
```

```
1    Does that bring your Vietnamese father honor?  Correct?

2    A    Yes.

3    Q    And you then told him, I hope you take this dishonor to

4    your family to the grave?

5    A    Absolutely, because I felt like he's covering up a murder.

6    I've only tried to talk to --

7              THE COURT:  There is no question pending.

8    BY MR. JONES:

9    Q    Okay.  You testified on direct that you spent a year, 12

10   to 14 hours a day, watching video on January 6, correct?

11   A    Uh-huh.

12   Q    But all Mr. Mock showed you was approximately 20 seconds

13   of one video, correct?

14   A    Yeah, whatever the timing is.

15   Q    All right.  I would like to show you that video a little

16   bit more fully.

17   A    Uh-huh.

18   Q    And I would like audio.

19        There we go.  All right.

20        So I am now going to play the first 44 seconds of

21   Exhibit 511.

22            (The videotape was played.)

23   BY MR. JONES:

24   Q    So the person we hear on that video, that's you, correct?

25   A    Yes, sir.
```

1  Q    And on that video, you mentioned how you backed the blue

2  forever?

3  A    Yes, sir.

4  Q    But now you don't?

5  A    Why would you say that?  I was expressing my outrage --

6  Q    Do you --

7  A    I was expressing my outrage and shock that they betrayed

8  us the way they did on January 6.  I had personally held many

9  (unintelligible) rallies in the radio stations --

10           (There was an interruption by the court reporter.)

11           THE WITNESS:  Back the Blue rallies.  And I still

12  support officers who respect their oath.

13  BY MR. JONES:

14  Q    Do you currently back Capitol Police officers?

15  A    Yeah.  I know many of them that I do like.  And I like

16  many of the Capitol Police officers that were set up on that

17  day as well, sir.

18  Q    On direct you mentioned that at one point in the video you

19  needed to tie your shoes.  Do you remember that?

20  A    Uh-huh.

21  Q    I would like to fast-forward to that.  It's toward the

22  end, and I am going to play from 8 minutes and 30 seconds.

23           (The videotape was played.)

24  BY MR. JONES:

25  Q    I just paused 8 minutes 36 seconds.  Did you hear the

```
 1   voice on that video?

 2   A     Uh-huh.

 3   Q     That's your voice?

 4   A     Yes, sir.

 5   Q     This video is taken with a --

 6   A     IPhone 11.

 7   Q     IPhone 11?

 8   A     Or maybe iPhone 12.

 9   Q     Okay.  But it's taken with an iPhone?

10   A     Yes, sir.

11   Q     And it's in your hand the whole time?

12   A     Uh-huh.

13   Q     From the beginning of this video to the end of the video?

14   A     I believe so.

15   Q     And that voice we hear on the video, that's you?

16   A     Yes.

17           THE COURT:  All right.  I think we can move this

18   along.

19           MR. JONES:  Yes, Your Honor.  This is going to have a

20   point here in a second.  I apologize.

21           I am skipping to 1 minute and 40 seconds and playing

22   to 2 minutes.

23           (The videotape was played.)

24   BY MR. JONES:

25   Q   I paused at 1 minute, 57 seconds.
```

```
1    A    Uh-huh.

2    Q    Is that you saying, Retreat, retreat?

3    A    Yes.

4    Q    Walk of shame?

5    A    Yes.

6    Q    I am going to keep this paused and skip ahead to 3 minutes

7    and 16 seconds.  All right.  I moved the video to the 3 minute

8    and 17 second mark.

9    A    Uh-huh.

10   Q    Do you see the line of officers in the middle of the

11   screen?

12   A    I do, yes.

13   Q    At this moment in time, do you see any of them assaulting

14   anybody?

15   A    I would have to look closely.

16   Q    Feel free.

17   A    You know, it's kind of hard to tell with a freeze frame.

18   We can go through this footage looking at maybe each officer

19   and maybe play 3 seconds before and after for each officer so I

20   could focus on each one.

21          (The videotape was played.)

22   BY MR. JONES:

23   Q    I just played from 3 minutes and 14 seconds to 3 minutes

24   and 18 seconds.

25   A    Yeah.  Well, to do this properly, sir, I need to sit down
```

```
 1   and look at the actions going on around each and every officer
 2   for 3 seconds and 3 seconds after for --
 3   Q    You have watched footage 12 to 14 hours a day for an
 4   entire year, and you still need to watch more footage --
 5   A    Oh, yeah.  And you --
 6   Q    -- whether these officers --
 7            THE COURT:  Hold on.  Wait until the end of the
 8   question.
 9   BY MR. JONES:
10   Q    And you still need to watch this video multiple times in
11   order to tell whether police officers were assaulting people?
12   A    Yes, I do.
13            THE COURT:  Are we getting near the end of cross?
14            MR. JONES:  One more moment, Your Honor.
15            THE COURT:  All right.
16            MR. JONES:  I'm skipping ahead to 4:05 and playing
17   until 4:10.
18            (The videotape was played.)
19   BY MR. JONES:
20   Q    That's you screaming, Take their helmets?
21   A    Yes, sir.
22   Q    Okay.
23   A    You want to know why?
24   Q    Sorry?
25   A    Do you want to know why?
```

```
 1   Q     No.
 2   A     I wouldn't think you did.
 3              MR. JONES:  Skipping ahead to 4 minutes and 30
 4   seconds, 26 seconds -- sorry.  I'm now at 4 minutes, 26
 5   seconds.
 6              (The videotape was played.)
 7   BY MR. JONES:
 8   Q     Do you recognize this individual right here (indicating)?
 9   A     I'm trying to make sure I'm looking at the same one you
10   are.  Are you talking about the man with the face or the --
11   Q     (Indicating.)
12   A     No, I don't know who that is.
13   Q     You have no idea who that is?
14   A     I don't recognize that person.
15   Q     But you see that they are passing a shield back?
16   A     If that's his hand, sir -- I don't want to take your word
17   on it because I've seen a lot of prosecutors do this in court
18   to where they falsify the evidence.
19        I'm not sure that's that person's hands.  It does kind of
20   look like it.
21   Q     Okay.  So immediately after you instructed people to take
22   their helmets, this individual is passing shields back?
23   A     I don't know that they are passing anything, but I see a
24   person holding a shield.
25   Q     I am going to fast-forward to 4 minutes and 55 seconds,
```

```
 1   and I am going to play from here.
 2            (The videotape was played.)
 3            THE WITNESS:  Yeah.  So I asked you --I don't know if
 4   I can ask you a question.
 5   BY MR. JONES:
 6   Q    There's not a question pending.
 7   A    Okay.
 8   Q    So you see this individual right here?
 9   A    I see the head of someone.
10   Q    And you see the other individuals in front of him with
11   their -- blocking him from the police?
12   A    Yeah.  I believe that's part of the eight-man team I
13   recorded.
14            (The videotape was played.)
15   BY MR. JONES:
16   Q    I have paused at 5 minutes and 51 seconds.
17        Is that you yelling, Take their helmets, take their face
18   masks?
19   A    Yes, sir.
20            THE COURT:  But you were an independent journalist
21   that day?
22            THE WITNESS:  Oh, yes, sir.  But I just got attacked
23   by a bunch of police officers trying to kill me.  So I figured
24   if we took their weapons, they couldn't kill us with them.
25            THE COURT:  Just checking.
```

```
 1            MR. JONES:  No more cross, Your Honor.

 2            THE COURT:  Any redirect, Mr. Mock?

 3            MR. MOCK:  Very briefly.

 4                      REDIRECT EXAMINATION

 5   BY MR. MOCK:

 6   Q    In your opinion on what you witnessed there and at the

 7   time that you just saw that video, would it be safe to say that

 8   there were times that people were acting in self-defense?

 9            MR. JONES:  Objection, Your Honor.  Calls for opinion.

10            THE COURT:  Sustained, not relevant.

11   BY MR. MOCK:

12   Q    Was every single altercation with the police an act of

13   violence that day?

14            MR. JONES:  Objection, Your Honor.

15            THE COURT:  Sustained.  All that would happen with

16   you, Mr. Mock.  I don't want to hear any more of this witness's

17   generalizations.

18   BY MR. MOCK:

19   Q    Real quick on the certification that he asked you about.

20   A    Uh-huh.

21   Q    The process to certify, I would like to do this very

22   quick, he had asked that you wanted to stop the certification

23   that day.  Would a stop of that certification been a legal part

24   of the U.S. Constitution?

25            MR. JONES:  Objection, Your Honor.
```

```
 1              THE COURT:  Sustained.
 2    BY MR. MOCK:
 3    Q    To your knowledge, what part of the Constitution governs
 4    that certification?
 5    A    The Twelfth Amendment and the Electoral Count Act of the
 6    1870s.
 7              MR. JONES:  Objection, Your Honor.
 8              THE COURT:  Hold on.  He's far from a legal expert,
 9    Mr. Mock.
10              Sustained.
11              MR. MOCK:  Fair.
12    BY MR. MOCK:
13    Q    You said that you wanted a ten-day process.
14              THE COURT:  It doesn't matter.  This is irrelevant.
15    It just goes to bias.  He said he was there.  He wanted the
16    election --
17              MR. MOCK:  Okay.
18              THE COURT:  -- stopped.  Whether --
19              MR. MOCK:  Okay.  We'll wrap it up.  One last
20    question.
21              THE COURT:  Hold on.  I'm not finished.
22              MR. MOCK:  Sorry.  Sorry, Your Honor.
23              THE COURT:  Whether it's good grounds or bad grounds,
24    it doesn't matter.
25
```

```
 1   BY MR. MOCK:
 2   Q    You had just said earlier that you didn't back officers
 3   that broke their oath.
 4   A    Yes.
 5   Q    Do you feel that those officers broke their oath that day?
 6        MR. JONES:  Objection, Your Honor.
 7        THE COURT:  Sustained.  It doesn't have to do with
 8   anything.
 9        MR. MOCK:  No further questions.
10        THE COURT:  All right.  Thank you, sir.  You are
11   excused.
12        Okay.  Recess.  We will handle another matter during
13   the recess.  I think I've got to actually ask everyone to leave
14   the courtroom.  I have a sealed matter.
15        MR. GORDON:  Including the government, Your Honor?
16        THE COURT:  Yes.
17        MR. GORDON:  When would you like us back?
18        THE COURT:  I'm hoping very quickly.
19        (A recess was taken at 2:51 p.m.)
20        THE COURT:  Welcome back, everybody.
21        Mr. Mock, your last witness is yourself, is that
22   correct?
23        MR. MOCK:  Other than Ms. Visnovec.
24        THE COURT:  You didn't raise her when I asked you
25   earlier today.  The last witnesses you said were going to be
```

1    Mr. Tatum and yourself.

2         MR. MOCK:  Okay.  Fair enough.

3         THE COURT:  So this is it.

4         Okay.  So are you ready to testify?

5         MR. MOCK:  Can you give me just one moment, Your

6    Honor?

7         THE COURT:  Okay.

8         MR. GORDON:  Just from a mechanics perspective, Your

9    Honor, I understand that we are not going to do the jury duty

10   back and forth.  In terms of objections, it's a little --

11   there's no question asked.

12        THE COURT:  Right.  So Mr. Mock will be able to give

13   his narrative.  You can just get up on the witness stand and

14   start explaining, testifying to whatever you would like to.

15   The government, you can object at some point and I will -- if

16   he's testifying about something you think is impermissible, you

17   can object, and I will rule.  Okay.

18        MR. GORDON:  Yes, Your Honor.

19        THE COURT:  But I am not going to certainly -- and I

20   have done this before, have done it before that way.  The only

21   other way would be to have him ask himself questions, which

22   would be impractical.

23        MR. GORDON:  From our perspective, there's no question

24   pending that we can object to, right?

25        THE COURT:  Yes.  I mean, I can strike testimony if he

```
1    says things you think should be stricken.
2             MR. MOCK:  Your Honor, would you like me just to take
3    the stand here?
4             THE COURT:  Yes.
5             THE COURTROOM DEPUTY:  Remain standing and raise your
6    right hand.
7                              BRIAN MOCK
8    Having been first duly sworn on oath, was examined and
9    testified as follows:
10            THE COURT:  State your name, please.
11            THE WITNESS:  Brian Mock.
12            THE COURT:  All right.
13            THE WITNESS:  B-R-I-A-N M-O-C-K.
14            THE COURT:  Go ahead, Mr. Mock.
15            And if there are exhibits you want to refer to or
16   introduce during your testimony, you may do that.
17            MR. MOCK:  All right.  Thank you, Your Honor.
18                         DIRECT EXAMINATION
19            MR. MOCK:  So I would like to talk about, first off,
20   who I am and what I do.  I am a landscaper.  I was vice
21   president of sales and marketing for a landscape company out of
22   Minneapolis, Minnesota.
23            I was born and raised right here in the D.C. metro
24   area in Northern Virginia, so I'm very familiar with the D.C.
25   area.
```

1          I moved at 20 across the country, ended up getting

2    married, worked several different jobs, and eventually found my

3    way into landscaping and raised it up to have a fairly

4    successful -- help run a fairly successful landscape company.

5          I would characterize myself as always politically

6    aware.  I wasn't very active.  But I was very into history

7    growing up here in Virginia and having so much happen right

8    around me.  I was a little spoiled having D.C. in my backyard.

9    And I was always aware of certain things.

10          And I think as a general rule, just as being American,

11    I was generally suspicious of my government, which I think is a

12    pretty American thing.  I think it's our job to question what

13    our politicians are doing because we are the ones that elect

14    them.  If we aren't suspicious, then they can do whatever they

15    want.  So I paid attention.

16          And as I watched what was happening in our country

17    around 2020 and how the decisions by politicians were affecting

18    this country.  I was upset by what I saw.  It was unsettling.

19    I think it was for everyone.  How could you see what was going

20    on and not be unsettled by it?

21          Every day we saw a country being torn apart and people

22    divided.  And I didn't really understand it because I had -- my

23    political beliefs had varied quite widely.  I am one of the few

24    people probably -- probably the only one, quite frankly --

25    who's on trial for these January 6 events who voted for Obama.

```
 1              I see people who talk about the right being bigoted,
 2    but I support gay and trans rights.  My son is gay, and he --
 3              MR. JONES:  Objection, Your Honor.
 4              THE COURT:  Yeah, I'm not sure that's relevant.
 5              MR. MOCK:  Okay.  Fair.
 6              The point being I am not pigeonholed into this one
 7    ideal.  I watched what had happened in 2016 as we approached
 8    2020.  I didn't like Donald Trump in 2016.  I don't know that I
 9    like him much now.  But I started to watch what he was doing.
10              And I think so much has been said about me for the
11    last two and a half years that I had to sit and take, and so
12    much has been said about me in this trial to try to say that
13    other people know who I am and what I was thinking, that it's
14    important that you know who I am and what I have been thinking
15    when it comes to this.
16              I'm not in a box.  And I feel like everybody has been
17    put in this little box, right or left.  And it just -- it can
18    come down to a certain issue, and you are immediately put in
19    this spot.  And I didn't see that.  I was immediately, because
20    I supported Trump, this racist and this right-wing extremist by
21    being associated with saying I supported some things.
22              One of the things that upset me is that my son had
23    grown up to that point, from the day he was born to that point,
24    you know, in 2020, and we had never been at peace as a country.
25              MR. JONES:  Objection, Your Honor.
```

1              THE COURT:  I am going to give Mr. Mock a little

2    leeway to describe what's going on.

3              Go ahead.

4              MR. MOCK:  I'm antiwar.  Trump is the first president

5    that I have seen who wasn't continuing these endless wars.  And

6    I didn't agree with the '94 crime act.  I thought it was

7    racist.  And when he started actually bringing black people

8    home, he was doing what I had never seen a politician do before

9    but talked a lot about.

10             I have a soft spot, I guess -- or I guess -- or a

11   strong spot for justice reform.  I, unfortunately, and

12   Mr. Gordon knows and he will probably try to harp on it at some

13   point, I had been through the criminal system at one point.  I

14   witnessed it firsthand and I saw the injustice that was done

15   there.  I saw the systemic racism that existed there.  And I

16   know it sounds crazy to anybody who doesn't dive into it.  That

17   was one of the things that actually got me to go, hey, I kind

18   of like what Trump is doing here.

19             And then I looked more and more, and I saw the way he

20   was being portrayed.  And I looked at the job that was actually

21   getting done, and I thought he's actually doing a good job.

22             I started to question what I was seeing in the media

23   and hearing on social media because it wasn't matching what I

24   was seeing when I dug a little deeper.

25             And then -- I will move this forward as quickly as I

1    can -- in 2020, I was living in Minneapolis.  I believe the

2    Floyd riots changed the landscape of our country in a way that

3    we don't even fully comprehend at this point.  I was front and

4    center for that.  And there's just this level of hate that I

5    feel like we got to in this country.  And I experienced it

6    firsthand.  I was right there.

7         But what I really saw from that was I saw flat-out

8    lies and inconsistencies with the media because I witnessed the

9    riots.  And what was being portrayed on TV wasn't what I was

10   seeing with my own eyes.

11        I had carloads of armed, angry young black men coming

12   down my street and threatening me.  My car got shot during

13   that.  They screamed at me because I was white.  I saw that.  I

14   saw -- I had clients who owned businesses where they watched

15   coordinated efforts and attacks.  And they were talking about

16   this being organic.  This wasn't organic.  This was people from

17   the outside who were coming in and specifically looking to

18   cause violence.

19        And I didn't -- I liked BLM as a concept.  I lived in

20   a black neighborhood, a low income neighborhood.  Two divorces

21   and four kids, as a landscaper, that's where you live.  And for

22   me, what that taught me was a lot of lessons.  One is that we

23   are divided as a country in a lot of different ways that people

24   don't want to talk about or admit to.

25        And two is that the media is only going to report

things the way they want to do it.  And it seems to just
divide, divide, divide.  I watched the coronavirus lockdowns.
I didn't support any of it.

       At that time, on January 6, I feel like it happened so
long ago that people failed to remember that we just went
through a summer of this unrest across the country like we
haven't seen since the '60s.  So we've never seen that in my
lifetime.  And everyone was blaming everyone.  And there were
times that I did the right thing in that.  There were also
times that I got online, and there were specific people that I
saw that I thought were doing the wrong thing.

       And in a lot of ways, because we had a lot of time, I
became an internet troll.  I'm not necessarily proud of it, but
I did it.  I got caught up in certain things.

       So I would try to piss people off who didn't agree
with me.  I got to the point where I was kind of fed up.  I
didn't see a bridge at all, so I fed into it.  I was tired of
being called a racist.  I was tired of being called bigoted.  I
was tired of all these things that I wasn't because I chose to
support some aspect of this president.  And not the party.
Extremely independent.  And so -- and actually, a lot of my
views go far left.

       So as we started getting closer to the election, I
supported Trump.  I really looked at how hated he was.  And to
me it felt like the establishment -- it was him versus the

1    establishment.  It really didn't matter what -- I guess it

2    didn't matter if he was a republican or a democrat because to

3    me they all seemed the same.  Still do.

4            So I was being -- there was a lot of hate.  And my

5    biggest regret at that time -- and maybe all up to Jan 6 and

6    looking back, a way I have bettered myself -- is that I did

7    fuel that hate in a lot of ways.  I feel like I am a decent

8    father.  I do the best I can.  I work hard and try to support

9    myself.  But there's a -- I should be better in all things.  I

10   wasn't in that.

11           So reading a lot of what these people said, I kind of

12   found myself into -- because I felt that hated.  You kind of

13   get pigeon-holed with these people.  And I think if you went

14   around the Jan 6 community of people, you would find I don't

15   fit in with very many of them.  I am definitely an oddball.

16           So I don't have this great ideological belief.  I

17   think it's very fluid, and I think it's grown through time and

18   it continues to grow.

19           And whatever comes of this, as crazy as it sounds, one

20   of the best things that ever happened to me was getting locked

21   up, not because of the experience and all the things, but I got

22   to take a year off of life with nothing but myself.  Most

23   adults don't get to do that.  So I got a year of reflection,

24   and I read hundreds of books and fundamentally changed who I am

25   and a lot of the things that I think.  And I think I'm a better

1   person right now.  I think I'm in a better spot in life after
2   all this actually.
3          So January -- let's go back before January.  December,
4   December of 2020, I guess post-election, I had actually
5   decided -- I broke up with Sheila, who we met, and I had
6   started dating someone who came with me on the 6th, Misty
7   Visnovec.  And I had decided before this to make a trip back to
8   Virginia to see my family here.  And it coincided that there
9   was a Stop the Steal Rally on the 12th.  There really wasn't
10  like a hard core thought that I really wanted to see this, but
11  I was like, well, we're going if you want to come with me.  She
12  was much more conservative than me.  I had only known her for a
13  like week.  And I said, This is crazy.  Do you want to jump on
14  a flight with me and go?
15         And she goes, Let me see if I can get off work.
16         And she jumped on the flight, and we went.
17         And we go, Well, this is one way to date.  We will
18  figure out if, after three days together on a trip, this will
19  be a thing or not.
20         And we went.  We went to the Stop the Steal Rally.
21  And I remember actually thinking at that time, I was like, you
22  know, I agree with certain things, but these kind of really
23  aren't my people.  But I agreed with certain things because on
24  election night there was some things that had happened, to me,
25  that didn't make sense.

1          Most notably for me that night was the F curve in

2    Wisconsin where at 4:00 in the morning, all of a sudden these

3    hundred thousand votes came in for Biden.  And I watched it

4    happen in real time.  And I watched it reported on four

5    different stations because I had them on a TV with each of

6    those on there, conservative, left-wing, right-wing, and some

7    in the middle.  I wanted to see how people reported it all the

8    way around.

9          I watched how each of them reported it, and there were

10   some in there that I went this just doesn't make any sense and

11   others that kind of saw it and glossed over it, some that came

12   up with explanations.  But I've still never heard a good

13   explanation for it.  And then we started hearing all these

14   other irregularities.

15         And for me it was like, okay, well, let the process

16   play out.  They are going to hear this in court.  And I

17   listened to what people said on the 12th, and I started to do a

18   little more research and I started reading -- boned up on the

19   Twelfth Amendment a little bit, heard a lot of theories around

20   that and things that could be done and couldn't.  Some I

21   believed and some I didn't.  Some were way out.  Some weren't.

22         But then as we got closer and closer to that,

23   congressmen and politicians, various politicians, started

24   really ramping up their rhetoric to that point.  And what I

25   remember more than anything is I don't get behind the rhetoric.

1   I will get behind facts.  And really making a legal argument

2   was what spoke to me more than any other -- you know, any of

3   the crazy stuff that I heard.

4          One of those was Mo Brooks.  I remember he was talking

5   about -- congressman.  He was talking about elections, and he

6   had been doing this for 20-some odd years and he talked about

7   election integrity.  And one of facts that stuck out to me that

8   he talked about, he said, look, I have been trying to talk

9   about election integrity forever.  And what I see -- and I

10  might be mistaking the facts, but it's close.  He said

11  something like 60 percent turnout is good.  80 percent -- 70 to

12  80 percent, you start wondering about fraud.  You get to

13  90 percent, it's a guarantee there's fraud.

14         I started looking at some districts where Biden had

15  won including mine right in Minneapolis.  And it was like

16  90-some percent voter turnout and this crazy amount that was

17  left.  And I started going, okay, I can get behind that because

18  I understand good voter turnout.

19         Those are some of the facts that I started going,

20  okay, this might warrant somebody looking into this, and then

21  just more and more and more.

22         For me, what I was seeing was people who were

23  legitimately putting down on a piece of paper who signed and

24  said I saw election irregularities.  There were thousands of

25  people who came forward and signed documents that said it.  If

1   I am lying, I will go to prison, and I know this.  But there

2   was something hinky going on with this election.

3        And to me what that warranted was a review.  And I

4   felt like that was the job of our elected officials, the

5   government, the courts, to hear these things.

6        And as we started to go through, then lawsuits came

7   through.  And I heard people for Trump saying there was all

8   this evidence, and things went on in Pennsylvania, and things

9   went on in Arizona and Georgia and a number of different --

10  Wisconsin, a number of different states.  And they were all

11  shut down at the court level.  And we didn't hear any of this

12  evidence.

13       And to me most people want transparency from their

14  leaders, right?  That's why we vote for them and we put them

15  out there.  You know, we put them live on TV.  We know how they

16  vote.  We expect something.  I'm not stupid.  The corruption

17  that exists in politics, yes, at every level.  But we at least

18  demand some checks and balances.

19       And I feel like the media was right in their back

20  pocket all the way along.  That's not crazy.  That's paying

21  attention.  It's not extreme to think that the media and big

22  business is influencing politicians.  That's known fact at this

23  point.  So you have to dig deeper.

24       So that's what I was doing.  And as I dug deeper, I

25  went, well, there's some evidence.  Why isn't it being heard?

```
 1   Is it that same corruption?  And I don't like that.  I don't
 2   like bullies.  I don't like liars.
 3           So as we got closer to that, I started -- I had heard
 4   about the Jan 6 rally that was being planned in D.C. when I was
 5   there on the 12th.  I don't know where I heard -- I'm sure
 6   people were talking about it, but that's where I first had
 7   heard people talking about Jan 6.
 8           I didn't know from a legal standpoint with
 9   certification and all that, I didn't know that that was, like,
10   the date.  I learned about it.  I knew what the Twelfth
11   Amendment -- basically, I knew what that said.
12           And that said that there could be a ten-day period
13   there where this would go back to the states, and the
14   legislature would decide.  At that point -- and that's in the
15   Constitution.  It's worked in there if there's something wrong.
16   That's like our legal process.
17           So politicians were saying they were going to vote to
18   decertify, a lot of politicians.  We had like a hundred
19   congressmen and senators saying that they were going to vote
20   that way.  This wasn't just one guy.  I wasn't there because of
21   Donald Trump.  I was there because there was a hundred-plus
22   elected officials who said that they felt that there was enough
23   irregularity to go through this process, this legal process,
24   with the Constitution.
25           And I felt at that point that the courts had let us
```

1    down.  I felt like there was a fight between the three levels

2    of our government, that the executive department was at war

3    with the legislative.  And it was the job of the judicial

4    branch to have that checks and balances.  And I felt like they

5    failed and that this American experiment was failing.

6         And I love my country.  I've studied our history.  I

7    grew up here in Virginia.  I wanted to be a history teacher.  I

8    studied the Constitution.  I studied that history.  And I was

9    proud of my state in Virginia where we had, like, actual, real

10   patriots there who had formed this country.  That was such a

11   cool concept.  They didn't know anything other than a king, a

12   monarchy.  And they finally got power for the first time, and

13   then they gave it away.  Nobody has done that, take power and

14   just hand it over.  That's a cool concept.  And we get to live

15   that.

16        That was being broken in front of me.  And what I

17   wanted to do on January 6, what I felt compelled to do was to

18   stand up and have my voice heard and physically stand there so

19   that when those politicians, no matter what, if anybody else

20   agreed with them, were going to have the guts to say no,

21   something went wrong here.  And this is the mechanism we use to

22   fix it.

23        I wanted them to see a million of us out there that

24   said this is what you do because the Constitution, not perfect,

25   no document is, but it's not there for the majority.  I might

1   know that as well as anyone.  It's there to protect the few or

2   the one.  It's there to protect the unpopular.  And it's not

3   perfect, but this is the system that we have.

4           And so Mike Pence could have made that a reality.

5   Like, they could have done that thing.  They could have turned

6   it over to the legislators.  And at that point, 31 states were

7   republican.  We could have legally had Donald Trump as our

8   president.

9           I wasn't so blinded that I thought he had to be

10  president.  If my preferred politician doesn't get elected, I

11  go to work the next day.  I've always done that.  But I truly

12  believed that at the very least there had to be those hearings

13  legally, and I felt like we had been failed.  I felt like I was

14  failed.  That's why I was there.

15          The way that I got there is what I am, quite frankly,

16  embarrassed about.  The responses to a bunch of those Facebook

17  posts, and I'm sure in cross I will be having to talk about

18  them, a lot of them were stupid.  It's embarrassing.  I was

19  being stupid online.

20          One of the ways I thought I could help -- that I could

21  help was to get people there.  I didn't really care at the end

22  of the day who got there.  I wanted them to see numbers

23  outside.  I wanted politicians to hear and see people who

24  cared.  And you do that by creating passion.  People are worked

25  up at that point in that atmosphere.  And I did it in an ugly

1    way.

2          I definitely did not go to the Capitol looking for

3    violence.  I had learned on the 12th that if I stood with Trump

4    people, I was a target.  That's what I learned when I went

5    there.  And I watched it the whole summer.  People got shot

6    when they got separated from the group.  I saw old men and

7    women getting attacked on the streets because they lagged

8    behind at a Trump rally.

9          And so, yeah, I decided -- we know I talked to my

10   buddy Connor and we had some back and forth and he decided to

11   go.

12         My girlfriend at the time Misty pretty much last

13   minute said, hey, I'm going to jump in the car and go with you.

14   And we went.  We got a rental vehicle and drove through the

15   night to get there.  And we got a hotel.

16         On the way down, we saw hundreds, thousands of other

17   people coming from all over the country to be there.  And every

18   time we stopped for gas, we met more of them.  Hey, where are

19   you from?  Great.  See you there.  Stay safe.  That kind of

20   thing.  Glad you are supporting.  Way to go.

21         And so, yeah, we went there and we got a hotel room

22   that night.

23         And the next day, we get up and took an Uber over by

24   the Washington Monument.  I had -- at the time, both me and

25   Misty had purchased the camo hoodie from the 12th that you had

seen.  They were like the last ones left from street vendors

that day.  Bought those.  Put on my jacket that I always wear.

Not exactly Trump righty chic to have a black jacket on, but

then again, I've never been Trump righty chic.  A pair of jeans

and my boots.  Threw on my work gloves and a hat.  And we went

out and threw some stuff in my backpack.  We had some water and

granola bars or something like that, threw them in there, and

we went to the rally.

        And all I can say is this.  I knew that there was a

potential for violence.  We had been seeing all this chatter

online about counterprotesters and Antifa.  I knew that Proud

Boys and Oath Keepers would be there.  At the time I kind of

thought they were just a joke, especially the Proud Boys.  A

lot of me still does.  There was a lot of idiots there.  But

then there was just a lot of average people, man.

        Of course the idiots stand out.  Anybody who's going

to wear horns and no shirt is probably going to stand out.

There's some knuckleheads.  But that's true of any group that

you get together like that.  You get a million people together,

there's going to be some knuckleheads in the group.

        But by and large, it was a bunch of average people,

average people who cared, women, children.  I had a lot of

great conversations with people.  They weren't extremists.

They weren't blindly supporting Trump.  Actually, we had some

great conversations.  These were very educated people.  They

1    might not have necessarily -- a lot of them might not

2    necessarily have a formal education, but these were well-read

3    people.  I only got through a year and a half of college, and I

4    like to think I am fairly well-educated at this point.  So we

5    had a lot in common.

6            And everybody was happy.  They were glad that

7    someone -- every person was glad that the other person had come

8    out.  That was the feeling.

9            It was really -- it had a great vibe.  And I know --

10   I'm sure I couldn't have seen it all.  There were so many

11   people.  There could have been some spots where people were

12   saying stupid stuff.  There could have been spots that -- God

13   knows.  I couldn't have seen it all.  All of Constitution was

14   crammed in there.  They were all over the Ellipse, people

15   playing music and doing other stuff.  You were hardly in one

16   spot for more than a few seconds.  It was fun.

17           And we knew because we read online that we were going

18   down to the Capitol.  People had, we found out, permits to be

19   at the Capitol.  And there were people, things that they had

20   said -- like, I remember seeing shirts and, like, buttons for

21   the Capitol literally that said Capitol First Amendment Rally,

22   things like that.  We were going there to support this.

23           So as the day is wearing on, we listened to some

24   speakers.  Actually, I think Mo Brooks was one of them there.

25   And everybody knew that we were going to go to the Capitol.

1    That wasn't a surprise.  There was a ton of us going.

2              And I had grown up in D.C.  This was my city.  I lived

3    in Northern Virginia, right across the river.  So this was the

4    place we came all the time as a kid.  I have been on the mall

5    at least hundreds, if not well over a thousand times.

6              So, you know, I kind of felt like I knew how it worked

7    around here, but I hadn't been here for 20-some odd years.  But

8    for the most part, not a lot had changed.

9              So I had been up here on the 12th, and we had walked

10   right up to Capitol grounds, and there was no big deal.  And

11   then like a year or so before, I had been here with my, well,

12   now 14-year-old.  Just me and him took a little trip together,

13   came home, saw the family, and I took him to D.C. for the first

14   time.

15             It's actually really awesome seeing it through someone

16   else's eyes for the first time.  We walked all over the place.

17   We walked right up on Capitol grounds, got to see the White

18   House.  He was super excited.  We walked all over the place.  I

19   didn't think at all that we couldn't walk onto the Capitol

20   grounds.  I have literally been on it a hundred times.  Now,

21   not so much lately, but yeah, we had been there.

22             So I walked with this group down, me and Connor and

23   Misty.  And I can't remember specifics on the walk down.  You

24   know, I remember some groups were chanting.  I couldn't tell

25   you what at this point.  It's been too long.  But I didn't see

anybody violent.  I didn't see anybody -- I didn't see anything

that would indicate what was to come.  That's for sure.

So we get up there.  And I got to say, it's 1:00-ish

time between the walk and down to the Capitol area.  And I knew

because I read it online that Mayor Bowser had called all the

food trucks out and, like, took away the porta potties.  It was

a petty move to just try to make it difficult on us dirty

Trumpsters.

And when we got down there, there was some food trucks

by the Capitol.  So we got over there, and I got some tacos at

a taco truck and had a cigarette.  My fiancee has reformed me

at this point.  I don't smoke anymore.  But at the time, I had

a cigarette.

And we started walking over towards the Peace Circle.

There was a ton of people at the Capitol at that time.  And I

walked up, and there was not a single sign that I could see

that the area was closed.  Since then I have seen, and we saw

it today, that there were barricades put out there.

And some idiots that I don't agree with went ahead and

they busted through that at some point.  I have seen the video,

so it happened.  And they moved up to the lower west terrace.

I wasn't there for that.

When I showed up somewhere around 2:00, just a little

before -- I'm going to pull some videos here and some evidence

and go through this and show exactly what I was seeing and walk

1  through each of my alleged assaults and all of my alleged

2  crimes.  But what we saw at that point was a peacefully

3  gathered crowd.  People were just milling around.  There was a

4  ton of selfies.  Everybody's got cameras out.  Everybody is

5  taking video of everything.  They're excited.  Like this is

6  kind of the culmination, right?  We have heard the speakers.

7  The talk has been talked.  Now we are actually walking the

8  walk.  We are down here.  We are engaged.  They're going to

9  hear us.  What's going to happen?

10      Part of that and why I was there was I wanted to see

11  what would happen because I had been -- seen the Floyd riots.

12  As my son had said, we ended up with a bullet hole in the

13  truck.  I didn't even remember that until a few days ago when

14  he mentioned it.  I was like, oh, that's right.  It's been a

15  while.

16      And so I kind of wanted to see what would happen.  I

17  wanted to bear witness to this because I didn't know.  I

18  thought there might be some historic moment, and that was going

19  to be cool.  I didn't know exactly what it was going to be.

20      And there was a ton of crazy frickin' theories out

21  there, some way crazy ones out there about, like, what the

22  process could be.  And I'm like, What are you, nuts?  No.

23  That's crazy.  There's a simple process.

24      But you are always going to get some nut jobs in a

25  group.  And you read this on the internet.  I'm like, come on,

```
1    you trust everything you read there?
2            So we are there with these people, and we're all like
3    this is the moment.  Like, we got here.  We made it.  We are
4    together.  I appreciate you.  We are standing at this moment in
5    history.  That was really cool.
6            And we hear this little boom off towards the lower
7    west terrace, and all of us sat there and went what the heck
8    was that.  And there was a lot of looking around.  And we
9    thought it was a firework, initial reaction.  So we started
10   questioning.
11           And Misty, I know, at the time was like let's go check
12   it out.  I'm like okay.  So coming up the lower -- well,
13   towards the lower west terrace from the Peace Circle, we come
14   walking up.  If you are looking at the Capitol, it would be on
15   the left side.  We just walked up the path.  And nobody was
16   there to stop us.  I didn't see an officer that said you can't
17   be here.
18           I don't ever recall seeing snow fencing.  And I have
19   seen videos since that snow fencing was removed.  I don't know
20   what to tell you.  I had been there weeks before, and I walked
21   on those Capitol grounds.  I didn't know I couldn't be there.
22           So I walked onto the Capitol grounds.  And we got on
23   this path, and it starts leading up.  And we are being led up.
24   And I remember there just being so many people the entire lower
25   west terrace is filled.  There's kind of these tiers as you
```

1    start going up to the Capitol.  But from the bottom, you can't

2    really see.  If there's a bunch of people socked in, you just

3    kind of see a couple -- a few of them in the back.  And there

4    were flags.

5          But it was so loud because everybody is cheering and

6    yelling.  At least I thought they were all cheers and yells.

7    But just this low-level, you heard from Tommy, this dinge, this

8    loud -- you couldn't make out anything except the people that

9    were next to you.

10          So we're heading up.  And as we are going up this

11    thing, I suddenly felt this kind of shift to where we were on

12    the walkway where it was, like, you are in this throng of

13    people and it's like -- I don't know how to describe it other

14    than like a river.  You are getting pushed.  You got this

15    current of people going up the stairs.  And it would kind of

16    level off like a walkway, and then you would get some stairs

17    that would lead up, and then a walkway.

18          And we are heading up that way, and we end up to the

19    top of where the -- of this, which is the lower west terrace,

20    and I remember us spilling out because we are kind of at that

21    point getting shoved.

22          As we were on that walkway up, there was the first

23    explosion that I noticed as an explosion.  At that point we

24    still didn't know what it was.

25          And that was the first time that I had, like, felt

1    something was off.  And we pushed and separated, and Misty

2    pushed forward.  I kind of went back just from that thing.  And

3    then there was a momentary stop, and then that river kind of

4    pushed a little more.  And there wasn't anywhere to go because

5    we were so socked in.  And we fall out pretty much onto the

6    lower west terrace.  And I will go through here and show

7    exactly where and all that.

8         I get pushed out.  And that was -- I remember the air.

9    One, it felt just electric, but it was all the, like, OC spray

10   and the smoke.  But what first got me was there's this guy with

11   blood dripping out of his face, just massive blood.  And he's

12   like coming -- trying to come at the crowd to get through, but

13   the force was forcing him back.  I saw the panic in his eyes.

14        And when you go from zero to that level of that,

15   you -- I don't know what the correct response is to this day,

16   but I was scared.  My -- I got pushed a little ways to the

17   right and forward immediately kind of closer to the bike racks

18   that exist to where the police were.

19        My buddy Connor got pushed further off to the right.

20   And I could kind of see Misty for a little bit there, but then

21   I immediately remember seeing an old man getting hit and

22   clubbed by what looked like a police officer.  I'm assuming

23   that's what he was.  And a woman reached down to try to help

24   him, and he got clubbed -- she got clubbed.

25        And I instinctively went out to try to grab at this

1    woman, but again the crowd just kind of pushed and heaved, and
2    we went in this direction.
3            So, again, I couldn't tell you exactly what time this
4    was.  I want to say in the 2:00-ish range on the lower west
5    terrace.
6            And most of my time from that point is chronicled.
7    The first, I would say, roughly 14- to 15-ish minutes that I
8    was within this, I don't feel like there's a lot of video that
9    we have seen.  And if there is, it's basically like, hey, look,
10   there's a green camo head right there, and there's Misty there.
11   But what was happening within that is just a lot of being
12   pushed around, a lot of confusion, a lot of chaos, and going
13   like what the hell did they do.
14           And then we started getting angry because we were like
15   they are actually attacking us.  This doesn't make any sense.
16   Tommy just described it.  Not the most eloquent man in the
17   world.  However, he was honest about what he saw, I feel,
18   compared to the video that I have seen and some of this video
19   that you are going to see.  He was right about that assessment
20   in my opinion, and that's what we were experiencing.
21           I watched people there that had their face all burned
22   up because they had an explosion go off.  I got tear-gassed for
23   the first time in my life.  And when that happens and you suck
24   in all this gas, you literally can't breathe.  And that's --
25   it's a terrifying feeling.  I didn't see a way out of there.

1    The only spot that I saw that was kind of a way -- that was

2    potentially a way out was over by the scaffolding area to, if

3    you are looking at the Capitol, to the left.

4              And there was this weird little pocket.  And I have

5    watched enough videos where there were two spots where I felt

6    like there were these weird little open pockets amongst the

7    crowd.  And to me that's where I felt if there was instigation

8    on people that were in the crowd -- because there definitely

9    were people that did stuff wrong there a hundred percent, that

10   didn't act properly.  There's some that flatout probably were

11   there to cause some trouble.  I don't think you get a crowd

12   like that on either side of the political spectrum where you

13   don't have some people that have something planned.

14             But those two spots seemed to be the ones.  I was on

15   the periphery of that a number of times.  And I saw that.  And

16   that seemed to be really where you had police that seemed more

17   aggressive as well as protesters.  And I have said this time

18   and again.  I don't think all the police that were there were

19   bad.

20             I don't believe that there were really that many what

21   you would say were bad people there that day.  I think some bad

22   stuff happened, and people reacted to a bad situation.  And now

23   you are getting, again, the same polarization that we see where

24   the cops all have to be right or the dirty Trumpsters all got

25   to be right, one of the two.  And not too many people go there

1   were idiots both ways.  But there were a lot of people that

2   were innocent in there that had some crap happen to them.

3   There were a lot of victims in there.

4          So we are in and amongst this.  And I am watching

5   these pockets of kind of violence.  And I'm on the periphery of

6   it.  And I had people, like, kind of calling out something.

7          I want to find the people I came with.  I couldn't

8   locate Connor.  I kept looking.  I could see him at some point

9   off in the distance kind of back and to my right.  Misty, weird

10  chick, quite honestly, didn't date her that long, she would pop

11  up randomly.  And she was really kind of relishing it.  I won't

12  go into that whole situation, but she liked the excitement of

13  it.  And I felt like she really wanted to get into it.  She

14  really wanted to be in that.  So she was having fun.

15         I probably fed off that to a degree, but the bigger

16  thing that was going on was this wasn't this constant -- it was

17  weird because there wasn't this constant fighting.  Like, I

18  know the narrative is there's this bust through this line and

19  they ran through and the police were just overrun and everybody

20  was going up into the Capitol.  But that wasn't it.  That

21  wasn't it at all.

22         There were all these periods where, like, stuff didn't

23  happen.  And you're just standing there right next to these

24  officers, and nobody is giving a command to leave.  And it

25  doesn't really make sense.  And we don't really understand why

1    these bike racks are out or why they keep shoving them into us

2    because we are like we're just at a protest, like, we're not

3    trying to hurt you.

4          During the George Floyd riots, I went down Hy-Vee to

5    get something, and there's four squad cars there. I went in

6    and bought -- and they had been at it for like two days

7    straight. They didn't sleep. They were out there working. I

8    went and bought them Gatorades and some sandwiches and brought

9    it over and said, hey, just to let you know not everybody out

10   here hates you, stay safe.

11         And so then all of a sudden, it felt like a level of

12   betrayal, quite frankly. And you're going, what are you doing?

13   Why are you acting like this? There's many times there's

14   videos of it -- and I'm sorry for the AV issues. I will do my

15   best to have those to show you. -- where I'm standing there

16   right next to this officer, and I'm going like this

17   (indicating), what are you doing, pleading with him to stop.

18         And I'm going -- I knew that if we couldn't see up and

19   these guys can't see back, they don't realize what's here.

20   Like, there's a million people coming. And they are not

21   realizing that them pushing these bike racks in is just

22   sandwiching people together, and we are all stuck in this

23   thing.

24         Now, they were using dispersion tactics by throwing

25   flash-bangs and all this CS gas in the air to get people to

1    leave.  People didn't have a place to go, or they split up with
2    their people and they are trying to find them.
3            I remember one older woman at one point is like losing
4    it, like, like my daughter, my daughter, just crying.  She was
5    like, where is she, asking people.  I'm like, my God, what the
6    hell are do they doing.  There's kids, like, so close.  And we
7    could see some violence, but we are getting hit with these
8    flash-bangs.
9            And I had a concussion grenade go off and explode
10   right on me.  It exploded and hit my foot.  I have done my best
11   to try to figure out exactly what time.  And I have tried so
12   hard to find that video, but I know what happened there.  What
13   I saw was that it was a traumatic experience for everyone.
14           I have learned a lot about trauma and how to overcome
15   it.  And I understand what the officer said on the stand here
16   Officer Karlsen was talking about with PTSD.  Anything that I
17   did that would have caused any more of that, I actually am
18   sincerely sorry for.  I don't want to cause that to another
19   human being because I know what that is all too well.
20           And once I recognized what that was and looked back at
21   the videos, there were a lot of servicemen there.  I was in
22   lockup for a year because of this, pretrial.  I don't think
23   that was just, but I was there.  And I was with some military
24   men who had served special forces, some of the, like, real
25   heros.  There's not many people that I meet that I call heros.

```
 1   This guy was a real one.  He did things for this country in

 2   god-awful places, and he's got traumatic, really traumatic

 3   stuff going on.

 4          And I saw PTSD in a lot of these guys.  You watch the

 5   video and you see it.  What happens at that point when you are

 6   doing that, you're not there.  You are there and you are doing

 7   things, but you are not really there.  You go into fight or

 8   flight, and your brain shuts down.

 9          You couple that with that gas that isn't -- you are

10   not supposed to be gassed to that level.  Like, it's a

11   dispersion thing.  I have learned since then that that's not

12   how you are supposed to use those things.  And they just kept

13   on loading and unloading and unloading on us over and over and

14   over again.

15          There were people there that had pepper spray and bear

16   spray that shot back.  That was stupid.  I never did that.

17   None of the people I was there with did that.  And that was

18   stupid as a response.

19          And I have looked back at those videos.  And I will

20   play it for you.  There was, like, three to six people that

21   sparked this whole thing off.  I have seen the videos.  You

22   will see the videos.  A couple of idiots who sparked this off,

23   and the Metro police shot at them, not with lethal weapons.

24   They shot at them with pepper balls from up above, put holes in

25   people's face.  Some pushing and shoving didn't have to
```

```
 1   escalate that high.  And my feeling was the police at that
 2   point knowing they were overwhelmed should have been doing
 3   everything to de-escalate the situation.
 4         I watched, as I said, the police attacking elderly
 5   women, like, bad, and I have seen videos of that.  You will see
 6   it.  It was bad.  So there was a lot of blame to go around.
 7         And so that's the situation I was in.  I was afraid.
 8   And I was affected by that gas.  I think everybody was.  That
 9   level of gas in the air makes it incredibly hard to breathe.
10   And I have researched what the effects of intense exposure to
11   CS gas can do, and it can make people aggressive, lead to
12   paranoia, anxiety.
13         MR. JONES:  Objection.
14         THE COURT:  Okay.  Sustained.
15         MR. MOCK:  Fair.  Fair.
16         I saw panicked people there who didn't know what to
17   do.  I was panicked.  I didn't know what to do.  I couldn't
18   tell you today how I was supposed to react to that.  I don't
19   know if anybody really can tell me what you are supposed to
20   react to in that situation.
21         What I did at that point was try to reason with the
22   police because, let's face it, you know, you are probably
23   right, I probably am privileged.  Being a white male in this
24   country means that the police aren't going to hurt you.  That's
25   the way it is.
```

1           So to me, I felt that you talk to them and communicate

2    with them.  And I was trying that over and over and over again.

3    And I watched people doing that.  There's videos, you will see

4    them, people pleading with the police to stop, don't hurt us

5    over and over and over again.

6           And we wanted them gone from that area.  That was it.

7    That's all we wanted.  That's all I wanted.  And if the only

8    mistake that I made that day -- and I'm sure I made several.

9    But the biggest one, I think, that I made that day is thinking

10   that everybody thinks like you do.  I think we all make that

11   mistake, where we are always in the middle, right?  Everybody

12   else is nuts.  It's part of the human condition.

13          I didn't think that anybody was going to go into the

14   building.  Anybody that did was stupid.  I had the opportunity

15   to do it when I was -- Misty had wanted to go higher, up to the

16   next level of the terrace, and I actually followed her up

17   there.  And we were standing there.  They have seen the trace.

18   They know where I was.  She asked me, Do you want to go up

19   there and fight in the tunnel?

20          I was like, Absolutely not.  That's crazy.  That's not

21   why I'm here.

22          Do you want to crawl through that window?

23          Absolutely not.  I get shot or arrested if I climb in

24   that window.

25          But I wanted to watch what was happening.  I still at

1    this point don't know how I was supposed to know that we

2    weren't supposed to be there.  And at the point where it had

3    gotten, there was a level of, Well, screw you.  We're staying

4    right here.  What are you doing?  We had every right to be

5    here.  Why are you doing this?

6         And I know that question I've gotten before is why

7    didn't you leave.  I had just driven a thousand miles across

8    the country to stand here for an historic event that I believed

9    I had every right to be at, and we got attacked for it.

10        Again, the Constitution protects the minority, not the

11   majority.  The majority is always good.  So it really felt like

12   the minority was getting attacked when they tried to stand up

13   and use the Constitution in their defense.

14        That's how I felt.  And I thought everybody felt the

15   same.  There were some people there that didn't.  There were

16   some people there, when I look back at this, and I've learned

17   about these groups, that they were there -- exactly what people

18   have said about them.  Part of me is embarrassed -- not part of

19   me.  All of me is embarrassed to be associated with some of

20   those people in any way.

21        It's one of the reasons that I tried to take care of

22   this case another way.  It didn't work out that way.

23        So 12:28 -- sorry, 2:28, excuse me, thereabouts, and

24   we will look at the video, is when the police line broke.  Just

25   before that, there had been a call for the police to fall back.

1    And there's been all kind of speculation as to whether it was

2    Metro PD, Capitol Police.  It really doesn't matter.  Someone

3    gave a call to leave.  I found the videos, we will look at

4    those as well, where they were running around telling officers

5    to go to the next tier, go to the next tier.

6         I really didn't hear retreat.  Well, other than Tommy.

7    But they were telling them to go to the next tier, next tier,

8    next tier, go up.  So it felt like they were finally moving

9    away from this, right?  We are going to go.

10         The bike racks started getting pushed.  I remember

11   from where I was standing towards the left side the -- I

12   remember just prior to that, I was kind of -- we were getting

13   pushed from behind towards the bike racks.  And you didn't want

14   to actually touch the bike racks.  The second you touch the

15   bike racks, your hands got hit.  And that was pissing people

16   off too.  Sorry, that was angering people.  Every time.  They

17   felt like cheap shots.

18         People were getting hit in the ribs with a stick.

19   People would get pushed forward or try -- a lot of it was there

20   would be an explosion or there would be gas going off, and

21   people -- your instinct when you can't breathe is to rush in

22   one area.  And they would get pushed up against the bike racks,

23   and then the police would use these cheap shots and start

24   hitting people with their sticks and poking them.

25         It was kind of like -- I played football.  You'd be at

1    the bottom of the pile trying to get a fumble.  Well, you do

2    whatever you do down there.  It's when you get your cheap shots

3    in because nobody can see.  That's what was happening.

4           And people were getting to the point that the police

5    needed to go.  And I think the order, what people started to

6    hear, was next tier, next tier, next tier.  And it was like,

7    oh, the police are finally leaving.  And there was a rush a

8    ways away from me, I think, to the right part gets pushed

9    forward, and then there was a surge in a few other areas.  And

10   if you look at the videos, I'm one of the last people standing

11   behind these racks as that's happening.

12          And I remember the rack went back and kind of into me.

13   It was a sway.  I remember my hand on it.  And I remember it

14   just all kind of got pulled away.  And you just kind of felt

15   that push forward.  And a sea of people were flying through on

16   either side.  As I'm doing this, I'm kind of staggering forward

17   and watching.

18          And we saw that the police were going back to the far

19   right side.  And that's the first time that I remember I

20   started -- I remember I started yelling a lot of times get out,

21   get out.  And I pointed at that far right door where, actually,

22   the officer -- both officers indicated that they left from.

23          So I am pointing at that door repeatedly.  We will

24   watch the videos.  And that was the first time.

25          I kind of stumbled forward a little bit, and, you

1    know, I -- when you're going through that, it's traumatic,

2    right?  I don't think there was any doubt to that.  For anyone

3    there, it was a traumatic experience.  Eyewitness testimony is

4    terrible, right?  Everybody knows that.

5           You have to -- watching video helps refreshes a lot of

6    those things, and there's things I know a hundred percent that

7    stick out.  A lot of times certain things, certain people

8    really stood out.  And that's what I recall seeing, you know,

9    really putting the whole thing back together when I saw all of

10   it.

11          THE COURT:  All right.  We are going to take a recess.

12   We have been going for a little more than an hour.

13          All right.  So when we return, I want you to focus on

14   the specific incidents --

15          THE WITNESS:  That's where I am going.

16          THE COURT:  -- to the extent you can.

17          Thank you.

18          Okay.  Ten minutes.

19          (A recess was taken at 4:14 p.m.)

20          THE COURT:  Ready to resume, Mr. Mock?

21          MR. MOCK:  If we can talk about scheduling because I

22   don't think we are at the point it's going to be wrapped up

23   this afternoon, I know you had --

24          THE COURT:  Let's go another half hour, and we will

25   need to talk about when we resume.  I agree.

 1          MR. MOCK:  Okay.  So the bike racks had been knocked

 2   down.  And I remember the wave of people coming forward.  And

 3   initially on that, the way -- and we will get into the video

 4   where I can show this a little bit better here.  A group had

 5   kind of broken off to the left.  There's a little bit of a

 6   raised kind of platform, and I had watched some people kind of

 7   streaming in that way behind where, I guess you would say, the

 8   police line was.

 9          And I remember specifically, like, trying to keep a

10   distance there.  And I think the video reflects that.  And I

11   remember pointing towards the door repeatedly because that -- I

12   know they had gotten the call to go to that next tier.  But I

13   thought that was -- I didn't know where that door went.  But

14   that was the door that we saw them going through.

15          And so at that point, I am kind of still at times

16   trying to see, could I see Misty behind me, what all is going

17   on.  There was -- that was the most chaotic point of the entire

18   day because officers were mixed with people.  I think, as Tommy

19   described, what I was trying to get at is some were -- some

20   were fighting, but then again, it was that weird thing where

21   people were just completely calm.  And you are actually

22   interacting with officers.

23          And I felt like at that point that we were definitely

24   looked at as an enemy of theirs, like they were trying to hurt

25   us.  And we wanted them out.  So I felt like, you keep -- don't

```
 1    let them start pushing you back again because that's what I
 2    felt like the problem was.  Like, they grab those bike racks,
 3    and they start pushing us back.  That's a problem.  So just
 4    keep a distance, but let them go at their pace.  And that's
 5    when all the alleged assaults started happening.  It's a
 6    five-minute span.  So I guess probably the worst five minutes
 7    of my life at this point.
 8            I remember picking people off the ground all day, all
 9    day long.  I remember triaging people all day long.  I went
10    to -- I do not recall kicking the officer in the No. 1
11    allegation.  I don't remember ever kicking someone.  I have
12    watched that.  Again, you don't remember every single detail of
13    the day, but trust me, I have racked my brain to get every
14    single detail that I could possibly get out of those five
15    minutes.
16            I do -- the weird thing that sticks out is the
17    flagpole that was on the ground.  I remember because there was
18    that group there, and I saw that the guy with the red hat on
19    top of that specific officer -- if that's Collins, we assume he
20    is at this point, I don't have any real reason to think it
21    wasn't, if he says that's him and he's 99 percent sure, okay.
22            But I have looked at video, which we will look at
23    again, and I just -- I remember kicking at that flagpole, and
24    you see that.  I remember the being off balance.  I remember
25    reaching down for people.  And I just remember that kicking at
```

1   that flagpole motion and being off balance.

2         And I have looked at the other videos from the other

3   side, which you will see it, and I don't think there's any way

4   that I kicked this guy.  I don't think it's physically

5   possible.  From the image they show from above, I think it

6   looks like I could have.  I think from the kind of fish eye

7   camera thing that distorts -- the body-worn camera, I think it

8   distorts it and doesn't show the distance.

9         But the one we have from the other side where you

10  match that up to the exact second that the government has said

11  this is when the kick came, my leg is not long enough to

12  actually reach there.  I'm 5-8 barely, and you can see all the

13  way to my knee.  And from where that officer is laying, it

14  doesn't look possible.  I'll show that video here.

15        And I did remember the officers, when someone reached

16  down to grab -- we're saying it's Officer Collins.  When he

17  reached down to grab him, it looked like, to help him up, he

18  gets clubbed in the head.  And I do remember that, like, whoa.

19  We stepped back, like what the -- used some expletives, what

20  the -- he's trying to help.  And that's really when I saw some

21  craziness above them on that tier.

22        In the video in there, I start pointing and I'm

23  yelling.  I'm yelling get out.  I'm trying to get their

24  attention to behind them because they are like this little

25  peninsula of officers at that point.  It felt to me like, oh,

1    we are trying to hold some line that doesn't exist, and they

2    are about to get surrounded.

3          And you see me pointing and pointing and pointing.

4    And then one finally turns around and looks at it, and they

5    realize that they are in this peninsula or island, and they all

6    fell back.  And they threw a couple bike racks up, like three

7    of them.  And I come up and stop at those bike racks.

8          And it was funny, I guess -- well, not ha, ha, but we

9    are standing at the bike racks, and some guy comes up.  He's

10   bigger, looks like he's military, clearly losing his mind, and

11   he goes, Throw the bike racks at them.

12         And all three of us at the same time turn and go no

13   just in unison.  And that's when, like, hey, these need to be

14   moved.  We didn't want those being used as weapons.  I didn't

15   come there with weapons.  I didn't come there for that crap.

16         As you move ahead, we are still trying to keep that

17   distance.  But really it was like put a little pressure to just

18   keep moving, go out, go out, go out.  And that's what I kept

19   maintaining through all this.

20         If you watch that five minutes, I am trying to keep a

21   distance and maintain, be like get out.  In retrospect, I

22   shouldn't have.  It was a dumb move, I guess.  But I really --

23   I know what I was looking at.  And it was stupid.  I thought I

24   could actually help the situation.

25         I saw people who were being dumb on both sides, and I

 1   thought there was some level of reason there where if you were

 2   at least not doing dumb stuff at the front, that you could help

 3   facilitate the situation and it would die down afterwards.  And

 4   it did on the lower west terrace.  It definitely did.

 5          As the last little group of three bike racks, which I

 6   talked about before like, hey, I got three bike racks, there's

 7   my three bike racks, we're kind of stumbling forward.  That was

 8   that weird little spot where I kind of started getting pushed

 9   probably as much as I did the first time.  It felt like a scrum

10   in there.  And we started to get pushed forward.  And that's

11   the alleged assault No. 2 with the flagpole.

12          I hadn't seen that until recently because obviously I

13   had only been charged with the first and the -- well, first and

14   No. 4 were the two that we have been dealing with for forever.

15          The flagpole, I don't even know what to say about it

16   because I didn't remember it.  And I hadn't looked at it and

17   hadn't focused on it.  I have racked my brain.  And I'm like,

18   okay, looking at it, and I go, God, I remember vaguely getting

19   hit from behind with a flagpole.  And I'm looking at the thing,

20   and I'm like, well, I guess I did this.  I guess I broke off

21   this thing.

22          Contrary to what I think the government thinks of me,

23   I'm not some super human guy.  It wasn't, like, a metal thing

24   that I bent and went all hulk on it.  I'm 5-8, couple hundred

25   pounds barely.  I got bad landscaper knees, back, and

1    everything else.

2         I will say this.  I played baseball.  I played

3    football.  I played lacrosse.  You hand me something right

4    here, and I would hit anyone in the courtroom square between

5    the eyes if I was throwing something, period.  If I wanted to

6    hit somebody with something and hurt them, I would hit them and

7    hurt them.

8         I have looked at that and tried to figure out my

9    mind-set that I can't fully remember.  I know what the

10   government has said my mind-set is.  I looked at it, and I'm --

11   I remember that time.  I remember feeling crushed.  And I

12   remember my hands up in the air at that time.  And I'm looking

13   at it, and I'm like, that's that moment where I really -- there

14   was actually a lot of fear because I was very close to the

15   police at that time.  That was -- when we didn't have the bike

16   racks, that was the closest I was to the police at that point.

17     (Cell phone rings.)

18         MR. MOCK:  I am very sorry for that.

19         THE COURT:  Tell them you are occupied at the moment.

20         MR. MOCK:  Yeah, a little bit, little bit.  Good Lord,

21   that's bad timing.

22         My hands, I remember, with my hands up in the air --

23   because I was doing this pointing over and over again to the

24   door.  I remember trying to get officers' attention over and

25   over again that they need to get out because it didn't seem

1    like everybody got the memo, but they need to be leaving right

2    now.

3            And legitimately, I didn't want anybody getting killed

4    that day.  That's what I thought was going to happen.  I said

5    that to officers.  You need to get out of here.  I remember at

6    one point I talked to somebody with a white shirt, and I was

7    like, You need to get out of here before someone gets killed.

8            And I'm pointing.  I'm pointing.  My arms are up.  I'm

9    getting shoved.  The best I can look at that, it was a split

10   second.  Something broke off with my hand, and I got it out of

11   my hand.  I know there wasn't enough time to make some decision

12   that I was going to hurt someone.  If I was going to throw

13   something to hurt someone, it definitely wouldn't be with my

14   right foot forward and barely throw a little piece of plastic.

15   I would have reached back -- I played third base, man.  I would

16   have reached back, winged that thing, and nailed someone.

17           So I look at this and go intent?  Like, no, man.  If I

18   intended to hurt someone, I would have hurt someone.  There's

19   no way.  If it was a crime, then it's a crime, then so be it.

20           Fast-forward a few seconds, roughly 30, if I recall,

21   I'm still being pushed by that group.  We are very tight.  We

22   are getting pushed.  And there was a little bit of -- a second

23   of space, and I get pushed into.  And at that moment, there was

24   something that I was pushed up against that I was going to fall

25   over.  This is alleged assault No. 3.

```
 1              I was getting pushed back.  I pushed in that direction
 2      and then fell down.  If you look at the video, you see me fall.
 3      Again, if that was an officer and me pushing back on him, it
 4      was an assault, then I will take my punishment.  But I wasn't
 5      trying to hurt anybody.  I was trying to keep from falling, and
 6      I failed.
 7              There's a few seconds that it seems that I'm kind of
 8      off camera.  And this is the one that's really killing me
 9      because I really feel like there's -- what my recollection of
10      that was is I ended up over on that right side kind of at the
11      platform area.  Again, we will look at it on video.  And the
12      officers are all gathered there, and there's at that point
13      more, it felt like, command people in that area.  So everybody
14      had kind of fallen back to that point where it seemed like
15      there's somebody in charge or at least higher rank.  And I
16      remember telling them, like, You need to get the hell out of
17      here now.  You are taking too long.  Get out.
18              And he said, Yeah, we're falling back, is what he
19      said.  I remember saying something to the effect of you got to
20      tell them and pointed to the rest of the guys that were there
21      because it felt like there was a handful of officers that were
22      left behind trying to get their licks in on people.
23              I moved forward and started gesturing to a few of
24      those officers and was pointing.  And I want to say it was like
25      six or so of them turned and started heading towards the door.
```

1    And I see on the videos --  I've got them.  We will look at

2    those as well.  I'm gesturing to the door and pointing and

3    telling them to go, and they are going.  There's a guy that

4    ended up next to me.  We were both gesturing to the officers to

5    go, and a group of them did.

6          I feel like I patted several on the back.  I have

7    looked at the videos, and I feel like there's either one or two

8    that -- I would have to double-check on the videos.  I know one

9    for sure.  I come to this line of -- I think it's about four

10   officers.  There might have been a fifth, but a handful.  I'm

11   pointing at the door.  The one officer turns around.  I give

12   him a pat on the back and then came over to where Officer

13   Karlsen was.  And I'm pointing at the door, and I'm telling him

14   to go.  And there's someone next to me gesturing, like, with

15   his hand out to go, you know, trying to communicate with him.

16         And I've said this in open court before to you, Your

17   Honor, when I was going for a bond motion.  I heard what I

18   believed him to say to me something muffled or I will shoot.  I

19   thought that was Officer Karlsen for the longest time.  I found

20   a video of the body cam, which we will look at and you can

21   listen to.  I had never had access to any videos prior to me

22   sitting in open court and telling you that.

23         I was accused by my former counsel of perjuring myself

24   and lying about it, which really ticked me off, especially for

25   somebody who got promoted to judge.

1          So I found the video.  And it's not clear as day, but

2    what you hear just before that push is, Stop or I'll shoot.  I

3    have it.

4          I think I was wrong that day.  I don't think Officer

5    Karlsen told me that.  I think I heard it.  And when you see

6    Officer Karlsen, he testified that he had both hands on that

7    shield.  That wasn't accurate.  And I don't think he was trying

8    to lie.  I think he was mistaken.  His right hand comes off,

9    and his head looks down.  I think it was horrible timing.  I

10   think I had some crap luck that day, and I ended up in the

11   exact wrong spot at the wrong time, and it was crap timing.

12         When he said that and his hand came off, I was

13   legitimately -- you see me on the video.  I stepped back, and

14   my hands go up.  I went holy crap.  And when he made that move,

15   my instinct -- it's a split second.  There's a million things

16   that go through your head in a split second.  And I reached out

17   and pushed up and I contacted that shield.  I have never denied

18   that.  I have never lied and said I didn't do that.

19         I have been completely honest about this all the way

20   along.  This is -- I mean, it's not like you've got me with

21   different stories all the way along.  This is what happened.

22         So I don't deny having contacted a shield.  I was

23   surprised.  You can see it in the video.  When he falls, I was

24   like holy crap.  Looking back at it, he was standing on the

25   shield.  We saw it.  It was wet there.  I have looked at videos

 1  before.  And there was officers there dumping water in their

 2  eyes.  The whole thing was wet.  There's OC spray.  It was

 3  slick.  His foot went forward.  It slipped out from under him.

 4      If I had pushed him hard, he would have stepped back.

 5  He was in a bad spot.  That quick shove, if he hadn't have been

 6  standing there, he never would have fallen.  It was bad timing.

 7  And he fell.  And then I remember getting blasted by somebody

 8  else.  There's a tiny bit of a scrum.  And that was pretty much

 9  it.

10      At that point everybody -- they picked him up.

11  Everybody kind of stood their ground.  They kind of kept a

12  little bit of a distance press.  I remember having my hands up

13  at one point in there as they left.  They gassed us one last

14  time for good measure.  And that was it at that moment.  That

15  last bit of gassing, I remember my eyes.  I saw it in the

16  video.  I think my comment was, Crispy.

17      There was an adrenaline high right after that.  I had

18  some actual veterans that were there that had equated it to

19  feelings of combat.  I can't relate.  Close as I can come is

20  playing sports.

21      And, yeah, Misty found me.  I don't know how.  She got

22  out, and she was all ecstatic.  Like I said before, I felt like

23  I fed off her a lot stupidly.  And she had that video that we

24  watched where my eyes are all red.  And our phones hadn't been

25  working a whole lot of the time.  They had been blocked.  I

1    don't know if it was because there were so many people or if

2    the cell phone towers were, like, actually blocked.

3             Can I grab water real quick?

4             Thank you.

5             Thank you, Your Honor.

6             Actually, just prior to Misty finding me where I was,

7    everybody at that point was kind of standing around.  There was

8    some cheering.  I remember people chanting.  I remember

9    praying.  There was a big group prayer somebody had.  Sang some

10   songs.  There was a few of us there, and I remember some kid

11   coming by that had a helmet.  And we started gathering -- we

12   were like, Take that off.  Don't be stupid.

13            And we actually had gathered together a little pile

14   there.  You can't see it on the CCTV footage.  I wish you could

15   because it was right up in one area there next to the wall that

16   we had put a number of things.  So somewhere, I don't know, I

17   have tried to find the video, there's a little pile of stuff

18   that we had put together and told people leave it alone.  I'm

19   sure they didn't.  But we got it there.

20            Oh, I should step back because I got to address it.

21   Once Officer Karlsen had fallen and they had gotten him back

22   up, there was the shields that were left behind.  And I had,

23   just prior to that, like, I don't know, maybe 30 seconds prior

24   to that, I had just watched an officer pull his shield up and,

25   like, smash this guy in the head with it, and I watched him use

1    it as a weapon.  And I legitimately did not want anybody at

2    that point -- because it was like, hey, it's over.  Took the

3    shields and they just need to get away from the front line.  I

4    don't want anybody using these as a weapon.  Tossed them back.

5              That's why in my video I said I shared my text message

6    to Connor, I believe, I said I shouldn't have thrown them.  I

7    felt like that one I threw back, I could have hurt somebody

8    throwing it back.  It was a split-second thing.  I was not

9    trying to steal shields.  I was trying to get them away from

10   actually being used as a weapon by people.

11             So we stayed on that lower level for quite a while.

12   And I remember in that video, I had joked around with her

13   going, You want to climb this thing?  Because we watched

14   several idiots actually climb the side of this.  Like, you know

15   there's stairs.  And so that was on the video.

16             But then at one point, she's like, Yeah, we want to go

17   up there.  And I didn't want to go through the -- because I had

18   found out from Connor there's some stuff up there, right?  I

19   wanted to see it.  Not that bad.  Misty really wanted to see

20   it.  And we -- I didn't want to mess around at the scaffolding.

21   There's -- when they pulled out that box, at one point, it

22   wasn't very long, when they pulled out that box, it was right

23   when people started getting up on that left scaffolding.  That

24   to me was, I thought, one of the dumb things.  Like, I really

25   foolishly thought we could be there, I guess.  I guess I was

```
1   stupid.  But I know this is a weird way to look at it, but I
2   saw the scaffolding with all the plastic around it, and I'm
3   like, Don't mess with the scaffolding.  It's just like a common
4   thing.  Like, I'm kind of a dad.  You know, I have four boys.
5   Don't screw with the stuff you're not supposed to screw with.
6         When they pulled out the radio call box thing and put
7   on the stuff, I was like, That's what they were talking about
8   was don't go in there, like, don't go screw with the
9   scaffolding.  Because prior to that, we hadn't heard anything.
10  And I'm like, Dude, now you are starting to mess with stuff.
11  That's when they are going to get pissed off.  Excuse me.
12  That's when they are going to get angry.
13        So that to me was just dumb.  So I wanted to stay away
14  from the scaffolding.  I don't know why that detail stuck in my
15  head.  Like, that's an off-limits spot.  The rest is fine.
16  Don't mess with the scaffolding.
17        So at some point, we had actually gone and walked up
18  what's actually a wall that -- there's steps.  But that was
19  their scaffolding there, and there's a wall.  I followed her up
20  that just walking to go up to that next level.  And we walked
21  up there, and that was right at the point when Rosanne Boyland
22  was killed.  I didn't know that at the time.
23        But we had come to that lower west -- not the lower
24  west terrace, but the tunnel area.  And we were standing
25  around, milling around outside of that for the rest of the day.
```

1    I had found a pair of the goggles.  They actually were broken

2    on one lens.  I found that out when tear gas came at the end of

3    the day.  And it's weird.  I didn't look back the rest of the

4    day.

5         I don't know exactly what time this was.  I want to

6    say -- I guess someone could probably pinpoint it for me.  I

7    should know.  I know I've got a note somewhere when the

8    Roseanne Boyland thing happened.  But from that point forward,

9    we just kind of stayed in that area.

10        I remember getting up there.  And this was the first

11   time that I remember really thinking, like, something's off

12   here.  When we got up there, there was a different vibe.

13   Because that's the first time that we had seen people, like,

14   actually breaking windows.

15        And I remember that feeling that something actually

16   felt like coordinated and off.  Like, there were a couple of

17   groups of people we saw going in, and we -- and I still don't

18   have the answers.  I felt that day that it was Antifa.  Whether

19   it was or not, whether it was other groups, there was some

20   coordination there.  And I did not -- that wasn't the majority

21   of the group.  That wasn't the feel that I got at the other

22   area.

23        And we watched that and we thought that, hey, both me

24   and Misty had felt it at the same time.  This isn't who --

25   something's off.  And I remember she commented later that there

```
 1    was a woman on a megaphone there that was calling out some
 2    things.  She goes, God, I wish I would have got more video of
 3    that woman because something wasn't right there.
 4            And we watched these groups of guys that came up
 5    towards that tunnel and were fighting.  The weird thing was
 6    that at the time we didn't know if it was the police trying to
 7    get out or them going in.  I know that sounds crazy.  But from
 8    where we were, we didn't know that.  We had gotten a little bit
 9    of a word.  We heard people saying that someone had died.  That
10    seemed to enrage that group that was really up there in that
11    tunnel that was fighting.
12            There was less to me in the area that we were at that
13    time.  It felt like there was a lot of media watching that
14    tunnel, and it almost felt staged.  It just felt off
15    completely.
16            At one point I had found, it looked like it was
17    homemade, some little baton.  They have shown it.  I picked it
18    up.  I was like, Cool, I'm taking a souvenir.  Stood there with
19    it.  I ended up putting it in my backpack and had taken it with
20    me.  I don't know what happened to it after I got locked up.  I
21    wish I had it.  I would show it to you.
22            THE COURT:  Okay.  Let's stop there.  All right.  So,
23    Mr. Mock, you may retake your seat.
24            MR. MOCK:  Thank you.
25            THE COURT:  Actually, I will have you go to the podium
```

```
 1   now.
 2           So we want to talk about how much is left and try to
 3   figure out when we are going to do this because I have a pretty
 4   full schedule.
 5           All right.  So how much more direct testimony do
 6   you -- would you expect to give?
 7           MR. MOCK:  I would -- the videos are basically what I
 8   would like to bring forward, most specifically the four alleged
 9   assaults.  There's a few you haven't seen.  I would like to go
10   through them with narrative obviously.
11           I would say try to -- you've heard what I have said,
12   so I just want to basically corroborate that.  I don't want to
13   totally pigeonhole myself here, but to reasonably go through it
14   and do myself justice for this, I feel like three-ish hours.
15           THE COURT:  Three hours?  No.  Again, I have let you
16   talk and testify for -- it's been about an hour and a half or
17   so.  To sort of show each of the videos and go through each of
18   them regarding each of these events, about a half hour seems
19   about right, maybe a little bit longer.  But there's no way
20   it's going to take three hours to do that.
21           So, I mean, you can -- again, you can go through
22   each -- you have already explained what happened.  I have seen
23   the videos in the government's case.  And you can point things
24   out in each of these.  But, you know, I expect you to say a
25   half hour, maybe 45 minutes or so, at the end of which you can
```

```
 1    tell me why there's compelling need for more than that.  But

 2    that seems about right to me.

 3            MR. MOCK:  All right.

 4            THE COURT:  So then the government cross.  How long is

 5    the government expecting for cross of Mr. Mock?

 6            MR. JONES:  I can already tell that I am going to want

 7    longer than the Court is going to want to give me.  I will take

 8    what the Court can give me, and I will work within the Court's

 9    parameters.

10            THE COURT:  Okay.  So, again, Mr. Mock, when he will

11    be done, will have gone on for -- well, if he takes 45 minutes,

12    it will have been about 2 hours, 15.  So I would imagine that

13    I'm not going to give you more than about an hour and a half.

14            MR. JONES:  Hour and a half, Your Honor?

15            THE COURT:  Yes.

16            MR. JONES:  Okay.

17            THE COURT:  Again, much of what Mr. Mock said,

18    particularly in background, is not something that is necessary

19    for cross.

20            All right.  So even if we say that's -- then with

21    closings and verdict, we are still probably looking at five or

22    six hours.

23            And you don't have any further evidence, Mr. Mock --

24    no further witnesses, I mean?

25            MR. MOCK:  No.
```

```
 1              THE COURT:  Is the government expecting any rebuttal?
 2              MR. JONES:  No, Your Honor.  I want to reserve the
 3    right to a rebuttal depending on what he says on direct, but at
 4    this time, we have no anticipation of a rebuttal witness.
 5              THE COURT:  Got it.
 6              So it's not tomorrow.  It's not Monday.  I am going to
 7    be here July 3.  I don't know if the government -- I mean if
 8    counsel are going to be on leave.
 9              MR. GORDON:  Yes, Your Honor.  The week of July 1
10    to 7 --
11              THE COURT:  The whole week?
12              MR. GORDON:  The whole week, I will be in a totally
13    different city with my kids.
14              THE COURT:  Okay.  So I could do the 11th.  I've got
15    pretty much all day available on the 11th.  How's that?
16              MR. GORDON:  Fine for me.
17              MR. JONES:  I have a sentencing at 12:30, but I can
18    probably give that to another AUSA, Your Honor.
19              THE COURT:  Mr. Mock, how is that for you?
20              MR. MOCK:  Fine.
21              THE COURT:  Mr. Moyers?
22              MR. MOYERS:  I have a trial in Wisconsin.  It will
23    probably -- you know what?  No, we will plead that out.  That's
24    not going to go.  So yeah, I am happy to come out.
25              THE COURT:  All right.  We will continue the trial
```

```
1    9:30 on the 11th.  I will expect to be done with the evidence

2    by lunchtime, and we are going to do closings.  And if I can't

3    do the -- I would hope to do the verdict on the -- the verdict

4    will either be right after closings, or it will be on the 12th,

5    the next day.  Okay?

6              Government available on the morning of the 12th if

7    necessary?

8              MR. GORDON:  Yes.

9              MR. JONES:  Yes, Your Honor.

10             THE COURT:  Defense, Mr. Mock, you are available?

11             MR. MOCK:  Yes, sir.

12             THE COURT:  So we will continue on the 11th, which I

13    don't particularly like.

14             Okay.  Yes?

15             MR. GORDON:  Sorry, Your Honor.  Did the Court have

16    other matters to address?

17             THE COURT:  No.

18             MR. GORDON:  Okay.  The other thing I wanted to ask

19    the Court is whether you would be receptive to a motion to

20    reconsider your -- either call it Rule 29 or call it preemptive

21    verdict on the dangerous weapon element.

22             THE COURT:  I can't prevent you from doing anything,

23    but I would not -- you may do what you wish, but I am not

24    terribly -- wouldn't be terribly inclined to --

25             MR. GORDON:  I raise it, Your Honor, mostly on legal
```

1    grounds, not factual ones.  That's why I wanted to talk to the

2    Court about it before going to the trouble of drafting it.

3         There have been other January 6 cases where

4    specifically a flagpole, I can't say what material the flagpole

5    was made of, but a flagpole was used --

6         THE COURT:  And I think, and don't get me wrong,

7    Mr. Gordon, I think many flagpoles -- there's one right here --

8    are made of wood or metal and would absolutely qualify.  What I

9    saw, this one, which seemed to be a piece of pretty light,

10   flimsy plastic, I just don't think gets there.

11        But I agree.  Let my ruling not be characterized that

12   flagpoles are not dangerous weapons.  I absolutely think they

13   can be, and more frequently than not are.

14        MR. GORDON:  Thank you.  That's what I wanted to

15   clarify since we have other projectile cases that I could brief

16   for the Court.  But if it's as fact specific as you are

17   indicating, then it doesn't --

18        THE COURT:  It is very fact specific and largely based

19   on its flight path and what I saw.

20        MR. GORDON:  Understood.  Thank you, Your Honor.

21        THE COURT:  Okay.  All right.  Thanks, everybody.

22   July 11, 9:30.

23        (The trial adjourned at 5:05 p.m.)

24              - - -

25                  C E R T I F I C A T E

1

2          I hereby certify that the foregoing is an

3    accurate transcription of the proceedings in the

4    above-entitled matter.

5

6

7    8/23/23              s/ Tammy Nestor
                          Tammy Nestor, RMR, CRR
8                         Official Court Reporter
                          333 Constitution Avenue NW
9                         Washington, D.C. 20001
                          tammy_nestor@dcd.uscourts

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. GORDON: [74]
3/3 3/9 3/17 5/6 9/7
9/17 9/22 10/18 10/21
11/8 13/18 15/11 18/1
18/9 19/4 19/14 20/3
20/23 21/12 22/25
25/16 25/25 26/7
26/12 26/20 26/22
26/24 29/23 32/23
33/25 36/7 37/8 37/20
38/3 39/4 39/13 41/8
42/21 43/18 43/22
45/10 45/17 45/25
54/2 55/2 55/17 56/8
57/9 58/3 58/23 59/5
59/11 62/14 62/20
63/16 64/3 67/14
67/21 69/15 71/13
127/15 127/17 128/8
128/18 128/23 182/9
182/12 182/16 183/8
183/15 183/18 183/25
184/14 184/20
MR. JONES: [49] 13/2
13/6 13/11 72/23
75/23 84/1 86/17
88/10 89/6 89/13
90/10 93/16 93/19
94/24 97/19 98/21
99/13 99/25 100/16
100/21 101/10 101/25
102/8 102/10 103/18
103/23 106/5 110/8
114/15 114/18 120/19
122/14 122/16 123/3
125/1 125/9 125/14
125/25 126/7 127/6
131/3 131/25 158/13
181/6 181/14 181/16
182/2 182/17 183/9
MR. McDANIEL: [7]
65/1 65/18 66/3 66/11
66/13 67/2 67/16
MR. MOCK: [133]
3/12 3/21 4/1 4/3 4/16
4/20 8/3 8/14 8/22
10/7 11/1 11/17 14/6
14/10 14/24 15/2 15/8
15/10 15/15 15/19
15/22 18/13 18/18
18/20 18/23 19/10
19/20 19/25 20/7
20/15 22/18 23/16
23/21 25/13 30/5 30/9
31/2 33/6 35/13 35/20
36/11 36/15 37/10
37/13 37/15 38/5
39/16 42/22 44/20
45/7 55/18 58/5 59/15
60/25 61/8 61/12
61/15 61/22 61/25
62/2 62/5 62/8 62/24
63/3 63/8 64/10 64/13
66/10 67/9 67/12
67/23 69/19 71/20
72/25 76/3 76/7 76/17
76/19 84/4 88/13 89/8
93/25 94/2 94/10

97/21 97/24 99/2
99/11 99/15 100/12
100/14 100/20 100/23
102/20 102/24 103/1
103/4 103/12 104/10
104/12 104/15 105/14
106/2 109/22 114/25
125/3 126/11 126/17
126/19 126/22 127/9
127/23 128/2 128/5
129/2 129/17 129/19
131/5 132/4 158/15
163/21 164/1 169/18
169/20 179/24 180/7
181/3 181/25 182/20
183/11
MR. MOYERS: [2]
12/8 182/22
MS. PETERSON: [4]
6/17 9/3 9/11 12/23
THE COURT
REPORTER: [1]
117/11
THE COURT: [253]
3/2 3/11 3/13 3/19
3/25 4/2 4/10 4/19 5/3
5/23 6/3 7/24 8/4 8/20
8/24 9/9 9/14 9/20
10/14 10/19 10/23
11/6 11/16 12/4 12/9
12/22 13/1 13/5 13/9
13/12 13/24 14/9
14/22 15/1 15/3 15/9
15/14 15/17 15/21
15/23 16/12 18/2
18/10 18/14 18/19
18/21 18/24 19/5
19/11 19/15 19/21
20/4 20/9 20/24 21/13
21/22 22/16 22/19
23/1 23/13 23/18
25/14 25/21 26/5 26/8
26/18 26/21 26/23
26/25 29/24 30/6
30/10 30/14 30/25
32/24 34/1 34/22
35/14 36/8 37/9 37/11
37/14 37/22 38/4 38/8
39/14 39/17 41/9
43/19 43/23 44/3
44/19 45/8 45/12
45/23 46/1 52/9 55/3
55/19 55/23 56/9
57/10 58/4 58/24
59/12 61/1 61/4 61/11
61/13 61/16 61/23
62/1 62/4 62/6 62/9
62/18 62/21 62/25
63/4 63/9 64/2 64/6
64/11 64/14 64/24
65/2 65/19 65/22 66/9
66/12 67/1 67/7 67/10
67/13 67/15 67/18
67/22 67/24 69/18
71/18 72/24 73/1
75/25 76/6 76/14
76/18 79/3 79/17 84/2
88/12 89/7 90/11

94/11 95/1 95/13 96/5
96/7 97/20 97/22
98/24 99/3 99/10
99/14 100/1 100/4
101/11 102/2 102/9
102/12 102/15 102/22
102/25 103/3 103/7
103/24 104/8 104/11
104/13 104/19 105/15
105/15 105/25 106/3
110/6 114/13 114/16
115/1 116/20 117/7
117/13 118/7 120/17
122/7 122/13 122/15
124/20 124/25 125/2
125/10 125/15 126/1
126/8 126/14 126/18
126/21 126/23 127/7
127/10 127/16 127/18
127/20 127/24 128/3
128/18 128/21 128/23
128/25 129/4 129/10
129/12 129/14 131/4
132/1 158/14 163/11
163/16 163/20 163/24
169/19 179/22 179/25
180/15 181/4 181/10
181/15 181/17 182/1
182/5 182/11 182/14
182/19 182/21 182/25
183/10 183/12 183/17
183/22 184/6 184/18
184/21
THE COURTROOM
DEPUTY: [9] 3/4 6/2
15/25 16/5 30/15
30/19 68/2 68/7 129/5
THE WITNESS: [50]
16/6 16/13 22/20 23/3
30/13 34/4 37/24 38/7
38/9 41/17 44/4 52/10
56/1 57/11 59/1 59/6
69/20 70/24 71/16
79/7 79/18 86/3 87/5
87/19 90/12 93/21
93/24 94/1 94/3 94/14
95/3 96/6 98/22 100/3
100/6 102/1 102/5
102/13 104/2 104/21
106/1 109/23 112/8
115/2 119/11 124/3
124/22 129/11 129/13
163/15

'

'60s [1] 134/7
'94 [1] 132/6

0

00444 [1] 1/3

1

10 [4] 74/1 80/12 89/2
96/25
10 feet [1] 80/14
1000 [1] 1/21
11 [3] 120/6 120/7
184/22
11:00 [1] 12/25

11:30 [1] 61/3
11th [4] 182/14 182/15
183/1 183/12
12 [5] 56/16 86/5
118/9 120/8 122/3
12:00 [1] 13/14
12:09 [1] 64/23
12:11 [1] 65/21
12:28 [1] 160/23
12:30 [1] 182/17
12th [8] 136/9 137/17
140/5 143/3 143/25
146/9 183/4 183/6
14 [5] 86/5 118/10
121/23 122/3 152/7
14-year-old [1] 146/12
15 [3] 74/1 96/25
181/12
15-ish [1] 152/7
150 [1] 1/16
1512 [1] 76/3
16 [1] 121/7
17 [1] 121/8
18 [5] 31/13 31/14
31/16 69/2 121/24
1870s [1] 126/6
19 [1] 31/12
1:00-ish [1] 147/3
1:30 [2] 65/16 65/20

2

20 [3] 84/13 118/12
130/1
20-some [2] 138/6
146/7
20001 [2] 1/24 185/9
20002 [1] 1/16
2009 [1] 26/2
2015 [1] 69/4
2016 [3] 69/4 131/7
131/8
2019 [2] 27/9 27/13
2020 [14] 22/2 22/17
39/9 45/3 48/21 57/24
69/5 70/7 112/1
130/17 131/8 131/24
133/1 136/4
2021 [2] 16/25 31/12
2022 [3] 7/4 28/6 28/8
2023 [1] 1/5
21 [1] 31/11
21-00444 [1] 1/3
21-444 [1] 3/5
22 [1] 1/5
23 [1] 185/7
26 [2] 123/4 123/4
29 [1] 183/20
2:00 [1] 147/23
2:00 p.m [1] 107/2
2:00-ish [1] 152/4
2:25 [9] 75/5 77/14
77/15 78/16 78/22
79/2 87/16 87/20
111/16
2:25 p.m [1] 106/20
2:27 [1] 89/16
2:28 [2] 89/10 160/23
2:30 [2] 94/17 101/4
2:31 [1] 101/4

3

30 [6] 84/13 94/18
119/22 123/3 170/20
175/23
30 feet [1] 83/4
30 yards [1] 82/21
302 [7] 11/3 11/24
12/3 14/12 14/17
14/21 15/1
302s [4] 11/1 11/8
12/14 13/12
31 [1] 142/6
3200 [1] 1/13
333 [2] 1/24 185/8
33602 [1] 1/13
338 [1] 92/22
35 [3] 94/18 98/13
105/2
36 [1] 119/25
3:00 [1] 74/11
3:00 or [1] 113/25

4

4 feet [1] 93/11
40 [1] 120/21
400 [1] 1/12
44 [1] 118/20
444 [1] 3/5
45 [3] 105/2 180/25
181/11
4:00 [1] 74/12
4:00 in [1] 137/2
4:00 or [1] 113/25
4:05 [1] 122/16
4:10 [1] 122/17
4:14 [1] 163/19
4:27 [1] 104/21
4:35 [1] 104/21

5

5-8 [2] 166/12 168/24
50 [1] 95/7
50 yards [1] 106/22
50,000 [1] 80/4
51 [1] 124/16
511 [2] 99/6 118/21
518.2 [1] 54/6
53705 [1] 1/21
55 [1] 123/25
57 [1] 120/25
5:00 in [1] 74/12
5:00 or [1] 113/25
5:05 [1] 184/23
5:45 [1] 74/22

6

60 percent [1] 138/11
601 [1] 1/20
6:00 [1] 74/22
6th [1] 136/6

7

70 [1] 138/11

8

8/23/23 [1] 185/7
80 percent [2] 138/11
138/12

90 percent [1] 138/13
90-some [1] 138/16
910 [1] 39/24
99 [1] 165/21
9:30 [1] 184/22
9:30 on [1] 183/1
9:33 [1] 3/1
9:50 [1] 12/21

A
a.m [3] 3/1 12/21 61/3
abandoned [1] 50/24
able [9] 12/1 14/12
29/4 63/24 66/5
100/17 105/3 112/12
128/12
about [162] 5/7 5/18
6/14 7/11 8/4 8/5 8/15
8/17 8/19 10/15 11/14
13/7 18/21 19/2 19/3
19/19 19/22 19/24
20/6 20/12 21/5 21/24
23/9 26/15 26/16
26/17 27/24 27/25
28/3 28/4 28/14 29/9
31/17 32/2 32/3 33/2
33/3 34/18 38/23
39/22 42/3 43/4 43/11
45/21 47/18 48/18
48/20 48/21 48/23
48/23 49/1 49/7 49/12
49/14 49/17 50/1
53/18 56/4 56/9 56/22
56/23 56/25 57/4 57/6
57/14 58/1 58/11
66/14 66/16 66/19
69/2 69/4 70/6 71/15
72/9 73/7 73/15 73/22
74/20 75/4 76/15
77/15 78/13 78/22
81/12 82/20 83/23
85/18 88/11 93/1 93/3
94/7 97/22 98/16
101/22 105/15 107/5
107/9 107/19 108/3
108/21 109/9 109/13
111/2 111/20 111/23
112/17 113/7 114/9
116/18 116/19 117/2
123/10 125/19 128/16
129/19 131/1 131/10
131/12 132/9 133/15
133/24 138/5 138/5
138/6 138/8 138/9
138/12 140/4 140/6
140/7 140/10 142/16
142/17 144/11 148/21
152/17 152/19 156/14
156/16 160/17 160/18
163/21 163/25 167/2
168/6 168/15 172/9
172/24 173/19 177/7
180/2 180/16 180/18
180/19 181/2 181/12
181/13 184/2
above [5] 80/9 157/24
166/5 166/21 185/4

185/4
absolute [1] 83/24
absolutely [11] 71/5
72/4 73/12 83/18
85/13 92/17 118/5
159/20 159/23 184/8
184/12
access [3] 5/12 5/15
172/21
accident [3] 3/24 4/3
12/7
accosted [1] 73/12
accurate [9] 18/5 20/8
20/11 33/13 40/5 40/7
107/1 173/7 185/3
accurately [1] 78/8
accuse [1] 103/9
accused [1] 172/23
acquitted [3] 29/11
29/14 29/21
across [5] 87/10 130/1
134/6 146/3 160/7
act [5] 24/7 125/12
126/5 132/6 153/10
acting [2] 125/8 155/13
action [2] 25/3 43/16
actions [3] 19/3 23/10
122/1
active [1] 130/6
activities [1] 22/23
actual [5] 7/10 24/6
90/4 141/9 174/18
actually [45] 4/17 8/16
14/21 73/10 74/6 74/8
75/25 77/13 82/6
85/18 87/14 96/14
127/13 132/7 132/17
132/20 132/21 134/21
136/2 136/4 136/21
144/24 145/24 146/15
148/7 152/15 156/17
159/16 161/14 162/21
164/21 166/12 167/24
169/14 175/2 175/6
175/13 176/10 176/14
177/17 177/18 178/1
178/14 178/15 179/25
address [5] 4/15 7/8
59/13 175/20 183/16
adjourned [1] 184/23
admit [1] 133/24
admitted [7] 18/11
19/23 21/14 23/1
32/10 32/25 55/24
admitting [1] 87/7
adrenaline [2] 96/15
174/17
adults [1] 135/23
advance [2] 87/9 87/15
advantages [1] 12/17
advertising [1] 69/6
advice [3] 7/17 7/19
7/21
advise [7] 6/12 62/10
62/22 64/15 64/17
65/3 65/12
advised [3] 6/15 65/13
66/24

63/1
affected [1] 158/8
affecting [1] 130/17
afraid [5] 73/13 81/14
81/17 83/21 158/7
after [30] 15/5 17/2
18/5 52/24 52/25 53/3
53/6 53/7 53/10 56/6
56/7 56/14 60/18 63/7
63/13 65/13 89/5 95/7
95/22 103/14 114/8
114/20 121/19 122/2
123/21 136/1 136/18
174/17 179/20 183/4
afternoon [5] 65/22
68/2 106/8 106/9
163/23
afterwards [4] 50/12
63/8 92/10 168/3
again [54] 4/10 6/15
7/25 13/24 17/2 19/5
19/15 19/23 23/18
32/25 32/25 35/11
36/9 41/9 41/10 41/11
55/19 60/14 62/12
65/19 65/24 67/15
81/17 95/13 99/1
99/11 103/10 103/24
105/25 108/2 108/12
114/13 117/14 144/4
152/1 152/3 153/18
153/23 157/14 159/2
159/5 160/10 164/20
165/1 165/12 165/23
169/23 169/25 171/3
171/11 180/15 180/21
181/10 181/17
against [8] 6/10 35/9
36/4 72/1 109/3 110/2
161/22 170/24
aggravated [1] 26/3
aggressive [5] 81/5
82/9 82/12 153/17
158/11
agitators [1] 90/23
ago [6] 6/16 34/9 54/1
111/20 134/5 148/13
agree [13] 39/14 54/21
71/18 73/18 84/2
110/14 110/19 132/6
134/15 136/22 147/19
163/25 184/11
agreed [3] 28/24
136/23 141/20
ahead [23] 3/20 10/23
16/9 20/24 21/15
22/19 24/4 34/3 41/16
42/1 43/24 45/16
55/25 63/6 99/7 110/7
121/6 122/16 123/3
129/14 132/3 147/19
167/16
air [9] 84/20 84/24
87/3 87/5 151/8
155/25 158/9 169/12
169/22
AJ [5] 13/19 30/9
42/24 53/5 64/4

5/23 5/25 6/22 8/18
11/16 12/4 12/15
13/20 17/21 18/8
19/20 23/13 25/7 27/7
28/7 29/18 31/8 31/14
34/23 36/1 36/3 37/2
44/3 45/23 54/5 54/13
54/16 55/1 55/23 57/6
58/4 60/9 60/10 60/24
61/4 62/9 63/4 63/9
65/17 65/19 65/20
67/7 67/10 67/24
68/22 69/18 69/24
69/25 71/9 71/16 73/6
75/20 76/12 76/13
76/19 80/5 80/15
80/16 80/25 81/1
81/12 83/20 84/7
84/20 85/22 86/10
86/11 86/25 87/10
88/12 89/24 90/4 90/8
90/13 90/15 90/18
90/23 90/25 91/10
91/12 93/1 95/13 97/6
97/16 97/22 100/18
100/21 100/23 102/16
102/18 104/8 107/15
109/6 109/13 109/18
110/24 111/2 116/1
116/10 116/13 116/16
118/12 118/15 118/19
120/17 121/7 122/15
125/15 127/10 129/12
129/17 134/17 134/19
135/3 135/5 135/9
135/21 136/2 137/2
137/7 137/13 139/7
139/10 139/20 140/9
143/17 144/9 144/10
145/10 145/13 145/13
145/14 146/4 146/16
146/18 146/19 147/5
148/1 149/2 149/7
150/6 151/7 151/9
152/21 152/24 153/18
153/24 153/24 154/21
154/22 155/11 155/22
155/25 156/19 159/7
159/7 159/10 160/19
161/1 162/14 163/9
163/11 163/13 164/16
165/5 165/8 165/8
165/9 166/12 167/5
167/12 167/19 168/24
171/12 173/19 173/21
174/22 174/24 177/2
179/22 180/5 181/3
181/20 182/15 182/25
184/21
allegation [1] 165/11
allegations [1] 21/5
alleged [8] 17/5 23/10
148/1 148/1 165/5
168/11 170/25 180/8
allegedly [1] 6/11
allow [1] 113/9
allowed [1] 95/6
allowing [1] 92/16

86/11 87/10 179/14
alone [1] 175/18
along [8] 6/21 14/16
61/18 104/12 120/18
139/20 173/20 173/21
already [4] 77/10 102/7
180/22 181/6
also [14] 9/9 13/15
34/22 59/13 75/23
81/10 90/16 92/18
103/4 107/11 108/15
109/2 117/25 134/9
altercation [2] 111/18
125/12
alternative [1] 14/15
although [3] 26/9 58/24
75/12
Alvarez [2] 14/19
17/16
always [12] 27/22
27/23 58/13 58/17
70/5 130/5 130/9
142/11 144/2 148/24
159/11 160/11
am [61] 4/12 16/21
19/5 20/9 23/18 26/5
26/19 26/22 26/24
29/19 34/21 37/5
50/10 54/5 60/17
61/16 62/24 69/16
71/19 73/10 77/1
78/12 81/17 91/25
97/13 98/3 99/5 99/7
104/13 118/20 119/22
120/21 121/6 123/25
124/1 128/19 129/20
129/20 130/23 131/6
131/13 131/14 132/1
135/7 135/15 135/24
139/1 142/15 145/4
154/4 156/17 158/23
162/23 163/15 164/15
167/20 169/18 181/8
182/6 182/24 183/23
Amendment [13] 6/10
15/12 61/13 61/24
62/7 63/10 65/5 67/4
112/15 126/5 137/19
140/11 145/21
AMERICA [4] 1/2 3/5
112/15 113/2
American [5] 44/12
112/5 130/10 130/12
141/5
amongst [3] 80/21
153/6 154/4
amount [1] 138/16
anarchist [1] 70/13
anchors [1] 36/1
angering [1] 161/16
angry [5] 50/23 59/22
133/11 152/14 177/12
announcement [2]
73/24 73/24
announcements [1]
77/25
anonymous [1] 31/19
another [19] 4/24 4/24

another... [17] 8/9 8/22
14/3 20/13 36/9 36/11
38/2 53/9 63/11 73/25
103/17 115/8 127/12
156/18 160/22 163/24
182/18
answer [21] 11/19
21/13 22/19 23/2 34/3
39/15 39/17 55/25
57/10 58/24 66/22
73/2 78/21 79/4 79/4
79/23 84/19 102/2
102/3 117/10 117/12
answered [1] 55/10
answering [1] 108/19
answers [1] 178/18
antagonistic [1] 79/10
antagonize [1] 91/9
ANTHONY [3] 2/6
30/16 31/5
anti [4] 70/21 71/4 71/4
81/11
anti-election [1] 81/11
anti-Trump [2] 70/21
71/4
anticipation [1] 182/4
Antifa [10] 57/1 57/4
57/6 70/13 70/18
72/10 73/6 73/16
144/11 178/18
antiwar [1] 132/4
anxiety [1] 158/12
any [92] 5/17 5/24 6/24
6/25 7/10 7/11 7/22
7/22 8/11 8/11 9/5 9/5
12/22 13/24 20/2 21/4
21/8 21/9 21/11 21/17
21/18 22/13 22/22
23/7 23/10 23/17 24/7
24/8 24/18 25/3 25/3
25/6 28/21 29/24 32/4
32/17 38/20 42/24
55/3 55/15 55/21
56/18 56/22 56/23
57/17 58/8 61/20
62/10 62/16 62/17
62/18 62/21 62/25
63/1 64/5 65/9 65/11
67/10 72/12 75/17
77/16 77/25 80/11
84/9 84/9 89/20 89/20
92/12 94/19 95/19
95/21 97/11 105/3
111/5 121/13 125/2
125/16 134/3 137/10
138/2 138/2 139/11
144/18 152/15 156/17
160/20 163/2 165/20
166/3 172/21 181/23
182/1
anybody [19] 75/19
76/1 76/22 110/21
110/25 112/10 121/14
132/16 141/19 144/16
147/1 147/1 158/19
159/13 159/14 170/3
171/5 176/1 176/4
anybody's [1] 35/11

anymore [3] 16/25
60/15 60/18 147/12
anyone [16] 17/7 25/7
25/11 26/2 35/4 42/25
45/22 75/21 77/2 93/8
99/2 101/23 111/5
142/1 163/2 169/4
anything [44] 20/12
21/17 22/13 22/23
23/5 23/11 23/16 28/4
36/3 40/1 41/6 41/19
49/1 56/4 56/6 56/25
57/4 57/21 67/18
67/20 67/22 69/11
75/4 76/24 77/2 83/14
83/15 86/25 89/1
103/9 105/2 105/11
105/19 109/10 111/5
123/23 127/8 137/25
141/11 147/1 150/8
156/16 177/9 183/22
anyway [1] 96/18
anywhere [3] 23/6
77/23 151/4
apart [1] 130/21
apologize [2] 15/15
120/20
apparently [3] 11/2
38/12 76/11
appear [1] 79/9
APPEARANCES [1]
1/10
appreciate [2] 64/25
149/4
apprised [1] 6/8
approach [4] 26/13
65/23 77/15 80/9
approached [7] 77/5
77/9 78/3 116/22
117/17 117/20 131/7
approximately [3]
77/13 101/3 118/12
are [195] 3/4 3/18 4/14
4/14 9/5 11/15 11/24
12/7 12/17 13/13
13/15 13/17 13/18
14/2 15/8 15/16 15/18
16/19 17/5 19/9 20/4
20/7 21/24 22/16 24/7
27/20 28/14 28/17
29/3 29/6 29/11 31/10
32/24 34/13 35/4 37/5
39/6 39/15 40/7 40/9
41/13 41/15 44/15
45/11 46/17 46/25
47/15 47/15 51/12
51/14 53/21 56/16
58/8 58/14 61/19 63/1
63/17 63/23 63/24
64/4 64/8 64/14 65/3
65/11 65/16 68/18
71/14 76/4 76/21
78/17 79/4 79/7 80/8
81/11 81/11 82/10
84/24 85/16 87/10
87/21 88/18 90/23
92/25 95/24 100/1
100/1 100/17 101/2
101/5 101/14 102/15

166/12 107/19 108/6
108/21 110/6 111/3
111/9 111/10 116/3
116/5 122/13 123/10
123/10 123/15 123/23
127/10 128/4 128/9
129/15 130/13 130/13
131/18 133/23 137/16
138/19 142/24 143/18
143/20 148/7 148/8
148/8 148/22 148/24
149/2 149/3 149/4
149/14 149/23 150/10
150/12 150/14 150/18
150/20 152/15 152/19
153/3 153/23 154/4
155/1 155/2 155/12
155/13 155/17 155/20
155/22 156/2 156/6
156/7 157/5 157/6
157/12 157/7 157/9
157/12 158/19 158/22
159/11 160/4 160/5
161/9 162/7 163/11
163/22 164/21 166/24
167/1 167/2 167/5
167/9 167/16 169/19
170/8 170/21 170/22
171/12 171/17 172/3
174/24 177/10 177/11
177/12 180/3 180/7
181/21 182/8 183/2
183/10 184/8 184/12
184/13 184/16
area [31] 77/16 85/24
86/3 87/24 91/23
93/25 98/2 98/8 98/9
101/22 102/21 104/17
106/24 106/25 107/3
108/13 114/8 129/24
129/25 147/4 147/17
153/2 159/6 161/22
171/11 171/13 175/15
177/24 178/9 178/22
179/12
areas [2] 34/15 162/9
aren't [4] 58/9 130/14
136/23 158/24
arguably [1] 19/22
arguing [2] 41/15
90/16
argument [1] 138/1
Arizona [1] 139/9
armed [1] 133/11
arms [1] 170/8
around [34] 12/1 38/16
43/14 69/5 69/5 72/18
74/22 75/13 81/9
88/20 98/17 106/20
115/19 122/1 130/8
130/17 135/14 137/8
137/19 146/7 147/23
148/3 149/8 152/12
158/6 161/4 167/4
172/11 175/7 176/12
176/20 177/2 177/25
177/25
arrest [1] 20/17

48/12 50/16 159/23
arrive [4] 30/12 64/15
74/10 80/3
arrived [3] 64/16 77/15
86/11
arrives [5] 4/13 9/16
63/5 63/12 64/21
articulate [1] 55/15
as [144] 6/8 6/20 7/18
11/13 11/17 11/17
11/24 12/3 12/3 16/4
20/5 24/7 24/8 27/20
30/18 36/22 37/18
39/1 42/19 44/24
46/23 47/12 47/25
49/8 50/9 54/5 55/15
55/21 56/9 57/19
58/20 58/22 59/4 59/8
60/15 61/10 61/14
63/21 64/11 64/11
66/3 66/13 68/6 69/1
69/10 70/7 71/15
74/23 76/8 76/9 76/13
77/5 78/1 78/3 80/5
80/6 80/9 80/17 82/1
82/1 82/1 82/13 83/22
85/8 85/25 87/7 90/1
91/17 91/24 91/24
92/4 92/4 92/5 92/7
92/12 92/13 92/3 94/3
94/21 95/10 97/10
98/3 100/9 103/25
105/3 105/21 111/20
114/15 115/6 117/25
119/17 129/9 130/5
130/10 130/10 130/16
131/7 131/24 132/25
132/25 133/19 133/21
133/23 134/23 135/19
135/19 137/22 136/9
139/24 140/3 142/1
142/1 142/7 145/23
146/4 148/12 149/25
150/10 150/22 150/23
153/17 153/17 157/18
158/4 161/1 161/4
162/11 162/16 164/18
164/24 167/14 167/16
168/5 168/9 168/9
172/2 173/1 174/13
174/19 176/1 176/4
176/10 184/16 184/16
aside [1] 50/7
ask [27] 9/6 18/19
19/19 21/15 21/23
23/16 25/19 32/4 33/1
33/3 36/9 37/11 41/9
41/16 43/2 45/10
55/19 69/15 84/22
90/11 110/2 116/22
116/23 124/4 127/13
128/21 183/18
asked [27] 5/13 6/12
7/5 11/8 11/18 17/19
17/21 23/13 26/1
55/11 108/3 109/9
109/10 109/12 109/16
109/18 115/13 115/17

124/3 125/19 125/22
127/24 128/11 159/18
asking [16] 29/19
29/19 83/24 91/4 91/5
94/2 94/6 94/7 94/12
104/19 107/23 109/16
109/16 116/18 116/19
156/5
aspect [1] 134/20
assault [4] 26/3 168/11
170/25 171/4
assaulted [2] 29/20
48/10
assaulting [5] 29/12
41/21 86/23 98/13
121/13 122/11
assaults [3] 148/1
165/5 180/9
assemble [1] 72/22
assessment [2] 73/4
152/19
assist [1] 7/6
assistance [1] 7/4
assistant [1] 7/8
associated [2] 131/21
160/19
assume [3] 46/23
63/13 165/19
assuming [2] 14/16
151/22
atmosphere [1] 142/25
attack [1] 72/20
attacked [10] 70/17
70/19 70/24 71/7
73/15 73/17 124/22
143/7 160/9 160/12
attacking [3] 90/8
152/15 158/4
attacks [1] 133/15
attended [2] 71/23
72/19
attending [1] 71/2
attention [6] 7/16 7/23
130/15 139/21 166/24
169/24
attorney [5] 9/11 13/8
62/22 63/1 99/14
Attorney's [1] 1/11 1/15
attorneys [1] 6/21
audio [1] 118/18
Auditor [2] 69/8 70/11
AUSA [1] 182/18
authority [1] 113/11
AV [1] 155/14
available [4] 14/2
182/15 183/6 183/10
Avenue [2] 1/24 185/8
average [3] 144/15
144/21 144/22
avoid [1] 48/25
aware [13] 26/1 26/5
35/17 39/6 50/6 56/16
62/24 65/11 112/18
112/20 113/23 130/6
130/9
away [13] 40/6 50/12
60/3 68/20 93/11
141/13 147/6 161/9

**A**

away... [5] 162/8
162/14 176/3 176/9
177/13
awesome [1] 146/15
awful [1] 157/2

**B**

back [87] 5/9 5/25
10/16 12/9 12/15
25/22 50/8 50/10
50/17 53/11 65/16
75/6 75/10 83/4 86/10
87/9 87/23 88/22
89/24 92/4 92/5 92/7
92/8 92/14 94/22
96/13 96/15 97/3
97/10 104/21 108/11
108/16 108/18 108/23
109/3 112/25 113/11
113/18 119/11 119/14
123/15 123/22 127/2
127/17 127/20 128/10
135/6 136/3 136/7
139/19 140/13 143/10
150/3 151/2 151/13
154/9 155/19 156/20
157/16 157/19 160/16
160/25 162/12 162/18
163/9 165/1 165/3
166/19 167/6 168/25
170/15 170/16 171/1
171/3 171/14 171/18
172/6 172/12 173/13
173/24 174/4 175/20
175/21 176/4 176/7
176/8 178/3
backed [1] 119/1
background [2] 97/7
181/18
backpack [3] 52/7
144/6 179/19
backwards [1] 80/25
backyard [1] 130/8
bad [14] 77/2 77/4
126/23 153/19 153/21
153/21 153/22 158/5
158/6 168/25 169/21
174/5 174/6 176/19
balance [2] 165/24
166/1
balances [2] 139/18
141/4
balcony [1] 97/1
balls [1] 157/24
bang [1] 83/10
bangs [5] 79/14 82/16
86/20 155/25 156/8
bar [1] 100/16
barely [3] 166/12
168/25 170/14
barricades [1] 147/18
bars [1] 144/7
base [2] 103/1 170/15
baseball [1] 169/2
based [8] 12/2 33/18
35/25 43/14 66/18
67/4 86/19 184/18
basically [11] 44/24

93/13 104/22 112/9
140/11 152/9 180/7
180/12
basis [1] 102/10
baton [1] 179/17
be [161] 5/5 5/22 5/23
7/19 7/21 7/25 11/17
12/1 12/18 12/24 13/3
13/14 14/11 14/18
14/20 16/5 18/24
19/15 21/13 21/14
21/18 23/8 24/11
24/13 25/7 26/2 26/14
27/22 27/23 29/4
29/20 30/19 33/4
33/12 34/1 34/1 38/2
41/12 42/13 43/2
43/11 43/16 44/8
44/12 45/22 46/25
48/12 49/20 49/24
50/2 50/4 50/9 50/10
50/15 50/16 51/5
51/23 55/12 56/4
56/11 58/1 58/1 58/11
60/10 60/12 62/2 62/4
64/1 64/8 64/8 64/12
64/19 64/22 66/5 66/7
66/18 66/22 68/7 72/8
72/20 74/11 74/22
76/7 76/9 76/12 77/24
78/1 80/4 80/15 82/15
92/8 94/18 98/18
100/2 105/3 107/25
108/9 110/16 111/7
112/11 114/9 125/7
127/25 128/12 128/21
128/22 129/1 130/20
135/9 136/19 137/20
138/10 140/12 141/7
142/9 142/12 142/17
143/17 144/12 144/20
145/18 148/18 148/19
148/19 148/22 149/14
149/17 149/21 153/14
153/16 153/24 153/25
154/14 157/10 160/2
160/4 160/9 160/19
161/20 161/20 161/25
163/22 167/13 167/21
170/1 170/13 170/19
175/12 176/25 181/11
182/7 182/8 182/12
183/1 183/4 183/4
183/19 183/24 184/9
184/11 184/13
beanie [1] 52/2
bear [2] 148/17 157/15
beat [1] 84/14
beaten [2] 84/13 84/17
beating [7] 42/2 42/3
53/14 53/17 53/18
107/20 111/12
beats [1] 54/21
became [2] 49/10
134/13
because [97] 6/15 7/18
12/24 14/10 21/14
26/5 29/1 29/9 33/4

35/8 35/11 41/11 47/2
48/15 48/25 49/4
50/11 75/3 77/1 81/10
81/15 84/20 84/23
85/14 85/17 87/2
91/19 92/9 97/2 105/4
107/15 111/25 116/7
117/3 118/5 123/17
130/13 130/22 131/19
132/23 133/8 133/13
134/12 134/19 135/2
135/12 135/21 136/23
137/5 138/17 140/20
140/21 141/24 143/7
145/17 147/5 148/11
148/17 150/5 150/20
151/4 152/14 152/22
153/8 154/17 155/2
156/19 156/22 158/22
162/3 163/21 164/11
164/18 165/1 165/17
166/24 168/12 168/16
169/14 169/23 169/25
171/9 171/21 175/1
175/15 175/20 176/2
176/13 176/17 177/9
178/13 179/3 180/3
become [1] 13/7
becoming [1] 117/5
been [76] 3/14 3/19
4/3 6/8 11/20 12/1
14/17 16/3 18/11 21/8
27/9 27/16 28/7 29/18
30/17 32/10 32/25
42/17 47/18 47/25
47/25 63/18 66/4
66/24 68/5 69/25 74/8
83/1 83/2 85/2 92/18
113/20 114/20 116/14
125/23 129/8 131/10
131/12 131/14 131/16
131/24 132/13 138/6
138/8 142/13 144/4
144/10 145/11 145/12
146/4 146/7 146/9
146/11 146/20 146/21
146/25 148/7 148/11
148/14 149/20 155/6
158/2 160/25 161/1
163/12 164/1 168/13
168/14 172/10 173/19
174/5 174/24 174/25
180/16 181/12 184/3
before [51] 1/8 6/18
8/18 11/18 14/4 21/23
27/24 38/10 42/17
45/2 45/3 49/4 50/7
54/14 54/15 56/1 56/5
57/2 57/5 57/7 63/6
63/19 68/13 83/22
92/13 106/11 106/13
106/16 107/14 109/10
111/14 111/19 113/3
121/9 128/20 128/20
132/8 136/3 136/7
146/11 147/24 149/20
160/6 160/25 168/6
170/7 172/16 173/2

beforehand [1] 49/13
began [1] 3/1
beginning [4] 3/7 75/6
108/1 120/13
behind [19] 25/3 78/16
79/2 80/3 80/4 81/10
83/10 137/25 138/1
138/17 143/8 161/13
162/11 164/7 164/16
166/24 168/19 171/22
175/22
being [59] 6/6 11/21
11/24 24/8 26/1 35/17
35/18 36/4 41/19 44/2
44/5 48/8 50/6 56/23
57/1 57/14 59/4 59/8
61/9 63/23 73/15 79/9
79/11 82/1 82/2 82/9
82/10 84/13 86/20
87/23 91/19 92/7
114/3 130/10 130/21
131/1 131/6 131/21
132/20 133/9 133/16
134/18 134/18 135/4
139/25 140/4 141/16
142/19 149/23 149/24
152/11 156/19 158/23
165/24 166/1 167/14
167/25 170/21 176/10
belief [2] 48/13 135/16
beliefs [2] 58/20
130/23
believe [84] 6/23 7/2
7/7 9/4 14/7 21/8 22/6
23/5 23/7 23/9 23/11
24/18 26/18 29/14
32/19 33/17 40/24
45/11 45/18 50/5
53/20 54/20 70/9
72/19 75/12 76/3 82/1
82/12 90/24 93/8
103/25 106/12 106/14
108/17 109/23 110/13
110/16 111/25 112/3
112/4 112/14 113/18
120/14 124/12 133/1
153/20 176/6
believed [14] 19/3
23/12 30/2 33/16
33/19 33/21 41/11
48/10 98/18 113/16
137/21 142/12 160/8
172/18
believes [1] 44/8
believing [1] 103/24
Bell [2] 7/2 54/2
below [2] 80/6 80/7
bench [3] 1/8 3/4 12/17
bent [1] 168/24
beside [4] 99/23
102/13 103/21 104/3
best [6] 63/25 135/8
135/20 155/15 156/10
170/9
betrayal [5] 83/23
83/25 84/6 84/7
155/12
betrayed [2] 91/6

better [7] 9/15 38/2
82/8 135/9 135/25
136/1 164/4
bettered [1] 135/6
between [18] 23/10
28/7 40/4 53/3 53/4
58/8 58/17 62/11
62/25 65/10 78/24
80/20 81/8 84/23
94/18 141/1 147/4
169/4
beyond [3] 13/6 58/25
59/13
bias [3] 114/15 115/1
126/15
Biden [2] 137/3 138/14
big [5] 24/22 26/6
139/21 146/10 175/9
bigger [5] 4/8 4/8 13/7
154/15 167/10
biggest [2] 135/5 150/9
bigoted [4] 59/4 59/8
131/1 134/18
bike [24] 85/17 85/18
86/9 88/4 88/16 89/10
151/17 155/1 155/21
161/10 161/13 161/14
161/15 161/22 164/1
165/2 167/6 167/7
167/9 167/11 168/5
168/6 168/7 169/15
birthday [1] 45/20
bit [22] 14/11 23/8
69/16 75/15 85/16
96/13 100/10 101/20
118/16 137/19 151/20
162/25 164/4 164/5
169/20 169/20 170/22
174/8 174/12 174/15
179/8 180/19
bite [1] 5/25
black [9] 52/5 52/7
70/12 99/22 99/23
132/7 133/11 133/20
144/3
blame [1] 158/6
blaming [1] 134/8
blasted [1] 174/7
bleeding [1] 102/7
blinded [1] 142/9
blindly [1] 144/24
BLM [1] 133/19
block [1] 58/15
blocked [2] 174/25
175/2
blocking [1] 124/11
blood [2] 151/11
151/11
blowing [1] 79/15
82/22
blue [2] 119/1 119/11
boards [1] 72/10
BOASBERG [1] 1/8
body [2] 166/7 172/10
body-worn [1] 166/7
bolster [1] 45/15
bomb [1] 83/11
bond [1] 172/17

**B**

boned [1] 137/18
book [1] 45/18
books [1] 135/24
boom [1] 149/6
boots [1] 144/5
born [3] 44/13 129/23
131/23
both [18] 13/25 14/2
58/14 62/22 62/23
63/1 63/5 65/4 65/12
66/20 84/24 143/24
154/1 162/22 167/25
172/4 173/6 178/23
bottle [4] 51/8 110/20
110/22 110/25
bottom [3] 54/7 150/1
162/1
bought [3] 144/2 155/6
155/8
Bowser [2] 74/20
147/5
box [5] 131/16 131/17
176/21 176/22 177/6
Boyland [5] 102/1
102/6 116/12 177/21
178/8
boys [3] 144/12 144/13
177/4
bragging [3] 42/3
53/14 53/18
brain [3] 157/8 165/13
168/17
branch [1] 141/4
Braveheart [1] 81/7
break [6] 23/8 63/13
64/16 64/21 76/23
98/20
breaking [1] 178/14
breaks [1] 87/21
breathe [5] 104/6
104/7 152/24 158/9
161/21
BRIAN [8] 1/5 1/18 3/5
3/12 12/23 115/25
129/7 129/11
bricks [1] 75/3
bridge [1] 134/17
brief [2] 16/17 184/15
briefly [2] 107/13 125/3
brilliant [1] 9/10
bring [15] 6/4 12/15
15/10 15/21 25/22
26/25 36/11 36/14
39/21 53/1 67/24
109/11 110/2 118/1
180/8
bringing [2] 83/13
132/7
broader [1] 76/8
broke [11] 28/4 35/12
87/2 87/21 91/17 127/3
127/5 136/5 160/24
168/20 170/10
broken [6] 49/5 88/3
101/5 141/16 164/5
178/1
Brooks [2] 138/4
145/24

brought [4] 14/17
59/14 92/3 155/8
buddies [2] 42/12
93/11
buddy [2] 143/10
151/19
building [4] 15/16
94/20 96/3 159/14
built [1] 91/19
bullet [2] 57/22 148/12
bullies [1] 140/2
bunch [5] 105/5 124/23
142/16 144/21 150/2
burden [1] 47/25
burned [1] 152/21
business [2] 69/6
139/22
businesses [1] 133/14
bust [1] 154/18
busted [1] 147/20
buttons [1] 145/20

**C**

call [32] 6/9 14/20 28/2
30/8 53/6 53/6 53/9
61/7 61/19 62/2 65/8
66/7 67/8 67/19 70/13
70/17 70/18 70/22
75/3 78/15 89/23
92/23 99/22 99/23
110/4 156/25 160/25
161/3 164/12 177/6
183/20 183/20
called [14] 11/17 11/24
47/16 52/15 52/20
69/8 70/10 79/19 86/4
89/19 116/15 134/18
134/18 147/5
calling [4] 11/13 53/2
154/6 179/1
calls [6] 15/22 30/9
37/20 43/22 55/17
125/9
calm [2] 91/10 164/21
calmed [1] 96/12
cam [1] 172/20
came [22] 5/8 14/4
14/11 69/5 69/5 73/14
78/15 80/6 80/8 136/6
137/3 137/11 138/25
139/6 146/4 146/13
154/7 166/11 172/12
173/12 178/2 179/4
camera [1] 75/9 166/7
166/7 171/8
cameras [1] 148/4
camo [2] 143/25
152/10
camouflage [1] 51/25
camp [1] 75/18
can [140] 4/15 4/23
4/23 4/24 6/3 7/18 9/6
9/13 12/2 12/14 14/18
15/4 15/6 15/8 15/17
18/2 18/19 18/21
19/10 21/13 21/15
21/23 23/2 23/8 25/19
30/19 32/25 33/1 33/3
33/10 34/3 34/21

39/17 41/16 44/19
51/7 54/2 54/17 55/25
57/10 58/13 58/16
58/24 60/21 61/20
62/17 63/11 63/12
63/12 64/8 64/12
64/17 65/12 65/14
66/1 69/15 71/16 73/2
78/7 78/9 78/12 78/17
79/1 79/13 80/16
80/16 80/17 83/24
84/22 85/25 90/11
91/22 92/6 92/17 97/1
97/3 98/7 98/16 99/8
100/9 100/14 102/3
103/24 103/25 104/18
105/15 105/19 108/11
108/13 109/15 109/19
110/3 110/4 110/4
111/6 112/8 112/10
112/13 115/21 117/14
120/17 121/18 124/4
128/5 128/13 128/15
128/17 128/24 128/25
130/14 131/17 133/1
135/8 136/15 138/17
144/9 158/11 158/11
158/19 162/3 163/16
163/21 164/4 166/12
170/9 172/20 173/23
174/19 175/3 180/21
180/21 180/23 180/25
181/6 181/8 182/17
184/13
can't [22] 13/22 31/21
37/11 75/3 89/22
95/18 103/25 104/6
104/7 105/4 146/23
149/16 150/1 152/24
155/19 161/21 169/9
174/19 175/14 183/2
183/22 184/4
canisters [1] 86/20
capacity [1] 69/10
Capitol [50] 6/11 40/20
40/21 40/22 40/25
41/4 41/13 41/14
41/20 55/6 74/16
74/18 75/1 75/3 75/21
76/23 78/6 80/8 91/18
93/23 94/7 94/8 94/20
97/3 98/5 98/20
113/23 114/10 117/5
119/14 119/16 143/2
145/18 145/19 145/21
145/21 145/25 146/10
146/17 146/19 147/4
147/10 147/15 149/14
149/21 149/22 150/1
153/3 154/20 161/2
car [4] 3/24 53/18
133/12 143/13
care [2] 29/9 142/21
160/21
cared [2] 142/24
144/22
Carhartt [2] 92/22
92/23

carrying [1] 47/25
cars [1] 155/5
case [12] 1/3 5/18 7/11
7/13 8/19 9/5 9/6 27/6
34/9 97/22 160/22
180/23
cases [4] 7/14 110/5
184/3 184/15
caught [1] 134/14
cause [10] 23/6 25/6
25/6 58/1 58/16 111/6
111/7 133/18 153/11
156/18
caused [1] 156/17
causing [3] 21/18 26/2
87/3
CCTV [1] 175/14
cell [2] 169/17 175/2
center [1] 133/4
certain [1] 23/14
23/19 107/21 108/18
130/9 131/18 134/14
136/22 136/23 163/7
163/7
certainly [3] 6/24 7/12
128/19
certifiable [1] 113/13
certification [1] 43/5
49/11 49/14 75/22
112/17 113/5 113/14
113/17 125/19 125/22
125/23 126/4 140/9
certified [2] 112/14
113/3
certify [1] 112/21
125/21 185/2
certifying [1] 112/19
chair [1] 6/6
change [7] 26/17 34/7
34/18 43/11 48/24
60/1 60/22
changed [8] 23/17
33/22 34/13 35/16
113/8 133/2 135/24
146/8
chanting [2] 146/24
175/8
chants [2] 95/19 95/20
chaos [1] 152/12
chaotic [2] 90/2 164/17
character [3] 20/5
25/11 62/15
characterize [1] 130/5
characterized [1]
184/11
characters [1] 92/22
charge [2] 76/3 171/15
charged [3] 92/18
112/11 168/13
charges [7] 29/6 35/19
62/17 62/19 63/25
66/16 66/21
chart [3] 63/20 63/21
63/23
chatter [1] 144/10
cheap [1] 161/17
161/23 162/2
check [2] 149/11 172/8

checking [1] 124/25
checks [1] 139/18
141/4
cheering [2] 150/5
175/8
cheers [1] 150/6
chic [2] 144/3 144/4
chick [1] 150/4
CHIEF [1] 1/9
children [4] 26/4 81/25
82/2 144/22
Chip [1] 58/15
chose [2] 113/10
134/19
CHRISTOPHER [2]
1/5 3/6
chronicled [1] 152/6
church [1] 75/18
cigarette [2] 147/11
147/13
circle [9] 54/7 77/7
77/9 100/18 106/20
106/21 106/25 147/14
149/13
circled [1] 54/6
city [2] 146/2 182/13
CJA [2] 9/4 9/13
claim [1] 103/4
claimed [1] 41/20
clarify [3] 76/25 87/16
184/15
clear [3] 34/25 104/17
173/1
cleared [1] 169/16
clearly [2] 38/9 167/10
clients [1] 133/14
climb [3] 159/23
176/13 176/14
close [11] 12/24 27/16
27/20 27/22 45/17
83/7 117/8 138/10
156/6 169/14 174/19
closed [2] 94/22
147/17
closely [1] 108/2
121/15
closer [5] 134/23
137/22 137/22 140/3
151/17
closest [1] 169/16
closings [3] 181/21
183/2 183/4
clothing [3] 52/12
54/12 72/6
clubbed [1] 151/22
151/24 151/24 166/18
coincided [1] 136/8
college [1] 145/3
Collins [2] 165/19
166/16
COLUMBIA [2] 1/1
1/15
combat [1] 174/19
come [40] 5/25 9/13
13/22 15/23 28/3
28/10 28/24 34/8
34/13 46/19 47/2 50/8
50/17 54/20 65/16
72/10 77/5 79/2 81/5

**C**

come... [21] 91/7 93/9 97/8 100/7 108/11 111/8 114/24 131/18 136/11 145/7 147/2 148/25 149/13 151/12 167/7 167/15 167/15 172/9 174/19 177/23 182/24

comes [6] 91/21 95/23 131/15 135/19 167/9 173/8

comfortable [1] 7/17

coming [17] 15/16 34/23 50/10 62/10 64/25 65/24 74/6 80/3 114/10 133/11 133/17 143/17 149/12 151/12 155/20 164/2 175/11

command [2] 154/24 171/13

comment [1] 174/16

commented [1] 178/25

commit [2] 60/7 76/2

committed [6] 30/12 33/12 35/24 36/4 48/11 69/21

common [2] 145/5 177/3

communicate [2] 159/1 172/15

communicated [1] 5/16

communication [2] 22/4 28/7

communications [6] 6/23 6/24 7/7 7/11 8/2 98/19

community [3] 69/12 69/20 135/14

commuter [1] 74/13

companion [1] 11/22

company [2] 129/21 130/4

compared [1] 152/18

compelled [1] 141/17

compelling [1] 181/1

complete [3] 9/16 14/7 78/20

completely [3] 164/21 173/19 179/15

complicated [5] 47/7 47/12 58/7 58/9 58/12

complied [3] 105/8 105/17 105/18

comprehend [1] 133/3

computer [3] 4/9 4/11 54/3

concept [3] 133/19 141/11 141/14

concerning [1] 17/8 22/24

concerns [2] 15/12 66/15

concussion [1] 156/9

condition [1] 159/12

conference [1] 9/4

conflict [13] 4/17 4/21 5/7 5/22 6/14 8/8 8/11 8/11 62/11 62/25 63/2

conflicts [2] 5/25 9/5

confrontation [1] 81/8

confronted [1] 115/4

confused [1] 94/1

confusion [1] 152/12

Congress [3] 73/17 76/23 112/18

congressman [1] 138/5

congressmen [2] 137/23 140/19

connect [1] 12/13

Connor [9] 13/19 53/4 65/3 143/10 146/22 151/19 154/8 176/6 176/18

conservative [2] 136/12 137/6

consistent [2] 19/17 89/11

conspiracy [1] 59/2

constant [2] 154/16 154/17

constantly [1] 100/7

Constitution [13] 1/24 76/22 113/1 125/24 126/3 140/15 140/24 141/8 141/24 145/13 160/10 160/13 185/8

consumer [1] 72/17

contacted [8] 3/22 8/17 17/7 17/14 60/17 66/5 173/17 173/22

contacting [1] 59/21

contained [1] 41/24

contending [1] 75/25

contentious [1] 112/6

context [1] 38/22

continue [3] 113/5 182/25 183/12

continues [1] 135/18

continuing [1] 132/5

contrary [3] 7/20 76/1 168/22

contribute [1] 105/3

contributed [1] 87/1

conversation [6] 42/15 50/1 52/23 66/18 67/5 92/25

conversations [8] 5/21 8/16 42/7 48/17 52/22 90/17 144/23 144/25

convicted [2] 29/6 74/8

conviction [1] 26/3

convinced [1] 67/2

cool [5] 141/11 141/14 148/19 149/5 179/18

coordinated [2] 133/15 178/16

coordination [1] 178/20

cop [5] 90/20 91/7 92/19 101/24 102/5

copies [2] 11/5 11/9

cops [22] 53/14 53/17 53/19 54/21 79/21 79/22 81/4 81/11 82/12 83/9 83/24 84/13 90/14 90/15 91/5 95/7 97/18 98/14

conflicts [2] 5/25 9/5

153/24

copy [1] 63/20

core [1] 136/10

corner [4] 54/7 54/17 90/19 115/6

coronavirus [1] 134/2

correct [53] 6/16 17/2 17/19 20/17 20/19 21/2 22/10 22/18 27/19 28/9 29/13 31/7 31/24 36/20 42/19 44/15 48/4 48/18 49/24 50/4 51/16 53/19 54/22 56/16 61/15 61/25 66/9 68/14 70/15 74/7 75/7 80/10 85/20 86/12 86/15 88/5 88/8 103/17 105/17 109/3 110/15 112/1 112/23 113/15 114/21 117/18 117/24 118/1 118/10 118/13 118/24 127/22 151/15

corrected [1] 42/17

corroborate [1] 180/12

corruption [3] 70/6 139/16 140/1

corruptly [1] 76/5

coughing [1] 85/8

could [57] 5/25 14/19 16/1 19/7 19/22 20/11 30/10 31/4 34/4 43/11 48/6 50/16 51/21 56/4 66/16 66/20 66/21 72/20 72/20 80/5 80/13 80/25 81/7 81/21 97/16 97/18 110/16 111/7 111/8 121/20 130/19 137/20 140/12 142/4 142/5 142/5 142/7 142/20 142/20 145/11 145/12 147/16 148/22 151/20 154/8 156/7 164/16 165/14 166/6 167/24 168/2 175/14 176/7 176/25 178/6 182/14 184/15

couldn't [23] 32/14 46/14 62/22 72/10 78/1 80/13 89/1 102/2 105/2 113/15 113/15 124/24 137/20 145/10 145/13 146/19 146/24 149/21 150/8 152/3 154/7 155/18 158/17

counsel [15] 1/19 3/7 3/15 3/22 4/11 4/17 4/24 5/14 6/22 6/23 8/15 65/8 66/19 172/23 182/8

Count [1] 126/5

counterprotesters [1] 56/23 57/5 144/11

country [17] 38/21 69/7 130/1 130/16 130/18 130/21 131/24 133/2

141/6 141/10 143/17 157/1 158/24 160/8

County [3] 69/8 70/9 70/10

couple [11] 9/15 12/12 27/15 104/22 108/9 150/3 157/9 157/22 167/6 168/24 178/16

course [1] 144/16

court [36] 1/1 1/23 5/13 6/20 7/5 7/18 9/6 10/13 15/11 25/18 63/18 63/23 70/23 74/4 78/12 86/2 87/4 87/18 109/13 112/7 115/9 117/3 117/6 119/10 123/17 137/16 139/11 172/16 172/22 181/7 181/8 183/15 183/19 184/2 184/16 185/8

Court's [3] 7/16 7/23 181/8

courthouse [3] 3/25 66/4 114/23 115/14 117/18 117/20

courtroom [5] 25/22 25/24 27/1 127/14 169/4

courts [2] 139/5 140/25

cover [3] 30/3 72/7 85/10

coverage [2] 35/25 36/1

covered [5] 50/14 50/15 70/16 71/11 71/11

covering [2] 70/12 118/5

COVID [5] 39/1 39/7 39/12 69/5 70/7

crammed [1] 145/14

crap [6] 154/2 167/15 173/10 173/11 173/14 173/24

crawl [1] 159/22

craziness [1] 166/21

crazy [11] 132/16 135/19 136/13 138/3 138/16 139/20 148/20 148/21 148/23 159/20 179/7

create [1] 5/24

creates [1] 91/20

creating [2] 85/12 142/24

credibility [2] 45/12 45/19

crime [4] 30/2 132/6 170/19 170/19

crimes [6] 17/5 36/4 48/11 69/22 69/24 148/2

criminal [2] 1/3 132/13

Crispy [1] 174/16

cross [18] 2/2 25/15 26/22 26/24 27/2 45/9 45/16 46/2 59/14

106/4 106/6 122/13 125/1 142/17 181/4 181/5 181/19

cross-examination [1] 66/23

crowd [35] 44/8 51/21 51/23 76/9 79/9 79/11 79/19 81/23 81/25 82/19 82/21 83/12 83/13 83/14 86/21 87/1 88/25 90/23 93/12 94/13 94/16 95/11 97/3 97/6 97/6 97/15 97/22 103/15 115/19 148/3 151/12 152/1 153/7 153/8 153/11

CRR [2] 1/23 185/7

crucial [1] 11/22

crushed [1] 169/11

crying [1] 156/4

CS [3] 82/7 155/25 158/11

culmination [1] 148/6

curiosity [1] 110/2

current [1] 150/15

currently [2] 14/8 119/14

curve [1] 137/1

cutting [1] 72/10

**D**

D.C [24] 1/4 1/16 1/24 5/11 49/22 51/4 53/11 56/16 56/21 73/10 73/14 74/3 74/6 74/7 74/9 101/24 102/5 129/23 129/24 130/8 140/4 146/2 146/13 185/9

dad [17] 30/23 31/9 46/21 47/2 47/5 48/3 48/10 48/18 51/10 51/16 52/12 53/13 53/15 54/10 54/18 54/24 177/4

damage [3] 40/15 40/16 40/19

damaged [1] 41/4

damming [1] 102/15

damned [1] 100/2

dangerous [7] 49/24 50/2 55/7 55/12 55/21 183/21 184/12

dangerousness [1] 55/16

date [7] 49/11 49/11 49/15 113/6 136/17 140/10 154/10

dates [1] 21/22

dating [8] 16/25 17/2 17/4 20/17 21/23 22/2 27/12 136/6

daughter [2] 156/4 156/4

dawn [1] 6/18

day [78] 1/8 3/5 21/9 21/20 34/10 35/3 35/5 50/4 51/20 52/23 73/8 73/23 74/10 74/17

day... [64] 74/20 74/23
75/4 75/9 75/11 75/14
80/18 82/6 85/19 86/5
86/23 90/24 90/25
92/9 98/5 98/17 107/5
108/21 110/17 111/25
112/5 113/15 113/17
113/25 115/15 115/17
116/8 117/1 117/22
118/10 119/17 122/3
124/21 125/13 125/23
126/13 127/5 130/21
131/23 140/12 142/11
142/22 143/23 144/2
145/23 151/15 153/21
159/8 159/9 164/18
165/8 165/9 165/9
165/13 170/4 173/1
173/4 173/10 177/25
178/3 178/4 178/18
182/15 183/5
days [5] 27/14 112/25
136/18 148/13 155/6
dcd.uscourts [1] 185/9
dcd.uscourts.gov [1]
1/25
de [2] 91/14 158/3
de-escalate [1] 158/3
de-escalated [1] 91/14
deadly [1] 84/25
deal [2] 15/4 146/10
dealing [1] 168/14
death [2] 84/14 116/11
debrief [1] 64/18
December [8] 22/2
22/3 22/6 22/17 56/15
56/16 136/3 136/4
December 12 [1] 56/16
decent [1] 135/7
decertify [1] 140/18
decide [1] 140/14
decided [6] 49/19
113/12 136/5 136/7
143/9 143/10
decision [4] 8/12 66/6
67/6 170/11
decisions [1] 130/17
deep [1] 82/21
deeper [3] 132/24
139/23 139/24
defendant [7] 1/6 1/18
13/3 26/2 27/8 28/12
64/5
defender's [1] 5/9
defense [10] 15/22
30/9 65/9 66/6 110/16
111/21 111/22 125/8
160/13 183/10
definitely [8] 24/9 71/9
135/15 143/2 153/8
164/23 168/4 170/13
definitive [1] 11/19
degree [1] 154/15
demand [1] 139/18
democrat [1] 135/2
democrats [1] 70/13
demonstrators [1]
70/25

dentist's [1] 6/6
deny [2] 112/10 173/22
department [2] 69/1
141/2
depending [2] 111/23
182/3
depict [1] 40/3
deployed [1] 105/10
Derrick [1] 69/23
describe [14] 24/3 24/8
27/20 38/2 58/20
58/22 59/4 59/8 84/20
90/1 92/6 96/23 132/2
150/13
described [5] 47/12
58/17 98/4 152/16
164/19
designed [1] 37/5
destroying [2] 40/20
41/20
detail [4] 114/16
165/12 165/14 177/14
details [1] 4/5
detain [1] 67/10
detained [2] 5/11 8/18
detention [1] 26/6
did [153] 6/1 9/10 10/20
10/21 13/6 14/10
18/16 19/2 19/13
19/21 19/22 22/20
22/22 23/13 26/14
26/17 27/12 28/1
28/10 29/1 31/2 31/19
31/19 32/1 32/4 32/17
32/21 33/15 33/17
34/7 34/11 34/17
37/17 37/18 39/11
39/11 39/19 39/20
40/12 40/13 40/15
40/16 40/18 40/19
40/24 41/20 41/23
43/4 43/10 43/21 44/2
44/4 46/19 50/10
50/11 50/18 51/18
55/15 55/21 56/14
56/17 57/21 59/17
59/21 66/13 71/24
72/12 73/22 74/10
75/17 75/21 76/10
77/5 77/9 77/13 77/16
77/25 78/3 78/5 78/23
79/9 81/21 82/8 82/18
83/13 83/19 84/9
84/16 85/2 85/5 85/8
85/14 87/9 87/14
87/15 88/15 89/15
89/17 89/18 89/19
90/9 91/3 91/17 92/5
92/12 92/14 94/13
94/14 94/16 94/19
95/19 95/22 96/2 98/2
99/2 103/8 103/20
104/17 104/24 105/10
105/22 107/12 108/7
108/20 109/9 110/10
113/24 114/7 119/8
119/25 123/2 134/9
134/14 135/6 142/25

156/17 157/1 157/16
157/17 158/21 159/14
166/15 168/4 168/4
168/9 168/20 172/5
176/1 178/20 183/15
didn't [100] 5/17 6/18
6/25 6/25 14/9 20/11
23/18 26/8 26/15
40/21 50/21 51/19
52/3 56/4 59/24 60/1
60/14 73/18 73/24
77/19 80/11 80/24
80/25 81/13 92/8
92/11 93/8 96/14
103/8 103/8 108/7
108/15 108/23 109/11
110/24 112/24 113/5
115/25 116/22 116/23
127/2 127/24 130/22
131/8 131/19 132/6
133/19 134/3 134/15
134/17 135/1 135/2
136/25 137/21 139/11
140/8 140/9 141/11
142/21 146/19 146/25
147/1 147/1 148/13
148/17 148/19 149/16
149/21 150/24 152/25
153/10 154/10 154/22
155/7 156/1 157/25
158/16 158/17 159/13
160/7 160/15 160/22
161/6 161/13 164/13
167/14 167/14 167/15
168/16 169/15 169/25
170/3 173/18 175/19
176/17 176/20 177/22
178/3 179/6 179/8
die [5] 50/8 50/9 50/15
104/25 168/3
died [2] 50/11 179/9
different [15] 7/13 7/22
24/2 36/25 70/14
84/24 116/25 130/2
133/23 137/5 139/9
139/10 173/21 178/12
182/13
differently [2] 5/20
23/11
difficult [4] 13/8 61/18
69/16 147/7
difficulty [1] 14/23
dig [1] 139/23
dinge [1] 150/7
direct [11] 2/2 16/7
30/20 37/12 68/8
111/11 118/9 119/18
129/18 180/5 182/3
direction [1] 77/3
77/18 79/20 81/6
90/13 106/22 111/9
111/17 111/18 152/2
171/1
dirty [2] 147/7 153/24
disappointed [1] 59/22
discovered [1] 60/13
discovery [6] 5/12 5/15
7/5 7/9 8/5 13/3

103/5
discussed [1] 13/16
discussions [1] 5/18
dishonor [1] 118/3
dispersion [2] 155/24
157/11
displayed [1] 53/7
distance [11] 74/14
107/7 107/13 107/14
154/9 164/10 165/4
166/8 167/17 167/21
174/12
distinct [3] 8/16 78/24
79/4
distinguish [1] 84/23
distorts [2] 166/7 166/8
DISTRICT [5] 1/1 1/1
1/9 1/12 1/15
districts [1] 138/14
dive [1] 132/16
divide [3] 134/2 134/2
134/2
divided [2] 130/22
133/23
divorces [1] 133/20
do [139] 3/15 3/15 5/5
5/24 8/21 10/14 10/23
14/4 15/9 17/10 17/12
17/18 17/21 20/2 23/9
24/18 24/18 29/20
30/13 31/8 32/10
32/15 32/22 33/6
35/19 37/17 37/18
37/22 39/24 40/2 40/3
40/5 43/7 43/21 44/17
46/7 46/11 48/6 52/25
53/2 54/6 56/18 56/22
56/25 57/6 58/11
60/21 63/6 63/7 63/10
63/13 65/2 67/6 68/22
68/22 70/2 72/5 80/7
81/13 83/24 84/22
85/23 87/16 89/22
94/1 94/25 96/21
99/5 99/19 100/16
101/14 106/16 107/7
109/19 110/12 111/15
112/3 113/14 113/15
114/10 116/23 117/9
117/9 117/21 119/6
119/14 119/15 119/19
121/10 121/12 121/13
121/25 122/12 122/25
123/8 123/17 125/21
127/5 127/7 128/9
129/16 129/20 130/14
132/8 134/1 135/3
135/8 135/23 136/13
137/17 141/17 141/17
141/24 142/24 152/13
155/14 156/6 158/11
158/17 158/17 159/10
159/15 159/18 159/22
162/1 162/2 165/10
165/16 166/18 173/18
180/3 180/5 180/14
180/20 182/14 183/2
183/3 183/3 183/23

document [4] 20/13
96/20 97/6 141/25
documents [1] 138/25
does [18] 9/4 11/2
46/13 62/12 62/16
62/20 65/16 66/25
67/3 67/3 70/4 70/5
78/20 114/17 117/25
118/1 123/19 144/14
doesn't [19] 35/9 45/14
45/14 45/23 62/18
76/15 126/14 126/24
127/7 132/16 137/10
142/10 152/15 154/25
161/2 166/8 166/14
167/1 184/17
doing [34] 35/10 54/21
69/3 69/4 69/7 91/6
93/11 94/8 97/4 103/9
103/10 111/22 130/13
131/9 132/8 132/18
132/21 134/11 138/6
139/24 145/15 155/12
155/17 156/6 157/6
157/6 158/2 159/3
160/4 160/5 162/16
168/2 169/23 183/22
don't [171] 3/24 4/1 4/4
4/6 5/24 6/23 7/11
7/21 8/10 8/20 9/4
9/15 10/16 10/23 11/2
11/4 11/19 11/21
12/18 13/24 14/16
15/6 18/11 18/14 24/3
24/20 24/21 26/10
26/11 26/18 27/15
28/2 29/14 29/17 32/3
33/3 34/22 38/22
39/20 40/1 42/11 46/6
48/3 48/5 50/9 50/10
50/16 50/17 52/19
52/22 53/15 53/25
54/1 56/24 57/2 57/3
57/4 58/10 58/13
59/12 60/16 60/16
62/11 62/15 63/10
64/11 64/19 66/8
69/18 71/8 74/12 77/3
77/17 83/7 87/22
90/24 92/11 93/21
94/23 96/23 101/11
103/7 105/18 106/12
108/5 110/21 110/25
111/7 111/10 111/14
111/16 111/18 112/8
112/10 112/14 114/11
114/11 115/13 115/17
115/22 117/11 117/13
119/4 123/12 123/14
123/16 123/23 124/3
125/16 131/8 133/3
133/24 135/14 135/16
135/23 137/25 140/1
140/1 140/2 140/5
147/12 147/19 149/18
149/19 150/13 151/15
152/8 153/11 153/13
153/18 153/24 154/25

D

don't... [39] 155/19
156/18 156/22 158/18
159/4 160/1 163/2
163/22 164/25 165/11
165/12 165/20 166/3
166/4 168/15 173/4
173/7 173/22 174/21
175/1 175/12 175/16
175/23 176/4 177/3
177/5 177/8 177/8
177/14 177/16 178/5
178/17 179/20 180/12
181/23 182/7 183/13
184/6 184/10
Donald [5] 74/25 112/5
131/8 140/21 142/7
done [18] 38/9 43/11
86/25 97/18 113/22
116/1 116/8 128/20
128/20 132/14 132/21
137/20 141/13 142/5
142/11 156/10 181/11
183/1
door [18] 26/11 26/19
45/23 93/4 93/9 94/22
94/23 95/5 162/21
162/23 164/11 164/13
164/14 169/24 171/25
172/2 172/11 172/13
doors [2] 91/22 91/22
double [1] 172/8
double-check [1] 172/8
doubt [1] 163/2
down [43] 23/8 25/19
30/7 61/1 69/16 73/9
76/21 76/24 81/16
81/17 91/10 91/17
95/25 96/12 97/8
104/25 105/1 105/24
106/23 121/25 131/18
133/12 138/23 139/11
141/1 143/16 145/18
146/22 146/23 147/4
147/9 148/8 151/23
155/4 157/8 162/2
164/2 165/25 166/16
166/17 168/3 171/2
173/9
downstairs [1] 11/10
drafting [1] 184/2
drag [1] 100/18
drink [1] 51/7
dripping [1] 151/11
driven [1] 160/7
driving [2] 53/11 53/16
drove [2] 74/7 143/14
Dude [1] 177/10
due [1] 14/11
dug [2] 132/24 139/24
duly [4] 16/3 30/17
68/5 129/8
dumb [5] 167/22
167/25 168/2 176/24
177/13
dumping [1] 174/1
during [10] 57/23
70/11 81/16 111/11
112/1 117/16 127/12

duty [1] 128/9
dying [1] 104/6
dynamite [1] 79/15

E

E-U-G-E-N-E [1] 68/11
each [16] 6/21 13/23
25/7 63/25 121/18
121/19 121/20 122/1
137/5 137/9 148/1
180/17 180/17 180/18
180/22 180/24
earlier [8] 14/18 52/20
83/23 90/12 108/15
110/10 127/2 127/25
early [1] 74/11
ecstatic [1] 174/22
educated [2] 144/25
145/4
education [1] 145/2
effect [5] 37/4 37/24
37/25 53/23 171/19
effects [1] 158/10
efforts [2] 48/24
133/15
eight [7] 79/24 98/19
102/14 104/3 104/5
109/23 124/12
eight-man [3] 98/19
109/23 124/12
eight-minute [1] 79/24
either [9] 7/5 21/18
45/13 91/22 153/12
162/16 172/7 183/4
183/20
elaborate [2] 79/13
98/7
elderly [2] 82/3 158/4
elect [1] 130/13
elected [3] 139/4
140/22 142/10
election [23] 38/18
43/12 44/9 45/3 48/21
49/8 81/11 112/1
112/1 112/6 112/13
112/19 112/21 113/4
113/14 126/16 134/23
136/4 136/24 138/7
138/9 138/24 139/2
elections [1] 138/5
Electoral [1] 126/5
electric [1] 151/9
electronic [1] 63/22
electronically [1] 11/12
element [1] 183/21
Ellipse [2] 97/9 145/14
eloquent [1] 152/15
else [11] 41/6 49/1
62/1 93/8 95/5 105/11
107/2 141/19 159/12
169/1 174/8
else's [1] 146/16
email [2] 7/8 10/22
emails [1] 32/5
embarrassed [3]
142/16 160/18 160/19
embarrassing [1]
142/18
emergency [1] 74/21

emotions [1] 84/7
empty [2] 110/20
110/25
en [1] 3/25
en route [1] 3/25
encouraging [2] 21/18
75/19
end [10] 104/18
108/21 119/22 120/13
122/7 122/13 142/21
150/18 178/2 180/25
ended [8] 74/25 92/9
130/1 148/12 171/10
172/4 173/10 179/19
endless [1] 132/5
enemy [1] 164/24
enforce [1] 13/25
enforcement [4] 29/13
29/20 36/5 69/14
enforcing [1] 104/13
engaged [1] 148/8
enough [9] 23/21
69/19 95/15 101/20
128/2 140/22 153/5
166/11 170/11
enrage [1] 179/10
entanglements [1]
16/22
enter [1] 101/21
entered [1] 78/5
enters [1] 27/1
entire [11] 74/23 75/16
76/9 76/25 86/19
87/11 104/3 104/5
122/4 149/24 164/17
entitled [1] 185/4
equated [1] 174/18
equipment [1] 72/15
erected [1] 78/13
Errick [1] 69/22
escalate [2] 158/1
158/3
escalated [1] 91/14
especially [3] 57/13
144/13 172/24
Esquire [1] 1/11 1/14
1/19
essentially [2] 50/7
63/21
established [1] 114/17
establishment [2]
134/25 135/1
eternally [1] 100/2
Eugene [1] 68/11
even [20] 8/18 8/20
12/18 26/10 29/11
29/11 41/10 41/13
45/3 54/17 54/24 91/2
93/20 96/4 101/11
107/14 133/3 148/13
168/15 181/20
event [6] 52/24 52/25
56/1 56/5 112/11
160/8
events [7] 20/6 45/2
57/2 57/5 107/5
130/25 180/18
eventually [4] 79/1

ever [32] 6/24 8/17
8/18 22/22 25/3 25/6
26/1 27/16 37/17
37/18 42/25 43/2 43/4
43/10 44/22 45/21
47/18 56/14 56/18
56/22 56/25 57/6
59/17 59/17 59/21
60/10 60/21 73/15
106/13 135/20 149/18
165/11
every [14] 79/20 81/6
90/12 122/1 125/12
130/21 139/17 143/17
145/7 160/4 160/9
161/16 165/12 165/13
everybody [32] 3/2
35/24 65/22 81/2 81/4
83/9 95/9 97/8 105/6
105/8 105/21 114/4
116/8 127/20 131/16
145/6 145/25 148/4
150/5 154/19 155/9
158/8 159/10 159/11
160/14 163/4 170/1
171/13 174/10 174/11
175/7 184/21
Everybody's [1] 148/4
everyone [8] 33/11
92/8 95/5 127/13
130/19 134/8 134/8
156/13
everything [13] 4/9
5/24 8/19 53/1 70/12
86/15 92/9 104/17
104/24 148/5 149/1
158/3 169/1
everywhere [8] 75/4
77/12 79/20 80/15
81/8 81/9 81/24 82/4
evidence [20] 14/11
14/18 14/24 18/15
19/6 19/8 32/10 32/19
33/7 34/8 34/12 54/5
63/25 123/18 139/8
139/12 139/25 147/24
181/23 183/1
evil [1] 99/23
ex [1] 16/21
ex-girlfriend [1] 16/21
exact [3] 89/23 166/10
173/11
exactly [11] 28/5 80/7
116/14 144/3 147/25
148/19 151/7 152/3
156/11 160/17 178/5
exaggerate [1] 37/1
exaggerates [1] 37/23
exam [1] 37/12
examination [11] 16/7
27/2 29/25 30/20 46/2
55/4 66/23 68/8 106/6
125/4 129/18
examined [4] 16/3
30/17 68/5 129/8
Examiner [1] 70/9
example [1] 111/17
excellent [1] 8/1

excited [3] 38/23
146/18 148/5
excitement [1] 154/12
excuse [4] 45/10 56/14
160/23 177/11
executive [1] 141/2
Exhibit [4] 39/24 54/6
99/6 118/21
Exhibit 511 [1] 118/21
exhibits [1] 129/15
exist [4] 8/12 24/10
151/18 167/1
existed [1] 132/15
exists [2] 11/3 139/17
exited [1] 25/24
expect [4] 139/16
180/6 180/24 183/1
expected [2] 3/21 51/5
expecting [2] 14/10
14/11 50/4 55/7 181/5
182/1
expense [1] 28/19
expenses [1] 28/21
experience [7] 34/9
58/10 71/2 89/16
135/21 156/13 163/3
experienced [4] 8/1
86/21 105/12 133/5
experiencing [1]
152/20
experiment [1] 141/5
expert [1] 126/8
explain [2] 20/10 76/15
explained [2] 66/19
180/22
explaining [1] 128/14
explanation [2] 8/21
137/13
explanations [1]
137/12
expletives [1] 166/19
explode [1] 156/9
exploded [1] 156/10
explosion [4] 150/23
150/23 152/22 161/20
explosions [1] 105/20
explosives [2] 83/6
105/11
exposure [3] 66/19
67/3 158/10
express [2] 65/24
113/10
expressing [3] 7/20
119/5 119/7
extend [1] 70/4
extent [4] 3/24 48/2
48/22 163/16
extra [1] 71/25
extreme [4] 58/20 59/1
139/21
Extremely [1] 134/21
extremist [1] 131/20
extremists [1] 144/23
eye [3] 58/13 58/13
166/6
eyes [11] 85/3 105/2
108/14 111/19 133/10

E
eyes... [6] 146/16
151/13 169/5 174/2
174/15 174/24
Eyewitness [1] 163/3

F
face [15] 54/12 66/17
66/20 66/21 72/7 72/8
72/20 86/25 95/4
123/10 124/17 151/11
152/21 157/25 158/22
Facebook [3] 36/17
36/19 142/16
facilitate [3] 5/14 63/23
168/3
fact [8] 48/20 48/23
50/6 52/20 94/21
139/22 184/16 184/18
facts [6] 26/3 35/4
138/1 138/7 138/10
138/19
factual [1] 184/1
failed [5] 134/5 141/5
142/13 142/14 171/6
failing [1] 141/5
fair [30] 6/20 18/18
23/21 24/18 35/13
35/20 37/10 37/13
58/19 59/4 59/15
69/19 73/4 73/17 80/2
87/9 90/1 90/1 92/8
95/15 96/9 96/22
97/24 104/10 106/2
126/11 128/2 131/5
158/15 158/15
fairly [4] 49/17 130/3
130/4 145/4
fake [1] 29/17
fakes [1] 29/16
fall [7] 81/16 81/17
89/15 151/5 160/25
170/24 171/2
fallen [4] 92/14 171/14
174/6 175/21
falling [8] 92/4 92/8
92/14 92/21 108/16
108/23 171/5 171/18
falls [1] 173/23
falsify [1] 123/18
familiar [3] 46/11 46/13
129/24
family [3] 118/4 136/8
146/13
Fanone [1] 114/10
far [10] 3/20 11/17
12/3 59/1 83/8 100/18
126/8 134/22 162/18
162/21
farthest [1] 87/15
fast [4] 85/16 119/21
123/25 170/20
fast-forward [4] 85/16
119/21 123/25 170/20
father [3] 117/4 118/1
135/8
father's [2] 116/24
117/21
fathers [1] 58/8 58/10

FBI [16] 17/13 17/14
19/2 19/13 19/17
31/16 31/19 33/3 40/8
40/11 41/10 42/7
47/16 48/13 59/21
116/15
fear [5] 25/7 26/2 84/7
85/12 169/14
fed [4] 134/16 134/17
154/15 174/23
federal [1] 5/8
feel [27] 20/2 58/14
80/25 81/21 83/19
84/9 92/12 92/14
94/14 94/16 96/2
101/14 117/25 121/16
127/5 131/16 133/5
134/4 135/7 139/19
152/8 152/17 171/9
172/6 172/7 178/21
180/14
feeling [7] 47/18 48/1
145/8 152/25 158/1
169/11 178/15
feelings [1] 174/19
feet [9] 80/12 80/14
83/4 84/13 88/22 89/2
93/11 96/25 104/22
fell [6] 89/10 89/24
92/5 167/6 171/2
174/7
fellow [1] 11/21
felony [1] 66/21
felt [53] 33/19 50/24
51/6 81/1 81/2 83/16
83/20 83/23 83/24
84/6 91/6 97/2 118/5
134/25 135/12 139/4
140/22 140/25 141/1
141/4 141/17 142/13
142/13 146/6 150/11
150/25 151/9 153/5
153/7 154/13 155/11
159/1 160/11 160/14
160/14 161/8 161/17
162/14 164/23 164/25
165/2 166/25 168/9
171/13 171/21 174/22
176/7 178/16 178/18
178/24 179/13 179/14
179/14
female [2] 53/21 53/24
fence [1] 77/17
fencing [2] 149/18
149/19
few [19] 5/1 5/9 16/17
71/10 81/1 85/17
88/15 107/14 130/23
142/1 145/16 148/13
150/3 162/9 170/20
171/7 171/23 175/10
180/9
few-month [1] 5/9
fiancee [1] 147/11
fiction [1] 102/9
field [1] 69/3
fifth [6] 6/10 15/12
61/13 61/23 62/7

sent to [3] 67/4
172/10
fight [7] 47/9 90/21
91/8 91/11 141/1
157/7 159/19
fighting [6] 82/24 83/1
154/17 164/20 179/5
179/11
fights [2] 58/16 98/14
figure [6] 15/17 63/24
136/18 156/11 169/8
180/3
figured [1] 124/23
filled [1] 149/25
filling [1] 14/6
film [5] 92/17 92/21
97/3 112/4 112/9
filmed [3] 82/6 92/17
114/9
finally [4] 141/12 161/8
162/7 167/4
find [12] 4/24 7/6 9/4
9/13 10/20 13/8 40/10
135/14 154/7 156/2
156/12 175/17
finding [1] 175/6
fine [11] 8/13 9/12 9/20
12/8 13/1 13/5 63/16
65/18 177/15 182/16
182/20
finish [1] 104/18
finished [1] 126/21
Finnigan [19] 4/16 8/9
13/14 13/20 15/13
53/10 61/10 62/6
62/10 62/12 62/16
62/18 62/20 65/4 66/1
66/3 66/4 66/5 66/10
firework [1] 169/9
firing [3] 79/14 79/16
91/13
Firm [1] 1/20
first [45] 8/17 9/12
15/10 16/3 16/19
27/10 30/17 46/15
52/17 68/5 73/22 80/8
80/25 81/1 81/3 83/9
83/20 98/4 99/11
106/13 106/19 107/13
114/17 115/24 118/20
129/8 129/19 132/4
140/6 141/12 145/21
146/13 146/16 150/22
150/25 151/10 152/7
152/23 162/19 162/24
168/9 168/13 168/13
178/10 178/13
firsthand [3] 34/9
132/14 133/6
fish [1] 166/6
fistfight [1] 79/21
fit [1] 135/15
five [7] 88/18 88/22
165/6 165/6 165/14
167/20 181/21
five-minute [1] 165/6
fix [1] 141/22
flag [1] 15/11 63/19
flagpole [11] 111/2

166/1 168/11 168/15
168/19 184/4 184/4
184/5
flagpoles [2] 184/7
184/12
flags [1] 150/4
flash [6] 79/14 82/16
83/10 86/20 155/25
156/8
flash-bang [1] 83/10
flash-bangs [5] 79/14
82/16 86/20 155/25
156/8
flat [1] 133/7
flat-out [1] 133/7
flatout [1] 153/10
flesh [1] 5/6
flight [7] 28/10 28/21
46/19 136/14 136/16
157/8 184/19
flimsy [1] 184/10
Florida [2] 1/12 1/13
Floyd [6] 38/24 57/18
57/25 133/2 148/11
155/4
fluid [1] 135/17
flying [1] 162/15
focus [3] 110/6 121/20
163/13
focused [5] 49/10
49/12 69/11 85/25
168/17
folder [2] 63/18 63/22
folks [2] 65/14 84/16
followed [5] 11/20 70/5
71/11 159/16 177/19
following [6] 3/1 9/21
10/13 31/17 57/17
93/20
follows [4] 16/4 30/18
68/6 129/9
food [3] 28/17 147/6
147/9
foolishly [1] 176/25
foot [3] 156/10 170/14
174/3
footage [7] 86/6 92/18
92/20 121/18 122/3
122/4 175/14
football [2] 161/25
169/3
force [1] 151/13
forced [1] 87/6
forces [1] 156/24
forcing [1] 151/13
foregoing [1] 185/2
forever [3] 119/2 138/9
168/14
forgave [1] 60/3
formal [1] 145/2
formally [1] 13/20
formed [1] 141/10
former [1] 172/23
forth [5] 6/14 69/23
97/10 128/10 143/10
forward [31] 4/12
15/23 76/19 81/14
85/16 88/25 92/19

166/1 168/11 168/15
113/15 119/21 123/25
132/25 138/25 151/2
151/17 161/19 162/9
162/15 162/16 162/25
164/2 168/7 168/10
170/14 170/20 171/23
174/3 178/8 180/8
found [13] 74/12 76/12
130/2 135/12 145/18
161/3 172/19 173/1
174/21 176/18 178/1
178/2 179/16
foundation [2] 71/14
76/4
fountain [1] 91/21
four [13] 31/14 79/22
88/18 88/22 107/6
107/15 107/20 133/21
137/4 155/5 172/9
177/4 180/8
frame [3] 21/24 78/9
121/17
frames [1] 107/25
frankly [3] 130/24
142/15 155/12
fraud [3] 112/1 138/12
138/13
free [1] 121/16
freeze [1] 121/17
frequently [1] 184/13
fresh [1] 6/6
frickin't [1] 148/20
Friday [1] 60/17
friend [5] 27/22 73/25
74/1 74/1 74/8
friends [2] 36/17 36/19
front [7] 80/16 84/13
124/10 133/3 141/16
168/2 176/3
fuel [1] 135/7
full [3] 84/22 84/24
180/4
fully [5] 5/23 66/24
118/16 133/3 169/9
fumble [1] 162/1
fun [2] 145/16 154/14
functionally [1] 66/22
fundamentally [1]
135/24
funny [1] 167/8
further [15] 25/13
29/23 30/5 44/10 45/7
55/2 60/25 67/11 84/3
106/2 108/18 127/9
151/19 181/23 181/24

G
gallery [1] 64/4
gap [1] 92/14
gaps [1] 80/19
Gary [1] 13/17
gas [13] 82/7 82/7
86/20 105/21 143/18
152/24 155/25 157/9
158/8 158/9 158/11
161/20 178/2
gassed [1] 152/22
157/10 174/13
gassing [3] 78/18

**G**

gassing... [2] 78/18
174/15
Gaston [1] 69/21
gathered [3] 148/3
171/12 175/13
gathering [1] 175/11
Gatorades [1] 155/8
gave [6] 18/6 33/2 55/8
75/15 141/13 161/3
gay [2] 131/2 131/2
gear [1] 99/23
gender [1] 53/24
general [8] 38/17
38/18 57/7 57/8 57/11
57/13 59/18 130/10
generalizations [1]
125/17
generally [3] 37/18
71/23 130/11
gentlemen [2] 3/11
62/22
George [4] 38/24
57/18 57/25 155/4
Georgia [1] 139/9
gesturing [5] 93/4
171/23 172/2 172/4
172/14
get [102] 4/6 4/23 5/3
6/22 6/25 8/9 8/22 9/3
9/12 11/4 11/10 12/14
14/12 19/18 21/22
24/20 24/21 26/19
39/22 48/25 51/7
55/13 59/17 59/21
68/1 71/20 73/17 75/2
77/1 77/13 78/4 82/24
83/21 84/12 85/2
87/20 93/13 94/20
96/15 96/17 97/1 98/9
99/15 106/15 112/13
128/13 135/13 135/23
136/15 137/25 138/1
138/12 138/17 141/14
142/10 142/21 143/15
143/23 144/19 144/19
147/3 148/24 150/16
151/8 151/12 153/11
154/13 155/5 155/25
159/23 161/19 161/22
162/1 162/2 162/20
162/21 164/3 164/19
165/13 165/14 166/23
166/23 167/2 167/21
168/10 169/24 169/25
170/5 170/7 170/23
171/16 171/17 171/22
176/3 176/9 177/11
177/12 179/7 184/6
gets [5] 88/3 162/8
166/18 170/7 184/10
getting [38] 5/12 5/14
7/8 13/2 38/22 58/25
71/7 81/12 83/5 84/14
84/17 87/22 122/13
130/1 132/21 134/23
135/20 143/7 150/14
150/21 151/21 152/14
161/10 161/12 161/18
162/4 168/8 168/18
170/3 170/9 170/22
171/1 174/7 176/23
178/10
girlfriend [2] 16/21
143/12
gist [2] 32/15 33/10
give [23] 7/19 7/21
7/23 8/20 14/15 19/10
29/3 34/1 37/14 39/14
55/21 71/16 75/14
115/7 128/5 128/12
132/1 172/11 180/6
181/7 181/8 181/13
182/18
given [3] 6/10 95/11
112/5
gives [2] 76/15 95/25
giving [7] 7/8 7/17
28/17 71/19 75/1 91/7
154/24
glad [3] 143/20 145/6
145/7
glossed [1] 137/11
gloves [1] 144/5
go [124] 3/20 4/12 7/9
8/12 9/12 10/23 12/14
15/3 16/9 20/24 21/15
22/19 24/4 34/3 41/16
42/1 43/24 45/16 48/4
49/7 55/25 63/6 73/25
74/3 75/21 77/3 77/17
78/5 79/1 84/2 85/5
91/17 91/18 91/22
93/13 95/22 95/25
96/2 96/7 96/23 96/24
97/15 98/16 99/7
100/10 100/22 103/20
105/22 106/16 108/24
109/18 110/4 110/7
112/4 112/9 113/15
114/4 114/13 118/19
121/18 129/14 132/3
132/17 134/22 136/3
136/14 136/17 139/1
139/6 140/13 140/23
142/11 143/2 143/11
143/13 143/20 145/25
147/25 149/11 151/4
151/6 151/14 152/22
153/25 154/12 156/1
156/9 157/7 158/6
159/13 159/15 159/18
161/5 161/5 161/7
161/8 161/9 162/5
163/24 164/12 165/4
167/12 167/18 167/18
167/18 168/18 170/17
172/3 172/5 172/14
172/15 173/14 173/16
176/16 176/17 177/8
177/8 177/20 179/25
180/9 180/13 180/17
180/21 182/24
go-round [1] 9/12
goal [2] 116/11 116/13
god [5] 145/12 156/5

god-awful [1] 157/2
goes [10] 12/3 18/3
64/20 97/21 102/19
114/15 126/15 136/15
167/11 179/2
goggles [5] 54/8 54/13
54/15 54/18 178/1
going [143] 3/18 4/6
4/12 7/4 10/21 11/20
12/10 14/5 20/21
26/19 29/4 38/20
39/16 49/19 49/24
50/2 50/7 50/10 50/12
51/4 51/12 51/14 55/6
55/12 55/12 55/22
56/10 56/18 60/7 60/7
61/9 64/8 64/19 65/16
66/7 73/10 75/9 81/9
81/17 82/16 82/21
83/21 85/16 90/18
91/25 92/9 96/15
96/16 96/19 96/19
99/5 99/7 100/1 100/9
104/13 108/16 108/22
110/2 110/6 110/21
111/1 112/12 112/20
118/20 119/22 120/19
121/6 122/1 123/25
124/1 127/25 128/9
128/19 130/19 132/1
132/2 133/25 136/11
137/16 138/17 138/19
139/2 140/17 140/19
141/20 143/13 144/16
144/17 144/20 145/17
145/22 145/25 146/1
147/24 148/8 148/9
148/18 148/19 148/24
150/1 150/10 150/15
152/12 152/19 154/16
154/20 155/12 155/16
155/18 157/3 158/24
159/13 161/9 161/20
162/18 163/1 163/11
163/12 163/15 163/22
164/14 164/16 170/4
170/12 170/12 170/24
172/3 172/17 176/13
177/11 177/12 178/17
179/7 180/3 180/20
181/6 181/7 181/13
182/6 182/8 182/24
183/2 184/2
gone [7] 6/20 70/14
82/21 92/13 159/6
177/17 181/11
Gonell [3] 115/7
116/22 117/2
good [30] 3/2 3/3 3/9
3/11 3/13 6/5 12/4
15/23 15/25 27/4 27/5
30/10 30/15 30/22
46/4 46/5 65/22 68/2
74/1 87/19 106/8
106/9 126/23 132/21
137/12 138/11 138/18
160/11 169/20 174/14
Gordon [22] 1/11 2/5

10/20 11/3 11/7 11/23
12/3 12/14 13/2 13/12
14/16 27/6 58/7 63/15
67/13 67/20 132/12
184/7
Gordon's [1] 34/25
got [83] 9/11 13/9
31/14 50/23 70/17
74/10 74/25 75/2
75/12 75/13 78/3 80/2
80/5 80/12 80/19
80/21 80/22 83/14
89/1 96/12 106/19
108/19 109/2 117/7
124/22 127/13 132/17
133/5 133/12 134/10
134/14 134/16 135/21
135/23 137/22 140/3
141/12 142/15 142/22
143/5 143/6 143/14
143/15 143/21 145/3
146/17 147/3 147/9
147/10 147/10 148/4
149/3 149/22 150/14
151/10 151/16 151/19
151/24 151/24 152/22
153/24 157/2 160/9
161/15 162/14 168/6
168/25 170/1 170/10
171/19 172/1 172/25
173/20 174/21 175/19
175/20 178/7 178/12
178/21 179/2 179/20
182/5 182/14
gotten [5] 160/3 160/6
164/12 175/21 179/8
government [31] 3/7
6/13 9/6 13/21 18/15
35/1 35/14 35/19
41/12 62/12 64/18
65/11 65/13 66/18
66/19 75/25 102/20
116/9 127/15 128/15
130/11 139/5 141/2
166/10 168/22 169/10
181/4 181/5 182/1
182/7 183/6
government's [5] 39/24
54/3 54/6 99/6 180/23
governs [1] 126/3
grab [6] 33/6 151/25
165/2 166/16 166/17
175/3
grandiose [2] 24/14
24/19
granola [1] 144/7
grant [1] 6/13
grave [1] 118/4
great [8] 13/11 26/25
67/16 135/16 143/19
144/23 144/25 145/9
green [4] 51/25 52/2
100/16 152/10
Greenville [2] 68/19
69/22
grenade [1] 156/9
grew [1] 141/7
ground [10] 79/23

102/7 107/16 107/21
165/8 165/17 174/11
grounds [12] 74/17
74/18 78/6 114/2
126/23 126/23 146/10
146/17 146/20 149/21
149/22 184/1
group [19] 44/10 76/13
94/19 94/25 101/8
101/12 143/6 144/18
144/20 146/22 148/25
164/4 165/18 168/5
170/21 172/5 175/9
178/21 179/10
groups [8] 78/24 79/4
79/7 146/24 160/17
178/17 178/19 179/4
grow [1] 135/18
growing [1] 130/7
grown [3] 131/23
135/17 146/2
guarantee [1] 138/13
guarding [1] 94/8
guess [31] 6/14 8/6
14/15 23/16 26/9 32/2
37/22 47/10 48/22
50/13 56/18 73/21
73/23 76/12 92/9/5
93/25 97/11 103/7
132/10 132/10 135/1
136/4 164/7 165/6
167/8 167/22 168/20
168/20 176/25 176/25
178/6
guilt [1] 47/18
guilty [1] 76/12
gun [1] 26/4
guts [1] 141/20
guy [16] 69/2 79/23
81/12 82/6 100/14
107/6 107/20 140/20
151/10 157/1 165/18
166/4 167/9 168/23
172/3 175/25
guys [6] 57/14 74/3
155/19 157/4 171/20
179/4

**H**

ha [2] 167/8 167/8
had [222] 4/3 4/17
5/15 5/20 6/12 6/24
7/7 7/10 7/13 8/2 8/16
9/9 11/1 11/3 11/9
11/17 11/18 11/19
11/20 14/3 17/2 17/18
19/2 19/12 19/3 19/6
19/6 19/7 20/10 21/4
21/4 21/8 21/11 21/17
23/12 25/10 27/25
28/2 31/23 33/13 41/6
41/11 41/20 41/21
42/2 42/7 42/11 42/13
42/17 42/24 45/2
48/17 49/4 50/1 50/24
52/7 52/17 52/20 53/6
53/10 55/6 55/10 56/7
58/7 63/18 68/25 69/1
69/12 69/20 70/7

had... [152]  70/14
70/15 72/7 73/5 73/9
73/17 73/23 74/21
75/9 77/3 80/4 83/16
83/21 85/2 86/9 86/9
86/10 87/2 88/24
88/25 91/12 91/13
92/13 95/9 95/11
95/17 96/12 96/14
97/8 97/14 97/15
102/20 103/5 107/15
107/16 109/3 109/5
109/13 113/7 113/11
119/8 125/22 127/2
130/22 130/23 131/7
131/11 131/22 131/24
132/8 132/13 133/11
133/14 134/12 136/4
136/5 136/7 136/12
136/24 137/5 138/6
138/14 140/3 140/6
140/18 140/25 141/9
141/10 142/7 142/9
142/12 142/13 143/3
143/10 143/24 143/25
143/25 144/6 144/10
144/22 144/24 145/15
145/7 145/9 145/18
145/19 146/2 146/8
146/9 146/9 146/11
146/21 147/5 147/11
147/12 148/11 148/12
149/20 150/25 152/21
152/22 153/16 154/2
154/6 155/6 156/9
156/24 157/15 159/14
159/15 160/2 160/4
160/7 160/9 160/25
163/23 164/1 164/4
164/6 164/12 168/13
171/14 172/21 172/21
173/6 173/10 173/4
174/17 174/18 174/23
174/25 175/9 175/11
175/13 175/16 175/18
175/21 175/21 175/22
175/24 176/12 176/17
177/17 177/23 178/1
178/13 178/24 179/8
179/9 179/16 179/19
179/21
hadn't [13]  11/18 23/19
73/25 74/1 74/2 86/25
146/7 168/12 168/16
168/17 174/5 174/24
177/9
half [10]  34/8 54/1
131/11 145/3 163/24
180/16 180/18 180/25
181/13 181/14
hand [14]  16/1 30/12
68/1 120/11 123/16
129/6 141/14 162/13
169/3 170/10 170/11
172/15 173/8 173/12
handful [2]  171/21
172/10
handle [2]  95/6 127/12
161/15 169/12 169/22
169/22 173/6 173/14
174/12
hang [1]  116/15
happen [11]  57/21
112/12 125/15 130/7
137/4 148/9 148/11
148/16 154/2 154/23
170/4
happened [33]  6/18
35/3 35/4 45/20 51/23
52/24 52/25 70/8 71/9
71/10 81/1 90/21
91/15 92/10 96/11
96/14 98/15 98/16
108/7 111/14 111/16
111/19 131/7 134/4
135/20 136/24 147/21
153/22 156/12 173/21
178/8 179/20 180/22
happening [24]  49/14
57/24 57/25 77/4
80/11 80/14 88/24
90/13 90/15 90/19
90/22 96/18 96/20
97/5 103/6 108/10
108/14 111/18 130/16
152/11 159/25 162/3
162/11 165/5
happens [2]  152/23
157/5
happy [3]  63/1 145/6
182/24
hard [13]  11/9 31/14
34/19 53/16 53/20
97/12 99/22 121/17
135/8 136/10 156/12
158/9 174/4
hardly [1]  145/15
harm [4]  57/20 101/8
101/14 111/7
harmed [1]  57/15
harp [1]  132/12
has [34]  3/17 4/11 6/20
11/23 12/24 13/7
13/12 14/17 15/12
15/13 18/11 23/16
26/2 26/11 33/22
35/16 45/18 59/13
64/5 65/7 65/9 66/4
66/4 66/24 74/8 94/24
131/10 131/12 131/16
141/13 147/11 148/7
166/10 169/10
hasn't [3]  12/1 18/15
23/20
hat [3]  99/15 144/5
165/18
hate [4]  58/18 133/4
135/4 135/7
hated [2]  134/24
135/12
hates [1]  155/10
have [255]  4/5 5/17
5/20 6/8 6/9 6/25 7/11
7/14 8/2 8/10 8/20
8/24 9/14 11/2 11/3
11/4 11/5 11/9 11/12
15/7 15/20 16/18
16/22 17/18 18/14
23/6 23/9 23/23 23/24
24/18 25/3 25/6 25/7
26/14 27/8 27/16 28/7
29/12 29/18 30/24
32/10 33/6 34/10
34/12 34/12 35/22
36/2 38/21 42/7 42/24
42/25 43/2 44/22
44/24 45/21 47/18
47/23 47/25 47/25
50/15 52/9 54/2 54/13
54/15 54/16 54/20
58/10 58/17 59/17
60/10 61/8 61/13
61/23 62/16 62/18
63/4 63/17 63/21 65/4
65/13 66/5 66/13
68/13 69/24 71/10
71/11 71/12 72/9
74/20 76/8 79/14 83/1
83/2 84/12 85/19
85/20 85/21 85/22
85/23 87/16 88/4
90/17 91/11 91/14
91/15 92/5 92/18
94/19 95/13 97/16
97/18 98/15 99/15
103/8 104/8 104/21
105/22 106/11 106/13
107/11 108/1 108/5
109/7 109/12 109/18
109/19 109/20 109/21
111/21 112/20 113/10
113/12 113/18 113/20
114/17 114/20 114/23
114/3 115/11 116/15
120/19 121/15 122/3
123/13 124/16 127/7
127/14 128/20 128/20
128/21 130/3 131/14
132/5 132/10 135/6
135/16 138/8 139/23
141/4 141/18 141/20
142/3 142/4 142/5
142/5 142/7 144/3
145/1 145/2 145/10
145/11 145/12 145/13
146/4 146/20 147/17
147/20 148/6 149/18
152/9 152/18 153/4
153/13 153/13 153/17
153/24 155/15 156/1
156/10 156/11 156/14
156/17 157/11 157/19
157/21 157/25 158/2
158/5 158/10 159/17
157/21 157/25 158/2
160/18 163/5 163/12
165/11 165/13 165/20
165/22 166/2 166/6
166/9 167/22 168/14
168/17 169/8 169/15
170/15 170/16 170/18
172/6 172/8 172/10
173/3 173/17 173/18
173/19 173/25 174/4
174/5 174/6 175/17
178/18 179/2 179/17
179/25 180/3 180/11
180/15 180/22 180/22
181/11 181/12 181/23
182/4 182/17 182/22
183/15 184/3 184/15
haven't [9]  13/20 19/8
20/12 28/3 32/25 38/9
115/4 134/7 180/9
having [17]  3/15 5/11
16/3 28/3 30/17 66/24
68/5 69/16 92/25 95/1
129/8 130/7 130/8
142/17 154/14 173/22
174/12
he [182]  3/23 4/2 4/3
4/3 4/4 4/5 4/5 4/6
4/11 4/13 5/10 5/10
5/11 5/19 6/10 6/11
6/12 7/4 11/4 11/19
12/24 12/24 13/3 13/3
13/3 13/6 13/14 18/2
27/22 28/1 28/14
28/17 29/19 29/20
31/2 33/2 33/3 33/4
33/9 35/10 36/9 37/23
39/17 41/11 46/23
48/20 48/23 48/25
49/7 49/8 49/10 49/12
49/14 49/17 49/19
49/19 49/24 50/1 50/1
50/4 50/6 50/7 50/10
50/11 50/11 50/11
50/23 50/24 51/23
52/3 52/5 52/7 52/20
53/2 53/5 53/10 55/18
58/24 61/13 61/23
62/14 63/5 64/17 65/7
65/9 66/2 66/16 66/17
66/20 66/21 66/22
66/24 66/25 67/2 67/3
76/14 76/15 76/16
87/5 88/10 88/10
88/11 89/7 90/11 91/9
91/10 92/23 92/24
94/24 96/7 96/7 100/6
102/12 102/12 103/24
103/25 104/1 108/17
109/9 109/11 109/12
113/11 115/7 116/1
117/3 117/4 117/14
125/19 125/22 126/15
126/15 126/15 128/25
131/2 131/9 131/23
132/7 132/8 132/12
132/19 134/24 135/2
138/4 138/5 138/5
138/6 138/8 138/8
138/10 142/9 143/10
146/18 148/14 151/23
151/24 152/17 152/17
152/19 157/1 165/19
165/21 166/16 166/17
167/11 171/18 171/18
173/6 173/6 173/7
173/21 173/12 173/14
173/23 173/24 174/4
174/5 174/5 174/6
178/14 179/2 179/17
179/25 180/3 180/11
180/15 180/22 180/22
181/11 181/12 181/23
182/3
he's [37]  3/25 4/11
9/10 11/8 14/6 28/21
29/6 29/11 61/23
62/14 64/16 66/2 67/5
71/15 74/1 88/10 89/6
91/10 92/18 92/19
92/19 92/20 92/21
94/6 95/1 109/10
116/1 118/5 126/8
128/16 132/21 151/11
157/2 165/21 166/20
166/9 167/10
head [10]  79/15 81/13
83/10 124/9 152/10
166/18 173/9 173/16
175/25 177/15
heading [3]  150/10
150/18 171/25
heads [2]  82/20 82/22
health [1]  77/2
hear [34]  12/6 22/22
23/14 43/4 43/23 56/4
56/14 65/16 73/22
77/25 78/17 80/13
80/13 80/17 89/1
89/17 89/19 91/4 95/1
95/19 117/14 118/24
119/25 120/15 125/16
137/16 139/5 139/11
142/23 148/9 149/6
161/6 162/6 173/2
heard [34]  5/5 10/13
15/1 19/22 19/24
21/11 21/17 23/9 43/2
44/22 49/4 53/16
53/18 60/13 72/9
76/24 77/2 95/18
137/12 137/19 138/3
139/7 139/25 140/3
140/5 140/7 141/18
148/6 150/7 172/17
173/5 177/9 179/9
180/11
hearing [8]  50/21
53/22 61/17 87/12
89/22 89/23 132/23
137/13
hearings [1]  142/12
hearsay [11]  14/22
14/25 19/17 21/13
22/25 33/5 37/21
43/22 55/17 56/9
56/11
heart [1]  38/24
heaved [1]  152/1
heck [1]  149/7
held [1]  119/8
hell [3]  152/13 156/6
171/16
helmet [1]  175/11
helmets [3]  122/20
123/22 124/17
help [22]  5/14 17/23
29/1 29/4 47/2 48/6
78/11 84/15 84/18
104/6 107/10 116/7
116/8 116/10 130/4

H
help... [7] 142/20
142/21 151/23 166/17
166/20 167/24 168/2
helpful [1] 64/1
helps [1] 163/5
her [40] 5/16 6/4 7/9
8/2 8/12 8/16 10/15
10/16 10/20 10/22
14/5 14/9 14/12 14/20
15/5 15/21 17/15 18/2
18/11 18/19 19/7
19/19 20/5 20/12
21/23 23/13 25/19
26/25 73/13 102/13
102/14 103/22 104/3
127/24 136/12 154/10
159/16 174/23 176/12
177/19
here [92] 3/4 3/23 4/6
5/24 6/2 6/6 7/20 8/1
8/23 11/9 12/4 12/24
13/14 13/17 13/18
14/2 14/7 15/8 16/15
17/5 17/24 20/7 28/3
28/10 28/14 28/17
28/24 30/11 33/7
34/23 36/14 40/10
42/13 46/17 46/19
46/25 48/8 53/8 60/5
61/23 63/17 64/9
64/12 66/23 90/19
90/20 90/21 90/22
92/3 99/22 101/20
108/4 110/6 116/3
116/5 120/20 123/8
124/1 124/8 129/3
129/23 130/7 132/18
136/8 141/7 141/21
146/7 146/7 146/9
146/11 147/24 148/8
149/3 149/17 151/6
155/10 155/19 156/15
159/21 160/4 160/5
160/8 164/4 166/14
169/4 170/5 170/7
171/17 178/12 180/13
182/7 184/7
here's [3] 6/17 19/5
20/9
hereby [1] 185/2
heros [2] 156/25
156/25
herself [1] 5/8
hey [13] 4/23 40/1 74/2
100/14 132/17 143/13
143/18 152/9 155/9
167/13 168/6 176/2
178/23
Hi [1] 30/23
high [2] 158/1 174/17
higher [2] 159/15
171/15
Hill [1] 80/8
him [102] 4/9 4/25 5/19
6/12 6/13 6/22 7/1 7/6
7/8 7/9 7/19 9/12
11/19 26/1 26/4 26/10
26/14 26/16 27/10

27/25 28/4 28/7 29/1
29/4 29/9 29/12 29/14
30/25 33/1 33/3 39/15
47/7 48/4 48/6 50/18
51/19 51/23 51/25
52/13 52/15 52/17
53/2 53/2 53/4 53/5
53/7 62/10 63/12 66/7
66/16 66/20 67/8
67/24 73/11 74/2 84/2
84/15 92/19 92/21
99/23 107/17 115/17
115/18 115/19 115/24
116/2 116/2 116/22
116/23 117/3 117/17
117/20 117/21 117/25
118/3 124/10 124/11
128/21 131/9 134/25
146/12 146/13 151/13
151/24 154/8 155/17
165/21 166/17 166/17
171/3 172/12 172/13
172/15 172/18 174/3
174/4 174/10 175/21
175/25
himself [4] 5/10 5/19
49/19 128/21
hinky [1] 139/2
his [35] 5/18 7/11 7/18
12/23 26/6 30/25
35/11 41/10 45/19
45/19 45/20 45/21
45/21 62/15 65/9
66/15 67/4 73/1 73/12
75/1 75/15 114/13
114/14 117/4 123/16
128/13 151/11 151/13
167/10 172/15 173/8
173/9 173/12 174/3
175/24
historic [2] 148/18
160/8
history [7] 112/5
112/11 130/6 141/6
141/7 141/8 149/5
hit [12] 61/9 81/12 83/5
151/21 156/7 156/10
161/15 161/18 168/19
169/4 169/6 169/6
hitting [7] 79/22 81/6
91/14 98/15 104/4
107/6 161/24
hold [15] 11/6 21/22
43/23 59/19 79/3
79/17 94/5 96/5 98/24
98/24 104/8 122/7
126/8 126/21 167/1
holding [1] 123/24
hole [2] 57/22 148/12
holed [1] 135/13
holes [1] 157/24
holy [2] 173/14 173/24
home [3] 114/4 132/8
146/13
homemade [1] 179/17
homogenous [1] 76/13
honest [1] 82/15
152/17 173/19

honor [87] 3/3 3/9 9/17
10/21 13/2 13/18
15/11 15/15 18/9
25/16 25/25 26/7
26/12 26/20 29/23
30/5 45/10 45/17 55/2
56/8 62/14 62/24
63/16 63/20 64/1 65/1
65/18 66/4 66/24 67/7
67/9 67/14 67/16
67/21 67/23 69/15
71/13 71/20 75/23
89/6 90/10 93/16
93/19 94/24 97/19
98/21 99/13 99/25
101/10 102/8 103/18
103/23 105/18 106/5
109/22 110/8 114/15
114/18 117/4 118/1
120/19 122/14 125/1
125/9 125/14 125/25
126/7 126/22 127/6
127/15 128/6 128/9
128/18 129/2 129/17
131/3 131/25 172/17
175/5 181/14 182/2
182/9 182/18 183/9
183/15 183/25 184/20
HONORABLE [1] 1/8
honored [2] 116/24
117/21
hoodie [3] 51/25 52/5
143/25
hope [4] 12/7 64/22
118/3 183/3
hoping [1] 29/3 29/6
29/11 127/18
horns [1] 144/17
horrible [2] 17/15
173/9
hotel [5] 28/14 28/21
46/23 143/15 143/21
hour [9] 86/23 103/17
103/22 163/24 180/16
180/18 180/25 181/13
181/14
hours [11] 85/21 85/22
86/5 86/5 118/10
122/3 180/14 180/15
180/20 181/12 181/22
house [2] 20/22 146/18
household [1] 20/9
housekeeping [1]
63/17
how [62] 11/14 24/2
24/3 26/10 26/14 27/8
27/14 28/14 31/8
31/10 33/19 36/25
50/1 50/22 51/6 55/21
65/14 65/16 66/2
66/21 68/24 78/3
78/23 78/23 79/9
80/20 83/7 83/19
83/24 85/23 86/5 87/9
87/14 96/23 97/11
97/12 97/20 100/17
103/7 103/20 109/2
111/8 117/25 119/1

137/7 137/9 139/15
146/6 150/13 156/14
157/12 158/18 160/1
160/14 174/21 180/2
180/5 181/4 182/19
How's [2] 15/7 182/15
however [2] 113/21
152/17
huh [26] 44/7 47/17
50/3 51/3 51/13 52/8
53/12 56/3 61/22
81/19 81/22 81/22
82/17 90/6 92/2 101/7
105/9 106/18 118/11
118/17 119/20 120/2
120/12 121/1 121/9
125/20
Huh-huh [1] 81/22
hulk [1] 168/24
human [6] 57/19 69/13
84/14 156/19 159/12
168/23
hundred [7] 137/3
140/18 140/21 146/20
153/9 163/6 168/24
hundred-plus [1]
140/21
hundreds [3] 135/24
143/16 146/5
hurt [20] 83/21 110/11
110/15 110/19 110/21
111/1 111/3 111/10
155/3 158/24 159/4
164/24 169/6 169/7
170/12 170/13 170/18
170/18 171/5 176/7
hustling [1] 16/15
Hy [1] 155/4
Hy-Vee [1] 155/4
hyper [2] 49/10 49/12

I
I'll [10] 10/18 15/10
15/11 16/17 39/22
41/9 64/14 64/21
166/14 173/2
I'm [132] 7/14 7/18
9/17 12/6 12/8 14/16
15/1 17/15 26/10
26/23 27/6 27/6 29/19
31/2 31/21 32/21 34/4
34/19 35/17 37/2
41/17 51/7 51/8 52/20
59/20 60/7 60/7 60/19
61/4 61/11 63/22 67/2
69/7 71/18 78/7 81/17
93/20 93/20 93/24
94/2 95/1 95/3 96/6
96/17 96/19 96/19
97/4 97/7 99/1 99/12
100/9 103/10 103/24
104/6 105/4 106/10
107/11 107/19 107/21
107/23 108/17 108/21
109/16 109/16 110/2
111/16 114/10 114/14
116/18 117/9 122/16
123/4 123/9 123/9
123/19 126/21 127/18

131/4 131/21 131/25
132/4 134/13 135/25
136/1 139/16 140/5
142/17 143/13 145/10
147/24 148/22 148/25
149/12 151/22 154/5
155/14 155/15 155/16
155/18 156/5 159/8
159/21 162/10 162/16
162/16 166/12 166/22
166/23 166/23 168/17
168/19 168/20 168/23
168/24 169/10 169/12
169/13 170/8 170/8
170/8 170/21 171/7
172/2 172/10 172/13
172/13 175/18 177/2
177/4 177/10 179/18
181/13
I've [13] 118/6 123/17
127/13 137/12 141/6
142/11 144/4 160/6
160/16 172/1 172/16
178/7 182/14
I-N-D-E-X [1] 2/1
idea [3] 94/6 94/24
111/21 123/13
ideal [1] 131/7
ideological [1] 135/16
idiots [6] 144/14
144/16 147/19 154/1
157/22 176/14
ignored [1] 69/25
image [1] 166/5
imagine [3] 80/17
85/25 181/12
immediately [6] 111/14
123/21 131/18 131/19
151/17 151/21
immunity [2] 6/13
64/19
impeach [2] 18/22 33/1
impeaching [1] 18/25
impermissible [1]
128/16
imply [2] 22/22 43/4
importance [1] 35/17
important [2] 112/5
131/14
impractical [1] 128/22
impression [1] 55/8
inaccurate [2] 18/12
20/13
inauguration [3] 78/14
91/19 95/25
incarcerated [1] 8/4
incessant [1] 48/20
incident [5] 86/14
107/9 107/12 107/22
107/24
incidents [1] 163/14
inclined [1] 183/24
includes [1] 48/8
including [3] 33/12
127/15 138/15
income [1] 133/20
inconsistencies [1]
133/8
inconsistent [1] 19/16

increase [2] 38/17
38/18
incredibly [1] 158/9
indeed [1] 89/7
independent [7] 68/23
69/8 69/10 70/2 74/23
124/20 134/21
indicate [1] 147/2
indicated [1] 162/22
indicating [5] 4/5 123/8
123/11 155/17 184/17
indication [2] 55/21
94/19
indiscriminately [5]
79/16 79/18 82/11
82/19 90/7
individual [3] 123/8
123/22 124/8
individuals [1] 124/10
indulged [1] 104/8
influencing [1] 139/22
inform [1] 13/6
information [9] 6/25
7/11 11/2 21/4 31/23
32/1 32/4 33/9 66/17
informed [1] 66/2
initial [2] 35/23 149/9
initially [6] 23/12 35/23
48/13 86/10 88/5
164/3
injured [1] 4/7
injustice [1] 132/14
innocent [1] 154/2
inside [6] 40/21 40/22
40/24 41/4 77/21
114/7
Inspector [1] 76/11
instantaneously [1]
113/16
instantly [1] 89/24
instigating [1] 90/24
instigation [1] 153/7
Instigators [1] 98/13
instinct [4] 84/12 84/14
161/21 173/15
instinctively [1] 151/25
instructed [2] 76/1
123/21
integrity [2] 138/7
138/9
intelligent [1] 67/5
intend [4] 61/6 64/11
66/25 67/8
intended [1] 170/18
intending [3] 61/19
110/15 111/3
intense [1] 158/10
intent [4] 97/21 97/23
114/14 170/17
intention [1] 64/5
interacting [1] 164/22
interaction [1] 5/17
interactions [2] 62/15
90/14
interested [2] 14/14
38/23
interesting [2] 3/19
35/17

internet [3] 109/6
134/13 148/25
interruption [9] 70/23
74/4 86/2 87/4 87/18
112/7 115/9 117/6
119/10
interview [1] 60/18
introduce [2] 20/5
129/16
introduced [4] 20/10
20/12 35/1 35/6
investigation [2] 44/10
44/12
investigative [1] 70/2
invoke [1] 13/21
involve [1] 26/4
involved [2] 6/22
114/20
iPhone [4] 120/6 120/7
120/8 120/9
irregularities [3] 49/8
137/14 138/24
irregularity [1] 140/23
irrelevant [1] 126/14
is [269] 4/9 4/9 4/16
6/9 6/16 6/17 7/5 7/10
7/19 7/20 7/22 8/1
8/11 8/12 9/1 9/6
11/13 11/23 12/4
12/23 13/2 14/22 15/1
16/19 18/5 18/10
18/25 19/6 19/15
19/16 19/17 20/4 20/5
20/10 20/19 21/2 23/5
23/11 23/18 24/19
24/24 28/14 28/17
28/19 29/4 31/17
31/23 32/25 33/13
33/24 34/19 34/25
35/2 35/3 35/4 35/6
35/8 35/10 35/16 36/3
36/19 36/22 36/23
36/25 37/11 37/22
39/24 39/25 42/19
44/17 45/19 46/15
46/23 47/2 47/7 48/3
50/13 51/7 54/21 58/7
58/18 59/10 60/10
60/11 61/21 62/9
62/11 62/13 62/14
62/15 62/21 62/25
63/10 63/21 64/18
65/3 65/3 65/4 65/7
65/12 66/7 66/9 66/10
68/11 68/13 70/15
71/19 72/24 73/4 74/7
75/7 76/14 76/15
79/22 80/16 80/17
81/12 83/10 84/11
84/23 84/25 85/20
86/12 86/15 87/16
87/19 88/7 88/17
88/24 89/7 89/10
89/11 90/1 90/13
90/18 91/7 91/10
91/19 92/22 93/18
94/2 94/6 94/17 95/10
96/7 96/15 96/17 97/3

99/6 99/21 100/14
100/16 101/2 101/4
101/5 101/8 102/9
103/17 106/10 106/13
106/20 107/19 107/20
107/21 107/23 108/16
109/6 109/13 109/18
110/16 110/22 113/21
116/11 116/14 118/7
118/14 120/5 120/19
121/2 123/12 123/13
123/22 124/17 126/14
127/21 127/21 128/3
128/16 130/11 131/2
131/22 132/4 132/18
133/22 133/25 133/25
135/6 136/13 136/17
137/25 138/11 139/22
140/1 141/21 141/24
141/25 142/3 142/15
144/9 144/17 145/23
148/4 148/5 149/3
149/25 150/5 150/19
151/15 152/6 152/9
152/11 154/18 154/24
155/21 156/3 156/5
156/19 158/25 159/9
159/12 160/6 160/11
160/18 160/19 160/24
161/21 163/3 164/16
164/19 165/16 165/20
166/11 166/11 166/13
169/10 170/25 171/8
171/10 171/18 173/2
173/20 173/21 174/19
177/1 177/15 180/2
181/4 181/7 181/18
181/18 182/1 182/19
183/19 184/18 185/2
ish [4] 147/3 152/4
152/7 180/14
island [1] 167/5
isn't [9] 18/14 20/13
35/11 41/6 41/11
75/25 139/25 157/9
178/24
issue [25] 4/8 6/8 6/14
6/19 10/25 13/7 13/7
26/6 37/11 45/18
45/24 57/1 61/5 61/9
61/14 61/24 62/7
63/10 64/18 64/19
66/8 72/14 80/23 83/2
131/18
issues [12] 3/17 4/14
5/1 5/12 12/12 42/24
45/19 56/22 59/14
61/20 65/5 155/14
it [444] 6/18 6/19 7/3
7/3 7/8 7/13 7/16 7/19
7/23 8/6 8/7 8/10 8/23
8/23 9/1 9/6 9/13 13/8
13/20 13/21 14/12
16/9 17/16 17/23 18/2
18/8 18/24 19/8 20/6
20/11 21/13 21/14
22/6 23/8 24/3 24/6
24/19 24/20 24/24

26/17 28/12 30/3 31/6
32/3 33/11 34/1 34/1
35/6 35/9 35/25 36/1
36/11 36/25 37/18
39/14 40/6 40/10
41/12 41/25 42/6 42/6
43/16 44/9 45/13
45/13 45/20 45/23
46/21 47/12 48/23
48/24 49/3 49/4 49/4
49/5 49/13 49/17
49/24 50/1 50/9 50/13
50/14 50/15 50/18
50/21 51/19 51/20
51/22 52/2 53/1 53/15
53/16 53/21 53/25
55/18 55/23 56/10
57/24 58/2 58/18
60/10 60/11 60/1
60/12 61/18 62/4
63/21 66/3 66/13 69/5
70/5 70/18 71/8 71/8
72/18 72/24 73/2
73/11 73/12 73/22
73/24 74/11 74/21
74/21 75/1 75/4 75/13
75/18 77/1 77/16
78/11 78/15 78/16
80/6 80/17 81/7 81/10
82/8 82/11 82/18 83/8
83/10 83/12 83/16
84/17 84/22 85/12
86/1 87/2 87/6 87/9
87/15 87/23 88/2 88/3
88/21 90/1 90/3 92/7
92/11 92/12 92/14
92/24 93/18 95/4 95/6
95/7 95/23 96/20
96/23 97/15 97/20
97/21 98/8 98/22
98/23 103/7 103/24
104/12 104/15 105/6
105/12 106/23 107/14
107/16 107/25 108/3
108/9 108/13 109/11
109/15 109/19 109/20
110/4 110/16 110/16
110/20 111/9 111/22
112/8 112/14 114/11
114/15 115/21 116/14
117/14 123/17 123/19
123/20 125/7 126/14
126/15 126/19 126/24
127/7 128/3 128/20
128/3 130/18 130/19
130/20 130/22 131/15
131/17 131/17 132/6
132/12 132/14 132/16
132/16 132/23 133/5
134/1 134/1 134/3
134/4 134/13 134/14
134/17 134/25 134/25
135/1 135/1 135/18
135/19 136/8 137/3
137/4 137/7 137/9
137/11 137/11 137/13
137/15 138/15 138/25
139/25 140/1 140/6

141/14 141/22 142/6
142/25 143/5 144/21
145/9 145/9 145/10
145/13 145/16 146/6
146/15 146/20 147/5
147/6 147/7 147/18
147/21 148/14 148/19
149/3 149/9 149/12
149/14 149/23 150/5
150/12 150/13 150/15
150/24 151/9 151/9
152/16 154/6 154/11
154/13 154/13 154/16
154/20 154/21 154/24
155/6 155/9 155/11
155/14 156/4 156/10
156/13 156/15 157/5
157/20 158/6 158/6
158/9 158/11 158/22
158/25 159/6 159/15
160/2 160/9 160/11
160/22 161/1 161/2
161/8 161/19 161/25
162/6 162/13 162/13
162/13 163/3 163/10
164/20 165/20 166/3
166/5 166/7 166/8
166/13 166/17 166/25
167/4 167/8 167/17
167/22 167/23 168/3
168/4 168/4 168/9
168/15 168/16 168/16
168/17 168/18 168/23
168/24 169/10 169/13
169/25 170/9 170/10
170/13 170/19 170/19
171/3 171/7 171/11
171/13 171/14 171/21
171/24 172/24 173/3
173/5 173/9 173/11
173/23 173/24 173/25
173/25 174/2 174/3
174/6 174/9 174/14
174/15 174/18 175/1
175/14 175/15 175/18
175/19 175/20 175/25
176/1 176/2 176/8
176/8 176/19 176/20
176/21 176/22 177/1
177/2 178/6 178/18
178/19 178/19 178/24
179/6 179/13 179/14
179/14 179/16 179/16
179/17 179/17 179/19
179/19 179/19 179/20
179/21 179/21 180/13
181/12 182/5 182/22
183/4 183/20 183/20
183/25 184/2 184/2
184/17 184/18
it's [113] 3/19 7/14
8/22 9/5 11/3 11/22
13/8 14/7 14/22 14/25
19/23 23/24 25/1
26/18 27/9 31/14
34/21 35/3 35/9 35/9
35/12 35/18 36/8
39/16 40/6 41/9 45/12

it's... [86] 45/12 48/1
53/20 54/24 55/23
56/9 58/17 58/24
59/12 59/12 63/18
66/6 69/8 71/13 72/16
73/1 74/13 74/13
79/19 79/20 80/9
83/11 84/14 86/22
87/7 90/18 96/20
96/23 97/12 99/10
104/20 109/21 109/23
111/6 112/10 114/14
115/21 116/14 119/21
120/9 120/11 121/17
126/23 128/10 130/12
131/13 135/17 135/17
138/10 138/13 139/21
140/15 141/25 142/1
142/2 142/2 142/18
146/15 146/25 147/3
148/14 150/13 152/9
152/25 157/10 159/12
160/21 162/2 163/1
163/22 165/5 166/4
166/16 170/19 172/9
173/1 173/15 173/20
176/2 177/3 178/3
180/16 180/20 182/6
182/6 184/16
its [2] 35/19 184/19
itself [2] 51/16 112/13

**J**
J-A-M-E-S [1] 31/7
jacket [3] 52/5 144/2
144/3
jackets [2] 72/7 72/9
jail [6] 5/11 5/15 60/6
60/11 60/12 116/1
JAMES [4] 1/8 2/6
30/16 31/5
Jan [4] 135/5 135/14
140/4 140/7
January [52] 16/25
19/3 21/7 21/19 21/23
22/5 23/10 28/1 31/12
31/17 36/17 36/19
38/13 38/16 38/19
43/10 45/3 48/11
48/17 49/10 51/16
52/18 56/14 57/7 61/9
62/16 65/6 68/16
72/18 73/21 74/11
91/15 91/20 102/6
106/19 112/18 114/20
114/21 115/5 115/11
116/10 116/12 116/14
117/17 118/10 119/8
130/25 134/4 136/3
136/3 141/17 184/3
January 6 [47] 16/25
19/3 21/7 21/19 21/23
22/5 23/10 28/1 31/12
31/17 36/17 36/19
38/13 38/16 38/19
43/10 45/3 48/11
48/17 49/10 51/16
52/18 57/7 61/9 62/16

January 7 [1] 116/14
jeans [1] 144/4
JEB [1] 1/3
job [7] 9/10 94/8
130/12 132/20 132/21
139/4 141/3
jobs [2] 130/2 148/24
join [1] 9/13
joke [1] 144/13
joked [1] 176/12
Jones [6] 1/14 3/10
9/17 46/13 106/10
117/14
journalism [1] 70/2
journalist [6] 68/23
69/10 74/24 115/6
115/8 124/20
judge [8] 1/9 9/10
12/25 84/22 97/12
98/22 101/25 172/25
judicial [2] 44/19 141/3
July [3] 182/7 182/9
184/22
July 1 [1] 182/9
July 11 [1] 184/22
July 3 [1] 182/7
jump [3] 101/20 136/13
143/13
jumped [1] 136/16
June [1] 1/5
jury [2] 12/18 128/9
just [151] 4/2 4/22 4/23
5/6 5/14 11/9 12/13
13/9 15/11 16/19
19/10 21/22 21/23
24/5 24/5 24/21 24/22
25/21 25/23 26/16
28/2 30/10 31/2 32/18
32/19 33/1 33/3 34/9
34/25 35/3 49/2 50/21
51/19 51/23 53/5
55/10 55/11 60/12
61/5 63/16 63/19 64/3
64/21 64/24 73/24
76/15 76/25 81/11
81/14 82/10 82/11
82/19 83/5 83/11
85/19 87/12 88/25
90/7 90/8 91/2 92/6
93/13 94/7 95/3 95/7
96/14 96/19 96/20
97/7 98/3 99/12 100/9
100/18 103/14 105/6
105/7 105/19 109/18
110/6 111/9 111/20
115/18 117/12 117/14
119/25 121/23 124/22
124/25 125/7 126/15
127/2 128/5 128/8
128/13 129/2 130/10
131/17 133/4 134/1

140/20 141/14 144/13
144/15 146/12 147/17
147/23 148/3 149/15
149/24 150/2 150/7
151/2 151/9 151/11
152/1 152/11 152/16
154/19 154/23 155/2
155/9 155/21 156/4
156/21 157/4 160/22
160/24 161/12 162/14
162/14 164/21 165/3
165/23 165/25 167/13
167/17 173/2 175/6
175/23 175/24 176/3
177/3 177/13 177/20
178/9 179/14 180/12
184/10
justice [3] 76/22
132/11 180/14

**K**
Karlsen [6] 156/16
172/13 172/19 173/5
173/6 175/21
keep [17] 8/23 8/23
31/14 51/12 51/14
60/5 61/17 84/4 121/6
155/1 164/9 164/25
165/4 167/16 167/18
167/20 171/5
Keepers [1] 144/12
keeps [1] 60/12
kept [5] 88/25 154/8
157/12 167/18 174/11
Kevlar [1] 72/12
kick [1] 166/11
kicked [1] 166/4
kicking [4] 165/10
165/11 165/23 165/25
kid [2] 146/4 175/10
kids [3] 133/21 156/6
182/13
kill [6] 73/11 97/16
117/1 117/22 124/23
124/24
killed [4] 69/6 170/3
170/7 177/22
killing [1] 81/4 83/9
171/8
kind [64] 17/22 24/22
32/1 49/2 51/23 69/5
73/21 83/4 83/7 97/1
104/17 104/25 111/5
121/17 123/19 132/17
134/16 135/11 135/12
136/22 137/11 143/19
144/12 146/6 148/6
148/16 149/25 150/3
150/11 150/15 150/20
151/2 151/3 151/17
151/20 152/1 153/1
154/5 154/6 154/9
154/11 161/1 161/12
161/25 162/12 162/14
162/14 162/16 162/25
164/5 164/6 164/6
164/15 166/6 168/7
168/8 171/7 171/10
171/14 174/11 174/11

kinds [1] 102/16
king [5] 84/15 84/18
107/9 107/21 141/11
knee [1] 166/13
knees [1] 168/25
knew [14] 8/19 38/14
49/24 50/1 115/25
140/10 140/11 144/9
144/11 145/17 145/25
146/6 147/4 155/18
knocked [1] 146/1
know [166] 3/24 4/1
4/4 4/6 10/15 10/16
11/3 11/19 11/21 12/9
12/18 13/24 14/16
16/19 17/12 18/11
24/3 24/20 24/21
25/11 26/10 26/15
26/16 26/17 27/15
28/2 31/8 32/15 33/2
37/22 38/22 40/21
44/17 48/15 50/9
50/10 50/16 50/21
52/3 53/16 54/18
60/16 60/19 61/19
62/11 62/12 62/14
62/15 62/22 72/6
73/20 73/24 74/12
78/12 81/2 81/13
81/14 83/7 83/11
87/21 88/20 92/10
96/4 96/15 96/15
96/20 96/23 97/6 97/7
101/11 101/20 102/15
103/7 105/4 107/3
108/5 111/7 111/14
111/16 111/18 112/8
112/14 114/11 114/11
115/22 115/25 115/25
116/1 116/13 119/15
121/17 122/23 122/25
123/12 123/23 124/3
131/8 131/13 131/14
131/24 132/16 136/22
138/2 139/1 139/15
139/15 140/5 140/8
140/9 141/11 142/1
143/9 145/9 146/6
146/24 148/17 148/19
149/11 149/19 149/21
150/13 150/24 151/15
154/18 155/9 156/12
156/19 158/16 158/17
158/19 158/22 159/18
160/1 160/1 160/6
163/1 163/6 163/8
163/23 164/12 164/13
167/23 168/15 169/9
170/11 172/8 172/15
174/21 175/1 175/16
175/23 176/14 177/1
177/4 177/14 177/22
178/5 178/7 178/7
179/6 179/7 179/8
179/20 180/24 182/7
182/23
knowing [3] 4/22 67/5
158/2

know... [18] knowledge [3] 102/11
102/18 126/3
known [7] 25/7 26/10
26/14 27/8 76/10
136/12 139/22
knows [6] 6/20 19/18
33/4 41/13 132/12
145/13 163/4
knuckleheads [2]
144/18 144/20

**L**
lack [1] 82/7
lacrosse [1] 169/3
lagged [1] 143/7
laid [3] 8/18 71/15
111/19
Lambert [1] 3/22
landing [1] 82/22
landscape [3] 129/21
130/4 133/2
landscaper [4] 99/12
129/20 133/21 168/25
landscaping [1] 130/3
large [2] 44/11 144/21
largely [1] 184/18
last [24] 6/19 17/15
22/6 25/17 25/25
27/24 27/25 42/12
46/5 46/7 60/17 61/17
80/2 102/13 126/19
127/21 127/25 131/11
143/12 144/1 162/10
168/5 174/13 174/15
late [1] 6/19
lately [1] 146/21
later [5] 5/25 113/25
178/25
law [10] 1/20 29/12
29/20 35/12 36/5
43/14 69/13 76/11
76/15 113/8
lawful [1] 22/23
lawsuits [1] 139/6
lawyer [9] 7/22 8/2 8/9
8/18 8/23 9/4 9/9 9/13
13/13
laying [2] 102/7 166/13
lead [10] 20/17 40/24
58/16 70/7 86/1 86/4
91/2 91/3 150/17
158/11
lead-up [6] 20/17 70/7
86/1 86/4 91/2 91/3
leaders [1] 139/14
leading [9] 37/8 37/12
38/3 39/4 43/18 72/23
86/17 103/18 149/23
leadup [6] 22/5 36/19
38/13 38/18 43/10
48/17
leaning [1] 92/19
learned [7] 114/8
140/10 143/3 143/4
156/14 157/11 160/16
least [10] 72/16 85/21
86/6 108/13 139/17
142/12 146/5 150/6
168/2 171/15
leave [20] 8/6 76/21

Case 1:21-cr-00446-JEB Document 108-11 Filed 09/11/23 Page 200 of 218

L

leave... [18] 80/24
81/21 92/14 92/16
93/5 93/7 93/18 93/22
93/25 94/7 94/13
127/13 154/24 156/1
160/7 161/3 175/18
182/8
leaving [3] 91/25 162/7
170/1
lectern [1] 63/17
led [4] 34/18 86/11
96/1 149/23
ledge [1] 96/25
leeway [5] 34/2 37/14
71/19 95/14 132/2
left [34] 50/23 53/11
66/4 74/16 74/18
91/24 95/9 95/11
95/17 96/24 96/25
97/10 97/14 100/19
100/21 104/22 105/6
105/21 106/22 131/17
134/22 137/6 138/17
144/1 149/15 153/3
161/11 162/22 164/5
171/22 174/13 175/22
176/23 180/2
left-wing [1] 137/6
leg [1] 166/11
legal [13] 42/24 43/6
43/8 43/9 43/11 43/16
125/23 126/8 138/1
140/8 140/16 140/23
183/25
legally [2] 142/7
142/13
legislative [1] 141/3
legislators [1] 142/6
legislature [1] 140/14
legislatures [4] 113/1
113/8 113/12 113/19
legitimately [4] 138/23
170/3 173/13 176/1
legs [1] 82/23
length [1] 4/4
lens [1] 178/2
less [2] 3/21 179/12
lessons [1] 133/22
let [32] 5/19 10/14
10/15 12/13 26/19
33/6 34/22 35/22 36/8
39/15 39/21 39/22
40/10 41/9 64/24
65/12 65/23 84/2
85/18 95/1 96/13
99/11 101/22 112/25
136/15 137/15 140/25
155/9 165/1 165/4
180/15 184/11
let's [19] 8/23 15/3
15/4 20/24 21/22
26/25 43/23 61/2
67/24 72/14 73/21
76/18 86/8 112/17
136/3 149/11 158/22
163/24 179/22
lethal [1] 157/23
letting [1] 92/15

89/21 91/23 92/13
96/24 114/16 133/4
139/11 139/17 150/7
150/16 151/14 155/11
157/10 158/9 159/16
160/3 168/1 176/11
177/20
levels [1] 141/1
liars [1] 140/2
licks [1] 171/22
lie [4] 30/2 60/5 115/2
173/8
lied [4] 19/2 19/3 20/2
173/18
lies [1] 133/8
life [11] 23/25 24/16
36/22 70/5 71/12
73/13 102/14 135/22
136/1 152/23 165/7
lifetime [1] 134/8
light [1] 184/9
like [270] 3/23 8/21
11/5 13/21 13/25
14/13 22/6 23/8 24/5
24/7 24/20 26/13
29/14 32/4 32/14
32/19 34/15 36/4 37/1
40/19 42/12 48/1 50/9
50/14 50/15 50/24
51/8 51/20 51/21
51/22 53/1 57/19
57/19 57/25 59/1
59/18 60/17 63/8 65/2
65/8 70/12 72/7 72/11
72/12 72/16 72/16
73/11 73/12 73/20
74/13 75/6 75/18
76/24 77/2 78/16
79/21 79/24 80/17
80/25 81/2 81/2 81/5
81/7 81/21 82/8 82/11
82/18 83/16 84/9
84/15 84/17 86/23
88/21 90/12 90/21
91/7 91/8 91/21 92/11
92/13 92/14 92/21
93/9 93/9 94/14 94/16
95/4 96/25 96/25 97/1
97/15 98/9 101/14
103/5 105/11 106/21
107/9 107/15 107/17
107/21 114/7 118/5
118/15 118/18 119/15
119/15 119/21 123/20
125/21 127/17 128/14
129/2 129/19 131/8
131/9 131/16 132/18
133/5 134/4 134/6
134/25 135/7 136/10
136/11 136/13 136/21
137/15 138/11 138/15
139/4 139/19 140/1
140/2 140/2 140/9
140/16 140/18 141/1
141/4 141/9 142/5
142/13 142/13 144/1
144/7 144/19 145/4
145/20 145/20 145/22

148/5 148/14 148/21
148/22 148/25 149/2
149/3 149/11 149/12
150/12 150/13 150/14
150/16 150/25 151/9
151/12 151/22 152/8
152/9 152/13 152/14
153/6 153/12 154/6
154/13 154/17 154/22
155/2 155/2 155/6
155/11 155/13 155/16
155/20 156/3 156/4
156/4 156/5 156/5
156/6 156/24 157/10
157/20 158/5 159/10
159/20 160/11 161/8
161/17 161/25 162/6
164/9 164/23 164/24
164/25 165/2 165/2
166/6 166/17 166/18
166/19 166/24 166/25
167/6 167/10 167/13
167/17 167/21 168/6
168/9 168/17 168/20
168/23 169/13 170/1
170/7 170/17 171/9
171/13 171/14 171/16
171/21 171/24 172/6
172/7 172/14 173/20
173/24 174/22 174/22
175/2 175/12 175/23
175/25 176/2 176/7
176/14 176/16 176/24
177/3 177/3 177/4
177/7 177/8 177/10
177/15 178/11 178/13
178/16 178/16 179/13
179/19 179/18 180/8
180/9 180/14 183/13
liked [2] 133/19 154/12
likely [3] 53/25 64/16
64/16
Likewise [1] 38/12
Lila [2] 101/24 102/5
limits [1] 177/15
line [24] 25/17 82/25
86/8 86/8 86/24 87/2
87/9 87/14 87/21
87/22 88/21 88/24
89/15 89/24 90/4
92/12 101/5 121/10
154/18 160/24 164/8
167/1 172/9 176/3
lines [2] 81/10 92/5
listen [2] 49/2 172/21
listened [2] 137/17
145/23
listening [1] 64/7
literally [7] 15/16 81/4
87/17 95/23 145/21
146/20 152/24
little [48] 6/6 23/8 34/2
34/11 37/14 69/16
71/19 75/15 84/2
85/16 96/13 100/10
101/20 105/19 118/15
128/10 130/8 131/17
132/1 132/24 137/18

149/6 151/4 151/16
151/20 153/4 153/6
162/25 163/12 164/4
164/5 166/24 167/17
168/5 168/8 169/20
169/20 170/14 170/22
174/12 175/13 175/17
179/8 179/17 180/19
live [4] 115/11 133/21
139/15 141/14
lived [2] 133/19 146/2
Lives [1] 70/12
living [2] 68/22 133/1
loading [1] 157/13
lobbing [1] 82/19
local [3] 9/13 69/9
69/13
localized [1] 70/6
locally [1] 38/21
locate [1] 154/8
lock [1] 94/23
lockdowns [2] 70/8
134/2
locked [4] 33/12 95/6
135/20 179/20
lockup [1] 156/22
logistical [1] 5/12
long [19] 26/10 26/14
27/8 64/11 68/24 74/2
77/1 90/25 97/5
103/20 134/5 146/25
154/10 165/9 165/9
166/11 171/17 176/22
181/4
longer [4] 22/8 42/18
180/19 181/7
longest [1] 172/19
look [37] 10/18 10/19
13/25 40/1 40/5 46/11
46/13 72/16 81/7 81/8
87/20 91/18 108/1
108/5 111/17 113/2
113/9 113/18 121/15
122/1 123/20 138/8
152/9 160/16 160/24
161/3 162/10 165/22
166/14 170/9 170/17
171/2 171/11 172/1
172/20 177/1 178/3
looked [24] 36/4 73/11
73/12 79/20 95/4 98/9
107/15 107/16 132/19
132/20 134/24 151/22
156/20 157/19 164/24
165/22 166/2 166/17
168/16 169/8 169/10
172/7 173/25 179/16
looking [23] 61/16 86/6
87/21 97/8 97/13
111/17 121/18 123/9
133/17 135/6 138/14
138/22 143/2 149/8
149/14 153/3 154/8
167/23 168/18 168/19
169/12 173/24 181/21
looks [5] 81/7 166/6
167/4 167/10 173/9
Lord [1] 169/20

lot [62] 25/1 34/13 37/1
37/1 51/19 69/12
69/20 69/23 70/6
71/14 73/5 73/6 74/14
83/22 86/22 95/13
98/12 104/9 105/20
107/5 110/17 111/24
123/17 132/9 133/22
133/23 134/12 134/12
134/21 135/4 135/7
135/11 135/25 137/19
140/18 142/18 144/14
144/14 144/15 144/22
145/1 145/5 146/8
149/8 152/8 152/11
152/12 152/12 154/1
154/3 156/14 156/21
157/4 158/6 161/19
162/20 163/5 163/7
169/14 174/23 174/25
179/13
loud [2] 150/5 150/8
love [4] 47/5 58/18
60/21 141/6
love-hate [1] 58/18
low [2] 133/20 150/7
low-level [1] 150/7
lower [27] 78/22 80/9
85/24 86/1 86/3 86/4
87/11 91/23 94/13
95/11 95/24 98/8
101/22 108/22 109/2
147/21 149/6 149/12
149/13 149/24 150/19
151/6 152/4 168/4
176/11 177/23 177/23
76/14
luck [1] 173/10
lunch [3] 63/13 63/14
64/17
luncheon [1] 65/15
lunchtime [1] 183/2
Lyft [1] 3/23
lying [2] 139/1 172/24

M

M-O-C-K [2] 31/7
129/13
ma'am [4] 15/23 15/25
25/21 30/6
mace [1] 72/8
mad [2] 59/17 59/21
made [15] 23/19 40/11
63/20 63/23 73/23
73/25 99/15 142/4
149/3 159/8 159/8
159/9 173/14 184/5
184/8
Madison [1] 1/21
main [1] 116/11
mainstream [1] 35/24
maintain [1] 167/21
maintaining [1] 167/19
majority [4] 141/25
160/11 160/11 178/20
make [26] 5/24 7/17
8/12 15/8 16/17 23/5
23/11 23/14 34/23

make... [17] 48/24
82/24 91/19 103/25
113/2 117/25 123/9
136/7 136/25 137/10
147/7 150/8 152/15
154/25 158/11 159/10
170/11
makes [3] 8/7 61/17
158/9
makeshift [1] 92/5
making [3] 13/8 67/5
138/1
male [5] 53/18 53/21
53/24 53/25 158/23
mall [3] 76/25 106/23
146/4
man [12] 84/12 84/14
98/19 109/23 117/25
123/10 124/12 144/15
151/21 152/16 170/15
170/17
many [18] 27/14 48/17
82/1 86/5 97/11 97/12
119/8 119/15 119/16
135/15 145/10 149/24
153/20 153/25 155/13
156/25 175/1 184/7
March [1] 7/3
March of [1] 7/3
marginally [1] 39/14
mark [1] 121/8
marked [1] 92/20
market [1] 72/17
marketing [1] 129/21
married [1] 130/2
Marxist [1] 70/25
mask [1] 54/12
masks [1] 124/18
massive [1] 151/11
match [1] 166/10
matching [1] 132/23
material [4] 4/13 12/10
69/24 184/4
materials [1] 4/12
matter [14] 63/17
66/25 67/6 70/12
94/21 126/14 126/24
127/12 127/14 135/1
135/2 141/19 161/2
185/4
matters [2] 8/5 183/16
may [28] 5/20 6/9 8/2
8/24 12/1 15/21 16/5
21/13 21/14 22/19
30/6 30/8 34/1 34/1
45/16 61/1 61/13
61/23 64/18 65/4
67/18 107/25 108/9
109/12 114/13 129/16
179/23 183/23
maybe [24] 6/3 12/12
12/14 54/17 62/9 69/4
74/11 86/22 88/22
93/10 94/18 97/13
101/4 106/21 107/13
111/8 113/25 120/8
121/18 121/19 135/5
175/23 180/19 180/25

147/5
McBride [3] 13/17
13/19 14/12
McDaniel [11] 12/23
62/9 63/5 63/11 64/15
64/21 64/24 65/17
65/23 67/11 67/15
me [174] 3/16 4/18
5/16 6/18 7/5 7/17
8/13 8/20 9/18 11/4
11/9 13/6 14/5 16/20
19/10 21/11 21/17
22/22 25/3 25/6 28/3
31/8 31/17 33/6 33/13
34/19 34/22 35/22
38/14 38/21 39/11
39/19 39/21 40/10
40/11 42/25 43/2 43/4
44/4 44/22 44/24 45/2
45/21 55/9 56/14
56/14 56/18 56/22
56/23 56/25 57/6 59/4
59/8 59/23 60/5 61/4
61/6 62/2 64/24 65/14
65/23 66/1 68/1 69/12
69/21 73/7 74/6 75/2
77/1 80/4 83/8 84/14
85/18 87/22 91/7 91/8
91/8 95/1 96/13 99/8
99/11 100/6 100/7
101/22 102/20 103/1
109/10 109/12 109/18
110/4 114/6 114/12
116/15 117/1 117/22
124/23 128/5 129/2
130/8 131/10 131/12
131/22 132/17 133/12
133/13 133/22 133/22
134/16 134/25 135/3
135/20 136/6 136/11
136/12 136/14 136/15
136/24 137/1 137/15
138/2 138/7 138/22
139/3 139/13 141/16
143/24 144/14 146/12
146/22 147/11 151/10
153/7 156/10 158/19
159/1 159/18 160/18
160/19 160/19 160/23
162/8 162/12 164/16
165/13 166/25 167/3
168/22 169/3 171/2
171/3 171/8 172/4
172/14 172/18 172/21
172/24 173/5 173/13
173/20 174/21 175/6
176/24 177/11 177/13
178/6 178/23 179/12
179/20 181/1 181/2
181/7 181/8 182/16
184/6
mean [24] 11/21 14/22
18/19 26/11 38/24
43/7 47/10 49/12
50/13 52/25 53/25
58/14 80/7 80/19
101/11 102/18 111/10
112/9 114/16 128/25

182/7
meaning [1] 59/13
means [2] 43/6 158/24
meant [4] 40/18 40/19
50/9 50/11
measure [1] 174/14
measures [1] 71/25
mechanics [1] 128/8
mechanism [1] 141/21
media [12] 22/8 22/12
33/19 35/24 44/25
132/22 132/23 133/8
133/25 139/19 139/21
179/13
meet [2] 13/13 156/25
meeting [2] 27/14
75/18
megaphone [1] 179/1
member [1] 17/14
members [2] 70/19
73/17
memo [1] 170/1
memory [4] 5/16 17/23
116/24 117/21
men [4] 99/23 133/11
143/6 156/24
mention [1] 14/9
mentioned [11] 14/3
70/7 81/20 82/16
107/6 109/2 110/10
111/11 119/1 119/18
148/14
mentioning [1] 111/20
menu [1] 100/17
mess [4] 176/20 177/3
177/10 177/16
message [2] 41/6
176/5
messages [14] 32/5
32/8 32/9 32/11 32/18
33/10 36/14 39/21
40/4 40/7 40/9 53/3
53/4 53/7
met [5] 27/10 68/13
115/24 136/5 143/18
metal [2] 168/23 184/8
metro [6] 88/7 101/24
102/5 129/23 157/23
161/2
Michael [3] 1/11 1/14
114/10
microphone [1] 117/8
mid [2] 22/6 22/17
mid-December [1] 22/6
middle [7] 1/12 39/1
39/6 52/21 121/10
137/7 159/11
might [21] 5/22 8/11
38/21 41/12 50/8 50/8
50/9 50/13 50/15
50/15 58/11 64/1 83/1
83/2 138/10 138/20
141/25 145/1 145/1
148/18 172/10
Mike [6] 3/9 3/10 27/6
106/10 113/10 142/4
miles [2] 90/13 160/7
military [4] 72/14 98/19

milling [2] 148/3
177/25
million [10] 73/15
77/11 83/20 90/13
96/16 97/13 141/23
144/19 155/20 173/15
Milton [1] 69/21
mind [13] 44/3 56/10
69/18 78/7 88/19
107/11 111/8 112/22
112/24 112/24 167/10
169/9 169/10
mind-set [2] 169/9
169/10
minded [1] 38/14
mine [2] 73/25 138/15
minimum [1] 102/10
Minneapolis [4] 57/14
129/22 133/1 138/15
Minnesota [5] 9/10
99/12 129/22
minority [2] 160/10
160/12
minute [14] 13/4 25/22
25/23 36/14 61/2
61/17 79/24 90/13
106/15 120/21 120/25
121/7 143/13 165/6
minutes [28] 12/13
12/15 12/20 85/17
87/22 88/15 102/14
104/3 104/5 104/22
105/2 119/22 119/25
120/22 121/6 121/23
121/23 123/3 123/4
123/25 124/16 152/7
163/18 165/6 165/15
167/20 180/25 181/11
misdemeanors [1]
66/20
misrecollecting [1] 7/15
Mississippi [5] 68/19
68/25 69/22 70/17
74/9
mistake [2] 159/8
159/11
mistaken [2] 42/17
173/8
mistaking [1] 138/10
Misty [15] 136/6
143/12 143/25 146/23
149/11 151/1 151/20
152/10 154/9 159/15
164/16 174/21 175/6
176/19 178/24
mixed [2] 90/5 164/18
Mo [2] 138/4 145/24
MOCK [83] 1/5 1/18
2/4 2/6 2/7 3/6 3/12
3/15 3/17 5/6 5/9 5/14
5/17 5/19 6/9 6/11
6/15 6/20 6/24 7/13
7/17 7/20 7/25 9/9
10/25 11/11 11/14
13/13 13/15 13/19
14/3 15/17 30/8 30/9
30/16 31/5 32/24 35/1
46/4 51/12 54/20 55/3

64/9 65/7 65/8 65/13
66/9 67/8 67/11 67/22
71/19 95/14 100/16
102/19 108/3 109/9
109/16 110/10 115/22
115/25 116/7 118/12
125/2 125/16 126/9
127/21 128/12 129/7
129/11 129/14 132/1
163/20 179/23 181/5
181/10 181/17 181/23
182/19 183/10
Mock's [3] 12/10 12/12
25/25
moment [27] 4/10
10/24 11/4 11/13
19/10 20/25 40/10
79/23 88/17 91/5 93/1
94/17 95/9 99/8 100/9
111/22 111/23 121/13
122/14 128/5 148/18
149/3 149/4 169/13
169/19 170/23 174/14
momentarily [1] 25/19
momentary [1] 151/3
monarchy [1] 141/12
Monday [1] 182/6
money [1] 28/17
month [1] 5/9
months [1] 69/2
monument [5] 74/14
74/25 76/21 97/7
143/24
mood [1] 95/11
more [42] 14/20 14/24
23/8 24/13 24/19
34/11 37/1 37/1 38/13
44/12 53/25 80/3
86/23 105/3 106/23
117/7 118/16 122/4
122/14 125/1 125/16
132/19 132/19 136/12
137/18 137/25 138/2
138/21 138/21 138/21
143/18 145/16 151/4
153/16 156/17 163/12
171/13 179/2 180/5
181/1 181/13 184/13
morning [22] 3/2 3/3
3/9 3/11 3/13 3/18 6/5
7/3 12/7 15/23 15/25
27/4 27/5 30/10 30/15
30/22 46/4 46/5 74/11
74/12 137/2 183/6
Morris [2] 101/24
102/6
most [21] 24/9 24/10
24/12 32/12 49/3
54/17 85/25 96/18
104/24 112/4 112/6
112/9 112/10 135/22
137/1 139/13 146/8
152/6 152/16 164/17
180/8
mostly [3] 32/3 49/2
183/25
motion [3] 166/1
172/17 183/19

**M**

motions [1] 75/24
motivation [3] 116/13 116/14 116/19
motive [1] 41/10
motto [1] 44/17
move [19] 61/18 66/11 76/18 78/19 80/25 81/14 88/22 89/8 96/13 101/17 104/12 108/20 112/22 120/17 132/25 147/7 167/16 167/22 173/14
moved [5] 121/7 130/1 147/21 167/14 171/23
moving [6] 21/2 84/4 89/19 89/20 161/8 167/18
Moyers [11] 1/19 1/20 4/20 9/8 11/2 11/18 12/5 12/6 14/4 65/8 182/21
MR [7] 2/4 2/5 2/7 2/8 55/3 67/15 163/20
Mr. [138] 3/15 3/17 4/16 4/20 5/5 5/6 5/9 5/14 5/17 5/19 6/9 6/11 6/15 6/20 6/24 7/13 7/17 7/20 7/25 8/9 9/8 9/9 9/17 10/20 10/25 11/2 11/3 11/7 11/11 11/14 11/18 11/23 12/3 12/5 12/6 12/10 12/12 12/14 13/2 13/12 13/13 13/14 13/15 13/19 14/3 14/4 14/12 14/16 15/13 15/17 25/25 30/8 32/24 34/25 35/1 46/4 46/13 51/12 53/10 54/20 58/7 61/4 61/6 61/10 62/6 62/9 62/10 62/11 62/12 62/12 62/13 62/16 62/16 62/18 62/20 62/21 63/5 63/11 63/15 64/4 64/9 64/15 64/21 64/24 65/7 65/8 65/8 65/13 65/17 65/23 66/1 66/3 66/4 66/5 66/9 66/10 66/11 66/13 66/14 67/8 67/11 67/11 67/13 67/19 67/20 67/22 71/19 76/11 76/14 95/14 100/16 102/19 108/3 109/9 109/16 110/10 115/22 116/7 117/14 118/12 125/2 125/16 126/9 127/21 128/1 128/12 129/14 132/1 132/12 179/23 181/5 181/10 181/17 181/23 182/19 182/21 183/10 184/7
Mr. AJ [1] 64/4
Mr. Finnigan [17] 4/16 8/9 13/14 15/13 53/10 61/10 62/6 62/10

62/20 66/1 66/3 66/4 66/5 66/10
Mr. Gordon [16] 5/5 10/20 11/3 11/7 11/23 12/3 12/14 13/2 13/12 14/16 58/7 63/15 67/13 67/20 132/12 184/7
Mr. Gordon's [1] 34/25
Mr. Jones [3] 9/17 46/13 117/14
Mr. Loyd [2] 76/11 76/14
Mr. McBride [2] 13/19 14/12
Mr. McDaniel [9] 62/9 63/5 63/11 64/15 64/21 64/24 65/17 65/23 67/11
Mr. Mock [66] 3/15 3/17 5/6 5/9 5/14 5/17 5/19 6/9 6/11 6/15 6/20 6/24 7/13 7/17 7/20 7/25 9/9 10/25 11/11 11/14 13/13 13/15 14/3 15/17 30/8 32/24 35/1 46/4 51/12 54/20 61/4 61/6 62/21 64/9 65/7 65/8 65/13 66/9 67/8 67/11 67/22 71/19 95/14 100/16 102/19 108/3 109/9 110/10 115/22 116/7 118/12 125/2 125/16 126/9 127/21 128/12 129/14 132/1 179/23 181/5 181/10 181/17 181/23 182/19 183/10
Mr. Mock's [3] 12/10 12/12 25/25
Mr. Moyers [9] 4/20 9/8 11/2 11/18 12/5 12/6 14/4 65/8 182/21
Mr. Tatum [9] 62/11 62/12 62/13 62/16 66/11 66/13 66/14 67/19 128/1
Mrs. [1] 10/14
Mrs. Gordon [1] 10/14
Ms [2] 6/1 27/4
Ms. [24] 3/22 4/23 5/13 5/16 6/3 6/5 7/2 8/1 8/8 9/1 10/15 11/18 13/9 13/19 14/4 14/7 14/17 14/19 15/10 15/12 53/10 54/2 64/3 127/23
Ms. Alvarez [1] 14/19
Ms. Bell-Norwood [2] 7/2 54/2
Ms. Lambert [1] 3/22
Ms. Peterson [9] 4/23 5/13 5/16 6/5 8/1 8/8 9/1 10/15 13/9
Ms. Peterson's [1] 6/3
Ms. Price [3] 13/19 15/10 64/3

14/4 14/7 15/12 53/10 127/23
Ms. Visnovec's [1] 14/17
much [31] 6/5 6/7 7/24 8/24 9/14 13/7 30/6 30/12 45/8 58/10 61/1 64/25 67/7 80/20 85/23 87/6 87/7 130/7 131/9 131/10 131/12 136/12 143/12 146/21 151/5 168/9 174/8 180/2 180/5 181/17 182/15
muffled [1] 172/18
multiple [1] 122/10
murder [5] 102/1 102/6 103/21 104/2 118/5
murdered [2] 101/23 116/12
murders [2] 69/13 69/21
music [1] 145/15
mute [3] 100/9 100/12 100/14
muting [1] 100/15
my [154] 3/22 6/15 6/17 7/8 7/10 11/20 11/21 19/3 20/17 20/19 20/22 21/9 23/9 23/23 24/8 24/13 27/22 29/17 31/9 31/21 34/9 34/13 36/22 36/22 37/17 40/1 41/21 41/24 42/11 44/2 48/13 53/15 57/23 58/20 60/18 63/22 65/24 66/6 66/18 67/16 66/9 67/7 69/12 69/20 70/5 70/10 71/11 78/7 79/23 81/2 81/15 81/16 83/10 84/11 84/14 85/25 86/22 88/19 89/16 92/10 92/17 96/19 97/2 104/22 105/2 106/10 107/11 108/14 109/18 109/21 110/2 112/24 112/24 116/11 116/12 116/13 116/14 116/19 119/5 119/7 130/2 130/8 130/11 130/22 131/2 131/22 133/10 133/12 133/12 134/7 134/21 135/4 136/8 136/23 141/6 141/9 141/18 142/10 143/9 143/12 144/2 144/5 144/5 144/6 146/2 146/11 147/11 148/1 148/1 148/12 151/16 151/19 152/6 152/20 152/23 154/9 155/14 156/4 156/4 156/5 156/10 156/10 158/1 162/13 165/7 165/13 166/11 166/13

169/10 169/12 169/22 169/22 170/8 170/10 170/11 170/13 171/4 171/9 172/23 173/14 173/15 174/12 174/15 174/16 174/24 176/5 176/5 177/14 179/19 182/13 184/11
myriad [1] 50/14
myself [19] 3/12 21/18 57/14 60/8 62/3 71/11 73/7 86/21 89/22 98/18 98/22 130/5 135/6 135/9 135/12 135/22 172/23 180/13 180/14

**N**

nailed [1] 170/16
name [12] 3/8 16/9 17/15 30/25 31/4 31/20 31/21 61/11 68/10 68/11 106/10 129/10
Namely [1] 12/18
names [2] 17/15 61/17
narrative [4] 104/19 128/13 154/18 180/10
nation's [1] 112/11
nature [1] 57/21
near [4] 77/7 87/10 98/18 122/13
necessarily [8] 27/22 44/9 49/12 110/20 112/2 134/13 145/1 145/2
necessary [2] 181/18 183/7
need [30] 4/9 11/9 11/14 13/25 25/18 30/25 33/10 61/18 63/9 64/18 67/10 98/25 101/21 102/16 114/4 117/10 117/11 117/12 121/25 122/4 122/10 163/25 167/13 169/25 170/1 170/5 170/7 171/16 176/3 181/1
needed [4] 7/4 44/10 119/19 162/5
needing [1] 85/2
needs [1] 18/24
neighborhood [2] 133/20 133/20
neither [2] 11/13 62/20
nestor [5] 1/23 1/25 185/7 185/7 185/9
never [33] 7/10 24/6 24/6 24/7 54/15 59/22 68/13 76/24 77/2 77/3 77/4 77/17 78/2 91/15 102/22 102/24 104/4 106/11 106/21 108/3 109/9 109/10 116/2 131/24 132/8 134/7 137/12 144/4 157/16 172/21 173/17 173/18 174/6

2nd [1] 61/17 99/15
news [12] 12/4 43/18 35/25 36/1 36/1 53/3 53/5 69/1 69/3 69/7 69/9 71/11
next [27] 10/25 11/16 30/8 79/6 81/12 86/12 104/14 142/11 143/23 150/9 154/23 155/16 159/16 161/5 161/5 161/7 161/7 161/8 162/6 162/6 162/6 164/12 172/4 172/14 175/15 177/20 183/5
Nguyen [1] 116/23 117/16 117/16
Nice [1] 12/9
night [5] 6/19 136/24 137/1 143/15 143/22
Nike [1] 52/7
no [127] 1/3 4/5 8/10 15/1 16/22 16/24 17/1 17/11 18/7 19/9 21/6 21/10 21/21 22/8 22/15 22/20 23/3 23/14 24/1 25/9 25/12 25/13 27/22 28/11 28/18 28/23 30/4 30/5 36/24 40/23 42/6 42/18 43/1 43/3 43/9 44/18 45/7 46/10 47/21 48/5 50/13 50/19 52/3 52/9 53/22 56/5 56/20 57/2 57/5 58/21 59/6 59/9 59/19 59/25 60/2 60/7 60/8 60/16 60/25 64/5 64/13 65/1 67/12 67/14 67/21 67/23 75/18 77/17 77/18 77/20 77/23 79/11 80/4 80/7 80/15 82/10 82/11 87/14 94/21 94/24 95/18 95/20 95/20 96/4 97/18 100/6 101/16 104/19 106/2 108/24 108/24 109/22 110/24 111/19 111/21 112/24 113/7 115/2 115/13 115/19 115/23 118/7 123/1 123/12 123/13 125/1 127/9 128/11 128/23 141/19 141/20 141/25 144/17 146/10 148/22 165/10 167/12 170/17 170/19 180/15 180/19 181/24 181/25 182/2 182/4 182/23 183/7 No. [5] 39/24 92/22 168/11 168/14 170/25
No. 2 [1] 168/11
No. 3 [1] 170/25
No. 338 [1] 92/22
No. 4 [1] 168/14
No. 910 [1] 39/24
nobody [6] 77/17 101/8 141/13 149/15 154/24

nobody... [1] 162/3
Nobody's [1] 35/2
None [1] 157/17
noon [1] 12/24
Nope [1] 116/4
normal [1] 26/13
North [1] 1/12
Northeast [1] 1/16
Northern [2] 129/24 146/3
Northwest [1] 1/24
Norwood [2] 7/2 54/2
not [199] 4/8 4/12 4/21 4/22 5/13 9/5 10/21 11/2 12/10 12/24 13/18 14/7 14/10 14/13 14/25 19/23 20/7 21/13 21/14 22/20 23/1 25/5 26/10 26/19 27/18 27/20 27/22 28/7 29/6 29/19 31/21 33/1 34/1 35/2 35/3 35/7 35/8 35/9 35/9 35/12 35/18 35/19 36/5 36/8 37/2 37/24 39/15 41/9 41/13 41/15 42/12 42/12 43/5 43/8 43/9 44/9 45/12 47/15 49/2 49/12 50/8 50/11 50/20 53/21 55/23 56/18 57/2 59/1 60/7 60/7 60/17 62/16 62/24 64/8 65/11 66/4 66/5 71/14 71/18 75/20 76/14 77/4 77/17 77/17 77/22 77/23 78/2 79/3 81/12 81/21 82/1 83/18 85/19 88/11 91/10 93/1 93/20 94/21 95/2 95/6 96/8 96/24 97/4 98/15 99/1 99/3 99/10 100/5 100/12 100/10 103/10 103/24 104/19 105/13 105/25 107/11 107/21 108/20 109/16 110/2 110/20 112/2 113/8 113/12 114/14 114/16 116/3 116/18 116/20 117/8 123/19 124/6 125/10 126/21 128/9 128/19 130/20 131/4 131/6 131/16 134/13 134/20 135/21 136/19 139/16 139/20 139/21 141/24 141/25 142/2 143/2 144/3 145/1 145/1 146/5 146/8 146/21 147/16 152/16 153/25 155/2 155/9 155/20 156/25 157/6 157/7 157/10 157/11 157/23 159/20 159/20 159/23 160/10 160/18 165/10 166/11 167/8 168/2 168/23 173/1 173/20 176/1
177/23 178/19 178/20 181/13 181/18 182/6 182/6 182/24 183/23 183/23 184/1 184/11 184/12 184/13
notably [1] 137/1
note [2] 64/3 178/7
nothing [10] 3/21 18/11 18/17 29/23 55/2 60/21 77/18 97/18 113/2 135/22
nothing's [1] 90/21
notice [3] 6/7 44/19 65/25
noticed [1] 150/23
November [5] 22/3 28/4 28/6 28/8 45/3
November 2022 [1] 28/8
now [34] 9/3 9/10 12/14 13/8 13/21 23/11 27/21 34/7 35/8 40/6 53/1 56/9 70/5 87/19 88/19 89/6 91/18 98/2 104/13 109/20 118/20 119/4 123/4 131/9 136/1 146/12 146/20 148/7 153/15 155/24 170/2 171/17 177/10 180/1
number [7] 6/21 7/14 70/14 139/9 139/10 153/15 175/16
numbers [1] 142/22
nut [2] 59/2 148/24
nuts [2] 148/22 159/12
NW [1] 185/8

O
oath [8] 16/3 30/17 68/5 119/12 127/3 127/5 129/8 144/12
Obama [1] 130/25
object [5] 14/17 103/25 128/15 128/17 128/24
objection [66] 11/23 18/1 18/9 19/4 19/14 20/3 20/23 21/12 22/25 32/23 33/25 35/1 36/7 37/8 37/20 38/3 38/8 39/4 39/13 41/8 42/21 43/18 43/22 55/17 56/8 56/12 57/9 58/3 58/23 59/5 59/11 62/10 71/13 72/23 75/23 84/1 86/17 88/10 89/13 90/10 93/16 93/19 94/24 97/19 98/21 98/25 99/13 99/25 101/10 101/25 102/3 102/8 102/9 103/11 103/18 103/23 109/22 114/25 125/9 125/14 125/25 126/7 127/6 131/3 131/25 158/13
objections [1] 128/10
observed [1] 19/23
76/23
obviously [5] 8/14 11/21 82/2 168/12 180/10
OC [9] 79/18 84/23 86/25 87/3 87/6 91/13 104/4 151/9 174/2
occupied [1] 169/19
occur [1] 55/22
occurred [6] 41/11 56/10 90/1 98/11 98/12 98/13
occurring [1] 21/20
October [2] 27/9 27/13
October 2019 [2] 27/9 27/13
odd [2] 138/6 146/7
oddball [1] 135/15
off [57] 3/18 16/19 33/18 35/25 40/6 46/25 47/16 55/8 58/15 64/14 79/20 79/21 81/4 82/16 82/21 83/7 83/8 83/10 83/11 83/15 85/5 86/15 100/19 129/19 134/15 135/22 136/15 149/6 150/16 151/1 151/19 152/22 154/9 154/15 156/9 157/21 157/22 161/16 161/20 164/5 165/8 165/24 166/1 168/20 170/10 171/8 172/24 173/8 173/12 174/23 175/12 177/11 177/15 178/11 178/16 178/25 179/14
off-limits [1] 177/15
offer [2] 23/19 26/8 31/19
offered [3] 23/20 26/9 116/15
office [4] 1/11 1/15 5/9 10/17
officer [39] 77/3 77/19 77/23 87/2 99/22 100/6 110/14 110/18 110/19 110/22 111/3 111/10 115/6 116/22 116/25 117/5 117/16 117/16 121/18 121/19 122/1 149/16 151/22 155/16 156/15 156/16 162/22 165/10 165/19 166/13 166/16 171/3 172/11 172/12 172/19 173/4 173/6 175/21 175/24
officers [40] 29/13 29/20 41/22 42/3 42/4 48/11 77/18 87/13 88/18 98/12 107/6 107/15 107/20 108/23 111/21 114/5 115/4 119/12 119/14 119/16 121/10 122/6 122/11 124/23 127/2 127/5 128/4 128/7 128/12 128/24 131/15 137/15 138/17 138/20 154/24 158/14 163/14 164/1 165/21 162/22
officers' [1] 169/24
Official [1] 1/23 185/8
officials [2] 139/4 140/22
often [6] 47/9 47/10 47/11 48/23 48/24 49/17
oh [18] 38/9 40/1 43/9 51/15 52/10 80/22 91/5 92/17 96/19 100/4 108/6 116/25 122/5 124/22 148/14 162/7 166/25 175/20 175/21
okay [164] 12/7 13/11 15/5 16/22 16/25 17/2 17/4 17/7 17/12 17/14 18/10 18/13 19/25 20/4 20/15 22/4 22/8 22/16 23/5 23/9 23/13 23/21 24/13 25/6 25/14 25/21 26/14 26/21 26/25 27/16 27/18 29/24 30/6 30/10 31/10 31/12 31/23 32/4 32/13 32/15 33/20 34/17 36/11 38/2 38/5 39/1 39/6 39/11 39/21 39/23 40/10 40/24 41/2 42/2 42/7 44/13 44/16 44/20 45/2 45/6 45/8 46/1 47/12 47/15 48/8 48/10 48/20 49/4 49/7 51/11 51/14 55/3 55/10 56/22 56/25 57/13 60/19 61/6 61/16 62/4 64/14 64/21 64/24 67/1 67/18 71/2 71/6 73/20 74/10 75/9 76/17 77/15 77/25 78/3 78/7 81/23 82/3 82/14 83/19 84/20 86/14 88/7 88/13 89/17 91/2 91/18 91/24 92/12 93/12 93/15 94/16 94/19 95/15 95/22 97/11 98/3 98/6 98/8 98/11 100/4 101/17 103/12 103/12 104/24 105/14 106/1 106/17 108/11 110/18 110/22 111/11 112/17 115/20 118/9 120/9 122/22 123/21 124/7 126/17 126/19 127/12 128/2 128/4 128/7 128/17 131/5 137/15 138/17 138/20 149/12 158/14 163/18 164/1 165/21 168/18 179/22 181/10 181/16 182/4 183/14 184/21
old [6] 31/10 40/4 58/15 143/6 146/12
older [1] 156/3
olive [1] 52/2
once [13] 25/5 42/18 64/16 77/4 78/2 78/5 80/19 80/23 95/11 95/17 109/2 156/20 175/21
one [96] 4/16 5/4 9/18 11/12 14/21 19/10 12/10 22/6 27/6 33/6 40/10 42/11 46/5 47/15 47/15 47/16 51/19 51/22 51/22 52/23 61/5 61/5 61/21 62/22 63/17 65/3 65/4 70/18 72/19 76/9 76/9 81/15 83/7 84/8 84/25 86/14 86/21 87/12 91/23 92/20 94/5 95/10 100/1 106/10 107/22 109/4 115/15 118/13 119/18 121/20 122/14 123/9 126/19 128/5 130/23 130/24 131/6 131/22 132/13 132/17 133/22 135/19 136/17 138/4 138/7 140/20 142/2 142/20 145/15 145/24 151/9 153/25 156/3 156/3 157/1 159/9 160/21 161/22 162/10 166/9 167/4 170/6 171/8 172/7 172/8 172/11 174/13 174/13 175/15 176/7 176/16 176/21 176/24 178/2 179/16 184/7 184/9
ones [7] 70/15 70/16 130/13 144/1 148/21 153/14 184/1
online [14] 23/23 24/13 36/23 37/1 37/2 37/19 37/23 39/11 39/19 134/10 142/19 144/11 145/17 147/5
only [16] 7/7 9/7 11/12 64/18 73/14 75/13 96/20 118/6 128/20 130/24 133/25 136/12 145/3 153/1 159/7 168/13
open [6] 10/13 34/15 45/23 153/6 172/16 172/22
opened [4] 25/17 26/11 26/18 55/18
operating [2] 65/7 99/12
operation [1] 69/1
opinion [26] 23/17 23/19 23/20 24/11 24/21 26/9 26/15 26/16 29/17 29/19 33/22 34/7 34/14 34/18 35/2 35/2 35/11 35/11 35/16 45/14 91/12 93/18 97/14

O

opinion... [3] 125/6
125/9 152/20
opportunity [2] 66/14
159/14
order [4] 89/17 113/14
122/11 162/5
organic [2] 133/16
133/16
orientation [1] 59/10
other [75] 4/8 4/8 4/14
5/1 7/12 7/22 8/7 8/16
9/5 9/6 9/7 9/15 9/18
13/15 15/3 15/4 18/15
19/8 19/21 22/23 25/8
28/21 32/17 32/17
35/8 37/11 38/20
41/19 42/7 42/24 43/2
45/13 45/24 54/15
56/18 58/10 61/5 61/6
63/17 64/6 64/7 71/3
75/11 84/16 84/18
85/6 85/19 92/24
101/6 103/9 110/5
114/20 115/5 124/10
127/23 128/21 131/13
137/14 138/2 141/11
143/16 145/7 145/15
150/13 161/6 162/9
166/2 166/2 166/9
178/19 178/21 183/16
183/18 184/3 184/15
other's [1] 13/23
others [2] 21/18
137/11
otherwise [4] 23/7 28/3
48/25 65/15
our [19] 22/6 27/17
58/7 58/11 67/4 76/3
79/15 112/11 128/23
130/12 130/13 130/16
133/2 139/4 140/16
141/2 141/6 142/7
174/24
out [109] 5/6 6/6 8/18
10/16 12/2 14/6 15/8
15/15 15/17 19/18
24/20 24/21 28/3
28/10 28/24 31/16
34/8 34/13 35/23 42/2
42/4 46/19 49/3 49/4
50/18 60/5 60/12
63/12 63/24 66/10
74/21 78/19 85/3 88/7
88/18 89/19 91/21
104/17 109/5 110/3
114/10 114/24 129/21
133/7 136/18 137/16
137/21 138/7 139/15
141/23 144/6 144/16
144/17 145/8 145/18
147/6 147/18 148/4
148/20 148/21 149/12
150/8 150/20 151/5
151/8 151/11 151/25
152/25 153/2 154/6
155/1 155/7 155/9
156/11 160/22 162/20
162/21 163/7 163/8
166/23 167/18 167/18
167/18 167/21 169/8
169/25 170/5 170/7
170/10 171/16 171/17
172/15 173/16 174/3
174/22 176/18 176/21
176/22 177/6 178/2
179/1 179/7 180/3
180/24 182/23 182/24
outcome [1] 43/12
outrage [3] 103/16
119/5 119/7
outside [12] 6/3 13/20
25/18 25/22 61/8
114/23 115/14 117/18
117/20 133/17 142/23
177/25
over [51] 4/17 5/8
12/23 40/8 50/23 52/5
60/10 64/25 65/24
73/6 82/20 83/10
87/24 90/19 91/21
92/21 92/23 96/24
97/2 106/16 110/4
137/11 141/14 142/6
143/17 143/23 145/14
146/5 146/16 146/18
147/10 147/14 153/2
155/9 157/13 157/13
157/14 159/2 159/2
159/2 159/5 159/5
159/5 169/23 169/23
169/24 169/25 170/25
171/10 172/12 176/2
overall [1] 93/12
overcome [1] 156/14
overheard [1] 53/13
overreacting [1] 98/14
overrule [5] 55/23 73/2
102/3
Overruled [7] 20/24
23/1 44/3 57/10 58/24
90/11 115/1
overrun [1] 154/19
overstate [1] 71/8
overwhelmed [1] 158/2
own [7] 28/10 45/20
46/19 69/7 70/10 89/1
133/10
owned [1] 133/14
owner [1] 69/1

P

P-R-I-C-E [1] 16/13
p.m [7] 64/23 65/21
106/20 107/2 127/19
163/19 184/23
pace [1] 165/4
packing [1] 20/19
paid [2] 46/21 130/15
pair [2] 144/4 178/1
pandemonium [1] 90/3
panic [2] 85/12 151/13
panicked [2] 158/16
158/17
panned [1] 97/10
paper [1] 138/23
parameters [2] 104/14
181/9
parking [1] 74/14
part [23] 21/9 32/12
33/11 41/2 44/8 49/3
51/22 56/11 69/1 69/6
83/23 104/24 109/23
114/17 124/12 125/23
126/3 146/8 148/10
159/12 160/18 160/18
162/8
participation [1] 65/6
particular [3] 34/13
73/5 91/7
particularly [4] 14/14
73/7 181/18 183/13
parts [1] 18/8
party [2] 45/20 134/20
pass [1] 63/20
passed [1] 88/7
passing [3] 123/15
123/22 123/23
passion [1] 142/24
past [1] 4/18
pat [1] 172/12
path [3] 149/15 149/23
184/19
patriots [1] 141/10
patted [1] 172/6
Paul [1] 73/9
pause [1] 113/20
paused [4] 119/25
120/25 121/6 124/16
pay [3] 28/10 28/12
46/19
paying [4] 28/14 28/21
46/23 139/20
PD [2] 88/7 161/2
peace [9] 77/7 77/9
106/20 106/21 106/25
114/4 131/24 147/14
149/13
peacefully [3] 71/6
72/21 148/2
Pence [2] 113/10
142/4
pending [6] 62/17
62/18 79/3 118/7
124/6 128/24
peninsula [2] 166/25
167/5
Pennsylvania [1] 139/8
people [193] 9/7 11/8
15/18 36/4 43/2 43/5
44/8 44/10 44/12
47/16 57/15 58/1
61/19 69/12 69/20
71/2 71/6 71/25 72/6
72/9 72/21 73/11
73/18 75/4 75/19
77/10 77/11 77/11
78/17 79/21 80/3 80/4
80/15 80/16 80/20
80/21 81/5 81/6 81/7
81/9 81/15 82/5 82/8
82/10 82/12 82/20
82/20 82/24 82/25
83/4 83/15 84/10
84/16 84/18 85/2 85/5
85/6 85/8 85/14 86/10
90/15 90/16 90/20
91/3 91/4 91/14 91/24
92/4 92/24 93/4 94/25
97/11 97/12 98/9
98/15 102/15 103/9
104/5 104/6 105/1
105/17 111/19 122/11
123/21 125/8 130/21
130/24 131/1 131/13
132/7 133/16 133/23
134/5 134/10 134/15
135/11 135/13 135/14
136/23 137/7 137/17
138/22 138/25 139/7
139/13 140/6 140/7
142/21 142/23 142/24
143/4 143/5 143/17
144/15 144/19 144/21
144/22 144/23 144/25
145/3 145/11 145/11
145/14 145/18 145/19
147/15 148/3 149/2
149/24 150/2 150/8
150/13 150/15 152/21
153/8 153/9 153/13
153/21 153/22 153/25
154/1 154/6 154/7
155/20 155/22 155/25
156/1 156/2 156/5
156/25 157/15 157/17
157/20 158/11 158/16
159/3 159/4 160/15
160/16 160/17 160/20
161/15 161/16 161/18
161/19 161/21 161/24
162/4 162/5 162/10
162/15 163/7 164/2
164/6 164/18 164/21
165/8 165/9 165/25
167/25 171/13 171/22
175/1 175/8 175/18
176/10 176/23 178/13
178/17 179/9
people's [2] 82/22
157/25
pepper [7] 79/16 84/23
105/6 105/10 105/20
157/15 157/24
per [2] 112/14 113/1
percent [8] 138/11
138/11 138/12 138/13
138/16 153/9 163/6
165/21
perch [1] 98/3
perfect [2] 141/24
142/3
period [4] 5/10 70/11
140/12 169/5
periods [1] 154/22
periphery [2] 153/15
154/5
perjuring [1] 172/23
perjury [1] 60/8
permits [1] 145/18
person [19] 8/17 9/16
17/10 24/7 25/11 54/6
75/14 76/10 80/2
92/18 92/23 94/5
123/24 136/1 145/7
145/7
person's [2] 61/11
123/19
personal [4] 73/21
88/11 92/11 102/18
personality [3] 23/24
36/22 36/23
personally [3] 70/16
70/19 119/8
perspective [2] 128/8
128/23
Peter [1] 1/19
Peterson [11] 4/23 5/8
5/13 5/16 6/1 6/5 8/1
8/8 9/1 10/15 13/9
Peterson's [1] 6/3
petty [1] 147/7
phone [15] 9/3 28/22
40/4 52/22 52/23 53/5
53/6 53/9 53/13 92/24
96/19 109/5 109/21
169/17 175/2
phones [1] 174/24
photographing [1] 75/7
photographs [4] 29/12
29/15 29/16 63/24
photos [1] 63/22
phrase [1] 45/4
Phuson [3] 116/23
117/16 117/16
physical [2] 32/4 32/19
57/19 57/20
physically [5] 12/7 12/8
111/6 141/18 166/4
picked [2] 174/10
179/17
picking [1] 165/8
picks [1] 92/23
piece [5] 33/6 33/9
138/23 170/14 184/9
pigeon [1] 135/13
pigeon-holed [1]
135/13
pigeonhole [1] 180/13
pigeonholed [1] 131/6
pile [3] 162/1 175/13
175/17
pinpoint [1] 178/6
piss [1] 134/15
pissed [1] 177/11
pissing [1] 161/15
place [6] 22/23 43/17
146/4 146/16 146/18
156/1
placed [2] 102/20
103/1
places [1] 157/2
Plaintiff [2] 1/3 1/11
plan [1] 11/20
planned [2] 140/4
153/13
planning [2] 20/21 21/2
plans [1] 173/2
plastic [3] 170/14
177/2 184/10
platform [2] 164/6
171/11

**P**

play [11] 91/25 99/5 99/8 100/17 115/21 118/20 119/22 121/19 124/1 137/16 157/20
played [20] 29/18 99/17 100/11 100/13 100/24 101/18 118/22 119/23 120/23 121/21 121/23 122/18 123/6 124/2 124/14 161/25 169/2 169/2 169/3 170/15
playing [4] 120/21 122/16 145/15 174/20
plaza [1] 107/2
plead [1] 182/23
pleading [2] 155/17 159/4
please [9] 3/7 15/24 16/1 16/9 16/12 31/4 31/6 68/10 129/10
pleasure [1] 67/17
plus [1] 140/21
pocket [2] 139/20 153/4
pockets [2] 153/6 154/5
podium [2] 54/3 179/25
point [101] 4/5 4/22 7/2 12/19 20/2 21/4 21/11 21/17 22/11 22/13 22/22 23/7 23/7 23/10 23/11 35/4 49/5 65/7 66/8 69/25 70/2 71/21 75/10 81/15 83/14 84/21 87/15 90/2 90/8 92/12 93/12 94/20 96/11 97/11 97/14 101/2 101/2 101/9 101/15 104/24 105/1 105/8 105/17 105/23 109/4 114/6 114/6 119/18 120/20 128/15 131/6 131/23 131/23 132/13 132/13 133/3 134/16 137/24 139/23 140/14 140/25 142/6 142/25 145/4 146/25 147/12 147/20 148/2 150/21 150/23 152/6 154/8 156/3 157/5 158/2 158/21 160/1 160/2 162/4 163/22 164/15 164/17 164/23 165/7 165/20 166/25 169/16 170/6 171/12 171/14 174/10 174/13 175/7 176/2 176/16 176/21 177/17 177/21 178/8 179/16 180/23
pointed [2] 162/21 171/20
pointing [13] 162/23 164/11 166/22 167/3 167/3 167/3 169/23 170/8 170/8 171/24 172/2 172/11 172/13
poking [1] 161/24

police [107] 41/22 42/3 42/4 48/10 72/14 77/3 77/18 77/19 77/23 78/24 79/10 79/11 81/10 82/25 83/1 83/22 84/17 84/25 86/9 86/23 87/6 87/9 87/12 87/14 88/16 88/18 88/20 88/24 89/10 89/15 89/20 90/4 90/4 90/8 90/17 90/25 91/4 91/13 91/17 92/13 92/15 92/16 92/19 92/24 92/25 92/25 93/2 93/6 93/7 93/8 93/13 93/22 94/7 94/13 94/21 95/11 97/14 97/16 97/16 98/12 98/14 99/22 101/5 101/15 104/4 108/18 108/20 108/20 108/23 110/11 110/15 110/22 111/3 111/9 111/12 111/21 114/4 115/4 117/5 119/14 119/16 122/11 124/11 124/23 125/12 151/18 151/22 153/16 153/18 154/19 157/23 158/1 158/4 158/22 158/24 159/4 160/24 160/25 161/2 161/23 162/4 162/7 162/18 164/8 169/15 169/16 179/6
political [7] 38/22 56/19 58/20 71/24 72/3 130/23 153/12
politically [5] 38/14 112/4 112/6 112/10 130/5
politician [2] 132/8 142/10
politicians [9] 130/13 130/17 137/23 137/23 139/22 140/17 140/18 141/19 142/23
politics [5] 48/18 70/4 70/5 73/18 139/17
poorest [1] 69/6
pop [1] 154/10
population [1] 44/11
porta [1] 147/6
portrayed [2] 132/20 133/9
position [1] 45/11
positive [1] 31/22
possibility [2] 50/14 56/7
possible [6] 7/14 7/19 9/1 65/2 166/5 166/14
possibly [3] 17/16 55/12 165/14
post [1] 136/4
post-election [1] 136/4
posts [2] 24/8 142/17
pot [1] 24/5
potential [1] 5/7 7/18

66/16 66/19 67/3 72/1 144/10
potentially [6] 12/2 14/19 66/17 66/20 66/21 153/2
potties [1] 147/6
pounds [1] 168/25
poured [1] 105/1
power [2] 141/12 141/13
prayer [1] 175/9
prayers [1] 95/21
praying [1] 175/9
pre [1] 22/17
pre-mid-December [1] 22/17
precise [1] 80/15
predicament [1] 48/3
preemptive [1] 183/20
prefer [1] 8/15
preferred [1] 142/10
preliminary [3] 3/17 4/14 67/18 67/20
prepare [1] 61/18
prepared [1] 63/18
presence [3] 23/23 25/18 65/5
present [1] 68/16
president [6] 95/25 129/21 132/4 134/20 142/8 142/10
presidential [1] 113/3
press [1] 174/12
pressure [1] 167/17
presumably [2] 4/6 70/15
presume [1] 64/4
pretrial [2] 75/24 156/22
pretty [10] 11/22 14/13 32/21 130/12 143/12 151/5 174/8 180/3 182/15 184/9
prevent [1] 183/22
prevents [1] 64/7
previous [2] 38/14 42/24
PRICE [10] 2/3 13/17 13/19 15/6 15/10 15/22 16/2 16/11 27/4 64/3
prior [13] 19/16 19/16 23/13 57/7 83/22 87/14 111/16 161/12 172/21 175/6 175/23 175/23 177/9
prison [2] 48/4 139/1
private [1] 68/25
privilege [1] 6/10
privileged [2] 6/25 158/23
pro [8] 1/18 3/12 5/10 7/4 65/7 70/25 71/3 71/24
pro se [4] 3/12 5/10 7/4 65/7
pro-Marxist [1] 70/25
pro-Trump [2] 71/3

probably [21] 12/24 28/2 39/15 73/23 85/21 86/5 101/4 130/24 130/24 132/12 144/17 153/10 154/15 158/22 158/23 165/6 168/9 178/6 181/21 182/18 182/23
problem [5] 8/10 18/10 65/1 165/2 165/3
proceed [5] 12/10 15/7 65/14 65/16 66/2
proceeding [1] 76/5
proceedings [3] 3/1 21/19 185/3
process [14] 43/8 43/9 43/11 112/20 113/21 113/21 125/21 126/13 137/15 140/16 140/23 140/23 148/22 148/23
procure [1] 9/1
profanity [1] 41/24
professional [1] 69/2
projectile [1] 184/15
promoted [1] 172/25
properly [3] 112/15 121/25 153/10
property [1] 78/1
prosecution [4] 42/10 42/12 76/14 117/17
prosecutions [4] 114/21 114/22 115/5 115/12
prosecutors [4] 27/6 46/7 106/10 123/17
protect [6] 71/25 72/5 84/9 84/16 142/1 142/2
protective [2] 72/6 72/15
protects [1] 160/10
protest [1] 155/2
protester [4] 90/21 110/14 110/15 110/18
protesters [14] 70/21 78/25 81/11 88/16 90/5 90/7 92/15 94/7 101/6 101/14 110/11 111/12 116/10 153/17
protesting [1] 71/7
proud [5] 60/19 134/13 141/9 144/11 144/13
prove [2] 35/14 35/19
proves [1] 45/13
provide [2] 32/17 109/15
provided [2] 13/12 32/7
provokes [1] 100/6
provoking [1] 100/5
PTSD [2] 156/16 157/4
public [1] 7/12
pull [5] 33/10 36/15 96/19 147/24 175/24
pulled [7] 7/2 50/7 92/7 162/14 176/21 176/22 177/6
pulling [1] 26/4
pulls [1] 33/9

punched [1] 110/14
punching [1] 81/6
punishment [1] 171/4
purchased [1] 143/25
purpose [4] 37/17 44/2 44/4 64/5
push [3] 88/16 162/15 173/2
pushed [28] 86/9 86/10 87/23 88/25 150/14 151/1 151/2 151/4 151/8 151/16 151/19 152/1 152/12 161/10 161/13 161/19 161/22 162/8 168/8 168/10 170/21 170/22 170/23 170/24 171/1 171/1 173/17 174/4
pushing [5] 155/21 157/25 165/1 165/3 171/3
put [16] 19/6 19/8 24/6 25/3 60/7 131/17 131/18 139/14 139/15 144/2 147/18 157/24 167/17 175/16 175/18 177/6
puts [1] 60/11
putting [4] 72/12 138/23 163/9 179/19

**Q**

qualify [1] 184/8
quarter [1] 79/15
question [40] 5/21 19/15 21/15 23/15 34/4 34/21 36/9 37/22 38/7 41/17 42/22 43/23 45/12 45/19 55/19 79/3 79/6 84/19 93/21 94/1 94/12 102/4 104/14 104/20 115/15 115/17 116/20 117/10 117/11 117/13 118/7 122/8 124/4 124/6 126/20 128/11 128/23 130/12 132/22 160/6
questioned [1] 115/11
questioning [1] 149/10
questions [15] 16/17 17/19 17/21 25/13 26/1 30/5 33/2 37/12 45/7 60/25 66/22 106/2 113/7 127/9 128/21
quick [9] 10/19 39/21 51/7 79/1 99/5 125/19 125/22 174/5 175/3
quickly [5] 4/24 10/15 71/21 127/18 132/25
quite [1] 6/15 31/21 46/14 58/14 62/14 130/23 130/24 142/15 154/10 155/12 176/11

**R**

racism [1] 132/15
racist [3] 131/20 132/7

**R**

racist... [1] 134/18
rack [2] 108/18 162/12
racked [2] 165/13 168/17
racks [27] 85/18 85/18 86/9 88/4 88/16 88/20 89/10 108/20 151/17 155/1 155/21 161/10 161/13 161/14 161/15 161/22 162/11 164/1 165/2 167/6 167/7 167/9 167/11 168/5 168/6 168/7 169/16
radio [4] 68/25 69/6 119/9 177/6
raise [10] 7/13 7/16 7/23 16/1 25/20 30/11 68/1 127/24 129/5 183/25
raised [4] 12/12 129/23 130/3 164/6
rallies [15] 56/19 70/12 70/13 70/13 70/14 70/18 71/3 71/10 71/14 71/17 71/23 71/24 72/20 119/9 119/11
rally [11] 74/3 75/10 75/17 76/1 111/25 136/9 136/20 140/4 143/8 144/8 145/21
ramp [1] 73/21
ramp-up [1] 73/21
ramping [1] 137/24
ran [3] 68/25 92/6 154/19
Rand [1] 73/9
randomly [1] 154/11
range [1] 152/4
rank [1] 171/15
rather [3] 7/25 33/4 71/21
reach [1] 166/12
reached [7] 31/16 151/23 166/15 166/17 170/15 170/16 173/16
reaching [1] 165/25
react [4] 39/11 39/19 158/18 158/20
reacted [3] 81/14 83/12 153/22
reacting [1] 83/13
reaction [3] 37/6 103/15 149/9
read [9] 22/13 23/6 111/8 135/24 145/2 145/17 147/5 148/25 149/1
reading [3] 18/5 135/11 137/18
ready [5] 26/22 26/24 79/21 128/4 163/20
real [13] 23/24 24/16 36/22 39/21 79/1 99/5 125/19 137/4 141/9 156/24 157/1 165/20 175/3
reality [1] 142/4

167/5
realized [1] 80/23
realizing [1] 155/21
really [56] 14/25 24/24 32/3 34/21 35/18 36/8 49/2 51/7 80/16 88/21 96/21 101/8 105/3 114/11 114/11 116/11 130/22 133/7 134/24 135/1 136/9 136/10 136/22 137/24 138/1 142/21 145/9 146/15 149/5 150/2 153/16 153/20 154/11 154/13 154/14 154/25 154/25 157/2 157/7 158/19 160/11 161/2 161/6 163/8 163/9 166/20 167/17 167/22 169/13 171/8 171/9 172/24 176/19 176/24 178/11 179/10
reason [13] 21/8 24/18 40/12 40/13 55/15 62/21 67/10 82/11 90/16 92/3 158/21 165/20 168/1
reasonable [2] 8/22 72/19 111/6
reasonably [1] 180/13
reasoning [2] 60/16 91/3
reasons [1] 160/21
rebuttal [3] 182/1 182/3 182/4
recall [15] 17/10 17/21 32/10 32/22 56/18 56/22 64/5 64/11 73/22 89/22 95/10 149/18 163/8 165/10 170/20
recalled [1] 64/8
recently [1] 168/12
receptive [1] 183/19
recess [12] 12/21 61/2 61/3 63/11 64/23 65/15 65/21 127/12 127/13 127/19 163/11 163/19
recite [1] 32/14
recognize [10] 39/24 54/12 54/12 54/13 92/1 99/7 99/8 99/19 123/8 123/14
recognized [3] 52/12 52/13 156/20
recollection [4] 6/17 7/10 7/13 171/9
reconsider [1] 183/20
record [9] 3/8 16/10 31/1 31/4 49/5 68/10 84/12 96/19 97/5
recorded [7] 75/16 98/4 98/18 98/23 107/18 107/23 124/13
recording [5] 97/7 98/3 107/13 107/14 109/5
RECROSS [1] 2/2

redirect [2] 2/2 29/24 29/25 53/3 55/4 59/13 125/2 125/4
refer [1] 129/15
reference [3] 78/9 78/9 78/12
reflection [1] 135/23
reflects [1] 164/10
reform [1] 132/11
reformed [1] 147/11
refresh [3] 17/23 18/22 33/1
refreshes [1] 163/5
refreshing [1] 18/25
regard [1] 66/1
regarding [4] 26/6 61/20 65/5 180/18
regardless [1] 54/20
regret [1] 135/5
relate [1] 174/19
related [2] 9/5 66/15
relates [4] 66/3 66/13 103/7 103/10
relationship [8] 7/1 16/20 27/17 47/7 47/13 58/7 58/11 58/18
relationships [1] 58/8
released [1] 105/21
relevance [14] 12/3 20/23 33/25 36/7 37/20 39/13 57/9 71/18 75/23 84/1 102/10 102/19 104/14 114/25
relevant [19] 11/14 20/14 35/2 35/3 35/8 35/12 35/18 36/8 41/11 41/12 59/12 96/8 97/20 99/3 105/13 105/25 114/14 125/10 131/4
relishing [1] 154/11
remain [3] 16/1 67/4 129/5
remained [1] 114/8
remember [96] 5/20 31/21 32/3 39/20 46/6 46/7 46/14 52/19 52/22 52/22 52/23 53/2 53/3 53/4 53/5 53/6 53/9 53/10 53/15 53/20 53/22 54/1 56/24 56/25 57/2 57/3 57/4 57/6 57/24 82/1 83/20 84/19 87/12 89/23 107/7 110/12 112/8 114/2 114/3 119/19 134/5 136/21 137/25 138/4 145/20 146/23 149/24 150/20 151/8 151/21 156/3 161/10 161/12 162/12 162/13 162/13 162/19 162/20 164/2 164/9 164/11 165/8 165/9 165/11

165/24 165/24 165/25 166/15 166/18 166/18 168/18 169/9 169/11 169/11 169/10 169/22 169/24 170/5 171/16 171/19 174/7 174/12 174/15 175/8 175/8 175/10 176/12 178/10 178/11 178/15 178/25
reminded [1] 9/18
removed [2] 42/22 149/19
rental [1] 143/14
repeat [4] 34/4 34/21 117/9 117/13
repeated [1] 117/10
repeatedly [4] 71/12 116/15 162/23 164/11
rephrase [5] 35/22 37/15 37/15 72/25 78/4
report [4] 69/12 69/21 116/11 133/25
reported [1] 1/23 137/4 137/7 137/9
reporter [1] 1/23 70/23 74/4 86/2 87/4 87/18 112/7 115/9 117/6 119/10 185/8
reporting [1] 36/1
reports [1] 11/3
represented [1] 66/25
representing [2] 3/12 5/10
republican [2] 135/2 142/7
reputation [2] 26/8 45/14
request [2] 6/15 32/1
requested [3] 11/1 13/3 31/23
require [1] 4/12
required [1] 66/22
research [3] 85/25 92/10 137/18
researched [1] 158/10
reserve [1] 182/2
reset [1] 88/22
resolve [3] 61/20 62/7 63/10
resolved [1] 62/8
respect [2] 114/4 119/12
respond [2] 45/2 50/22
responded [1] 109/12
response [4] 45/21 83/17 151/15 157/18
responses [1] 142/16
rest [4] 171/20 177/15 177/25 178/3
restricted [1] 77/16
restrictions [2] 39/12 70/8
result [3] 82/13 85/8 105/21
resume [3] 12/15 163/20 163/25
retained [1] 9/7

retreat [10] 87/6 87/13 87/13 87/13 89/17 89/23 105/22 121/2 121/2 161/6
retreated [1] 89/11
retreating [3] 93/2 93/10 93/10
retrospect [1] 167/21
return [1] 139/3
review [1] 139/3
rhetoric [2] 137/24 137/25
ribs [1] 161/18
right [207] 4/10 5/3 5/23 5/25 9/3 11/16 12/4 12/16 13/24 14/22 15/23 15/24 16/1 19/20 21/22 26/5 26/18 27/7 28/24 29/1 29/7 30/11 30/11 31/8 31/14 36/3 36/17 37/9 38/24 39/2 41/15 42/15 44/3 44/14 45/23 46/17 46/21 46/25 47/3 47/19 48/1 48/6 48/8 48/12 48/15 48/21 49/1 49/4 49/8 49/11 49/15 49/20 50/8 50/24 51/5 51/25 52/15 52/21 53/9 54/5 54/7 54/10 54/14 54/18 54/24 55/1 55/7 55/23 57/6 57/25 58/4 59/1 59/2 60/3 60/9 60/15 60/19 60/22 60/24 61/4 62/9 63/4 63/9 65/17 65/19 65/20 67/4 67/7 67/10 67/24 67/25 68/1 68/22 69/18 72/21 76/19 78/16 82/25 88/12 88/19 90/4 90/14 90/20 90/21 90/22 91/18 92/4 95/7 95/13 97/22 99/22 100/5 100/18 100/23 102/13 102/18 102/25 103/1 103/21 104/8 104/12 105/23 106/11 106/20 108/16 109/20 111/2 111/12 112/11 112/19 113/6 114/9 118/15 118/19 120/17 121/7 122/15 123/8 124/8 127/10 128/12 128/24 129/6 129/12 129/17 129/23 130/7 131/1 131/17 131/20 133/6 134/9 136/1 137/6 138/15 139/14 139/19 146/3 146/10 146/17 148/6 148/14 151/17 151/19 152/10 152/19 153/24 153/25 154/9 154/23 155/16 156/10 158/23 159/11 160/4 160/4 160/9 161/9 162/8 162/19

# R

right... [27]  162/21
163/2 163/4 163/11
163/13 169/3 170/1
170/14 171/10 173/8
174/17 175/15 176/18
176/22 177/21 179/3
179/22 180/5 180/19
181/2 181/3 181/20
182/3 182/25 183/4
184/7 184/21
right-wing [2]  131/20
137/6
rights [1]  131/2
righty [2]  144/3 144/4
rings [1]  169/17
riot [5]  52/21 57/23
70/18 91/7 99/23
riots [8]  57/18 70/15
70/17 73/6 133/2
133/9 148/11 155/4
risk [1]  60/8
rivals [1]  72/3
river [3]  146/3 150/14
151/3
RMR [2]  1/23 185/7
roar [1]  80/17
rock [1]  78/15
rode [1]  74/8
Rodney [4]  84/15
84/18 107/9 107/21
Rodney-King-like [1]
107/9
role [2]  5/14 5/15
rolled [1]  72/18
romantic [1]  16/22
room [1]  143/21
Rosanne [1]  177/21
Roseanne [4]  102/1
102/6 116/12 178/8
Roseanne's [2]  103/21
104/2
roughly [5]  22/2 89/10
94/17 152/7 170/20
round [1]  9/12
route [1]  3/25
rule [6]  13/22 13/25
64/6 128/17 130/10
183/20
Rule 29 [1]  183/20
ruling [1]  184/11
run [2]  50/12 130/4
running [1]  161/4
rush [2]  161/21 162/7

# S

S-H-E-I-L-A [1]  16/13
safe [9]  5/23 7/25 8/23
8/23 43/16 97/2 125/7
143/19 155/10
said [84]  4/2 5/7 11/4
13/3 13/20 18/12
18/15 19/6 19/7 19/17
23/14 23/19 26/16
26/23 31/21 33/4
33/11 33/13 33/14
35/7 35/10 41/21 42/2
50/7 55/11 56/7 56/10
58/7 60/17 76/8 79/13

84/17 88/10 90/12
91/2 102/12 102/22
102/24 108/22 110/24
114/12 126/13 126/15
127/2 127/25 131/10
131/12 135/11 136/13
137/17 138/8 138/10
138/24 138/25 140/11
140/12 140/22 141/24
143/13 145/20 145/21
148/12 149/16 153/17
155/9 156/15 158/4
160/18 166/10 169/10
170/4 171/18 171/19
172/16 173/12 173/18
174/22 176/5 176/6
180/11 181/17
sales [1]  129/21
same [16]  15/12 23/24
32/24 36/22 45/11
56/8 61/9 107/16
107/21 123/9 135/3
140/1 153/23 160/15
167/12 178/24
sandwiched [3]  80/20
83/5 89/4
sandwiches [1]  155/8
sandwiching [1]  155/22
Sang [1]  175/9
sarcasm [1]  24/10
sarcastic [1]  24/8
sat [2]  105/1 149/7
saturated [2]  87/3 87/5
saw [71]  17/23 33/18
35/23 36/3 36/9 38/21
49/8 51/16 51/19
51/23 51/25 52/15
53/5 63/22 75/14
76/16 82/7 83/15
84/17 86/19 86/21
87/22 88/17 90/12
91/3 101/6 103/14
107/3 107/5 107/6
108/13 108/24 109/12
111/12 125/7 130/18
130/21 132/14 132/15
132/19 133/7 133/7
133/13 133/14 134/11
137/11 138/24 143/6
143/16 146/13 147/17
148/2 151/13 152/17
153/1 153/15 156/13
157/4 158/16 162/18
166/20 167/25 173/25
174/15 177/2 178/17
184/9 184/19
Sawyer [1]  1/20
say [74]  3/22 4/22 4/23
8/6 13/21 18/16 19/5
19/13 23/23 26/14
33/15 34/22 38/13
38/23 41/23 41/25
43/16 44/22 47/10
47/11 50/10 52/9
52/15 52/20 53/17
53/22 56/4 61/13
64/24 70/24 71/8

74/16 76/4 77/2 77/3
80/7 85/23 86/8 89/20
89/22 92/15 94/3
94/18 95/1 95/18
96/18 101/4 103/6
104/1 105/19 110/24
112/24 119/5 125/7
131/12 141/20 144/9
147/3 152/4 152/7
153/21 164/7 168/15
169/2 171/24 172/18
178/6 180/11 180/24
181/20 184/4
saying [31]  12/18 15/1
23/18 37/2 37/5 41/12
41/14 56/25 57/4
75/21 76/22 77/17
77/25 92/19 92/20
93/9 93/10 95/3 100/1
102/16 108/17 114/3
121/2 131/21 139/7
140/17 140/19 145/12
166/16 171/19 179/9
says [6]  26/13 53/5
100/7 129/1 165/21
182/3
scaffolding [12]  78/10
78/13 78/16 153/2
176/20 176/23 177/2
177/3 177/9 177/14
177/16 177/19
scared [3]  81/20 99/24
151/16
scary [1]  81/18
scene [1]  82/25
schedule [1]  180/4
scheduling [1]  163/21
Science [1]  102/9
scope [2]  58/25 59/13
scream [1]  59/24
screamed [1]  133/13
screaming [4]  78/18
87/13 104/6 122/20
screen [3]  40/1 53/8
121/11
screenshots [1]  32/8
screenshotted [1]
74/21
screw [4]  160/3 177/5
177/5 177/8
scrum [2]  168/9 174/8
scuffles [1]  71/10
se [5]  1/18 3/12 5/10
7/4 65/7
sea [1]  162/15
sealed [2]  9/21 127/14
seat [2]  8/25 179/23
seated [3]  16/5 30/19
68/7
second [13]  61/5
107/12 107/22 111/20
120/20 121/8 161/14
166/10 170/10 170/22
173/15 173/16 176/8
seconds [27]  81/1 81/3
83/9 107/14 107/25
108/9 118/12 118/20
119/22 119/25 120/21

121/23 121/24 122/2
122/2 123/4 123/4
123/5 123/25 124/16
145/16 170/20 171/7
175/23
secretaries [1]  113/8
section [1]  51/22
security [1]  15/16
see [112]  4/19 6/12
12/9 18/2 19/21 20/24
28/3 34/11 34/17
37/18 39/11 39/11
39/19 40/1 48/3 51/18
51/19 51/21 52/3 54/6
54/17 58/13 64/20
71/24 72/12 75/3
77/16 77/19 78/23
79/22 80/5 80/11
80/13 80/16 83/13
84/14 84/16 89/1 90/9
90/14 92/8 92/11
92/17 93/8 95/10
100/16 100/17 105/2
105/4 105/10 107/12
108/15 108/20 108/23
112/12 121/10 121/13
123/15 123/23 124/8
124/9 124/10 130/19
131/1 131/19 134/17
136/8 136/10 136/15
142/22 142/23 143/19
146/17 146/25 147/1
147/1 147/16 148/10
148/16 149/16 150/2
150/3 151/20 152/19
152/25 153/23 154/8
155/18 155/19 156/7
157/5 157/22 158/5
159/3 162/3 164/16
164/16 165/24 166/3
166/12 167/3 171/2
172/1 173/5 173/13
173/23 175/14 176/19
176/19
seeing [15]  53/3 53/4
83/19 107/9 132/22
132/24 133/10 138/22
144/10 145/20 146/15
147/25 149/18 151/21
163/8
seeking [1]  66/7
seem [4]  25/11 82/8
82/18 169/25
seemed [9]  82/11
97/15 135/3 153/14
153/16 153/16 171/14
179/10 184/9
seems [5]  5/20 134/1
171/7 180/18 181/2
seen [51]  13/19 21/4
23/6 23/23 25/3 25/6
29/12 34/10 34/12
44/24 45/2 45/21
54/13 54/15 54/16
73/5 73/9 73/17 74/1
74/2 77/24 83/16

121/21 121/24 122/2
122/2 123/4 123/4
123/5 123/25 124/16
145/16 170/20 171/7
175/23
88/4 107/11 123/17
132/5 132/8 134/7
134/7 144/1 145/10
145/13 147/17 147/20
148/11 149/19 152/9
152/18 157/21 158/5
159/17 168/12 178/13
180/9 180/22
self [4]  110/16 111/21
111/22 125/8
self-defense [4]  110/16
111/21 111/22 125/8
selfies [1]  148/4
selfish [1]  51/5
semper [2]  44/22 45/4
Senator [2]  69/23 73/9
senators [1]  140/19
send [3]  10/22 112/25
113/11
sense [5]  91/19 136/25
137/10 152/15 154/25
sent [3]  4/17 53/7
113/18
sentencing [1]  182/17
separate [1]  107/12
separated [3]  88/21
143/6 151/1
sequestration [2]  13/22
14/1
series [1]  17/19
served [1]  156/24
servicemen [1]  156/21
set [5]  25/25 86/14
119/16 169/9 169/10
setting [1]  7/9
settled [2]  53/1 53/6
several [6]  3/17 105/19
130/2 159/8 172/6
176/14
sex [1]  69/13
sexual [1]  59/10
shame [1]  121/4
shared [1]  176/1
she [50]  5/15 5/17 8/16
10/16 11/23 12/1
14/20 17/12 17/18
17/18 17/21 18/12
18/16 19/6 19/17
19/18 19/21 19/22
19/22 19/22 19/23
19/24 21/13 23/14
23/14 23/18 23/19
23/20 26/1 26/8 26/9
102/6 136/11 136/15
136/16 151/24 154/10
154/11 154/12 154/13
154/13 154/14 156/4
156/5 159/18 174/21
174/22 174/23 178/25
179/2
she's [6]  6/2 10/16
13/9 14/7 26/10
176/16
SHEILA [7]  2/3 13/17
15/6 15/22 16/2 16/11
136/5
Shellie [1]  5/8
Sheriff [1]  69/21

shield [7]  123/15
123/24 173/7 173/17
173/22 173/25 175/24
shields [4]  123/22
175/22 176/3 176/9
shift [1]  150/11
Shipley [1]  9/8
shirt [2]  144/17 170/6
shirts [1]  145/20
shit [2]  42/2 42/4
shock [5]  50/21 50/23
84/7 105/5 119/7
shoes [3]  81/15 81/16
119/19
shoot [2]  172/18 173/2
shooting [2]  19/9 82/7
short [1]  65/24
shortly [1]  64/22
shot [7]  57/23 133/12
143/5 157/16 157/23
157/24 159/23
shots [3]  161/17
161/23 162/2
should [24]  9/18 13/21
29/18 29/20 33/12
41/24 43/5 48/12
66/11 66/17 76/9
76/11 84/9 98/15 99/7
113/5 113/16 113/18
113/20 129/1 135/9
158/2 175/20 178/7
shoulder [2]  80/22
80/22
shouldn't [4]  94/11
112/22 167/22 176/6
shove [1]  174/5
shoved [2]  150/21
170/9
shoving [3]  88/20
155/1 157/25
show [17]  18/2 18/12
35/6 44/11 108/11
109/19 110/11 115/18
147/25 151/6 155/15
164/4 166/5 166/8
166/14 179/21 180/17
showed [3]  108/3
118/12 147/23
showing [3]  54/5 88/25
107/24
shown [1]  179/17
shows [1]  109/14
shut [1]  139/11
shutdown [1]  39/7
shutdowns [1]  39/12
shuts [1]  157/8
sic [2]  44/22 45/4
side [15]  77/5 78/5
91/22 95/24 100/18
101/6 149/15 153/12
161/11 162/16 162/19
166/3 166/9 171/10
176/14
sidebar [3]  9/19 9/21
13/7
sides [2]  13/25 167/25
sight [1]  77/23
sign [2]  77/17 147/16
138/25
signs [1]  77/16
silent [1]  67/4
similar [1]  84/18
similarly [1]  35/8
Simmons [2]  69/22
69/23
simple [1]  148/23
simply [3]  23/16 23/19
35/12
since [22]  14/20 23/9
27/9 27/16 27/18 28/4
33/22 34/10 34/13
35/16 42/7 47/18
57/14 62/21 63/19
63/21 116/14 134/7
147/17 149/19 157/11
184/15
sincerely [1]  156/18
singing [2]  95/17 95/18
single [6]  77/19 77/22
125/12 147/16 165/12
165/14
sir [43]  67/25 68/2
68/15 68/17 70/3 72/2
72/4 73/19 83/7 88/9
94/3 100/3 100/12
101/16 102/14 102/15
102/15 106/3 107/1
108/5 108/10 109/1
109/6 110/24 111/13
113/21 116/6 116/11
116/20 116/20 117/7
118/25 119/3 119/17
120/4 120/10 121/25
122/21 123/16 124/19
124/22 127/10 183/11
sit [3]  97/5 121/25
131/11
sitting [3]  13/20 80/8
172/22
situation [19]  32/24
50/16 55/7 55/12
55/22 78/23 79/9
81/20 91/10 91/14
92/6 95/9 153/22
154/12 158/3 158/7
158/20 167/24 168/3
situations [1]  110/17
six [3]  157/20 171/25
181/22
size [1]  97/6
skin [1]  54/17
skip [1]  121/6
skipping [3]  120/21
122/16 123/3
sleep [1]  155/7
slept [1]  74/15
slick [1]  174/3
slightly [1]  85/16
slipped [1]  174/3
slow [1]  69/16
Slower [3]  79/17 79/17
79/17
slowly [1]  117/7
small [2]  70/6 78/17
small-town [1]  70/6
smash [1]  175/25
151/10
snow [2]  149/18
149/19
so [334]  3/14 3/20 3/22
4/14 4/22 5/21 6/1 6/5
6/8 6/12 6/14 7/16
7/24 7/25 8/1 8/6 8/19
8/24 9/1 9/12 10/25
11/1 11/14 11/21
11/24 12/12 13/12
13/15 13/16 13/17
13/20 13/22 13/25
14/6 15/6 16/19 17/14
17/18 18/10 18/12
18/15 18/16 19/5
19/15 20/4 20/12
21/15 21/23 22/2
23/13 23/14 23/20
24/22 25/1 26/10
26/19 26/22 27/20
30/6 30/12 31/12
31/16 32/24 32/25
33/1 34/15 34/25
34/25 35/6 35/7 35/16
37/2 37/5 37/9 38/7
38/24 40/7 40/21
41/14 42/17 43/16
45/2 45/8 45/16 45/19
45/21 47/9 48/23
48/24 48/25 49/16
49/18 50/5 50/6 50/11
52/15 53/20 54/17
56/11 57/23 58/1
58/17 59/4 60/3 61/1
61/4 61/6 61/18 61/9
61/21 62/2 62/9 63/4
63/9 63/10 63/20 64/4
64/6 64/9 64/14 64/17
64/21 65/23 66/5 66/8
69/7 69/23 69/23 71/6
71/23 72/8 72/10
72/18 73/17 73/20
74/6 74/7 74/23 75/9
75/13 76/9 76/12
76/16 76/21 77/14
77/15 78/7 78/7 78/9
78/12 78/22 80/5 80/9
80/19 81/17 81/18
84/11 84/22 86/10
86/20 87/6 87/9 87/16
87/16 87/22 88/7
89/19 90/4 90/18
91/18 91/20 91/24
93/2 93/4 93/12 94/3
94/6 94/6 95/12 96/12
96/17 96/23 97/2 97/8
97/12 98/3 98/6 98/8
99/12 100/4 100/9
103/3 103/5 103/11
103/14 103/17 103/25
104/2 104/11 104/14
104/18 105/8 105/10
106/12 106/15 106/20
106/23 106/23 106/25
107/2 107/18 108/17
108/19 110/22 111/11
111/20 112/17 113/5
115/8 115/11 115/22
117/8 117/14 118/20
118/24 120/14 121/19
123/21 124/3 124/8
124/23 128/3 128/4
128/12 129/19 129/24
130/7 130/15 131/10
131/11 134/4 134/7
134/15 134/17 134/21
134/23 135/4 135/11
135/16 135/23 136/3
139/23 139/24 140/3
140/17 141/18 142/4
142/9 143/9 143/21
145/4 145/10 145/23
146/3 146/6 146/9
146/11 146/21 146/22
147/3 147/10 147/21
148/16 149/2 149/9
149/12 149/22 149/24
150/5 150/10 151/5
152/3 154/4 154/14
155/11 156/6 156/11
158/6 158/7 159/1
160/11 160/23 161/8
162/23 163/13 164/1
164/15 164/25 165/3
165/6 170/17 170/19
171/13 171/25 173/1
173/22 175/1 175/16
176/11 176/15 177/13
177/13 177/17 179/22
180/2 180/5 180/12
180/17 180/21 180/25
181/4 181/10 181/12
181/20 182/6 182/14
182/24 183/12
social [4]  22/8 22/12
44/24 132/23
socked [2]  150/2 151/5
soft [1]  132/10
some [102]  7/2 7/4
11/1 11/3 13/3 14/24
22/4 24/10 30/24
40/15 40/16 45/19
48/2 48/22 50/16
58/16 66/14 66/16
66/17 82/10 83/15
83/22 90/19 90/23
91/20 92/22 106/16
114/6 114/6 128/15
131/21 132/12 134/20
136/24 137/6 137/10
137/11 137/20 137/21
137/21 137/21 138/6
138/14 138/16 138/19
139/18 139/25 143/10
144/6 144/6 144/18
144/20 144/24 145/11
145/23 146/7 146/24
147/9 147/10 147/19
147/20 147/24 147/24
148/18 148/21 148/24
150/16 152/18 153/10
153/11 153/13 153/21
154/2 154/8 155/8
156/7 156/23 156/24
157/25 160/15 160/16
164/19 166/19 166/20
167/1 167/9 168/1
168/23 170/11 173/10
174/18 175/8 175/9
175/10 176/18 177/17
178/19 179/1 179/17
somebody [13]  7/6
11/13 13/10 57/23
114/12 138/20 169/6
170/6 171/15 172/25
174/7 175/9 176/7
someone [32]  10/15
25/10 53/17 53/22
53/24 54/21 81/16
107/2 110/21 110/25
111/1 111/2 111/4
111/5 111/6 114/6
124/9 136/6 145/7
146/15 161/2 165/11
166/15 170/7 170/12
170/13 170/16 170/18
170/18 172/14 178/6
179/9
someplace [1]  105/22
something [43]  3/14
7/15 14/13 18/24 19/7
19/18 20/10 20/13
25/17 25/20 26/13
51/7 51/8 53/17 53/22
54/21 88/11 103/10
110/18 114/1 114/7
128/16 138/11 139/2
139/16 140/15 141/21
144/7 151/1 153/13
154/6 155/5 169/3
169/5 169/6 170/10
170/13 170/24 171/19
172/18 178/15 179/3
181/18
something's [2]  178/11
178/25
sometimes [2]  12/17
58/14
somewhat [3]  32/12
48/20 50/24
somewhere [6]  39/16
51/8 74/22 147/23
175/16 178/7
son [9]  13/17 15/6 35/7
35/7 41/13 50/7 131/2
131/22 148/12
son's [3]  35/2 35/16
41/10
songs [1]  175/10
sons [2]  58/8 58/10
sooner [1]  9/15
sorry [33]  7/25 9/17
12/6 26/23 31/2 34/5
34/19 34/21 38/9
41/17 51/7 51/9 52/9
56/15 59/20 61/5
61/11 93/20 96/6
99/11 115/16 116/23
117/9 122/24 123/4
126/22 126/22 155/14
156/18 160/23 161/16
169/18 183/15
sort [15]  7/5 16/22

**S**

sort... [13]  18/16 19/16 21/9 22/16 23/24 26/12 41/14 52/2 56/23 57/17 61/17 63/12 180/17
sound [2]  65/17 100/19
sounded [2]  14/13 80/17
sounds [3]  132/16 135/19 179/7
source [2]  34/15 36/12
souvenir [1]  179/18
space [2]  80/20 170/23
span [1]  165/6
sparked [3]  86/19 157/21 157/22
speak [6]  4/20 4/24 5/19 63/12 66/14 88/19
speaker [1]  53/15
speakers [3]  75/11 145/24 148/6
speaking [4]  11/25 41/10 46/7 56/22
special [1]  156/24
species [1]  20/6
specific [12]  20/6 23/8 34/11 41/23 55/15 82/18 92/6 134/10 163/14 165/19 184/16 184/18
specifically [10]  37/5 38/16 41/7 41/19 49/14 69/11 133/17 164/9 180/8 184/4
specifics [1]  146/23
spectrum [1]  153/12
speculation [2]  98/21 161/1
speech [7]  24/13 75/1 75/14 75/15 75/15 75/16 112/5
speed [1]  14/15
spell [4]  16/9 16/12 31/6 68/10
spent [3]  69/2 86/5 118/9
spilling [1]  150/20
split [5]  156/1 170/9 173/15 173/16 176/8
split-second [1]  176/8
spoiled [1]  130/8
spoke [7]  13/7 46/15 75/10 106/11 106/13 116/2 138/2
spoken [1]  66/5
sports [1]  174/20
spot [11]  92/6 131/19 132/10 132/11 136/1 145/16 153/1 168/8 173/11 174/5 177/15
spots [4]  145/11 145/12 153/5 153/14
spout [2]  21/11 21/17
spouting [1]  22/13
spray [18]  79/16 79/19 83/2 84/23 84/23 85/5 86/25 87/3 87/6 91/13

sprayed [5]  72/8 72/20 82/11 85/1 85/2
spraying [4]  79/18 82/13 86/24 104/4
spun [1]  48/25
squad [1]  155/5
square [1]  169/4
squared [1]  79/21
squaring [3]  79/20 81/4 83/15
stab [1]  72/10
stage [2]  91/19 91/21
staged [1]  179/14
staggering [1]  162/16
stairs [19]  86/11 87/10 89/25 92/9 94/22 95/7 95/23 96/1 96/12 96/17 96/24 108/16 108/22 108/24 108/25 109/1 150/15 150/16 176/15
stampede [1]  85/14
stand [16]  14/19 15/24 30/9 30/11 60/5 67/25 115/7 128/13 129/3 141/18 141/18 144/16 144/17 156/15 160/8 160/12
standby [6]  1/19 3/15 3/22 4/11 8/15 65/8
standing [16]  16/1 30/13 51/24 90/16 129/5 149/4 154/23 155/15 159/17 161/11 162/10 167/9 173/24 174/6 175/7 177/24
standpoint [1]  140/8
standstill [1]  9/16
start [13]  27/12 70/11 71/25 98/2 104/13 107/14 128/14 138/12 150/1 161/23 165/1 165/3 166/22
started [40]  17/2 17/15 38/22 53/11 63/19 69/3 69/4 69/7 70/10 107/13 115/18 115/19 131/9 132/7 132/22 134/23 136/6 137/13 137/17 137/18 137/23 138/14 138/17 138/19 139/6 140/3 147/14 149/9 152/14 161/10 162/5 162/20 162/20 165/5 168/8 168/10 171/23 171/25 175/11 176/23
starting [2]  98/14 177/10
starts [3]  84/11 113/21 149/23
state [19]  3/8 16/9 19/2 22/22 30/25 31/4 31/20 44/3 44/17 56/10 56/14 68/10 69/22 113/1 113/8

141/9
stated [1]  55/6
statement [15]  17/18 18/5 18/11 18/14 18/21 19/16 19/17 32/17 41/2 41/21 41/23 41/24 45/20 45/21 115/7
statements [7]  20/7 23/14 23/20 32/19 32/20 32/22 33/2
states [17]  1/1 1/2 1/9 1/11 1/15 3/5 3/10 112/15 112/25 113/2 113/9 113/9 113/11 117/5 139/10 140/13 142/6
states' [1]  113/12
stations [3]  68/25 119/9 137/5
stay [4]  30/13 143/19 155/10 177/13
stayed [2]  176/11 178/9
staying [1]  160/3
steal [3]  136/9 136/20 176/9
step [9]  25/19 25/21 30/7 30/11 61/1 64/14 67/25 75/6 175/20
stepped [4]  15/15 166/19 173/13 174/4
stepping [1]  78/1
steps [6]  6/21 81/16 92/23 95/24 95/25 177/18
stick [4]  79/15 81/13 161/18 163/7
sticking [1]  88/18
sticks [4]  81/6 104/5 161/24 165/16
still [20]  10/16 22/4 41/24 54/18 62/6 114/2 115/7 119/11 122/4 122/10 155/3 137/12 144/14 150/24 159/25 164/15 167/16 170/21 178/17 181/21
stir [1]  24/5
stolen [1]  44/9
stood [7]  104/21 114/23 115/6 143/3 163/8 174/11 179/18
stop [22]  21/19 43/5 72/21 75/21 91/4 91/6 94/8 99/8 113/16 113/24 114/7 125/22 125/23 136/9 136/20 149/16 151/3 155/17 159/4 167/7 173/2 179/22
stopped [6]  91/13 91/13 97/16 104/4 126/18 143/18
stories [1]  173/21
story [1]  60/1
straight [3]  31/15 95/25 155/7

street [6]  1/12 1/16 73/12 91/11 133/12 144/1
streets [2]  73/10 143/7
stricken [1]  129/1
strike [2]  35/9 128/25
strikes [1]  98/4
strong [1]  132/11
structure [1]  91/20
stubborn [1]  58/14
stuck [4]  4/4 138/7 155/22 177/14
studied [3]  141/6 141/8 141/8
stuff [20]  32/2 32/3 72/7 72/9 98/12 102/16 138/3 144/6 145/12 145/15 153/9 153/22 154/22 157/3 168/2 175/17 176/18 177/5 177/7 177/10
stumbled [1]  162/25
stumbling [1]  168/7
stupid [10]  139/16 142/18 142/19 145/12 157/16 157/18 159/14 167/23 175/12 177/1
stupidly [1]  174/23
subject [4]  48/24 75/24
subpoena [3]  11/18 14/6 116/3
subpoenaed [2]  12/2 42/13
substance [1]  33/3
substantial [1]  14/24
substantive [4]  5/18 5/21 8/5 18/25
success [1]  12/22
successful [2]  130/4 130/4
such [4]  9/9 63/1 65/24 141/10
suck [1]  152/23
sudden [2]  137/2 155/11
suddenly [1]  150/11
Suite [2]  1/13 1/21
summarizing [1]  73/1
summary [1]  63/21
summer [5]  57/24 73/6 83/22 134/6 143/5
Sunday [2]  28/2 28/8
super [5]  31/22 39/20 81/5 146/18 168/23
support [6]  119/12 131/2 134/3 134/20 135/8 145/22
supported [3]  131/20 131/21 134/24
supporters [2]  71/24 90/24
supporting [2]  143/20 144/24
supposed [7]  157/10 157/12 158/18 158/19 160/1 160/2 177/5
sure [32]  5/24 7/17 7/18 15/8 15/14 18/23

surge [1]  162/9
surprise [2]  95/4 146/1
surprised [3]  7/21 95/4 173/23
surreal [2]  81/10 96/18
surrounded [1]  167/2
suspicious [3]  92/22 130/11 130/14
sustain [2]  56/11 103/11
Sustained [12]  38/4 43/19 56/9 58/4 88/12 99/3 125/10 125/15 126/1 126/10 127/7 158/14
sway [1]  162/13
swinging [2]  90/15 107/17
sworn [4]  16/3 30/17 68/5 129/8
system [2]  132/13 142/3
systemic [1]  132/15

**T**

T-A-T-U-M [1]  68/12
taco [1]  147/11
tacos [1]  147/10
tactics [1]  155/24
tagline [1]  44/24
take [32]  5/4 5/14 10/19 11/10 14/19 22/23 24/4 34/20 43/17 44/19 61/2 63/11 65/15 71/25 73/20 74/6 118/3 122/20 123/16 123/21 124/17 124/17 129/2 131/11 135/22 141/13 160/21 163/11 171/4 175/12 180/20 181/7
taken [11]  12/21 17/18 61/3 64/23 65/21 85/20 120/5 120/9 127/19 163/19 179/19
takes [1]  181/11
taking [4]  46/25 148/5 171/17 179/18
talk [36]  4/23 8/15 11/14 24/20 24/22 25/1 25/4 39/22 43/4 43/10 48/23 49/1 50/18 63/5 65/13 85/18 100/9 101/21 101/22 105/15 111/23 112/17 117/7 118/6 129/19 131/1 133/24 138/8 142/17 148/7 159/1 163/21 163/25 180/2 180/16 184/1
talked [22]  13/9 27/24

talked... [20]  27/25
28/3 46/5 48/13 48/23
49/12 49/14 49/17
52/17 55/8 66/14
66/16 116/2 132/9
138/6 138/8 143/9
148/7 168/6 170/6
talking [22]  21/24
22/16 48/20 57/6
71/15 78/13 83/23
90/20 90/20 107/19
108/21 115/18 115/19
117/2 123/10 133/15
138/4 138/5 140/6
140/7 156/16 177/7
tammy [6]  1/23 1/25
117/9 185/7 185/7
185/9
Tampa [2]  1/12 1/13
target [2]  19/9 143/4
targeted [1]  83/2
targeting [2]  82/8
82/18
targets [1]  71/3
Tatum [15]  61/8 61/12
61/21 62/11 62/12
62/13 62/16 65/4
66/11 66/13 66/14
67/19 68/4 68/11
128/1
taught [1]  133/22
teacher [1]  141/7
team [3]  98/19 109/24
124/12
tear [6]  78/18 78/18
82/7 86/20 152/22
178/2
tear-gassed [1]  152/22
tear-gassing [2]  78/18
78/18
tech [1]  100/14
tell [30]  3/16 9/18 14/5
37/17 43/21 44/2 44/4
53/16 61/4 61/6 62/17
65/14 66/1 74/13 78/7
81/2 81/7 102/17
108/13 121/17 122/11
146/24 149/20 152/3
158/18 158/19 169/19
171/20 181/1 181/6
telling [8]  53/2 81/5
161/4 161/7 171/16
172/3 172/13 172/22
ten [9]  12/13 12/15
12/20 61/2 68/25
112/25 126/13 140/12
163/18
ten-day [2]  126/13
140/12
ten-minute [1]  61/2
tend [1]  24/13
tension [1]  58/16
term [1]  82/8
terms [1]  128/10
terrace [24]  1/20 78/22
80/9 85/24 86/1 86/3
87/11 91/23 95/24
98/8 101/22 105/5

149/7 149/13 149/25
150/19 151/6 152/5
159/16 168/4 177/24
terrible [2]  35/10 163/4
terribly [3]  35/8 183/24
183/24
terrifying [1]  152/25
terrorized [2]  79/11
79/13
testified [14]  16/4
30/18 45/18 68/6
106/19 107/5 107/9
108/15 115/5 117/3
117/17 118/9 129/9
173/6
testify [16]  13/16 14/20
15/7 19/22 63/6 63/7
63/7 63/7 63/8 66/17
66/25 67/6 102/17
103/25 128/4 180/16
testifying [6]  6/10
66/15 88/11 89/6
128/14 128/16
testimony [22]  13/23
15/5 26/8 26/9 29/3
45/14 63/13 64/7 73/1
76/8 76/15 101/21
105/3 106/16 110/12
110/23 111/11 114/14
128/25 129/16 163/3
180/5
text [19]  32/4 32/8 32/9
32/11 32/18 33/9
36/14 39/21 40/4 40/7
40/9 40/15 41/6 53/3
53/4 53/7 74/20 76/8
176/5
texted [1]  4/3
texts [4]  22/7 35/1
35/10 40/13
than [28]  7/12 7/22
7/25 14/20 22/23
23/12 24/16 32/17
33/4 38/14 41/19
42/24 53/25 54/15
108/19 127/23 136/12
137/25 138/2 141/11
145/16 150/14 161/6
163/12 181/1 181/7
181/13 184/13
thank [34]  6/5 6/7 7/24
9/14 12/20 13/1 16/5
16/6 16/15 30/19
34/23 51/10 54/3 61/1
64/2 64/25 65/19 67/7
67/15 67/16 68/2 68/7
71/20 91/16 100/20
106/3 127/10 129/17
163/17 175/4 175/5
179/24 184/14 184/20
thanks [10]  8/24 25/14
26/21 30/6 30/12 45/8
55/3 64/22 65/24
184/21
that [1061]  3/18 3/23
3/23 3/24 4/2 4/3 4/9
4/13 4/15 4/21 5/5
5/10 5/10 5/13 5/15

5/25 6/9 6/10 6/11
6/13 6/16 6/18 7/7
7/17 7/19 7/20 8/11
8/17 8/19 9/7 9/11
9/16 9/18 10/15 10/23
11/2 11/3 11/3 11/4
11/13 11/19 11/20
11/20 11/23 11/23
12/1 12/6 12/7 13/6
13/6 13/16 14/3 14/12
14/13 14/13 14/17
14/18 14/25 15/5 15/7
15/12 15/12 16/12
16/17 17/2 17/4 17/10
17/18 17/21 18/5 18/5
18/12 18/14 18/16
18/25 19/2 19/2 19/3
19/6 19/6 19/6 19/8
19/15 19/18 19/19
20/2 20/7 20/10 20/10
20/19 21/2 21/4 21/8
21/9 21/17 21/19
21/20 22/11 22/12
22/13 22/13 22/22
23/5 23/6 23/6 23/9
23/11 23/17 23/19
23/23 23/24 24/2 24/6
24/7 24/10 24/18
24/19 25/4 25/7 25/10
25/11 25/17 25/17
26/5 26/13 26/19 28/5
28/15 28/19 28/21
29/1 29/3 29/6 29/11
31/16 31/17 31/24
33/4 33/9 33/11 33/11
33/13 33/15 33/17
33/17 33/22 33/24
34/10 34/10 34/12
34/12 34/15 34/18
35/5 35/3 35/4 35/10
35/15 35/22 35/23
35/23 36/2 36/3 36/5
36/20 37/2 37/5 38/13
38/14 38/16 38/16
38/20 38/21 38/21
38/22 38/25 39/6 39/7
39/12 39/19 39/22
40/1 40/7 40/12 40/18
40/21 41/2 41/4 41/6
41/6 41/13 41/15
41/20 41/21 41/23
42/2 42/3 42/5 42/15
42/19 42/24 43/4
43/14 43/16 44/8 44/9
44/10 44/11 44/12
44/24 45/4 45/15
45/18 46/5 46/11
46/14 46/15 47/2
47/18 47/25 48/3 48/8
48/10 48/13 48/24
49/5 49/15 49/19
49/24 50/4 50/6 50/13
50/24 51/4 51/20 52/3
52/4 52/12 52/17
52/23 52/23 52/25
53/1 53/2 53/5 53/7
53/10 53/23 54/15
54/21 55/6 55/8 55/10

55/16 55/21 56/16
57/3 57/13 57/21
57/25 58/1 58/7 58/8
58/13 58/16 59/14
60/14 60/22 62/4 62/7
62/17 62/22 62/24
63/9 63/20 63/20
63/21 64/1 64/3 64/4
64/17 64/20 64/25
65/17 66/6 66/7 66/9
66/16 66/20 66/21
66/25 67/2 67/5 68/13
69/1 69/3 69/4 69/10
69/11 69/24 70/4
70/11 70/15 70/15
71/10 71/10 71/23
71/23 72/7 72/11
72/16 72/16 72/18
72/19 72/20 73/4 73/7
73/7 74/7 74/16 74/17
74/20 75/4 75/7 75/11
75/14 75/17 76/1 76/4
76/6 76/7 76/8 76/8
76/9 76/10 76/10
76/12 76/24 77/2 77/9
77/16 77/25 78/12
78/13 78/16 78/20
78/20 78/21 80/17
80/23 81/18 81/20
82/6 82/8 82/10 82/12
82/13 83/8 83/11
83/13 83/14 83/16
83/16 83/16 83/19
83/25 84/17 84/20
84/25 85/19 85/20
85/24 86/8 86/8 86/9
86/10 86/11 86/12
86/14 86/15 86/23
87/6 87/14 87/15
87/19 88/7 88/15
88/17 88/24 89/11
89/19 89/20 89/22
89/22 90/1 90/1 90/2
90/8 90/11 90/15
90/23 90/24 91/3 91/3
91/14 91/17 91/20
91/21 91/24 91/25
92/9 92/10 92/10 93/4
93/12 93/18 94/6 94/8
94/10 94/11 94/12
94/13 94/16 94/16
94/16 94/17 94/19
94/20 94/22 95/5 95/6
95/11 95/22 96/2 96/2
96/11 97/11 97/12
97/14 97/15 98/3 98/5
98/8 98/9 98/11 98/12
98/13 98/14 98/15
98/16 98/17 98/17
98/20 99/21 100/4
100/5 100/12 100/18
101/22 101/23 102/20
102/21 103/4 103/5
103/6 103/6 103/10
103/10 103/17 104/17
104/24 105/1 105/8
105/17 105/21 105/22
106/15 106/16 106/19

107/3 107/5 107/7
107/10 107/12 107/18
107/21 107/23 108/3
108/11 108/13 108/15
108/16 108/17 108/18
108/22 109/7 109/9
109/13 109/17 110/3
110/10 110/10 110/11
110/12 110/13 110/15
110/15 110/17 110/19
110/19 110/24 111/6
111/6 111/8 111/10
111/11 111/14 111/22
111/25 112/5 112/18
112/20 112/22 112/24
113/5 113/7 113/14
113/15 113/15 113/17
113/21 113/21 113/24
113/25 114/7 114/7
114/8 114/8 114/9
114/12 114/17 115/15
115/17 116/2 116/8
116/8 116/12 116/13
116/18 117/1 117/3
117/4 117/22 117/25
118/1 118/9 118/15
118/24 119/1 119/5
119/7 119/15 119/16
119/16 119/18 119/19
119/21 120/1 120/15
121/2 123/12 123/13
123/14 123/15 123/19
123/23 124/17 124/21
125/7 125/7 125/7
125/8 125/13 125/15
125/19 125/22 125/23
125/23 126/4 126/13
127/2 127/3 127/5
127/5 127/21 128/9
128/20 128/24 129/16
130/13 131/8 131/11
131/12 131/13 131/14
131/19 131/22 131/22
131/23 131/23 132/5
132/14 132/15 132/16
132/17 132/20 133/2
133/4 133/4 133/7
133/13 133/13 133/22
133/22 133/23 133/25
134/4 134/5 134/5
134/7 134/9 134/9
134/10 134/10 134/11
134/19 135/5 135/6
135/7 135/10 135/12
135/20 135/23 135/25
136/8 136/10 136/21
136/24 136/25 137/1
137/10 137/11 137/11
137/20 137/20 137/22
137/24 138/3 138/7
138/7 138/16 138/17
138/19 138/25 139/3
139/4 139/17 139/21
140/1 140/1 140/3
140/4 140/9 140/9
140/9 140/11 140/12
140/12 140/14 140/19
140/20 140/22 140/22

that... [368] 140/25
140/25 141/2 141/4
141/5 141/8 141/10
141/13 141/15 141/16
141/19 141/23 142/1
142/3 142/4 142/5
142/6 142/9 142/11
142/12 142/15 142/20
142/24 142/25 142/25
143/3 143/19 143/22
143/25 144/2 144/2
144/7 144/9 144/11
144/18 144/19 145/6
145/7 145/8 145/12
145/17 145/19 145/21
145/22 145/25 146/1
146/19 147/2 147/5
147/15 147/16 147/17
147/18 147/19 147/20
147/22 148/2 148/10
148/13 148/18 149/5
149/8 149/16 149/19
150/8 150/17 150/18
150/20 150/22 150/23
150/23 150/25 150/25
151/2 151/3 151/7
151/8 151/14 151/14
151/18 152/6 152/7
152/8 152/11 152/18
152/19 152/19 152/21
152/23 153/1 153/1
153/1 153/8 153/9
153/9 153/10 153/12
153/13 153/15 153/15
153/16 153/16 153/18
153/20 153/20 153/21
153/23 154/1 154/2
154/10 154/12 154/14
154/15 154/16 154/20
154/20 155/18 155/21
156/12 156/13 156/16
156/17 156/17 156/18
156/19 156/20 156/23
156/25 156/25 157/5
157/6 157/9 157/9
157/9 157/10 157/11
157/15 157/16 157/16
157/16 157/17 157/17
157/20 158/1 158/1
158/5 158/8 158/8
158/18 158/20 158/21
158/24 159/1 159/2
159/3 159/6 159/6
159/8 159/8 159/9
159/9 159/10 159/10
159/13 159/14 159/22
159/24 160/1 160/6
160/8 160/15 160/17
160/21 160/22 160/25
161/12 161/15 161/16
162/4 162/15 162/18
162/19 162/21 162/22
162/23 162/24 163/1
163/2 163/4 163/6
164/3 164/7 164/10
164/11 164/12 164/13
164/13 164/14 164/14
164/15 164/17 164/20

165/14 165/16 165/17
165/18 165/18 165/19
165/23 165/24 165/25
166/1 166/4 166/7
166/10 166/10 166/13
166/14 166/18 166/21
166/25 167/1 167/5
167/15 167/16 167/20
168/2 168/7 168/8
168/12 168/14 168/24
169/8 169/9 169/11
169/12 169/13 169/15
169/15 169/16 169/16
169/18 169/25 170/4
170/5 170/9 170/12
170/16 170/21 170/23
170/24 170/24 171/1
171/3 171/7 171/7
171/10 171/10 171/12
171/13 171/14 171/20
171/21 172/3 172/8
172/19 172/22 173/2
173/4 173/5 173/6
173/6 173/7 173/10
173/12 173/14 173/16
173/17 173/18 173/18
174/5 174/8 174/10
174/14 174/14 174/14
174/17 174/18 174/18
174/23 174/23 175/7
175/11 175/12 175/15
175/18 175/22 175/23
175/24 176/2 176/7
176/11 176/12 176/15
176/19 176/21 176/22
176/23 176/23 177/9
177/13 177/14 177/18
177/18 177/20 177/20
177/21 177/22 177/23
177/25 178/2 178/8
178/9 178/11 178/13
178/15 178/15 178/18
178/18 178/20 178/21
178/21 178/23 178/23
178/25 179/1 179/3
179/4 179/5 179/6
179/7 179/8 179/9
179/9 179/10 179/10
179/10 179/11 179/12
179/12 179/13 180/12
180/20 181/1 181/2
181/6 181/12 181/18
182/15 182/18 182/19
182/23 184/11 184/15
185/2

that's [114] 5/1 5/15
5/21 6/18 9/11 9/12
9/20 11/23 11/24
20/13 27/10 29/9
33/14 33/16 33/18
33/19 33/19 33/21
34/8 48/15 49/10 51/6
53/13 54/10 54/18
56/11 58/19 62/8
63/16 65/18 66/8
68/20 79/23 84/13
86/4 88/2 92/11 93/23
96/1 97/3 106/21

110/23 111/1 115/2
116/12 116/20 116/25
118/24 120/3 120/15
122/20 123/16 123/19
124/12 131/4 133/21
139/14 139/20 139/20
139/22 139/24 140/6
140/14 140/16 141/14
142/14 143/4 144/18
147/2 148/14 148/23
151/23 152/20 152/24
153/7 157/11 158/7
158/24 159/7 159/7
159/20 159/20 160/14
162/3 162/11 162/19
163/8 163/15 165/1
165/3 165/4 165/19
165/21 166/20 167/13
167/18 168/10 169/13
169/21 170/4 171/8
176/5 177/7 177/11
177/12 177/15 178/13
181/20 182/23 184/1
184/14

Thau [2] 87/2 87/5
theft [1] 81/11
their [33] 60/16 65/5
72/3 72/7 73/18 82/22
85/3 93/11 94/8 111/8
113/9 119/12 122/20
123/22 124/11 124/17
124/17 124/24 127/3
127/5 137/24 139/13
139/19 152/21 156/2
160/13 161/24 165/4
166/23 171/22 174/1
174/11 177/19
theirs [1] 164/24
them [123] 5/3 5/4
11/10 11/10 12/15
15/7 32/14 32/17 33/4
33/10 40/24 41/2 41/7
42/15 42/18 47/16
58/22 60/18 61/20
62/23 63/1 63/5 64/5
64/12 64/17 65/12
65/14 70/13 70/17
70/22 72/11 79/15
79/22 81/5 81/6 81/12
82/7 82/19 82/20
84/25 84/25 86/24
87/7 88/22 88/23
89/20 90/8 91/6 92/8
92/23 93/4 93/13
93/18 97/15 97/17
100/5 108/24 109/1
111/7 111/10 111/24
112/25 113/2 113/19
116/16 119/15 121/13
124/24 130/14 135/15
137/5 137/9 139/14
139/14 139/15 141/20
141/23 142/18 142/18
142/22 143/18 144/7
145/1 145/24 150/3
154/2 155/1 155/8
155/21 156/2 157/23
157/24 159/1 159/2

161/7 161/24 164/14
164/25 165/1 165/4
166/21 166/24 167/7
167/11 169/6 169/6
169/7 169/19 171/16
171/20 171/25 172/1
172/3 172/5 176/4
176/6 176/9 179/7
180/10 180/18
themselves [3] 65/10
71/25 72/5
then [74] 4/20 7/7 8/9
14/18 15/4 19/7 19/18
20/11 22/8 23/10 34/7
35/16 42/8 42/18 53/9
62/2 63/4 63/10 63/11
63/12 64/8 64/16
65/12 65/14 69/2
75/15 76/10 78/20
83/4 86/14 86/23
87/23 92/12 92/20
92/21 103/4 111/17
112/17 117/10 118/3
130/14 132/19 132/25
137/13 137/22 138/20
139/6 141/13 144/4
144/15 146/11 147/17
150/16 150/17 151/3
151/3 151/20 152/14
155/11 157/11 161/23
162/9 164/20 167/4
170/19 170/19 171/2
171/4 172/12 174/7
176/16 181/4 181/20
184/17
theories [2] 137/19
148/20
there [383] 4/4 4/14
4/14 4/16 4/21 4/21
5/22 8/11 8/14 8/15
9/4 10/16 11/22 12/6
12/17 13/15 15/7 18/3
19/16 21/8 21/8 22/13
23/5 23/11 24/20
24/21 27/23 32/2
32/15 33/11 33/12
34/19 36/3 36/4 36/5
38/8 38/20 41/19 44/2
44/5 44/9 44/11 44/12
49/19 49/20 50/4 50/6
50/16 51/8 51/20
51/22 51/24 55/11
56/7 57/13 57/22 58/8
61/9 62/2 62/11 62/21
62/25 65/3 68/1 69/10
70/23 71/9 74/4 74/10
74/15 74/22 74/23
75/2 75/10 75/12
75/12 75/13 76/4 76/6
76/7 76/23 77/7 77/10
77/13 77/23 78/1
78/15 78/23 78/24
79/1 79/4 79/7 80/2
80/3 80/4 80/5 80/19
80/19 80/21 80/22
80/22 80/23 80/23
81/23 81/25 82/1 82/2
82/2 82/2 82/3 82/3

82/12 82/24 82/25
83/14 83/15 84/10
84/16 85/17 86/2 86/8
86/14 86/22 87/4
87/18 87/20 87/22
87/23 88/5 88/10
88/15 88/17 88/21
88/21 90/4 90/7 90/16
90/23 92/4 92/14
92/25 94/8 95/4 95/5
95/17 95/17 95/17
97/2 97/2 97/5 97/11
97/12 100/16 100/22
105/19 105/20 107/19
107/20 107/23 107/25
108/9 108/17 108/19
111/23 111/25 112/7
112/18 113/2 113/20
113/23 114/3 115/9
117/6 118/7 118/19
119/10 125/6 125/8
126/15 129/15 132/15
132/15 133/6 134/8
134/9 134/10 135/4
136/8 136/9 136/24
137/6 137/9 137/10
138/24 139/1 139/7
139/15 140/5 140/12
140/13 140/15 140/20
140/21 140/21 140/22
141/1 141/10 141/18
141/23 141/25 142/1
142/2 142/12 142/14
142/15 142/21 142/22
143/5 143/15 143/17
143/19 143/21 144/7
144/9 144/12 144/14
144/14 144/15 145/10
145/11 145/12 145/14
145/19 145/22 145/24
146/1 146/10 146/21
147/3 147/9 147/9
147/10 147/15 147/16
147/18 147/18 147/22
148/3 148/10 148/18
148/20 148/21 148/21
149/1 149/2 149/7
149/8 149/16 149/20
149/21 149/24 150/3
150/22 151/3 151/4
151/20 152/9 152/10
152/10 152/21 152/25
153/4 153/5 153/6
153/7 153/8 153/9
153/11 153/18 153/20
153/21 153/25 154/1
154/2 154/3 154/3
154/17 154/22 154/23
155/5 155/7 155/15
156/12 156/21 156/21
156/23 157/6 157/6
157/7 157/15 157/15
157/17 157/20 158/6
158/16 159/17 159/17
159/19 160/2 160/3
160/15 160/15 160/15
160/16 160/17 160/25
161/19 161/20 162/2

there... [61] 162/7
162/9 163/2 163/3
164/10 164/17 165/17
165/18 166/12 166/22
167/15 167/15 168/1
168/1 168/10 169/13
170/11 170/22 170/23
171/12 171/20 171/21
172/10 173/25 174/1
174/1 174/6 174/13
174/17 174/18 175/1
175/7 175/9 175/10
175/10 175/14 175/15
175/19 175/22 176/17
176/18 176/25 177/8
177/19 177/21 178/10
178/12 178/12 178/16
178/19 178/20 178/25
179/1 179/3 179/10
179/12 179/13 179/18
179/22 184/3 184/10
there's [98] 3/14 5/1
6/14 8/8 11/1 14/24
16/17 18/10 18/16
19/9 19/18 20/7 20/13
60/21 61/5 64/19
69/23 71/14 75/4 76/8
77/4 77/11 77/11 79/3
80/15 81/8 83/23
90/14 90/14 90/15
90/16 90/18 90/19
90/20 90/21 91/20
91/21 92/17 92/24
94/22 96/25 97/18
98/24 100/17 108/18
111/18 124/6 128/11
128/23 133/4 135/9
138/13 139/25 140/15
144/18 144/20 148/23
149/25 150/2 151/10
152/8 152/10 152/10
153/10 154/18 155/5
155/13 155/13 155/20
156/6 156/25 159/3
161/1 163/6 164/5
166/3 168/6 170/18
171/7 171/9 171/12
171/15 172/3 172/7
172/14 173/15 174/2
174/8 175/17 176/15
176/18 176/21 177/18
177/19 180/9 180/19
181/1 184/7
thereabouts [1] 160/23
therefore [3] 48/11
48/12 76/10
these [56] 7/14 12/13
15/3 15/4 15/17 21/5
29/6 39/21 39/25 40/3
40/7 40/9 62/22 65/9
69/24 70/18 71/3
71/10 71/16 72/19
79/21 84/7 87/1 88/18
101/14 122/6 130/25
132/5 134/19 135/11
135/13 136/22 137/2
137/13 139/5 144/25
145/2 149/2 149/25

154/15 154/15 154/22
154/23 155/1 155/19
155/21 156/7 157/4
160/17 161/23 162/11
167/13 176/4 179/4
180/18 180/24
they [216] 4/17 5/20
13/16 13/17 13/18
13/22 14/2 15/8 15/15
15/16 19/6 19/8 20/10
20/12 29/17 29/17
31/23 32/1 32/4 32/25
35/6 40/5 41/13 41/15
42/13 42/18 53/16
60/14 62/6 63/6 63/7
64/8 64/8 64/12 65/4
66/7 69/24 72/5 72/7
72/8 73/11 73/23 76/4
76/8 76/12 79/14
79/16 79/18 79/19
81/4 82/18 82/20
82/21 83/1 84/24
86/11 86/25 88/7
88/17 88/19 88/20
88/21 88/25 89/4
89/19 89/19 89/24
91/24 91/24 92/4 92/5
92/5 92/6 92/13 93/2
93/7 93/9 93/10 93/18
93/22 94/2 94/4 94/11
94/14 94/22 95/5 95/6
95/17 97/15 100/1
100/4 102/22 102/24
103/1 103/4 103/6
103/8 105/5 105/10
105/18 105/22 107/3
107/3 107/15 107/16
107/17 108/19 110/19
111/3 111/7 111/8
111/10 112/20 112/22
113/3 113/15 113/16
113/18 114/7 116/15
119/7 119/8 123/15
123/18 123/23 124/24
130/14 130/14 133/13
133/14 133/15 134/1
135/3 137/16 139/10
139/15 140/17 140/19
140/22 141/4 141/11
141/12 141/13 142/5
142/5 143/6 143/7
144/1 144/13 144/23
144/24 144/25 145/6
145/14 145/19 147/20
147/21 150/6 152/13
152/15 152/22 154/19
155/1 155/6 155/7
157/7 155/19 155/20
155/24 156/1 156/2
156/6 157/12 157/24
158/2 159/17 159/18
160/12 160/17 161/4
161/7 161/8 161/16
161/22 162/22 164/12
164/24 165/2 165/3
166/5 166/24 167/1
167/4 167/5 167/5
167/6 169/25 170/1
172/3 174/10 174/11

174/13 174/13 174/22
175/19 175/21 176/3
176/21 176/22 177/6
177/7 177/11 177/12
178/1 179/17 184/12
they're [4] 78/18 78/18
148/5 148/8
thing [42] 9/18 20/9
42/11 51/21 74/21
79/24 83/8 86/19 91/7
95/10 96/4 96/13
96/18 96/20 130/12
134/9 134/11 136/19
142/5 143/20 150/11
151/2 154/16 155/23
157/11 157/21 163/9
164/20 165/16 166/7
168/19 168/21 168/23
170/16 174/2 176/8
176/13 177/4 177/6
178/8 179/5 183/18
things [56] 14/16 30/24
34/10 34/11 34/17
37/5 38/20 40/20 41/4
41/20 49/7 50/14 53/6
54/13 58/13 70/12
72/5 72/7 72/11 72/16
77/4 83/20 84/24 87/1
129/1 130/9 131/21
131/22 132/17 134/1
134/14 134/19 135/9
135/20 135/21 135/25
136/22 136/23 136/24
137/20 139/5 139/8
139/8 145/19 145/22
157/1 157/7 157/12
163/6 163/6 163/7
173/15 175/16 176/24
179/2 180/23
think [128] 4/22 5/2
6/23 7/3 8/8 8/10 8/22
8/23 9/14 9/16 9/18
11/22 14/19 20/11
24/22 25/18 26/11
29/16 29/17 29/17
29/20 31/21 32/3
37/17 39/20 40/18
42/11 44/14 49/16
49/18 50/11 50/14
50/15 58/11 58/16
58/17 59/12 59/22
61/8 63/9 66/8 69/3
70/13 72/24 74/12
75/2 75/12 78/7 79/22
81/14 84/11 85/23
87/22 92/1 92/11
92/18 101/4 102/18
102/22 104/18 105/20
110/21 110/25 112/10
113/5 113/7 113/25
114/9 114/13 114/16
115/13 115/17 116/23
117/21 120/17 123/2
127/13 128/16 129/1
130/10 130/11 130/12
130/19 131/10 135/13
135/17 135/17 135/25
135/25 136/1 139/21
145/4 145/24 146/19

156/22 158/8 159/9
159/10 159/13 162/5
162/8 163/2 163/22
164/10 164/18 165/20
166/3 166/4 166/5
166/6 166/7 168/22
172/9 173/4 173/4
173/5 173/7 173/8
173/9 173/10 174/16
184/6 184/7 184/10
184/12
thinking [5] 131/13
131/14 136/21 159/9
178/11
thinks [5] 35/7 110/21
110/25 159/10 168/22
third [2] 11/12 170/15
this [283] 4/5 4/21 4/22
7/3 7/22 8/15 8/17 9/5
11/4 11/21 12/7 12/19
14/18 15/24 16/17
17/8 18/5 18/12 20/4
23/7 23/15 25/19
26/15 27/6 32/25 34/9
34/18 34/19 34/22
34/25 35/22 36/1 38/9
39/24 39/25 40/10
40/11 40/12 41/6
42/18 44/8 44/10
45/18 45/20 50/8
56/11 60/10 61/18
63/10 63/12 65/7 66/7
66/25 67/6 69/25 70/2
71/21 74/1 77/3 77/18
79/1 79/23 79/23 80/5
80/11 81/1 81/2 81/5
82/25 83/24 84/12
85/8 86/19 87/9 87/16
87/22 90/13 90/18
91/2 91/6 91/7 91/13
91/18 92/23 93/1
93/11 94/17 94/18
94/19 95/9 96/4 96/13
96/17 96/25 97/22
99/6 99/7 99/8 99/9
99/12 99/22 100/6
100/9 100/10 101/2
101/4 101/8 101/8
101/15 103/6 103/17
103/20 104/9 106/13
107/18 107/19 107/24
108/7 109/6 110/4
111/17 111/17 114/9
114/13 114/16 116/9
116/13 116/16 118/3
120/5 120/13 120/17
120/19 121/6 121/13
121/18 121/25 122/10
123/8 123/17 123/22
124/8 125/16 125/21
126/14 128/3 128/20
130/18 131/6 131/12
131/15 131/17 131/19
131/20 131/20 132/25
133/3 133/4 133/5
133/16 133/16 133/16
134/6 134/20 135/16
135/19 136/2 136/7

136/18 137/10 137/16
136/6 138/16 138/20
138/20 139/1 139/2
139/8 139/11 139/22
140/13 140/20 140/23
140/23 141/5 141/10
141/21 141/24 142/3
144/9 144/10 145/4
145/22 146/2 146/3
146/22 146/25 147/12
147/25 148/5 148/17
148/25 149/3 149/4
149/6 149/23 150/7
150/7 150/7 150/10
150/11 150/12 150/14
150/19 151/10 151/15
151/25 152/2 152/3
152/8 152/15 152/18
152/24 153/4 153/17
154/4 154/16 154/16
154/17 154/18 154/18
155/13 155/16 155/16
155/22 155/25 156/22
157/1 157/1 157/21
157/22 158/23 160/1
160/5 160/16 160/22
161/9 162/16 163/23
164/4 165/7 165/20
166/4 166/11 166/24
167/5 167/19 168/20
168/21 169/2 169/23
170/17 170/25 171/8
172/9 172/16 173/19
173/20 173/21 175/25
176/13 176/14 177/1
178/5 178/10 178/24
180/3 180/14 182/4
184/9
THOMAS [2] 68/4
68/11
those [70] 6/21 6/22
11/5 11/9 11/10 11/15
12/14 22/24 29/14
32/7 32/10 32/11
32/18 32/22 33/9
34/17 35/1 35/10
35/22 36/3 36/14
36/15 51/20 54/13
54/16 57/15 58/1 70/6
71/23 86/21 86/22
87/10 88/4 88/16
91/22 94/22 95/7
95/23 95/25 96/1
96/12 96/17 97/16
105/24 113/3 113/9
113/11 113/12 127/5
137/6 138/4 138/19
141/19 142/12 142/16
144/2 149/21 153/14
155/15 157/12 157/19
160/20 161/4 163/6
165/2 165/14 167/7
167/14 171/24 172/2
though [8] 29/11 29/12
31/22 52/20 54/17
61/16 93/12 96/4
thought [36] 4/2 31/2
35/7 35/24 40/19 42/6

**T**

thought... [30] 46/14
51/4 55/10 55/11 64/1
81/3 83/9 83/10 83/21
105/18 117/22 132/6
132/21 134/11 136/10
142/9 142/20 144/13
148/18 149/9 150/6
160/14 164/13 167/23
168/1 170/4 172/19
176/24 176/25 178/23
thousand [4] 85/21
137/3 146/5 160/7
thousands [3] 85/22
138/24 143/16
threatening [2] 25/10
133/12
three [24] 11/8 13/15
32/8 32/8 79/22 81/3
81/9 83/9 88/18 107/6
107/15 107/20 107/25
136/18 141/1 157/20
167/6 167/12 168/5
168/6 168/7 180/14
180/15 180/20
three-ish [1] 180/14
threw [7] 110/18 111/2
144/5 144/6 144/7
167/6 176/7
throng [1] 150/12
through [49] 6/20 6/23
9/6 11/20 14/11 14/12
15/3 15/16 29/18
36/11 43/5 43/8 43/9
75/1 79/1 83/21 90/23
91/12 100/10 101/5
101/6 121/18 132/13
134/6 135/17 139/6
139/7 140/23 143/14
145/3 146/15 147/20
147/25 148/1 151/6
151/12 154/18 154/19
159/22 162/15 163/1
164/14 167/19 173/16
176/17 180/10 180/13
180/17 180/21
throw [5] 3/18 111/9
167/11 170/12 170/14
throwing [7] 82/20
104/5 110/22 110/24
155/24 169/5 176/8
thrown [2] 86/20 176/6
throws [1] 111/5
thus [1] 3/19
ticked [1] 172/24
tie [1] 119/19
tier [12] 94/13 95/11
161/5 161/5 161/7
161/7 161/8 162/6
162/6 162/6 164/12
166/21
tiers [1] 149/25
tight [1] 170/21
time [111] 4/4 5/4 5/10
5/13 16/25 17/4 21/24
22/12 23/7 24/4 24/10
24/11 24/12 27/10
27/24 27/25 31/16
33/17 33/22 34/20

44/13 45/2 45/6 46/6
46/25 52/17 66/8 69/9
69/16 70/11 71/9
72/18 74/2 74/16
76/25 77/1 77/13
88/17 89/15 94/5
94/16 94/17 96/2 97/4
97/4 97/5 99/11 101/3
102/21 103/5 103/6
104/3 104/17 104/20
106/13 107/12 108/18
111/22 111/23 114/9
114/11 114/11 115/24
134/4 134/12 135/5
135/17 136/21 137/4
141/12 143/12 143/18
143/24 144/12 146/4
146/14 146/16 147/4
147/12 147/15 149/11
150/25 152/3 152/6
152/23 153/17 156/11
161/16 162/19 162/24
167/12 168/9 169/11
169/12 169/15 170/11
172/19 173/11 174/14
174/25 177/22 178/5
178/11 178/13 178/24
179/6 179/13 182/4
time-wise [1] 101/3
times [13] 85/14 98/13
122/10 125/8 134/9
134/10 146/5 146/20
153/15 155/13 162/20
163/7 164/15
timing [5] 118/14
169/21 173/9 173/11
174/6
tiny [1] 174/8
tip [1] 31/19
tipped [1] 47/16
tired [3] 134/17 134/18
134/19
today [21] 3/4 4/6 17/5
27/25 29/3 34/24
46/17 48/8 68/13
99/14 108/4 108/7
109/11 109/13 110/6
115/24 116/2 116/3
127/25 147/18 158/18
together [14] 21/2 22/9
22/12 27/17 98/19
136/18 144/19 144/19
146/12 149/4 155/22
163/9 175/13 175/18
told [10] 25/10 41/7
42/15 42/18 60/14
77/16 114/6 118/3
173/5 175/18
Tommy [9] 61/8 61/12
61/21 65/4 68/13
150/7 152/16 161/6
164/18
tomorrow [1] 182/6
ton [4] 146/1 147/15
148/4 148/20
too [7] 28/15 81/15
146/25 153/25 156/19
161/16 171/17

77/1 78/17 78/20
124/24 143/23 146/12
146/13 147/6 176/2
top [2] 150/19 165/19
topic [1] 48/25
torn [1] 130/21
Tossed [1] 176/4
total [1] 98/21
totally [2] 180/13
182/12
touch [2] 161/14
161/14
toward [3] 45/22
106/22 119/21
towards [15] 42/25
57/19 79/10 93/4 93/9
97/8 98/2 147/14
149/6 149/13 161/11
161/13 164/11 171/25
179/5
tower [5] 78/9 78/10
78/13 78/16 79/2
towers [1] 175/2
town [1] 70/6
trace [1] 159/17
trafficking [2] 69/13
69/13
trampling [1] 85/6
trans [1] 131/2
transcript [1] 108/6
transcription [1] 185/3
transparency [1]
139/13
trapped [1] 104/3
trauma [1] 156/14
traumatic [7] 96/4
96/13 156/13 157/2
157/2 163/1 163/3
travel [1] 49/19
treason [2] 33/12
35/24
treat [1] 76/13
treated [1] 76/9
triaging [1] 165/9
trial [11] 1/8 3/5 3/19
12/17 14/18 63/19
130/25 131/12 182/22
182/25 184/23
tried [8] 84/18 103/4
118/6 156/11 160/12
160/21 169/8 175/17
triggered [1] 83/8
trip [4] 51/4 136/7
136/18 146/12
troll [1] 134/13
trouble [2] 153/11
184/2
truck [3] 57/22 147/11
148/13
trucks [2] 147/6 147/9
true [4] 42/5 42/6
107/4 144/18
truly [1] 142/11
Trump [24] 70/21 71/3
71/4 71/24 74/25
75/10 75/14 75/15
90/24 112/6 114/3
131/8 131/20 132/4

140/21 142/7 143/3
143/8 144/3 144/4
144/24
Trumpsters [2] 147/8
153/24
trust [3] 6/8 149/1
165/13
truth [9] 19/24 21/14
23/1 42/15 42/18
55/24 60/11 60/12
60/14
truthful [1] 37/2
try [23] 9/4 14/15 19/7
20/11 41/14 49/1
50/18 60/1 60/5 99/11
115/7 131/12 132/12
134/15 135/8 147/7
151/23 151/25 156/11
158/21 161/19 180/2
180/11
trying [55] 6/22 19/5
20/4 20/9 72/21 73/11
76/4 78/7 84/16 85/10
88/22 90/16 91/9
91/10 91/11 93/13
96/17 98/9 101/8
101/14 103/6 110/11
110/19 111/7 111/9
111/10 114/10 116/24
117/21 123/9 124/23
138/8 151/12 155/3
156/2 159/2 162/1
164/9 164/16 164/19
164/24 166/20 166/23
167/1 167/16 167/20
169/24 171/5 171/5
171/22 172/15 173/7
176/9 176/9 179/6
tune [2] 49/2 49/4
tunnel [24] 86/1 86/3
91/23 95/24 98/2 98/9
98/11 98/12 98/13
98/14 98/16 98/17
98/18 101/23 101/23
102/23 102/24 103/2
103/9 159/19 177/24
179/5 179/11 179/14
turn [3] 40/11 100/19
167/12
turned [5] 40/7 70/15
95/6 142/5 171/25
turnout [3] 138/11
138/16 138/18
turns [2] 147/4 172/11
TV [5] 51/16 52/3
133/9 137/5 139/15
tweet [1] 114/3
Twelfth [4] 112/14
126/5 137/19 140/10
two [28] 8/16 11/9
12/13 13/4 34/8 36/9
53/25 65/3 65/10
78/24 79/4 79/7 81/8
84/24 86/22 87/21
91/21 107/19 107/25
131/11 133/20 133/25
153/5 153/14 155/23
155/6 168/14 172/7

type [1] 134/17 51/21
72/14 83/16
types [2] 57/15 72/5
tyrannis [2] 44/22 45/4

**U**

U.S [1] 125/24
Uber [2] 3/23 143/23
ugly [1] 142/25
uh [23] 44/7 47/17
50/3 51/3 52/8 53/12
56/3 61/22 82/1/19
82/17 90/6 92/2 101/7
105/9 106/18 118/11
118/17 119/20 120/2
120/12 121/1 121/9
125/20
uh-huh [23] 44/7 47/17
50/3 51/3 52/8 53/12
56/3 61/22 82/1/19
82/17 90/6 92/2 101/7
105/9 106/18 118/11
118/17 119/20 120/2
120/12 121/1 121/9
125/20
unclear [1] 71/13
uncomfortable [2] 8/7
34/23
unconscious [2] 92/21
102/7
uncovered [1] 69/24
under [2] 116/3 174/3
underlying [1] 26/3
undermine [6] 18/16
18/17 19/7 20/11
41/14 45/14
underneath [1] 52/2
54/18
understand [18] 3/14
7/19 15/2 26/12 26/20
35/19 45/17 45/25
67/3 67/3 76/7 93/21
102/2 128/9 130/22
138/18 154/25 156/15
understanding [3] 66/6
69/17 86/22
Understood [1] 184/20
unfold [1] 73/6
unfortunately [2] 25/17
132/11
uniform [1] 107/16
unintelligible [3] 87/17
116/1 119/9
unison [1] 167/13
UNITED [10] 1/1 1/2
1/9 1/11 1/15 3/5 3/10
112/15 113/1 117/5
universe [1] 61/19
unloading [2] 157/13
157/13
unpopular [1] 142/2
unrest [1] 134/6
unsettled [1] 130/20
unsettling [1] 130/18
untied [1] 81/15
until [16] 4/13 6/19
9/16 12/24 22/2 64/21
73/25 74/25 80/11
89/1 102/16 116/2
122/7 122/17 148/13

**U**

until... [1] 168/12
up [175] 7/3 7/9 8/6
12/15 13/3 16/15
20/17 20/19 22/2 22/4
25/17 28/4 30/3 30/11
33/9 33/10 33/12
36/14 36/15 39/21
39/25 48/25 53/2
53/14 53/17 53/19
54/21 55/18 59/14
60/5 63/20 67/25 70/7
72/7 72/10 73/21 74/6
74/25 77/5 78/4 79/2
79/15 80/6 80/8 80/14
82/22 83/13 83/14
85/10 86/1 86/4 86/11
86/24 87/23 88/23
88/25 89/24 91/2 91/3
91/22 92/9 92/9 92/23
94/22 95/5 95/7 95/7
95/23 96/15 96/17
96/23 96/24 99/10
99/16 101/20 104/15
104/21 108/16 108/22
108/24 108/25 109/1
109/2 109/3 109/11
111/8 116/15 118/5
119/16 126/19 128/13
130/1 130/3 130/7
131/23 134/14 134/16
135/5 135/21 136/5
137/12 137/18 137/24
141/7 141/18 142/25
143/23 146/2 146/9
146/10 146/17 147/3
147/16 147/21 147/23
148/12 149/12 149/14
149/15 149/23 149/23
150/1 150/10 150/10
150/15 150/17 150/18
150/18 150/22 152/22
154/11 154/20 155/18
156/1 157/24 159/15
159/16 159/18 160/12
161/8 161/22 163/22
166/10 166/17 167/6
167/7 167/9 169/12
169/22 170/8 170/24
171/10 172/4 173/10
173/14 173/17 174/10
174/12 175/15 175/22
175/24 176/17 176/18
176/23 177/7 177/19
177/20 177/21 178/10
178/12 179/4 179/10
179/18 179/19 179/20
update [1] 3/14
upon [1] 66/18
upper [2] 89/21 92/13
upset [2] 130/18
131/22
us [39] 5/25 7/5 9/13
11/13 57/19 57/20
57/21 58/17 61/18
76/13 78/18 78/18
79/14 93/1 93/3 104/4
104/4 104/5 113/12
119/8 124/24 127/17
147/7 148/9 149/7
149/16 150/20 152/15
155/1 157/13 159/4
164/25 165/3 167/12
174/13 175/10
usable [1] 66/18
USAfx [1] 31/18
use [8] 14/12 18/21
44/24 141/21 157/12
160/13 161/23 175/25
used [6] 14/18 24/5
166/19 167/14 176/10
184/5
using [2] 155/24 176/4

**V**

vaguely [3] 46/11
46/13 168/18
varied [1] 130/23
various [4] 5/11 49/7
115/4 137/23
Vee [1] 155/4
vehicle [2] 57/23
143/14
vendors [1] 144/1
vent [2] 24/5 24/6
veracity [1] 20/5
verdict [4] 181/21
183/3 183/3 183/21
versus [2] 3/5 134/25
very [33] 6/6 6/7 8/1
8/24 9/14 16/17 64/22
64/25 67/7 75/6 80/2
81/10 85/16 92/22
96/4 96/13 98/4
114/20 125/3 125/21
127/18 129/24 130/6
130/6 135/15 135/17
142/12 144/25 169/14
169/18 170/21 176/22
184/18
veterans [1] 174/18
vibe [2] 145/9 178/12
vice [1] 129/20
victims [2] 57/17 154/3
video [80] 45/13 45/13
46/9 73/9 75/9 78/17
78/20 81/16 84/11
84/11 85/19 85/22
85/23 87/7 87/20
91/25 99/5 99/7 99/19
101/3 106/15 107/10
107/11 107/18 107/20
107/23 108/1 108/1
108/3 108/7 108/9
108/10 108/11 109/7
110/10 115/21 118/10
118/13 118/15 118/24
119/1 119/18 120/1
120/5 120/13 120/13
120/15 121/7 122/10
125/7 147/20 148/5
152/8 152/18 152/18
156/12 157/5 160/24
163/5 164/3 164/10
165/22 166/14 166/22
171/2 171/11 172/20
173/1 173/13 173/23
147/7 148/9 149/7
149/16 150/20 152/15
155/1 157/13 159/4
164/25 165/3 167/12
174/13 175/10
176/5 176/12 176/15
179/2
videos [35] 34/12
34/15 34/17 35/22
35/23 35/25 36/3
36/10 63/22 63/24
71/16 88/4 107/19
147/24 149/19 153/5
155/14 156/21 157/1
157/21 157/22 158/5
159/3 161/3 162/10
162/24 166/2 172/1
172/7 172/8 172/21
173/25 180/7 180/17
180/23
videotape [13] 99/17
100/11 100/13 100/24
101/18 118/22 119/23
120/23 121/21 122/18
123/6 124/2 124/14
videotaping [1] 75/7
Vietnam [1] 117/4
Vietnamese [1] 118/1
views [1] 134/22
violence [24] 21/9
21/19 22/14 25/6 50/4
50/6 55/16 55/22 56/4
57/17 57/19 71/3 72/1
73/6 73/14 75/17 76/2
90/19 125/13 133/18
143/3 144/10 154/5
156/7
violent [10] 25/10 26/2
42/25 43/2 45/22 51/5
55/7 55/13 57/21
147/1
Virginia [8] 44/14
44/17 129/24 130/7
136/8 141/7 141/9
146/3
Visnovec [7] 11/18
14/4 14/7 15/12 53/10
127/23 136/7
Visnovec's [1] 14/17
voice [5] 53/18 120/1
120/3 120/15 141/18
voluminous [1] 63/23
voluntarily [3] 28/24
46/17 116/5
vote [4] 139/14 139/16
140/17 140/19
voted [1] 130/25
voter [2] 138/16
138/18
votes [7] 112/25 113/3
113/10 113/11 113/18
114/7 137/3
voting [1] 113/24
vulnerable [1] 81/18

**W**

wait [5] 10/24 94/5
98/25 102/16 122/7
waited [2] 75/14
114/23
waiting [2] 13/13 64/15
waive [3] 6/13 8/11
63/1
waived [1] 65/9
walked [19] 75/1 76/24
77/1 94/22 95/5 105/7
105/24 106/23 146/9
146/16 146/17 146/18
146/22 147/16 149/15
149/20 149/22 177/17
177/20
walking [11] 73/9
74/14 76/21 81/11
86/24 101/6 106/22
147/14 148/7 149/14
177/20
walkway [4] 150/12
150/16 150/17 150/22
wall [4] 109/3 175/15
177/18 177/19
Walton [1] 12/25
want [68] 3/15 5/5 5/6
5/23 10/14 14/4 19/18
29/1 34/22 40/11 48/4
60/10 60/12 60/14
62/6 63/6 63/7 64/3
71/8 74/3 82/24 84/15
84/22 94/13 105/18
106/15 106/16 110/5
112/13 116/7 116/8
116/10 116/13 117/9
122/23 122/25 123/16
125/16 129/15 130/15
133/24 134/1 136/11
136/13 139/13 152/4
154/7 156/18 159/18
159/22 161/13 163/13
167/14 170/3 171/24
176/1 176/4 176/13
176/16 176/17 176/20
178/5 180/2 180/12
180/12 181/6 181/7
182/2
wanted [56] 4/20 7/12
7/16 7/23 22/23 42/19
43/16 44/11 44/12
47/2 48/23 60/10
63/19 76/12 93/18
93/22 94/19 94/25
96/2 96/7 97/15 97/16
107/10 112/4 112/9
112/11 112/24 117/4
125/22 126/13 126/15
136/10 137/7 141/7
141/17 141/23 142/22
142/23 148/10 148/16
148/17 154/13 154/14
159/6 159/7 159/7
159/15 159/25 164/25
169/5 176/19 176/19
177/13 183/18 184/1
184/14
wants [1] 104/1
war [1] 141/2
warrant [1] 138/20
warranted [2] 83/16
139/3
wars [1] 132/5
was [594] 3/23 3/23
4/16 4/21 5/10 5/11
5/11 5/17 6/11 6/11
6/19 6/22 7/3 7/4 7/7
7/17 8/17 8/17 8/18
9/8 9/21 10/13 10/21
12/6 12/21 14/4 14/10
14/11 14/13 14/20
16/3 17/4 17/7 17/10
17/16 17/23 18/12
18/12 20/11 20/19
20/21 21/9 21/18 22/6
22/6 22/12 22/13
23/13 24/2 24/6 24/19
25/10 26/1 26/6 27/24
27/25 28/5 30/17 32/3
32/15 33/11 33/11
33/12 34/15 37/17
38/8 38/13 38/16
38/16 40/12 40/24
41/2 41/4 41/17 41/19
41/23 42/6 43/14 44/2
44/4 44/9 44/9 44/11
44/13 45/20 46/6
46/14 48/13 48/20
49/5 49/19 49/24 50/1
50/4 50/6 50/9 50/11
50/21 51/4 51/5 51/19
51/20 51/20 51/22
52/3 52/5 52/12 52/17
52/23 53/1 53/2 53/15
53/15 53/16 53/21
53/25 55/6 55/8 55/12
55/12 55/16 55/22
56/7 57/13 57/21
57/22 57/25 57/25
60/16 60/17 61/3 61/9
64/23 65/21 68/5 69/3
69/10 70/23 70/24
72/18 73/7 73/12
73/14 73/15 73/24
74/4 74/25 75/4 75/12
75/13 75/14 75/18
75/19 76/1 76/4 76/10
76/22 77/16 77/23
78/13 78/15 78/16
78/23 79/1 79/4 79/4
79/9 79/11 79/23
80/13 80/20 80/22
80/23 81/3 81/10
81/13 81/18 82/8 83/8
83/11 83/15 83/20
83/21 83/22 83/24
84/18 84/22 84/24
85/12 85/25 86/2 86/9
86/14 86/22 87/4
87/18 87/23 88/11
88/21 88/24 90/3 90/7
91/5 91/9 92/7 92/14
94/9 94/12 95/3 95/4
95/6 95/10 95/17
95/17 96/15 99/17
100/4 100/5 100/11
100/12 100/13 100/24
101/18 101/23 102/6
102/13 103/5 103/12
103/14 103/21 104/3
105/6 105/12 105/19
105/20 106/23 107/2

was... [352] 107/12
107/18 108/17 108/17
108/18 108/19 108/19
110/15 110/16 110/20
111/22 112/1 112/7
112/12 112/14 112/18
112/20 113/2 114/12
115/7 115/9 116/1
116/8 116/12 117/4
117/6 118/12 118/22
119/5 119/7 119/10
119/23 120/23 121/21
122/18 123/6 124/2
124/14 125/12 126/15
127/19 129/8 129/20
129/23 130/6 130/8
130/9 130/11 130/16
130/18 130/18 130/19
130/19 131/9 131/13
131/19 131/23 132/6
132/8 132/14 132/17
132/20 132/20 132/22
132/24 133/1 133/3
133/6 133/7 133/9
133/9 133/13 133/16
133/22 134/8 134/16
134/17 134/18 134/19
134/24 134/25 135/2
135/4 135/4 135/20
136/9 136/11 136/12
136/21 136/24 137/1
137/15 138/2 138/4
138/4 138/5 138/15
138/16 138/22 138/22
139/2 139/3 139/4
139/7 139/19 139/24
140/4 140/4 140/9
140/21 140/21 140/22
141/1 141/2 141/3
141/5 141/8 141/10
141/16 141/17 142/13
142/14 142/18 142/21
143/4 144/9 144/14
144/15 144/21 145/6
145/7 145/8 145/9
145/13 145/16 145/24
146/1 146/2 146/3
146/10 146/18 147/2
147/6 147/9 147/15
147/16 147/17 147/25
148/2 148/3 148/10
148/10 148/14 148/18
148/19 148/20 149/5
149/8 149/8 149/9
149/11 149/15 149/19
150/5 150/12 150/22
150/24 150/25 151/1
151/3 151/8 151/9
151/10 151/13 151/16
151/23 152/4 152/8
152/11 152/17 152/19
153/1 153/1 153/2
153/4 153/7 153/14
154/11 154/14 154/16
154/16 154/16 154/20
156/4 156/13 156/13
156/16 156/20 156/21
156/23 156/23 156/23

157/17 157/20 158/1
158/6 158/6 158/7
158/7 158/8 158/8
158/17 158/18 158/21
159/2 159/6 159/13
159/14 159/15 159/18
159/20 159/25 160/1
160/3 160/12 161/1
161/11 161/12 161/15
161/16 161/19 161/25
162/3 162/6 162/6
162/7 162/9 162/13
162/24 163/2 163/3
163/19 164/8 164/13
164/14 164/17 164/17
164/19 164/20 165/2
165/17 165/17 167/8
167/17 167/22 167/23
167/23 168/1 168/7
169/5 169/14 169/14
169/15 169/16 169/16
169/23 170/4 170/6
170/9 170/12 170/12
170/19 170/22 170/23
170/24 170/24 171/1
171/3 171/4 171/5
171/10 171/21 171/24
171/24 172/13 172/17
172/19 172/23 173/4
173/7 173/8 173/9
173/11 173/12 173/22
173/23 173/24 173/25
174/1 174/2 174/2
174/5 174/6 174/8
174/14 174/16 174/17
174/22 175/1 175/6
175/7 175/7 175/9
175/10 175/15 175/22
176/2 176/6 176/8
176/9 176/15 176/22
176/24 176/25 177/7
177/8 177/13 177/18
177/21 177/22 178/5
178/10 178/12 178/18
178/19 178/19 178/19
179/1 179/1 179/5
179/6 179/10 179/11
179/12 179/13 179/16
179/18 184/5 184/5
washed [1] 85/3
Washington [13] 1/4
1/16 1/24 69/8 70/9
70/10 73/10 73/14
74/3 76/25 106/23
143/24 185/9
wasn't [37] 11/23
40/21 42/5 42/6 50/13
88/10 88/21 90/4
94/10 94/12 130/6
132/5 132/23 133/9
133/16 134/19 135/10
136/9 140/20 140/20
142/9 146/1 147/22
151/4 154/16 154/17
154/20 154/21 165/21
168/23 170/11 171/4
173/7 176/22 178/20
178/21 179/3

108/7 122/4 122/10
131/9 157/4 159/25
162/24 167/20
watched [28] 71/12
73/5 85/21 106/15
108/9 109/1 115/6
122/3 130/16 131/7
133/14 134/2 137/3
137/4 137/9 143/5
152/21 153/5 158/4
159/3 164/6 165/12
174/24 175/24 175/25
176/13 178/23 179/4
watching [6] 83/5
118/10 154/4 162/17
163/5 179/13
water [8] 51/8 105/2
110/20 110/22 110/25
144/6 174/1 175/3
wave [1] 164/2
way [50] 3/23 6/21
12/23 15/24 29/18
39/22 58/17 76/23
78/19 86/10 86/11
87/10 100/18 100/21
113/7 119/8 128/20
128/21 130/3 132/19
133/2 134/1 135/6
136/17 137/8 137/21
139/20 140/20 142/15
143/1 143/16 143/20
148/21 150/18 152/25
153/1 153/2 158/25
160/20 160/22 160/22
164/3 164/7 166/3
166/13 170/19 173/19
173/21 177/1 180/19
ways [9] 68/20 98/15
133/23 134/12 135/7
142/20 151/16 154/1
162/8
we [335] 3/4 4/5 4/15
4/23 5/3 5/3 5/24 5/24
6/3 7/7 7/10 8/9 8/12
9/14 9/18 11/2 11/24
12/1 12/10 12/15 13/7
13/9 13/13 14/17 15/4
15/6 15/6 15/20 16/19
16/22 16/25 17/2 17/4
17/5 18/2 18/11 18/14
20/17 21/2 22/2 22/4
22/8 22/12 22/16 25/7
25/18 25/19 25/22
26/10 27/17 28/2 28/4
32/24 33/6 33/10
36/11 36/17 36/19
38/24 39/1 39/6 39/14
39/21 43/4 45/11
46/15 57/14 57/17
58/13 58/14 61/8
61/19 63/4 63/9 63/11
63/11 63/12 63/13
63/16 63/18 63/20
63/23 64/14 64/16
64/16 64/20 65/16
66/14 67/10 67/18
69/1 69/3 69/15 74/12
74/14 75/1 75/12

78/11 82/24 84/4
85/16 92/3 92/20
92/23 95/3 100/9
100/14 101/2 101/11
104/12 104/15 104/19
105/6 106/13 106/15
108/11 109/13 109/18
110/3 110/4 110/6
111/23 112/13 114/4
115/21 118/19 118/24
120/15 120/17 121/18
122/13 124/24 127/12
128/9 128/24 130/13
130/14 130/21 131/7
131/24 133/3 133/5
133/22 134/5 134/6
134/12 134/23 136/5
136/16 136/17 136/17
136/20 136/20 137/13
137/22 139/6 139/11
139/14 139/14 139/15
139/15 139/16 139/17
140/3 140/18 141/9
141/14 141/21 142/3
142/7 142/13 143/9
143/10 143/14 143/14
143/15 143/16 143/18
143/18 143/21 143/21
143/23 144/5 144/6
144/8 144/10 144/24
145/4 145/17 145/17
145/17 145/18 145/22
145/23 145/25 146/4
146/9 146/16 146/17
146/18 146/19 146/21
147/3 147/9 147/10
147/14 147/17 148/2
148/6 148/7 148/8
148/8 148/12 149/2
149/3 149/3 149/3
149/4 149/6 149/8
149/9 149/13 149/15
149/22 149/23 150/10
150/11 150/16 150/18
150/20 150/22 150/23
151/1 151/5 151/5
152/2 152/9 152/14
152/14 152/20 153/23
154/4 154/25 155/2
155/18 155/22 156/6
156/7 159/6 159/7
159/10 159/11 159/17
160/1 160/4 160/9
160/24 161/3 161/9
161/12 162/18 162/23
163/1 163/12 163/13
163/21 163/22 163/24
163/25 164/3 164/14
164/23 164/25 165/19
165/22 166/9 166/19
167/1 167/8 167/14
167/16 168/10 168/14
169/15 170/21 170/21
171/11 172/1 172/4
172/20 173/25 174/23
175/11 175/11 175/13
175/16 175/18 175/19
176/11 176/13 176/16

177/17 177/20 177/23
177/24 178/9 178/12
178/13 178/17 178/17
178/23 178/23 179/4
179/6 179/8 179/8
179/8 179/9 179/12
180/2 180/3 181/20
181/21 182/4 182/23
182/25 183/2 183/12
184/15
we'll [4] 38/22 65/15
95/10 126/19
we're [15] 9/16 34/25
42/12 89/20 93/10
93/10 136/11 149/2
150/10 155/2 155/2
160/3 166/16 168/7
171/18
we've [1] 134/7
weapon [7] 84/25
103/5 103/8 176/1
176/4 176/10 183/21
weapons [5] 124/24
157/23 167/14 167/15
184/12
wear [3] 72/6 144/2
144/17
wearing [5] 51/25 52/3
52/5 54/7 145/23
website [1] 70/10
week [7] 42/12 46/6
46/7 136/13 182/9
182/11 182/12
weekend [1] 110/4
weeks [2] 27/15
149/20
weight [1] 111/5
weird [11] 90/18 153/4
153/6 154/9 154/17
164/20 165/16 168/8
177/1 178/3 179/5
welcome [2] 16/16
127/20
well [61] 3/19 4/8 4/10
5/23 6/9 8/2 8/24
14/10 14/13 15/3
26/14 27/17 34/19
35/17 35/18 37/24
39/1 41/24 42/11
46/23 53/22 61/14
65/4 70/16 71/8 91/5
94/3 94/17 95/10 97/4
100/6 102/2 102/20
109/15 109/18 110/20
114/13 116/19 119/17
121/25 136/11 136/17
137/15 139/25 142/1
145/2 145/4 146/5
146/11 149/12 153/17
156/19 160/3 161/4
161/6 162/1 167/8
168/13 168/20 172/2
181/11
well-being [2] 35/17
35/18
well-educated [1]
145/4
well-read [1] 145/2

| | | | | |
|---|---|---|---|---|
| went [50] 6/23 10/16 40/6 56/16 70/8 70/16 74/21 83/7 83/10 83/11 86/11 89/24 95/7 95/23 96/7 97/2 102/22 102/24 103/17 105/1 106/21 134/5 135/13 136/16 136/20 136/20 137/10 139/8 139/9 139/25 141/21 143/4 143/14 143/21 144/5 144/8 147/19 149/7 151/2 151/25 152/2 155/4 155/5 155/8 162/12 164/13 165/9 168/24 173/14 174/3<br>were [272] 8/4 8/14 8/15 9/7 12/10 14/13 16/25 17/4 17/7 17/14 20/17 21/2 21/19 22/2 22/4 22/8 22/12 27/17 29/16 29/17 31/12 31/16 32/2 32/22 35/23 36/4 36/5 36/5 36/17 36/19 38/20 38/20 38/24 39/1 39/6 40/13 40/19 41/12 41/12 41/14 41/15 41/15 41/21 42/2 42/3 46/5 50/23 53/7 53/16 55/11 57/14 57/17 59/14 59/22 59/22 68/16 70/6 70/19 71/2 71/2 71/6 71/9 71/23 72/21 73/11 73/11 74/6 74/23 75/6 75/10 76/6 77/9 78/1 78/22 78/23 78/24 79/14 79/16 79/18 79/19 79/21 80/2 80/3 80/19 80/20 81/4 81/4 81/15 81/18 81/20 81/23 81/25 82/1 82/2 82/3 82/5 82/9 82/10 82/12 82/13 82/18 82/20 82/21 82/24 82/25 83/1 83/4 83/4 83/5 83/9 85/17 86/8 88/7 88/15 88/17 88/19 88/20 88/22 89/4 89/19 89/24 90/5 90/7 90/24 91/6 91/24 91/25 92/4 92/4 92/14 92/15 92/15 93/2 93/4 93/7 93/8 93/9 93/10 93/13 94/7 95/3 95/6 97/8 97/11 97/12 98/9 100/4 103/10 106/25 107/3 107/17 108/19 109/5 110/19 111/20 111/21 111/23 111/25 112/18 112/18 112/20 113/12 113/23 113/23 114/2 117/2 119/16 122/11 124/20 125/8 125/8 127/25 130/17 133/15 133/17 134/8 | 137/9 137/21 138/22 138/24 139/10 140/6 140/17 140/17 140/19 141/20 142/6 142/18 144/1 144/13 144/25 145/2 145/6 145/10 145/11 145/14 145/15 145/17 145/19 145/22 145/25 146/24 147/18 148/3 150/4 150/6 150/9 150/11 150/22 151/5 151/18 152/14 152/20 153/5 153/6 153/8 153/9 153/10 153/18 153/18 153/20 153/21 154/1 154/1 154/2 154/3 154/19 154/22 155/7 155/24 156/21 157/15 158/2 159/17 160/15 160/15 160/17 161/4 161/7 161/8 161/12 161/18 162/4 162/15 162/18 164/18 164/19 164/20 164/21 164/23 164/24 167/25 168/1 168/14 171/20 171/21 172/4 174/18 175/1 175/2 175/12 175/22 177/7 177/24 178/1 178/16 179/5 179/8 179/12<br>west [25] 77/5 78/5 78/22 80/9 85/24 86/1 86/3 87/11 91/23 95/24 98/8 101/22 107/2 108/22 109/2 147/21 149/7 149/13 149/25 150/19 151/6 152/4 168/4 177/23 177/24<br>wet [2] 173/25 174/2<br>what [271] 3/16 4/4 5/6 6/17 6/18 12/2 12/18 13/24 16/19 17/23 18/8 18/11 18/12 18/16 19/5 19/13 19/17 19/21 19/21 19/22 19/23 19/24 20/9 21/24 23/12 23/18 24/11 24/18 26/16 27/25 32/1 32/2 32/15 32/22 33/2 33/3 33/4 33/11 33/13 33/14 33/16 33/18 33/18 33/19 33/21 34/11 34/13 34/17 35/3 35/4 35/4 35/6 35/6 35/7 35/7 35/10 36/9 36/22 37/17 37/18 39/11 40/3 40/5 40/11 40/18 41/11 41/17 43/7 43/11 43/21 43/21 44/2 44/4 44/17 51/4 51/18 | 58/11 58/22 59/10 60/16 61/16 62/15 63/9 65/2 68/22 71/15 71/18 72/5 74/10 74/16 75/2 76/15 76/16 77/13 78/12 78/15 79/11 79/22 80/7 80/13 80/17 81/2 81/13 84/23 85/19 86/19 86/19 87/21 88/17 88/24 89/15 90/9 91/12 92/22 93/23 94/2 94/17 94/25 95/1 95/10 96/11 97/4 98/2 98/11 98/16 98/18 99/5 99/25 101/2 101/2 101/11 101/12 101/20 101/21 102/9 102/19 103/5 103/14 103/14 103/25 104/1 104/17 104/20 105/4 105/12 107/3 108/19 109/12 109/13 110/16 111/2 111/14 111/16 111/19 111/21 112/3 112/12 114/11 125/6 126/3 129/20 130/12 130/16 130/18 130/19 131/7 131/9 131/13 131/14 132/8 132/18 132/22 132/23 133/7 133/9 133/9 133/22 135/1 135/11 137/17 137/24 138/2 138/9 138/22 139/3 139/24 140/10 140/11 141/16 141/17 141/19 141/24 142/15 143/4 146/25 147/2 147/25 148/2 148/11 148/16 148/19 148/21 148/22 149/7 149/20 150/24 151/10 151/15 151/22 151/23 152/3 152/11 152/13 152/17 152/20 153/20 155/12 155/17 156/5 156/11 156/12 156/12 156/15 156/19 156/20 157/5 158/10 158/16 158/17 158/19 158/21 159/25 160/4 160/17 162/3 162/5 163/8 164/16 164/19 165/1 166/19 166/19 167/18 167/23 168/15 168/22 169/9 170/21 171/9 171/18 172/17 173/2 173/21 177/7 178/5 179/20 180/7 180/11 180/22 181/8 181/17 182/3 182/23 183/23 184/4 184/8 184/14 184/19<br>what's [12] 7/12 11/16 14/5 38/7 54/5 61/11 96/20 97/5 132/2 148/9 155/19 177/18<br>whatever [20] 8/12 | 60/11 71/9 72/6 72/8 79/19 86/4 89/23 93/11 105/6 113/21 118/14 128/14 130/14 135/19 162/2<br>whatsoever [1] 94/21<br>wheelchair [1] 82/6<br>wheelchairs [1] 82/5<br>when [131] 5/9 7/4 7/5 17/7 23/23 26/13 27/10 27/12 27/17 27/24 27/25 28/5 30/12 48/13 50/23 53/13 55/8 55/11 57/25 60/14 63/5 63/11 67/25 69/5 69/5 73/14 73/22 74/6 74/10 74/20 75/2 75/12 75/13 77/9 77/15 78/15 80/2 80/7 80/8 80/21 80/22 81/1 82/7 83/8 84/11 84/11 85/5 85/17 86/8 86/10 86/21 86/25 87/2 87/16 87/20 87/23 88/2 88/19 89/10 90/1 93/9 94/3 94/21 95/5 95/9 96/12 96/17 98/24 99/8 101/21 103/21 104/2 105/10 107/3 107/13 108/19 108/21 112/17 115/7 116/22 117/16 117/20 127/17 127/24 131/15 132/7 132/24 140/4 141/19 143/4 143/6 147/9 147/23 148/13 151/14 152/23 157/5 159/15 160/12 160/16 160/24 161/21 162/2 163/1 163/9 163/13 163/25 165/5 166/11 166/15 166/16 166/20 167/13 169/15 172/17 173/5 173/12 173/14 173/23 176/21 176/22 176/23 177/6 177/11 177/12 177/21 178/2 178/7 178/12 180/3 181/10<br>where [86] 15/17 18/2 20/21 26/3 44/13 45/19 45/20 50/16 51/22 51/23 53/4 64/20 66/1 68/18 69/7 71/14 73/10 74/13 74/13 75/10 78/5 78/17 81/7 87/10 91/17 92/15 95/22 95/24 95/24 96/1 96/7 96/7 97/8 97/14 100/17 108/7 108/18 114/23 123/18 133/14 133/21 134/16 137/2 138/14 140/5 140/6 140/13 141/9 143/18 145/11 150/11 150/12 150/19 151/7 151/18 | 153/12 153/16 153/23 154/22 155/15 156/5 159/11 159/18 160/2 161/4 161/11 162/21 163/15 164/4 164/7 164/13 164/20 166/9 166/13 168/1 168/8 169/13 171/14 172/12 174/24 175/6 179/8 184/3<br>whether [21] 4/21 5/21 6/13 20/12 35/12 35/14 35/18 53/21 60/11 60/12 64/19 103/8 111/22 122/6 122/11 126/18 126/23 161/1 178/18 178/19 183/19<br>which [20] 11/24 14/4 61/17 63/24 63/24 64/22 65/11 79/14 110/16 128/21 130/11 150/19 165/22 166/3 168/5 172/20 172/24 180/25 183/12 184/9<br>while [13] 6/16 8/4 28/14 28/17 33/9 63/16 64/14 75/2 102/6 113/23 114/2 148/15 176/11<br>whistle [1] 87/12<br>white [6] 75/3 78/15 133/13 146/17 158/23 170/6<br>who [62] 4/17 6/9 9/4 9/9 9/13 13/16 14/21 15/9 16/19 17/10 17/12 24/6 36/5 47/15 47/16 54/21 61/8 62/1 62/9 62/13 62/14 71/2 71/6 72/21 73/18 74/8 82/8 82/25 83/4 85/2 115/4 117/4 119/12 123/12 123/13 129/20 130/25 131/1 131/13 131/14 132/5 132/16 133/14 133/17 134/15 135/24 136/5 136/6 138/22 138/23 138/25 140/22 141/10 142/22 142/23 144/22 156/24 157/22 158/16 167/25 172/25 178/24<br>who's [2] 130/25 144/16<br>whoa [1] 166/18<br>whole [19] 51/20 51/21 52/24 52/25 70/5 71/11 75/9 83/11 97/4 97/4 120/11 143/5 154/12 157/21 163/9 174/2 174/25 182/11 182/12<br>why [36] 6/18 10/23 15/6 17/5 33/15 33/17 33/24 34/7 37/22 50/20 55/15 56/11 63/10 64/19 65/12 |

W

why... [21]  80/23 91/6
99/21 117/13 119/5
122/23 122/25 139/14
139/25 142/14 148/10
154/25 155/1 155/13
159/21 160/5 160/6
176/5 177/14 181/1
184/1
widely [1]  130/23
wider [1]  70/4
wife [1]  73/12
will [102]  5/3 5/3 5/19
8/6 8/9 8/12 9/3 9/12
10/24 11/10 12/12
12/15 12/24 13/3
13/14 14/16 18/2
25/21 25/22 27/22
27/23 34/1 36/8 36/11
36/14 37/14 37/15
37/15 39/14 39/15
39/22 42/22 55/23
56/11 63/4 63/13
63/20 63/21 64/16
64/16 64/22 65/12
65/15 71/20 72/25
73/1 78/12 84/2 84/4
89/8 92/1 100/19
101/21 102/3 103/11
104/12 104/15 108/11
127/12 128/12 128/15
128/17 132/12 132/25
136/17 136/18 138/1
139/1 142/17 151/6
155/14 157/19 157/22
158/5 159/3 160/24
161/3 162/23 163/24
164/3 165/22 166/3
169/2 171/4 171/11
172/1 172/18 172/20
179/25 181/7 181/8
181/10 181/11 181/12
182/12 182/22 182/23
182/25 183/1 183/4
183/4 183/12
William [1]  9/8
willing [1]  14/20
willingly [1]  46/17
window [5]  55/18 98/4
98/20 159/22 159/24
windows [1]  178/14
wing [3]  131/20 137/6
137/6
winged [1]  170/16
Wisconsin [4]  1/21
137/2 139/10 182/22
wise [1]  101/3
wish [6]  15/9 65/14
175/14 179/2 179/21
183/23
wishes [2]  6/9 66/2
withdraw [1]  42/22
Withdrawn [1]  58/5
within [10]  27/14 74/14
80/12 81/3 87/21 89/2
104/22 152/8 152/11
181/8
without [1]  12/10
witness [38]  2/2 6/9

11/24 14/3 15/20
15/24 20/5 25/19
25/24 26/1 26/13 27/1
30/8 30/11 42/19
45/11 45/18 60/15
60/17 64/7 67/25
69/15 75/17 75/21
85/2 85/5 85/8 88/11
98/2 104/11 127/21
128/13 148/17 182/4
witness's [1]  125/16
witnessed [14]  71/6
79/12 91/12 98/22
101/24 102/5 102/12
103/14 103/21 104/2
105/4 125/6 132/14
133/8
witnesses [17]  9/15
11/17 13/15 13/22
13/25 15/4 61/6 64/6
64/7 64/15 65/3 65/9
65/10 114/24 115/11
127/25 181/24
woman [5]  151/23
152/1 156/3 179/1
179/3
women [6]  81/23 82/2
98/13 143/7 144/22
158/5
won [1]  138/15
won't [2]  91/19 154/11
wondering [1]  138/12
wood [1]  184/8
wooden [2]  91/20 96/1
word [5]  38/2 109/13
109/19 123/16 179/9
words [9]  8/7 18/15
19/8 19/21 35/9 45/13
64/6 89/1 89/23
work [9]  12/1 12/2
46/25 135/8 136/15
142/11 144/5 160/22
181/8
worked [7]  4/18 7/14
17/12 130/2 140/15
142/24 146/6
working [3]  98/19
155/7 174/25
worn [1]  166/7
worried [7]  56/23 58/1
73/7 73/15 81/12 93/1
93/2
worry [1]  57/13
worst [1]  165/6
would [148]  4/22 6/12
6/13 7/19 7/21 7/22
7/25 8/6 8/14 8/21
11/4 11/5 12/18 13/16
13/21 14/15 14/19
17/23 18/12 19/15
23/5 23/6 23/11 23/16
23/23 24/6 24/7 24/8
24/10 24/11 24/13
25/11 26/14 26/15
26/16 29/14 30/2 33/4
37/18 38/2 38/13
43/16 45/10 48/6

49/7 50/15 58/1 58/20
58/22 59/8 60/5 62/2
62/2 62/4 63/8 65/2
65/8 65/23 66/22
70/11 70/24 72/5 72/6
72/9 73/20 74/11
74/16 75/6 76/7 78/11
85/5 85/23 91/14
91/15 94/18 103/5
104/21 108/1 108/5
110/14 110/19 113/9
113/10 113/12 114/9
118/15 118/18 119/5
119/21 121/15 125/7
125/15 125/21 125/23
127/17 128/14 128/21
128/22 129/2 129/19
130/5 134/15 135/14
140/13 140/14 144/12
147/2 148/11 148/16
149/14 150/15 150/16
150/17 152/7 153/21
154/10 156/17 161/19
161/20 161/20 161/22
161/23 164/7 168/3
169/4 169/6 170/15
170/15 170/18 172/8
174/4 174/6 179/2
179/21 180/6 180/7
180/8 180/9 180/11
181/12 183/3 183/19
183/23 184/8
wouldn't [14]  27/20
47/10 47/11 56/11
58/2 59/4 70/17 70/18
72/8 105/3 107/3
123/2 170/13 183/24
wrap [2]  104/15 126/19
wrapped [2]  84/7
163/22
write [1]  21/17
written [2]  17/24 37/18
wrong [12]  48/15 54/21
113/3 116/8 134/11
140/15 141/21 153/9
173/4 173/11 173/11
184/6

X

xerox [1]  11/10

Y

yards [2]  82/21 106/22
yeah [88]  5/1 5/1 8/14
22/3 24/23 24/25
27/17 32/8 32/12
32/16 32/21 32/21
33/14 33/21 34/16
37/4 37/25 39/3 40/9
40/14 40/17 45/1
46/10 47/10 47/11
47/14 47/20 47/22
47/22 48/7 48/9 48/14
48/19 49/6 49/9 49/16
49/18 49/21 49/23
51/6 51/15 51/17 52/1
52/6 52/16 53/20
54/19 55/9 55/14 56/7
57/2 57/8 57/11 57/24

72/13 72/16 72/17
77/11 80/11 80/11
84/12 88/3 99/15
99/15 105/9 105/24
109/4 109/21 114/6
117/3 118/14 119/15
121/25 122/5 124/3
124/12 131/4 143/9
143/21 146/21 169/20
171/18 174/21 176/16
182/24
year [9]  86/6 118/9
122/4 135/22 135/23
145/3 146/11 146/12
156/22
years [9]  25/7 34/9
38/14 54/1 73/15 74/1
131/11 138/6 146/7
yelling [5]  124/17
150/6 162/20 166/23
166/23
yells [1]  150/6
yes [185]  6/17 8/3 9/3
9/11 9/12 14/6 15/19
17/3 17/6 17/9 17/17
17/20 17/25 18/20
20/18 20/20 21/3 24/9
24/15 24/17 25/2
25/16 26/7 26/22
27/11 28/13 28/16
28/20 28/25 29/2 29/5
29/8 29/10 29/22
31/18 31/25 32/6
36/18 36/21 37/7
38/15 39/8 39/10 40/2
41/1 41/3 41/5 42/9
42/14 42/16 42/20
42/13 43/15 44/15
44/23 45/5 46/8 46/12
46/14 46/16 46/18
46/22 46/24 47/1 47/4
47/6 47/8 47/23 47/24
47/6 49/23 49/25
50/5 51/1 52/9 52/10
52/14 54/9 54/11
54/23 54/25 55/10
55/11 57/16 62/5 62/8
63/3 64/10 66/10
66/12 67/9 68/15
68/17 68/21 70/3
70/20 71/5 71/8 72/2
72/4 73/5 73/19 74/19
75/8 77/6 77/8 79/5
79/7 79/14 82/4 82/6
82/10 83/3 83/7 84/19
84/19 85/4 85/7 85/9
85/11 85/15 85/21
86/13 86/16 88/6 88/9
89/3 89/12 89/18 90/3
91/5 93/14 97/10
98/10 99/20 100/3
101/24 102/5 105/1
105/18 106/5 106/14
107/1 107/8 108/10
109/1 109/6 109/6
109/8 110/8 111/13
112/21 114/18 116/6

118/25 119/3 120/4
120/10 120/16 120/19
121/3 121/5 121/12
122/12 122/21 124/19
124/22 127/4 127/16
128/18 128/25 129/4
139/17 181/15 182/9
183/8 183/9 183/11
183/14
yesterday [3]  13/16
14/9 109/10
yet [1]  71/19
you [963]  3/15 4/2 4/12
4/24 5/5 6/5 6/7 6/8
6/12 6/15 7/24 8/2 8/4
8/6 8/7 8/7 8/7 8/10
8/10 8/11 8/12 8/20
8/21 8/24 9/1 9/14
9/18 10/14 10/20
10/23 10/24 12/7 12/9
12/9 12/11 12/13
12/14 12/20 13/1
13/16 14/3 14/3 14/4
14/9 14/13 15/9 15/17
15/21 15/25 16/1 16/5
16/5 16/6 16/15 16/18
16/19 17/7 17/10
17/12 17/14 17/19
17/21 17/23 18/5
18/19 18/21 19/2 19/2
19/6 19/7 19/9 19/10
19/13 19/18 19/23
20/2 20/2 20/4 20/10
20/11 21/4 21/8 21/11
21/15 21/17 21/23
21/23 21/24 22/13
22/19 22/20 22/22
23/2 23/5 23/6 23/6
23/8 23/9 23/9 23/11
23/12 23/13 23/14
23/19 23/23 23/23
24/5 24/6 24/7 24/7
24/8 24/18 24/18
24/20 24/22 25/3 25/6
25/10 25/11 25/21
25/22 26/14 26/15
26/15 26/16 26/17
26/19 26/23 27/8
27/10 27/12 27/16
27/20 27/20 27/24
27/25 28/7 28/10
28/14 28/17 28/17
28/19 28/24 29/1 29/1
29/3 29/3 29/6 29/9
29/11 29/12 29/16
29/19 29/20 30/2 30/2
30/6 30/8 30/10 30/12
30/19 30/19 30/25
31/4 31/8 31/10 31/12
31/14 31/14 31/16
31/16 31/19 31/19
31/23 32/1 32/2 32/2
32/2 32/3 32/7 32/10
32/14 32/15 32/1 33/3
33/11 33/13 33/15
33/17 34/3 34/4 34/11
34/17 34/18 34/21

**Y**

you... [765] 34/23
34/23 35/3 35/6 35/9
35/12 35/19 35/22
35/23 35/23 35/24
36/3 36/8 36/15 37/1
37/11 37/14 37/17
37/17 37/18 37/22
38/13 38/14 38/21
39/6 39/11 39/11
39/19 39/22 39/24
40/4 40/7 40/11 40/12
40/18 40/19 40/19
40/19 40/21 40/24
41/6 41/9 41/12 41/14
41/15 41/15 41/16
41/20 41/21 41/23
42/2 42/3 42/7 42/13
42/15 42/17 42/17
42/18 42/19 42/25
43/2 43/4 43/7 43/10
43/21 43/21 44/2 44/4
44/15 44/17 44/22
44/24 45/2 45/16
45/21 46/5 46/7 46/14
46/17 46/19 46/25
47/2 47/5 47/9 47/15
47/15 47/18 47/23
47/25 47/25 48/3 48/3
48/6 48/6 48/10 48/15
48/17 48/24 49/1 49/4
50/1 50/7 50/11 50/18
50/23 50/23 50/24
51/14 51/16 51/18
51/21 51/25 52/9
52/12 52/12 52/15
52/15 52/17 52/20
52/25 53/1 53/9 53/9
53/13 53/18 53/21
54/3 54/5 54/6 54/12
54/12 54/13 54/13
54/17 54/18 54/20
54/20 55/6 55/8 55/8
55/10 55/11 55/11
55/15 55/25 56/4 56/7
56/10 56/14 56/16
56/17 56/18 56/22
56/25 57/3 57/4 57/6
57/10 57/14 58/11
58/20 58/22 59/4 59/8
59/17 59/21 59/22
59/22 59/24 60/3 60/5
60/11 60/12 60/14
60/14 60/19 60/19
60/21 60/21 61/1 61/1
61/6 61/13 61/19 62/6
62/17 62/21 63/1 63/6
63/7 63/20 63/22 64/2
64/11 64/25 65/2
65/12 65/13 65/13
65/14 65/14 65/19
65/23 65/24 66/1 66/2
67/7 67/8 67/15 67/16
68/1 68/3 68/7 68/13
68/16 68/18 68/22
69/11 69/18 70/2 70/7
70/8 70/14 70/19 71/6
71/16 71/20 71/23

72/19 72/20 72/20
73/2 73/17 73/20
73/20 73/22 73/22
74/2 74/3 74/6 74/7
74/10 74/10 74/13
74/16 74/16 74/23
75/3 75/6 75/9 75/17
75/21 76/6 76/21
76/21 77/5 77/5 77/9
77/9 77/13 77/15
77/15 77/16 77/16
77/19 77/25 77/25
78/1 78/3 78/3 78/4
78/5 78/5 78/8 78/17
78/22 78/23 79/9
79/13 79/13 79/20
80/2 80/2 80/3 80/5
80/5 80/6 80/7 80/7
80/8 80/8 80/9 80/9
80/13 80/13 80/16
80/16 80/16 80/17
80/19 80/21 80/23
80/24 81/8 81/14
81/18 81/20 81/20
81/20 81/21 81/21
82/7 82/16 83/11
83/13 83/14 83/15
83/16 83/19 83/24
84/6 84/9 84/9 84/15
84/16 84/17 84/17
85/2 85/5 85/8 85/17
85/19 85/19 85/22
85/23 85/23 85/25
86/8 86/19 87/20
87/21 87/21 88/4
88/15 88/15 88/19
88/20 89/1 89/1 89/17
89/19 90/9 91/2 91/3
91/4 91/6 91/9 91/12
91/16 91/18 91/22
91/25 92/1 92/3 92/6
92/17 92/20 94/3 94/6
94/16 94/19 95/13
95/19 95/22 96/2 96/2
96/4 96/15 96/24
96/25 97/7 97/8 98/2
98/25 99/5 99/7 99/8
99/8 99/19 100/1
100/5 100/16 100/17
100/17 100/19 100/20
100/22 101/5 101/14
101/20 102/3 102/15
102/16 102/17 102/22
103/8 103/9 103/11
103/14 103/14 105/4
105/10 105/15 106/3
106/10 106/14 106/19
106/19 106/22 106/25
107/2 107/5 107/5
107/5 107/6 107/7
107/9 107/10 107/18
107/23 107/23 108/3
108/6 108/7 108/8
108/13 108/15 108/15
108/21 108/22 108/23
109/2 109/2 109/3
109/5 109/9 109/9
109/9 109/15 109/16

109/20 109/20 110/2
110/4 110/4 110/9
110/11 110/12 110/14
110/19 111/11 111/12
111/14 111/15 111/20
111/21 111/25 111/25
112/3 112/13 112/14
112/17 112/18 113/5
113/16 113/23 113/23
114/2 114/2 114/8
114/8 114/17 114/20
114/23 115/4 115/11
115/18 115/22 115/24
116/3 116/5 116/7
116/10 116/13 116/18
116/22 116/22 116/23
116/23 116/23 117/2
117/9 117/9 117/13
117/17 117/20 117/20
117/21 117/21 117/25
117/25 118/3 118/3
118/9 118/9 118/12
118/15 118/24 119/1
119/1 119/4 119/5
119/6 119/14 119/18
119/18 119/19 119/25
120/15 121/2 121/10
121/13 121/17 122/3
122/4 122/5 122/10
122/20 122/23 122/25
123/2 123/8 123/9
123/10 123/13 123/15
123/21 124/3 124/4
124/8 124/10 124/17
124/20 125/6 125/7
125/16 125/19 125/22
126/13 126/13 127/2
127/2 127/5 127/10
127/10 127/17 127/24
127/24 127/25 128/4
128/5 128/13 128/14
128/15 128/16 128/16
129/1 129/2 129/15
129/16 129/17 130/19
131/14 131/18 131/24
133/21 135/12 135/13
135/14 136/11 136/13
136/21 138/2 138/12
138/12 139/15 139/23
141/24 142/24 143/13
143/19 143/19 143/20
143/25 144/19 144/19
145/15 146/6 146/23
146/25 148/22 148/24
148/25 149/1 149/1
149/4 149/14 149/16
149/20 149/25 150/1
150/2 150/7 150/8
150/9 150/12 150/14
150/14 150/16 151/14
151/15 152/3 152/19
152/23 152/24 153/3
153/11 153/12 153/16
153/21 153/23 155/3
155/9 155/10 155/12
155/13 155/15 155/17
157/4 157/5 157/5
157/6 157/6 157/7

157/12 157/20 157/21
158/5 158/18 158/19
158/22 158/22 158/24
159/1 159/3 159/10
159/18 159/22 160/3
160/4 160/5 160/7
161/13 161/14 161/21
162/1 162/2 162/2
162/10 162/14 162/25
163/5 163/8 163/13
163/16 163/17 163/23
164/7 164/21 164/25
165/1 165/12 165/24
166/3 166/9 166/12
167/3 167/16 167/20
168/1 168/2 169/3
169/19 170/5 170/7
171/2 171/2 171/16
171/17 171/19 172/15
172/16 172/20 172/22
173/2 173/5 173/13
173/23 175/4 175/5
175/14 175/14 176/13
176/14 177/4 177/10
179/21 179/23 179/24
179/25 180/6 180/6
180/9 180/15 180/21
180/21 180/22 180/23
180/24 180/24 180/25
181/13 181/23 182/19
182/23 183/10 183/19
183/22 183/23 183/23
184/14 184/16 184/20
you --I [1] 124/3
You'd [1] 161/25
you're [11] 16/16 31/9
35/10 37/2 99/14
116/19 154/23 155/12
157/6 163/1 177/5
you've [4] 47/12 117/7
173/20 180/11
young [1] 133/11
your [189] 3/3 3/8 3/9
4/11 4/12 9/17 10/21
13/2 13/16 13/18 15/6
15/11 15/15 16/1 16/9
16/19 16/21 17/23
18/9 20/5 24/4 24/11
24/21 25/16 25/25
26/7 26/12 26/15
26/16 26/20 28/10
28/14 29/19 29/23
30/5 30/8 30/11 31/4
31/20 33/22 34/7
34/12 34/18 34/20
35/2 35/7 35/7 35/16
35/17 35/18 35/23
39/22 40/4 41/2 41/10
41/13 41/23 44/4
45/10 45/17 46/19
46/21 46/23 47/2 47/5
47/7 48/1 48/3 48/10
48/18 51/2 51/16
52/12 53/13 54/10
54/18 54/24 55/2 56/8
56/10 57/22 59/10
60/1 62/14 62/24
63/16 63/19 64/1 65/1

67/9 67/14 67/16
67/21 67/23 68/1
68/10 69/15 71/2
71/13 71/20 72/21
73/20 75/23 78/20
89/1 89/6 90/10 91/12
93/16 93/18 93/19
94/24 97/14 97/19
97/23 98/21 99/13
99/25 101/10 101/21
102/8 103/18 103/23
105/18 106/5 106/16
109/3 109/5 109/13
109/22 110/5 110/8
110/23 111/11 112/22
114/15 114/18 116/24
117/21 118/1 118/4
119/19 120/3 120/11
120/19 122/14 123/16
125/1 125/6 125/9
125/14 125/25 126/3
126/7 126/22 127/6
127/15 127/21 128/5
128/8 128/18 129/2
129/5 129/10 129/16
129/17 131/3 131/25
157/8 161/15 161/21
162/2 172/16 173/16
175/5 179/23 181/14
182/2 182/9 182/18
183/9 183/15 183/20
183/25 184/20
yourself [4] 27/20
47/12 127/21 128/1
YouTube [1] 109/21

**Z**

zero [1] 151/14
Zoom [1] 46/7
zoomed [1] 51/22