```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
     UNITED STATES OF AMERICA,
 3                                      Criminal Case
                    Plaintiff(s),       No. 21-00444 (JEB)
 4           v.
                                        Washington, D.C.
 5   BRIAN CHRISTOPHER MOCK,
                                        July 12, 2023
 6                  Defendant(s).

 7   --------------------------------------------------------

 8                     BENCH TRIAL – DAY 5
                BEFORE THE HONORABLE JAMES E. BOASBERG
 9               UNITED STATES DISTRICT CHIEF JUDGE

10   APPEARANCES:

11   FOR THE PLAINTIFF(S):  Michael Gordon, Esquire
                            United States Attorney's Office
12                          Middle District of Florida
                            400 North Tampa Street
13                          Suite 3200
                            Tampa, Florida 33602
14
                            Michael L. Jones, Esquire
15                          United States Attorney's Office
                            District of Columbia
16                          150 M Street Northeast
                            Washington, D.C. 20002
17

18   FOR THE DEFENDANT(S):  Brian C. Mock, Pro Se

19
     STANDBY COUNSEL:       Peter Moyers, Esquire
20                          The Moyers Law Firm
                            601 Sawyer Terrace
21                          Suite 1000
                            Madison, Wisconsin 53705
22

23   REPORTED BY:           Tammy Nestor, RMR, CRR
                            Official Court Reporter
24                          333 Constitution Avenue Northwest
                            Washington, D.C. 20001
25                          tammy_nestor@dcd.uscourts.gov
```

 1   The following proceedings began at 9:32 a.m.:

 2           THE COURTROOM DEPUTY:  We are here today for a bench

 3   trial, Criminal Action 21-444, the United States of America

 4   versus Brian Christopher Mock.

 5           Beginning with counsel for the government, please

 6   approach the lectern and identify yourself for the record.

 7           MR. GORDON:  Good morning, Your Honor.  AUSA Mike

 8   Gordon, Trial Attorney Mike Jones, and Special Agent Beth

 9   Alvarez for the government.

10           THE COURT:  Good morning.

11           MR. MOCK:  Good morning, Your Honor.  Brian Mock

12   representing myself pro se.

13           THE COURT:  Good morning, Mr. Mock.

14           So we have completed the trial, and it's time for me

15   to announce the verdict.

16           The first thing I wish to do is find the facts, and

17   then I will apply them to the legal elements or the charges.

18           So the first step on fact finding is a credibility

19   determination.  There's been no challenge to the credibility of

20   any of the officers who testified for the government.  Most

21   didn't testify to a lot that's particularly material beyond

22   what was seen in the videos themselves, but I, nevertheless,

23   found the officers who testified fully credible in their

24   recollections.  The defense has not challenged those

25   recollections as not being credible, and I have no reason not

1    to credit them.

2          In terms of defense witnesses, again, I found that

3    Sheila Price and AJ Mock were fully credible.  They really

4    weren't impeached.  They were thoughtful and open, and I have

5    no reason to find what they stated not credible.

6          Witness Thomas Tatum I found wholly incredible, that

7    he calls himself an independent journalist, but he had a

8    substantial axe to grind and a substantial bias, and he was

9    completely impeached on cross when the video showed that this

10   supposed independent journalist was yelling at the police that

11   they were going to be eternally damned, yelling at the officers

12   that they were conducting a walk of shame, yelling at them to

13   retreat, yelling to the crowd to take their helmets.  He

14   yelled, Run, bitches, at the officers, and also, Take their

15   face masks.

16         My only question is why he hasn't been prosecuted for

17   his participation in January 6 so far.  Perhaps the government

18   will take a look at that because he seems to be a highly

19   culpable participant, which takes me to the last witness who

20   was the defendant, himself.

21         Mr. Mock, you are a very intelligent person.  You are

22   a charismatic person.  You are an engaging person.  And you

23   gave a lengthy description of everything you wanted to do.

24   Much of that was credible, but there were some things you said

25   that weren't credible to me.  And I'm not sure whether these

1    are attempts to avoid culpability or not.  It seems to me

2    that's the most likely.  But there were certain things that you

3    testified to that I didn't find credible, so let me go over

4    some of those.

5            So, for example, you testified that you didn't know

6    that the certification was happening that day early on in your

7    direct narrative.  Now, that contradicts what you said later

8    where you said that you did know it was going to be that day.

9    And, in fact, AJ also testified that you knew it was that day,

10   that you talked about it all the time.

11           Also the idea that you say you didn't think that you

12   were not allowed on the Capitol grounds and that you could walk

13   on the area, again, with all of the sirens, the tear gas.  Some

14   of the fencing was certainly down when you came, but much of it

15   wasn't.  But no reasonable person would have so thought.

16           You also at some point said that you were panicked and

17   didn't know what to do around the time you were getting

18   tear-gassed, but I think that that's belied by your video with

19   Ms. Visnovec where you aren't remotely panicked.  You are calm

20   and talking about what the next plan is.

21           In addition, you said, actually on your direct

22   testimony, that you moved the bike racks so they would not be

23   used as weapons.  But yet later on you testified that you

24   didn't move them at all.  You just put a hand on them.  And

25   then, of course, in your video and texts, you talk about moving

1   them.  So that wasn't consistent.

2          You also testified on your direct that you didn't

3   remember the flagpole incident, but yet later on, you testified

4   that you were just trying to get the flagpole out of your hand.

5   And again, that to me is a silly reason.  If you really wanted

6   to get it out of your hand, you would drop it.  You would toss

7   it to your side, drop it, but you don't throw it at the line of

8   officers.  That's not trying to get it out of your hand.

9          You also talked about picking up the homemade baton

10  and putting it in your backpack.  But, in fact, you are

11  carrying it and holding it in the video that we see as a

12  weapon.  You didn't use it, but you are holding it in an

13  aggressive posture.

14         Now, the Nancy reference to Nancy Sinatra also seems

15  to me silly.  I don't know what post you are commenting on, the

16  post related to Nancy Sinatra, that maybe you would be

17  referring to her otherwise.  I think the government is right,

18  for you to say that relates to her, not Nancy Pelosi, is not

19  believable.

20         And then in the relationship with the last and most

21  serious assault, you really try to have it both ways.  You keep

22  saying my hands came in contact with the shield in attempting

23  to minimize what you did, at the same time you are saying you

24  were just reacting to the words or I'll shoot and, therefore,

25  your first reaction was to push the officer down.

1          I mean, either you pushed him in some form of

2   self-defense or you didn't really push him, but you can't have

3   it both ways.  And I think your continuing minimizing about

4   your hands coming in contact just isn't borne out.  The video

5   shows a very clear purposeful shove.  And your efforts to

6   minimize it were not credible at all.

7          At one point you said there was a tiny bit of contact

8   with the officer.  Hands came in contact with the shield.

9   That's just not what happened.

10          I also don't find credible the or I'll shoot

11   statement.  I couldn't hear it on the video -- I'm sorry, on

12   the audio.  It doesn't make any sense given that no officer at

13   any point in any of the videos ever reached for a firearm.

14   There was a firing of gas from up above and in different

15   places, but no officer reaches for a firearm or shoots anybody.

16   And the idea that this officer in this circumstance would is

17   not believable either.

18          So those pieces of your testimony, I didn't find

19   credible.

20          Again, I thought much of what you said about your

21   political philosophy was credible.  It was thoughtful.  I don't

22   necessarily agree with some of it, but you are not on trial for

23   your beliefs here.  You are on trial for what you did.  And the

24   fact that you have thought deeply and read deeply about these

25   issues is a credit to you.  We want all of our citizens to do

1   that.  And it was interesting to hear your political

2   development over the years, and that's what we want all our

3   citizens to be is to be engaged.

4          So the facts as I find them then, having made such

5   credibility determinations, are that on January 6, as the

6   government witnesses testified, the Capitol building was not

7   open to the public because of COVID.  There was a restricted

8   outer perimeter set up by bike racks.  There was also snow

9   fencing on the west side, area closed signs.

10          The vice president was to attend that day to certify

11   the election.  The Senate chamber ultimately was locked down,

12   and House members were evacuated.

13          The Senate recessed at 2:15; the House at 2:30.  The

14   Senate reconvened at 8:06; the House back at 9:02.  There was a

15   recess for about five or six hours so that the police could

16   clear the Capitol and ensure the safety of the legislators.

17          The vice president arrived approximately 12:30 p.m.

18   At one point he was moved to a secure location because of the

19   breach.

20          As for officers, Officer Collins was assigned to the

21   Civil Disturbance Unit.  They staged around 11:00 a.m.  He got

22   to the Capitol around 11:30 and created the police line.

23   People had weapons opposing him.  They were at the base of the

24   inaugural stage.  He got hit in the head with a flagpole and

25   sprayed with a type of OC spray.

1          The mob broke through their line eventually.  He was
2     knocked to the ground.  He was kicked and stomped at.  He did
3     not recognize the defendant as the person who kicked him, but
4     he was kicked in his recollection.

5          Officer Karlsen also deployed as part of a CDU around
6     noon.  He also set up a line there near the inauguration stage.
7     At one point he was shoved down when trying to retreat.  He
8     ultimately was knocked down.  His shield was taken from him.

9          As he was retreating, he looked over his shoulder to
10    see where he was going.  And at that point, he was shoved down
11    and he felt being kicked and getting hit.  There was no -- he
12    did not identify the defendant as the perpetrator.

13         In addition, Sergeant Alvarez testified about many
14    posts that the defendant made in the days and weeks leading up
15    to January 6 including on December 16, There aren't enough men
16    who will actually stand up and do what needs to be done.

17         December 24, We need real patriots to actually fight
18    back.

19         December 23, Millions of armed citizens demanding the
20    removal of every socialist politician.

21         December 29, The solution is also glaringly obvious
22    for those who have the courage to act, 3 percent.

23         December 29, Call on the patriots to remove them.  The
24    free men fight back and remove the tyrant.  Call for his
25    immediate removal from office along with the rest of the

1    traitors.

2           Multiple references to sic semper tyrannis, which is,

3    indeed, the Virginia state motto and what John Wilkes Booth

4    said after shooting Lincoln and, in fact, what Brutus said

5    after killing Caesar.

6           But I think that also the defendant may have said that

7    he wished that to be part of a patriot party symbol, motto,

8    slogan, but it's still indicative of his mind-set.

9           January 1, he said, Well, Nancy, that ain't the worst

10   thing that's going to happen to you this week.

11          January 3, Fixing the situation involves nothing short

12   of total rebellion, complete destruction of the federal

13   government.  Prepare for what is coming and be willing to act

14   or get out of the way.

15          On January 8, he said, I'd lay down my life for my

16   country.  I held my own and then some, also speaking of getting

17   maced and removing bike racks and shields.

18          He also said before he left, If I don't come back,

19   just make sure AJ does the right thing with all my stuff.

20          He also -- the defendant also admitted in the text

21   subsequent, I shouldn't have thrown them, referring to shields

22   apparently.

23          He did also say on January 6 in his text with his son,

24   I did some damage, and they understand the measure of our

25   resolve.

1          Also a message to Krista, he said, I could get

2     arrested for my piece of history.

3          So the defendant, in terms of his actions -- again,

4     there was a question of trolling.  And I think the government's

5     right that the defendant, when asked on cross if certain

6     statements were trolling, he said they were not, nor did they

7     seem to be.

8          Even if Ms. Price is right that the defendant can stir

9     the pot and speak in grandiose fashion, and I don't doubt that

10    he does that because he's an articulate, engaged person,

11    there's no reason to believe that what he said in the

12    just-quoted posts manifested any kind of trolling or

13    make-believe.

14         Indeed, AJ said that the defendant talked a lot about

15    the election.  He was a broken record about it.  He talked

16    about the January 6 date for certification.  Defendant knew it

17    was going to be dangerous.  He expected violence.  AJ said he

18    was in shock from the defendant saying that he didn't know if

19    he was coming back.

20         The defendant came from Minnesota on the day itself.

21    He had been upset by what he saw regarding the 2020 election.

22    He came from Minnesota.  He believed there were irregularities,

23    and he wanted a review.  He felt compelled to stand up and have

24    his voice heard.  He knew the Proud Boys and Oath Keepers would

25    be there and knew there would be a potential for violence.

1    This is according to his own testimony here in court.

2          So after going to the rally, he did walk up to the

3    Capitol with Ms. Visnovec and Mr. Finnigan.  To his credit, he

4    did not go into the building; although, he said he could have.

5    And I think he's right, he probably could have.  Nor did he

6    enter the tunnel to engage in the fight there, which he also

7    could have but refrained.  And he also criticized a number of

8    people in the mob as being idiots or acting inappropriately or

9    violently or excessively, and he's right, they were.

10          And he'd also talked about yelling at the police to

11    get out and pointing to the door that they should get out.  And

12    I think that he is, in fact, doing that on a number of

13    occasions.  But this is a restricted ground.  It's the police's

14    duty to tell protesters to leave, not the protesters' duty to

15    tell the police to leave.

16          But again, the question -- and the defendant had

17    plenty of occasions, as we see in videos, is encouraging people

18    in the mob to come forward and to press forward against the

19    police line and against the bike racks.  So he's certainly not

20    the worst of the worst, but he's not doing a lot to calm the

21    situation either.

22          So that takes us to the four assaults at issue.  And

23    the facts are on those that the defendant in regard to the

24    first with Officer Collins, that Officer Collins falls down,

25    that the defendant -- or is knocked down, that the defendant

does reach out and touch him, and the defendant certainly attempts to kick him.  This has sort of been controversial since the day Mr. Mock was arrested and held and the subject of a bunch of detention hearings.  And can I say for sure whether Mr. Mock makes contact with Officer Collins with his foot?  I can't say that for sure, but I certainly can say, based on his actions, that he attempts to kick at or stomp Officer Collins given the movement of his legs.

In addition that he does, as he says, admits grabbed the flagpole, broke off, and he threw it.  He says he was just getting rid of it, but I find the facts are that he threw it at the police line, and it does, indeed, strike one of the officers in the line.

As to the third, I don't credit Mr. Mock's statement that he was falling and essentially was reaching out.  The video does show him pushing at an officer.  Yes, the people are crowded close together, but he is pushing at someone who is clearly an officer and makes full contact and does extend his arms.

And then the last one is the clearest where Mr. Mock, using a substantial amount of force, shoves Officer Karlsen's shield knocking him to the ground.

So those facts then yield the following legal rulings:

Count 1 is obstruction of an official proceeding.  The defendant claims that he did not attempt to obstruct January 6

certification, but I just don't find there's any other reason
for his actions on that day.  Maybe he didn't intend to when he
got there, but certainly his actions, along with those of many
other people in the mob, aiding and abetting them, do obstruct
the official proceeding.  I find he intended to do so based on
his actions and his prior statements.

And I find that it is done corruptly even if the
definition of corruptly is the one endorsed by Judge Walker on
the circuit, which is because I believe the defendant is
attempting to secure a benefit for himself, to have the
certification delayed and sent back or to be investigated or
sent back to the states, and also to secure a benefit for
himself by not having to have Biden declared president.  I
believe he's also trying to secure a benefit for Trump to be
declared president.

So I find him guilty of Count 1.

Count 2 is obstructing officers during a civil
disorder.  Again, it's clear that he obstructed and interfered
with officers in the way I've described.  The law enforcement
officers were engaged in the lawful performance of their
official duties.  And the obstruction delayed or adversely
affected commerce, as we have heard, given the testimony by
Agent Alvarez about Safeway stores closing early and sales
substantially affected as well as the performance of the
federally protected function, which is to safeguard the

1    certification.

2          So I find him guilty of Count 2.

3          Count 3 through 6 are assaulting, resisting, and

4    impeding officers, so I have already -- I find him guilty on

5    all four of those because he did assault the officers.

6    Defendant did such acts forcibly, which includes attempt to use

7    force.  And so whether he actually struck Officer Collins, he

8    attempted to do so.

9          The three other assaults, he did strike the officers,

10   not with a great amount of force in two of them, but they are

11   certainly unwanted touchings and, therefore, qualify as the

12   physical injury required for an assault.  And he's also

13   interfered with all of those officers.  He did act voluntarily

14   and intentionally in each of those instances.

15         Count 7 is theft of government property.  And I did

16   not mention that in the fact-finding, so let me correct that,

17   that the defendant did at a certain point grab the riot shields

18   and pass them back in the crowd.  He admitted as much.

19         Now, there's certainly not a question that he did this

20   to keep them or to convert them to his own use, but he did act

21   to deprive the government of the use of the shields.  He acted

22   intentionally to deprive the police of their ability to use the

23   shields, he says, as weapons.  Whether that's true or not, he's

24   intending to deprive them of the shields and, therefore, is

25   guilty of that count.

1          Count 8 is entering or remaining in a restricted

2    building or grounds.  I have already dismissed the dangerous or

3    deadly weapon part of that count, but he clearly remained in a

4    restricted building even if he's right that he didn't know --

5    I'm sorry, he remained in restricted grounds.  Even if he's

6    right that he thought he could enter the Capitol grounds,

7    there's no doubt that while he's there witnessing tear gas, the

8    police lines, the commands to leave, that he knows he's not

9    allowed to stay, and yet he does.  And he did do that

10   knowingly.

11         A person protected by the Secret Service was

12   temporarily visiting, thereby making it restricted grounds

13   since the vice president was there that day.

14         So I find him guilty of Count 8.

15         Count 9 is disorderly or disruptive conduct in a

16   restricted building or grounds with a dangerous or deadly

17   weapon.  Again, I dismissed the weapon element, but the

18   government has proven that the defendant engaged in disorderly

19   conduct since he did interfere with other people on the

20   restricted grounds.  He did that knowingly and with the intent

21   to disrupt the orderly conduct of government business, namely

22   the certification of the Electoral College, and that his

23   conduct did, in fact, impede the orderly conduct of government

24   business since his efforts and others' caused the recess of the

25   vote of the certification.

1          So I will find him guilty of Count 9.

2          Count 10 is engaging in physical violence in a

3   restricted building or grounds with a deadly or dangerous

4   weapon.  Again, I dismissed the deadly or dangerous weapon

5   element, but the defendant did engage in an act of physical

6   violence by at least pushing Officer Karlsen down, and he did

7   that knowingly in a restricted area.

8          Count 11, finally, is act of physical violence in a

9   Capitol building or grounds.  Once again, he did engage in an

10  act of physical violence, namely pushing down Officer Karlsen,

11  and he did that willfully and knowingly.

12         So I will find him guilty of Count 11.

13         As I have said, I don't find there is any self-defense

14  or defense of others which could militate any of the assaults

15  for the reason I stated earlier, that I don't believe that he

16  heard the words or I'll shoot and reasonably believed that he

17  was in some danger.  And none of the other assaultive acts

18  occurred remotely in self-defense or for the protection of

19  others.  So I don't find that defense viable.

20         So the defendant I find guilty of all of the counts

21  that remain and were not dismissed at the Rule 29 stage.

22         Again, you know, Mr. Mock, you say that the government

23  may have piled on here, and maybe there are more charges than

24  needed to be brought.  And I agree with you that certain ones

25  are considerably more serious than others.  But I think that's

1    an issue to be taken up at sentencing, not as to guilt or

2    innocence, because the government has proven all of the

3    elements of each of the charges, and it is their decision which

4    charges to bring, not mine.

5                Okay.  So we need to pick a sentencing date.

6                October 10, 11:00 a.m.?

7                MR. GORDON:  One moment, please, Your Honor.

8                That's fine for the government, Your Honor.

9                THE COURT:  Mr. Mock?

10               MR. MOCK:  Yes, sir.

11               THE COURT:  All right.  Anything else that either side

12   wants to raise today?

13               Mr. Gordon.

14               MR. GORDON:  Just two things, Your Honor.  First, as a

15   procedural matter, the government moves to dismiss the

16   underlying superseding indictment and original indictment just

17   so we have --

18               THE COURT:  Because this is the second --

19               MR. GORDON:  Superseding indictment.

20               THE COURT:  -- superseding indictment?

21               MR. GORDON:  Yes.

22               THE COURT:  That's granted.

23               MR. GORDON:  I always hear from the deputy if I don't.

24               The second issue, Your Honor, we are not asking you to

25   step Mr. Mock back today, but just as sort of fair warning for

1   Mr. Mock and for the Court, we will be asking that at

2   sentencing, that he be immediately remanded to begin serving

3   his sentence and not have a delayed reporting date if you do

4   sentence him to a term of imprisonment.

5          THE COURT:  Okay.  Again, I will not detain Mr. Mock

6   between today and sentencing.  The main reason is that he has

7   not violated anything while he's been on release.

8          You know, I will certainly hear you at sentencing

9   regarding step-back, but I am not sure that anybody who has not

10  violated conditions and not been currently held has not been

11  permitted to self-surrender by me, but I will hear you.

12         So, Mr. Mock, you need to be prepared for that

13  possibility on that date.

14         MR. GORDON:  Thank you, Your Honor.  And we recognize

15  those same concerns, which is why we are not asking you to step

16  him back today.

17         THE COURT:  Okay.

18         MR. GORDON:  Thank you, Your Honor.

19         THE COURT:  Mr. Mock, anything you want to raise

20  today?

21         MR. MOCK:  I think the only question would be over

22  current standby counsel.  If there's any ability to, just

23  because there's been a complete breakdown obviously at this

24  point, if there is any chance of getting somebody else assigned

25  because obviously I have never done a sentencing memorandum and

1    don't really know what I'm doing.

2         THE COURT:  All right.  Well, I can tell you you have

3    done a good job so far representing yourself.  I mean, if you

4    are seeking counsel for sentencing, do you know if you qualify

5    for appointed counsel?

6         MR. MOCK:  Yeah, yes.

7         THE COURT:  You do?

8         MR. MOCK:  Yes.

9         THE COURT:  Okay.  I will assign -- I will have the

10   federal public defender assign someone.  Were you ever

11   represented by them in this case?

12        MR. MOCK:  Pardon me?

13        THE COURT:  Were you ever represented by the federal

14   public defender in this case?

15        MR. MOCK:  There was one Keala Ede out of Minneapolis.

16        THE COURT:  Oh, right, right.

17        MR. MOCK:  Briefly.

18        THE COURT:  He's a judge now.

19        MR. MOCK:  He's on to bigger and better things.

20        THE COURT:  Perhaps.

21        MR. MOCK:  Presumably.

22        MR. GORDON:  Your Honor, there was a brief moment,

23   remember, where the federal defender's office in D.C.

24   represented Mr. Mock?  We had the issue with Shellie Peterson

25   having to find someone else to be counsel for Tommy Tatum.

1          So the answer is yes, Mr. Mock had a brief

2     representation by the Washington, D.C. public defender.

3          THE COURT:  Got it.  Thank you.  Thanks for the

4     reminder.

5          I will call the federal public defender and let them

6     know about that.  But I will, if you are seeking counsel, I

7     will appoint one for you.

8          MR. MOCK:  All right.  Thank you, Your Honor.

9          THE COURT:  Thanks, everyone.

10         Mr. Gordon.

11         MR. GORDON:  I'm sorry, Your Honor, one other thing,

12    which is the defendant's recently filed motion to dismiss the

13    indictment.  In light of Your Honor's verdict, is that still a

14    live motion the government needs to respond to?  Are you making

15    a finding on that motion today?

16         THE COURT:  Thank you for raising that.

17         Mr. Mock, do you still wish me to address that motion?

18         MR. MOCK:  I guess there's a few issues within that

19    motion that weren't brought up in your current ruling, so yes,

20    I guess, if we can keep it going, that you can address those,

21    then --

22         THE COURT:  All right.  That's fine.  So the answer is

23    so it's still -- because I think there's -- part of the motion

24    is due process violations, vindictive prosecution issues.  So I

25    will have the government respond to that.  Any issue that's

 1   been mooted by my verdict, you don't need to respond to.

 2           We've got a little time, Mr. Gordon.  Do you want a

 3   little extra time for that?

 4           MR. GORDON:  That would be great.  We will take

 5   whatever you can give us.

 6           THE COURT:  Okay.  How about if I give you three weeks

 7   from today?

 8           MR. GORDON:  Terrific.

 9           THE COURT:  Nicole, if you will make a note,

10   government's opposition to the defendant's motion to dismiss

11   due August 2, three weeks from today, August 2.

12           MR. GORDON:  Thank you, Your Honor.

13           THE COURT:  Mr. Mock, you can file a reply.  And if

14   you have a lawyer who wants to -- who you want to file that

15   reply for you, you can.  And if they need an extension to do

16   that, I will give you that also.

17           When I assign you a lawyer, a lawyer may say I don't

18   think this is a meritorious motion, so I am not going to file

19   anything, or they may say, you know, they want to file a reply.

20           MR. MOCK:  Sure.

21           THE COURT:  Okay.

22           MR. MOCK:  All right.  Thank you, Your Honor.

23           THE COURT:  All right.  Thank you all.  Appreciate

24   everybody's efforts.  Thank you.  Appreciate it.  See you in

25   October.

1          (The trial concluded at 10:08 a.m.)

2                         - - -

3                    C E R T I F I C A T E

4

5          I hereby certify that the foregoing is an

6    accurate transcription of the proceedings in the

7    above-entitled matter.

8

9

10   8/23/23              s/ Tammy Nestor
                          Tammy Nestor, RMR, CRR
11                        Official Court Reporter
                          333 Constitution Avenue NW
12                        Washington, D.C. 20001
                          tammy_nestor@dcd.uscourts.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. GORDON: [13]
2/7 17/7 17/14 17/19
17/21 17/23 18/14
18/18 19/22 20/11
21/4 21/8 21/12
MR. MOCK: [14] 2/11
17/10 18/21 19/6 19/8
19/12 19/15 19/17
19/19 19/21 20/8
20/18 21/20 21/22
THE COURT: [26]
2/10 2/13 17/9 17/11
17/18 17/20 17/22
18/5 18/17 18/19 19/2
19/7 19/9 19/13 19/16
19/18 19/20 20/3 20/9
20/16 20/22 21/6 21/9
21/13 21/21 21/23
THE COURTROOM
DEPUTY: [1] 2/2

**0**

00444 [1] 1/3

**1**

10 [2] 16/2 17/6
1000 [1] 1/21
10:08 [1] 22/1
11 [2] 16/8 16/12
11:00 a.m [2] 7/21
17/6
11:30 [1] 7/22
12 [1] 1/5
12:30 p.m [1] 7/17
150 [1] 1/16
16 [1] 8/15

**2**

20001 [2] 1/24 22/12
20002 [1] 1/16
2020 [1] 10/21
2023 [1] 1/5
21-00444 [1] 1/3
21-444 [1] 2/3
23 [2] 8/19 22/10
24 [1] 8/17
29 [3] 8/21 8/23 16/21
2:15 [1] 7/13
2:30 [1] 7/13

**3**

3 percent [1] 8/22
3200 [1] 1/13
333 [2] 1/24 22/11
33602 [1] 1/13

**4**

400 [1] 1/12
444 [1] 2/3

**5**

53705 [1] 1/21

**6**

601 [1] 1/20

**8**

8/23/23 [1] 22/10

**9**

9:02 [1] 7/14
9:32 [1] 2/1

**A**

a.m [4] 2/1 7/21 17/6
22/1
abetting [1] 13/4
ability [2] 14/22 18/22
about [16] 4/10 4/20
4/25 5/9 6/3 6/20 6/24
7/15 8/13 10/14 10/15
10/16 11/10 13/23
20/6 21/6
above [2] 6/14 22/7
above-entitled [1] 22/7
according [1] 11/1
accurate [1] 22/6
act [7] 8/22 9/13 14/13
14/20 16/5 16/8 16/10
acted [1] 14/21
acting [1] 11/8
Action [1] 2/3
actions [5] 10/3 12/7
13/2 13/3 13/6
acts [2] 14/6 16/17
actually [4] 4/21 8/16
8/17 14/7
addition [3] 4/21 8/13
12/9
address [2] 20/17
20/20
admits [1] 12/9
admitted [2] 9/20 14/18
adversely [1] 13/21
affected [2] 13/22
13/24
after [3] 9/4 9/5 11/2
again [12] 3/2 4/13 5/5
6/20 10/3 11/16 13/18
15/17 16/4 16/9 16/22
18/5
against [2] 11/18 11/19
Agent [2] 2/8 13/23
aggressive [1] 5/13
agree [2] 6/22 16/24
aiding [1] 13/4
ain't [1] 9/9
AJ [5] 3/3 4/9 9/19
10/14 10/17
all [18] 4/10 4/13 4/24
6/6 6/25 7/2 9/19 14/5
14/13 16/20 17/2
17/11 19/2 20/8 20/22
21/22 21/23 21/23
allowed [2] 4/12 15/9
along [3] 8/25 13/3
already [2] 14/3 15/24
also [26] 3/14 4/9 4/11
4/16 5/2 5/9 5/14 6/10
7/8 8/5 8/6 8/21 9/6
9/16 9/18 9/20 9/20
9/23 10/1 11/6 11/7
11/10 13/12 13/14
14/12 21/16
although [1] 11/4
Alvarez [2] 2/9 8/13
13/23

am [2] 18/9 21/18
AMERICA [2] 1/2 2/3
amount [2] 12/21
14/10
announce [1] 2/15
answer [2] 20/1 20/22
any [11] 2/20 6/12 6/13
6/13 10/12 13/1 16/13
16/14 18/22 18/24
20/25
anybody [2] 6/15 18/9
anything [4] 17/11 18/7
18/19 21/19
apparently [1] 9/22
APPEARANCES [1]
1/10
apply [1] 2/17
appoint [1] 20/7
appointed [1] 19/5
Appreciate [2] 21/23
22/4
approach [1] 2/6
approximately [1] 7/17
are [25] 2/2 3/21 3/21
3/22 4/1 4/19 5/10
5/12 5/15 5/23 6/22
6/23 7/5 11/23 12/11
12/16 14/3 14/10
16/23 16/25 17/24
18/15 19/4 20/6 20/14
area [3] 4/13 7/9 16/7
aren't [2] 4/19 8/15
armed [1] 8/19
arms [1] 12/19
around [4] 4/17 7/21
7/22 8/5
arrested [2] 10/2 12/3
arrival [1] 7/17
articulate [1] 10/10
as [24] 2/25 4/23 5/11
7/4 7/5 7/20 8/3 8/5
8/9 8/12 11/8 11/17
12/9 12/14 13/22
13/24 13/24 14/11
14/18 14/23 16/13
17/1 17/14 17/25
asked [1] 10/5
asking [3] 17/24 18/1
18/15
assault [3] 5/21 14/5
14/12
assaulting [1] 14/3
assaultive [1] 16/17
assaults [3] 11/22 14/9
16/14
assign [3] 19/9 19/10
21/17
assigned [2] 7/20
18/24
attempt [2] 12/25 14/6
attempted [1] 14/8
attempting [2] 5/22
13/10
attempts [3] 4/1 12/2
12/7
attend [1] 7/10
Attorney [1] 2/8
Attorney's [2] 1/11 1/15

August [2] 21/11 21/11
August 2 [2] 21/11
21/11
AUSA [1] 2/7
Avenue [2] 1/24 22/11
avoid [1] 4/1
axe [1] 3/8

**B**

back [11] 7/14 8/18
8/24 9/18 10/19 13/11
13/12 14/18 17/25
18/9 18/16
backpack [1] 5/10
base [1] 7/23
based [2] 12/6 13/5
baton [1] 5/9
be [24] 3/11 3/18 4/8
4/22 5/16 7/3 7/3 8/16
9/7 9/13 10/7 10/17
10/25 10/25 13/11
13/14 16/24 17/1 18/1
18/2 18/12 18/21
19/25 21/4
because [11] 3/18 7/7
7/18 10/10 13/9 14/5
17/2 17/18 18/23
18/25 20/23
been [9] 2/19 3/16
10/21 12/2 18/7 18/10
18/10 18/23 21/1
before [2] 1/8 9/18
began [1] 2/1
begin [1] 18/2
Beginning [1] 2/5
being [3] 2/25 8/11
11/8
belied [1] 4/18
beliefs [1] 6/23
believable [2] 5/19
6/17
believe [5] 10/11 10/13
13/9 13/14 16/15
believed [2] 10/22
16/16
bench [1] 1/8 2/2
benefit [3] 13/10 13/12
13/14
Beth [1] 2/8
better [1] 19/19
between [1] 18/6
beyond [1] 2/21
bias [1] 3/8
Biden [1] 13/13
bigger [1] 19/19
bike [4] 4/22 7/8 9/17
11/19
bit [1] 6/7
bitches [1] 3/14
BOASBERG [1] 1/8
Booth [1] 9/3
borne [1] 8/4
both [2] 5/21 6/3
Boys [1] 10/24
breach [1] 7/19
breakdown [1] 18/23
BRIAN [4] 1/5 1/18 2/4
2/11
brief [2] 19/22 20/1

brief [1] 19/17
bring [1] 17/4
broke [2] 8/1 12/10
broken [1] 10/15
brought [2] 16/24
20/19
Brutus [1] 9/4
building [7] 7/6 11/4
15/2 15/4 15/16 16/3
16/9
bunch [1] 12/4
business [2] 15/21
15/24

**C**

Caesar [1] 9/5
call [3] 8/23 8/24 20/5
calls [1] 3/7
calm [2] 4/19 11/20
came [5] 4/14 5/22 6/8
10/20 10/22
can [9] 10/8 12/4 12/6
19/2 20/20 20/20 21/5
21/13 21/15
can't [2] 6/2 12/6
Capitol [7] 4/12 7/6
7/16 7/22 11/3 15/6
16/9
carrying [1] 5/11
case [3] 1/3 19/11
19/14
caused [1] 15/24
CDU [1] 8/5
certain [4] 4/2 10/5
14/17 16/24
certainly [8] 4/14 11/19
12/1 12/6 13/3 14/11
14/19 18/8
certification [7] 4/6
10/16 13/1 13/11 14/1
15/22 15/25
certify [2] 7/10 22/5
challenge [1] 2/19
challenged [1] 2/24
chamber [1] 7/11
chance [1] 18/24
charges [4] 2/17 16/23
17/3 17/4
charismatic [1] 3/22
CHIEF [1] 1/9
CHRISTOPHER [2]
1/5 2/4
circuit [1] 13/9
circumstance [1] 6/16
citizens [3] 6/25 7/3
8/19
civil [2] 7/21 13/17
claims [1] 12/25
clear [3] 6/5 7/16 13/18
clearest [1] 12/20
clearly [2] 12/18 15/3
close [1] 12/17
closed [1] 7/9
closing [1] 13/23
College [1] 15/5
Collins [6] 7/20 11/24
11/24 12/5 12/7 14/7
COLUMBIA [2] 1/1
1/15
come [2] 9/18 11/18

24

## C

coming [3]  6/4 9/13 10/19
commands [1]  15/8
commenting [1]  5/15
commerce [1]  13/22
compelled [1]  10/23
complete [2]  9/12 18/23
completed [1]  2/14
completely [1]  3/12
concerns [1]  18/15
concluded [1]  22/1
conditions [1]  18/10
conduct [5]  15/15 15/19 15/21 15/23 15/23
conducting [1]  3/12
considerably [1]  16/25
consistent [1]  5/1
Constitution [1]  1/24 22/11
contact [6]  5/22 6/4 6/7 6/8 12/5 12/18
continuing [1]  6/3
contradicts [1]  4/7
controversial [1]  12/2
convert [1]  14/20
correct [1]  14/16
corruptly [2]  13/7 13/8
could [8]  4/12 7/15 10/1 11/4 11/5 11/7 15/6 16/14
couldn't [1]  6/11
counsel [7]  1/19 2/5 18/22 19/4 19/5 19/25 20/6
count [15]  12/24 13/16 13/17 14/2 14/3 14/15 14/25 15/1 15/3 15/14 15/15 16/1 16/2 16/8 16/12
Count 1 [1]  12/24
Count 2 [2]  13/17 14/2
country [1]  9/16
counts [1]  16/20
courage [1]  8/22
course [1]  4/25
court [5]  1/1 1/23 11/1 18/1 22/11
COVID [1]  7/7
created [1]  7/22
credibility [3]  2/18 2/19 7/5
credible [11]  2/23 2/25 3/3 3/5 3/24 3/25 4/3 6/6 6/10 6/19 6/21
credit [4]  3/1 6/25 11/3 12/14
Criminal [2]  1/3 2/3
criticized [1]  11/7
cross [2]  3/9 10/5
crowd [2]  3/13 14/18
crowded [1]  12/17
CRR [2]  1/23 22/10
culpability [1]  4/1
culpable [1]  3/19
current [2]  18/22 20/19
currently [1]  18/10

## D

D.C [6]  1/4 1/16 1/24 19/23 20/2 22/12
damage [1]  9/24
damned [1]  3/11
danger [1]  16/17
dangerous [5]  10/17 15/2 15/16 16/3 16/4
date [4]  10/16 17/5 18/3 18/13
day [9]  1/8 4/6 4/8 4/9 7/10 10/20 12/3 13/2 15/13
days [1]  8/14
dcd.uscourts.gov [2]  1/25 22/12
deadly [4]  15/3 15/16 16/3 16/4
December [5]  8/15 8/17 8/19 8/21 8/23
December 16 [1]  8/15
December 23 [1]  8/19
December 24 [1]  8/17
December 29 [2]  8/21 8/23
decision [1]  17/3
declared [1]  13/13 13/15
deeply [2]  6/24 6/24
defendant [27]  1/6 1/18 3/20 8/3 8/12 8/14 9/6 9/20 10/3 10/5 10/8 10/14 10/18 10/20 11/16 11/23 11/25 11/25 12/1 12/25 13/9 14/6 14/17 15/18 16/5 16/20
defendant's [2]  20/12 21/10
defender [4]  19/10 19/14 20/2 20/5
defender's [1]  19/23
defense [7]  2/24 3/2 6/2 16/13 16/14 16/18 16/19
definition [1]  13/8
delayed [3]  13/11 13/21 18/3
demanding [1]  8/19
deployed [1]  8/5
deprive [3]  14/21 14/22 14/24
deputy [1]  17/23
described [1]  13/19
description [1]  3/23
destruction [1]  9/12
detain [1]  18/5
detention [1]  12/4
determination [2]  2/19
determinations [1]  7/5
development [1]  7/2
did [28]  4/8 5/23 6/23 8/2 8/12 9/23 9/24 10/6 11/2 11/4 11/5 12/25 14/5 14/6 14/9 14/13 14/15 14/17 14/19 14/20 15/9 15/19 15/20 15/23

didn't [13]  2/21 4/3 4/5 4/11 4/17 4/24 5/2 5/12 6/2 6/18 10/18 13/2 15/4
different [1]  6/14
direct [4]  4/7 4/21 5/2
dismiss [3]  17/15 20/12 21/10
dismissed [4]  15/2 15/17 16/4 16/21
disorder [1]  13/18
disorderly [2]  15/15 15/18
disrupt [1]  15/21
disruptive [1]  15/15
DISTRICT [5]  1/1 1/1 1/9 1/12 1/15
Disturbance [1]  7/21
do [15]  2/16 3/23 4/17 6/25 8/16 13/4 13/5 14/8 15/9 18/3 19/4 19/7 20/17 21/2 21/15 21/17
does [8]  9/19 10/10 12/1 12/9 12/12 12/16 12/18 15/9
doesn't [1]  6/12
doing [3]  11/12 11/20 19/1
don't [15]  5/7 5/15 6/10 6/21 9/18 10/9 12/14 13/1 16/13 16/15 16/19 17/23 19/1 21/7 21/17
done [4]  8/16 13/7 18/25 19/3
door [1]  11/11
doubt [2]  10/9 15/7
down [11]  4/14 5/25 7/11 8/7 8/8 8/10 9/15 11/24 11/25 16/6 16/10
drop [2]  5/6 5/7
due [2]  20/24 21/11
during [1]  13/17
duties [1]  13/18
duty [2]  11/14 11/14

## E

each [2]  14/14 17/3
earlier [1]  16/15
early [2]  4/6 13/23
Ede [1]  17/23
efforts [3]  6/5 15/24 21/24
either [4]  6/1 6/17 11/21 17/11
election [3]  7/11 10/15 10/21
Electoral [1]  15/22
element [2]  15/17 16/5
elements [2]  2/17 17/3
else [3]  17/11 18/24 19/25
encouraging [1]  11/17
endorsed [1]  13/8
enforcement [1]  13/19
engage [3]  11/6 16/5 16/9
engaged [4]  7/3 10/10

engaging [2]  3/22 16/2
enough [1]  8/15
ensure [1]  7/16
enter [2]  11/6 15/6
entering [1]  15/1
entitled [1]  22/7
Esquire [3]  1/11 1/14 1/19
essentially [1]  12/15
eternally [1]  3/11
evacuated [1]  7/12
even [4]  10/8 13/7 15/4 15/5
eventually [1]  8/1
ever [3]  6/13 19/10 19/13
every [1]  8/20
everybody's [1]  21/24
everyone [1]  20/9
everything [1]  3/23
example [1]  4/5
excessively [1]  11/9
expected [1]  10/17
extend [1]  12/18
extension [1]  21/15
extra [1]  21/3

## F

face [1]  3/15
fact [8]  2/18 4/9 5/10 6/24 9/4 11/12 14/16 15/23
fact-finding [1]  14/16
facts [5]  2/16 7/4 11/23 12/11 12/23
fair [1]  17/25
falling [1]  12/15
falls [1]  11/24
far [2]  3/17 19/3
fashion [1]  10/9
federal [5]  9/12 19/10 19/13 19/23 20/5
federally [1]  13/25
felt [2]  8/11 10/23
fencing [2]  4/14 7/9
few [1]  20/18
fight [3]  8/17 8/24 11/6
file [4]  21/13 21/14 21/18 21/19
filed [1]  20/12
finally [1]  16/8
find [20]  2/16 3/5 4/3 6/10 6/18 7/4 12/11 13/1 13/5 13/7 13/16 14/2 14/4 14/14 16/1 16/12 16/13 16/19 16/20 19/25
finding [3]  2/18 14/16 20/15
fine [2]  17/8 20/22
Finnigan [1]  11/3
firearm [2]  6/13 6/15
firing [1]  6/14
Firm [1]  1/20
first [5]  2/16 2/18 5/25 11/24 17/14
five [1]  7/15
Fixing [1]  9/11
flagpole [1]  5/3 5/4

Florida [2]  1/12 1/13
following [2]  2/1 12/23
foot [1]  12/5
force [3]  12/21 14/7 14/10
forcibly [1]  14/6
foregoing [1]  22/5
form [1]  6/1
forward [2]  11/18 11/18
found [3]  2/23 3/2 3/6
four [2]  11/22 14/5
free [1]  8/24
full [1]  12/18
fully [2]  2/23 3/3
function [1]  13/25

## G

gas [3]  4/13 6/14 15/7
gassed [1]  4/18
gave [1]  3/23
get [7]  5/4 5/6 5/8 9/14 10/1 11/1 11/11 11/11
getting [5]  4/17 8/11 9/16 12/11 18/24
give [3]  21/5 21/6 21/16
given [6]  6/12 12/8 13/22
glaringly [1]  8/21
go [2]  4/3 11/4
going [3]  3/11 4/8 8/10 9/10 10/17 11/2 20/20 20/18
good [5]  2/7 2/10 2/11 2/13 19/3
Gordon [5]  1/11 2/8 17/13 20/10 21/2
got [5]  7/21 7/24 13/3 20/3 21/2
government [18]  2/5 2/9 2/20 3/17 5/17 7/6 9/13 14/15 14/21 15/18 15/21 15/23 16/22 17/12 17/8 17/15 20/14 20/25
government's [2]  10/4 21/10
grab [1]  14/17
grabbed [1]  12/9
grandiose [1]  10/9
granted [1]  17/22
great [2]  14/10 21/4
grind [1]  3/8
ground [3]  8/2 11/13 12/22
grounds [9]  4/12 15/2 15/5 15/6 15/12 15/16 15/20 16/3 16/9
guess [2]  20/18 20/20
guilt [1]  17/1
guilty [8]  13/16 14/2 14/4 14/25 15/14 16/1 16/12 16/20

## H

had [6]  3/7 7/23 10/21 11/16 19/24 20/1
hand [4]  4/24 5/4 5/6

**H**

hand... [1] 5/8
hands [3] 5/22 6/4 6/8
happen [1] 9/10
happened [1] 6/9
happening [1] 4/6
has [7] 2/24 12/2 15/18
 17/2 18/6 18/9 18/10
hasn't [1] 3/16
have [28] 2/14 2/25 3/4
 4/15 5/21 6/2 6/24
 8/22 9/6 9/21 10/23
 11/4 11/5 11/7 13/10
 13/13 13/22 14/4 15/2
 16/13 16/23 17/17
 18/3 18/25 19/2 19/9
 20/25 21/14
having [3] 7/4 13/13
 19/25
he [96] 3/7 3/7 3/8
 3/13 3/16 3/18 7/18
 7/21 7/24 8/1 8/2 8/2
 8/4 8/6 8/7 8/7 8/9 8/9
 8/10 8/10 8/11 8/11
 9/7 9/9 9/15 9/18 9/18
 9/20 9/23 10/1 10/6
 10/10 10/11 10/15
 10/15 10/17 10/17
 10/18 10/19 10/21
 10/21 10/22 10/22
 10/23 10/23 10/24
 11/2 11/3 11/4 11/4
 11/5 11/5 11/6 11/7
 11/12 12/7 12/9 12/9
 12/10 12/10 12/10
 12/11 12/15 12/17
 12/25 13/2 13/2 13/5
 13/18 14/5 14/7 14/7
 14/9 14/13 14/18
 14/19 14/20 14/21
 14/23 15/3 15/4 15/5
 15/6 15/6 15/8 15/9
 15/9 15/19 15/20 16/6
 16/9 16/11 16/15
 16/16 18/2 18/6
he'd [1] 11/10
he's [15] 10/10 11/5
 11/9 11/19 11/20
 13/14 14/12 14/23
 15/4 15/5 15/7 15/8
 18/7 19/18 19/19
head [1] 7/24
hear [5] 6/11 7/1 17/23
 18/8 18/11
heard [3] 10/24 13/22
 16/16
hearings [1] 12/4
held [3] 9/16 12/3
 18/10
helmets [1] 3/13
her [2] 5/17 5/18
here [4] 2/2 6/23 11/1
 16/23
hereby [1] 22/5
highly [1] 3/18
him [17] 6/1 6/2 7/23
 8/3 8/8 12/1 12/2
 12/16 12/22 13/16
 14/2 14/4 15/14 16/1

himself [4] 3/7 3/20
 13/10 13/13
his [24] 3/17 8/4 8/8
 8/9 8/24 9/8 9/23 9/23
 10/3 10/24 11/1 11/3
 12/5 12/6 12/8 12/18
 13/2 13/3 13/6 13/6
 14/20 15/22 15/24
 18/3
history [1] 10/2
hit [2] 7/24 8/11
holding [2] 5/11 5/12
homemade [1] 5/9
Honor [3] 2/7 2/11
 17/7 17/8 17/14 17/24
 18/14 18/18 19/22
 20/8 20/11 21/12
 21/22
Honor's [1] 20/13
HONORABLE [1] 1/8
hours [1] 7/15
House [3] 7/12 7/13
 7/14
How [1] 21/6

**I**

I'd [1] 9/15
I'll [3] 5/24 6/10 16/16
I'm [5] 3/25 6/11 15/5
 19/1 20/11
I've [1] 13/19
idea [2] 4/11 6/16
identify [2] 2/6 8/12
idiots [1] 11/8
immediate [1] 8/25
immediately [1] 18/2
impeached [2] 3/4 3/9
impede [1] 15/23
impeding [1] 14/4
imprisonment [1] 18/4
inappropriately [1] 11/8
inaugural [1] 7/24
inauguration [1] 8/6
incident [1] 5/3
includes [1] 14/6
including [1] 8/15
incredible [1] 3/6
indeed [3] 9/3 10/14
 12/12
independent [2] 3/7
 3/10
indicative [1] 9/8
indictment [5] 17/16
 17/16 17/19 17/20
 20/13
injury [1] 14/12
innocence [1] 17/2
instances [1] 14/14
intelligent [1] 3/21
intend [1] 13/2
intended [1] 13/5
intending [1] 14/24
intent [1] 15/20
intentionally [2] 14/14
 14/22
interesting [1] 7/1
interfere [1] 15/19
interfered [2] 13/18
 14/13

involves [1] 9/11
irregularities [1] 10/22
is [48] 2/16 2/18 3/16
 4/20 5/5 5/17 5/18
 6/16 6/25 7/3 8/21 9/2
 9/13 10/8 11/1 11/12
 11/13 11/17 11/25
 12/17 12/17 12/20
 13/9 13/17 13/25
 14/15 14/24 15/1
 15/15 16/2 16/8 16/13
 17/3 17/18 18/6 18/15
 18/24 20/1 20/12
 20/13 20/22 20/24
 21/18 22/5
isn't [1] 6/4
issue [5] 11/22 17/1
 17/24 19/24 20/25
issues [3] 6/25 20/18
 20/24
it [36] 4/1 4/8 4/9 4/10
 4/14 5/6 5/6 5/7 5/7
 5/7 5/8 5/10 5/11 5/11
 5/12 5/12 5/21 6/3 6/6
 6/11 6/12 6/21 6/22
 7/1 10/15 10/16 12/10
 12/11 12/11 12/12
 13/7 15/12 17/3 20/3
 20/20 21/24
it's [5] 2/14 9/18 11/13
 13/18 20/23
itself [1] 10/20

**J**

JAMES [1] 1/8
January [9] 3/17 7/5
 8/15 9/9 9/11 9/15
 9/23 10/16 12/25
January 1 [1] 9/9
January 3 [1] 9/11
January 6 [6] 3/17 7/5
 8/15 9/23 10/16 12/25
January 8 [1] 9/15
JEB [1] 1/3
job [1] 19/3
John [1] 9/3
Jones [2] 1/14 2/8
journalist [2] 3/7 3/10
judge [3] 1/9 13/8
 19/18
July [1] 1/5
just [13] 4/24 5/4 5/24
 6/4 6/9 9/19 10/12
 12/10 13/1 17/14
 17/16 17/25 18/22
just-quoted [1] 10/12

**K**

Karlsen [3] 8/5 16/6
 16/10
Karlsen's [1] 12/21
Keala [1] 19/15
keep [3] 5/21 14/20
 20/20
Keepers [1] 10/24
kick [2] 12/2 12/7
kicked [4] 8/2 8/3 8/4
 8/11

kind [1] 10/12
knew [4] 4/9 10/16
 10/24 10/25
knocked [3] 8/2 8/8
 11/25
knocking [1] 12/22
know [12] 4/5 4/8 4/17
 5/15 10/18 15/4 16/22
 18/8 19/1 19/4 20/6
 21/19
knowingly [4] 15/10
 15/20 16/7 16/11
knows [1] 15/8
Krista [1] 10/1

**L**

last [3] 3/19 5/20 12/20
later [3] 4/7 4/23 5/3
law [2] 1/20 13/19
lawful [1] 13/20
lawyer [3] 21/14 21/17
 21/17
lay [1] 9/15
leading [1] 8/14
least [1] 16/6
leave [3] 11/14 11/15
 15/8
lectern [1] 2/6
left [1] 9/18
legal [2] 2/17 12/23
legislators [1] 7/16
legs [1] 12/8
length [1] 3/23
let [3] 4/3 14/16 20/5
life [1] 9/15
light [1] 20/13
likely [1] 4/2
Lincoln [1] 9/4
line [7] 5/7 7/22 8/1 8/6
 11/19 12/12 12/13
lines [1] 15/8
little [2] 21/2 21/3
live [1] 20/14
location [1] 7/18
locked [1] 7/11
look [1] 3/18
looked [1] 8/9
lot [3] 2/21 10/14 11/20

**M**

maced [1] 9/17
made [2] 7/4 8/14
Madison [1] 1/21
main [1] 18/6
make [4] 6/12 9/19
 10/13 21/9
make-believe [1] 10/13
makes [2] 12/5 12/18
making [2] 15/12 20/14
manifested [1] 10/12
many [2] 8/13 13/3
masks [1] 3/15
material [1] 2/21
matter [2] 17/15 22/7
may [4] 9/6 16/23
 21/17 21/19
maybe [3] 5/16 13/2
 16/23
me [11] 2/14 3/19 3/25

 18/11 19/12 20/17
mean [2] 6/1 19/3
measure [1] 9/24
members [1] 7/12
memorandum [1]
 18/25
men [2] 8/15 8/24
mention [1] 14/16
meritorious [1] 21/18
message [1] 10/1
Michael [2] 1/11 1/14
Middle [1] 1/12
Mike [2] 2/7 2/8
militate [1] 16/14
Millions [1] 8/19
mind [1] 9/8
mind-set [1] 9/8
mine [1] 17/4
minimize [2] 5/23 6/6
minimizing [1] 6/3
Minneapolis [1] 19/15
Minnesota [2] 10/20
 10/22
mob [4] 8/1 11/8 11/18
 13/4
MOCK [21] 1/5 1/18
 2/4 2/11 2/13 3/3 3/21
 12/3 12/5 12/20 16/22
 17/9 17/25 18/1 18/5
 18/12 18/19 19/24
 20/1 20/17 21/13
Mock's [1] 12/14
moment [2] 17/7 19/22
mooted [1] 21/1
more [2] 16/23 16/25
morning [4] 2/7 2/10
 2/11 2/13
most [3] 2/20 4/2 5/20
motion [8] 20/12 20/14
 20/15 20/17 20/19
 20/23 21/10 21/18
motto [2] 9/3 9/7
move [1] 4/24
moved [2] 4/22 7/18
movement [1] 12/8
moves [1] 17/15
moving [1] 4/25
Moyers [1] 1/19 1/20
Mr. [21] 2/13 3/21 11/3
 12/3 12/5 12/14 12/20
 16/22 17/9 17/13
 17/25 18/1 18/5 18/12
 18/19 19/24 20/1
 20/10 20/17 21/2
 21/13
Mr. Finnigan [1] 11/3
Mr. Gordon [3] 17/13
 20/10 21/2
Mr. Mock [16] 2/13
 3/21 12/3 12/5 12/20
 16/22 17/9 17/25 18/1
 18/5 18/12 18/19
 19/24 20/1 20/17
 21/13
Mr. Mock's [1] 12/14
Ms. [4] 4/19 10/8 11/3
Ms. Price [1] 10/8
Ms. Visnovec [2] 4/19

**M**

Ms. Visnovec... [1]
  11/3
much [4]  3/24 4/14
  6/20 14/18
Multiple [1]  9/2
my [8]  3/16 5/22 9/15
  9/15 9/16 9/19 10/2
  21/1
myself [1]  2/12

**N**

namely [2]  15/21 16/10
Nancy [5]  5/14 5/14
  5/16 5/18 9/9
narrative [1]  4/7
near [1]  8/6
necessarily [1]  6/22
need [5]  8/17 17/5
  18/12 21/1 21/15
needed [1]  16/24
needs [2]  8/16 20/14
nestor [5]  1/23 1/25
  22/10 22/10 22/12
never [1]  18/25
nevertheless [1]  2/22
next [1]  4/20
Nicole [1]  21/9
no [10]  1/3 2/19 2/25
  3/5 4/15 6/12 6/15
  8/11 10/11 15/7
none [1]  16/17
noon [1]  8/6
North [1]  1/12
Northeast [1]  1/16
Northwest [1]  1/24
not [43]  2/24 2/25 2/25
  3/5 3/25 4/1 4/12 4/22
  5/8 5/18 5/18 6/6 6/9
  6/17 6/22 7/6 8/3 8/12
  10/6 11/4 11/14 11/19
  11/20 12/25 13/13
  14/10 14/16 14/19
  14/23 15/8 16/21 17/1
  17/4 17/24 18/3 18/5
  18/7 18/9 18/9 18/10
  18/10 18/15 21/18
note [1]  21/9
nothing [1]  9/11
now [4]  4/7 5/14 14/19
  19/18
number [2]  11/7 11/12
NW [1]  22/11

**O**

Oath [1]  10/24
obstruct [2]  12/25 13/4
obstructed [1]  13/18
obstructing [1]  13/17
obstruction [2]  12/24
  13/21
obvious [1]  8/21
obviously [2]  18/23
  18/25
OC [1]  7/25
occasions [2]  11/13
  11/17
occurred [1]  16/18
October [2]  17/6 21/25

off [1]  12/10
office [4]  1/11 1/15
  8/25 19/23
officer [7]  5/25 6/8
  6/12 6/15 6/16 7/20
  8/5 11/24 11/24 12/5
  12/7 12/16 12/18
  12/21 14/7 16/6 16/10
officers [4]  2/20 2/23
  3/11 3/14 5/8 7/20
  12/13 13/17 13/19
  13/20 14/4 14/5 14/9
  14/13
official [5]  1/23 12/24
  13/5 13/21 22/11
Oh [1]  19/16
Okay [6]  17/5 18/5
  18/17 19/9 21/6 21/21
Once [1]  16/9
one [10]  6/7 7/18 8/7
  12/12 12/20 13/8 17/7
  19/15 20/7 20/11
ones [1]  16/24
only [2]  3/16 18/21
open [2]  3/4 7/7
opposing [1]  7/23
opposition [1]  21/10
orderly [2]  15/21 15/23
original [1]  17/16
other [6]  13/1 13/4
  14/9 15/19 16/17
  20/11
others [3]  16/14 16/19
  16/25
others' [1]  15/24
otherwise [1]  5/17
our [3]  6/25 7/2 9/24
out [10]  5/4 5/6 5/8 6/4
  9/14 11/1 11/11 12/1
  12/15 19/15
outer [1]  7/8
over [4]  4/3 7/2 8/9
  18/21
own [3]  9/16 11/1
  14/20

**P**

p.m [1]  7/17
panicked [2]  4/16 4/19
Pardon [1]  19/12
part [4]  8/5 9/7 15/3
  20/23
participant [1]  3/19
participation [1]  3/17
particularly [1]  2/21
party [1]  9/7
pass [1]  14/18
patriot [1]  9/7
patriots [2]  8/17 8/23
Pelosi [1]  5/18
people [6]  7/23 11/8
  11/17 12/16 13/4
  15/19
percent [1]  8/22
performance [2]  13/20
  13/24
Perhaps [2]  3/17 19/20
perimeter [1]  7/8
permitted [1]  18/11

person [7]  3/21 3/22
  3/22 4/15 8/3 10/10
  15/11
Peter [1]  1/19
Peterson [1]  19/24
philosophy [1]  6/21
physical [5]  14/12 16/2
  16/5 16/8 16/10
pick [1]  17/5
picking [1]  5/9
piece [1]  10/2
pieces [1]  6/18
piled [1]  16/23
places [1]  6/15
Plaintiff [2]  1/3 1/11
plan [1]  4/20
please [2]  2/5 17/7
plenty [1]  11/17
point [8]  4/16 6/7 6/13
  7/18 8/7 8/10 14/17
  18/24
pointing [1]  11/11
police [9]  3/10 7/15
  7/22 11/10 11/15
  11/19 12/12 14/22
  15/8
police's [1]  11/13
political [2]  6/21 7/1
politician [1]  8/20
possibility [1]  18/13
post [2]  5/15 5/16
posts [2]  8/14 10/12
posture [1]  5/13
pot [1]  10/9
potential [1]  10/25
Prepare [1]  9/13
prepared [1]  18/12
president [5]  7/10 7/17
  13/13 13/15 15/13
press [1]  11/8
Presumably [1]  19/21
Price [2]  3/3 10/8
prior [1]  13/6
pro [2]  1/18 2/12
pro se [1]  2/12
probably [1]  11/5
procedural [1]  17/15
proceeding [2]  12/24
  13/5
proceedings [2]  2/1
  22/6
process [1]  20/24
property [1]  14/15
prosecuted [1]  3/16
prosecution [1]  20/24
protected [2]  13/25
  15/11
protection [1]  16/18
protesters [1]  11/14
protesters' [1]  11/14
Proud [1]  10/24
proven [2]  15/18 17/2
public [5]  7/7 19/10
  19/14 20/2 20/5
purposeful [1]  6/5
push [2]  5/25 6/2
pushed [1]  6/1
pushing [4]  12/16

put [1]  4/24
putting [1]  5/10

**Q**

qualify [2]  14/11 19/4
question [5]  3/16 10/4
  11/16 14/19 18/21
quoted [1]  10/12

**R**

racks [4]  4/22 7/8 9/17
  11/19
raise [2]  17/12 18/19
raising [1]  20/16
rally [1]  11/2
reach [1]  12/1
reached [1]  6/13
reaches [1]  6/15
reaching [1]  12/15
reacting [1]  5/24
reaction [1]  5/25
read [1]  6/24
real [1]  8/17
really [5]  3/3 5/5 5/21
  6/2 19/1
reason [7]  2/25 3/5 5/5
  10/11 13/1 16/15 18/6
reasonable [1]  4/15
reasonably [1]  16/16
rebellion [1]  9/12
recently [1]  20/12
recess [2]  7/15 15/24
recessed [1]  7/14
recognize [2]  8/3 18/14
recollection [1]  8/4
recollections [2]  2/24
  2/25
reconvened [1]  7/14
record [2]  2/6 10/15
reference [1]  5/14
references [1]  9/2
referring [2]  5/17 9/21
refrained [1]  11/7
regard [1]  11/23
regarding [2]  10/21
  18/9
related [1]  5/16
relates [1]  5/18
relationship [1]  5/20
release [1]  18/7
remain [1]  16/21
remained [2]  15/3 15/5
remaining [1]  15/1
remanded [1]  18/2
remember [2]  5/3
  19/23
reminder [1]  20/4
remotely [2]  4/19 16/18
removal [2]  8/20 8/25
remove [2]  8/23 8/24
removing [1]  9/17
reply [5]  21/13 21/15
  21/19
REPORTED [1]  1/23
Reporter [1]  1/23
  22/11
reporting [1]  18/3
representation [1]  20/2
represented [3]  19/11

representing [2]  2/12
  19/3
required [1]  14/12
resisting [1]  14/3
resolve [1]  9/25
respond [3]  20/14
  20/25 21/1
rest [1]  8/25
restricted [10]  7/7
  11/13 15/1 15/4 15/5
  15/12 15/16 15/20
  16/3 16/7
retreat [2]  3/13 8/7
retreating [1]  8/7
review [1]  10/23
rid [1]  12/11
right [16]  5/17 9/19
  10/5 10/8 11/5 11/9
  15/4 15/6 17/11 19/2
  19/16 19/16 20/8
  20/22 21/22 21/23
riot [1]  14/17
RMR [2]  1/23 22/10
Rule [1]  16/21
Rule 29 [1]  16/21
ruling [1]  20/19
rulings [1]  12/23
Run [1]  3/14

**S**

safeguard [1]  13/25
safety [1]  7/16
Safeway [1]  13/12
said [20]  3/24 4/7 4/8
  4/16 4/21 6/7 6/20 9/4
  9/4 9/6 9/9 9/15 9/18
  10/1 10/6 10/11 10/14
  10/17 11/4 16/13
sales [1]  13/23
same [2]  5/23 18/15
saw [1]  10/21
Sawyer [1]  1/20
say [9]  4/11 5/18 9/23
  12/4 12/6 12/6 16/22
  21/17 21/19
saying [3]  5/22 5/23
  10/18
says [3]  12/9 12/10
  14/23
se [2]  1/18 2/12
second [2]  17/18 17/24
Secret [1]  15/11
secure [4]  7/18 13/10
  13/12 13/14
see [4]  5/11 8/10 11/7
  21/24
seeking [2]  19/4 20/6
seem [1]  10/7
seems [3]  3/18 4/1
  5/14
seen [1]  2/22
self [6]  6/2 16/13 16/18
  18/11
self-defense [3]  6/2
  16/13 16/18
self-surrender [1]
  18/11
semper [1]  9/2
Senate [3]  7/11 7/13

**S**

Senate... [1] 7/14
sense [1] 6/12
sent [2] 13/11 13/12
sentence [2] 18/3 18/4
sentencing [7] 17/1
17/5 18/2 18/6 18/8
18/25 19/4
Sergeant [1] 8/13
serious [2] 5/21 16/25
Service [1] 15/11
serving [1] 18/2
set [3] 7/8 8/6 9/8
shame [1] 3/12
Sheila [1] 3/3
Shellie [1] 19/24
shield [4] 5/22 6/8 8/8
12/22
shields [6] 9/17 9/21
14/17 14/21 14/23
14/24
shock [1] 10/18
shoot [3] 5/24 6/10
16/16
shooting [1] 9/4
shoots [1] 6/15
short [1] 9/11
should [1] 11/11
shoulder [1] 8/9
shouldn't [1] 9/21
shove [1] 6/5
shoved [2] 8/7 8/10
shoves [1] 12/21
show [1] 12/16
showed [1] 3/9
shows [1] 6/5
sic [1] 9/2
side [3] 5/7 7/9 17/11
signs [1] 7/9
silly [2] 5/5 5/15
Sinatra [2] 5/14 5/16
since [4] 12/3 15/13
15/19 15/24
sir [1] 17/10
sirens [1] 4/13
situation [2] 9/11 11/21
six [1] 7/15
slogan [1] 9/8
snow [1] 7/8
so [38] 2/14 2/18 3/17
4/3 4/5 4/15 4/22 5/1
6/18 7/4 7/15 10/3
11/2 11/19 11/22
12/23 13/5 13/16 14/2
14/4 14/7 14/8 14/16
15/14 16/1 16/12
16/19 16/20 17/5
17/17 18/12 19/3 20/1
20/19 20/22 20/23
20/24 21/18
socialist [1] 8/20
solution [1] 8/21
some [9] 3/24 4/4 4/13
4/16 6/1 6/22 9/16
9/24 16/17
somebody [1] 18/24
someone [3] 12/17
19/10 19/25
son [1] 9/23

sort [2] 12/2 17/25
speak [1] 10/9
speaking [1] 9/16
Special [1] 2/8
spray [1] 7/25
sprayed [1] 7/25
stage [3] 7/24 8/6
16/21
staged [1] 7/21
stand [2] 8/16 10/23
standby [2] 1/19 18/22
state [1] 9/3
stated [2] 3/5 16/15
statement [2] 6/11
12/14
statements [2] 10/6
13/6
states [7] 1/1 1/2 1/9
1/11 1/15 2/3 13/12
stay [1] 15/9
step [4] 2/18 17/25
18/9 18/15
step-back [1] 18/9
still [4] 9/8 20/13 20/17
20/23
stir [1] 10/8
stomp [1] 12/7
stomped [1] 8/2
stores [1] 13/23
Street [2] 1/12 1/16
strike [2] 12/12 14/9
struck [1] 14/7
stuff [1] 9/19
subject [1] 12/3
subsequent [1] 9/21
substantial [3] 3/8 3/8
12/21
substantially [1] 13/24
such [2] 7/4 14/6
Suite [2] 1/13 1/21
superseding [3] 17/16
17/19 17/20
supposed [1] 3/10
sure [6] 3/25 9/19 12/4
12/6 18/9 21/20
surrender [1] 18/11
symbol [1] 9/7

**T**

take [4] 3/13 3/14 3/18
21/4
taken [2] 8/8 17/1
takes [2] 3/19 11/22
talk [1] 4/25
talked [5] 4/10 5/9
10/14 10/15 11/10
talking [1] 4/20
tammy [5] 1/23 1/25
22/10 22/10 22/12
Tampa [2] 1/12 1/13
Tatum [2] 3/6 19/25
tear [3] 4/13 4/18 15/7
tear-gassed [1] 4/18
tell [3] 11/14 11/15
19/2
temporarily [1] 15/12
term [1] 18/4
terms [2] 3/2 10/3

Terrific [1] 21/8
testified [10] 2/20 2/23
4/3 4/5 4/9 4/23 5/2
5/3 7/6 8/13
testify [1] 2/21
testimony [4] 4/22 6/18
11/1 13/22
text [2] 9/20 9/23
texts [1] 4/25
than [2] 16/23 16/25
Thank [9] 18/14 18/18
20/3 20/8 20/16 21/12
21/22 21/23 21/24
Thanks [2] 20/3 20/9
that [116] 3/2 3/6 3/9
3/10 3/12 3/18 3/24
3/25 4/2 4/3 4/5 4/6
4/6 4/7 4/8 4/8 4/9 4/9
4/10 4/11 4/11 4/12
4/16 4/18 4/22 4/23
5/1 5/2 5/4 5/5 5/11
5/16 5/18 6/12 6/16
6/24 7/1 7/5 7/10 7/15
8/10 8/14 9/6 9/6 9/7
9/9 10/5 10/8 10/9
10/10 10/11 10/14
10/18 11/11 11/12
11/12 11/22 11/23
11/24 11/25 11/25
12/6 12/7 12/9 12/11
12/15 12/25 13/2 13/7
13/18 14/16 14/16
14/17 14/19 14/25
15/3 15/4 15/6 15/7
15/8 15/9 15/13 15/18
15/20 15/22 16/7
16/11 16/15 16/15
16/16 16/19 16/21
16/22 16/24 17/11
18/1 18/12 18/6 18/9
18/12 18/13 20/6
20/13 20/15 20/16
20/17 20/18 20/19
20/20 20/25 21/3 21/4
21/14 21/16 21/16
22/5
that's [13] 2/21 4/2
4/18 5/8 6/9 7/2 9/10
14/23 16/25 17/8
17/22 20/22 20/25
theft [1] 14/15
their [7] 2/23 3/13 3/14
8/1 13/20 14/22 17/3
them [17] 2/17 3/1
3/12 4/24 4/24 5/1 7/4
8/23 9/21 13/4 14/10
14/12 14/20 14/20
14/24 19/11 20/5
themselves [1] 2/22
then [8] 2/17 4/25 5/20
7/4 9/16 12/20 12/23
20/21
there [23] 3/24 4/2 6/7
6/14 7/7 7/8 7/14 8/6
8/11 8/15 10/4 10/22
10/25 10/25 11/6 13/3
15/7 15/13 16/13
16/23 18/24 19/15

there's [9] 2/19 10/11
12/31 14/19 15/7 18/22
18/23 20/18 20/23
thereby [1] 5/11
therefore [3] 5/24
14/11 14/24
these [2] 3/25 6/24
they [17] 3/3 3/4 3/5
3/11 3/12 4/22 7/21
7/23 9/24 10/6 10/6
11/9 11/11 14/10
21/15 21/19 21/19
thing [4] 2/16 9/10 9/19
20/11
things [4] 3/24 4/2
17/14 19/19
think [12] 4/11 4/18
5/17 6/3 9/6 10/4 11/5
11/12 16/25 18/21
20/23 21/18
third [1] 12/14
this [13] 3/9 6/16 6/16
9/10 11/1 11/13 12/2
14/19 17/18 18/23
19/11 19/14 21/18
Thomas [1] 3/6
those [12] 2/24 4/4
6/18 8/22 11/23 12/23
13/3 14/5 14/13 14/14
18/15 20/20
thought [4] 4/15 6/20
6/24 15/6
thoughtful [2] 3/4 6/21
three [3] 14/9 21/6
21/11
threw [2] 12/10 12/11
through [2] 8/1 14/3
throw [1] 5/7
thrown [1] 9/21
time [6] 2/14 4/10 4/17
5/23 21/2 21/3
tiny [1] 6/7
today [9] 2/2 17/12
17/25 18/6 18/16
18/20 20/15 21/7
21/11
together [1] 12/17
Tommy [1] 19/25
toss [1] 5/6
total [1] 9/12
touch [1] 12/1
touchings [1] 14/11
traitors [1] 9/1
transcription [1] 22/6
trial [7] 1/8 2/3 2/8 2/14
6/22 6/23 22/1
trolling [1] 10/4 10/6
10/12
true [1] 14/23
Trump [1] 13/14
try [1] 5/21
trying [4] 5/4 5/8 8/7
13/14
tunnel [1] 11/6
two [2] 14/10 17/14
type [1] 7/25
tyrannis [1] 9/2
tyrant [1] 8/24

ultimately [2] 7/11 8/8
underlying [1] 17/16
understand [1] 9/24
Unit [1] 7/21
UNITED [6] 1/1 1/2 1/9
1/11 1/15 2/3
unwanted [1] 14/11
up [10] 5/9 6/14 7/8
8/6 8/14 8/16 10/23
11/2 17/1 20/19
upset [1] 10/21
us [2] 11/22 21/5
use [5] 5/12 14/6 14/20
14/21 14/22
used [1] 4/23
using [1] 12/21

**V**

verdict [3] 2/15 20/13
21/1
versus [1] 2/4
very [2] 3/21 6/5
viable [1] 16/19
vice [3] 7/10 7/17
15/13
video [7] 3/9 4/18 4/25
5/11 6/4 6/11 12/16
videos [3] 2/22 6/13
11/17
vindictive [1] 20/24
violated [2] 18/7 18/10
violations [1] 20/24
violence [6] 10/17
10/25 16/2 16/6 16/8
16/10
violently [1] 11/9
Virginia [1] 9/3
visiting [1] 15/12
Visnovec [2] 4/19 11/3
voice [1] 10/24
voluntarily [1] 14/13
vote [1] 15/25

**W**

walk [3] 3/12 4/12 11/2
Walker [1] 13/8
want [6] 6/25 7/2 18/19
21/2 21/14 21/19
wanted [3] 3/23 5/5
10/23
wants [2] 17/12 21/14
warning [1] 17/25
was [47] 2/22 3/8 3/10
3/20 3/24 4/6 4/8 4/9
4/14 5/25 6/7 6/14
6/21 6/21 7/1 7/6 7/7
7/8 7/10 7/11 7/14
7/18 7/20 8/1 8/2 8/4
8/7 8/8 8/8 8/9 8/10
8/10 8/11 10/4 10/15
10/17 10/18 10/19
12/3 12/10 12/15
12/15 15/11 15/13
16/17 19/15 19/22
Washington [4] 1/4
1/16 1/24 22/12
Washington, [1] 20/2
Washington, D.C [1]

Washington, D.C... [1]
  20/2
wasn't [2]  4/15 5/1
way [2]  9/14 13/19
ways [2]  5/21 6/3
we [17]  2/2 2/14 5/11
  6/25 7/2 8/17 11/17
  13/22 17/5 17/17
  17/24 18/1 18/14
  18/15 19/24 20/20
  21/4
We've [1]  21/2
weapon [6]  5/12 15/3
  15/17 15/17 16/4 16/4
weapons [3]  4/23 7/23
  14/23
week [1]  9/10
weeks [3]  8/14 21/6
  21/11
well [3]  9/9 13/24 19/2
were [22]  3/3 3/4 3/11
  3/12 3/24 4/2 4/12
  4/16 4/17 5/4 5/24 6/6
  7/12 7/23 10/6 10/6
  10/22 11/9 13/20
  16/21 19/10 19/13
weren't [3]  3/4 3/25
  20/19
west [1]  7/9
what [18]  2/22 3/5 4/7
  4/17 4/20 5/15 5/23
  6/9 6/20 6/23 7/2 8/16
  9/3 9/4 9/13 10/11
  10/21 19/1
whatever [1]  21/5
when [6]  3/9 4/14 8/7
  10/5 13/2 21/17
where [5]  4/8 4/19 8/10
  12/20 19/23
whether [4]  3/25 12/4
  14/7 14/23
which [10]  3/19 9/2
  11/6 13/9 13/25 14/6
  16/14 17/3 18/15
  20/12
while [2]  15/7 18/7
who [10]  2/20 2/23
  3/19 8/3 8/16 8/22
  12/17 18/9 21/14
  21/14
wholly [1]  3/6
why [2]  3/16 18/15
Wilkes [1]  9/3
will [18]  2/17 3/18 8/16
  16/1 16/12 18/1 18/5
  18/8 18/11 19/9 19/9
  20/5 20/6 20/7 20/25
  21/4 21/9 21/16
willfully [1]  16/11
willing [1]  9/13
Wisconsin [1]  1/21
wish [2]  2/16 20/17
wished [1]  9/7
within [1]  20/18
witness [2]  3/6 3/19
witnesses [2]  3/2 7/6
witnessing [1]  15/7
words [2]  5/24 16/16
11/20
would [10]  4/15 4/22
  5/6 5/6 5/16 6/16
  10/24 10/25 18/21
  21/4

Y

Yeah [1]  19/6
years [1]  7/2
yelled [1]  3/14
yelling [5]  3/10 3/11
  3/12 3/13 11/10
yes [7]  12/16 17/10
  17/21 19/6 19/8 20/1
  20/19
yet [3]  4/23 5/3 15/9
yield [1]  12/23
you [108]  3/21 3/21
  3/22 3/22 3/23 3/24
  4/2 4/5 4/5 4/7 4/8 4/8
  4/9 4/10 4/11 4/11
  4/11 4/12 4/14 4/16
  4/16 4/17 4/19 4/19
  4/21 4/22 4/23 4/23
  4/24 4/25 5/2 5/2 5/3
  5/4 5/5 5/6 5/6 5/7 5/9
  5/10 5/12 5/12 5/15
  5/16 5/18 5/21 5/21
  5/23 5/23 5/23 6/1 6/2
  6/2 6/7 6/20 6/22 6/23
  6/23 6/24 6/25 9/10
  16/22 16/22 16/24
  17/24 18/3 18/8 18/8
  18/11 18/12 18/14
  18/15 18/18 18/19
  19/2 19/2 19/3 19/4
  19/4 19/7 19/10 19/13
  20/3 20/6 20/7 20/8
  20/14 20/16 20/17
  20/20 21/1 21/2 21/5
  21/6 21/9 21/12 21/13
  21/14 21/14 21/15
  21/15 21/16 21/17
  21/19 21/22 21/23
  21/24 21/24
your [33]  2/7 2/11 4/6
  4/18 4/21 4/25 5/2 5/4
  5/6 5/7 5/8 5/10 5/25
  6/3 6/4 6/5 6/18 6/20
  6/23 7/1 17/7 17/8
  17/14 17/24 18/14
  18/18 19/22 20/8
  20/11 20/13 20/19
  21/12 21/22
yourself [2]  2/6 19/3