To the Honorable Chief Judge Boasberg,

I have written this letter, or some semblance of it a dozen or so times and at least a thousand times in my head. It never seems to translate on paper. I fear this letter will come across as disingenuous or placating and I only wish to convey that is far from my intent. I am sure you have read hundreds or more of these types of letters varying from pleas for mercy, to those of innocence, shifting blame or wholly accepting it, all in an attempt to paint oneself in the most flattering light. I will attempt to refrain from doing any of the above. I believe in the almost 3 years this case has been going on, that you and I have a good understanding of the other man. There are some things that have not been brought up and others that I feel stand to be corrected.

First, I will say that I have read some other letters written by Jan 6 defendants. Many feel the need to proclaim they were misled and cast blame on President Trump and his cronies. This is disingenuous at best and quite frankly beneath both of us. I didn't show up for Donald Trump, so I don't feel the need to blame or disavow him now. Was I lied to? Probably. We have all been lied to by every politician. But it does lend itself to the question I hear so often; why were you there?

There is a myriad of reasons but at the heart of it, the right to vote and the integrity of that vote is the single most important part of this American experiment. Personal freedoms, the checks and balances, the limitations of government, the safeguards only work if we have a fair, free and open election. If that mechanism fails, nothing else matters. I felt the courts had failed to properly hear and investigate the claims of fraud, interference, etc. I was there to show support to lawmakers who I believed had the ability to pursue legal avenues to investigate those claims and rectify the situation if they chose. I was not there with any intent to stop any proceeding or usurp the law. When I went, it was simply to practice my First Amendment Right.

What transpired was not what I intended when I went, and I suspect was far from the intentions of most gathered there. I accept full responsibility for my part in what happened that day. What I witnessed and experienced at that time felt like police brutality and I responded to it. There was nothing calculated. I responded to the most extreme situation I have ever found myself in, juggling adrenaline, fear, and a feeling of injustice. When I went to the rally and walked to the Capital, I was going there to peacefully demonstrate. Heck we were even sightseeing and taking pictures. Everyone I saw there was doing the same and I felt we were being attacked in violation of our rights. Years of hindsight and tens of thousands of hours' worth of video can say I was wrong but at that moment, that was what I felt like and I reacted. With all the information I have since learned, I can acknowledge I was wrong but at that moment, I was simply reacting to what I was experiencing.

I will not blame my actions on anyone other than myself, and am not excusing my conduct, but I have come to understand that my actions were a response to the trauma I was experiencing. I have sought help and understanding for this since then. What I have come to recognize is that there were many people having a traumatic response at that time. There were many veterans there who were clearly suffering from PTSD. I don't know how to convey the feeling of living in an extended state of fight or flight but it is unsustainable and damaging to a person on every level. I have taken steps to learn who I am, the things that trigger me to that response and what I need to do to respond properly. It isn't easy to do, and it isn't easy to admit or even recognize that you are a victim.

Being released from custody by you has been a blessing in that I have had time to learn, heal and change. I continue to believe that I never should have been locked up pre-trial. I thank you for correcting that injustice. Being detained the way I was and the treatment I endured was traumatic and unjust. It wasn't easy readjusting. I don't know how people do it after years or decades of being incarcerated. I thought I would have had more support, but I didn't. I have lost so many people in my life through this. I have lost my job as VP of a company that I helped build from the ground up. I have lost my family, almost all my friends, my dogs, my house, virtually all my belongings, money, dignity, reputation and on and on. Despite all of this, I have managed to thrive.

The government has tried hard to paint me as a monster. That's simply untrue. I have made mistakes, but I've always owned up to them, learned from them and moved forward. I have restarted my life more times than I can remember. Since my release, I have remained law abiding. I attempted to find a job but that was impossible with my charges. I somehow managed to find a pace to live after selling my house, even without a job. I took what little money I had and started my own landscape company. I have been successful in my first year of business. I met an amazing woman who I'm lucky enough to call my fiancé. She is writing a letter as well so I will refrain from going to in depth about this. However, I will say that she speaks the most to my character. This is an accomplished, beautiful woman with a good career, home, friends, family, etc. She quite literally hates Donald Trump and a vast majority of the people who support him. The fact that she saw through everything that was written about me online and stood with me before, during and after my trial should say everything about me and my character. I have rebuilt relationships with my children. They do need me in their lives, and I need them in mine.

I was told by my previous attorney that where I am today versus where I was when I was released from pretrial custody is nothing short of a miracle. He said he has never seen anything like it. He was also taken with my lack of anger when recollecting my treatment while detained. In his experience men get mad at an injustice and seethe. I guess I just don't have it in me anymore. I was angry when I first got released. I was hurting and I was suffering from PTSD. The only place I found support at the time was from people within the Jan 6 community. These are family members of Jan 6 defendants, supporters, etc. I gave interviews on podcasts and TV. I talked to lawyers, supporters, other Jan 6 defendants and their family members.

Over time, I pulled away from this community and am now completely out of that loop. I did so for several reasons. The biggest was the inability of many people in that group and even MAGA as a whole to accept nuanced truth and hold themselves responsible for their actions. I continue to believe that what happened on January 6 was the fault of many. There was a failure of the politicians who encouraged the demonstration to get out of hand, the police who were ill prepared and, in some cases, acted poorly, protestors, including myself who acted improperly. It seems there was a complete failure by the intelligence community and those in charge of the USCP and DC Metro Police. Neither those officers nor the protestors ever should have been in that situation. The events of Jan 6 were avoidable and those who failed to act were directly responsible for helping create it. Like I said in court, there was no single group responsible. The truth here, like in most things, lies somewhere in the middle but nobody wants to talk about the middle. I will, I have and because the country is so divided, the middle is a no man's land and that's where I am now.

As the court is probably aware, I agreed to participate in a NY Times article. I did that for my son. He has felt guilty despite my efforts to assure him I hold him no ill will. I love and respect him and there's

nothing he or any of my boys will do to change that.  He wanted to feel like he was doing something to help and wanted the world to hear our story so that maybe some people would stop looking at us as monsters. Many people will talk about coming together but very few will do so much as listen to someone with whom they disagree, let alone try to change. The NYT photographer was at the Capital on Jan 6. She was assaulted and suffers from PTSD. She couldn't continue working at that building. I never went into the building, and I was nowhere near her that day. I felt guilty for what others did to her. I still do. I apologized to her. We got to talk quite a bit about that day and our lives. I have the utmost respect for her. She has changed me in ways that I can't explain. We were lucky in the fact that very few people who go through something like that on opposite sides get a chance to truly get to know one another. I can't support any group of people who will not acknowledge that what was done to her was wrong. So again, I find myself alone somewhere in the middle.

This entire experience has been surreal. I'm tired of it all. I wish I could go the rest of my life and never have to talk about Jan 6 again. I had a pretty good life before this. I worked hard. I took care of my children and dogs. I wasn't angry or bitter. I wasn't politically active. I have tried not to get angry or let this make me bitter. I have tried to simply take this as another experience and learn what I can. I don't want to be angry with the system, with the court or with our government. I have listened to people in that MAGA community say that the entire government and the courts are corrupt. I was told I would never get a fair trial in DC. I was told that every judge had it in for all of us and that I didn't have a chance. I guess I might be naïve, but I didn't ever hold that opinion. I guess I felt that as long as I showed respect to the court that I would be treated fairly. I have always shown that respect to the court and to the government. I do truly respect the law and the legal process. I believe I have shown that throughout these proceedings. I didn't want to waste the courts' time or the government's time and resources. I tried for several years to resolve this matter. I had every intention of entering a plea at a 30-36 month guideline and even fired a paid attorney because of a conflict in order to do so. That offer was withdrawn before I could cooperate and resolve the matter. I fully expected to have this over with, my time served and be on with my life at this point.

To that end, I am asking what everyone in my position asks for, leniency. I have proven not to be some danger to society. Pretrial services requested that my ankle monitor be removed because I proved that. I have been knocked down to nothing because of this and had to rebuild against all odds. I've literally lost almost everything I had before my arrest. I have paid for my crime. I am truly sorry for my actions and any pain I have caused. I don't know if I can rebuild again. My business won't survive years in prison. I don't know if my relationship with my fiancé will survive years in prison. I fear my relationships with my children won't either. If the goal of punishment is to learn and change, that has been done. I am not the same person I was 3 years ago. There hasn't been a moment in the last 3 years where this hasn't weighed on me. Beyond the year in custody, I have continued to pay for my crimes, as do my family and loved ones. I'm embarrassed by my actions that day and if I could take them back I would. I know that is not typical and not indicative of my character. I assure the court that nothing like that will happen again. I just want to quietly raise my boys, work, and live a life that I can be proud of.