Dear Judge Boasberg,

I am writing this letter on behalf of Brian C. Mock. My name is Laura Williams, and I am Brian's fiancé. Brian and I met December 10th, 2022, well after the events of January 6th. I am writing to describe the man I have spent significant amounts of time with, lived with, traveled with, done life with over the past year. I am a 40-year-old successful, self-employed, IT professional. I own my own home, car, have two large dogs, and a horse that I board off property. My main activities/hobbies outside of work are spending time with my horse, riding, and various fitness adventures.

To give depth to my character assessment I must first describe my father and his connection to this experience despite him having passed away a year before I met Brian. I am very anti-Trump, I have been long before his presidency was a discussion topic. This dislike became stronger as I witnessed my Trump loving father spiral, mentally, into a MAGA, Don't Tread On Me, dark-web, conspiracy theorist. It was heartbreaking to watch and affected our relationship greatly. What ended up being his final year we couldn't even have a conversation that didn't end politically. He contracted Covid (which he believed to be a scam) and subsequently pneumonia among other things brought on by covid. He passed away December 21st, 2021.

When I met Brian I had been single for 5 years and in no major rush to change that. From the day we met and exchanged numbers we spoke on the phone and texted daily, multiple times a day at times. We had our first date a week later and it was on our second date, a week after that, that he told me about his legal situation and being in DC on January 6th. Up to this point and since my dad had passed, honestly, I never thought about January 6th and had no interest in doing so. Yet, here I was listening to a full recount of the day from someone actually there. The problem was, the events of that day and what occurred didn't really match the person I had been talking to. I can't speak to the Brian that was there that day but the one in front of me at that moment seemed a world away. Given my background on the matter you would expect, even Brian expected, me to run for the hills. He had given me every reason to and wouldn't have blamed me if I had. My gut told me this was a different person.

By all accounts and what I've witnessed in the last year I was correct. Even my mom, who spent 42 years with my dad and experienced the worst of his spiral and has equal amounts of hate for Trump, loves Brian. We've watched him work tirelessly to build his landscape business from the ground up this summer and it was amazingly successful in its first season. My friend circle is wide and varied, economically, politically, and socially. They are all aware of his situation, have spent time with him, and agree this isn't someone to be feared or is unhinged in some kind of way. They all love him. This is a person who absolutely loves animals, is incredibly intelligent, and loves his children, and me of course. There is nothing he would do to jeopardize all he has gained in the last year, especially me.

I sincerely hope that you take this letter into consideration at the time of sentencing. I, along with my friends and family, believe Brian to be a good human and a valuable member of our lives and community.


Sincerely,

*Laura Williams*

Laura Williams