To The Honorable Judge Boasberg,

    My name is Anthony James Mock, writing this for Brian Mock. I am asking for leniency in his upcoming sentencing hearing. I am Brians eldest son, and throughout my life, he's been one of the few constants I could count on. Him and my mom, despite being divorced, always tried their best to put their differences aside and do what's right for my brother and I. Then when he had 2 more children, it was no different. He took every opportunity he could to be together with the four of us, despite us having 2 different mothers, wildly different schedules, and with me especially, being an adult and having my own life. But he never quit, and even to this day he never misses an opportunity to see any one of us. As long as I can remember, my father has been a fighter for his children, and shown us nothing but love and support. I came out as gay to him when I was in my sophomore year of high school, 2017, my father was one of the first people I told. I was met with these words: "I love you, and I'm proud of you son." When I was in high school, he made sure he was at every single band concert he could possibly attend - despite it being quite boring at times. At my senior year marching band show in late 2019, he was right there in the front row with my brothers, my mother, and my grandparents, all cheering me on when my name was called for senior recognition. When we lived in Minneapolis, during the COVID-19 lockdowns and George Floyd protests, we had some very tough times financially as a family. We've struggled financially all my life, but 2020 hit us hard, much like it did the rest of the lower class. My brothers and I never had to worry about whether or not my father was going to be able to put food on the table, keep a roof over our heads, or keep our hot water running. Despite it being difficult, dad is dad. He has all the answers, and he's been strong and has been able to figure everything out as long as we've all been alive. The first time I ever heard my dad say the words "I'm scared" was that first day in jail, back in the Summer of 2021. From that day forward, to me it almost felt like the roles were reversed. My dad had no one else to turn to, and asked me to be his power of attorney. Seemingly overnight, my life had been turned around - my father was in jail, his face was on the news, and it was all my friends, family, and coworkers could talk to me about. For a year, I took care of my dad's finances, with the

hopes that he would be back soon. A year doesn't seem like a long time, but when the role model you've been looking up to your whole life is suddenly gone, it makes that year go by a lot slower.

   Your honor, I guess what I'm trying to get at here is that my dad is not a bad person. As I testified, we have a complicated relationship. But there is no doubt in my mind that Brian Mock is an honest, loyal, hardworking American. He loves his family, he's always wanted to give his children a better life than the one he was given. He is a good man, who made a mistake. And he is remorseful of that mistake. Every time I talk to him, I hear it in his voice. Every time I visit him, I see it in his eyes. He's remorseful, and he wants his life back - and so do his children. Tristan is 14, turning 15 in about 3 weeks. He's in his freshman year of high school, and he's wondering whether his dad will be in jail for his graduation. Andrew is 12. His favorite sport is hockey, and he plays a bunch of other sports. He's wondering how many more times his dad will get to see him play before he's gone. Jacob is 10, and doesn't really understand why dad was gone for so long, and why he doesn't get to see him as much anymore. And then there's me, AJ. I'm 21. I'm wondering if my dad is going to be out of jail by the time I get married. I'm wondering when the last 3 years of our lives will stop haunting us. What I'm trying to say, is his kids need him, and so do the other people who are lucky enough to call Brian Mock their friend, their son, their brother.

I thank you for taking the time to read this, your honor. Sincerely,

Anthony James "AJ" Mock
612-790-9891
aj.mock2020@gmail.com