Dear Judge Boasberg,

My name is Sheila Price. I am writing in support of Brian Mock. I have known Brian for more than 4 years. We are no longer a couple but we have dated on and off for about 3 years. I am a mother of 4 children. I own my own home and I have worked with the same company for 5 years. I came to testify at Brian's trial but there is much more that wasn't said.

I was not dating Brian during January 6. We had broken up before this. He was seeing Misty Visnovec at the time. They had been dating for less than a month at that point. I haven't met Misty but my cousin does know her and I have seen her social media accounts. I have since read many of her conversations with Brian. I have heard Brian talk about her. I have read what she told the FBI about Brian. I don't wish to speak ill of anyone but that woman has some serious problems and she flat out lied about what she did on January 6th and she lied about Brian. I have talked to Connor about her and I truly feel that she instigated a lot of what happened that day. I think Brian was rebounding from our relationship and in a lot of ways was trying to impress her. Brian wasn't very political and didn't spend much time on social media. That changed when he started dating her. She was very political and aggressive. The guy she was dating before Brian used to get in fights in bars over Trump. She used Brian in a lot of ways and I think he was too good of a guy to her. I'm not trying to say everything that happened there was her fault but I don't think Brian would have gone to DC if it wasn't for her and he definitely wouldn't have gone as far as he did into the crowd if he wasn't following her. I don't think Brian will admit that but I believe it.

As far as Brian goes, I can say I definitely support him. Since we split up, both of us have met other people and we are both happy and engaged. I wish him the best and I think he feels the same. Brian is one of the hardest working people I know. It was one of the struggles in our relationship. He was a salesman and Vice President for his landscape company. He worked crazy hours and during times of the year, I almost didn't hear from him. He loves his kids and he's a good Dad. He is honest and would do anything for anyone. He is outgoing and tries to make friends with people wherever he goes. I have never seen him get violent.

The things that were said about him in the news just didn't match his personality or the person I know. I broke up with him while he was arrested. It was just too much. When he was having issues at his parents house, I agreed to let him stay with me. I wouldn't have let him stay with me and my kids if he was dangerous. We weren't able to make a relationship work. I did watch him struggle when he got out of jail. He clearly had PTSD and he had issues trying to get back in the swing of things. He really didn't have much support. He had to cut ties with his family. His boss cut him off because of optics. It sucks that people didn't stay loyal to him. I know he would have if things were reversed. He tried hard to get a job but nobody would give him a shot. He was always honest and upfront about his legal issues. I think it's their loss. He had to sell his house. He sold or had taken pretty much all his possessions. He found a cabin to rent and then moved in with Laura, his fiancé. He started

his own landscape company. It sounds like he is doing really well. I'm not surprised. Like I said, he is one of the hardest workers I know. He's smart and he knows so much about history and a ton of other subjects.

I know he would take back everything that happened on January 6 if he could. Being locked up was awful. I have never been in trouble with the law so I don't know what jail is like typically but the things I heard him go through is horrible. It sounded like torture and it wasn't right. I know that he has suffered from it. He also is stressed about this everyday. It is just constantly on his mind and he just wants it over. He tries to put on a brave and happy face for everyone but I know he's hurting even though he isn't locked up. When he first got out, he was looking for support and the only place he really had that was the J6 community. He never really seemed to fit in with that group though. If those people went off on some far right things or conspiracy theory stuff, Brian would try to ignore it or talk them in another direction. Many times he'd get off a phone call or video call and be critical of what they said. Over time he kind of pulled away more and more. I know he wanted to just plea out and get things over and done. He talked about that a lot. He just didn't want to stand up and admit to something that wasn't true. He wasn't going to lie to get off easier. That's not who he is.

Like I said, I don't know exactly how the system works because I've never been in it. I know the prosecutor wants some large amount of time. I think he has paid more than enough for what he did. He has lost so much and he really has changed from who he was 3 years ago. He has a good thing with Laura. He has a good business. His boys need him around, especially Tristan, his 15 year old. It's his first year of high school and I can't imagine Brian not being there for it. Like I said, he isn't violent or dangerous. He's a good guy who I consider a friend. There aren't many ex-girlfriend's who would fly across the country to testify at trial or take the time to write a letter to a judge. That should say something. Please show Brian some kindness and mercy. He deserves it.

Shiela Price