UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| vs. | : Case No.: 21-CR-444 (JEB) |
| **BRIAN CHRISTOPHER MOCK,** | : |
| Defendant. | : |

# NOTICE OF APPEAL

**Name and address of appellant:**   Brian Christopher Mock

**Name and address of appellant's attorney:**   Michelle Peterson
Chief Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offenses:** 18 U.S.C. §§ 1512(c)(2) & 2: Obstruction & Aiding and Abetting
18 U.S.C. § 231(a)(3) Civil Disorder
18 U.S.C. §§ 111(a)(1) & (b) Assaulting, Resisting, or Impeding Certain Officers (2 counts)
18 U.S.C. § 641 Theft of Government Property
18 U.S.C. §§ 1752(a)(1) & (b)(1)(A) Entering & Remaining in a Restricted Building
18 U.S.C. §§ 1752(a)(2) & (b)(1)(A) Disorderly/Disruptive Conduct in Restricted Building

**Concise statement of judgment or order, giving date, and any sentence:**

JUDGMENT (02/27/24): Defendant sentenced to 33 months incarceration, followed by a 24 month term of supervised release, special assessments totaling $710.00, and restitution in the amount of $2,000.00.

**Name and institution where now confined, if not on bail:**

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

| | |
|---|---|
| February 29, 2024 | Brian Christopher Mock |
| DATE | APPELLANT |
| | |
| CJA, NO FEE ___FPD___ | A. J. Kramer |
| PAID USDC FEE ___NO___ | FEDERAL PUBLIC DEFENDER |
| PAID USCA FEE ___NO___ | ATTORNEY FOR APPELLANT |

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? No