APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00444−JEB</u>−1

Case title: USA v. MOCK

Magistrate judge case number: 1:21−mj−00469−RMM

Date Filed: 06/30/2021

Assigned to: Chief Judge James E. Boasberg

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **BRIAN CHRISTOPHER MOCK** | represented by | **Keala Ede** |

300 South Fourth Street
U.S. Courthouse
Suite 107
Minneapolis, MN 55415
612−664−5858
Fax: 612−664−5850
Email: keala_ede@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Michelle M. Peterson**
FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF COLUMBIA
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208−7500 ext 125
Fax: (202) 208−7515
Email: shelli_peterson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Peter R. Moyers**
THE MOYERS LAW FIRM
601 Sawyer Terrace
Box 5041
53705, Suite 1000
Madison, WI 53705
608−286−8399

1

Email: peter@moyerslawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**William Lee Shipley , Jr.**
LAW OFFICES OF WILLIAM L.
SHIPLEY
PO Box 745
Kailua, HI 96734
808−228−1341
Email: 808Shipleylaw@gmail.com
*TERMINATED: 01/25/2023*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:231(a)(3); CIVIL DISORDER; Civil Disorder (1) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:231(a)(3); CIVIL DISORDER; Civil Disorder (1s) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (1ss) | Defendant sentenced to thirty−three (33) months incarceration to run concurrently with all other counts, followed by a twenty−four (24) month concurrent Supervised Release term, a $100 Special Assessment, and Restitution in the amount of $2000. |
| 18:111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (2−3) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (2s−3s) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:231(a)(3); CIVIL DISORDER; Civil Disorder (2ss) | Defendant sentenced to thirty−three (33) months incarceration to run concurrently with all other counts, followed by a twenty−four (24) month concurrent Supervised Release term, a $100 Special Assessment, and Restitution in the amount of $2000. |
| 18:111(a)(1); ASSAULTING/RESISTING/IMPEDING | Defendant sentenced to thirty−three (33) months incarceration to run concurrently |

2

| | |
|---|---|
| OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (3ss–4ss) | with all other counts, followed by a twenty–four (24) month concurrent Supervised Release term, a $100 Special Assessment, and Restitution in the amount of $2000. |
| 18:641; THEFT/EMBEZZLEMENT OF U. S. PROPERTY; Theft of Government Property (4) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:641; THEFT/EMBEZZLEMENT OF U. S. PROPERTY; Theft of Government Property (4s) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (5) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (5s) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon (5ss) | Defendant sentenced to thirty–three (33) months incarceration to run concurrently with all other counts, followed by a twenty–four (24) month concurrent Supervised Release term, a $100 Special Assessment, and Restitution in the amount of $2000. |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (6) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (6s) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (6ss) | Defendant sentenced to thirty–three (33) months incarceration to run concurrently with all other counts, followed by a twenty–four (24) month concurrent Supervised Release term, a $100 Special Assessment, and Restitution in the amount of $2000. |

18:1752(a)(4); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Engaging in Physical Violence in a
Restricted Building or Grounds
(7)

DISMISSED ON ORAL MOTION BY THE
GOVERNMENT.

18:1752(a)(4); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Engaging in Physical Violence in a
Restricted Building or Grounds
(7s)

DISMISSED ON ORAL MOTION BY THE
GOVERNMENT.

18:641; THEFT/EMBEZZLEMENT OF
U. S. PROPERTY; Theft of Government
Property
(7ss)

Defendant sentenced to twelve (12) months
incarceration to run concurrently with all
other counts, followed by a twelve (12)
month concurrent Supervised Release term,
a $25 Special Assessment, and Restitution in
the amount of $2000.

40:5104(e)(2)(D); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Disorderly
Conduct in a Capitol Building
(8)

DISMISSED ON ORAL MOTION BY THE
GOVERNMENT.

40:5104(e)(2)(D); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Disorderly
Conduct in a Capitol Building
(8s)

DISMISSED ON ORAL MOTION BY THE
GOVERNMENT.

18:1752(a)(1) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Entering and Remaining in a
Restricted Building or Grounds with a
Deadly or Dangerous Weapon
(8ss)

Defendant sentenced to twelve (12) months
incarceration to run concurrently with all
other counts, followed by a twelve (12)
month concurrent Supervised Release term,
a $25 Special Assessment, and Restitution in
the amount of $2000.

40:5104(e)(2)(F); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Act of Physical
Violence in the Capitol Grounds or
Buildings
(9)

DISMISSED ON ORAL MOTION BY THE
GOVERNMENT.

40:5104(e)(2)(F); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Act of Physical
Violence in the Capitol Grounds or
Buildings
(9s)

DISMISSED ON ORAL MOTION BY THE
GOVERNMENT.

18:1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or

Defendant sentenced to twelve (12) months
incarceration to run concurrently with all
other counts, followed by a twelve (12)
month concurrent Supervised Release term,

| | |
|---|---|
| Grounds with a Deadly or Dangerous Weapon (9ss) | a $25 Special Assessment, and Restitution in the amount of $2000. |
| 18:1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon (10ss) | Defendant sentenced to twelve (12) months incarceration to run concurrently with all other counts, followed by a twelve (12) month concurrent Supervised Release term, a $25 Special Assessment, and Restitution in the amount of $2000. |
| 40:5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in the Capitol Grounds or Buildings (11ss) | Defendant sentenced to six (6) months incarceration to run concurrently with all other counts, a $10 Special Assessment, and Restitution in the amount of $2000. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| OMPLAINT in Violation of 18:111(a)(1), 18:1752(a)(1),(2), 18:231(a)(3) and 40:5104(e)(2)(F) | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Amanda Jawad** DOJ–USAO 211 W. Fort Street Suite 2001 Detroit, MI 48226 (313) 226–9116 Email: amanda.jawad@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Assistant U.S. Attorney* |
| | | **Michael Matthew Gordon** DOJ–USAO |

Criminal Division, Violent Crimes and
Narcotics Section
400 North Tampa Street
Suite 3200
Tampa, FL 33602
(813) 274–6370
Email: michael.gordon3@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Michael Lawrence Jones**
DOJ–TAX
Tax Division, Southern Criminal
Enforcement Section
150 M Street NE
Suite Mail Stop 1.1505
Washington, DC 20002
202–252–7820
Email: michael.jones@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2021 | 1 | SEALED COMPLAINT as to BRIAN CHRISTOPHER MOCK (1). (Attachments: # 1 Statement of Facts) (zstd) [1:21–mj–00469–RMM] (Entered: 06/10/2021) |
| 06/10/2021 | 3 | MOTION to Seal Case by USA as to BRIAN CHRISTOPHER MOCK. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21–mj–00469–RMM] (Entered: 06/10/2021) |
| 06/10/2021 | 4 | ORDER granting 3 Motion to Seal Case as to BRIAN CHRISTOPHER MOCK (1). Signed by Magistrate Judge Robin M. Meriweather on 06/10/2021. (zstd) [1:21–mj–00469–RMM] (Entered: 06/10/2021) |
| 06/11/2021 | 5 | Arrest Warrant Returned Executed on 6/11/2021 Minneapolis, MN as to BRIAN CHRISTOPHER MOCK. (bb) (Main Document 5 replaced on 6/11/2021) (bb). [1:21–mj–00469–RMM] (Entered: 06/11/2021) |
| 06/11/2021 | | Case unsealed as to BRIAN CHRISTOPHER MOCK (bb) [1:21–mj–00469–RMM] (Entered: 06/11/2021) |
| 06/11/2021 | | Arrest of BRIAN CHRISTOPHER MOCK in Minnesota. (zstd) [1:21–mj–00469–RMM] (Entered: 06/11/2021) |
| 06/15/2021 | | MINUTE ORDER as to Defendant BRIAN CHRISTOPHER MOCK : It is hereby ORDERED that Defendant BRIAN CHRISTOPHER MOCK appear for an initial appearance on Friday, June 18, 2021 at 1:00 p.m. before Magistrate Judge Zia M. Faruqui. The hearing will be conducted by video teleconference; call–in instructions will be provided to counsel prior to the hearing. Counsel for the United States is directed to ensure that counsel for Defendant has received this Order and will provide the information to Defendant. If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this |

| | | |
|---|---|---|
| | | Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202–354–3173; So Ordered by Magistrate Judge Zia M. Faruqui on 6/15/2021. (kk) [1:21–mj–00469–RMM] (Entered: 06/15/2021) |
| 06/16/2021 | 6 | Emergency MOTION to Stay , MOTION to Review *Release Order* by USA as to BRIAN CHRISTOPHER MOCK. (Jawad, Amanda) [1:21–mj–00469–RMM] (Entered: 06/16/2021) |
| 06/16/2021 | 7 | MOTION for Order *to Transport Defendant* by USA as to BRIAN CHRISTOPHER MOCK. (Jawad, Amanda) [1:21–mj–00469–RMM] (Entered: 06/16/2021) |
| 06/16/2021 | 8 | ORDER, as to BRIAN CHRISTOPHER MOCK, GRANTING the government's 6 Motion for Emergency Stay and for Review of Release Order. Signed by Chief Judge Beryl A. Howell on June 16, 2021. (lcbah2) [1:21–mj–00469–RMM] (Entered: 06/16/2021) |
| 06/16/2021 | | MINUTE ORDER (paperless), as to BRIAN CHRISTOPHER MOCK, DENYING the government's 7 Motion for Transport Order without prejudice pending review of the release order issued by the District of Minnesota Magistrate Judge and DIRECTING the parties to submit, by June 17, 2021 at 12:00 PM, a joint briefing schedule regarding the government's 6 Motion for Emergency Stay and for Review of Release Order. Signed by Chief Judge Beryl A. Howell on June 16, 2021. (lcbah2) [1:21–mj–00469–RMM] (Entered: 06/16/2021) |
| 06/17/2021 | 9 | NOTICE OF ATTORNEY APPEARANCE: Keala Ede appearing for BRIAN CHRISTOPHER MOCK (Ede, Keala) [1:21–mj–00469–RMM] (Entered: 06/17/2021) |
| 06/17/2021 | 10 | Joint PROPOSED BRIEFING SCHEDULE*regarding Government's Motion for Emergeny Stay and for Review of Release Order* by USA as to BRIAN CHRISTOPHER MOCK (Jawad, Amanda) [1:21–mj–00469–RMM] (Entered: 06/17/2021) |
| 06/17/2021 | | MINUTE ORDER (paperless) as to BRIAN CHRISTOPHER MOCK ISSUING, in light of the parties' 10 Joint Proposed Briefing Schedule, the following SCHEDULING ORDER to control the timing of proceedings in this matter: (1) by June 17, 2021, defendant shall submit any response to the government's 6 Motion for Emergency Stay and for Review of Release Order; (2) by June 18, 2021 at 12:00 PM, the government shall submit any reply to defendant's response. Signed by Chief Judge Beryl A. Howell on June 17, 2021. (lcbah2) [1:21–mj–00469–RMM] (Entered: 06/17/2021) |
| 06/17/2021 | | NOTICE OF HEARING as to BRIAN CHRISTOPHER MOCK. The parties shall take notice that a Motion Hearing re 6 Motion for Emergency Stay and for Review of Release Order, is scheduled for 6/22/2021 at 10:15 AM via videoconference before Chief Judge Beryl A. Howell. A videoconference link will be provided by the deputy clerk.(hmc) [1:21–mj–00469–RMM] (Entered: 06/17/2021) |
| 06/17/2021 | | Set/Reset Hearings as to BRIAN CHRISTOPHER MOCK: Motion Hearing set for 6/22/2021 at 10:15 AM before Chief Judge Beryl A. Howell. (ztg) [1:21–mj–00469–RMM] (Entered: 06/17/2021) |

| 06/17/2021 | 11 | RESPONSE by BRIAN CHRISTOPHER MOCK re 6 Emergency MOTION to Stay MOTION to Review *Release Order* (Ede, Keala) [1:21−mj−00469−RMM] (Entered: 06/17/2021) |
|---|---|---|
| 06/18/2021 | 13 | REPLY in Support by USA as to BRIAN CHRISTOPHER MOCK re 6 Emergency MOTION to Stay MOTION to Review *Release Order* (Jawad, Amanda) [1:21−mj−00469−RMM] (Entered: 06/18/2021) |
| 06/20/2021 | | MINUTE ORDER (paperless) as to BRIAN CHRISTOPHER MOCK DIRECTING the government to comply with LCrR 49(e)(1) and submit promptly notice of filing regarding video evidence marked as government's Exhibit A and Exhibit E, which notice shall describe (a) the length of the video exhibits and (b) the date and time stamps, if any, on the video exhibits. *See* LCrR 49(e)(1) ("Any document, exhibit, or attachment... that... is not in a format that readily permits electronic filing... must be identified in a Notice of Filing filed with the Court."); *see* Standing Order No. 21−28 (BAH), *In re: Media Access to Video Exhibits in Pretrial Hearings During the COVID−19 Pandemic*, &#182 D. Signed by Chief Judge Beryl A. Howell on June 20, 2021. (lcbah2) [1:21−mj−00469−RMM] (Entered: 06/20/2021) |
| 06/20/2021 | | MINUTE ORDER (paperless) as to BRIAN CHRISTOPHER MOCK DIRECTING the parties to provide, by the time of the hearing on June 22, 2021, their positions regarding prompt public release of the video evidence marked as government's Exhibit A and Exhibit E. Signed by Chief Judge Beryl A. Howell on June 20, 2021. (lcbah2) [1:21−mj−00469−RMM] (Entered: 06/20/2021) |
| 06/20/2021 | 14 | NOTICE *of Filing of Exhibits Pursuant to Rule 49* by USA as to BRIAN CHRISTOPHER MOCK (Jawad, Amanda) [1:21−mj−00469−RMM] (Entered: 06/20/2021) |
| 06/22/2021 | | Set/Reset Hearings as to BRIAN CHRISTOPHER MOCK: Motion Hearing RESCHEDULED for 6/22/2021 at 2:30 PM via videoconference before Chief Judge Beryl A. Howell. (ztg) [1:21−mj−00469−RMM] (Entered: 06/22/2021) |
| 06/22/2021 | | MINUTE ORDER: Upon review of the docket from the arresting jurisdiction and representation from the Public Defenders Office, the Court notes that Defendant was appointed counsel to represent him in the arresting jurisdiction after an eligibility finding. The same attorney has entered an appearance in the instant matter on behalf of the defendant. The Court therefore finds that Defendant is eligible for court−appointed counsel and appoints Keala Ede to represent him. Signed by Magistrate Judge Zia M. Faruqui on 6/22/2021. (ztl) [1:21−mj−00469−RMM] (Entered: 06/22/2021) |
| 06/22/2021 | | Terminate Deadlines and Hearings as to BRIAN CHRISTOPHER MOCK: Initial Appearance scheduled for 6/23/2021 at 1:00 PM before Judge Faruqui is VACATED. (ztl) [1:21−mj−00469−RMM] (Entered: 06/22/2021) |
| 06/22/2021 | | Minute Entry for proceedings held before Chief Judge Beryl A. Howell: Motion Hearing as to BRIAN CHRISTOPHER MOCK held via videoconference on 6/22/2021, regarding 6 MOTION to Review *Release Order* filed by USA. The defendant agreed to appear via videoconference after consultation with counsel. Argument heard on the motion, further briefing to be submitted by both parties. Video evidence marked as government's Exhibit A and Exhibit E shall be made public. Bond Status of Defendant: Defendant committed. Defense Attorney: Keala Ede; US Attorney: Amanda Jawad; Pretrial Officer: John Copes. Court Reporter: Elizabeth Saint−Loth. (ztg) [1:21−mj−00469−RMM] (Entered: 06/22/2021) |

| 06/22/2021 | 17 | Application for Access to Video Exhibits by THE PRESS COALITION as to BRIAN CHRISTOPHER MOCK. (zstd) [1:21–mj–00469–RMM] (Entered: 06/28/2021) |
|---|---|---|
| 06/23/2021 | 15 | SUPPLEMENT by BRIAN CHRISTOPHER MOCK re 11 Response to motion *(GOVERNMENTS MOTION FOR EMERGENCY STAY AND FOR REVIEW OF RELEASE ORDER)* (Ede, Keala) [1:21–mj–00469–RMM] (Entered: 06/23/2021) |
| 06/23/2021 | | MINUTE ORDER (paperless), as to BRIAN CHRISTOPHER MOCK, DIRECTING the government, after consultation with and consent of the parties during defendant's June 22, 2021 motion hearing, promptly to make the video exhibits submitted as exhibits as support for the government's 6 Motion for Emergency Stay and for Review of Release Order, publicly available without restrictions, including by providing access using the "drop box" technical solution described in Standing Order 21–28, *In re: Media Access to Video Exhibits in Pretrial Capitol Cases*. Signed by Chief Judge Beryl A. Howell on June 23, 2021. (lcbah2) [1:21–mj–00469–RMM] (Entered: 06/23/2021) |
| 06/24/2021 | 16 | SUPPLEMENT by USA as to BRIAN CHRISTOPHER MOCK re. 15 *Response to Defendant's Supplemental Memorandum in Opposition to Government's Motion for Emergency Stay and for Review of Release Order* (Jawad, Amanda)[1:21–mj–00469–RMM] Modified to link event on 7/1/2021 (zstd). (Entered: 06/24/2021) |
| 06/29/2021 | 20 | ORDER of DETENTION PENDING TRIAL as to BRIAN CHRISTOPHER MOCK. Signed by Chief Judge Beryl A. Howell on June 29, 2021. (lcbah2) [1:21–mj–00469–RMM] (Entered: 06/29/2021) |
| 06/29/2021 | 21 | TRANSPORT ORDER as to BRIAN CHRISTOPHER MOCK. Signed by Chief Judge Beryl A. Howell on June 29, 2021. (lcbah2) [1:21–mj–00469–RMM] (Entered: 06/29/2021) |
| 06/30/2021 | 22 | INDICTMENT as to BRIAN CHRISTOPHER MOCK (1) count(s) 1, 2–3, 4, 5, 6, 7, 8, 9. (zstd) (Entered: 07/01/2021) |
| 07/12/2021 | 24 | ENTERED IN ERROR..... STATUS REPORT *as to Discovery* by USA as to BRIAN CHRISTOPHER MOCK (Jawad, Amanda) Modified on 7/13/2021 (zstd). (Entered: 07/12/2021) |
| 07/12/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: as to BRIAN CHRISTOPHER MOCK re 24 Status Report was entered in error and counsel was instructed to refile said pleading using event Notices (Other). (zstd) (Entered: 07/13/2021) |
| 07/13/2021 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): Pursuant to the Due Process Protections Act, the Court ORDERS that all government counsel shall review their disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. So ORDERED by Judge James E. Boasberg on 7/13/2021. (nbn) (Entered: 07/13/2021) |
| 07/13/2021 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): After discussion with the parties, the Court ORDERS an Arraignment/Status Conference is set for 7/14/2021 at 2:30 PM before Judge James E. Boasberg. The hearing will proceed by |

| | | |
|---|---|---|
| | | videoconference for the parties and by telephone for members of the public. Pursuant to Standing Order 20–20 (BAH), the Court will provide public access to the hearing. It is hereby ORDERED that the participants using the public access telephone line shall adhere to the rules set forth in Standing Order 20–20 (BAH), available on the Court's website. Toll Free Number: 866–434–5269; Access Code: 2989848. So ORDERED by Judge James E. Boasberg on 7/13/2021. (nbn) (Entered: 07/13/2021) |
| 07/13/2021 | 25 | Memorandum Regarding Status of Discovery by USA as to BRIAN CHRISTOPHER MOCK (Jawad, Amanda) Modified text on 7/13/2021 (zstd). (Entered: 07/13/2021) |
| 07/14/2021 | | Minute Entry for proceedings held before Judge James E. Boasberg:Video Arraignment as to BRIAN CHRISTOPHER MOCK (1) held on 7/14/2021. Defendant ARRAIGNED and a plea of NOT GUILTY entered by BRIAN CHRISTOPHER MOCK (1) as to counts 1–9. The Court will Toll Speedy Trial between July 14, 2021 and September 14, 2021 in the Interest of Justice (XT). Excludable started as to BRIAN CHRISTOPHER MOCK (1). Status Conference set for 9/14/2021 at 10:00 AM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains COMMITTED/appeared via video; Court Reporter: Lisa Griffith; Defense Attorney: Keala Ede; US Attorney: Amanda Jawad. (nbn) (Entered: 07/14/2021) |
| 07/27/2021 | 26 | Unopposed MOTION for Protective Order by USA as to BRIAN CHRISTOPHER MOCK. (Jawad, Amanda) (Entered: 07/27/2021) |
| 07/27/2021 | 27 | ORDER granting 26 Motion for Protective Order as to BRIAN CHRISTOPHER MOCK (1). Signed by Judge James E. Boasberg on 7/27/2021. (nbn) (Entered: 07/27/2021) |
| 09/10/2021 | | NOTICE OF COURTROOM TIME CHANGE in case as to BRIAN CHRISTOPHER MOCK (1).Status Conference set for 9/14/2021 at 10:15 AM in Telephonic/VTC before Judge James E. Boasberg. (znbn) (Entered: 09/10/2021) |
| 09/13/2021 | 28 | NOTICE of Filing of Discovery Letter by USA as to BRIAN CHRISTOPHER MOCK (Jawad, Amanda) (Entered: 09/13/2021) |
| 09/13/2021 | 29 | NOTICE of Filing of Discovery Request Letter by BRIAN CHRISTOPHER MOCK (Ede, Keala) (Entered: 09/13/2021) |
| 09/14/2021 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to BRIAN CHRISTOPHER MOCK (1) held on 9/14/2021. Oral request by the defendant for a Faretta Motion and Hearing, GRANTED. A sealed/ex parte Motion Hearing is set for September 23, 2021 at 2:00 PM. The Court will Toll Speedy Trial between September 14, 2021 and September 23, 2021 in the Interest of Justice (XT). Excludable started as to BRIAN CHRISTOPHER MOCK (1). Bond Status of Defendant: remains COMMITTED/appeared via video; Court Reporter: Lisa Griffith; Defense Attorney: Keala Ede; US Attorney: Amanda Jawad. (nbn) (Entered: 09/14/2021) |
| 09/23/2021 | | Minute Entry for proceedings held before Judge James E. Boasberg: Faretta Motion Hearing (Ex Parte/Sealed) as to BRIAN CHRISTOPHER MOCK held on 9/23/2021. The Court ORDERS that the defense motion is GRANTED. The Court will Toll Speedy Trial between September 23, 2021 and November 19, 2021 in the Interest of Justice (XT). Excludable started as to BRIAN CHRISTOPHER MOCK (1). Status Conference set for 11/19/2021 at 10:00 AM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: COMMITTED; Court Reporter: Lisa Griffith; Defense Attorney: Keala Ede (Standby Counsel); US Attorney: Amanda |

| | | |
|---|---|---|
| | | Jawad/appeared via video. (znbn) Modified to correct hearing type on 9/24/2021 (znbn). (Entered: 09/23/2021) |
| 10/08/2021 | 30 | NOTICE *of Filing* by USA as to BRIAN CHRISTOPHER MOCK (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Jawad, Amanda) Modified text on 10/11/2021 (zstd). (Entered: 10/08/2021) |
| 10/25/2021 | 31 | NOTICE *of Memorandum Regarding Status of Discovery* by USA as to BRIAN CHRISTOPHER MOCK (Jawad, Amanda) (Entered: 10/25/2021) |
| 11/16/2021 | 32 | NOTICE *of Memorandum Regarding Status of Discovery* by USA as to BRIAN CHRISTOPHER MOCK (Jawad, Amanda) (Entered: 11/16/2021) |
| 11/19/2021 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to BRIAN CHRISTOPHER MOCK (1) held on 11/19/2021. The Court will Toll Speedy Trial between November 19, 2021 and December 16, 2021 in the Interest of Justice (XT). Excludable started as to BRIAN CHRISTOPHER MOCK (1). Status Conference set for 12/16/2021 at 12:00 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: COMMITTED/appeared via video; Court Reporter: Lisa Griffith; Defense Attorney: Keala Ede (standby counsel); US Attorney: Amanda Jawad. (nbn) (Entered: 11/19/2021) |
| 11/19/2021 | 33 | Unopposed MOTION for Disclosure *of 6(e) and Sealed Materials in Discovery* by USA as to BRIAN CHRISTOPHER MOCK. (Attachments: # 1 Text of Proposed Order)(Jawad, Amanda) (Entered: 11/19/2021) |
| 11/19/2021 | 34 | ORDER granting 33 Motion for Disclosure as to BRIAN CHRISTOPHER MOCK (1). Signed by Judge James E. Boasberg on 11/19/2021. (znbn) (Entered: 11/22/2021) |
| 11/22/2021 | 35 | Defendant's MOTION to Dismiss All Counts of Indictmentby BRIAN CHRISTOPHER MOCK. " Leave to File Granted" by Judge James E. Boasberg on 11/22/2021. (bb) (Entered: 11/22/2021) |
| 12/01/2021 | 36 | SUPERSEDING INDICTMENT as to BRIAN CHRISTOPHER MOCK (1) count(s) 1s, 2s–3s, 4s, 5s, 6s, 7s, 8s, 9s. (zstd) (Entered: 12/01/2021) |
| 12/07/2021 | 38 | RESPONSE by USA as to BRIAN CHRISTOPHER MOCK re 35 MOTION to Dismiss Case (Jawad, Amanda) (Entered: 12/07/2021) |
| 12/16/2021 | | Minute Entry for proceedings held before Judge James E. Boasberg: Arraignment as to BRIAN CHRISTOPHER MOCK (1) on Count 1s – 9s held on 12/16/2021. Plea of Not Guilty entered on Counts 1s – 9s. Speedy Trial Excludable (XT) started 12/16/21 until 1/14/22, in the interest of justice. **Status Conference set for 1/14/2022 at 11:00 AM in Courtroom 25A– In Person before Judge James E. Boasberg.** Bond Status of Defendant: COMMITTED/appeared via video; Court Reporter: Lisa Griffith; Defense Attorney: Keala Ede (standby counsel); US Attorney: Amanda Jawad. (zgdf) (Entered: 12/20/2021) |
| 12/22/2021 | 41 | Rule 5(c)(3) Documents Received as to BRIAN CHRISTOPHER MOCK from US District Court for the District of Minnesota (DMN) Case Number 0:21–mj–445–HB–1 (bb) (Entered: 02/11/2022) |
| 01/05/2022 | | NOTICE OF COURTROOM TIME and LOCATION CHANGE in case as to BRIAN CHRISTOPHER MOCK (1): Status Conference set for 1/14/2022 at 02:45 PM via ZOOM Video before Judge James E. Boasberg. (nbn) (Entered: 01/05/2022) |

| 01/14/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to BRIAN CHRISTOPHER MOCK (1) held on 1/14/2022. Oral Motion for "review of bond conditions" by the defendant, HEARD and taken under advisement. The Court will Toll Speedy Trial between January 14, 2022 and January 20, 2022, in the interest of justice (XT). Excludable started as to BRIAN CHRISTOPHER MOCK (1). Status Conference set for 1/20/2022 at 12:30 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains COMMITTED/appeared via Zoom video; Court Reporter: Lisa Griffith; Defense Attorney: Keala Ede (standby counsel); US Attorney: Amanda Jawaad. (nbn) Modified to adjust time based on DOC availability on 1/18/2022 (nbn). (Entered: 01/14/2022) |
| 01/18/2022 | | NOTICE OF COURTROOM TIME CHANGE in case as to BRIAN CHRISTOPHER MOCK (1). Status Conference set for 1/20/2022 at 12:30 PM in Telephonic/VTC before Judge James E. Boasberg. (nbn) (Entered: 01/18/2022) |
| 01/20/2022 | 39 | NOTICE of Filing of Exhibits by USA as to BRIAN CHRISTOPHER MOCK (Jawad, Amanda) (Entered: 01/20/2022) |
| 01/20/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Bond Hearing as to BRIAN CHRISTOPHER MOCK (1) held on 1/20/2022. Oral arguments heard, motion taken under advisement. The Court will Toll Speedy Trial between January 20, 2022 and February 10, 2022, in the interest of justice (XT). Bond Status of Defendant: remains COMMITTED/appeared via Zoom video; Court Reporter: Lisa Griffith; Defense Attorney: Keala Ede (standby counsel); US Attorney: Amanda Jawad. (nbn) (Entered: 01/20/2022) |
| 01/26/2022 | 40 | ORDER DENYING BOND and DENYING 35 Motion to Dismiss All Counts of Indictment as to BRIAN CHRISTOPHER MOCK (1). Signed by Judge James E. Boasberg on 1/26/2022. (nbn) (Entered: 01/26/2022) |
| 02/08/2022 | | NOTICE OF HEARING as to BRIAN CHRISTOPHER MOCK(1).Status Conference set for 2/10/2022 at 01:30 PM in Telephonic/VTC before Judge James E. Boasberg. (nbn) (Entered: 02/08/2022) |
| 02/10/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to BRIAN CHRISTOPHER MOCK (1) held on 2/10/2022. The Court will Toll Speedy Trial between 2/10/2022 and 2/18/2022, in the Interest of Justice (XT). Excludable started as to BRIAN CHRISTOPHER MOCK (1). Status Conference set for 2/18/2022 at 12:30 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains COMMITTED/appeared via Zoom video; Court Reporter: Lisa Griffith; Defense Attorney: Keala Ede (stand by counsel); US Attorney: Amanda Jawad. (nbn) (Entered: 02/10/2022) |
| 02/10/2022 | | ENTERED IN ERROR/ORDER VACATED/ENTERED IN ERROR.....MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): The Court ORDERS the Warden of the D.C. Jail to appear at the hearing set for 2/18/2022 at 12:30 PM via Zoom video before Judge James E. Boasberg. So ORDERED, by Judge James E. Boasberg on 2/10/2022. (nbn) Modified to enter in error on 2/10/2022 (nbn). (Entered: 02/10/2022) |
| 02/10/2022 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): As discussed in today's hearing, the Court ORDERS that the Government shall obtain the presence of a representative of the D.C. Jail at the next hearing on February 18, 2022, at 12:30 p.m.. So ORDERED by Judge James E. Boasberg on 2/10/2022. (nbn) (Entered: 02/10/2022) |

| 02/17/2022 | 42 | NOTICE *of Memorandum Regarding Status of Discovery* by USA as to BRIAN CHRISTOPHER MOCK (Jawad, Amanda) (Entered: 02/17/2022) |
|---|---|---|
| 02/18/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to BRIAN CHRISTOPHER MOCK (1) held on 2/18/2022. The Court will Toll Speedy Trial between February 18, 2022 and April 18, 2022, in the Interest of Justice (XT). Excludable started as to BRIAN CHRISTOPHER MOCK (1). Motion in Limine due by 3/23/2022. Jury Trial set for 4/18/2022 at 09:30 AM in A courtroom will be determined at a later date before Judge James E. Boasberg. Status Conference set for 3/30/2022 at 10:00 AM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains COMMITTED/appeared via Zoom video; Court Reporter: Lisa Griffith; Defense Attorney: Keala Ede (stand–by counsel); US Attorney: Amanda Jawad; Witness: Michelle Wilson (nbn) (Entered: 02/18/2022) |
| 02/25/2022 | 43 | MOTION for Leave to Appear Standby Counsel *(Motion for Appointment of Substitute Standby Counsel)* Attorney: Keala C. Ede., MOTION to Withdraw as Attorney *and for Status Conference* by Keala C. Ede. by BRIAN CHRISTOPHER MOCK. (Ede, Keala) (Entered: 02/25/2022) |
| 02/25/2022 | 44 | NOTICE OF ATTORNEY APPEARANCE Michael Matthew Gordon appearing for USA. (Gordon, Michael) (Entered: 02/25/2022) |
| 02/28/2022 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): The Court ORDERS 43 Motion for Leave to Appear/Motion to Withdraw as Attorney as to BRIAN CHRISTOPHER MOCK (1) is GRANTED. The Court FURTHER ORDERS that the parties appear via video for a Status Conference on 3/7/2022 at 12:30 PM in Telephonic/VTC before Judge James E. Boasberg. So ORDERED, by Judge James E. Boasberg on 2/28/2022. (nbn) (Entered: 02/28/2022) |
| 03/07/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to BRIAN CHRISTOPHER MOCK (1) held on 3/7/2022. The Court ORDERS Jury Trial set for April 18, 2022 VACATED and RESET to May 16, 2022. The Court FURTHER ORDERS that the Speedy Trial Clock is tolled between March 7, 2022 and May 16, 2022, in the Interest of Justice (XT). Excludable started as to BRIAN CHRISTOPHER MOCK (1). A further Status Conference is set for March 22, 2022 at 11:30 AM via Zoom video. Bond Status of Defendant: COMMITTED/appeared via Zoom video; Court Reporter: Lisa Griffith; Defense Attorney: Shelli Peterson (stand–in/stand–by counsel); US Attorney: Amanda Jawad and Michael Gordon. (nbn) (Entered: 03/07/2022) |
| 03/22/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to BRIAN CHRISTOPHER MOCK (1) held on 3/22/2022. Oral request by the defense to "vacate current trial date", HEARD and GRANTED. The Court ORDERS that the Jury Trial set for May 16, 2022 is VACATED and RESET to a date to be determined. The Court FURTHER ORDERS that the Speedy Trial Clock is tolled between March 22, 2022 and May 16, 2022, in the Interest of Justice (XT). Excludable started as to BRIAN CHRISTOPHER MOCK (1).Status Conference set for 5/16/2022 at 02:00 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: COMMITTED/appeared via Zoom; Court Reporter: Lisa Griffith; Defense Attorney: William Shippley; US Attorney: Amanda Jawad and Mike Gordon. (nbn) (Entered: 03/22/2022) |
| 04/04/2022 | 45 | |

| | | |
|---|---|---|
| | | NOTICE OF ATTORNEY APPEARANCE: William Lee Shipley, Jr appearing for BRIAN CHRISTOPHER MOCK (Shipley, William) (Main Document 45 replaced with PDF copy on 4/4/2022) (zstd). (Entered: 04/04/2022) |
| 05/13/2022 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): : The Court ORDERS that: 1) A Bond Review Hearing is set for May 23, 2022 at 3:00 p.m. via Zoom ; and 2) The status conference set for Monday, May 16 at 2:00 pm is VACATED and RESET for May 23, 2022 at 3:00 p.m.. So ORDERED by Judge James E. Boasberg on 5/13/2022. (nbn) (Entered: 05/13/2022) |
| 05/20/2022 | 47 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL as to BRIAN CHRISTOPHER MOCK. (This document is SEALED and only available to authorized persons.) (Shipley, William) . (Entered: 05/20/2022) |
| 05/20/2022 | 48 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by USA as to BRIAN CHRISTOPHER MOCK. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Gordon, Michael) (Entered: 05/20/2022) |
| 05/23/2022 | | MINUTE ORDER granting 48 Sealed Motion for Leave to File Document Under Seal (This document is SEALED and only available to authorized persons.) as to BRIAN CHRISTOPHER MOCK (1). So ORDERED, by Judge James E. Boasberg on 5/20/2022. (znbn) (Entered: 05/23/2022) |
| 05/23/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Detention Hearing as to BRIAN CHRISTOPHER MOCK (1) held on 5/23/2022. Oral discussions heard, MOTION for Reconsideration of Bond GRANTED. The Court ORDERS release STAYED until the Pretrial Service Agent has made third party contact. The Court will toll the Speedy Trial Act between 5/23/2022 and 7/1/2022, in the Interest of Justice (XT). Excludable started as to BRIAN CHRISTOPHER MOCK (1). Order for Release forthcoming. Status Conference set for 7/1/2022 at 03:30 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: COMMITTED PENDING RELEASE/RELEASE STAYED; Court Reporter: Lisa Griffith; Defense Attorney: William Shipley; US Attorney: Michael Gordon; Pretrial Officer: John Copes. (nbn) (Entered: 05/23/2022) |
| 05/24/2022 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): For the reasons discussed in todays hearing, the Court ORDERS that: 1) Defendant's 46 Motion to Reconsider is GRANTED; and 2) Defendants 47 Sealed Motion is DENIED as moot. Signed by Judge James E. Boasberg on 5/23/2022. (znbn) (Entered: 05/24/2022) |
| 05/24/2022 | 50 | ORDER Setting Conditions of Release with Global Positioning System Monitoring. Signed by Judge James E. Boasberg on 5/24/2022. (Attachments: # 1 Appearance Bond) (nbn) (Entered: 05/24/2022) |
| 06/13/2022 | 51 | MOTION to Modify *Terms and Conditions of Pretrial Release* by BRIAN CHRISTOPHER MOCK. (Attachments: # 1 Certificate of Service)(Shipley, William) Modified event on 6/13/2022 (zstd). (Entered: 06/13/2022) |
| 06/14/2022 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK: The parties are directed to appear for a hearing on Defendant's Motion 51 to Modify Conditions of Release set for 6/24/2022 at 3:30 PM by VTC before Judge James E. Boasberg. Signed by Judge James E. Boasberg on 6/14/2022. (lsj) (Entered: 06/14/2022) |
| 06/24/2022 | | |

|  |  | Minute Entry for proceedings held before Judge James E. Boasberg: Video Motion Hearing as to BRIAN CHRISTOPHER MOCK (1) held on 6/24/2022 re 51 MOTION to Modify Conditions of Release filed by BRIAN CHRISTOPHER MOCK. oral arguments heard, motion GRANTED for the reasons stated on the record. Modified Order Setting Conditions of Release forthcoming. Bond Status of Defendant: PR/appeared via Zoom video; Court Reporter: Lisa Griffith; Defense Attorney: William Shipley, Jr; US Attorney: Michael Gordon; Prob Officer: Shay Holmon. (nbn) (Entered: 06/24/2022) |
|---|---|---|
| 06/24/2022 | 52 | ORDER MODIFYING CONDITIONS OF RELEASE as to BRIAN CHRISTOPHER MOCK.. Signed by Judge James E. Boasberg on 6/24/2022. (nbn) (Main Document 52 replaced on 6/24/2022) (znbn). (Entered: 06/24/2022) |
| 07/01/2022 |  | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to BRIAN CHRISTOPHER MOCK (1) held on 7/1/2022. The Court will toll Speedy Trial between July 1, 2022 and July 22, 2022, in the Interest of Justice (XT). Excludable started as to BRIAN CHRISTOPHER MOCK (1). Status Conference set for 7/22/2022 at 11:15 AM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: PR/appeared via video; Court Reporter: Lisa Griffith; Defense Attorney: William Shipley; US Attorney: Michael Gordon; (nbn) (Entered: 07/01/2022) |
| 07/22/2022 |  | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK: At the parties request, the Status Conference set for 7/22/2022 at 11:15 AM is reset to 4:00 PM by VTC before Judge James E. Boasberg. SO ORDERED by Judge James E. Boasberg on 7/22/2022. (lsj) (Entered: 07/22/2022) |
| 07/22/2022 |  | Minute Entry for video Status Conference held before Judge James E. Boasberg as to BRIAN CHRISTOPHER MOCK on 7/22/2022. Further Status Conference set for 10/7/2022 at 3:00 PM by VTC before Judge James E. Boasberg. Bench Trial (tentatively set) to commence on 2/14/2023 at 9:30 AM in Courtroom 25A (in person) before Judge James E. Boasberg. The court finds it in the interest of justice to toll the speedy trial clock from 7/22/2022 through 2/14/2023. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Griffith; Defense Attorney: William Lee Shipley, Jr.; US Attorney: Michael Matthew Gordon. (lsj) (Entered: 07/22/2022) |
| 10/07/2022 |  | MINUTE ORDER granting 55 Sealed Motion for Leave to File Document Under Seal (This document is SEALED and only available to authorized persons.) as to BRIAN CHRISTOPHER MOCK (1). So ORDERED, by Judge James E. Boasberg on 10/7/2022. (nbn) (Entered: 10/07/2022) |
| 10/07/2022 |  | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to BRIAN CHRISTOPHER MOCK held on 10/7/2022. Oral motion by defense counsel to "Withdraw as counsel" HEARD and GRANTED for the reasons stated on the record. The Court will toll the Speedy Trial Clock between 10/7/2022 and 2/14/2023, in the Interest of Justice (XT). Excludable started as to BRIAN CHRISTOPHER MOCK (1). Status Conference set for 11/15/2022 at 10:00 AM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: PR/appeared via Zoom video; Court Reporter: Lisa Griffith; Defense Attorney: William Shipley; US Attorney: Matthew Gordon. (nbn) Modified to correct the STA on 11/14/2022 (nbn). (Entered: 10/07/2022) |
| 11/03/2022 | 57 |  |

| | | |
|---|---|---|
| | | NOTICE OF ATTORNEY APPEARANCE Michael Lawrence Jones appearing for USA. (Jones, Michael) (Entered: 11/03/2022) |
| 11/14/2022 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1) : Due to a scheduling conflict with newly appointed Defense Counsel, the Court ORDERS the Status Conference set for 11/15/2022 is VACATED and RESET to 11/28/2022 at 03:30 PM in Telephonic/VTC before Judge James E. Boasberg. The Speedy Trial remains tolled through 2/14/2023, in the Interest of Justice (XT). So ORDERED, by Judge James E. Boasberg on 11/14/2022. (nbn) (Entered: 11/14/2022) |
| 11/28/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Status Conference as to BRIAN CHRISTOPHER MOCK (1) held via Zoom on 11/28/2022. Defendant consents to proceed via video. Status Conference set for 1/26/2023 at 10:30 AM in Telephonic/VTC before Judge James E. Boasberg. The Speedy Trial Clock remains tolled through 2/14/2023, in the Interest of Justice (XT). Bond Status of Defendant: PR/appeared via video; Court Reporter: Tim Miller; Defense Attorney: Peter Moyers; US Attorney: Michael Jones; Pretrial Officer: Da'Shanta Valentine–Lewis. (nbn) (Entered: 11/28/2022) |
| 11/28/2022 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): As discussed at today's hearing, the Court ORDERS that Defendant no longer requires a third–party custodian. So ORDERED, by Judge James E. Boasberg on 11/28/2022. (nbn) (Entered: 11/28/2022) |
| 01/09/2023 | 60 | NOTICE OF ATTORNEY APPEARANCE: Peter R. Moyers appearing for BRIAN CHRISTOPHER MOCK (Moyers, Peter) (Entered: 01/09/2023) |
| 01/26/2023 | | Minute Entry for proceedings held before Judge James E. Boasberg: Status Conference as to BRIAN CHRISTOPHER MOCK held via Zoom on 1/26/2023. The Court ORDERS the Bench Trial scheduled to commence on 2/14/2023 is VACATED and RESET for Jury Trial on 5/15/2023 at 09:30 AM in Courtroom 25A– In Person before Judge James E. Boasberg. Motion in Limine due by 3/24/2023. Responses due by 4/15/2023. Replies due by 4/24/2023. The Court further finds it in the Interest of Justice (XT) to toll the Speedy Trial Clock between 1/26/2023 and 5/15/2023. Bond Status of Defendant: remains on PR/appeared via Zoom video; Court Reporter: Nancy Meyer; Defense Attorney: Peter Moyers; US Attorney: Michael Jones. (nbn) (Entered: 01/26/2023) |
| 02/09/2023 | 62 | MOTION to Modify Conditions of Release *(GPS–Monitoring and Curfew)* by BRIAN CHRISTOPHER MOCK. (Moyers, Peter) (Entered: 02/09/2023) |
| 02/09/2023 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): The Court ORDERS that if the Government opposes Defendant's 62 Motion to Modify, it shall file such opposition by February 15, 2023. So ORDERED, by Judge James E. Boasberg on 2/9/2023. (nbn) (Entered: 02/09/2023) |
| 02/13/2023 | 63 | RESPONSE by USA as to BRIAN CHRISTOPHER MOCK re 62 MOTION to Modify Conditions of Release *(GPS–Monitoring and Curfew)* (Jones, Michael) (Entered: 02/13/2023) |
| 02/13/2023 | | MINUTE ORDER granting 62 Motion to Modify Conditions of Release as to BRIAN CHRISTOPHER MOCK (1): The Court ORDERS GPS monitoring and curfew restrictions are hereby terminated. All remaining conditions are still imposed. So ORDERED, by Judge James E. Boasberg on 2/13/2023. (nbn) (Entered: 02/13/2023) |

| 03/15/2023 | 64 | SECOND SUPERSEDING INDICTMENT as to BRIAN CHRISTOPHER MOCK (1) count(s) 1ss, 2ss, 3ss−4ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss, 11ss. (zstd) Modified on 3/17/2023 to correct counts.(ztnr) (Entered: 03/16/2023) |
|---|---|---|
| 03/24/2023 | 66 | MOTION in Limine *Regarding Evidence about the Specific Locations of U.S. Capitol Police Surveillance Cameras* by USA as to BRIAN CHRISTOPHER MOCK. (Attachments: # 1 Declaration of Thomas A. DiBiase)(Gordon, Michael) (Entered: 03/24/2023) |
| 03/24/2023 | 67 | MOTION in Limine *Regarding Cross−Examination of U.S. Secret Service Witnesses* by USA as to BRIAN CHRISTOPHER MOCK. (Gordon, Michael) (Entered: 03/24/2023) |
| 03/24/2023 | 68 | MOTION in Limine *to Preclude Improper Defense Arguments and Evidence about Law Enforcement* by USA as to BRIAN CHRISTOPHER MOCK. (Gordon, Michael) (Entered: 03/24/2023) |
| 03/25/2023 | 69 | MOTION to Continue *All Remaining Dates By 60 Days* by BRIAN CHRISTOPHER MOCK. (Moyers, Peter) (Entered: 03/25/2023) |
| 03/27/2023 | 70 | RESPONSE by USA as to BRIAN CHRISTOPHER MOCK re 69 MOTION to Continue *All Remaining Dates By 60 Days* (Attachments: # 1 Exhibit March 7, 2023 E−mail from Government to Defense Counsel, # 2 Exhibit March 16, 2023 E−mail from Government to Defense Counsel)(Gordon, Michael) (Entered: 03/27/2023) |
| 03/28/2023 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1) re 69 MOTION to Continue *All Remaining Dates By 60 Days* filed by BRIAN CHRISTOPHER MOCK. The Court ORDERS the parties appear virtually for a Status Conference on 4/5/2023 at 10:00 AM before Chief Judge James E. Boasberg. So ORDERED, by Chief Judge James E. Boasberg on 3/28/2023. (nbn) (Entered: 03/28/2023) |
| 04/05/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Arraignment/Motion Hearing as to BRIAN CHRISTOPHER MOCK (1) held on 4/5/2023 re 69 MOTION to Continue *All Remaining Dates By 60 Days* filed by BRIAN CHRISTOPHER MOCK. Defendant ARRAIGNED on counts 1ss−1ss of the Second Superseding Indictment filed on 3/15/2023.After oral argument, the Court ORDERS Motion to Continue GRANTED IN PART. The Court ORDERS that: (1) the Jury Trial set for 5/15/2023 is VACATED and RESET for 6/20/2023 at 09:30 AM in Courtroom 22A− In Person before Chief Judge James E. Boasberg; (2) Defense shall file Notice of Proceeding via Bench Trial by 4/22/2023; (3) Government Opposition to 67 , 68 , and 69 Motion in Limine due by 4/22/2023; (4) Defense shall file a Reply by 5/8/2023; and (5) A Pretrial Conference is set for 6/9/2023 at 12:00 PM in Telephonic/VTC before Chief Judge James E. Boasberg. The Court finds it in the Interest of Justice, to toll the Speedy Trial clock through June 20, 2023 (XT). Bond Status of Defendant: remains on Supervised Release/appeared via Zoom; Court Reporter: Tammy Nestor; Defense Attorney: Peter Moyers; US Attorney: Michael Gordon and Michael Jones. (nbn) (Entered: 04/05/2023) |
| 04/12/2023 | 71 | NOTICE of Waiver of Jury Trial and Consent to Bench Trial by BRIAN CHRISTOPHER MOCK. (Moyers, Peter) Modified text on 4/14/2023 (zstd). (Entered: 04/13/2023) |
| 04/24/2023 | 72 | MOTION for Extension of Time to File *Dispositive Motions* by BRIAN CHRISTOPHER MOCK. (Moyers, Peter) (Entered: 04/24/2023) |

| 04/25/2023 | 73 | RESPONSE by BRIAN CHRISTOPHER MOCK re 68 MOTION in Limine *to Preclude Improper Defense Arguments and Evidence about Law Enforcement*, 67 MOTION in Limine *Regarding Cross−Examination of U.S. Secret Service Witnesses*, 66 MOTION in Limine *Regarding Evidence about the Specific Locations of U.S. Capitol Police Surveillance Cameras* (Moyers, Peter) (Entered: 04/25/2023) |
|---|---|---|
| 04/25/2023 | 74 | RESPONSE by USA as to BRIAN CHRISTOPHER MOCK re 72 MOTION for Extension of Time to File *Dispositive Motions* (Gordon, Michael) (Entered: 04/25/2023) |
| 04/25/2023 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): The Court GRANTS 72 MOTION for Extension of Time to File Dispositive Motions. The Defense shall have until May 1, 2023 to file Dispositive Motions. So ORDERED, by Chief Judge James E. Boasberg on 4/25/2023. (nbn) (Entered: 04/25/2023) |
| 05/01/2023 | 75 | MOTION to Dismiss Count *One for Failure to State an Offense (Defendant's Motion to Dismiss #1)* by BRIAN CHRISTOPHER MOCK. (Moyers, Peter) (Entered: 05/01/2023) |
| 05/01/2023 | 76 | MOTION to Dismiss Count *One As Unconstitutionally Vague (Defendant's Motion to Dismiss #2)* by BRIAN CHRISTOPHER MOCK. (Moyers, Peter) (Entered: 05/01/2023) |
| 05/01/2023 | 77 | MOTION to Dismiss Count *One−−Electoral College is not an Official Proceeding (Defendant's Motion to Dismiss #3)* by BRIAN CHRISTOPHER MOCK. (Moyers, Peter) (Entered: 05/01/2023) |
| 05/01/2023 | 78 | MOTION to Dismiss Count *Two As Unconstitutionally Vague (Defendant's Motion to Dismiss #4)* by BRIAN CHRISTOPHER MOCK. (Moyers, Peter) (Entered: 05/01/2023) |
| 05/01/2023 | 79 | MOTION to Dismiss Count *Two As Violating the First Amendment (Defendant's Motion to Dismiss #5)* by BRIAN CHRISTOPHER MOCK. (Moyers, Peter) (Entered: 05/01/2023) |
| 05/05/2023 | 80 | RESPONSE by USA as to BRIAN CHRISTOPHER MOCK re 75 MOTION to Dismiss Count *One for Failure to State an Offense (Defendant's Motion to Dismiss #1)*, 78 MOTION to Dismiss Count *Two As Unconstitutionally Vague (Defendant's Motion to Dismiss #4)*, 77 MOTION to Dismiss Count *One−−Electoral College is not an Official Proceeding (Defendant's Motion to Dismiss #3)*, 76 MOTION to Dismiss Count *One As Unconstitutionally Vague (Defendant's Motion to Dismiss #2)*, 79 MOTION to Dismiss Count *Two As Violating the First Amendment (Defendant's Motion to Dismiss #5)* (Gordon, Michael) (Entered: 05/05/2023) |
| 05/09/2023 | 81 | REPLY in Support by BRIAN CHRISTOPHER MOCK re 75 MOTION to Dismiss Count *One for Failure to State an Offense (Defendant's Motion to Dismiss #1)*, 78 MOTION to Dismiss Count *Two As Unconstitutionally Vague (Defendant's Motion to Dismiss #4)*, 77 MOTION to Dismiss Count *One−−Electoral College is not an Official Proceeding (Defendant's Motion to Dismiss #3)*, 76 MOTION to Dismiss Count *One As Unconstitutionally Vague (Defendant's Motion to Dismiss #2)*, 79 MOTION to Dismiss Count *Two As Violating the First Amendment (Defendant's Motion to Dismiss #5)* (Moyers, Peter) (Entered: 05/09/2023) |
| 05/22/2023 | | NOTICE OF COURTROOM CHANGE in case as to BRIAN CHRISTOPHER MOCK (1). Bench Trial set for 6/20/2023 at 09:30 AM in Courtroom 22A− In Person |

| | | before Chief Judge James E. Boasberg. (nbn) (Entered: 05/22/2023) |
|---|---|---|
| 06/06/2023 | 82 | ORDER as to BRIAN CHRISTOPHER MOCK: For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that: (1)The Government's 66 Motion in Limine to restrict information about the precise location of U.S. Capitol Police cameras is GRANTED; (2)The Government's 67 Motion in Limine to restrict cross–examination of U.S. Secret Service witnesses is GRANTED IN PART; (3)The Government's 68 Entrapment–by–Estoppel Motion is GRANTED IN PART; and (4) Defendant's [75–79] Motions to Dismiss are DENIED. Signed by Chief Judge James E. Boasberg on 6/6/2023. (znbn) (Entered: 06/06/2023) |
| 06/06/2023 | 83 | MEMORANDUM OPINION re 82 Order as to BRIAN CHRISTOPHER MOCK (1). Signed by Chief Judge James E. Boasberg on 6/6/2023. (nbn) (Entered: 06/06/2023) |
| 06/09/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Pretrial Conference as to BRIAN CHRISTOPHER MOCK held via Zoom on 6/9/2023. Bond Status of Defendant: remains on Supervised Release/appeared via Zoom; Court Reporter: Tammy Nestor; Defense Attorney: Peter Moyers; US Attorney: Michael Gordon and Michael Jones. (nbn) (Entered: 06/09/2023) |
| 06/16/2023 | 85 | STRICKEN PURSUANT TO THE MINUTE ORDER FILED ON 6/20/2023.....Exparte document, RESPONSE by BRIAN CHRISTOPHER MOCK as to BRIAN CHRISTOPHER MOCK (Moyers, Peter) Modified on 6/20/2023 (nbn). (Entered: 06/16/2023) |
| 06/16/2023 | 86 | MOTION to Strike *Defendant's Ex Parte Trial Brief, ECF No. 85* by USA as to BRIAN CHRISTOPHER MOCK. (Gordon, Michael) (Entered: 06/16/2023) |
| 06/16/2023 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): The Court ORDERS that Defendant shall file a Notice today explaining why his 85 Trial Brief is filed ex parte or refile it without such restriction. So ORDERED, by Chief Judge James E. Boasberg on 6/16/2023. (nbn) (Entered: 06/16/2023) |
| 06/16/2023 | 87 | WITNESS LIST by USA as to BRIAN CHRISTOPHER MOCK (Gordon, Michael) (Entered: 06/16/2023) |
| 06/16/2023 | 88 | Proposed Jury Instructions by USA as to BRIAN CHRISTOPHER MOCK (Gordon, Michael) (Entered: 06/16/2023) |
| 06/16/2023 | 89 | NOTICE *of Intent to Offer Business Records Pursuant to Fed. R. Evid. 902(11)* by USA as to BRIAN CHRISTOPHER MOCK (Gordon, Michael) (Entered: 06/16/2023) |
| 06/17/2023 | 90 | RESPONSE TO ORDER OF THE COURT by BRIAN CHRISTOPHER MOCK re Order, (Moyers, Peter) (Entered: 06/17/2023) |
| 06/17/2023 | 91 | RESPONSE re 88 Government's Proposed Jury Instructions by BRIAN CHRISTOPHER MOCK (Moyers, Peter) Modified text and add link on 6/20/2023 (zstd). (Entered: 06/17/2023) |
| 06/20/2023 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): Given Defendant's 90 Response, the Court ORDERS that the Government's 86 Motion to Strike is GRANTED, and Defendants 85 Ex Parte Document is STRICKEN. So ORDERED, by Chief Judge James E. Boasberg on 6/20/2023. (nbn) (Entered: 06/20/2023) |
| 06/20/2023 | | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Bench Trial as to BRIAN CHRISTOPHER MOCK (1) held on 6/20/2023. Bench Trial continued to 6/21/2023 at 09:30 AM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. Bond Status of Defendant: remains on PR; Court Reporter: Tammy Nestor; Defense Attorney: Peter Moyers; US Attorney: Michael Matthew Gordon and Michael Jones; Government Witnesses: US Capitol Police Jonathan Collins, US Secret Service Lanelle Hawa, US Capitol Police Stevin Karlsen, and US Capitol Police Thomas Lloyd. (nbn) (Entered: 06/20/2023) |
| 06/21/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Bench Trial as to BRIAN CHRISTOPHER MOCK (1) held on 6/21/2023. Government rests. Oral motion by defense counsel Peter Moyers for " judgment of acquittal" HEARD and GRANTED" as to the dangerous weapon elements only in counts 5, 8–10. Oral motion by BRIAN CHRISTOPHER MOCK (1) to "proceed pro se ", HEARD and GRANTED after Faretta Inquiry. The Court ORDERS attorney Peter Moyers to remain as standby counsel. Bench Trial continued to 6/22/2023 at 09:30 AM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. Bond Status of Defendant: remains on PR; Court Reporter: Tammy Nestor; Defense Attorney: Peter Moyers (standby counsel); US Attorney: Mike Jones and Mike Gordon; Government Witness: FBI Agent Beth Alvarez; Defense Witnesses: Jonathan Collins and Thomas Lloyd. (nbn) (Entered: 06/21/2023) |
| 06/22/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Bench Trial as to BRIAN CHRISTOPHER MOCK (1) held on 6/22/2023. Bench Trial continued to 7/11/2023 at 09:30 AM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. Bond Status of Defendant: remains on PR; Court Reporter: Tammy Nestor; Defense Attorney: Peter Moyers (standby counsel); US Attorney: Mike Jones and Mike Gordon; Defense Witnesses: Sheila Price, AJ Mock, Thomas Tatum, and Brian Mock (begun and continued). (nbn) (Entered: 06/22/2023) |
| 07/11/2023 | 92 | MOTION to Dismiss for Due Process Violations by BRIAN CHRISTOPHER MOCK. "Leave to file GRANTED" by Chief Judge James E. Boasberg on 7/11/2023. (zstd) (Entered: 07/11/2023) |
| 07/11/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Bench Trial as to BRIAN CHRISTOPHER MOCK (1) held on 7/11/2023. Defense rests. Bench Trial continued to 7/12/2023 at 09:30 AM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. Bond Status of Defendant: remains on PR; Court Reporter: Tammy Nestor; Defense Attorney: Peter Moyers (standby counsel); US Attorney: Mike Jones and Mike Gordon. (nbn) (Entered: 07/11/2023) |
| 07/12/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Bench Trial as to BRIAN CHRISTOPHER MOCK held on 7/12/2023. The Court renders a verdict of GUILTY on counts 1ss–11ss. Oral motion by the government to "dismiss the Original Indictment and the First Superseding Indictment", HEARD and GRANTED. The Court ORDERS the Indictment filed on 6/30/2021 and the First Superseding Indictment filed on 12/1/2021 are hereby DISMISSED. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to BRIAN CHRISTOPHER MOCK (1). Sentencing set for 10/10/2023 at 11:00 AM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. Bond Status of Defendant: remains on PR; Court Reporter: Tammy Nestor; Defense Attorney: Peter Moyers (standby counsel); US Attorney: Mike Jones and Mike Gordon. (nbn) (Entered: 07/12/2023) |
| 07/12/2023 | 93 | |

|  |  | EXHIBIT LIST by USA as to BRIAN CHRISTOPHER MOCK (1). (nbn) (Entered: 07/12/2023) |
|---|---|---|
| 07/12/2023 | 94 | EXHIBIT LIST by BRIAN CHRISTOPHER MOCK (1). (nbn) (Entered: 07/12/2023) |
| 07/16/2023 | 95 | NOTICE OF ATTORNEY APPEARANCE: Michelle M. Peterson appearing for BRIAN CHRISTOPHER MOCK (Peterson, Michelle) (Entered: 07/16/2023) |
| 07/16/2023 | 96 | MOTION for Extension of Time to File Post Trial Motions by BRIAN CHRISTOPHER MOCK. (Peterson, Michelle) Modified text on 7/17/2023 (zstd). (Entered: 07/16/2023) |
| 07/16/2023 | 97 | MOTION to Review by BRIAN CHRISTOPHER MOCK. (See docket entry 96 to view document.) (zstd) (Entered: 07/17/2023) |
| 07/17/2023 |  | MINUTE ORDER GRANTING 96 Motion for Extension of Time to File as to BRIAN CHRISTOPHER MOCK (1). So ORDERED, by Chief Judge James E. Boasberg on 7/17/2023. (nbn) (Entered: 07/17/2023) |
| 07/18/2023 | 98 | RESPONSE by USA as to BRIAN CHRISTOPHER MOCK re 92 MOTION to Dismiss Case (Gordon, Michael) (Entered: 07/18/2023) |
| 08/23/2023 |  | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): Given that the Court has permitted new defense counsel an extension to file motions, it ORDERS that the sentencing set for October 10, 2023, is VACATED and will be reset following resolution of any forthcoming motions. So ORDERED, by Chief Judge James E. Boasberg on 8/23/2023. (nbn) (Entered: 08/23/2023) |
| 08/24/2023 | 99 | TRANSCRIPT OF STATUS CONFERENCE (via Zoom) in the case as to BRIAN CHRISTOPHER MOCK before Chief Judge James E. Boasberg held on 01/26/2023. Page Numbers: 1–8. Date of Issuance: 08/24/2023. Stenographic Court Reporter: Nancy J. Meyer. Telephone: 202–354–3118. Email: nancymeyercourtreporter@gmail.com. Transcripts may be ordered by going to www.dcd.uscourts.gov (left–hand side under Transcript Requests). For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats (multi–page, condensed, CD, or ASCII) may be purchased from the court reporter. <br><br> **<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS:</span>** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 9/14/2023. Redacted Transcript Deadline set for 9/24/2023. Release of Transcript Restriction set for 11/22/2023.(Meyer, Nancy J.) (Entered: 08/24/2023) |
| 09/21/2023 | 101 | TRANSCRIPT OF PROCEEDINGS in case as to BRIAN CHRISTOPHER MOCK before Chief Judge James E. Boasberg held on 6/20/23; Page Numbers: 1–228. Court Reporter/Transcriber Tammy Nestor, Telephone number 202–354–3127, Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/12/2023. Redacted Transcript Deadline set for 10/22/2023. Release of Transcript Restriction set for 12/20/2023.(Nestor, Tammy) (Entered: 09/21/2023) |
| 09/21/2023 | [102] | TRANSCRIPT OF PROCEEDINGS in case as to BRIAN CHRISTOPHER MOCK before Chief Judge James E. Boasberg held on 6/21/23; Page Numbers: 1−212. Court Reporter/Transcriber Tammy Nestor, Telephone number 202−354−3127, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/12/2023. Redacted Transcript Deadline set for 10/22/2023. Release of Transcript Restriction set for 12/20/2023.(Nestor, Tammy) (Entered: 09/21/2023) |
| 09/21/2023 | [103] | TRANSCRIPT OF PROCEEDINGS in case as to BRIAN CHRISTOPHER MOCK before Chief Judge James E. Boasberg held on 6/22/23; Page Numbers: 1−218. Court Reporter/Transcriber Tammy Nestor, Telephone number 202−354−3127, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our |

| | | |
|---|---|---|
| | | website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/12/2023. Redacted Transcript Deadline set for 10/22/2023. Release of Transcript Restriction set for 12/20/2023.(Nestor, Tammy) (Entered: 09/21/2023) |
| 09/21/2023 | 104 | TRANSCRIPT OF PROCEEDINGS in case as to BRIAN CHRISTOPHER MOCK before Chief Judge James E. Boasberg held on 7/11/23; Page Numbers: 1–232. Court Reporter/Transcriber Tammy Nestor, Telephone number 202–354–3127, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/12/2023. Redacted Transcript Deadline set for 10/22/2023. Release of Transcript Restriction set for 12/20/2023.(Nestor, Tammy) (Entered: 09/21/2023) |
| 09/21/2023 | 105 | TRANSCRIPT OF PROCEEDINGS in case as to BRIAN CHRISTOPHER MOCK before Chief Judge James E. Boasberg held on 7/12/23; Page Numbers: 1–28. Court Reporter/Transcriber Tammy Nestor, Telephone number 202–354–3127, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/12/2023. Redacted Transcript Deadline set for 10/22/2023. Release of Transcript Restriction set for 12/20/2023.(Nestor, Tammy) (Entered: 09/21/2023) |
| 11/08/2023 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): As Defendant has not filed any post–trial motions within the 90–day extension granted by the Court's Minute Order of July 17, 2023, the Court ORDERS that the parties shall coordinate with the courtroom deputy to select a sentencing date. So ORDERED by Chief Judge James E. Boasberg on 11/8/2023. (znbn) (Entered: 11/08/2023) |

| 11/08/2023 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): After discussions with the parties, the Court ORDERS Sentencing set for 1/19/2024 at 11:00 AM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. So ORDERED by Chief Judge James E. Boasberg on 11/8/2023. (nbn) (Entered: 11/08/2023) |
|---|---|---|
| 11/16/2023 | 106 | MEMORANDUM OPINION AND ORDER as to BRIAN CHRISTOPHER MOCK (1): The Court ORDERS that Defendant's 92 Motion to Dismiss is DENIED. Signed by Chief Judge James E. Boasberg on 11/16/2023. (znbn) (Entered: 11/16/2023) |
| 01/04/2024 | 108 | MOTION to Stay *Sentencing* by BRIAN CHRISTOPHER MOCK. (Peterson, Michelle) (Entered: 01/04/2024) |
| 01/11/2024 | 111 | RESPONSE by USA as to BRIAN CHRISTOPHER MOCK re 108 MOTION to Stay *Sentencing* (Gordon, Michael) (Entered: 01/11/2024) |
| 01/12/2024 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): Defendant's 108 Motion to Stay Sentencing is DENIED. Given the numerous other felonies Defendant stands convicted of, any Section 1512 conviction would not affect the overall sentence. So ORDERED by Chief Judge James E. Boasberg on 1/12/2024. (nbn) (Entered: 01/12/2024) |
| 01/12/2024 | 112 | SENTENCING MEMORANDUM by USA as to BRIAN CHRISTOPHER MOCK (Gordon, Michael) (Entered: 01/12/2024) |
| 01/12/2024 | 113 | SENTENCING MEMORANDUM by BRIAN CHRISTOPHER MOCK (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Peterson, Michelle) (Entered: 01/12/2024) |
| 01/19/2024 | | MINUTE ORDER as to BRIAN CHRISTOPHER MOCK (1): Due to inclement weather, the Court ORDERS the Sentencing set for 1/19/2024 is VACATED and RESET to 2/22/2024 at 11:00 AM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. So ORDERED by Chief Judge James E. Boasberg on 1/19/2024. (nbn) (Entered: 01/19/2024) |
| 02/22/2024 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg:Sentencing held on 2/22/2024 as to BRIAN CHRISTOPHER MOCK (1). It is the judgment of the Court, as to Counts 1ss–11ss, that the Defendant is hereby committed to the custody of the Bureau of Prisons for a term of thirty–three (33) months. Defendant sentenced to concurrent terms of thirty–three (33) months as to counts 1ss–6ss, twelve (12) months incarceration as to counts 7ss–10ss, six (6) months incarceration as to count 11ss, followed by a twenty–four (24) month concurrent term of Supervised Release, Special Assessments totaling $710, and Restitution in the amount of $2000. Oral motion by the Government to "dismiss the original indictment", HEARD and GRANTED. As stated at the hearing on 7/12/2023, the Court ORDERS the Indictment filed on 6/30/2021 and the First Superseding Indictment filed on 12/1/2021 are hereby DISMISSED. Appeal rights given. Bond Status of Defendant: remains on PR; Court Reporter: Christine Asif; Defense Attorney: Shelli Peterson; US Attorney: Michael Matthew Gordon (zoom) and Michael Jones; Prob Officer: Jessica Reichler. (nbn) (Entered: 02/22/2024) |
| 02/27/2024 | 116 | JUDGMENT as to BRIAN CHRISTOPHER MOCK. Statement of Reasons Not Included. Signed by Chief Judge James E. Boasberg on 2/27/2024. (zstd) (Entered: 02/28/2024) |
| 02/27/2024 | 117 | |

| | | STATEMENT OF REASONS as to BRIAN CHRISTOPHER MOCK re <u>116</u> Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Chief Judge James E. Boasberg on 2/27/2024. (zstd) (Entered: 02/28/2024) |
|---|---|---|
| 03/01/2024 | <u>118</u> | NOTICE OF APPEAL – Final Judgment by BRIAN CHRISTOPHER MOCK re <u>116</u> Judgment. Fee Status: No Fee Paid. Parties have been notified. (Peterson, Michelle) (Entered: 03/01/2024) |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **vs.** | : | **Case No.: 21-CR-444 (JEB)** |
| **BRIAN CHRISTOPHER MOCK,** | : | |
| **Defendant.** | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**          Brian Christopher Mock

**Name and address of appellant's attorney:**          Michelle Peterson
Chief Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offenses:** 18 U.S.C. §§ 1512(c)(2) & 2: Obstruction & Aiding and Abetting
18 U.S.C. § 231(a)(3) Civil Disorder
18 U.S.C. §§ 111(a)(1) & (b) Assaulting, Resisting, or Impeding Certain Officers (2 counts)
18 U.S.C. § 641 Theft of Government Property
18 U.S.C. §§ 1752(a)(1) & (b)(1)(A) Entering & Remaining in a Restricted Building
18 U.S.C. §§ 1752(a)(2) & (b)(1)(A) Disorderly/Disruptive Conduct in Restricted Building

**Concise statement of judgment or order, giving date, and any sentence:**

JUDGMENT (02/27/24): Defendant sentenced to 33 months incarceration, followed by a 24 month term of supervised release, special assessments totaling $710.00, and restitution in the amount of $2,000.00.

**Name and institution where now confined, if not on bail:**

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

February 29, 2024                                             Brian Christopher Mock
DATE                                                                    APPELLANT

CJA, NO FEE _____FPD_____
PAID USDC FEE ____NO_____          A. J. Kramer
PAID USCA FEE ____NO_____          FEDERAL PUBLIC DEFENDER
                                                                       ATTORNEY FOR APPELLANT

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? No

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia  ▾

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| BRIAN CHRISTOPHER MOCK | Case Number: 21-cr-00444-JEB-1 |
| | USM Number: 49908-509 |
| | Michelle M. Peterson |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☑ was found guilty on count(s)    1ss-11ss of the SECOND SUPERSEDING INDICTMENT filed on 3/15/2023.
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §§ 1512(c)(2) & (2 | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 1ss |
| 18 USC § 231(a)(3) | Civil Disorder | 1/6/2021 | 2ss |
| 18 USC § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers | 1/6/2021 | 3ss-4ss, 6ss |

The defendant is sentenced as provided in pages 2 through ___9___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)    1-9 /1s-9s    ☐ is    ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/22/2024
Date of Imposition of Judgment

Signature of Judge

James E. Boasberg, USDC Chief Judge
Name and Title of Judge

2/27/24
Date

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 1A

Judgment—Page   2   of   9

DEFENDANT: BRIAN CHRISTOPHER MOCK
CASE NUMBER: 21-cr-00444-JEB-1

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 111(a)(and (b) | Assaulting, Resisting, or Impeding Certain Officers Usi | 1/6/2021 | 5ss |
| 18 USC § 641 | Theft of Government Property | | |
| 18 USC § 1752(a)(1) and (b)(1)(A) | Entering and Remaining in a Restricted Building or Gro | 1/6/2021 | 8ss |
| 18 USC § 1752(a)(2) and (b)(1)(A) | Disorderly and Disruptive Conduct in a Restricted Build | 1/6/2021 | 9ss |
| 18 USC § 1752(a)(4) ) and (b)(1)(A) | Engaging on Physical Violence in a Restricted Building | 1/6/2021 | 10ss |
| 40 USC § 5104(e)(2)(F) | Act of Physical Violence in the Capitol Grounds or Buil | 1/6/2021 | 11ss |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:  BRIAN CHRISTOPHER MOCK
CASE NUMBER:  21-cr-00444-JEB-1

Judgment — Page    3    of    9

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:  Thirty-three (33)  months total.

Defendant sentenced to concurrent terms of thirty-three (33) months as to counts 1ss-6ss, twelve (12) months incarceration as to counts 7ss-10ss, and six (6) months incarceration as to count 11ss.

☑  The court makes the following recommendations to the Bureau of Prisons:
Duluth FPC

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m.  ☐ p.m.  on _____

    ☐  as notified by the United States Marshal.

☑  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____

    ☐  as notified by the United States Marshal.

    ☑  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)  Judgment in a **Criminal Case**
Sheet 2A — Imprisonment

Judgment—Page ___4___ of ___9___

DEFENDANT: BRIAN CHRISTOPHER MOCK
CASE NUMBER: 21-cr-00444-JEB-1

## ADDITIONAL IMPRISONMENT TERMS

Mr. Mock may voluntarily surrender no earlier than April 24, 2024.

AO 245B (Rev 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment  Page  5  of  9

DEFENDANT: BRIAN CHRISTOPHER MOCK
CASE NUMBER: 21-cr-00444-JEB-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Twenty-four (24) months total .

twenty-four (24) months as to counts 1ss-6ss.
twelve (12) months as to counts 7ss-10ss.

All to run concurrent.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev 09/19)    Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page    6    of    15

DEFENDANT: BRIAN CHRISTOPHER MOCK
CASE NUMBER: 21-cr-00444-JEB-1

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245H (Rev 09/19)   Judgment in a Criminal Case
Sheet 3D — Supervised Release

DEFENDANT: BRIAN CHRISTOPHER MOCK
CASE NUMBER: 21-cr-00444-JEB-1

## SPECIAL CONDITIONS OF SUPERVISION

While on supervision, you shall abide by the following mandatory conditions, as well as all discretionary conditions recommended by the probation office in Part D. Sentencing Options of the presentence report, which are imposed to establish the basic expectations for your conduct while on supervision.
The mandatory conditions include:
1. You must not commit another federal, state, or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter, as determined by the court.
4. You must cooperate in the collection of DNA as directed by the probation officer.
5. You must make restitution in accordance with 18 USC §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.
You shall comply with the following special conditions:


You are ordered to make restitution to the Architect of the Capitol in the amount of $2000. The court determined you do not have the ability to pay interest and therefore waives any interest or penalties that may accrue on the balance.


Restitution Obligation    You must pay the balance of any restitution owed at a rate of no less than 200 each month within 1 month after your release.


Restitution payments shall be made to the Clerk of the Court for the United States District Court, District of Columbia, for disbursement to the following victim:

Architect of the Capitol
Office of the Chief Financial Officer
Ford House Office Building, Room H2-205B
Washington, DC 20515


Re-entry Progress Zoom Hearing - Within 60 days of release from incarceration you will appear before the Court for a re-entry progress hearing. The United States Probation Office in the district in which you are supervised will submit a progress report to the court within the thirty days of the commencement of supervision; and upon receipt of the progress report, the Court will determine if your appearance is required.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __8__ of __9__

DEFENDANT: BRIAN CHRISTOPHER MOCK
CASE NUMBER: 21-cr-00444-JEB-1

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 710.00 | $ 2,000.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Clerk of the Court for the United States | | $2,000.00 | |
| District Court for the District of Columbia | | | |
| for disbursement to the following victims: | | | |
| Architect of the Capitol | | | |
| Officer of the Chief financial Officers | | | |
| Ford House Office Building | | | |
| Room H2-205B | | | |
| Washington, DC 20515 | | | |
| Attn: Kathy Sherrill | | | |
| | | | |
| TOTALS | $            0.00 | $            2,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ ____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine   ☑ restitution.

☐ the interest requirement for the    ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___9___ of ___9___

DEFENDANT: BRIAN CHRISTOPHER MOCK
CASE NUMBER: 21-cr-00444-JEB-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☑   Lump sum payment of $  2,710.00          due immediately, balance due

        ☐   not later than                              , or
        ☑   in accordance with   ☐ C,   ☐ D,   ☐ E, or   ☑ F below; or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
        term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
        imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☑   Special instructions regarding the payment of criminal monetary penalties:

        The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333
        Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk
        of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate
Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment,
(5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of
prosecution and court costs.