UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN MOCK,<br><br>                Defendant. | Crim. Action No. 1:21CR444 (JEB) |

**UNOPPOSED MOTION TO CORRECT THE JUDGMENT**

Brian Mock, through counsel, pursuant to Federal Rule of Criminal Procedure 36, hereby moves the Court to correct the judgment entered in this case. It has come to counsel's attention that while the first page of the Judgement correctly identifies the counts of conviction for 3, 4 and 6 to include 18 U.S.C. 111(a), the second page of the Judgment erroneously lists the conviction for count 5 as 18 USC 111(a) and (b). Dkt. 116. After a bench trial, Mr. Mock was convicted of all of the counts noted in the Judgement, but the Court acquitted him on the dangerous weapon element for counts 5, 8, 9 and 10.  For Count 5, the Court found him guilty of the lesser included charge of 111(a). See Transcript of June 21, 2023, Dkt. 102, page 133-134. However, the Judgement incorrectly lists the offense for Count 5 as 111(a) and (b). Because this is a clerical error, the judgement can be corrected at any time and Mr. Mock respectfully requests that the Court do so now. The government does not object to this motion.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500