# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-3027**     **September Term, 2024**

**1:21-cr-00444-JEB-1**

**Filed On: November 20, 2024** [2085781]

United States of America,

    Appellee

v.

Brian Christopher Mock,

    Appellant

## M A N D A T E

In accordance with the order of November 20, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Selena R. Gancasz
Deputy Clerk

Link to the order filed November 20, 2024