UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | No. 21-cr-444 (JEB) |
| ) | |
| BRIAN MOCK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF APPEARANCE AS CO-COUNSEL

Please enter the appearance of Assistant Federal Public Defender Rosanna Taormina, as co-counsel along with First Assistant Federal Public Defender Michelle Peterson, on behalf of the defendant, Brian Mock, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

ROSANNA M. TAORMINA
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, D.C. 20004
(202) 208-7500
Rosanna_M_Taormina@fd.org